IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC | |
| v. | NO. 6:10-cv-00329 |
| AMAZON.COM, INC., ET AL. | JURY |

## NOTICE OF APPEARANCE OF ATTORNEY ERICK ROBINSON

Erick Robinson of COLLINS, EDMONDS & POGORZELSKI, PLLC hereby respectfully enters his appearance as attorney of record for Plaintiff Adjustacam LLC.

July 7, 2010

Respectfully submitted,

ADJUSTACAM LLC

By: /s/ Erick Robinson
Erick Robinson
Texas State Bar No. 24039142
COLLINS, EDMONDS & POGORZELSKI, PLLC
709 Sabine Street
Houston, Texas 77007
Telephone: (713) 487-9889
Facsimile: (832) 415-2535
erobinson@cepiplaw.com

ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

July 7, 2010

/s/ Erick Robinson
Erick Robinson