IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC | |
|     PLAINTIFF, | Civil Action No. 6:10-cv-329 |
|   v. | JURY TRIAL DEMANDED |
| A4TECH CO., LTD.; ET AL | |
|     DEFENDANTS. | |

## NOTICE OF APPEARANCE

Notice is hereby given that that undersigned attorney, Andrew W. Spangler, enters his appearance in this matter for Plaintiff AdjustaCam LLC for purposes of receiving notices and orders from the Court.

July 8, 2010

Respectfully submitted,

ADJUSTACAM LLC

By: /s/Andrew W. Spangler
Andrew W. Spangler
State Bar No. 24041960
Spangler Law PC
208 N. Green Street, Suite 300
Longview, Texas 75601
903-753-9300
Fax: 903-553-0403
Email: spangler@spanglerlawpc.com

ATTORNEY FOR PLAINTIFF
ADJUSTACAM LLC

## CERTIFICATE OF SERVICE

      I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 8th day of July, 2010, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

                                              /s/ Andrew W. Spangler
                                              Andrew W. Spangler