IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC | |
| v. | NO. 6:10-cv-329-LED |
| AMAZON.COM, INC.;  ET AL. | JURY |

**PLAINTIFF'S NOTICE OF DISMISSAL REGARDING GENERAL ELECTRIC**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff AdjustaCam LLC respectfully submits this notice of voluntary dismissal of all claims against Defendant General Electric Company.

July 12, 2010

Respectfully submitted,

ADJUSTACAM LLC

By: /s/ John J. Edmonds
John J. Edmonds – LEAD COUNSEL
Texas Bar No. 789758
Michael J. Collins
Texas Bar No. 4614510
Henry M. Pogorzelski
Texas Bar No. 24007852
Erick Robinson
Texas Bar No. 24039142
COLLINS, EDMONDS & POGORZELSKI, PLLC
709 Sabine Street
Houston, Texas 77007
Telephone: (281) 501-3425
Facsimile: (832) 415-2535
jedmonds@cepiplaw.com
mcollins@cepiplaw.com
hpogorzelski@cepiplaw.com
erobinson@cepiplaw.com

Andrew W. Spangler
Texas Bar No. 24041960
Spangler Law P.C.
208 N. Green Street, Suite 300
Longview, Texas 75601

2

               (903) 753-9300
               (903) 553-0403 (fax)
               spangler@spanglerlawpc.com

               ATTORNEYS FOR PLAINTIFF
               ADJUSTACAM LLC


## CERTIFICATE OF SERVICE

  I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

July 12, 2010                /s/ *John J. Edmonds*
                      John J. Edmonds