IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC | |
| v. | NO. 6:10-cv-329-LED |
| AMAZON.COM, INC.;  ET AL. | JURY |

**ORDER**

CAME BEFORE THE COURT Plaintiff's Notice of Voluntary Dismissal of Defendant General Electric Company pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). In accordance with Rule 41(a)(1)(A)(i), the Court hereby ORDERS that Plaintiff's claims against General Electric Company are DISMISSED without prejudice.

**So ORDERED and SIGNED this 13th day of July, 2010.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**