IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

ADJUSTACAM LLC

v.

AMAZON.COM, INC. ET AL.

NO. 6:10-cv-329-LED

JURY

## ORDER

CAME BEFORE THE COURT Plaintiff's Notice of Voluntary Dismissal of Defendant CDW, LLC pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). In accordance with Rule 41(a)(1)(A)(i), the Court hereby ORDERS that Plaintiff's claims against CDW, LLC are DISMISSED without prejudice.

**So ORDERED and SIGNED this 20th day of July, 2010.**

**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**