UAET (02-2008)



# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.: 6:10-cv-329
Name of party requesting extension: Trippe Manufacturing Company
Is this the first application for extension of time in this case?  ✓ Yes
☐ No

If no, please indicate which application this represents:  ☐ Second
☐ Third
☐ Other _____

Date of Service of Summons: 2010-Jul-15
Number of days requested:  ✓ 30 days
☐ 15 days
☐ Other ____ days
New Deadline Date: 2010-Sep-4  *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name: Larry L. Saret
State Bar No.: IL 02459337
Firm Name: Michael Best & Friedrich, LLP
Address: 180 N. Stetson Ave., Suite 2000
         Chicago, IL  60601

Phone: 312.661.2116
Fax: 312.222.0818
Email: llsaret@michaelbest.com

A certificate of conference does not need to be filed with this unopposed application.