IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AMAZON.COM, INC.; )<br>AUDITEK CORPORATION; )<br>BALTIC LATVIAN UNIVERSAL )<br>ELECTRONICS, LLC D/B/A BLUE )<br>MICROPHONES, LLC D/B/A BLUE )<br>MICROPHONE; )<br>BLUE MICROPHONES, LLC; )<br>CDW CORPORATION F/K/A CDW )<br>COMPUTER CENTERS, INC.; )<br>CDW, INC.; )<br>CDW, LLC; )<br>COMPUSA.COM, INC.; )<br>COBRA DIGITAL, LLC; )<br>CREATIVE TECHNOLOGY LTD.; )<br>CREATIVE LABS, INC.; )<br>DELL, INC.; )<br>DIGITAL INNOVATIONS, LLC; )<br>EASTMAN KODAK COMPANY; )<br>EZONICS CORPORATION D/B/A EZONICS )<br>COPORATION USA D/B/A EZONICS; )<br>FRY'S ELECTRONICS, INC.; )<br>GEAR HEAD, LLC; )<br>GENERAL ELECTRIC COMPANY; )<br>HEWLETT-PACKARD COMPANY; )<br>INTCOMEX, INC.; )<br>JASCO PRODUCTS COMPANY LLC D/B/A )<br>JASCO PRODUCTS COMPANY D/B/A )<br>JASCO; )<br>JWIN ELECTRONICS CORPORATION; )<br>KLIP XTREME LLC; )<br>KMART CORPORATION; )<br>LIFEWORKS TECHNOLOGY GROUP, LLC; )<br>MACALLY PERIPHERALS, INC. D/B/A )<br>MACALLY U.S.A; ) | Case No: 6:10-CV-329-LED |

80067767.2

| | |
|---|---|
| MACE GROUP, INC.;<br>MICRO ELECTRONICS, INC. DBA MICRO,<br>CENTER;<br>NEW COMPUSA CORPORATION;<br>NEWEGG, INC.;<br>NEWEGG.COM, INC.;<br>OFFICE DEPOT, INC.;<br>OVERSTOCK.COM, INC.;<br>PHOEBE MICRO INC.;<br>PROLYNKZ, LLC;<br>RADIOSHACK CORPORATION;<br>ROSEWILL INC.;<br>SEARS BRANDS, LLC;<br>SEARS HOLDINGS CORPORATION D/B/A<br>SEARS<br>SEARS, ROEBUCK AND COMPANY;<br>SAKAR INTERNATIONAL, INC.;<br>SAKAR, INC.;<br>SDI TECHNOLOGIES, INC.;<br>SOFTWARE BROKERS OF AMERICA INC.<br>DBA INTCOMEX CORPORATION D/B/A<br>INTCOMEX;<br>SYSTEMAX, INC. D/B/A COMPUSA;<br>TARGET CORP.;<br>TIGERDIRECT, INC.;<br>TRIPPE MANUFACTURING COMPANY<br>D/B/A TRIPP LITE; AND<br>WAL-MART STORES, INC.,<br><br>              Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **NOTICE OF APPEARANCE**

David W. Denenberg of DAVIDOFF MALITO & HUTCHER LLP hereby respectfully enters his appearance as attorney of record for Defendants, Systemax Inc., New CompUSA Corporation, TigerDirect, Inc. and CompUSA.com, Inc.

80067767.2

Respectfully submitted,

DAVIDOFF MALITO & HUTCHER LLP


/s/David W. Denenberg
David W. Denenberg
Admitted *pro hac vice*
DAVIDOFF MAILTO & HUTCHER LLP
200 Garden City Plaza, Suite 315
Garden City, New York 11530
(516) 247-4440 (Telephone)
(516) 248-6422 (Facsimile)
dwd@dmlegal.com

*Attorneys for Defendant Systemax, Inc., NewCompUSA, Inc., TigerDirect, Inc. and CompUSA.com, Inc.*

## CERTIFICATE OF SERVICE

    I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's Cm/ECF system per Local Rule CV-5(a)(3).

July 26, 2010                                     /s/David W. Denenberg
                                                                 David W. Denenberg