UAET (02-2008)



## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.: 6:10-cv-00329-LED

Name of party requesting extension: RadioShack Corporation

Is this the first application for extension of time in this case?  ☑ Yes  ☐ No

If no, please indicate which application this represents:  ☐ Second  ☐ Third  ☐ Other _____

Date of Service of Summons: 7/14/2010

Number of days requested:  ☑ 30 days  ☐ 15 days  ☐ Other ___ days

New Deadline Date: 9/6/2010   *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name: Christopher M. Joe
State Bar No.: 00787770
Firm Name: Buether Joe & Carpenter, LLC
Address: 1700 Pacific Avenue, Suite 2390
Dallas, TX 75201

Phone: 214-466-1272
Fax: 214-635-1828
Email: Chris.Joe@BJCIPLaw.com

A certificate of conference does not need to be filed with this unopposed application.