IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM, LLC. § § | |
| Plaintiff, § § | |
| vs. § § | CASE NO. 6:10-CV-329 |
| § § | PATENT CASE |
| AMAZON.COM, INC., ET AL. § § | |
| Defendants. § § | |

## ORDER

The Court **ORDERS** the Plaintiff to file a notice that the case is ready for scheduling conference when all of the Defendants have either answered or filed a motion to transfer or dismiss. The notice shall be filed within five days of the last remaining Defendant's answer or motion. The notice shall include (1) a list of any pending motions to dismiss or transfer, (2) a list of any related cases previously filed in the Eastern District of Texas involving the same patent /patents;  (3) the patent numbers for this case and any related case; and (4) the dates of any future Markman Hearing and/or Trial for related cases.

**So ORDERED and SIGNED this 27th day of July, 2010.**



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**