UAET (02-2008)



# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

---

**CASE AND DEADLINE INFORMATION**

Civil Action No.: 6:10-cv-00329

Name of party requesting extension: Systemax, Inc.

Is this the first application for extension of time in this case?  ☑ Yes
☐ No

If no, please indicate which application this represents:  ☐ Second
☐ Third
☐ Other _____

Date of Service of Summons: 07/15/10

Number of days requested:  ☑ 30 days
☐ 15 days
☐ Other ____ days

New Deadline Date: 09/09/2010 *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name: David W. Denenberg
State Bar No.: New York State 2222149
Firm Name: Davidoff Malito & Hutcher LLP
Address: 200 Garden City Plaza
Suite 315
Garden City, NY 11530
Phone: (516) 246-6400
Fax: (516) 248-6422
Email: dwd@dmlegal.com

---

A certificate of conference does not need to be filed with this unopposed application.