UAET (02-2008)



## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.: 6:10-cv-00329
Name of party requesting extension: New CompUSA Corporation
Is this the first application for extension of time in this case?   ☑ Yes
                                                                    ☐ No

If no, please indicate which application this represents:   ☐ Second
                                                            ☐ Third
                                                            ☐ Other _____

Date of Service of Summons: 07/15/10
Number of days requested:   ☑ 30 days
                            ☐ 15 days
                            ☐ Other ____ days
New Deadline Date: 09/09/2010 *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name: David W. Denenberg
State Bar No.: New York State 2222149
Firm Name: Davidoff Malito & Hutcher LLP
Address: 200 Garden City Plaza
         Suite 315
         Garden City, NY 11530
Phone: (516) 248-6400
Fax: (516) 248-6422
Email: dwd@dmlegal.com

A certificate of conference does not need to be filed with this unopposed application.