**Appendix K**                                                                                                  Revised: 4/19/10

UNITED STATES DISTRICT COURT<br>
EASTERN DISTRICT OF TEXAS<br>
<u>   TYLER   </u> DIVISION<br>
APPLICATION TO APPEAR PRO HAC VICE

1. This application is being made for the following: Case # __6:10-CV-00329-LED__
Style: __Adjustacam LLC v. Amazon.com, Inc., et al.__
2. Applicant is representing the following party/ies: __Def., Trippe Manufacturing Company__
3. Applicant was admitted to practice in __IL and WI__ (state) on __12/18/07(IL) & 9/13/82(WI)__ (date).
4. Applicant is in good standing and is otherwise eligible to practice law before this court.
5. Applicant is not currently suspended or disbarred in any other court.
6. Applicant has/~~has not~~ had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.
7. Applicant ~~has~~/has not ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.
8. Applicant ~~has~~/has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.
9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.
10. There are no pending grievances or criminal matters pending against the applicant.
11. Applicant has been admitted to practice in the following courts:
__USCA 7th Cir, USDC ND NY, US Supreme Court; US Ct of App. Federal Circuit, D.Col.__
12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."
13. Applicant has included the requisite $100 fee (see Local Rule AT-1(d)).
14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, __David L. De Bruin__ do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date __July 27, 2010__                         Signature _____

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
## APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print) __David L. De Bruin__
State Bar Number __6294648(IL) and 35489(WI)__
Firm Name: __Michael Best & Friedrich LLP__
Address/P.O. Box: __180 North Stetson Avenue, Suite 2000__
City/State/Zip: __Chicago, IL  60601__
Telephone #: __(312) 222-0800__
Fax #: __(312) 222-0818__
E-mail Address: __dldebruin@michaelbest.com__
Secondary E-Mail Address: _____

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court on: __7/30/10__



David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By __MLL__
Deputy Clerk

**Receipt for Payment**

Receipt No: 69-0025320

# United States District Court
for the
Eastern District of Texas at Tyler

Date:      Friday, July 30, 2010

Received from:

**MICHAEL BEST & FRIEDRICH LLP**

**180 NORTH STETSON**

**CHICAGO, IL 50601-6710**

| Account | Description |
|---|---|
| 085000 | Attorney Admission Fees |
| 086400 | New Case Fee |
| 086900 | Filing Fees |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 143500 | Interest |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 322380 | Recoveries of Court Costs |
| 322386 | Cost of Prosecution |
| 504100 | Crime Victims Fund |
| 508800 | Immigration Fees |
| 510000 | Civil Filing Fee (1/2) |
| 5100PL | Partial Filing Fee (PLRA) |
| 510100 | Registry Fee |
| 604700 | Registry Funds/General and Special Funds |
| 613300 | Unclaimed Monies |
| 6855XX | Deposit Funds |

| Account | Amount |
|---|---|
| 6855XX | $200.00 |
| **Total** | **$200.00** |

Payment method:    Check

Case or other reference:    6:10-CV-329 LED

Comments:    PHV FEE PAID FOR DAVID L DE BRUIN AND LARRY SARET CHECK #16932

Received by:    GG