UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC,<br><br>　　　　　　　Plaintiff,<br>vs.<br><br>AMAZON.COM, INC., ET AL.<br><br>　　　　　　　Defendants. | Case No. 6:10-cv-00329<br><br>JURY TRIAL DEMANDED |

## NOTICE OF ATTORNEY APPEARANCE

Notice is hereby given that the undersigned attorney, Justin N. Stewart, enters his appearance in this matter as counsel for Defendants, Newegg Inc., Newegg.com Inc., and Rosewill Inc., for the purpose of receiving notices and orders from the Court. All pleadings, discovery, correspondence, and other material should be served upon counsel at the address listed below.

Dated: August 2, 2010

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　By: /s/Justin N. Stewart
　　　　　　　　　　　　　　　　　　Justin N. Stewart
　　　　　　　　　　　　　　　　　　State Bar No. 24067889
　　　　　　　　　　　　　　　　　　Zarian Midgley & Johnson PLLC
　　　　　　　　　　　　　　　　　　960 Broadway, Suite 250
　　　　　　　　　　　　　　　　　　Boise, Idaho 83706
　　　　　　　　　　　　　　　　　　(208) 562-4900 Telephone
　　　　　　　　　　　　　　　　　　(208) 562-4901 Facsimile
　　　　　　　　　　　　　　　　　　E-mail: stewart@zarianmidgley.com

　　　　　　　　　　　　　　　　　　ATTORNEYS FOR DEFENDANTS
　　　　　　　　　　　　　　　　　　NEWEGG INC., NEWEGG.COM INC.,
　　　　　　　　　　　　　　　　　　and ROSEWILL INC.

CERTIFICATE OF SERVICE

      I hereby certify that the all counsel of record who are deemed to have consented to electronic service are being served this 2nd day of August, 2010, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

                                        /s/ Justin N. Stewart
                                        Justin N. Stewart