UAET (02-2008)



## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

---

**CASE AND DEADLINE INFORMATION**

Civil Action No.: 6:10-cv-00329

Name of party requesting extension: Newegg, Inc.

Is this the first application for extension of time in this case?  ☑ Yes  ☐ No

If no, please indicate which application this represents:  ☐ Second  ☐ Third  ☐ Other _____

Date of Service of Summons: 7-15-2010

Number of days requested:  ☑ 30 days  ☐ 15 days  ☐ Other ____ days

New Deadline Date: 9-9-2010   *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name: Justin N. Stewart
State Bar No.: 24067889
Firm Name: Zarian Midgley & Johnson PLLC
Address: University Plaza
  960 Broadway Ave., Ste. 250
  Boise, ID 83706
Phone: 208-562-4900
Fax: 208-562-4901
Email: stewart@zmjlaw.com

---

A certificate of conference does not need to be filed with this unopposed application.