AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

RECEIVED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

AUG 02 2010

DAVID J. MALAND, CLERK

| ADJUSTACAM LLC | ) |
| --- | --- |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 6:10-cv-00329 |
| AMAZON.COM, INC., et al. | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   SDI TECHNOLOGIES, INC.
By and through it's registered agent:
THE PRENTICE-HALL CORPORATION SYSTE
211 E. 7TH STREETSUITE 620
AUSTIN, TX 78701-3218

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Andrew W. Spangler
Spangler Law P.C.
208 N. Green Street, Suite 300
Longview, Texas 75601

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:   7/7/10

*David Maland*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 6:10-cv-00329

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* SDI Technologies, Inc.
was received by me on *(date)* 07/14/2010 .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: Served certified mail, RRR #7009 2250 0002 8916 9020.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 07/22/2010

*Elisha Calhoon*
*Server's signature*

Elisha Calhoon - Certified Paralegal
*Printed name and title*

208 N. Green Street, Suite 300
Longview, Texas 75601

*Server's address*

Additional information regarding attempted service, etc:



**U.S. Postal Service**
**CERTIFIED MAIL... RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

AUSTIN TX 78701

| | | |
|---|---|---|
| Postage | $ | $2.41 |
| Certified Fee | | $2.80 |
| Return Receipt Fee (Endorsement Required) | | $2.30 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $7.51 |

Postmark Here  07/12/2010

Sent To: SDI TECHNOLOGIES, INC.
By and through it's registered agent:
Street, THE PRENTICE-HALL CORP. SYS.
or PO B 211 E. 7th St., Ste. 620
City, St Austin, TX 78701

7009 2250 0002 8916 9020

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

SDI TECHNOLOGIES, INC.
By and through it's registered agent:
THE PRENTICE-HALL CORP. SYS.
211 E. 7th St., Ste. 620
Austin, TX 78701

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee
B. Received by (Printed Name) Veronica Cordell   C. Date of Delivery 7/14/10
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☒ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7009 2250 0002 8916 9020

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540