AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Texas

ADJUSTACAM LLC

*Plaintiff*

v.  Civil Action No. 6:10-cv-00329

AMAZON.COM, INC., et al.

*Defendant*

*RECEIVED U.S. DISTRICT COURT EASTERN DISTRICT OF TEXAS AUG 02 2010 DAVID J. MALAND, CLERK*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* SAKAR, INC.
By and through it's registered agent:
THE CORPORATION
195 CARTER DRIVE
EDISON, NJ 08817

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Andrew W. Spangler
Spangler Law P.C.
208 N. Green Street, Suite 300
Longview, Texas 75601

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:   7/7/10

David Maland

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 6:10-cv-00329

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Sakar, Inc.

was received by me on *(date)*    07/15/2010 .

☐ I personally served the summons on the individual at *(place)* _____
     on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____
     on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Served certified mail, RRR #7009 2250 0002 8916 9761.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00 .

I declare under penalty of perjury that this information is true.

Date:   07/22/2010

*Server's signature*: Elisha Calhoon

Elisha Calhoon - Certified Paralegal
*Printed name and title*

208 N. Green Street, Suite 300
Longview, Texas 75601

*Server's address*

Additional information regarding attempted service, etc:



**U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

7009 2250 0002 8916 9761

EDISON NJ 08817

| | | |
|---|---|---|
| Postage | $ | $2.41 |
| Certified Fee | | $2.80 |
| Return Receipt Fee (Endorsement Required) | | $2.30 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $7.51 |

Postmark 07/12/2010 LONGVIEW, TX DOWNTOWN STA

Sent To: SAKAR, INC.
By and through it's registered agent:
The Corporation
195 Carter Dr.
Edison, NJ 08817

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
SAKAR, INC.
By and through it's registered agent:
The Corporation
195 Carter Dr.
Edison, NJ 08817

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Julie Hickey_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                   07/15

D. Is delivery address different from item 1? ☐ Yes  ☒ No
   If YES, enter delivery address below:

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7009 2250 0002 8916 9761

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540