IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>AMAZON.COM, INC. et al.,<br><br>    Defendants. | CASE NO.  6:10-cv-00329-LED |

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, Salumeh R. Loesch of the law firm Klarquist Sparkman, LLP, enters her appearance in this matter as counsel for Defendant Amazon.com, Inc. for the purpose of receiving notices and orders from the Court.

    Respectfully submitted,

Dated:  August 3, 2010

By:  */s/Salumeh R. Loesch*
Salumeh R. Loesch (OR Bar No. 090074)
salumeh.loesch@klarquist.com
KLARQUIST SPARKMAN, LLP
121 S.W. Salmon Street, Suite 1600
Portland, Oregon  97204
Telephone:  (503) 595-5300
Facsimile:  (503) 595-5301

*ATTORNEYS FOR DEFENDANT*
*AMAZON.COM, INC.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 3, 2010 a true and correct copy of the above and foregoing document has been served on all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                          */s/Salumeh R. Loesch*
                                          Salumeh R. Loesch