# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC, <br><br> Plaintiff, <br><br> v. <br><br> AMAZON.COM, INC. et al., <br><br> Defendants. | CASE NO.  6:10-cv-00329-LED |

## DEFENDANT AMAZON.COM, INC.'S
## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendant Amazon.com, Inc. states that it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Respectfully submitted,

Dated:  August 3, 2010

By: */s/Salumeh R. Loesch*
Salumeh R. Loesch (OR Bar No. 090074)
salumeh.loesch@klarquist.com
James E. Geringer (*Pro Hac Vice* forthcoming)
james.geringer@klarquist.com
KLARQUIST SPARKMAN, LLP
121 S.W. Salmon Street, Suite 1600
Portland, Oregon  97204
Telephone:  (503) 595-5300
Facsimile:  (503) 595-5301

*ATTORNEYS FOR DEFENDANT
AMAZON.COM, INC.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 3, 2010 a true and correct copy of the above and foregoing document has been served on all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

>   */s/Salumeh R. Loesch*
>   Salumeh R. Loesch