UAET (02-2008)



# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

## CASE AND DEADLINE INFORMATION

Civil Action No.: 6:10-cv-00329-LED

Name of party requesting extension: Amazon.com, Inc.

Is this the first application for extension of time in this case?  ☑ Yes
☐ No

If no, please indicate which application this represents:  ☐ Second
☐ Third
☐ Other _____

Date of Service of Summons: 07/15/2010

Number of days requested:  ☑ 30 days
☐ 15 days
☐ Other _____ days

New Deadline Date: 9/7/2010   *(Required)*

## ATTORNEY FILING APPLICATION INFORMATION

Full Name: Salumeh R. Loesch

State Bar No.: Oregon 090074

Firm Name: Klarquist Sparkman, LLP

Address: 121 SW Salmon Street
Suite 1600
Portland, OR  97204

Phone: 503-595-5300

Fax: 503-595-5301

Email: salumeh.loesch@klarquist.com

A certificate of conference does not need to be filed with this unopposed application.