IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ADJUSTACAM LLC | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 6:10-cv-329-LED |
| | § | |
| v. | § | JURY TRIAL DEMANDED |
| | § | |
| AMAZON.COM, INC., et al | § | |
| | § | |
| Defendants. | § | |

## NOTICE OF APPEARANCE OF COUNSEL FOR
## DEFENDANT EASTMAN KODAK COMPANY

Defendant Eastman Kodak Company files this Notice of Appearance, and hereby notifies the Court and all parties of record that Jennifer Parker Ainsworth of the law firm Wilson, Robertson & Cornelius, P.C., One American Center, 909 ESE Loop 323, Suite 400, Tyler, Texas 75701, is appearing as counsel for Eastman Kodak Company in the above-referenced matter.

Dated:  August 3, 2010                              Respectfully submitted,

                                        */s/ Jennifer Parker Ainsworth*
                                        Jennifer Parker Ainsworth
                                        Texas Bar No. 00784720
                                        jainsworth@wilsonlawfirm.com
                                        WILSON, ROBERTSON & CORNELIUS, P.C.
                                        909 ESE Loop 323, Suite 400
                                        P.O. Box 7339 [75711]
                                        Tyler, Texas 75701
                                        Telephone No. (903) 509-5000
                                        Facsimile No.  (903) 509-5092

                                        ATTORNEY FOR DEFENDANT
                                        EASTMAN KODAK COMPANY

2

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this motion was served on all counsel who have consented to electronic service, Local Rule CV-5(a)(3)(A), on this the 3rd day of August, 2010.

*/s/ Jennifer Parker Ainsworth*_____
Jennifer Parker Ainsworth
