UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC, § | |
| § | |
| PLAINTIFF § | |
| § | Civil Action No. 6:10-cv-00329-LED |
| § | |
| v. § | |
| § | |
| AMAZON.COM, INC. *et al.*, § | |
| § | |
| DEFENDANTS. § | |

**NOTICE OF APPEARANCE OF COUNSEL**

    Please take notice that Roger Fulghum is entering an appearance for Dell Inc. in the above-numbered and entitled cause:

    Roger Fulghum
    Texas State Bar No. 00790724
    roger.fulghum@bakerbotts.com
    BAKER BOTTS L.L.P.
    One Shell Plaza
    910 Louisiana
    Houston, Texas 77002-4995
    Telephone:  (713) 229-1707
    Facsimile:  (713) 229-2707

Mr. Fulghum is admitted to practice in the Eastern District of Texas.

- 2 -

Dated:  August 3, 2010	Respectfully submitted,


	  */s/  Roger Fulghum*	
	Scott F. Partridge
	Lead Attorney
	Texas Bar No. 00786940
	scott.partridge@bakerbotts.com
	BAKER BOTTS L.L.P.
	One Shell Plaza
	910 Louisiana Street
	Houston, TX  77002
	Telephone:  (713) 229-1569
	Facsimile:  (713) 229-7769

	Roger Fulghum
	Texas Bar No. 00790724
	roger.fulghum@bakerbotts.com
	BAKER BOTTS L.L.P.
	One Shell Plaza
	910 Louisiana Street
	Houston, TX  77002
	Telephone:  (713) 229-1707
	Facsimile:  (713) 229-2707

	**ATTORNEYS FOR DEFENDANT DELL INC.**

- 3 -

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on August 3, 2010, a copy of the foregoing Notice was served electronically, via CM/ECF, on all counsel of record who are deemed to have consented to such service under the Court's local rules.

                                                     */s/  Roger Fulghum*