UAET (02-2008)



## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

---

*CASE AND DEADLINE INFORMATION*

Civil Action No.: 6:10-cv-00329- LED

Name of party requesting extension: Dell Inc.

Is this the first application for extension of time in this case?  ☑ Yes
  ☐ No

If no, please indicate which application this represents:  ☐ Second
  ☐ Third
  ☐ Other _____

Date of Service of Summons: 07-14-2010

Number of days requested:  ☑ 30 days
  ☐ 15 days
  ☐ Other _____ days

New Deadline Date: 09-03-2010 *(Required)*

---

*ATTORNEY FILING APPLICATION INFORMATION*

Full Name: Roger Fulghum

State Bar No.: 00790724

Firm Name: Baker Botts L.L.P.

Address: One Shell Plaza
  910 Louisiana
  Houston, Texas 77002

Phone: (713) 229-1707

Fax: (713) 229-2707

Email: roger.fulghum@bakerbotts.com

---

A certificate of conference does not need to be filed with this unopposed application.