AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | | |
|---|---|---|
| ADJUSTACAM LLC | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. 6:10-cv-00329 |
| AMAZON.COM, INC., et al. | ) ) ) | |
| *Defendant* | ) | |

**RECEIVED**
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
AUG 03 2010
DAVID J. MALAND, CLERK

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  SEARS, ROEBUCK AND COMPANY
By and through it's registered agent:
THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER, 1209 ORANGE STREET
WILMINGTON, DE 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Andrew W. Spangler
Spangler Law P.C.
208 N. Green Street, Suite 300
Longview, Texas 75601

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date: __7/7/10__

CLERK OF COURT

*David Maland*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 6:10-cv-00329

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* SEARS, ROEBUCK AND COMPANY

was received by me on *(date)* 07/16/2010.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Served by Certified Mail, RRR #7009 2250 0002 8916 9037

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 08/02/2010

*Server's signature*

Kimberly Murray - Legal Assistant
*Printed name and title*

208 N. Green St., Ste. 300
Longview, Texas 75601

*Server's address*

Additional information regarding attempted service, etc:

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

WILMINGTON DE 19801

| | | |
|---|---|---|
| Postage | $ | $2.41 |
| Certified Fee | | $2.80 |
| Return Receipt Fee (Endorsement Required) | | $2.30 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $7.51 |

Postmark Here — LONGVIEW, TX — 07/12/2010

7009 2250 0002 8916 9037

Sent To: SEARS, ROEBUCK AND COMPANY
By and through it's registered agent:
Street, Apt.: The Corporation Trust Co.
or PO Box: Corporation Trust Center
City, State: 1209 Orange St.
Wilmington, DE 19801

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

SEARS, ROEBUCK AND COMPANY
By and through it's registered agent:
The Corporation Trust Co.
Corporation Trust Center
1209 Orange St.
Wilmington, DE 19801

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Scott Salem_ ☐ Agent ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery: JUL 16 2010

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☒ No

3. Service Type
   ☒ Certified Mail ☐ Express Mail
   ☐ Registered ☒ Return Receipt for Merchandise
   ☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7009 2250 0002 8916 9037

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540