AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Texas

| | | |
|---|---|---|
| ADJUSTACAM LLC | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No.  6:10-cv-00329 |
| AMAZON.COM, INC., et al. | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  COBRA DIGITAL, LLC
By and through it's registered agent:
WILLIAM J PEARSON III
371 SHARON DR
BARRINGTON, IL 60010

RECEIVED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
AUG 03 2010
DAVID J. MALAND, CLERK

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Andrew W. Spangler
Spangler Law P.C.
208 N. Green Street, Suite 300
Longview, Texas 75601

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: __7/7/10__

CLERK OF COURT

David Maland

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 6:10-cv-00329

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   COBRA DIGITAL, LLC

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Served by Certified Mail, RRR #7009 2250 0002 8916 9600

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   08/02/2010

*Server's signature*

Kimberly Murray - Legal Assistant
*Printed name and title*

208 N. Green St., Ste. 300
Longview, Texas 75601

*Server's address*

Additional information regarding attempted service, etc:

