UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC,<br><br>      Plaintiff,<br><br>vs.<br><br>AMAZON.COM, INC.; et al.<br><br>      Defendants. | Case No. 6:10-CV-00329-LED |

**NOTICE OF APPEARANCE OF COUNSEL FOR
<u>DEFENDANT WAL-MART STORES, INC.</u>**

Defendant Wal-Mart Stores, Inc. files this Notice of Appearance, and hereby notifies the Court and all parties of record that Victor de Gyarfas of Foley & Lardner LLP, 555 S. Flower Street, Suite 3500, Los Angeles, CA 90071-2411, is appearing as its counsel.

Dated: August 3, 2010                               Respectfully submitted,


      /s/  Victor de Gyarfas
Victor de Gyarfas (Texas Bar No. 24071250)
FOLEY & LARDNER LLP
555 South Flower Street, Suite 3500
Los Angeles, CA 90071-2411
Tel:    213.972.4500
Fax:    213.486.0065
Email: vdegyarfas@foley.com

Attorneys for Defendant
WAL-MART STORES, INC.

1

## **CERTIFICATE OF SERVICE**

The undersigned certified that the NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT WAL-MART STORES, INC. was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who have consented to electronic service.

        /s/   Victor de Gyarfas