UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC, § | |
| § | |
| PLAINTIFF § | |
| § | Civil Action No. 6:10-cv-00329-LED |
| § | |
| v. § | |
| § | |
| AMAZON.COM, INC. *et al.*, § | |
| § | |
| DEFENDANTS. § | |

### NOTICE OF APPEARANCE OF COUNSEL

Please take notice that Paula Heyman is entering an appearance for Dell Inc. in the above-numbered and entitled cause:

Paula Heyman
Texas Bar No. 24027075
paula.heyman@bakerbotts.com
BAKER BOTTS L.L.P.
1500 San Jacinto Center
98 San Jacinto Blvd.
Austin, TX 78701-4075
Telephone: (512) 322-2500
Facsimile: (512) 322-2501

Ms. Heyman is admitted to practice in the Eastern District of Texas.

Dated:  August 4, 2010                          Respectfully submitted,


                                               */s/  Paula Heyman*
Scott F. Partridge
Lead Attorney
Texas Bar No. 00786940
scott.partridge@bakerbotts.com
Roger Fulghum
Texas Bar No. 00790724
roger.fulghum@bakerbotts.com
BAKER BOTTS L.L.P.
One Shell Plaza
910 Louisiana Street
Houston, TX  77002
Telephone:  (713) 229-1569
Facsimile:  (713) 229-7769

Paula Heyman
Texas Bar No. 24027075
paula.heyman@bakerbotts.com
BAKER BOTTS L.L.P.
1500 San Jacinto Center
98 San Jacinto Blvd.
Austin, TX 78701-4075
Telephone: (512) 322-2500
Facsimile: (512) 322-2501

**ATTORNEYS FOR DEFENDANT DELL INC.**

- 3 -

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on August 4, 2010, a copy of the foregoing Notice was served electronically, via CM/ECF, on all counsel of record who are deemed to have consented to such service under the Court's local rules.

                                                        */s/  Roger Fulghum*