UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC, § <br> § <br> PLAINTIFF § <br> § <br> v. § <br> § <br> AMAZON.COM, INC. *et al.*, § <br> § <br> DEFENDANTS. § | § <br> § <br> § <br> § Civil Action No. 6:10-cv-00329-LED <br> § <br> § <br> § <br> § <br> § <br> § |

### NOTICE OF APPEARANCE OF COUNSEL

Please take notice that Scott Partridge is entering an appearance for Dell Inc. in the above-numbered and entitled cause:

> Scott Partridge
> Lead Attorney
> Texas State Bar No. 00786940
> scott.partridge@bakerbotts.com
> BAKER BOTTS L.L.P.
> One Shell Plaza
> 910 Louisiana
> Houston, Texas 77002-4995
> Telephone:  (713) 229-1234
> Facsimile:  (713) 229-1522

Mr. Partridge is admitted to practice in the Eastern District of Texas.

- 2 -

Dated:  August 4, 2010   Respectfully submitted,

    */s/  Scott F. Partridge*
Scott F. Partridge
Lead Attorney
Texas Bar No. 00786940
scott.partridge@bakerbotts.com
BAKER BOTTS L.L.P.
One Shell Plaza
910 Louisiana Street
Houston, TX  77002
Telephone:  (713) 229-1569
Facsimile:  (713) 229-7769

Roger Fulghum
Texas Bar No. 00790724
roger.fulghum@bakerbotts.com
BAKER BOTTS L.L.P.
One Shell Plaza
910 Louisiana Street
Houston, TX  77002
Telephone:  (713) 229-1707
Facsimile:  (713) 229-2707

**ATTORNEYS FOR DEFENDANT DELL INC.**

- 3 -

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on August 4, 2010, a copy of the foregoing Notice was served electronically, via CM/ECF, on all counsel of record who are deemed to have consented to such service under the Court's local rules.

                                         */s/  Roger Fulghum*