

UAET (02-2008)

RECEIVED
U.S. DISTRICT ...
EASTERN DISTRICT ... AS

AUG 03 2010

DAV... , CLERK

## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.: 6:10-cv-00329

Name of party requesting extension: Phoebe Micro, Inc.

Is this the first application for extension of time in this case?

☑ Yes
☐ No
If no, please indicate which application this represents:
☐ Second
☐ Third
☐ Other _____

Date of Service of Summons: 7/14/2010

Number of days requested:
☑ 30 days
☐ 15 days
☐ Other _____ days

New Deadline Date: 9/4/2010   *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name: Peter Sedyuen Lui, Pro se

State Bar No.:

Firm Name: Phoebe Micro, Inc.

Address: 47606 Kato Road

Fremont, CA  94538

Phone: 510-933-1683

Fax: 510-360-0818

Email: peter.lui@phoebemicro.com

A certificate of conference does not need to be filed with this unopposed application.

## Peter Lui

| | |
|---|---|
| **From:** | Erick Robinson [erobinson@cepiplaw.com] |
| **Sent:** | Thursday, July 29, 2010 8:38 AM |
| **To:** | Peter Lui |
| **Cc:** | John Edmonds; Kristi Buehring |
| **Subject:** | RE: Case 6:10-cv-00329 Adjustacam LLC v. Phoebe Micro, Inc. |

SUBJECT TO NDA and RULE 408

Peter,

Your answer date is currently 21 days from service, which appears to have been on July 14. Adjustacam does not oppose a 30-day extension, but cannot provide 60 days. If we get down to the deadline and it appears that settlement discussions are progressing, we may entertain another short extension.

As for how to file, I cannot give you legal advice. You should either call the clerk of the Court and explain you are working *pro se* or hire an attorney.

If you have any other questions, please let me know.

Thanks again,
Erick

**Erick S. Robinson**
**CEPIP**
(713) 487-9889
CONFIDENTIAL AND PRIVILEGED

**From:** Peter Lui [mailto:peter.lui@phoebemicro.com]
**Sent:** Wednesday, July 28, 2010 5:01 PM
**To:** 'Peter Lui'; Erick Robinson
**Subject:** RE: Case 6:10-cv-00329 Adjustacam LLC v. Phoebe Micro, Inc.

Dear Mr. Robinson:

Sorry for one more question!
5). Please tell me the new Deadline Date is from the 60 or 30 days from the date I received the package or the Date of Service of Summons.

Thanks,
Peter

**From:** Peter Lui [mailto:peter.lui@phoebemicro.com]
**Sent:** Wednesday, July 28, 2010 2:56 PM
**To:** 'Erick Robinson'
**Subject:** RE: Case 6:10-cv-00329 Adjustacam LLC v. Phoebe Micro, Inc.

Dear Mr. Robinson:

Thank you for your understanding and have mercy on our little company!

7/30/2010

July 29, 2010

Mr. Dave Maland                                          Peter Lui
Clerk of Court                                           General Manager
Tyler Divisional Clerk's Office                          Phoebe Micro, Inc.
Headquarter for the Eastern District of Texas            47606 Kato Road
211 West Ferguson Street, Room 106                       Fremont, CA 94538
Tyler, Texas 75702                                       510-933-1683
903-590-1000                                             peter.lui@phoebemicro.com


Re: Civil Action No. 6:10-cv-00329

Dear Mr. Dave Maland:

I got the suggestion from the counsel of the Plaintiff and also spoke to the Deputy Mike
and he asked me to mail in the "Unopposed Application for Extension of Time to Answer
Complaint" to request the 30 days extension of time to answer Complaint.

I have attached the email to indicate that plaintiff counsel does not oppose on the
extension.

Please review the application and mail me or email me the confirmation!


Thanks,


Sincerely,


Peter Lui
General Manager of
Phoebe Micro, Inc.



**PHOEBE MICRO, INC.**

PHOEBE

47606 Kato Road • Fremont, CA 94538 • Tel: 510-360-0800 • Fox: 510-360-0818

7010 1670 0000 3849 1364

MR. DAVE MALAND
CLERK OF COURT
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
211 WEST FERGUSON STREET
TYLER, TEXAS 75702

CLERK, U.S. DISTRICT COURT
RECEIVED
AUG 5 - 2010
EASTERN DIST. OF TEXAS



**RETURN RECEIPT REQUESTED**





UNITED STATES POSTAL SERVICE
1000
75702

U.S. POSTAGE
PAID
FREMONT, CA
94539
JUL. 30. '10
AMOUNT
$5.54
00085428-06