UAET (02-2008)



## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.: 6:10-cv-00329

Name of party requesting extension: Fry's Electronics, Inc.

Is this the first application for extension of time in this case?   ☑ Yes
☐ No

If no, please indicate which application this represents:   ☐ Second
☐ Third
☐ Other _____

Date of Service of Summons: 07-14-2010

Number of days requested:   ☑ 30 days
☐ 15 days
☐ Other ____ days

New Deadline Date: 09-03-2010 *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name: Ezra Sutton

State Bar No.: ES-2189 NJ

Firm Name: Ezra Sutton & Associates, P.A.

Address: 900 Route 9 North
Suite 201
Woodbridge, New Jersey 07095

Phone: 732-634-3520

Fax: 732-634-3511

Email: esutton@ezrasutton.com

A certificate of conference does not need to be filed with this unopposed application.