UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| Adjustacam LLC, )<br>)<br>        Plaintiff, )<br>)<br>vs. )<br>)<br>Amazon.com, Inc. et al., )<br>)<br>        Defendants. )<br>)<br>) | Civil Action No. 6:10-cv-329<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE OF ATTORNEY ANTHONY S. GABRIELSON

    Anthony S. Gabrielson of Marshall, Gerstein & Borun LLP hereby respectfully enters his appearance as attorney of record for Defendant CDW LLC[1].

Dated:  August 5, 2010

Respectfully submitted,

  /s/  Anthony S. Gabrielson
Thomas L. Duston
tduston@marshallip.com
Anthony S. Gabrielson
agabrielson@marshallip.com
Benjamin T. Horton
bhorton@marshallip.com
Marshall, Gerstein & Borun LLP
6300 Willis Tower
233 South Wacker Drive
Chicago, IL 60606-6357
(312) 474-6300

*Attorneys for Defendant CDW LLC*

---

[1] On December 31, 2009, "CDW Corporation" merged into CDWC LLC, an Illinois limited liability company, and the name of CDWC LLC was changed to "CDW LLC" as of that date.

## CERTIFICATE OF SERVICE

      I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's SM/ECF system per Local Rule CV-5(a)(3).

August 5, 2010                                                    /s/  Anthony S. Gabrielson
                                                                             Anthony S. Gabrielson