UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| Adjustacam LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>Amazon.com, Inc. et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>) Civil Action No. 6:10-cv-329<br>)<br>)<br>) **JURY TRIAL DEMANDED**<br>)<br>)<br>) |

## **ORDER**

CDW LLC ("CDW"), through its attorneys, respectfully moves for dismissal of this action for patent infringement pursuant to Federal Rule of Civil Procedure 12(b)(6). The Court, having considered the respective papers submitted by CDW and the current status of the case;

IT IS HEREBY ORDERED that the Complaint in this action be dismissed for failure to state a claim upon which relief can be granted.