UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| Adjustacam LLC,<br><br>      Plaintiff,<br><br>vs.<br><br>Amazon.com, Inc. et al.,<br><br>      Defendants. | Civil Action No. 6:10-cv-329<br><br>**JURY TRIAL DEMANDED** |

**DEFENDANT CDW CORPORATION'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant CDW Corporation provides the following Corporate Disclosure Statement:

1. CDW Corporation is a wholly-owned subsidiary of VH Holdings, Inc., a privately held corporation.

2. No publicly held corporation owns 10% or more of the stock of CDW Corporation.

Dated:  August 6, 2010

Respectfully submitted,

  /s/  Anthony S. Gabrielson
Thomas L. Duston
tduston@marshallip.com
Anthony S. Gabrielson
agabrielson@marshallip.com
Marshall, Gerstein & Borun LLP
6300 Sears Tower
233 South Wacker Drive
Chicago, IL 60606-6357
(312) 474-6300

*Attorneys for Defendant CDW Corporation*