**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| Adjustacam LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 6:10-cv-329 |
| | ) | |
| Amazon.com, Inc. et al., | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| Defendants. | ) | |
| | ) | |
| | ) | |
| | ) | |

## DEFENDANT CDW LLC'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, CDW LLC[1] provides the following Corporate Disclosure Statement:

1.     CDW LLC is a wholly-owned subsidiary of VH Holdings, Inc., a privately held corporation.

2.     No publicly held corporation owns 10% or more of the stock of CDW LLC

---

[1] On December 31, 2009, "CDW Corporation" merged into CDWC LLC, an Illinois limited liability company, and the name of CDWC LLC was changed to "CDW LLC" as of that date.  The party making this Disclosure is CDW LLC.

Dated:  August 6, 2010    Respectfully submitted,

             /s/  Anthony S. Gabrielson
          Thomas L. Duston
          tduston@marshallip.com
          Anthony S. Gabrielson
          agabrielson@marshallip.com
          Marshall, Gerstein & Borun LLP
          6300 Sears Tower
          233 South Wacker Drive
          Chicago, IL 60606-6357
          (312) 474-6300

          *Attorneys for Defendant CDW LLC*