Appendix K                                                                                   Revised 2/1/10

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
## Tyler DIVISION
## APPLICATION TO APPEAR PRO HAC VICE

*RECEIVED AUG 09 2010 — U.S. DISTRICT COURT, EASTERN DISTRICT OF TEXAS — DAVID J. MALAND, CLERK*

1. This application is being made for the following: Case # 6:10-cv-329-LED
Style: Adjustacam LLC v. Amazon.com et al.
2. Applicant is representing the following party/ies: Defendant CDW[1]
3. Applicant was admitted to practice in Illinois (state) on 11/10/2005 (date).
4. Applicant is in good standing and is otherwise eligible to practice law before this court.
5. Applicant is not currently suspended or disbarred in any other court.
6. Applicant has/(has not) had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.
7. Applicant has/(has not) ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.
8. Applicant has/(has not) been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.
9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.
10. There are no pending grievances or criminal matters pending against the applicant.
11. Applicant has been admitted to practice in the following courts:
Northern Dist. of Illinois and State of Illinois
12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."
13. Applicant has included the requisite $100 fee (see Local Rule AT-1(d)).
14. Applicant understands that (he)/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, Benjamin T. Horton do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date 08/06/2010                    Signature /s/ B. T. Horton

---

1 On December 31, 2009, "CDW Corporation" merged into CDWC LLC, an Illinois limited liability company, and the name of CDWC LLC was changed to "CDW LLC" as of that date.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
## APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print) Benjamin T. Horton
State Bar Number 6286428
Firm Name: Marshall, Gerstein & Borun LLP
Address/P.O. Box: 233 S. Wacker Dr., 6300 Willis Tower
City/State/Zip: Chicago, IL 60606
Telephone #: 312.474.6300
Fax #: 312.474.0448
E-mail Address: bhorton@marshallip.com
Secondary E-Mail Address: jdaly@marshallip.com

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court on: **8/9/10**



David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By _____MLL_____
Deputy Clerk

# Receipt for Payment

Receipt No: 6-1-0023446

## United States District Court
for the
Eastern District of Texas at Tyler

Date: Monday, August 9, 2010

Received from:

MARSHALL, G ERSTEIN & BORUN LLP
6300 SEARS TOWER
233 SOUTH WACKE DRIVE
CHICAGO, ILLINOIS 60606-6357

| Account | Description |
|---|---|
| 085000 | Attorney Admission Fees |
| 086400 | New Case Fee |
| 086900 | Filing Fees |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 143500 | Interest |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 322380 | Recoveries of Court Costs |
| 322386 | Cost of Prosecution |
| 504100 | Crime Victims Fund |
| 508800 | Immigration Fees |
| 510000 | Civil Filing Fee (1/2) |
| 5100PL | Partial Filing Fee (PLRA) |
| 510100 | Registry Fee |
| 604700 | Registry Funds/General and Special Funds |
| 613300 | Unclaimed Monies |
| 6855XX | Deposit Funds |

| Account | Amount |
|---|---|
| 6855XX | $100.00 |
| **Total** | **$100.00** |

Payment method: Check
Case or other reference: 6:10-CV-329
Comments: PHV FEE PAID FOR BENJAMIN HORTON
CHECK #1008071

Received by: gg