IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC | |
| v. | NO. 6:10-cv-329-LED |
| AMAZON.COM, INC. ET AL. | JURY |

## NOTICE OF CHANGE OF ADDRESS OF COUNSEL FOR PLAINTIFF ADJUSTACAM LLC

PLEASE TAKE NOTICE that the following counsel for Plaintiff, AdjustaCam LLC:

John Edmonds; and
Erick Robinson

at the law firm of Collins, Edmonds & Pogorzelski, PLLC, have moved their office to the following address:

1616 South Voss Road, Suite 125
Houston, Texas 77057

Their phone numbers are the same as before.  Please direct all future correspondence to such counsel to the foregoing address.

August 10, 2010

Respectfully submitted,

ADJUSTACAM LLC

By: /s/ *John J. Edmonds*
John J. Edmonds – LEAD COUNSEL
Texas Bar No. 789758
Erick Robinson
Texas Bar No. 24039142
COLLINS, EDMONDS & POGORZELSKI, PLLC
1616 S. Voss Rd., Suite 125
Houston, Texas 77057
Telephone: (281) 501-3425
Facsimile: (832) 415-2535
jedmonds@cepiplaw.com
erobinson@cepiplaw.com

                                    Andrew W. Spangler
                                    Texas Bar No. 24041960
                                    Spangler Law P.C.
                                    208 N. Green Street, Suite 300
                                    Longview, Texas 75601
                                    (903) 753-9300
                                    (903) 553-0403 (fax)
                                    spangler@spanglerlawpc.com

                                    ATTORNEYS FOR PLAINTIFF
                                    ADJUSTACAM LLC

**CERTIFICATE OF SERVICE**

      I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

August 10, 2010                                  /s/ *John J. Edmonds*
                                                John J. Edmonds