IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ADJUSTACAM LLC | § | |
| | § | Civil Action No. 6:10-cv-00329LED |
| v. | § | |
| | § | |
| AMAZON.COM, INC., et al | § | |

## NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL FOR DEFENDANT JWIN ELECTRONICS CORPORATION

Defendant JWIN Electronics Corporation files this Notice of Appearance of Additional Counsel and hereby notifies the Court that Allen F. Gardner of the law firm Potter Minton, A Professional Corporation, 110 North College Ave., Suite 500, Tyler, Texas 75702 is appearing as additional counsel for Defendant JWIN Electronics Corporation in the above-referenced matter. All pleadings, discovery, correspondence and other material should be served upon counsel at the address referenced above.

Dated: August 13, 2010

Respectfully submitted,

**POTTER MINTON**
A Professional Corporation
110 N. College Ave., Suite 500 (75702)
P. O. Box 359
Tyler, Texas 75710
(903) 597 8311
(903) 593 0846 (Facsimile)

By: */s/ Allen F. Gardner*

Allen F. Gardner
State Bar No. 24043679
allengardner@potterminton.com

{A48\7430\0002\W0439350.1 }

                              **ATTORNEYS FOR DEFENDANT JWIN**
                              **ELECTRONICS CORPORATION**

## CERTIFICATE OF SERVICE

      I hereby certify that all counsel of record who have consented to electronic service and are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on August 13, 2010. Any other counsel of record will be served by First Class U.S. mail on this same date.

                              */s/ Allen F. Gardner*
                              Allen F. Gardner