IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC<br><br>    PLAINTIFF,<br><br>  v.<br><br>AMAZON.COM, INC.;<br>AUDITEK CORPORATION;<br>BALTIC LATVIAN UNIVERSAL<br>ELECTRONICS, LLC D/B/A BLUE<br>MICROPHONES, LLC D/B/A BLUE<br>MICROPHONE;<br>BLUE MICROPHONES, LLC;<br>CDW CORPORATION F/K/A CDW<br>COMPUTER CENTERS, INC.;<br>CDW, INC.;<br>COBRA DIGITAL, LLC;<br>COMPUSA.COM, INC.;<br>CREATIVE TECHNOLOGY LTD.;<br>CREATIVE LABS, INC.;<br>DELL, INC.;<br>DIGITAL INNOVATIONS, LLC;<br>EASTMAN KODAK COMPANY;<br>EZONICS CORPORATION D/B/A EZONICS<br>COPORATION USA D/B/A EZONICS;<br>FRY'S ELECTRONICS, INC.;<br>GEAR HEAD, LLC;<br>HEWLETT-PACKARD COMPANY;<br>INTCOMEX, INC.;<br>JASCO PRODUCTS COMPANY LLC D/B/A<br>JASCO PRODUCTS COMPANY D/B/A<br>JASCO;<br>JWIN ELECTRONICS CORPORATION;<br>KLIP XTREME LLC;<br>KMART CORPORATION;<br>LIFEWORKS TECHNOLOGY GROUP, LLC;<br>MACALLY PERIPHERALS, INC. D/B/A<br>MACALLY U.S.A;<br>MACE GROUP, INC.;<br>MICRO ELECTRONICS, INC. DBA MICRO<br>CENTER;<br>NEW COMPUSA CORPORATION; | Civil Action No. 6:10-cv-329-LED |

| | |
|---|---|
| NEWEGG, INC.;<br>NEWEGG.COM, INC.;<br>OFFICE DEPOT, INC.;<br>OVERSTOCK.COM, INC.;<br>PHOEBE MICRO INC.;<br>PROLYNKZ, LLC;<br>RADIOSHACK CORPORATION;<br>ROSEWILL INC.;<br>SEARS BRANDS, LLC;<br>SEARS HOLDINGS CORPORATION D/B/A SEARS<br>SEARS, ROEBUCK AND COMPANY;<br>SAKAR INTERNATIONAL, INC.;<br>SAKAR, INC.;<br>SDI TECHNOLOGIES, INC.;<br>SOFTWARE BROKERS OF AMERICA INC. DBA INTCOMEX CORPORATION D/B/A INTCOMEX;<br>SYSTEMAX, INC. D/B/A COMPUSA;<br>TARGET CORP.;<br>TIGERDIRECT, INC.;<br>TRIPPE MANUFACTURING COMPANY D/B/A TRIPP LITE;<br>WAL-MART STORES, INC.;<br>BEST BUY CO., INC. D/B/A BEST BUY D/B/A ROCKETFISH;<br>BEST BUY STORES, LP;<br>BESTBUY.COM, LLC;<br>CONN'S, INC. D/B/A CONN'S;<br>J&R ELECTRONICS, INC. D/B/A J&R;<br>KOHL'S CORPORATION D/B/A KOHL'S;<br>KOHL'S ILLINOIS, INC.;<br>SOLID YEAR CO., LTD. AND<br>WALGREEN CO. D/B/A WALGREENS,<br><br>      DEFENDANTS. | <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>JURY TRIAL DEMANDED |

**FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT**

Plaintiff AdjustaCam LLC files this First Amended Complaint[1] against the foregoing Defendants, namely AMAZON.COM, INC.; AUDITEK CORPORATION; BALTIC LATVIAN UNIVERSAL ELECTRONICS, LLC D/B/A BLUE MICROPHONES, LLC D/B/A BLUE

---

[1] This Complaint is being amended, once as a matter of course, in accordance with Federal Rule of Civil Procedure 15(a)(1)(B).

2

73. Upon present information and belief, BLUE MICROPHONES' infringing apparatuses comprise at least one or more of the Eyeball, Mini Eyeball and/or Eyeball 2.0.

74. BLUE MICROPHONES is thus liable for infringement of the '343 Patent pursuant to 35 U.S.C. § 271.

75. On information and belief, CDW has been and now is directly infringing at least claim 1 the '343 Patent in the State of Texas, in this judicial district, and elsewhere in the United States by actions comprising selling and/or offering to sell apparatuses for supporting cameras comprising (1) a hinge member rotatably attached to the camera, the camera rotating about a first axis of rotation relative to the hinge member, (2) a support frame rotatably attached to the hinge member, the hinge member rotating about a second axis of rotation relative to the frame, the second axis being generally perpendicular to said first axis, and the second axis being substantially parallel to a first surface on an object, for example a laptop or portable computer, when the hinge member is supported on the object, (3) the support frame having a first disposition positioned on a generally horizontal, substantially planar surface, for example a table top, and having a second disposition attached to the object, with the camera being maintained adjacent an edge of the object in the second disposition.

76. Moreover, on information and belief, CDW has been and now is indirectly infringing by way of inducing infringement and/or contributing to the infringement of the '343 Patent in the State of Texas, in this judicial district, and elsewhere in the United States, including by providing the above-described apparatuses for supporting cameras to users comprising this Defendant's customers. Upon information and belief, such induced and/or contributory infringement has occurred at least since this Defendant became aware of the '343 Patent, at least through becoming aware of this lawsuit.

77. Upon present information and belief, CDW's infringing apparatuses comprise at least one or more of the Blue Microphones Eyeball 2.0 Webcam, Creative Live! Cam Vista IM Webcam, Creative Video IM Ultra Webcam, HP Business Webcam, HP Deluxe Webcam, HP Elite Autofocus Webcam, HP Premium Autofocus Webcam and/or Tripp Lite Notebook Clip-On Camera.

78. CDW is thus liable for infringement of the '343 Patent pursuant to 35 U.S.C. § 271.

79. On information and belief, COBRA DIGITAL has been and now is directly infringing at least claim 1 the '343 Patent in the State of Texas, in this judicial district, and elsewhere in the United States by actions comprising importing, making, using, selling and/or offering to sell apparatuses for supporting cameras comprising (1) a hinge member rotatably attached to the camera, the camera rotating about a first axis of rotation relative to the hinge member, (2) a support frame rotatably attached to the hinge member, the hinge member rotating about a second axis of rotation relative to the frame, the second axis being generally perpendicular to said first axis, and the second axis being substantially parallel to a first surface on an object, for example a laptop or portable computer, when the hinge member is supported on the object, (3) the support frame having a first disposition positioned on a generally horizontal, substantially planar surface, for example a table top, and having a second disposition attached to the object, with the camera being maintained adjacent an edge of the object in the second disposition.

80. Moreover, on information and belief, COBRA DIGITAL has been and now is indirectly infringing by way of inducing infringement and/or contributing to the infringement of the '343 Patent in the State of Texas, in this judicial district, and elsewhere in the United States,

17