IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC | |
| v. | NO. 6:10-cv-329-LED |
| AMAZON.COM, INC. ET AL. | JURY |

## **ORDER**

CAME BEFORE THE COURT Defendant CDW Corporation's ("CDW") Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6) (Dkt. No. 98). Defendant's Motion is largely MOOT in view the filing of Plaintiff's Amended Complaint. Otherwise, Defendant's Motion is hereby DENIED.