UAET (02-2008)



# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.:

Name of party requesting extension:

Is this the first application for extension of time in this case?   Yes

No

   If no, please indicate which application this represents:   Second

Third

Other _____

Date of Service of Summons:

Number of days requested:   30 days

15 days

Other \_\_\_\_\_ days

<span style="color:red">New Deadline Date:</span>   *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

   Full Name:

   State Bar No.:

   Firm Name:

   Address:

   Phone:

   Fax:

   Email:

A certificate of conference does not need to be filed with this unopposed application.