**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| ADJUSTACAM LLC<br>　　　　*Plaintiff*<br><br>v.<br><br>AMAZON.COM, INC., *et al.*<br>　　　　*Defendants* | <br><br><br>Case No. 6:10-cv-329-LED<br><br>**JURY** |

### ORDER GRANTING REQUEST FOR EXPEDITED BRIEFING BY HEWLETT-PACKARD COMPANY, FRY'S ELECTRONICS, INC., MICROCENTER ELECTRONICS, INC., AND OFFICE DEPOT, INC.

On this day, Defendants Hewlett-Packard Company ("HP"), Fry's Electronics, Inc. ("Fry's"), Microcenter Electronics, Inc. ("MEI"), and Office Depot, Inc. ("Office Depot") (collectively, "Defendants") Request for Expedited Briefing came on for consideration.  The Court, having considered the motion and finding it meritorious, hereby

ORDERS that Defendants' Request for Expedited Briefing is GRANTED; and further

ORDERS that the expedited briefing schedule shall make Plaintiff's responsive brief due on Wednesday, September 1, 2010, and Defendants' reply, if any, due before 12:00 p.m. on Thursday, September 2, 2010 in the referenced civil action.

**So ORDERED and SIGNED this 31st day of August, 2010.**



_____
　　**LEONARD DAVIS**
　　**UNITED STATES DISTRICT JUDGE**