IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC | |
| v. | NO. 6:10-cv-329-LED |
| AMAZON.COM, INC.; ET AL. | JURY |

**ORDER**

CAME BEFORE THE COURT the Emergency Motion of defendants Hewlett-Packard, Fry's, Microcenter and Office Depot for a second extension to respond to plaintiff's complaint (Dkt. No. 118). Movants have already received a thirty-day extension to respond to the complaint, and they have failed to show good cause for a second extension.

It is thus ordered the Emergency Motion is DENIED. Hewlett-Packard, Fry's, Microcenter and Office Depot shall respond to the complaint on or before September 3, 2010.

It is so ORDERED.