IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ADJUSTACAM, LLC, | § | |
| | § | Case No. 6:10-cv-00329-LED |
| Plaintiff, | § | |
| | § | JURY TRIAL DEMANDED |
| v. | § | |
| | § | |
| | § | |
| AMAZON.COM, INC., ET AL., | § | |
| | § | |
| | § | |
| Defendants. | § | |

## NOTICE OF APPEARANCE OF COUNSEL

Defendant, Fry's Electronics, Inc, files this Notice of Appearance, and hereby notifies the Court that Eric H. Findlay, of the law firm Findlay Craft, LLP, 6760 Old Jacksonville Hwy, Suite 101, Tyler, TX  75703, Telephone (903) 534-1100, Fax (903) 534-1137, E-mail: efindlay@findlaycraft.com has entered this action as counsel for Fry's Electronics, Inc. In connection with this notice, Mr. Findlay requests that all future pleadings and other papers filed under Fed. R. Civ. P. 5 be served on him at the above address and contact information.

Dated: September 2, 2010

Respectfully submitted,

By: /s/ *Eric H. Findlay*
Eric H. Findlay
State Bar No. 00789886
Findlay Craft, LLP
6760 Old Jacksonville Hwy
Suite 101
Tyler, TX  75703
(903) 534-1100
(903) 534-1137 FAX
efindlay@findlaycraft.com

**CERTIFICATE OF SERVICE**

I hereby certify that on September 2, 2010, I electronically filed the foregoing **NOTICE OF APPEARANCE OF COUNSEL** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

/s/ *Eric H. Findlay*
Eric H. Findlay