UAET (02-2008)



## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.: 6:10-cv-329-LED

Name of party you are representing: Eastman Kodak Company

Is this the first application for extension of time in this case?

- ☒ Yes
- ☑ No

If no, please indicate which application this represents:

- ☑ Second
- ☒ Third
- ☒ Other _____

Date of Service of Summons: 7/14/10

Number of days requested:
- ☒ 30 days
- ☒ 15 days
- ☑ Other 14 days

New Deadline Date: 9/17/10   *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name: Jennifer Parker Ainsworth

State Bar No.: 00784720

Firm Name: Wilson, Robertson & Cornelius, P.C.

Address: P.O. Box 7339
        Tyler, Texas 75711

Phone: 903-509-5000

Fax: 903-509-5092

Email: jainsworth@wilsonlawfirm.com

A certificate of conference does not need to be filed with this unopposed application.