UAET (02-2008)



# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.: 6:10-cv-329-LED

Name of party requesting extension: CDW, Inc. and CDW Corporation

Is this the first application for extension of time in this case?  ✔ Yes
☐ No

If no, please indicate which application this represents:  ☐ Second
☐ Third
☐ Other _____

Date of Service of Summons: 8/26/2010

Number of days requested:  ☐ 30 days
✔ 15 days
☐ Other _____ days

New Deadline Date: 9/17/10     *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name: Benjamin T. Horton
State Bar No.: 6286428
Firm Name: Marshall, Gerstein & Borun LLP
Address: 233 S. Wacker Dr.
6300 Willis Tower
Chicago, IL  60606
Phone: 312.474.6300
Fax: 312.474.0448
Email: bhorton@marshallip.com

A certificate of conference does not need to be filed with this unopposed application.