## John Edmonds

| | |
|---|---|
| **From:** | Daniels, Steven [steven.daniels@dechert.com] |
| **Sent:** | Friday, July 30, 2010 2:00 PM |
| **To:** | Andrew; Spangler |
| **Subject:** | RE: RE:Extensions of answer deadlines for Demeter and Adjustacam cases |

Okay.  I will probably need to come back for more for Adjustacam, but we will apply only for 30 days for now.

-----Original Message-----
From: Andrew Spangler [mailto:Andrew@spanglerlawpc.com]
Sent: Friday, July 30, 2010 1:57 PM
To: Spangler; Daniels, Steven
Subject: RE:Extensions of answer deadlines for Demeter and Adjustacam cases

In trial but ok for demeter. 30 days only for adjustacam

Andrew W. Spangler

-----Original Message-----

From: steven.daniels@dechert.com
Sent: Fri, 30 Jul 2010 1:55:29 PM America/Chicago
To: spangler@spanglerlawpc.com
Subject: Extensions of answer deadlines for Demeter and Adjustacam cases


Andrew:
I am following up on my voice mails of last night and this morning.  Can you please let me know whether your clients will oppose applcations for extension of time to answer or otherwise respond as follows:

In Demeter Technologies v. Fujitsu, et al, we would like to enter an application for a 45-day extension for HP

In Adjustacam v. Amazon.com, et al., we would like to enter an application for a 45-day extension for HP and Microcenter Electronics, Inc.

I look forward to your response.

Steve

Steven R. Daniels
Dechert LLP
300 West 6th Street, Suite 2010
Austin, Texas 78701
(512) 394-3015
Fax:  (512) 394-3974




This e-mail is from Dechert LLP, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-

mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments. Thank you.