## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

ADJUSTACAM LLC
*Plaintiff*

v.

AMAZON.COM, INC., *et al.*
*Defendants*

Case No. 6:10-cv-329-LED

**JURY**

## ORDER GRANTING EMERGENCY OPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT, BY HEWLETT-PACKARD COMPANY, FRY'S ELECTRONICS, INC., MICROCENTER ELECTRONICS, INC., AND OFFICE DEPOT, INC.

On this day, Defendants Hewlett-Packard Company ("HP"), Fry's Electronics, Inc. ("Fry's"), Microcenter Electronics, Inc. ("MEI"), and Office Depot, Inc. ("Office Depot") (collectively, "Defendants") Emergency Opposed Motion for Extension of Time to Answer or Otherwise Respond to Complaint came on for consideration. The Court, having considered the motion and finding it meritorious, hereby

ORDERS that Defendants' Emergency Opposed Motion for Extension of Time to Answer or Otherwise Respond to Complaint is GRANTED; and further

ORDERS that Defendants shall have until September 17, 2010, to answer or otherwise respond to Plaintiff's Complaint in the referenced civil action.

**So ORDERED and SIGNED this 2nd day of September, 2010.**

**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**