UAET (02-2008)



# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

### CASE AND DEADLINE INFORMATION

Civil Action No.: 6:10-cv-329

Name of party requesting extension: Trippe Manufacturing Company

Is this the first application for extension of time in this case?  ☐ Yes  ☐ No

If no, please indicate which application this represents:  ☑ Second  ☐ Third  ☐ Other _____

Date of Service of Summons: 7/15/2010

Number of days requested:  ☐ 30 days  ☐ 15 days  ☑ Other 7 days

New Deadline Date: 9/14/2010   *(Required)*

### ATTORNEY FILING APPLICATION INFORMATION

Full Name: Larry L. Saret
State Bar No.: IL 02459337
Firm Name: Michael Best & Friedrich, LLP
Address: 180 N. Stetson Ave., Suite 2000
Chicago, IL  60601

Phone: 312.661.2116
Fax: 312.222.0818
Email: llsaret@michaelbest.com

A certificate of conference does not need to be filed with this unopposed application.