UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>AMAZON.COM, INC., et al.<br><br>　　　　Defendants. | Case No. 6:10-CV-00329-LED |

**ORDER GRANTING DEFENDANT WAL-MART STORES, INC.'S PARTIAL MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM, FED. R. CIV. P. 12(B)(6)**

　　Having reviewed Defendant Wal-Mart Stores, Inc.'s ("Walmart") Partial Motion to Dismiss for Failure to State a Claim pursuant to Fed. R. Civ. P. 12(b)(6), and finding the same to be meritorious, the Court hereby grants the same.

　　IT IS THEREFORE ORDERED that Plaintiff's claims for inducing and contributory infringement are hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 12(b)(6).