UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC, <br><br> Plaintiff, <br><br> vs. <br><br> AMAZON.COM, INC., et al. <br><br> Defendants. | Case No. 6:10-CV-00329-LED |

### DEFENDANT WAL-MART STORES, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Defendant Wal-Mart Stores, Inc. provides the following Corporate Disclosure Statement.  Wal-Mart Stores, Inc. has no parent corporation and no publicly held corporation owns more than 10% of its stock.

Dated:  September 3, 2010

Respectfully submitted,

/s/ Victor de Gyarfas
Victor de Gyarfas  (Texas Bar No. 24071250)
e-mail:  vdegyarfas@foley.com
FOLEY & LARDNER LLP
555 South Flower Street, Suite 3500
Los Angeles, CA 90071-2411
213.972.4500
213.486.0065

Attorneys for Defendant Wal-Mart Stores, Inc.

## CERTIFICATE OF SERVICE

The undersigned certified that the DEFENDANT WAL-MART STORES, INC.'S CORPORATE DISCLOSURE STATEMENT was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who have consented to electronic service.

/s/ Victor de Gyarfas

LACA_2660387.1