UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC, § | |
| § | |
| PLAINTIFF § | |
| § | |
| § | Civil Action No. 6:10-cv-00329-LED |
| v. § | |
| § | **JURY TRIAL DEMANDED** |
| AMAZON.COM, INC. *et al.*, § | |
| § | |
| DEFENDANTS. § | |

**DEFENDANT DELL INC.'S CORPORATE DISCLOSURE
STATEMENT PURSUANT TO FRCP 7.1**

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendant and Counter-Claim Plaintiff Dell Inc. discloses that it has no parent corporation and that no publicly held corporation owns 10 percent or more of its stock.

Date: September 3, 2010                           Respectfully submitted,


                                                  /s/ *Roger Fulghum*
                                                  Scott F. Partridge
                                                  Lead Attorney
                                                  Texas State Bar No. 00786940
                                                  Roger Fulghum
                                                  Texas State Bar No. 00790724
                                                  BAKER BOTTS L.L.P.
                                                  One Shell Plaza
                                                  910 Louisiana Street
                                                  Houston, Texas 77002-4995
                                                  Telephone:  (713) 229-1569
                                                  Facsimile:  (713) 229-7769
                                                  E-mail:  scott.partridge@bakerbotts.com
                                                  E-mail:  roger.fulghum@bakerbotts.com

                                                  Paula D. Heyman
                                                  Texas State Bar No. 24027075
                                                  BAKER BOTTS L.L.P.
                                                  98 San Jacinto Boulevard
                                                  Suite 1500
                                                  Austin, Texas  78701-4078
                                                  Telephone:  (512) 322-2555
                                                  Facsimile:  (512) 322-3610
                                                  E-mail:  paula.heyman@bakerbotts.com

                                                  ATTORNEYS FOR DEFENDANT DELL INC.

## **CERTIFICATE OF SERVICE**

        The undersigned certifies that a true and correct copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served via e-mail on all counsel who are deemed to have consented to electronic service on September 3, 2010.  Local Rule CV-5(a)(3)(A).

                                            /s/ *Roger Fulghum*
                                            Roger Fulghum