IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC, <br><br> Plaintiff, <br><br> v. <br><br> AMAZON.COM, INC. et al., <br><br> Defendants. | Civil Action No. 6:10-cv-329-LED <br><br> **JURY TRIAL DEMANDED** |

### DEFENDANT JASCO PRODUCTS COMPANY, LLC'S MOTION TO JOIN DEFENDANT WAL-MART STORES, INC.'S PARTIAL MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM

Defendant Jasco Products Company, LLC ("Jasco") hereby joins Defendant Wal-Mart Stores, Inc.'s Partial Motion to Dismiss For Failure to State A Claim (Docket No. 147), pursuant to Fed.R.Civ.P. 12(b)(6), and the arguments and authorities found therein.[1]

Adjustacam LLC's ("Adjustacam") allegations of indirect infringement against Jasco are substantively the same as those it has asserted against Wal-Mart Stores, Inc. ("Wal-Mart"), and are deficient for the same reasons set forth in Wal-Mart's Motion to Dismiss. (*Compare* First Amended Complaint for Patent Infringement, Document 111, at ¶¶ 120 (Jasco), 195 (Wal-Mart.) Because Adjustacam has not adequately pled the elements of inducing or contributory infringement, its indirect infringement claims against Jasco should be dismissed.

---

[1] Jasco also is concurrently filing its Answer to Adjustacam's First Amended Complaint for Patent Infringement.

DATED:  September 3, 2010             Respectfully submitted,

                                      */s/ Michael C. Smith*
                                      Michael C. Smith
                                      Siebman, Burg, Phillips & Smith, LLP
                                      113 East Austin Street
                                      P.O. Box 1556
                                      Marshall, Texas 75671-1556
                                      (903) 938-8900 (office)
                                      (972) 767-4620 (fax)
                                      michaelsmith@siebman.com

OF COUNSEL:

R. David Donoghue
HOLLAND & KNIGHT LLP
131 South Dearborn Street, 30th floor
Chicago, IL 60603
Tel: (312) 263-3600
Fax: (312)578-6666
david.donoghue@hklaw.com

Peter Sanborn
HOLLAND & KNIGHT LLP
10 St. James Ave.
Boston, MA 02116
Tel: (617) 523-2700
Fax: (617) 523-6850
peter.sanborn@hklaw.com

Attorneys for Jasco Products Company, LLC

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) this 3rd day of September, 2010.  Any other counsel of record will be served by facsimile transmission or first-class mail on this same date.

                                            /s/*Michael C. Smith*
                                            Michael C. Smith