# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC, <br><br> Plaintiff, <br><br> v. <br><br> AMAZON.COM, INC. et al., <br><br> Defendants. | Civil Action No. 6:10-cv-329-LED <br><br> **JURY TRIAL DEMANDED** |

## JASCO PRODUCTS COMPANY LLC'S CORPORATE DISCLOSURE STATEMENT

Jasco Products Company, LLC ("Jasco") certifies that it is a non-governmental corporation organized and existing under the laws of the State of Oklahoma with its principal place of business in Oklahoma City, Oklahoma. Jasco submits the following statement of its corporate interests and affiliations pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, for the use of the judges of this Court:

1. Jasco is a privately-held entity.

2. Jasco has no parent corporation.

3. No publicly held corporation owns ten percent or more of Jasco's stock.

DATED:  September 3, 2010          Respectfully submitted,

/s/  *Michael C. Smith*
Michael C. Smith
Siebman, Burg, Phillips & Smith, LLP
113 East Austin Street
P.O. Box 1556
Marshall, Texas 75671-1556
(903) 938-8900 (office)
(972) 767-4620 (fax)
michaelsmith@siebman.com

OF COUNSEL:

R. David Donoghue
HOLLAND & KNIGHT LLP
131 South Dearborn Street, 30th floor
Chicago, IL 60603
Tel: (312) 263-3600
Fax: (312)578-6666
david.donoghue@hklaw.com

Peter Sanborn
HOLLAND & KNIGHT LLP
10 St. James Ave.
Boston, MA 02116
Tel: (617) 523-2700
Fax: (617) 523-6850
peter.sanborn@hklaw.com

Attorneys for Jasco Products Company, LLC

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) this 3rd day of September, 2010. Any other counsel of record will be served by facsimile transmission or first-class mail on this same date.

                                                s/ *Michael C. Smith*
                                                Michael C. Smith

# 9713450_v1