# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC, | |
| Plaintiff, | |
| v. | Civil Action No. 6:10-cv-329-LED |
| AMAZON.COM, INC. et al., | **JURY TRIAL DEMANDED** |
| Defendants. | |

## ORDER

Before this Court is Defendant Target Corporation's ("Target") Motion to Join Defendant Wal-Mart Stores, Inc.'s Partial Motion to Dismiss for Failure to State a Claim. Having considered the matter and the papers submitted by counsel, the Court is of the opinion that the Motion is well taken and should be granted.

It is therefore ORDERED that Defendant Target Corporation's Motion to Join Defendant Wal-Mart Stores, Inc.'s Partial Motion to Dismiss for Failure to State a Claim is in all things GRANTED.