IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC,<br><br>               Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC. et al.,<br><br>               Defendants. | Civil Action No. 6:10-cv-329-LED<br><br>**JURY TRIAL DEMANDED** |

**TARGET CORPORATION'S CORPORATE DISCLOSURE STATEMENT**

Target Corporation ("Target") certifies that it is a non-governmental corporation organized and existing under the laws of the State of Minnesota with its principal place of business in Minneapolis, Minnesota.  Target submits the following statement of its corporate interests and affiliations pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, for the use of the judges of this Court:

1. Target is a publicly traded corporation.

2. Target has no parent corporation.

3. No publicly held corporation owns ten percent or more of Target's stock.

DATED:  September 3, 2010        Respectfully submitted,

                                                   /s/  *Michael C. Smith*
                                                   Michael C. Smith
                                                   Siebman, Burg, Phillips & Smith, LLP
                                                   113 East Austin Street
                                                   P.O. Box 1556
                                                   Marshall, Texas 75671-1556
                                                   (903) 938-8900 (office)

(972) 767-4620 (fax)
michaelsmith@siebman.com

OF COUNSEL:

R. David Donoghue
HOLLAND & KNIGHT LLP
131 South Dearborn Street, 30th floor
Chicago, IL 60603
Tel: (312) 263-3600
Fax: (312)578-6666
david.donoghue@hklaw.com

Peter Sanborn
HOLLAND & KNIGHT LLP
10 St. James Ave.
Boston, MA 02116
Tel: (617) 523-2700
Fax: (617) 523-6850
peter.sanborn@hklaw.com

Attorneys for Target Corporation

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) this 3rd day of September, 2010. Any other counsel of record will be served by facsimile transmission or first-class mail on this same date.

                                         s/ _Michael C. Smith_____
                                         Michael C. Smith