# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC, § | |
| § | |
| PLAINTIFF § | |
| § | |
| § | Civil Action No. 6:10-cv-00329-LED |
| v. § | |
| § | JURY TRIAL DEMANDED |
| AMAZON.COM, INC. *et al.*, § | |
| § | |
| DEFENDANTS. § | |

## ORDER GRANTING DELL INC.'S MOTION TO DISMISS PLAINTIFF'S ALLEGATIONS OF INDIRECT INFRINGEMENT AND WILLFUL INFRINGEMENT

The Court, having considered Dell Inc.'s Motion to Dismiss Plaintiff's Allegations of Indirect Infringement and Willful Infringement, and any response by Plaintiff, is of the opinion that this Motion should be GRANTED.

Accordingly, it is hereby ORDERED that any claims of indirect infringement and any willfulness claims by Plaintiff AdjustaCam LLC against Defendant Dell Inc. are DISMISSED.