IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC<br><br>v.<br><br>AMAZON.COM, INC. ET AL. | NO. 6:10-cv-329-LED<br><br>JURY |

### PLAINTIFF'S NOTICE OF DISMISSAL OF
### DEFENDANT WALGREEN CO. D/B/A WALGREENS

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff AdjustaCam, LLC respectfully submits this notice of voluntary dismissal of all claims against Defendant WALGREEN CO. D/B/A WALGREENS without prejudice.

September 8, 2010

Respectfully submitted,

By: /s/ *Erick Robinson*
Erick Robinson
Texas Bar No. 24039142
John J. Edmonds – LEAD COUNSEL
Texas Bar No. 789758
Michael J. Collins
Texas Bar No. 4614510
Henry M. Pogorzelski
Texas Bar No. 24007852
COLLINS, EDMONDS & POGORZELSKI, PLLC
709 Sabine Street
Houston, Texas 77007
Telephone: (281) 501-3425
Facsimile: (832) 415-2535
jedmonds@cepiplaw.com
mcollins@cepiplaw.com
hpogorzelski@cepiplaw.com
erobinson@cepiplaw.com

Andrew W. Spangler
Texas Bar No. 24041960
Spangler Law P.C.
208 N. Green Street, Suite 300
Longview, Texas 75601
(903) 753-9300

(903) 553-0403 (fax)
spangler@spanglerlawpc.com

ATTORNEYS FOR PLAINTIFF
ADJUSTACAM LLC

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

September 8, 2010                               /s/ *Erick Robinson*
                                                Erick Robinson