IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC,<br><br>                            Plaintiff,<br><br>                            v.<br><br>AMAZON.COM, INC.;<br>AUDITEK CORPORATION;<br>BALTIC LATVIAN UNIVERSAL<br>ELECTRONICS, LLC D/B/A BLUE<br>MICROPHONES, LLC D/B/A BLUE<br>MICROPHONE;<br>BLUE MICROPHONES, LLC;<br>CDW CORPORATION F/K/A CDW<br>COMPUTER CENTERS, INC.;<br>CDW, INC.;<br>CDW, LLC;<br>COMPUSA.COM, INC.;<br>COBRA DIGITAL, LLC;<br>CREATIVE TECHNOLOGY LTD.;<br>CREATIVE LABS, INC.;<br>DELL, INC.;<br>DIGITAL INNOVATIONS, LLC;<br>EASTMAN KODAK COMPANY;<br>EZONICS CORPORATION D/B/A EZONICS<br>COPORATION USA D/B/A EZONICS;<br>FRY'S ELECTRONICS, INC.;<br>GEAR HEAD, LLC;<br>GENERAL ELECTRIC COMPANY;<br>HEWLETT-PACKARD COMPANY;<br>INTCOMEX, INC.;<br>JASCO PRODUCTS COMPANY LLC D/B/A<br>JASCO PRODUCTS COMPANY D/B/A<br>JASCO;<br>JWIN ELECTRONICS CORPORATION;<br>KLIP XTREME LLC;<br>KMART CORPORATION;<br>LIFEWORKS TECHNOLOGY GROUP, LLC; | Case No: 6:10-CV-329-LED |

80068299

| | |
|---|---|
| MACALLY PERIPHERALS, INC. D/B/A | ) |
| MACALLY U.S.A; | ) |
| MACE GROUP, INC.; | ) |
| MICRO ELECTRONICS, INC. DBA MICRO, | ) |
| CENTER; | ) |
| NEW COMPUSA CORPORATION; | ) |
| NEWEGG, INC.; | ) |
| NEWEGG.COM, INC.; | ) |
| OFFICE DEPOT, INC.; | ) |
| OVERSTOCK.COM, INC.; | ) |
| PHOEBE MICRO INC.; | ) |
| PROLYNKZ, LLC; | ) |
| RADIOSHACK CORPORATION; | ) |
| ROSEWILL INC.; | ) |
| SEARS BRANDS, LLC; | ) |
| SEARS HOLDINGS CORPORATION D/B/A | ) |
| SEARS | ) |
| SEARS, ROEBUCK AND COMPANY; | ) |
| SAKAR INTERNATIONAL, INC.; | ) |
| SAKAR, INC.; | ) |
| SDI TECHNOLOGIES, INC.; | ) |
| SOFTWARE BROKERS OF AMERICA INC. | ) |
| DBA INTCOMEX CORPORATION D/B/A | ) |
| INTCOMEX; | ) |
| SYSTEMAX, INC. D/B/A COMPUSA; | ) |
| TARGET CORP.; | ) |
| TIGERDIRECT, INC.; | ) |
| TRIPPE MANUFACTURING COMPANY | ) |
| D/B/A TRIPP LITE; AND | ) |
| WAL-MART STORES, INC., | ) |
| | ) |
| Defendants. | ) |
| | ) |

**DEFENDANTS COMPUSA.COM, INC.'S, NEW COMPUSA CORP.'S, SYSTEMAX INC.'S, AND TIGERDIRECT FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7., defendants CompUSA.com, Inc., New CompUSA Corp., Systemax Inc., and TigerDirect, Inc., by and through their attorneys, hereby state that (i) CompUSA.com, Inc., New CompUSA Corp. and TigerDirect, Inc. are each wholly-owned

subsidiaries of Systemax Inc., a publicly held corporation; and (ii) there is no publicly held corporation that owns 10% or more of Systemax Inc.'s stock.

Dated: Garden City, New York
September 8, 2010

    Respectfully submitted,

    **DAVIDOFF MALITO & HUTCHER LLP**
    *Attorneys for Defendants Systemax, Inc., CompUSA.com, Inc., New CompUSA Corporation, and TigerDirect, Inc.*

By: /s/David W. Denenberg

    David W. Denenberg
    DD9951 (admitted in E.D. Texas *pro hac vice*)
    200 Garden City Plaza
    Garden City, New York 11530
    (516) 247-4440 (Telephone)
    (516) 248-6422 (Facsimile)
    dwd@dmlegal.com

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, the within was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

/s/David W. Denenberg
David W. Denenberg