IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC. et al.,<br><br>　　　　　Defendants. | Civil Action No. 6:10-cv-329-LED<br><br>**JURY TRIAL DEMANDED** |

**DEFENDANT RADIOSHACK CORPORATION'S NOTICE OF JOINDER IN DEFENDANT WAL-MART STORES, INC.'S PARTIAL MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM**

Defendant RadioShack Corporation ("RadioShack") hereby joins Defendant Wal-Mart Stores, Inc.'s Partial Motion to Dismiss For Failure to State A Claim (Docket No. 147), pursuant to Fed.R.Civ.P. 12(b)(6), and the arguments and authorities found therein.[1]

Adjustacam LLC's ("Adjustacam") allegations of indirect infringement against RadioShack are substantively the same as those it has asserted against Wal-Mart Stores, Inc. ("Wal-Mart"), and are deficient for the same reasons set forth in Wal-Mart's Motion to Dismiss. (*Compare* First Amended Complaint for Patent Infringement, Document 111, at ¶¶ 168 (RadioShack), 195 (Wal-Mart.))  Because Adjustacam has not adequately pled the elements of inducing or contributory infringement, its indirect infringement claims against RadioShack should be dismissed.

---

[1] RadioShack also is concurrently filing its Answer to Adjustacam's First Amended Complaint for Patent Infringement.

DATED:  September 8, 2010　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　/s/ *Michael C. Smith*
　　　　　　　　　　　　　　　　　　　　Michael C. Smith
　　　　　　　　　　　　　　　　　　　　Siebman, Burg, Phillips & Smith, LLP
　　　　　　　　　　　　　　　　　　　　113 East Austin Street
　　　　　　　　　　　　　　　　　　　　P.O. Box 1556
　　　　　　　　　　　　　　　　　　　　Marshall, Texas 75671-1556
　　　　　　　　　　　　　　　　　　　　(903) 938-8900 (office)
　　　　　　　　　　　　　　　　　　　　(972) 767-4620 (fax)
　　　　　　　　　　　　　　　　　　　　michaelsmith@siebman.com


OF COUNSEL:

R. David Donoghue
HOLLAND & KNIGHT LLP
131 South Dearborn Street, 30th floor
Chicago, IL 60603
Tel: (312) 263-3600
Fax: (312)578-6666
david.donoghue@hklaw.com

Peter Sanborn
HOLLAND & KNIGHT LLP
10 St. James Ave.
Boston, MA 02116
Tel: (617) 523-2700
Fax: (617) 523-6850
peter.sanborn@hklaw.com

Attorneys for RadioShack Corporation

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) this 8th day of September, 2010. Any other counsel of record will be served by facsimile transmission or first-class mail on this same date.

                                        s/ *Michael C. Smith*
                                        Michael C. Smith