UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC,<br><br>           Plaintiff,<br>vs.<br><br>AMAZON.COM, INC., ET AL.<br><br>           Defendants. | Case No. 6:10-CV-329-LED<br><br>JURY TRIAL DEMANDED |

**DEFENDANT NEWEGG INC.'S AND DEFENDANT
NEWEGG.COM INC.'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants Newegg Inc. and Newegg.com Inc., by and through their undersigned counsel, hereby submit the following corporate disclosure statement:

1.  Defendant Newegg Inc. has no parent corporation and no publicly held company owns 10% or more of its stock.

2.  Defendant Newegg.com Inc. has been dissolved.  Therefore, Defendant Newegg.com Inc. has no parent corporation and no publicly held company owns 10% or more of its stock.  Prior to the dissolution of Defendant Newegg.com Inc., Defendant Newegg Inc. was the parent company of Defendant Newegg.com Inc.

September 9th, 2010

                              Respectfully submitted,

                              By:  /s/Justin N. Stewart
                                  Justin N. Stewart
                                  State Bar No. 24067889
                                  Zarian Midgley & Johnson PLLC
                                  960 Broadway, Suite 250
                                  Boise, Idaho 83706
                                  (208) 562-4900 Telephone
                                  (208) 562-4901 Facsimile
                                  E-mail: stewart@zarianmidgley.com

                                  ATTORNEYS FOR DEFENDANTS
                                  NEWEGG INC. and NEWEGG.COM INC.

CERTIFICATE OF SERVICE

        I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 9th day of September, 2010, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

        /s/Justin N. Stewart
        Justin N. Stewart