UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC, <br><br> Plaintiff, <br> vs. <br><br> AMAZON.COM, INC., ET AL. <br><br> Defendants. | Case No. 6:10-CV-329-LED <br><br> JURY TRIAL DEMANDED |

### DEFENDANT ROSEWILL INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Rosewill Inc., by and through its undersigned counsel, hereby submits the following corporate disclosure statement:

Defendant Rosewill Inc. is a wholly-owned subsidiary of Magnell Associate Inc., which is a wholly-owned subsidiary of Defendant Newegg Inc. Defendant Newegg Inc. has no parent corporation and no publicly held company owns 10% or more of its stock.

September _9th_, 2010

                                          Respectfully submitted,

By: /s/Justin N. Stewart
     Justin N. Stewart
     State Bar No. 24067889
     Zarian Midgley & Johnson PLLC
     960 Broadway, Suite 250
     Boise, Idaho 83706
     (208) 562-4900 Telephone
     (208) 562-4901 Facsimile
     E-mail: stewart@zarianmidgley.com

     ATTORNEYS FOR DEFENDANT
     ROSEWILL INC.

CERTIFICATE OF SERVICE

    I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 9th day of September, 2010, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

                /s/Justin N. Stewart_____
                Justin N. Stewart