UAET (02-2008)



## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

### CASE AND DEADLINE INFORMATION

Civil Action No.: 6:10-cv-329

Name of party requesting extension: Trippe Manufacturing Company

Is this the first application for extension of time in this case?  ☐ Yes  ☑ No

If no, please indicate which application this represents:  ☐ Second  ☑ Third  ☐ Other _____

Date of Service of Summons: 7/15/2010

Number of days requested:  ☐ 30 days  ☐ 15 days  ☑ Other 6 days

New Deadline Date: 9/20/2010  *(Required)*

### ATTORNEY FILING APPLICATION INFORMATION

Full Name: Larry L. Saret

State Bar No.: IL 02459337

Firm Name: Michael Best & Friedrich, LLP

Address: 180 N. Stetson Ave., Suite 2000
         Chicago, IL  60601

Phone: 312.661.2116

Fax: 312.222.0818

Email: llsaret@michaelbest.com

A certificate of conference does not need to be filed with this unopposed application.