IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC | |
| v. | NO. 6:10-cv-329-LED |
| AMAZON.COM, INC. ET AL. | JURY |

## ORDER

CAME BEFORE THE COURT Plaintiff's Notice of Voluntary Dismissal of Defendant WALGREEN CO. D/B/A WALGREENS pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). In accordance with Rule 41(a)(1)(A)(i), the Court hereby ORDERS that Plaintiff's claims against WALGREEN CO. D/B/A WALGREENS are DISMISSED without prejudice.

**So ORDERED and SIGNED this 14th day of September, 2010.**

**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**