IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ADJUSTACAM LLC | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 6:10-cv-00329-LED |
| AMAZON.COM, INC.; et al | § | |

## DEFENDANT jWIN ELECTRONICS CORPORATION'S UNOPPOSED MOTION TO WITHDRAW AS COUNSEL

Defendant jWIN Electronics Corporation ("jWIN") files this Unopposed Motion to Withdraw as Counsel and respectfully requests that Michael E. Jones, Allen F. Gardner of the Potter Minton, PC law firm be permitted to withdraw herein as counsel of record for jWIN in the above-captioned matter.  jWIN consents to this request and Plaintiff does not oppose this motion.

DATED:  September 15, 2010

Respectfully submitted,

By: /s/ *Michael E. Jones* _____
Michael E. Jones
Texas State Bar No. 10929400
Allen F. Gardner
Texas State Bar No. 24043679
110 N. College Ave.
Suite 500 Plaza Tower (75702)
P.O. Box 359
Tyler, Texas 75710
Telephone: 903.597.8311
Fax: 903.593.0846
Email: mikejones@potterminton.com
Email: allengardner@potterminton.com

*Attorneys for Defendant*
*JWIN ELECTRONICS CORPORATION*

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on September 15, 2010.  Any other counsel of record will be served by First Class U.S. mail on this same date.

*/s/ Michael E. Jones* _____

{A07\7430\0002\W0442805.1 }