UAET (02-2008)



# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

### CASE AND DEADLINE INFORMATION

Civil Action No.: 6:10-cv-00329

Name of party requesting extension: Creative Labs, Inc.

Is this the first application for extension of time in this case?   ✓ Yes
☐ No

If no, please indicate which application this represents:   ☐ Second
☐ Third
☐ Other _____

Date of Service of Summons: 8/26/2010

Number of days requested:   ☐ 30 days
☐ 15 days
✓ Other 7 days

New Deadline Date: 9-23-2010   *(Required)*

### ATTORNEY FILING APPLICATION INFORMATION

Full Name: Steven R. Daniels
State Bar No.: 24025318 TX
Firm Name: Dechert LLP
Address: 300 W. 6th Street
Suite 2010
Austin, Texas 78701
Phone: 512-394-3000
Fax: 512-394-3001
Email: steven.daniels@dechert.com

A certificate of conference does not need to be filed with this unopposed application.