IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ADJUSTACAM LLC | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 6:10-cv-00329-LED |
| AMAZON.COM, INC.; et al | § | |

**ORDER GRANTING DEFENDANT jWIN ELECTRONICS CORPORATION'S
UNOPPOSED MOTION TO WITHDRAW AS COUNSEL**

On this day, came on to be considered the Unopposed Motion to Withdraw Counsel of Defendant jWIN Electronics Corproation.  After considering said motion, the Court is of the opinion that said motion should be GRANTED.

IT IS, THERFORE, ORDERED that Michael E. Jones, Allen F. Gardner of the Potter Minton, PC law firm be allowed to withdraw and is hereby withdrawn as attorney of record for Defendant jWIN Electronics Corporation in the above referenced matter.

**So ORDERED and SIGNED this 16th day of September, 2010.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**

{A07\7430\0002\W0442805.1 }