# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC, § | |
| § | |
| PLAINTIFF, § | |
| § | |
| v. § | |
| § | C.A. NO. 6:10-cv-00329-LED |
| AMAZON.COM, INC.; § | |
| AUDITEK CORPORATION; § | |
| BALTIC LATVIAN UNIVERSAL § | |
| ELECTRONICS, LLC D/B/A BLUE § | |
| MICROPHONES, LLC D/B/A BLUE § | |
| MICROPHONE; § | |
| BLUE MICROPHONES, LLC; § | |
| CDW CORPORATION F/K/A CDW § | |
| COMPUTER CENTERS, INC.; § | |
| CDW, INC.; § | |
| COBRA DIGITAL, LLC; § | |
| COMPUSA.COM, INC.; § | |
| CREATIVE TECHNOLOGY LTD.; § | |
| CREATIVE LABS, INC.; § | |
| DELL, INC.; § | |
| DIGITAL INNOVATIONS, LLC.; § | |
| EASTMAN KODAK COMPANY; § | |
| EZONICS CORPORATION D/B/A § | |
| EZONICS CORPORATION USA D/B/A § | |
| EZONICS; § | |
| FRY'S ELECTRONICS, INC.; § | |
| GEAR HEAD, LLC; § | |
| HEWLETT-PACKARD COMPANY; § | |
| INTCOMEX, INC.; § | |
| JASCO PRODUCTS COMPANY LLC § | |
| D/B/A JASCO PRODUCTS COMPANY § | |
| D/B/A JASCO; § | |
| JWIN ELECTRONICS CORPORATION; § | |
| KLIP XTREME LLC; § | |
| KMART CORPORATION; § | |
| LIFEWORKS TECHNOLOGY GROUP, § | |
| LLC; § | |
| MACALLY PERIPHERALS, INC. D/B/A § | |
| MACALLY U.S.A.; § | |
| MACE GROUP, INC.; § | |
| MICRO ELECTRONICS, INC. D/B/A § | |

HOUSTON\2419684.1

| | |
|---|---|
| MICRO CENTER; | § |
| NEW COMPUSA CORPORATION; | § |
| NEWEGG, INC.; | § |
| NEWEGG.COM, INC.; | § |
| OFFICE DEPOT, INC.; | § |
| OVERSTOCK.COM, INC.; | § |
| PHOEBE MICRO INC.; | § |
| PROLYNKZ, LLC; | § |
| RADIOSHACK CORPORATION; | § |
| ROSEWILL INC.; | § |
| SEARS BRANDS, LLC; | § |
| SEARS HOLDINGS CORPORATION | § |
| D/B/A SEARS; | § |
| SEARS, ROEBUCK AND COMPANY; | § |
| SAKAR INTERNATIONAL, INC.; | § |
| SAKAR, INC.; | § |
| SDI TECHNOLOGIES, INC.; | § |
| SOFTWARE BROKERS OF AMERICA | § |
| INC. D/B/A INTCOMEX CORPORATION | § |
| D/B/A INTCOMEX; | § |
| SYSTEMAX, INC. D/B/A COMPUSA; | § |
| TARGET CORP.; | § |
| TIGERDIRECT, INC.; | § |
| TRIPPE MANUFACTURING COMPANY | § |
| D/B/A TRIPP LITE; | § |
| WAL-MART STORES, INC.; | § |
| BEST BUY CO., INC. D/B/A BEST BUY | § |
| D/B/A ROCKETFISH; | § |
| BEST BUY STORES, LP; | § |
| BESTBUY.COM, LLC; | §   JURY TRIAL DEMANDED |
| CONN'S, INC. D/B/A CONN'S; | § |
| J&R ELECTRONICS, INC. D/B/A J&R; | § |
| KOHL'S CORPORATION D/B/A KOHL'S; | § |
| KOHL'S ILLINOIS, INC.; | § |
| SOLID YEAR CO., LTD. AND | § |
| WALGREEN CO. D/B/A WALGREENS, | § |
| | § |
| DEFENDANTS. | § |

## **ORDER**

The Court has considered the Unopposed Motion for Extension of Time in Which to Answer or Otherwise Respond to Plaintiff's First Amended Complaint for Patent Infringement by Defendants Overstock.com, Inc.; Kmart Corporation; Sears Brands, LLC; Sears Holdings

-3-

Corporation d/b/a Sears; and Sears, Roebuck and Company and finds that such motion is well taken and should be GRANTED in all respects.

Accordingly, it is ORDERED that Defendants Overstock.com, Inc.; Kmart Corporation; Sears Brands, LLC; Sears Holdings Corporation d/b/a Sears; and Sears, Roebuck and Company's time to answer or otherwise respond to Plaintiff's First Amended Complaint for Patent Infringement is extended to **October 1, 2010.**