IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ADJUSTACAM LLC | § | |
| | § | |
| PLAINTIFFS, | § | |
| | § | |
| v. | § | Civil Action No. 6:10-cv-329-LED |
| | § | |
| AMAZON.COM, INC., ET AL., | § | |
| | § | |
| DEFENDANTS. | § | |

**DEFENDANT jWIN ELECTRONICS CORP.'S ORIGINAL ANSWER
TO FIRST AMENDED COMPLAINT**

Defendant jWIN Electronics, Corp., files this answer to Plaintiff's First Amended
Complaint:

***RESPONSE TO PLAINTIFF'S ALLEGATIONS***[1]

1.      jWIN denies the allegations and conclusions of this paragraph for lack of
knowledge.

2.      jWIN denies the allegations and conclusions of this paragraph for lack of
knowledge.

3.      jWIN denies the allegations and conclusions of this paragraph for lack of
knowledge.

4.      jWIN denies the allegations and conclusions of this paragraph for lack of
knowledge.

5.      jWIN denies the allegations and conclusions of this paragraph for lack of
knowledge.

---

[1] Each Paragraph number in this section corresponds to the paragraph numbers in Plaintiff's First Amended
Complaint.

6.      jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

7.      jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

8.      jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

9.      jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

10.     jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

11.     jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

12.     jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

13.     jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

14.     jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

15.     jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

16.     jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

17.     jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

18.     jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

19.     jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

20.     jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

21.     jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

22.     jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

23.     jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

24.     jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

25.     jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

26.     jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

27.     jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

28.     jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

29.     jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

30.     jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

31.     jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

32.     jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

33.     jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

34.     jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

35.     jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

36.     jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

37.     jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

38.     jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

39.    jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

40.    jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

41.    jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

42.    jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

43.    jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

44.    jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

45.    jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

46.    jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

47.    jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

48.    jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

49.    jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

50.    jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

51.    jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

52.    jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

53.    jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

54.    jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

55.    jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

56.    jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

57.    jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

58.    jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

59.    jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

60.    jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

61.     jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

62.     jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

63.     jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

64.     jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

65.     jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

66.     jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

67.     jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

68.     jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

69.     jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

70.     jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

71.     jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

72.   jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

73.   jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

74.   jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

75.   jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

76.   jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

77.   jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

78.   jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

79.   jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

80.   jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

81.   jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

82.   jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

83.     jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

84.     jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

85.     jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

86.     jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

87.     jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

88.     jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

89.     jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

90.     jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

91.     jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

92.     jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

93.     jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

94.     jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

95.     jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

96.     jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

97.     jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

98.     jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

99.     jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

100.    jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

101.    jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

102.    jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

103.    jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

104.    jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

105.    jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

106.    jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

107.    jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

108.    jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

109.    jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

110.    jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

111.    jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

112.    jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

113.    jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

114.    jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

115.    jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

116.   jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

117.   jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

118.   jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

119.   jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

120.   jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

121.   jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

122.   jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

123.   jWIN denies the allegations and conclusions of this paragraph.

124.   jWIN denies the allegations and conclusions of this paragraph.

125.   jWIN denies the allegations and conclusions of this paragraph.

126.   jWIN denies the allegations and conclusions of this paragraph.

127.   jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

128.   jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

129.   jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

130.   jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

131.   jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

132.   jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

133.   jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

134.   jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

135.   jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

136.   jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

137.   jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

138.   jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

139.   jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

140.    jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

141.    jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

142.    jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

143.    jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

144.    jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

145.    jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

146.    jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

147.    jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

148.    jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

149.    jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

150.    jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

151.   jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

152.   jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

153.   jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

154.   jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

155.   jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

156.   jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

157.   jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

158.   jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

159.   jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

160.   jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

161.   jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

162.   jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

163.   jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

164.   jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

165.   jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

166.   jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

167.   jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

168.   jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

169.   jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

170.   jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

171.   jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

172.   jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

173.    jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

174.    jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

175.    jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

176.    jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

177.    jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

178.    jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

179.    jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

180.    jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

181.    jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

182.    jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

183.    jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

184.   jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

185.   jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

186.   jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

187.   jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

188.   jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

189.   jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

190.   jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

191.   jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

192.   jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

193.   jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

194.   jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

195.    jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

196.    jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

197.    jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

198.    jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

199.    jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

200.    jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

201.    jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

202.    jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

203.    jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

204.    jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

205.    jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

206.   jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

207.   jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

208.   jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

209.   jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

210.   jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

211.   jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

212.   jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

213.   jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

214.   jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

215.   jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

216.   jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

217.    jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

218.    jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

219.    jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

220.    jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

221.    jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

222.    jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

223.    jWIN denies the allegations and conclusions of this paragraph.

224.    jWIN denies the allegations and conclusions of this paragraph.

225.    jWIN denies the allegations and conclusions of this paragraph for lack of knowledge.

226.    jWIN denies the alleagtions and conclusions of this paragraph.

**Prayer for Relief:**    jWIN denies that Plaintiff is entitled to the relief prayed for in its petition.

## *AFFIRMATIVE DEFENSES*

227.    jWIN denies that Plaintiff is the owner of the patent and denies that it has standing to sue.

228.    jWIN denies that any patent such as described by Plaintiff is valid and applicable

to any devise sold by jWIN.

229.    jWIN requests a trial by jury.

***PRAYER***

Defendant jWIN Electronics Corp., prays that Plaintiff recover nothing and that it have

its court costs and expenses as allowed by law.

September 17, 2010

Respectfully submitted,

WERNER AYERS, L.L.P.


By:  _____  *Philip Werner /s/*
Philip A. Werner
Texas Bar No. 21190200
2000 West Loop South, Suite 1550
Houston, Texas  77027
(713)  626-2233
(713)  626-9708  (Fax)

**ATTORNEYS FOR DEFENDANT**


**CERTIFICATE OF SERVICE**

I certify that all counsel or record who are deemed to have consented to electronic service
are being served a copy of this document via the Court's CM/ECF system per Local Rule CV-
5(a)(3).   Other Defendants will be served in accordance with the Federal Rules of Civil
Procedure.

September 17, 2010

_____  *Philip Werner /s/*
Philip Werner