IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC<br>    *Plaintiff*<br><br>v.<br><br>AMAZON.COM, INC. *et al.*,<br>    *Defendants* | Case No. 6:10-cv-329-LED<br><br>JURY TRIAL DEMANDED |

**DEFENDANT MICRO ELECTRONICS, INC.'S NOTICE OF JOINDER IN DEFENDANT DELL INC.'S CORRECTED MOTION TO DISMISS PLAINTIFF'S ALLEGATIONS OF INDIRECT INFRINGEMENT AND WILLFUL INFRINGEMENT FOR FAILURE TO STATE A CLAIM**

Defendant Micro Electronics, Inc. ("Micro Center") hereby joins Defendant Dell Inc.'s Corrected Motion to Dismiss Plaintiff's Allegations of Indirect Infringement and Willful Infringement for Failure to State a Claim (Docket No. 164) and the associated Notice of Additional Authority Regarding Defendant Dell's Corrected Motion to Dismiss (Docket No. 180), pursuant to Fed. R. Civ. P. 12(b)(6), and the arguments and authorities found therein.[1]

AdjustaCam LLC's ("AdjustaCam") allegations of indirect infringement against Micro Center are substantively the same as those it has asserted against Dell, Inc. ("Dell"), and are deficient for the same reasons set forth in Dell's Motion to Dismiss. *Compare* First Amended Complaint for Patent Infringement (Docket No. 111), ¶ 144 (Micro Center) *with* ¶ 92 (Dell); *see also id.* at ¶ 224 (Micro Center & Dell). Because AdjustaCam has not adequately pled the required facts to support an allegation that Micro Center indirectly or willfully infringed the patent-in-suit, its indirect infringement and willful infringement claims against Micro Center should be dismissed.

---

[1] Micro Center also is concurrently filing its Answer to AdjustaCam's First Amended Complaint for Patent Infringement.

DATED: September 17, 2010           By:        */s/ Steven R. Daniels*

           W. Bryan Farney
           Lead Attorney
           Texas State Bar No. 06826600
           Steven R. Daniels
           Texas State Bar No. 24025318
           Bryan D. Atkinson
           Texas State Bar No. 24036157
           DECHERT LLP
           300 W. 6th Street, Suite 2010
           Austin, Texas 78701
           Telephone:     (512) 394-3000
           Facsimile:      (512) 394-3001
           E-mails: bryan.farney@dechert.com
                   steven.daniels@dechert.com
                   bryan.atkinson@dechert.com
           **ATTORNEYS  FOR DEFENDANT**
           **MICRO ELECTRONICS, INC.**

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this notice was served on all counsel of record who have consented to electronic service as this district requires.  Local Rule CV-5(a)(3)(A).

                                                   */s/ Steven R. Daniels*