IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC<br>   *Plaintiff*<br><br>v.<br><br>AMAZON.COM, INC. *et al.*,<br>   *Defendants* | Case No. 6:10-cv-329-LED<br><br>JURY TRIAL DEMANDED |

### DEFENDANT OFFICE DEPOT, INC.'S NOTICE OF JOINDER IN DEFENDANT DELL INC.'S CORRECTED MOTION TO DISMISS PLAINTIFF'S ALLEGATIONS OF INDIRECT INFRINGEMENT AND WILLFUL INFRINGEMENT FOR FAILURE TO STATE A CLAIM

Defendant Office Depot, Inc. ("Office Depot") hereby joins Defendant Dell Inc.'s Corrected Motion to Dismiss Plaintiff's Allegations of Indirect Infringement and Willful Infringement for Failure to State a Claim (Docket No. 164) and the associated Notice of Additional Authority Regarding Defendant Dell's Corrected Motion to Dismiss (Docket No. 180), pursuant to Fed. R. Civ. P. 12(b)(6), and the arguments and authorities found therein.[1]

AdjustaCam LLC's ("AdjustaCam") allegations of indirect infringement against Office Depot are substantively the same as those it has asserted against Dell, Inc. ("Dell"), and are deficient for the same reasons set forth in Dell's Motion to Dismiss. *Compare* First Amended Complaint for Patent Infringement (Docket No. 111), ¶ 152 (Office Depot) *with* ¶ 92 (Dell); *see also id.* at ¶ 224 (Office Depot & Dell). Because AdjustaCam has not adequately pled the required facts to support an allegation that Office Depot indirectly or willfully infringed the patent-in-suit, its indirect infringement and willful infringement claims against Office Depot should be dismissed.

---

[1] Office Depot also is concurrently filing its Answer to AdjustaCam's First Amended Complaint for Patent Infringement.

**OFFICE DEPOT'S NOTICE OF JOINDER IN DELL'S MOTION TO DISMISS**
**CASE NO. 6:10-CV-329-LED**                                 **PAGE 1**

DATED:  September 17, 2010 By: _____*/s/ Steven R. Daniels*_____
W. Bryan Farney
Lead Attorney
Texas State Bar No. 06826600
Steven R. Daniels
Texas State Bar No. 24025318
Bryan D. Atkinson
Texas State Bar No. 24036157
DECHERT LLP
300 W. 6th Street, Suite 2010
Austin, Texas 78701
Telephone:     (512) 394-3000
Facsimile:      (512) 394-3001
E-mails: bryan.farney@dechert.com
             steven.daniels@dechert.com
             bryan.atkinson@dechert.com
**ATTORNEYS  FOR DEFENDANT
OFFICE DEPOT, INC.**

**CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this notice was served on all counsel of record who have consented to electronic service as this district requires. Local Rule CV-5(a)(3)(A).

                             */s/ Steven R. Daniels*