IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC<br>    *Plaintiff*<br><br>v.<br><br>AMAZON.COM, INC. *et al.*,<br>    *Defendants* | Case No. 6:10-cv-329-LED<br><br>**JURY TRIAL DEMANDED** |

### DEFENDANT MICRO ELECTRONICS, INC.'S
### CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Micro Electronics, Inc. ("Micro Center") provides this Corporate Disclosure Statement. Micro Center has no parent corporation. No publicly held corporation owns 10% or more of Micro Center's stock.

DATED:  September 17, 2010

By:    */s/ Steven R. Daniels*
W. Bryan Farney
Lead Attorney
Texas State Bar No. 06826600
Steven R. Daniels
Texas State Bar No. 24025318
Bryan D. Atkinson
Texas State Bar No. 24036157
DECHERT LLP
300 W. 6th Street, Suite 2010
Austin, Texas 78701
Telephone:  (512) 394-3000
Facsimile:  (512) 394-3001
E-mails: bryan.farney@dechert.com
        steven.daniels@dechert.com
        bryan.atkinson@dechert.com

**ATTORNEYS  FOR DEFENDANT
MICRO ELECTRONICS, INC.**

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this notice was served on all counsel of record who have consented to electronic service as this district requires.  Local Rule CV-5(a)(3)(A).

                  */s/ Steven R. Daniels*
                  Steven R. Daniels