IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC<br>    *Plaintiff*<br><br>v.<br><br>AMAZON.COM, INC. *et al.*,<br>    *Defendants* | Case No. 6:10-cv-329-LED<br><br>**JURY TRIAL DEMANDED** |

### DEFENDANT HEWLETT-PACKARD COMPANY'S
### CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Hewlett-Packard Company ("HP") provides this Corporate Disclosure Statement. HP has no parent corporation.

No publicly held corporation owns 10% or more of HP's stock.

DATED:  September 17, 2010            By:     */s/ Steven R. Daniels*
                                                                                 W. Bryan Farney
                                                                                 Lead Attorney
                                                                                 Texas State Bar No. 06826600
                                                                                 Steven R. Daniels
                                                                                 Texas State Bar No. 24025318
                                                                                 Bryan D. Atkinson
                                                                                 Texas State Bar No. 24036157
                                                                                 DECHERT LLP
                                                                                 300 W. 6th Street, Suite 2010
                                                                                 Austin, Texas 78701
                                                                                 Telephone:     (512) 394-3000
                                                                                 Facsimile:       (512) 394-3001
                                                                                 E-mails: bryan.farney@dechert.com
                                                                                              steven.daniels@dechert.com
                                                                                              bryan.atkinson@dechert.com

                                                                                 **ATTORNEYS  FOR DEFENDANT**
                                                                                 **HEWLETT-PACKARD COMPANY**

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this notice was served on all counsel of record who have consented to electronic service as this district requires.  Local Rule CV-5(a)(3)(A).

                */s/ Steven R. Daniels*