**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| ADJUSTACAM LLC<br>*Plaintiff*<br><br>v.<br><br>AMAZON.COM, INC. *et al.*,<br>*Defendants* | Case No. 6:10-cv-329-LED<br><br>**JURY TRIAL DEMANDED** |

**DEFENDANT FRY'S ELECTRONICS, INC.'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Fry's

Electronics, Inc. ("Fry's") provides this Corporate Disclosure Statement. Fry's has no parent

corporation. No publicly held corporation owns 10% or more of Fry's stock.

DATED:  September 17, 2010

By:      */s/ Steven R. Daniels*
    W. Bryan Farney
    Lead Attorney
    Texas State Bar No. 06826600
    Steven R. Daniels
    Texas State Bar No. 24025318
    Bryan D. Atkinson
    Texas State Bar No. 24036157
    DECHERT LLP
    300 W. 6th Street, Suite 2010
    Austin, Texas 78701
    Telephone:     (512) 394-3000
    Facsimile:      (512) 394-3001
    E-mails: bryan.farney@dechert.com
          steven.daniels@dechert.com
          bryan.atkinson@dechert.com

**ATTORNEYS  FOR DEFENDANT**
**FRY'S ELECTRONICS, INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this notice was served on all counsel of record who have consented to electronic service as this district requires.  Local Rule CV-5(a)(3)(A).

*/s/ Steven R. Daniels*