# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC, § | |
| § | |
| PLAINTIFF, § | |
| § | |
| v. § | |
| § | C.A. NO. 6:10-cv-00329-LED |
| AMAZON.COM, INC.; § | |
| AUDITEK CORPORATION; § | |
| BALTIC LATVIAN UNIVERSAL § | |
| ELECTRONICS, LLC D/B/A BLUE § | |
| MICROPHONES, LLC D/B/A BLUE § | |
| MICROPHONE; § | |
| BLUE MICROPHONES, LLC; § | |
| CDW CORPORATION F/K/A CDW § | |
| COMPUTER CENTERS, INC.; § | |
| CDW, INC.; § | |
| COBRA DIGITAL, LLC; § | |
| COMPUSA.COM, INC.; § | |
| CREATIVE TECHNOLOGY LTD.; § | |
| CREATIVE LABS, INC.; § | |
| DELL, INC.; § | |
| DIGITAL INNOVATIONS, LLC.; § | |
| EASTMAN KODAK COMPANY; § | |
| EZONICS CORPORATION D/B/A § | |
| EZONICS CORPORATION USA D/B/A § | |
| EZONICS; § | |
| FRY'S ELECTRONICS, INC.; § | |
| GEAR HEAD, LLC; § | |
| HEWLETT-PACKARD COMPANY; § | |
| INTCOMEX, INC.; § | |
| JASCO PRODUCTS COMPANY LLC § | |
| D/B/A JASCO PRODUCTS COMPANY § | |
| D/B/A JASCO; § | |
| JWIN ELECTRONICS CORPORATION; § | |
| KLIP XTREME LLC; § | |
| KMART CORPORATION; § | |
| LIFEWORKS TECHNOLOGY GROUP, § | |
| LLC; § | |
| MACALLY PERIPHERALS, INC. D/B/A § | |
| MACALLY U.S.A.; § | |
| MACE GROUP, INC.; § | |
| MICRO ELECTRONICS, INC. D/B/A § | |

| | |
|---|---|
| MICRO CENTER; | § |
| NEW COMPUSA CORPORATION; | § |
| NEWEGG, INC.; | § |
| NEWEGG.COM, INC.; | § |
| OFFICE DEPOT, INC.; | § |
| OVERSTOCK.COM, INC.; | § |
| PHOEBE MICRO INC.; | § |
| PROLYNKZ, LLC; | § |
| RADIOSHACK CORPORATION; | § |
| ROSEWILL INC.; | § |
| SEARS BRANDS, LLC; | § |
| SEARS HOLDINGS CORPORATION | § |
| D/B/A SEARS; | § |
| SEARS, ROEBUCK AND COMPANY; | § |
| SAKAR INTERNATIONAL, INC.; | § |
| SAKAR, INC.; | § |
| SDI TECHNOLOGIES, INC.; | § |
| SOFTWARE BROKERS OF AMERICA | § |
| INC. D/B/A INTCOMEX CORPORATION | § |
| D/B/A INTCOMEX; | § |
| SYSTEMAX, INC. D/B/A COMPUSA; | § |
| TARGET CORP.; | § |
| TIGERDIRECT, INC.; | § |
| TRIPPE MANUFACTURING COMPANY | § |
| D/B/A TRIPP LITE; | § |
| WAL-MART STORES, INC.; | § |
| BEST BUY CO., INC. D/B/A BEST BUY | § |
| D/B/A ROCKETFISH; | § |
| BEST BUY STORES, LP; | § |
| BESTBUY.COM, LLC; | §     JURY TRIAL DEMANDED |
| CONN'S, INC. D/B/A CONN'S; | § |
| J&R ELECTRONICS, INC. D/B/A J&R; | § |
| KOHL'S CORPORATION D/B/A KOHL'S; | § |
| KOHL'S ILLINOIS, INC.; | § |
| SOLID YEAR CO., LTD. AND | § |
| WALGREEN CO. D/B/A WALGREENS, | § |
| | § |
| DEFENDANTS. | § |

## ORDER

The Court has considered the Unopposed Motion for Extension of Time in Which to Answer or Otherwise Respond to Plaintiff's First Amended Complaint for Patent Infringement by Defendants Overstock.com, Inc.; Kmart Corporation; Sears Brands, LLC; Sears Holdings

Corporation d/b/a Sears; and Sears, Roebuck and Company and finds that such motion is well taken and should be GRANTED in all respects.

Accordingly, it is ORDERED that Defendants Overstock.com, Inc.; Kmart Corporation; Sears Brands, LLC; Sears Holdings Corporation d/b/a Sears; and Sears, Roebuck and Company's time to answer or otherwise respond to Plaintiff's First Amended Complaint for Patent Infringement is extended to **October 1, 2010.**

**So ORDERED and SIGNED this 17th day of September, 2010.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**