IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC<br>*Plaintiff*<br><br>v.<br><br>AMAZON.COM, INC. *et al.*,<br>*Defendants* | Case No. 6:10-cv-329-LED<br><br>**JURY TRIAL DEMANDED** |

## DEFENDANT OFFICE DEPOT, INC.'S
## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant provides the following information as its Corporate Disclosure Statement: Office Depot, Inc. is a publicly traded corporation.  AllianceBernstein L.P. is a publicly-held company that owns 10% or more of the stock of Office Depot, Inc.  No other publicly-held company owns 10% or more of the stock of Office Depot, Inc.  There is no parent corporation of Office Depot, Inc.

DATED:  September 17, 2010

By:   */s/ Steven R. Daniels*
W. Bryan Farney
Lead Attorney
Texas State Bar No. 06826600
Steven R. Daniels
Texas State Bar No. 24025318
Bryan D. Atkinson
Texas State Bar No. 24036157
DECHERT LLP
300 W. 6th Street, Suite 2010
Austin, Texas 78701
Telephone:    (512) 394-3000
Facsimile:     (512) 394-3001
E-mails: bryan.farney@dechert.com
           steven.daniels@dechert.com
           bryan.atkinson@dechert.com
**ATTORNEYS FOR DEFENDANT
OFFICE DEPOT, INC.**

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this notice was served on all counsel of record who have consented to electronic service as this district requires.  Local Rule CV-5(a)(3)(A).

                     */s/ Steven R. Daniels*