**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| ADJUSTACAM LLC<br>*Plaintiff* | |
| v. | Case No. 6:10-cv-329-LED |
| AMAZON.COM, INC., *et al.*<br>*Defendants* | **JURY** |

**DEFENDANT LIFEWORKS TECHNOLOGY GROUP LLC's ANSWER TO
PLAINTIFF'S FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT**

Defendant LifeWorks Technology Group, LLC ("LW") hereby files its Answer to the

First Amended Complaint for Patent Infringement ("Complaint"), filed by AdjustaCam LLC

("Plaintiff") in the above-captioned matter, and states as follows:

**ANSWER**

**Parties**

1.      LW lacks knowledge or information sufficient to form a belief as to the truth of

the allegations contained in paragraph 1 of the Complaint, and therefore denies them.

2.      LW lacks knowledge or information sufficient to form a belief as to the truth of

the allegations contained in paragraph 2 of the Complaint, and therefore denies them.

3.      LW lacks knowledge or information sufficient to form a belief as to the truth of

the allegations contained in paragraph 3 of the Complaint, and therefore denies them.

4.      LW lacks knowledge or information sufficient to form a belief as to the truth of

the allegations contained in paragraph 4 of the Complaint, and therefore denies them.

5.      LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 5 of the Complaint, and therefore denies them.

6.      LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 6 of the Complaint, and therefore denies them.

7.      LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 7 of the Complaint, and therefore denies them.

8.      LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 8 of the Complaint, and therefore denies them.

9.      LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 9 of the Complaint, and therefore denies them.

10.      LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 10 of the Complaint, and therefore denies them.

11.      LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 11 of the Complaint, and therefore denies them.

12.      LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 12 of the Complaint, and therefore denies them.

13.      LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 13 of the Complaint, and therefore denies them.

14.      LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 14 of the Complaint, and therefore denies them.

15.      LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 15 of the Complaint, and therefore denies them.

16.     LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 16 of the Complaint, and therefore denies them.

17.     LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 17 of the Complaint, and therefore denies them.

18.     LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 18 of the Complaint, and therefore denies them.

19.     LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 19 of the Complaint, and therefore denies them.

20.     LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 20 of the Complaint, and therefore denies them.

21.     LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 21 of the Complaint, and therefore denies them.

22.     LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 22 of the Complaint, and therefore denies them.

23.     LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 23 of the Complaint, and therefore denies them.

24.     LW admits it has a place of business in New York.

25.     LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 25 of the Complaint, and therefore denies them.

26.     LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 26 of the Complaint, and therefore denies them.

27.     LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 27 of the Complaint, and therefore denies them.

28.     LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 28 of the Complaint, and therefore denies them.

29.     LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 29 of the Complaint, and therefore denies them.

30.     LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 30 of the Complaint, and therefore denies them.

31.     LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 31 of the Complaint, and therefore denies them.

32.     LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 32 of the Complaint, and therefore denies them.

33.     LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 33 of the Complaint, and therefore denies them.

34.     LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 34 of the Complaint, and therefore denies them.

35.     LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 35 of the Complaint, and therefore denies them.

36.     LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 36 of the Complaint, and therefore denies them.

37.     LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 37 of the Complaint, and therefore denies them.

38.     LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 38 of the Complaint, and therefore denies them.

39.     LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 39 of the Complaint, and therefore denies them.

40.     LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 40 of the Complaint, and therefore denies them.

41.     LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 41 of the Complaint, and therefore denies them.

42.     LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 42 of the Complaint, and therefore denies them.

43.     LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 43 of the Complaint, and therefore denies them.

44.     LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 44 of the Complaint, and therefore denies them.

45.     LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 45 of the Complaint, and therefore denies them.

46.     LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 46 of the Complaint, and therefore denies them.

47.     LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 47 of the Complaint, and therefore denies them.

48.     LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 48 of the Complaint, and therefore denies them.

49.     LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 49 of the Complaint, and therefore denies them.

50.    LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 50 of the Complaint, and therefore denies them.

51.    LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 51 of the Complaint, and therefore denies them.

52.    LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 52 of the Complaint, and therefore denies them.

53.    LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 53 of the Complaint, and therefore denies them.

54.    LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 54 of the Complaint, and therefore denies them.

55.    LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 55 of the Complaint, and therefore denies them.

56.    LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 56 of the Complaint, and therefore denies them.

57.    LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 57 of the Complaint, and therefore denies them.

## Jurisdiction and Venue

58.    LW admits that Plaintiff avers that this is an action arising under the patent laws of the United States, title 35, United States Code.  LW admits that this Court has jurisdiction over the subject matter of this action.  Each and every other allegation contained in paragraph 58 is denied to the extent that these allegations relate to LW.  LW is without information or knowledge sufficient to admit or deny the remaining allegations contained in paragraph 58 of the

Complaint with respect to any of the other Defendants in this action, and therefore denies such allegations.

59.    LW admits that Plaintiff avers venue is proper in this district pursuant to 28 U.S.C. §§ 1391(b), 1400(b).  Each and every other allegation contained in paragraph 59 is denied to the extent that these allegations relate to LW.  LW is without information or knowledge sufficient to admit or deny the remaining allegations contained in paragraph 59 of the Complaint with respect to any of the other Defendants in this action, and therefore denies such allegations.

## Count I – Infringement of U.S. Patent No. 5,855,343

60.    LW admits that the United States Patent No. 5,855,343 ("the '343 Patent") is titled "Camera Clip."  LW admits that, on its face, the '343 Patent states that it was filed on March 7, 1997 and that it was issued on January 5, 1999.  Each and every other allegation contained in paragraph 60 of the Complaint is denied.

61.    LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 61 of the Complaint and therefore denies them.

62.    LW denies each and every allegation contained in paragraph 62 of the Complaint.

63.    LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 63 of the Complaint and therefore denies them.

64.    LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 64 of the Complaint and therefore denies them.

65.    LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 65 of the Complaint and therefore denies them.

66.    LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 66 of the Complaint and therefore denies them.

67.     LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 67 of the Complaint and therefore denies them.

68.     LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 68 of the Complaint and therefore denies them.

69.     LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 69 of the Complaint and therefore denies them.

70.     LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 70 of the Complaint and therefore denies them.

71.     LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 71 of the Complaint and therefore denies them.

72.     LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 72 of the Complaint and therefore denies them.

73.     LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 73 of the Complaint and therefore denies them.

74.     LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 74 of the Complaint and therefore denies them.

75.     LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 75 of the Complaint and therefore denies them.

76.     LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 76 of the Complaint and therefore denies them.

77.     LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 77 of the Complaint and therefore denies them.

78.     LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 78 of the Complaint and therefore denies them.

79.     LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 79 of the Complaint and therefore denies them.

80.     LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 80 of the Complaint and therefore denies them.

81.     LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 81 of the Complaint and therefore denies them.

82.     LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 82 of the Complaint and therefore denies them.

83.     LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 83 of the Complaint and therefore denies them.

84.     LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 84 of the Complaint and therefore denies them.

85.     LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 85 of the Complaint and therefore denies them.

86.     LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 86 of the Complaint and therefore denies them.

87.     LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 87 of the Complaint and therefore denies them.

88.     LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 88 of the Complaint and therefore denies them.

89.     LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 89 of the Complaint and therefore denies them.

90.     LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 90 of the Complaint and therefore denies them.

91.     LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 91 of the Complaint and therefore denies them.

92.     LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 92 of the Complaint and therefore denies them.

93.     LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 93 of the Complaint and therefore denies them.

94.     LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 94 of the Complaint and therefore denies them.

95.     LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 95 of the Complaint and therefore denies them.

96.     LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 96 of the Complaint and therefore denies them.

97.     LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 97 of the Complaint and therefore denies them.

98.     LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 98 of the Complaint and therefore denies them.

99.     LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 99 of the Complaint and therefore denies them.

100.    LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 100 of the Complaint and therefore denies them.

101.    LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 101 of the Complaint and therefore denies them.

102.    LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 102 of the Complaint and therefore denies them.

103.    LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 103 of the Complaint and therefore denies them.

104.    LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 104 of the Complaint and therefore denies them.

105.    LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 105 of the Complaint and therefore denies them.

106.    LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 106 of the Complaint and therefore denies them.

107.    LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 107 of the Complaint and therefore denies them.

108.    LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 108 of the Complaint and therefore denies them.

109.    LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 109 of the Complaint and therefore denies them.

110.    LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 110 of the Complaint and therefore denies them.

111.    LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 111 of the Complaint and therefore denies them.

112.    LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 112 of the Complaint and therefore denies them.

113.    LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 113 of the Complaint and therefore denies them.

114.    LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 114 of the Complaint and therefore denies them.

115.    LW denies each and every allegation contained in paragraph 115 of the Complaint.

116.    LW denies each and every allegation contained in paragraph 116 of the Complaint.

117.    LW denies each and every allegation contained in paragraph 117 of the Complaint.

118.    LW denies each and every allegation contained in paragraph 118 of the Complaint.

119.    LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 119 of the Complaint and therefore denies them.

120.    LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 120 of the Complaint and therefore denies them.

121.    LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 121 of the Complaint and therefore denies them.

122.    LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 122 of the Complaint and therefore denies them.

123.    LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 123 of the Complaint and therefore denies them.

124.    LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 124 of the Complaint and therefore denies them.

125.    LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 125 of the Complaint and therefore denies them.

126.    LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 126 of the Complaint and therefore denies them.

127.    LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 127 of the Complaint and therefore denies them.

128.    LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 128 of the Complaint and therefore denies them.

129.    LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 129 of the Complaint and therefore denies them.

130.    LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 130 of the Complaint and therefore denies them.

131.    LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 131 of the Complaint and therefore denies them.

132.    LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 132 of the Complaint and therefore denies them.

133.    LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 133 of the Complaint and therefore denies them.

134.    LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 134 of the Complaint and therefore denies them.

135.    LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 135 of the Complaint and therefore denies them.

136.    LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 136 of the Complaint and therefore denies them.

137.    LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 137 of the Complaint and therefore denies them.

138.    LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 138 of the Complaint and therefore denies them.

139.    LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 139 of the Complaint and therefore denies them.

140.    LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 140 of the Complaint and therefore denies them.

141.    LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 141 of the Complaint and therefore denies them.

142.    LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 142 of the Complaint and therefore denies them.

143.    LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 143 of the Complaint and therefore denies them.

144.    LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 144 of the Complaint and therefore denies them.

145.    LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 145 of the Complaint and therefore denies them.

146.    LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 146 of the Complaint and therefore denies them.

147.    LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 147 of the Complaint and therefore denies them.

148.    LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 148 of the Complaint and therefore denies them.

149.    LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 149 of the Complaint and therefore denies them.

150.    LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 150 of the Complaint and therefore denies them.

151.    LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 151 of the Complaint and therefore denies them.

152.    LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 152 of the Complaint and therefore denies them.

153.    LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 153 of the Complaint and therefore denies them.

154.    LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 154 of the Complaint and therefore denies them.

155.    LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 155 of the Complaint and therefore denies them.

156.    LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 156 of the Complaint and therefore denies them.

157.    LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 157 of the Complaint and therefore denies them.

158.    LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 158 of the Complaint and therefore denies them.

159.    LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 159 of the Complaint and therefore denies them.

160.    LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 160 of the Complaint and therefore denies them.

161.    LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 161 of the Complaint and therefore denies them.

162.    LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 162 of the Complaint and therefore denies them.

163.    LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 163 of the Complaint and therefore denies them.

164.    LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 164 of the Complaint and therefore denies them.

165.    LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 165 of the Complaint and therefore denies them.

166.    LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 166 of the Complaint and therefore denies them.

167.    LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 167 of the Complaint and therefore denies them.

168.    LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 168 of the Complaint and therefore denies them.

169.    LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 169 of the Complaint and therefore denies them.

170.    LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 170 of the Complaint and therefore denies them.

171.    LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 171 of the Complaint and therefore denies them.

172.    LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 172 of the Complaint and therefore denies them.

173.    LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 173 of the Complaint and therefore denies them.

174.    LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 174 of the Complaint and therefore denies them.

175.    LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 175 of the Complaint and therefore denies them.

176.    LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 176 of the Complaint and therefore denies them.

177.    LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 177 of the Complaint and therefore denies them.

178.    LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 178 of the Complaint and therefore denies them.

179.    LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 179 of the Complaint and therefore denies them.

180.    LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 180 of the Complaint and therefore denies them.

181.    LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 181 of the Complaint and therefore denies them.

182.    LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 182 of the Complaint and therefore denies them.

183.    LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 183 of the Complaint and therefore denies them.

184.    LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 184 of the Complaint and therefore denies them.

185.    LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 185 of the Complaint and therefore denies them.

186.    LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 186 of the Complaint and therefore denies them.

187.    LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 187 of the Complaint and therefore denies them.

188.    LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 188 of the Complaint and therefore denies them.

189.    LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 189 of the Complaint and therefore denies them.

190.    LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 190 of the Complaint and therefore denies them.

191.    LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 191 of the Complaint and therefore denies them.

192.    LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 192 of the Complaint and therefore denies them.

193.    LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 193 of the Complaint and therefore denies them.

194.    LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 194 of the Complaint and therefore denies them.

195.    LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 195 of the Complaint and therefore denies them.

196.    LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 196 of the Complaint and therefore denies them.

197.    LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 197 of the Complaint and therefore denies them.

198.    LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 198 of the Complaint and therefore denies them.

199.    LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 199 of the Complaint and therefore denies them.

200.    LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 200 of the Complaint and therefore denies them.

201.    LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 201 of the Complaint and therefore denies them.

202.    LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 202 of the Complaint and therefore denies them.

203.    LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 203 of the Complaint and therefore denies them.

204.    LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 204 of the Complaint and therefore denies them.

205.    LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 205 of the Complaint and therefore denies them.

206.    LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 206 of the Complaint and therefore denies them.

207.    LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 207 of the Complaint and therefore denies them.

208.    LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 208 of the Complaint and therefore denies them.

209.    LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 209 of the Complaint and therefore denies them.

210.    LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 210 of the Complaint and therefore denies them.

211.    LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 211 of the Complaint and therefore denies them.

212.    LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 212 of the Complaint and therefore denies them.

213.    LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 213 of the Complaint and therefore denies them.

214.    LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 214 of the Complaint and therefore denies them.

215.    LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 215 of the Complaint and therefore denies them.

216.    LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 216 of the Complaint and therefore denies them.

217.    LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 217 of the Complaint and therefore denies them.

218.    LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 218 of the Complaint and therefore denies them.

219.    LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 219 of the Complaint and therefore denies them.

220.    LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 220 of the Complaint and therefore denies them.

221.    LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 221 of the Complaint and therefore denies them.

222.    LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 222 of the Complaint and therefore denies them.

223.    LW denies each and every allegation contained in paragraph 223 of the Complaint to the extent that these allegations relate to LW.  LW is without information or knowledge sufficient to admit or deny the remaining allegations contained in paragraph 223 of the Complaint with respect to any of the other Defendants in this action, and therefore denies such allegations.

224.    LW denies each and every allegation contained in paragraph 224 of the Complaint to the extent that these allegations relate to LW.  LW is without information or knowledge sufficient to admit or deny the remaining allegations contained in paragraph 224 of the Complaint with respect to any of the other Defendants in this action, and therefore denies such allegations.

225.    LW denies each and every allegation contained in paragraph 225 of the Complaint to the extent that these allegations relate to LW.  LW is without information or knowledge sufficient to admit or deny the remaining allegations contained in paragraph 225 of the Complaint with respect to any of the other Defendants in this action, and therefore denies such allegations.

226.    LW denies each and every allegation contained in paragraph 226 of the Complaint to the extent that these allegations relate to LW.  LW is without information or knowledge sufficient to admit or deny the remaining allegations contained in paragraph 226 of the

Complaint with respect to any of the other Defendants in this action, and therefore denies such allegations.

## Prayer for Relief

To the extent a response is required to Plaintiff's prayer for relief, LW admits that Plaintiff seeks various forms of relief in this action. LW denies that Plaintiff is entitled to any relief in this action to the extent such relief relates to LW. LW lacks knowledge or information sufficient to form a belief as to the truth of the allegations that Plaintiff is entitled to relief with respect to any of the other Defendants in this action, and therefore denies such allegations.

Additionally, all allegations of the Complaint not expressly admitted herein are denied.

## Jury Demand

LW admits that Plaintiff requests a trial by jury, but denies that Plaintiff is entitled to any relief in this action, including, but not limited to, all relief that Plaintiff requests in its Prayer for Relief.

## AFFIRMATIVE AND OTHER DEFENSES

LW asserts the following affirmative and other defenses, and reserves the right to amend its Answer as additional information becomes available and additional defenses become apparent.

## First Defense
## (No Infringement)

227.    LW does not infringe and has not infringed, either directly, contributorily, or by inducement, any claim of the '343 Patent, either literally or under the doctrine of equivalents.

## Second Defense
## (Invalidity)

228.    The claims of the '343 Patent are invalid for failure to comply with one or more provisions of the patent laws of the United States of America, Title 35, United States Code, including, but not limited to, 35 U.S.C. §§ 101, 102, 103, and/or 112.

**Third Defense**
**(Limitation on Damages)**

229.    Plaintiff's recovery for alleged infringement of the '343 Patent, if any, is limited to alleged infringements committed no more than six years before the filing of the Complaint pursuant to 35 U.S.C. § 286.

**Fourth Defense**
**(Patent Marking and Notice)**

230.    Some or all of Plaintiff's claims are limited by failure to comply with the marking and notice requirements of 35 U.S.C. § 287.

**Fifth Defense**
**(Waiver and/or Equitable Estoppel)**

231.    Plaintiff's claims are barred by the doctrines of waiver and equitable estoppel.

**Sixth Defense**
**(Laches)**

232.    Plaintiff's claims are limited by the doctrine of laches.

**Seventh Defense**
**(License, Implied License and/or Patent Exhaustion)**

233.    Plaintiff's infringement claims are barred by one or more of the doctrines of license, implied license and patent exhaustion.

**Eighth Defense**
**(Unclean Hands)**

234.    The claims of the '343 Patent are unenforceable under the equitable doctrine of

unclean hands.

**Ninth Defense**
**(Prosecution History Estoppel)**

235.    Plaintiff's claims are barred under the doctrine of prosecution history estoppel.

**Tenth Defense**
**(Government Sales)**

236.    Plaintiff's claims are limited under 28 U.S.C. § 1498.

**Eleventh Defense**
**(Intervening Rights)**

237.    Plaintiff's claims are barred or limited under 35 U.S.C. §§ 252, 307(b).

**Twelfth Defense**
**(Adequate Remedy at Law)**

238.    Although LW denies that Plaintiff is entitled to any relief in this action, Plaintiff's

request for an injunction or other equitable relief is barred because Plaintiff has an adequate

remedy at law; therefore, no basis exists upon which to grant equitable relief.

**Thirteenth Defense**
**(Lack of Standing)**

239.    Plaintiff lacks standing to assert the '343 Patent, and Plaintiff's complaint should

be dismissed for failure to join an indispensable party.

**Fourteenth Defense**
**(Other Applicable Defenses)**

240.    LW expressly reserves the right to assert any other legal or equitable defenses to

which it is shown to be entitled.

## <u>PRAYER FOR RELIEF ON PLAINTIFF'S COMPLAINT</u>

WHEREFORE**,** Defendant LW asks the Court to enter judgment granting the following relief:

A)       Denial of Plaintiff's request that LW be found to have infringed the '343 Patent;

B)       Denial of Plaintiff's request that LW be found to commit willful and objectively reckless infringement;

C)       Denial of Plaintiff's request for an injunction against LW as to the '343 Patent;

D)       Denial of Plaintiff's request for damages relating to the '343 Patent;

E)       Denial of Plaintiff's request for enhanced damages;

F)       Denial of Plaintiff's request that the case be declared exceptional pursuant to 35 U.S.C. § 285 as well as denial of Plaintiff's request for attorneys' fees;

G)       Denial of Plaintiff's request for other and further relief;

H)       Dismissal of Plaintiff's claims with prejudice and that Plaintiff take nothing therefrom;

I)       Declaring this case is exceptional and awarding LW reasonable attorneys' fees as provided by 35 U.S.C. § 285; and

J)       An award to LW of such other relief as the Court finds just and proper.

DATED:  September 17, 2010        Respectfully submitted,

BY: /s/  Thomas Carulli *(by Collin Maloney with permission)*
Thomas G. Carulli
Kaplan, Massamillo & Andrews, LLC
70 East 55th Street, 25th Floor
New York, NY 10022
Tel: (212) 991-5916
Fax: (212) 922-0530
Email: tcarulli@kmalawfirm.com

Collin Maloney
State Bar No. 00794219
Ireland, Carroll & Kelley, P.C.
6101 S. Broadway, Suite 500
Tyler, Texas 75703
Tel: (903) 561-1600
Fax: (903) 581-1071
Email: fedserv@icklaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by facsimile transmission and/or first class mail this 17th day of September, 2010.

/s/ Collin Maloney