# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC., <br><br> Plaintiff, <br><br> v. <br><br> AMAZON.COM, INC., *et al.*, <br><br> Defendants. | Civil Action No. 6:10-cv-00329-LED |

### NOTICE OF APPEARANCE OF VISHAL PATEL

Notice is hereby given that the undersigned attorney, Vishal Patel, enters his appearance in this matter as counsel for Defendant Gear Head, LLC for purposes of receiving notices and orders from the Court.

Dated: September 17, 2010

Respectfully submitted,

/s/ Vishal Patel
Vishal Patel
 State Bar No. 24065885
 Vishal.Patel@tklaw.com

THOMPSON & KNIGHT LLP
1722 Routh St., Suite 1500
Dallas, Texas  75201
Tel:  (214) 969-1700
Fax:  (214) 969-1751

ATTORNEY FOR
GEAR HEAD, LLC

DALLAS 2659585.1

1

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically on the 17th day of September, 2010 in compliance with Local Rule CV–5(a) and has been served on all counsel who have consented to electronic service and all other counsel by regular mail.

/s/ Vishal Patel
Vishal Patel