**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| Adjustacam LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 6:10-cv-329 |
| | ) | |
| Amazon.com, Inc. et al., | ) | |
| | ) | |
| Defendants. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| | ) | |
| | ) | |

**DEFENDANT CDW LLC'S RULE 7.1**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, CDW LLC[1]

provides the following Corporate Disclosure Statement:

1.      CDW LLC is a wholly-owned subsidiary of VH Holdings, Inc., a privately

held corporation.

2.      No publicly held corporation owns 10% or more of the stock of CDW

LLC.

---

[1] On December 31, 2009, "CDW Corporation" merged into CDWC LLC, an Illinois
limited liability company, and the name of CDWC LLC was changed to "CDW LLC" as
of that date.  The party making this Disclosure is CDW LLC.

Dated:  September 17, 2010           Respectfully submitted,

  /s/  Thomas L. Duston
Thomas L. Duston
tduston@marshallip.com
Anthony S. Gabrielson
agabrielson@marshallip.com
Benjamin T. Horton
bhorton@marshallip.com
Marshall, Gerstein & Borun LLP
6300 Willis Tower
233 South Wacker Drive
Chicago, IL 60606-6357
(312) 474-6300

*Attorneys for Defendant CDW LLC*

## CERTIFICATE OF SERVICE

I, Thomas L. Duston, an attorney, hereby certify that on September 17, 2010, I caused a copy of the foregoing DEFENDANT CDW LLC'S CORPORATE DISCLOSURE STATEMENT, to be electronically filed using the CM/ECF system, which sent notification of such filing to all counsel of record.

/s/  Thomas L. Duston
Thomas L. Duston