IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ADJUSTACAM LLC | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 6:10-cv-00329-LED |
| AMAZON.COM, INC.; et al | § | |

**DEFENDANT BLUE MICROPHONES, LLC'S UNOPPOSED MOTION FOR AN ADDITIONAL EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT**

**I.**

COMES NOW, Defendant Blue Microphones, LLC ("Defendant") and, without waiving any defenses described or referred to in Rule 12 F.R.C.P., moves the Court for an additional extension of the time within which Defendant is required to answer, move or otherwise respond to Plaintiff AdjustaCam LLC's ("Plaintiff") First Amended Complaint for Patent Infringement (Dkt. 111) up to and including October 6, 2010.

**II.**

Counsel for Plaintiff is unopposed to the requested extension.

**III.**

Defendant seeks this extension of time not for delay but for good cause and that justice may be served.

WHEREFORE, Defendant Blue Microphones, LLC respectfully prays that its time to answer, move, or otherwise respond to Plaintiff's First Amended Complaint for Patent Infringement be extended up to and including October 6, 2010.

DATED:  September 17, 2010     Respectfully submitted,

/s/ *Michael E. Jones*
Michael E. Jones
Texas State Bar No. 10929400
Allen F. Gardner
Texas State Bar No. 24043679
110 N. College Ave.
Suite 500 Plaza Tower (75702)
P.O. Box 359
Tyler, Texas 75710
Telephone: 903.597.8311
Fax: 903.593.0846
Email:  mikejones@potterminton.com
Email:  allengardner@potterminton.com

Of Counsel :

Michael D. Harris, Cal. Bar No. 59,470
MHarris@socalip.com
Steven C. Sereboff, Cal. Bar No. 156,731
SSereboff@socalip.com
Kala Sarvaiya, Cal. Bar No. 238,453
KSarvaiya@socalip.com
SOCAL IP LAW GROUP LLP
310 N. Westlake Blvd., Suite 120
Westlake Village, CA 91362-3788
Phone: (805) 230-1350 • Fax: (805) 230-1355

**Attorneys for Defendant**
**BLUE MICROPHONES, LLC**

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on September 17, 2010.  Any other counsel of record will be served by First Class U.S. mail on this same date.

/s/ *Michael E. Jones*
Michael E. Jones