IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ADJUSTACAM LLC | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 6:10-cv-00329-LED |
| AMAZON.COM, INC.; et al | § | |

**ORDER GRANTING DEFENDANT BLUE MICROPHONES, LLC'S
UNOPPOSED MOTION FOR AN ADDITIONAL EXTENSION OF TIME
TO ANSWER, MOVE OR OTHERWISE RESPOND TO
PLAINTIFF'S FIRST AMENDED COMPLAINT
<u>FOR PATENT INFRINGEMENT</u>**

Having considered Defendant Blue Microphones, LLC's Unopposed Motion for an Additional Extension of Time to Answer, Move, or Otherwise Respond to Plaintiff's First Amended Complaint for Patent Infringement, the Court hereby GRANTS said Motion. It is therefore

ORDERED that the deadline for Defendant Blue Microphones, LLC to answer, move or otherwise respond to Plaintiff's First Amended Complaint for Patent Infringement (Dkt. 111) is extended up to and including October 6, 2010.

**So ORDERED and SIGNED this 20th day of September, 2010.**



**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**