IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC | |
| v. | NO. 6:10-cv-00329 |
| AMAZON.COM, INC., ET AL. | JURY |

**UNOPPOSED MOTION FOR EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO WAL-MART'S MOTION TO DISMISS**

Plaintiff AdjustaCam LLC ("AdjustaCam") respectfully submits this unopposed motion for a five day extension of time to respond to Wal-Mart's Motion to Dismiss (Dkt. No. 147), from September 20, 2010, up to and including September 24, 2010.

September 20, 2010

Respectfully submitted,

ADJUSTACAM LLC

By: /s/ Erick Robinson
Erick Robinson
Texas State Bar No. 24039142
COLLINS, EDMONDS & POGORZELSKI, PLLC
709 Sabine Street
Houston, Texas 77007
Telephone: (713) 487-9889
Facsimile: (832) 415-2535
erobinson@cepiplaw.com

ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF CONFERENCE

The undersigned has conferred with counsel for Wal-Mart in accordance with LR CV-7 and this motion is unopposed.

September 20, 2010                                    /s/ Erick S. Robinson
                                                                    Erick S. Robinson

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

September 20, 2010                                    /s/ Erick Robinson
                                                                    Erick Robinson