IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC | |
| v. | NO. 6:10-cv-00329 |
| AMAZON.COM, INC., ET AL. | JURY |

## ORDER

The Court, having considered motion ("Motion") for an extension of time to respond to Defendant Wal-Mart's Motion to Dismiss is of the opinion that such motion should be GRANTED. It is therefore;

ORDERED that Plaintiff AdjustaCam, LLC time to respond to the Motion to Dismiss is extended until September 24, 2010.

**So ORDERED and SIGNED this 21st day of September, 2010.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**