IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC<br>        *Plaintiff*<br><br>v.<br><br>AMAZON.COM, INC. *et al.*,<br>        *Defendants* | Case No. 6:10-cv-329-LED<br><br>**JURY TRIAL DEMANDED** |

### DEFENDANT CREATIVE LABS, INC.'S NOTICE OF JOINDER IN DEFENDANT DELL INC.'S CORRECTED MOTION TO DISMISS PLAINTIFF'S ALLEGATIONS OF INDIRECT INFRINGEMENT AND WILLFUL INFRINGEMENT FOR FAILURE TO STATE A CLAIM

Defendant Creative Labs, Inc. ("Creative Labs") hereby joins Defendant Dell Inc.'s Corrected Motion to Dismiss Plaintiff's Allegations of Indirect Infringement and Willful Infringement for Failure to State a Claim (Docket No. 164) and the associated Notice of Additional Authority Regarding Defendant Dell's Corrected Motion to Dismiss (Docket No. 180), pursuant to Fed. R. Civ. P. 12(b)(6), and the arguments and authorities found therein.[1]

AdjustaCam LLC's ("AdjustaCam") allegations of indirect infringement against Creative Labs are substantively the same as those it has asserted against Dell, Inc. ("Dell"), and are deficient for the same reasons set forth in Dell's Motion to Dismiss. *Compare* First Amended Complaint for Patent Infringement (Docket No. 111), ¶ 88 (Creative Labs) *with* ¶ 92 (Dell); *see also id.* at ¶ 224 (Dell & Creative Labs). Because AdjustaCam has not adequately pled the required facts to support an allegation that Creative Labs indirectly or willfully infringed the patent-in-suit, its indirect infringement and willful infringement claims against Creative Labs should be dismissed.

---

[1] Creative Labs also is concurrently filing its Answer to AdjustaCam's First Amended Complaint for Patent Infringement.

| | |
|---|---|
| DATED: September 23, 2010 | By:     */s/ Steven R. Daniels* <br> W. Bryan Farney <br> Lead Attorney <br> Texas State Bar No. 06826600 <br> Steven R. Daniels <br> Texas State Bar No. 24025318 <br> Bryan D. Atkinson <br> Texas State Bar No. 24036157 <br> DECHERT LLP <br> 300 W. 6th Street, Suite 2010 <br> Austin, Texas 78701 <br> Telephone: (512) 394-3000 <br> Facsimile: (512) 394-3001 <br> E-mails: bryan.farney@dechert.com <br>         steven.daniels@dechert.com <br>         bryan.atkinson@dechert.com <br> **ATTORNEYS FOR DEFENDANT** <br> **CREATIVE LABS, INC.** |

**CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this notice was served on all counsel of record who have consented to electronic service as this district requires.  Local Rule CV-5(a)(3)(A).

                       */s/ Steven R. Daniels*