**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| ADJUSTACAM LLC<br>*Plaintiff* | |
| v. | Case No. 6:10-cv-329-LED |
| AMAZON.COM, INC., *et al.*<br>*Defendants* | **JURY** |

**DEFENDANT CREATIVE LABS, INC.'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Creative Labs, Inc. ("Creative Labs") provides this Corporate Disclosure Statement. Defendant Creative Labs states that it is a wholly owned subsidiary of Creative Holdings, Inc., of Milpitas, California. Creative Holdings, Inc., is a wholly-owned subsidiary of Creative Technology Ltd. of Singapore, a publicly held company. Creative Labs is not aware of any publicly held corporation that owns more than 10% of the issued and outstanding common stock of Creative Technology Ltd.

|  |  |
|---|---|
| DATED:  September 23, 2010 | By:     */s/ Steven R. Daniels*<br>W. Bryan Farney<br>Lead Attorney<br>Texas State Bar No. 06826600<br>Steven R. Daniels<br>Texas State Bar No. 24025318<br>Bryan D. Atkinson<br>Texas State Bar No. 24036157<br>DECHERT LLP<br>300 W. 6th Street, Suite 2010<br>Austin, Texas 78701<br>Telephone:   (512) 394-3000<br>Facsimile:    (512) 394-3001<br>E-mails: bryan.farney@dechert.com<br>steven.daniels@dechert.com<br>bryan.atkinson@dechert.com<br><br>**ATTORNEYS FOR DEFENDANT<br>CREATIVE LABS, INC.** |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this notice was served on all counsel of record who have consented to electronic service as this district requires.  Local Rule CV-5(a)(3)(A).

    */s/ Steven R. Daniels*
    Steven R. Daniels