IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC | |
| v. | NO. 6:10-cv-00329 |
| AMAZON.COM, INC., ET AL. | JURY |

### NOTICE OF APPEARANCE OF ATTORNEY MICHAEL J. COLLINS

Michael J. Collins of COLLINS, EDMONDS & POGORZELSKI, PLLC hereby respectfully enters his appearance as attorney of record for Plaintiff AdjustaCam LLC.

September 24, 2010

Respectfully submitted,

By: /s/ Michael J. Collins
Michael J. Collins
Texas State Bar No. 04614510
COLLINS, EDMONDS & POGORZELSKI, PLLC
1616 S. Voss Rd. Suite 125
Houston, Texas 77057
Telephone: (281) 501-3490
Facsimile: (832) 415-2535
mcollins@cepiplaw.com

ATTORNEY FOR PLAINTIFF ADJUSTACAM LLC

### CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

September 24, 2010

/s/ Michael J. Collins
Michael J. Collins