IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC,<br><br>    Plaintiff,<br><br>        v.<br><br>AMAZON.COM, INC.; AUDITEK CORPORATION; BALTIC LATVIAN UNIVERSAL ELECTRONICS, LLC D/B/A BLUE MICROPHONES, LLC D/B/A BLUE MICROPHONE; BLUE MICROPHONES, LLC; CDW CORPORATION F/K/A CDW COMPUTER CENTERS, INC; CDW, INC.; CDW, LLC; COMPUSA.COM, INC.; COBRA DIGITAL, LLC; CREATIVE TECHNOLOGY LTD.; CREATIVE LABS, INC.; DELL, INC.; DIGITAL INNOVATIONS, LLC; EASTMAN KODAK COMPANY; EZONICS CORPORATION D/B/A EZONICS CORPORATION USA D/B/A EZONICS; FRY'S ELECTRONICS, INC.; GEAR HEAD, LLC; GENERAL ELECTRIC COMPANY; HEWLETT-PACKARD COMPANY; INTCOMEX, INC.; JASCO PRODUCTS COMPANY LLC D/B/A JASCO PRODUCTS COMPANY D/B/A JASCO; JWIN ELECTRONICS CORPORATION; KLIP XTREME LLC; KMART CORPORATION; LIFEWORKS TECHNOLOGY GROUP, LLC; MACALLY PERIPHERALS, INC. D/B/A MACALLY U.S.A.; MACE GROUP, INC.; MICRO ELECTRONICS, INC. DBA MICRO CENTER; NEW COMPUSA CORPORATION; NEWEGG, INC.; NEWEGG.COM, INC.; OFFICE DEPOT, INC.; OVERSTOCK.COM, INC.; PHOEBE MICRO INC.; PROLYNKZ, LLC; RADIOSHACK CORPORATION; ROSEWILL INC.; SEARS BRANDS, LLC; SEARS HOLDINGS CORPORATION D/B/A | CIVIL ACTION NO. 6:10 – CV – 00329 -- LED |

SEARS; SEARS, ROEBUCK AND
COMPANY; SAKAR INTERNATIONAL,
INC.; SAKAR, INC.; SDI TECHNOLOGIES,
INC.; SOFTWARE BROKERS OF
AMERICA INC. DBA INTCOMEX
CORPORATION D/B/A INTCOMEX;
SYSTEMAX, INC. D/B/A COMPUSA;
TARGET CORP.; TIGERDIRECT, INC.;
TRIPPE MANUFACTURING COMPANY
D/B/A TRIPP LITE; AND WAL-MART
STORES, INC.; BEST BUY CO. INC. D/B/A
BEST BUY D/B/A ROCKETFISH; BEST
BUY STORES, LP; BESTBUY.COM, LLC;
CONN'S, INC. D/B/A CONN'S; J&R
ELECTONICS, INC. D/B/A J&R; KOHL'S
CORPORATION D/B/A KOHL'S; KOHL'S
ILLINOIS, INC.; SOLD YEAR CO. LTD.
AND WALGREEN CO. D/B/A
WALGREENS,

   Defendants.

## AMENDED ANSWER OF THE DEFENDANT, GEAR HEAD, LLC
## AND DEMAND FOR TRIAL BY JURY

The defendant, Gear Head, LLC ("Gear Head"), answers the first amended complaint of

the plaintiff, AdjustaCam LLC ("AdjustaCam") as follows:

### PARTIES

1.    Gear Head is without sufficient information to admit or deny the allegations

contained in Paragraph 1 of the First Amended Complaint.

2.    Gear Head is without sufficient information to admit or deny the allegations

contained in Paragraph 2 of the First Amended Complaint.

3.    Gear Head is without sufficient information to admit or deny the allegations

contained in Paragraph 3 of the First Amended Complaint.

4.      Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 4 of the First Amended Complaint.

5.      Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 5 of the First Amended Complaint.

6.      Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 6 of the First Amended Complaint.

7.      Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 7 of the First Amended Complaint.

8.      Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 8 of the First Amended Complaint.

9.      Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 9 of the First Amended Complaint.

10.      Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 10 of the First Amended Complaint.

11.      Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 11 of the First Amended Complaint.

12.      Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 12 of the First Amended Complaint.

13.      Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 13 of the First Amended Complaint.

14.      Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 14 of the First Amended Complaint.

15.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 15 of the First Amended Complaint.

16.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 16 of the First Amended Complaint.

17.     Gear Head admits the allegations contained in Paragraph 17 of the First Amended Complaint.

18.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 18 of the First Amended Complaint.

19.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 19 of the First Amended Complaint.

20.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 20 of the First Amended Complaint.

21.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 21 of the First Amended Complaint.

22.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 22 of the First Amended Complaint.

23.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 23 of the First Amended Complaint.

24.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 24 of the First Amended Complaint.

25.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 25 of the First Amended Complaint.

26.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 26 of the First Amended Complaint.

27.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 27 of the First Amended Complaint.

28.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 28 of the First Amended Complaint.

29.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 29 of the First Amended Complaint.

30.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 30 of the First Amended Complaint.

31.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 31 of the First Amended Complaint.

32.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 32 of the First Amended Complaint.

33.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 33 of the First Amended Complaint.

34.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 34 of the First Amended Complaint.

35.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 35 of the First Amended Complaint.

36.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 36 of the First Amended Complaint.

37.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 37 of the First Amended Complaint.

38.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 38 of the First Amended Complaint.

39.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 39 of the First Amended Complaint.

40.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 40 of the First Amended Complaint.

41.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 41 of the First Amended Complaint.

42.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 42 of the First Amended Complaint.

43.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 43 of the First Amended Complaint.

44.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 44 of the First Amended Complaint.

45.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 45 of the First Amended Complaint.

46.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 46 of the First Amended Complaint.

47.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 47 of the First Amended Complaint.

48.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 48 of the First Amended Complaint.

49.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 49 of the First Amended Complaint.

50.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 50 of the First Amended Complaint.

51.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 51 of the First Amended Complaint.

52.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 52 of the First Amended Complaint.

53.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 53 of the First Amended Complaint.

54.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 54 of the First Amended Complaint.

55.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 55 of the First Amended Complaint.

56.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 56 of the First Amended Complaint.

57.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 57 of the First Amended Complaint.

## JURISDICTION AND VENUE

58.     Gear Head does not contest subject-matter or personal jurisdiction.  As to the remaining allegations, Paragraph 58 makes legal conclusions to which Gear Head is not

obligated to respond.   To the extent Paragraph 58 makes any factual assertions, the allegations are denied.

59.     Gear Head does not contest venue.  As to the remaining allegations, Paragraph 59 makes legal conclusions to which Gear Head is not obligated to respond.  To the extent Paragraph 59 makes any factual assertions, the allegations are denied.

## COUNT I
## INFRINGEMENT OF U.S. PATENT NO. 5,855,343

60.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 60 of the First Amended Complaint.

61.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 61 of the First Amended Complaint.

62.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 62 of the First Amended Complaint.

63.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 63 of the First Amended Complaint.

64.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 64 of the First Amended Complaint.

65.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 65 of the First Amended Complaint.

66.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 66 of the First Amended Complaint.

67.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 67 of the First Amended Complaint.

68.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 68 of the First Amended Complaint.

69.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 69 of the First Amended Complaint.

70.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 70 of the First Amended Complaint.

71.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 71 of the First Amended Complaint.

72.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 72 of the First Amended Complaint.

73.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 73 of the First Amended Complaint.

74.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 74 of the First Amended Complaint.

75.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 75 of the First Amended Complaint.

76.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 76 of the First Amended Complaint.

77.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 77 of the First Amended Complaint.

78.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 78 of the First Amended Complaint.

79.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 79 of the First Amended Complaint.

80.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 80 of the First Amended Complaint.

81.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 81 of the First Amended Complaint.

82.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 82 of the First Amended Complaint.

83.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 83 of the First Amended Complaint.

84.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 84 of the First Amended Complaint.

85.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 85 of the First Amended Complaint.

86.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 86 of the First Amended Complaint.

87.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 87 of the First Amended Complaint.

88.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 88 of the First Amended Complaint.

89.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 89 of the First Amended Complaint.

90.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 90 of the First Amended Complaint.

91.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 91 of the First Amended Complaint.

92.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 92 of the First Amended Complaint.

93.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 93 of the First Amended Complaint.

94.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 94 of the First Amended Complaint.

95.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 95 of the First Amended Complaint.

96.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 96 of the First Amended Complaint.

97.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 97 of the First Amended Complaint.

98.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 98 of the First Amended Complaint.

99.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 99 of the First Amended Complaint.

100.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 100 of the First Amended Complaint.

101.    Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 101 of the First Amended Complaint.

102.    Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 102 of the First Amended Complaint.

103.    Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 103 of the First Amended Complaint.

104.    Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 104 of the First Amended Complaint.

105.    Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 105 of the First Amended Complaint.

106.    Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 106 of the First Amended Complaint.

107.    Gear Head denies the allegations contained in Paragraph 107 of the First Amended Complaint.

108.    Gear Head denies the allegations contained in Paragraph 108 of the First Amended Complaint.

109.    Gear Head denies the allegations contained in Paragraph 109 of the First Amended Complaint.

110.    Gear Head denies the allegations contained in Paragraph 110 of the First Amended Complaint.

111.    Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 111 of the First Amended Complaint.

112.    Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 112 of the First Amended Complaint.

113.    Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 113 of the First Amended Complaint.

114.    Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 114 of the First Amended Complaint.

115.    Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 115 of the First Amended Complaint.

116.    Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 116 of the First Amended Complaint.

117.    Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 117 of the First Amended Complaint.

118.    Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 118 of the First Amended Complaint.

119.    Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 119 of the First Amended Complaint.

120.    Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 120 of the First Amended Complaint.

121.    Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 121 of the First Amended Complaint.

122.    Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 122 of the First Amended Complaint.

123.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 123 of the First Amended Complaint.

124.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 124 of the First Amended Complaint.

125.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 125 of the First Amended Complaint.

126.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 126 of the First Amended Complaint.

127.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 127 of the First Amended Complaint.

128.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 128 of the First Amended Complaint.

129.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 129 of the First Amended Complaint.

130.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 130 of the First Amended Complaint.

131.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 131 of the First Amended Complaint.

132.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 132 of the First Amended Complaint.

133.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 133 of the First Amended Complaint.

134.    Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 134 of the First Amended Complaint.

135.    Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 135 of the First Amended Complaint.

136.    Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 136 of the First Amended Complaint.

137.    Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 137 of the First Amended Complaint.

138.    Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 138 of the First Amended Complaint.

139.    Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 139 of the First Amended Complaint.

140.    Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 140 of the First Amended Complaint.

141.    Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 141 of the First Amended Complaint.

142.    Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 142 of the First Amended Complaint.

143.    Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 143 of the First Amended Complaint.

144.    Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 144 of the First Amended Complaint.

145.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 145 of the First Amended Complaint.

146.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 146 of the First Amended Complaint.

147.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 147 of the First Amended Complaint.

148.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 148 of the First Amended Complaint.

149.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 149 of the First Amended Complaint.

150.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 150 of the First Amended Complaint.

151.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 151 of the First Amended Complaint.

152.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 152 of the First Amended Complaint.

153.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 153 of the First Amended Complaint.

154.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 154 of the First Amended Complaint.

155.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 155 of the First Amended Complaint.

156.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 156 of the First Amended Complaint.

157.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 157 of the First Amended Complaint.

158.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 158 of the First Amended Complaint.

159.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 159 of the First Amended Complaint.

160.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 160 of the First Amended Complaint.

161.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 161 of the First Amended Complaint.

162.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 162 of the First Amended Complaint.

163.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 163 of the First Amended Complaint.

164.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 164 of the First Amended Complaint.

165.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 165 of the First Amended Complaint.

166.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 166 of the First Amended Complaint.

167.    Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 167 of the First Amended Complaint.

168.    Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 168 of the First Amended Complaint.

169.    Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 169 of the First Amended Complaint.

170.    Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 170 of the First Amended Complaint.

171.    Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 171 of the First Amended Complaint.

172.    Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 172 of the First Amended Complaint.

173.    Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 173 of the First Amended Complaint.

174.    Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 174 of the First Amended Complaint.

175.    Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 175 of the First Amended Complaint.

176.    Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 176 of the First Amended Complaint.

177.    Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 177 of the First Amended Complaint.

178.    Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 178 of the First Amended Complaint.

179.    Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 179 of the First Amended Complaint.

180.    Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 180 of the First Amended Complaint.

181.    Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 181 of the First Amended Complaint.

182.    Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 182 of the First Amended Complaint.

183.    Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 183 of the First Amended Complaint.

184.    Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 184 of the First Amended Complaint.

185.    Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 185 of the First Amended Complaint.

186.    Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 186 of the First Amended Complaint.

187.    Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 187 of the First Amended Complaint.

188.    Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 188 of the First Amended Complaint.

189.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 189 of the First Amended Complaint.

190.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 190 of the First Amended Complaint.

191.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 191 of the First Amended Complaint.

192.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 192 of the First Amended Complaint.

193.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 193 of the First Amended Complaint.

194.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 194 of the First Amended Complaint.

195.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 195 of the First Amended Complaint.

196.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 196 of the First Amended Complaint.

197.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 197 of the First Amended Complaint.

198.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 198 of the First Amended Complaint.

199.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 199 of the First Amended Complaint.

200.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 200 of the First Amended Complaint.

201.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 201 of the First Amended Complaint.

202.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 202 of the First Amended Complaint.

203.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 203 of the First Amended Complaint.

204.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 204 of the First Amended Complaint.

205.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 205 of the First Amended Complaint.

206.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 206 of the First Amended Complaint.

207.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 207 of the First Amended Complaint.

208.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 208 of the First Amended Complaint.

209.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 209 of the First Amended Complaint.

210.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 210 of the First Amended Complaint.

211.    Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 211 of the First Amended Complaint.

212.    Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 212 of the First Amended Complaint.

213.    Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 213 of the First Amended Complaint.

214.    Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 214 of the First Amended Complaint.

215.    Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 215 of the First Amended Complaint.

216.    Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 216 of the First Amended Complaint.

217.    Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 217 of the First Amended Complaint.

218.    Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 218 of the First Amended Complaint.

219.    Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 219 of the First Amended Complaint.

220.    Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 220 of the First Amended Complaint.

221.    Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 221 of the First Amended Complaint.

222.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 222 of the First Amended Complaint.

223.     Gear Head denies that Gear Head has damaged AdjustaCam or that Gear Head is liable to AdjustaCam for any amount.

224.     Gear Head states that AdjustaCam's right to discovery is governed by the rules of civil procedure.  Gear Head denies that it infringes the '343 patent and denies that any infringement was or is willful and reckless.

225.     Paragraph 225 of the First Amended Complaint purports to describe a procedural matter to which a response is not required.

226.     Gear Head denies the allegations contained in Paragraph 226 to the extent that it pertains to Gear Head.

WHEREFORE, Gear Head respectfully requests that this matter be dismissed against it and that it be awarded costs, including reasonable attorney's fees incurred in defending this matter.

## **AFFIRMATIVE DEFENSES**

### **FIRST AFFIRMATIVE DEFENSE / FAILURE TO STATE A CLAIM**

AdjustaCam fails to state a claim upon which relief may be granted.

### **SECOND AFFIRMATIVE DEFENSE / INVALIDITY**

Upon information and belief, the '343 patent and all claims contained within the patent are invalid for failure to satisfy the requirements of patentability under 35 U.S.C., including but not limited to §§ 101, 102, 103, and 112.

## THIRD AFFIRMATIVE DEFENSE / NON-INFRINGEMENT

Gear Head has not infringed and does not infringe, induce infringement or contributorily infringe any claim of the '343 patent either literally or under the doctrine of equivalents.

## FOURTH AFFIRMATIVE DEFENSE / PATENT MARKING

AdjustaCam is not entitled to any damages for alleged infringement because its failure to comply with the marking requirements of 35 U.S.C. § 287 and/or its failure to otherwise give notice that Gear Head allegedly infringed the '343 patent.

## FIFTH AFFIRMATIVE DEFENSE / EQUITABLE DEFENSES

AdjustaCam's claims are barred by the equitable doctrines of laches, unclean hands, estoppel and/or a waiver.

## SIXTH AFFIRMATIVE DEFENSE / UNAVAILABILITY OF INJUNCTIVE RELIEF

AdjustaCam is not entitled to injunctive relief because any injury is not immediate and irreparable; AdjustaCam has an adequate remedy at law; the balance of hardships favors no injunction; and the public interest is best served by no injunction.

## SEVENTH AFFIRMATIVE DEFENSE / RESERVATION OF RIGHTS

Gear Head reserves all affirmative defenses under Rule 8C of the Federal Rules of Civil Procedure, the Patent Laws of the United States or any other defenses at law or in equity, that may now exist or in the future be available based on discovery and further factual investigation in this case.

**GEAR HEAD DEMANDS A TRIAL BY JURY ON ALL CLAIMS SO TRIABLE.**


Dated: September 24, 2010                    Respectfully submitted by:


/s/ Herbert J. Hammond
Herbert J. Hammond
Attorney-In-Charge
  State Bar No. 08858500
Vishal Patel
  State Bar No. 24065885

THOMPSON & KNIGHT LLP
One Arts Plaza
1722 Routh St., Suite 1500
Dallas, Texas 75201
(214) 969-1700
(214) 969-1751 (Fax)


Patricia L. Davidson

MIRICK, O'CONNELL, DEMALLIE & LOUGEE, LLP
100 Front Street
Worcester, Massachusetts  01608-1477
(508) 860-1540
(508) 983-6240 (Fax)


ATTORNEYS FOR DEFENDANT
GEAR HEAD, LLC


**Certificate of Service**

    The undersigned certifies that the foregoing document was filed electronically on the 24th day of September, 2010 in compliance with Local Rule CV-5(a) and has been served on all counsel who have consented to electronic service and all other counsel by regular mail.


/s/ Herbert J. Hammond
       Herbert J. Hammond

2662050.1