IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ADJUSTACAM LLC, | § § § | |
| Plaintiff, | § § | |
| vs. | § § | Civil Action No. 6:10-cv-00329 |
| AMAZON.COM, INC., et al., | § § § | |
| Defendants. | § § | |

**NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANTS
NEWEGG INC., NEWEGG.COM INC., AND ROSEWILL INC.**

Defendants, Newegg Inc., Newegg.com Inc. and Rosewill Inc. notify the Court and the parties of the appearance of Trey Yarbrough as counsel on their behalf. Defendants respectfully request that Mr. Yarbrough, who is enrolled in the Court's CM/ECF system and whose contact information is set forth below, be included on the Court's and parties' service lists.

DATED:  September 24, 2010                          Respectfully submitted,

/s/ Trey Yarbrough
Trey Yarbrough
Bar No. 22133500
YARBROUGH ♦ WILCOX, PLLC
100 E. Ferguson St., Ste. 1015
Tyler, TX 75702
(903) 595-3111
Fax: (903) 595-0191
trey@yw-lawfirm.com

Attorney for Defendants,
Newegg Inc., Newegg.com Inc. and Rosewill Inc.

**Certificate of Service**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 24th day of September, 2010.  All other counsel not deemed to have consented to service in such manner will be served via facsimile transmission and/or first class mail.

/s/ Trey Yarbrough
Trey Yarbrough