IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC | |
| v. | NO. 6:10-cv-329-LED |
| AMAZON.COM, INC.;  ET AL. | JURY |

**ORDER**

CAME BEFORE THE COURT the Wal-Mart Stores, Inc.'s ("Walmart") Partial Motion To Dismiss For Failure To State A Claim (Dkt. No. 118) ("Motion").  Having reviewed Plaintiff's Opposition to the Motion, and having found that the Motion is without merit, it is thus ordered the Motion is DENIED.

It is so ORDERED.