Appendix K                                                                                  Revised: 1/24/07

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
_____Tyler_____ DIVISION
## APPLICATION TO APPEAR PRO HAC VICE

FILED CLERK
U.S. DISTRICT COURT
2010 SEP 24 PM 4:21
TEXAS EASTERN
BY_____

1. This application is being made for the following: Case # __6:10-cv-00329-LED__
Style: __Adjustacam, LLC v. Amazon.com, Inc., et al.__
2. Applicant is representing the following party/ies: __Defendants Blue Microphones, LLC and Baltic Latvian Universal Electronics, LLC__
3. Applicant was admitted to practice in __CA__ (state) on __12-1-2005__ (date).
4. Applicant is in good standing and is otherwise eligible to practice law before this court.
5. Applicant is not currently suspended or disbarred in any other court.
6. Applicant has/(has not) had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.
7. Applicant has/(has not) ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.
8. Applicant has/(has not) been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.
9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.
10. There are no pending grievances or criminal matters pending against the applicant.
11. Applicant has been admitted to practice in the following courts: __United States Supreme Court, US Court of Appeals for the Federal Circuit, Supreme Court of California, *__
12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."
13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).
14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, __M. Kala Sarvaiya__ do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date __September 22, 2010__        Signature __M Kala S_____

* (Admitted to the following courts, continued) US District Court of the Central District of California, US District Court for the Eastern District of California, US District Court for the Northern District of California, US District Court for the Southern District of California.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print) M. Kala Sarvaiya
State Bar Number 238,453
Firm Name: SoCal IP Law Group LLP
Address/P.O. Box: 310 N. Westlake Boulevard, Suite 120
City/State/Zip: Westlake Village, CA 91362
Telephone #: 805-230-1350
Fax #: 805-230-1355
E-mail Address: ksarvaiya@socalip.com
Secondary E-Mail Address:

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court on: 9/27/10



David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By  MLL
Deputy Clerk

# United States District Court
for the
Eastern District of Texas at Tyler

Date:         Friday, September 24, 2010

Received from:

**POTTER MINTON**
**PO BOX 359**
**TYLER TX  75710**

| Account | Description |
|---|---|
| 085000 | Attorney Admission Fees |
| 086400 | New Case Fee |
| 086900 | Filing Fees |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 143500 | Interest |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 322380 | Recoveries of Court Costs |
| 322386 | Cost of Prosecution |
| 504100 | Crime Victims Fund |
| 508800 | Immigration Fees |
| 510000 | Civil Filing Fee (1/2) |
| 5100PL | Partial Filing Fee (PLRA) |
| 510100 | Registry Fee |
| 604700 | Registry Funds/General and Special Funds |
| 613300 | Unclaimed Monies |
| 6855XX | Deposit Funds |

| Account | Amount |
|---|---|
| 6855XX | $200.00 |
| **Total** | **$200.00** |

Payment method:         **Check**
Case or other reference: **610CV329  ADJUSTACAM V AMAZON**
Comments:               **CHECK NO 070485**
                        **PHV M. KALA SARVAIYA**
                        **PHV MICHAEL D. HARRIS**

Received by:            **KLS**