IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC,<br><br>               Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC. et al.,<br><br>               Defendants. | Civil Action No. 6:10-cv-329-LED |

**DEFENDANT RADIOSHACK CORPORATION'S UNOPPOSED MOTION TO
WITHDRAW AND SUBSTITUTE COUNSEL**

TO THE HONORABLE JUDGE OF SAID COURT:

      Defendant RadioShack Corporation ("RadioShack") requests that its counsel of record, Christopher Michael Joe of Buether Joe & Carpenter, LLC, 1700 Pacific Avenue, Suite 2390, Dallas, TX 75201, be allowed to withdraw as counsel for RadioShack and to be removed from the ECF e-mail notices in the above-captioned case. Attorneys R. David Donoghue and Peter Sanborn of HOLLAND & KNIGHT, LLP, who have previously appeared *pro hac vice* for Defendants Jasco Products Company LLC and Target Corp., have substituted in as counsel in their place for RadioShack. The contact information for Mr. Donoghue and Mr. Sanborn is as follows:

      R. David Donoghue
      HOLLAND & KNIGHT LLP
      131 South Dearborn Street, 30th floor
      Chicago, IL 60603
      Tel: (312) 263-3600
      Fax: (312)578-6666
      david.donoghue@hklaw.com

Peter Sanborn
HOLLAND & KNIGHT LLP
10 St. James Ave.
Boston, MA 02116
Tel: (617) 523-2700
Fax: (617) 523-6850
peter.sanborn@hklaw.com

Michael Smith of SIEBMAN, BURG, PHILLIPS & SMITH, LLP remains counsel of record for RadioShack.

This substitution of counsel has been agreed to by Plaintiff Adjustacam LLC and is not sought for purposes of delay.

WHEREFORE PREMISES CONSIDERED, RadioShack respectfully requests that the Court grant this Unopposed Motion to Withdraw and Substitute Counsel and for such other and further relief to which RadioShack may justly entitled.

DATED: September 27, 2010            Respectfully submitted,

                                     /s/ *Michael C. Smith*
                                     Michael C. Smith
                                     Siebman, Burg, Phillips & Smith, LLP
                                     113 East Austin Street
                                     P.O. Box 1556
                                     Marshall, Texas 75671-1556
                                     (903) 938-8900 (office)
                                     (972) 767-4620 (fax)
                                     michaelsmith@siebman.com

OF COUNSEL:

R. David Donoghue
HOLLAND & KNIGHT LLP
131 South Dearborn Street, 30th floor
Chicago, IL 60603
Tel: (312) 263-3600
Fax: (312)578-6666

david.donoghue@hklaw.com

Peter Sanborn
HOLLAND & KNIGHT LLP
10 St. James Ave.
Boston, MA 02116
Tel: (617) 523-2700
Fax: (617) 523-6850
peter.sanborn@hklaw.com

Attorneys for RadioShack Corporation

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) this 27th day of September, 2010. Any other counsel of record will be served by facsimile transmission or first-class mail on this same date.

/s/ *Michael C. Smith*
Michael C. Smith

# 9765733_v1