IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC | |
| v. | NO. 6:10-cv-329-LED |
| AMAZON.COM, INC. ET AL. | JURY |

## STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

The plaintiff, AdjustaCam LLC and defendant, Trippe Manufacturing Company, pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all claims and counterclaims in this action asserted between them WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys fees.

September 27, 2010

Respectfully submitted,

By: /s/ *Erick Robinson*
Erick Robinson
Texas Bar No. 24039142
John J. Edmonds – LEAD COUNSEL
Texas Bar No. 789758
Michael J. Collins
Texas Bar No. 4614510
Henry M. Pogorzelski
Texas Bar No. 24007852
COLLINS, EDMONDS & POGORZELSKI, PLLC
709 Sabine Street
Houston, Texas 77007
Telephone: (281) 501-3425
Facsimile: (832) 415-2535
jedmonds@cepiplaw.com
mcollins@cepiplaw.com
hpogorzelski@cepiplaw.com
erobinson@cepiplaw.com

Andrew W. Spangler
Texas Bar No. 24041960
Spangler Law P.C.
208 N. Green Street, Suite 300

                                          Longview, Texas 75601
                                          (903) 753-9300
                                          (903) 553-0403 (fax)
                                          spangler@spanglerlawpc.com

                                          ATTORNEYS FOR PLAINTIFF
                                          ADJUSTACAM LLC

## CERTIFICATE OF SERVICE

       I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

September 27, 2010                                    /s/ *Erick Robinson*
                                                              Erick Robinson