IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC § | |
| § | |
| Plaintiff, § | CIVIL ACTION NO. 6:10-CV-00329-LED |
| § | |
| vs. § | |
| § | |
| AMAZON.COM, INC., et al. § | |
| § | |
| Defendants. § | **JURY TRIAL DEMANDED** |

**ORDER**

CAME BEFORE THE COURT Defendant Dell, Inc.'s ("Dell") Corrected Motion To Dismiss Plaintiff's Allegations of Indirect Infringement and Willful Infringement For Failure To State A Claim (the "Motion") (Dkt. No. 164) ("Motion"). Having reviewed Plaintiff's Opposition to the Motion, and having found that the Motion is without merit, it is thus ordered the Motion is DENIED.

It is so ORDERED.