IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC | |
| v. | NO. 6:10-cv-329-LED |
| AMAZON.COM, INC.; ET AL. | JURY |

**PLAINTIFF'S ANSWER TO ROSEWILL'S COUNTERCLAIMS**

Plaintiff AdjustaCam LLC ("AdjustaCam") answers the counterclaims (Dkt No. 172) of Defendant Rosewill, Inc. ("Rosewill"), by corresponding paragraph number, as follows:

1. Admitted that Rosewill is a Delaware corporation.

2. Admitted that AdjustaCam is a Texas LLC with a principal place of business in Frisco.

3. Admitted as to subject matter jurisdiction over counterclaims. Denied as to merits of counterclaims.

4. Admitted as to personal jurisdiction over AdjustaCam.

5. Admitted as to venue over counterclaims. Denied as to merits of counterclaims.

6. Admitted that AdjustaCam has sued Rosewill for infringing the '343 patent. Admitted as to subject matter jurisdiction over counterclaims. Denied as to merits of counterclaims.

7. AdjustaCam's answers to paragraphs 1-6 are incorporated herein.

8-9. Denied.

10-11. Denied Rosewill is entitled to any such relief.

12. AdjustaCam's answers to paragraphs 1-11 are incorporated herein.

13. Denied.

14. Denied Rosewill is entitled to any such relief.

15. Rosewill's purported reservation of rights is not subject to being admitted or denied. Subject to the foregoing, denied that Rosewill has any grounds for additional counterclaims or defenses.

16. To the extent necessary, AdjustaCam denies that Rosewill is entitled to the relief requested in its prayer for relief. In addition, to the extent necessary, AdjustaCam generally denies any allegation in the counterclaims not specifically admitted above, and AdjustaCam re-alleges infringement, validity and damages, and denies any allegations in the counterclaim adverse to same.

## PRAYER FOR RELIEF

WHEREFORE, AdjustaCam respectfully requests that this Court enter judgment denying and dismissing Rosewill's counterclaims, and that the Court enter judgment in favor of AdjustaCam as requested in AdjustaCam's complaint, as amended or supplemented.

September 28, 2010

Respectfully submitted,

ADJUSTACAM LLC

By: /s/ *John J. Edmonds*
John J. Edmonds – LEAD COUNSEL
Texas Bar No. 789758
Michael J. Collins
Texas Bar No. 4614510
Erick Robinson
Texas Bar No. 24039142
COLLINS, EDMONDS & POGORZELSKI, PLLC
1616 S. Voss Road, Suite 125
Houston, Texas 77057
Telephone: (281) 501-3425
Facsimile: (832) 415-2535
jedmonds@cepiplaw.com
mcollins@cepiplaw.com
erobinson@cepiplaw.com

Andrew W. Spangler
Texas Bar No. 24041960
Spangler Law P.C.

                                        208 N. Green Street, Suite 300
                                        Longview, Texas 75601
                                        (903) 753-9300
                                        (903) 553-0403 (fax)
                                        spangler@spanglerlawpc.com

                                        ATTORNEYS FOR PLAINTIFF
                                        ADJUSTACAM LLC

## CERTIFICATE OF SERVICE

      I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

September 28, 2010                                /s/ *John J. Edmonds*
                                                                   John J. Edmonds