IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC | |
| v. | NO. 6:10-cv-329-LED |
| AMAZON.COM, INC.; ET AL. | JURY |

**PLAINTIFF'S ANSWER TO THE COUNTERCLAIMS OF COMPUSA, NEW COMPUSA, SYSTEMAX AND TIGERDIRECT**

Plaintiff AdjustaCam LLC ("AdjustaCam") answers the counterclaims (Dkt No. 167) of Defendants CompUSA.com, Inc., New CompUSA Corp., TigerDirect, Inc. and Systemax, Inc. (collectively "CompUSA"), by corresponding paragraph number, as follows:

245-49. Admitted.

250. Admitted as to subject matter jurisdiction over counterclaims. Denied as to merits of counterclaims.

251. Admitted as to personal jurisdiction. Denied as to merits of counterclaims.

252. Admitted as to venue over counterclaims. Denied as to merits of counterclaims. Denied that venue is not convenient.

253. Paragraph 253 purports to "repeat and reallege each and every allegation contained in paragraphs 1-252." This is improper and not reasonably subject to being admitted or denied. Subject to the foregoing, AdjustaCam denies the merits of CompUSA's denials, defense and counterclaims, and AdjustaCam re-alleges infringement, validity and damages, and denies all allegations in CompUSA's Answer/Counterclaims adverse to same.

254. Admitted that AdjustaCam is the exclusive licensee of, and owner of all substantial rights to, the '343 patent.

255. Admitted as to subject matter jurisdiction over counterclaims. Denied as to merits of counterclaims.

256. Admitted that CompUSA is not entitled to any remedies against AdjustaCam. CompUSA's allegation of having no adequate remedy at law is vague and lacks antecedent basis. AdjustaCam lacks knowledge or information sufficient to form a belief about the truth of such allegations, and thus they are denied by operation of law.

257. Denied that CompUSA is entitled to any such relief.

258. Paragraph 258 purports to "repeat and reallege each and every allegation contained in paragraphs 1-257." This is improper and not reasonably subject to being admitted or denied. Subject to the foregoing, AdjustaCam denies the merits of CompUSA's denials, defense and counterclaims, and AdjustaCam re-alleges infringement, validity and damages, and denies all allegations in CompUSA's Answer/Counterclaims adverse to same.

259. Denied.

260. Admitted as to subject matter jurisdiction over counterclaims. Denied as to merits of counterclaims.

261. Admitted that CompUSA is not entitled to any remedies against AdjustaCam. CompUSA's allegation of having no adequate remedy at law is vague and lacks antecedent basis. AdjustaCam lacks knowledge or information sufficient to form a belief about the truth of such allegations, and thus they are denied by operation of law.

262. Denied that CompUSA is entitled to any such relief.

263. Paragraph 263 purports to "repeat and reallege each and every allegation contained in paragraphs 1-262." This is improper and not reasonably subject to being admitted or denied. Subject to the foregoing, AdjustaCam denies the merits of CompUSA's denials, defense and

counterclaims, and AdjustaCam re-alleges infringement, validity and damages, and denies all allegations in CompUSA's Answer/Counterclaims adverse to same.

264. Admitted as to subject matter jurisdiction over counterclaims. Denied as to merits of counterclaims.

265. Admitted that CompUSA is not entitled to any remedies against AdjustaCam. CompUSA's allegation of having no adequate remedy at law is vague and lacks antecedent basis. AdjustaCam lacks knowledge or information sufficient to form a belief about the truth of such allegations, and thus they are denied by operation of law.

266. Denied that CompUSA is entitled to any such relief.

267. CompuUSA's purported "reservation of rights" is not reasonably subject to being admitted or denied. Subject to the foregoing, denied that CompUSA has any basis to supplement or amend its defenses or counterclaims.

268. To the extent necessary, AdjustaCam denies that CompuUSA is entitled to the relief requested in its prayer for relief. In addition, to the extent necessary, AdjustaCam generally denies any allegation in the counterclaims not specifically admitted above, and AdjustaCam re-alleges infringement, validity and damages, and denies any allegations in the counterclaim adverse to same.

## PRAYER FOR RELIEF

WHEREFORE, AdjustaCam respectfully requests that this Court enter judgment denying and dismissing CompuUSA's counterclaims, and that the Court enter judgment in favor of AdjustaCam as requested in AdjustaCam's complaint, as amended or supplemented.

September 28, 2010                                  Respectfully submitted,

                                                      ADJUSTACAM LLC

                                                      By: /s/ *John J. Edmonds*
                                                      John J. Edmonds – LEAD COUNSEL
                                                      Texas Bar No. 789758
                                                      Michael J. Collins
                                                      Texas Bar No. 4614510
                                                      Erick Robinson
                                                      Texas Bar No. 24039142
                                                      COLLINS, EDMONDS & POGORZELSKI, PLLC
                                                      1616 S. Voss Road, Suite 125
                                                      Houston, Texas 77057
                                                      Telephone: (281) 501-3425
                                                      Facsimile: (832) 415-2535
                                                      jedmonds@cepiplaw.com
                                                      mcollins@cepiplaw.com
                                                      erobinson@cepiplaw.com

                                                      Andrew W. Spangler
                                                      Texas Bar No. 24041960
                                                      Spangler Law P.C.
                                                      208 N. Green Street, Suite 300
                                                      Longview, Texas 75601
                                                      (903) 753-9300
                                                      (903) 553-0403 (fax)
                                                      spangler@spanglerlawpc.com

                                                      ATTORNEYS FOR PLAINTIFF
                                                      ADJUSTACAM LLC

## CERTIFICATE OF SERVICE

     I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

September 28, 2010                                  /s/ *John J. Edmonds*
                                                      John J. Edmonds