IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

ADJUSTACAM LLC

    v.                                                                          NO. 6:10-cv-329-LED

AMAZON.COM, INC.;  ET AL.                                          JURY

## PLAINTIFF'S ANSWER TO AMAZON'S COUNTERCLAIMS

Plaintiff AdjustaCam LLC ("AdjustaCam") answers the counterclaims (Dkt No. 163) of Defendant Amazon.com, Inc. ("Amazon"), by corresponding paragraph number, as follows:

1-2.    Admitted.

3.    Admitted as to AdjustaCam's standing.  Admitted as to subject matter jurisdiction over counterclaims.  Denied as to merits of counterclaims.

4.    Admitted as to venue over counterclaims.  Denied as to merits of counterclaims.

5.    AdjustaCam's answers to paragraphs 1-4 are incorporated herein.

6.    Admitted that AdjustaCam is the present exclusive licensee of, and owner of all substantial rights to the '343 Patent.

7.    Admitted that AdjustaCam has alleged Amazon's infringement as set forth in AdjustaCam's complaint, as supplemented or amended.

8.    Denied.

9.    Admitted as to subject matter jurisdiction over counterclaims.  Denied as to merits of counterclaims.

10.    Denied Amazon is entitled to any such relief.

11.    AdjustaCam's answers to paragraphs 1-10 are incorporated herein.

12.    Denied.

13.    Admitted as to subject matter jurisdiction over counterclaims.  Denied as to merits of counterclaims.

14.    Denied Amazon is entitled to any such relief.

15.    Amazon's jury demand is not subject to being admitted or denied.  Subject to the foregoing, denied as to merits of counterclaims.

16.    To the extent necessary, AdjustaCam denies that Amazon is entitled to the relief requested in its prayer for relief.  In addition, to the extent necessary, AdjustaCam generally denies any allegation in the counterclaims not specifically admitted above, and AdjustaCam re-alleges infringement, validity and damages, and denies any allegations in the counterclaim adverse to same.

PRAYER FOR RELIEF

WHEREFORE, AdjustaCam respectfully requests that this Court enter judgment denying and dismissing Amazon's counterclaims, and that the Court enter judgment in favor of AdjustaCam as requested in AdjustaCam's complaint, as amended or supplemented.

September 28, 2010                                    Respectfully submitted,

                                                     ADJUSTACAM LLC

                                                     By: /s/ *John J. Edmonds*
                                                     John J. Edmonds – LEAD COUNSEL
                                                     Texas Bar No. 789758
                                                     Michael J. Collins
                                                     Texas Bar No. 4614510
                                                     Erick Robinson
                                                     Texas Bar No. 24039142
                                                     COLLINS, EDMONDS & POGORZELSKI, PLLC
                                                     1616 S. Voss Road, Suite 125
                                                     Houston, Texas 77057
                                                     Telephone: (281) 501-3425
                                                     Facsimile: (832) 415-2535
                                                     jedmonds@cepiplaw.com
                                                     mcollins@cepiplaw.com
                                                     erobinson@cepiplaw.com

2

Andrew W. Spangler
Texas Bar No. 24041960
Spangler Law P.C.
208 N. Green Street, Suite 300
Longview, Texas 75601
(903) 753-9300
(903) 553-0403 (fax)
spangler@spanglerlawpc.com

ATTORNEYS FOR PLAINTIFF
ADJUSTACAM LLC

## CERTIFICATE OF SERVICE

       I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

September 28, 2010                    /s/ *John J. Edmonds*_____
                                      John J. Edmonds