UAET (02-2008)



## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.: 6:10cv329
Name of party requesting extension: J&R Electronics, Inc. d/b/a J&R
Is this the first application for extension of time in this case?   ☑ Yes
   ☐ No

If no, please indicate which application this represents:   ☐ Second
   ☐ Third
   ☐ Other _____

Date of Service of Summons: Unknown
Number of days requested:   ☑ 30 days
   ☐ 15 days
   ☐ Other ____ days

New Deadline Date: 11/01/2010 *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name: Tom Henson
State Bar No.: 09494000
Firm Name: Ramey & Flock, P.C.
Address: 100 East Ferguson
   Suite 500
   Tyler, TX 75702
Phone: (903) 597-3301
Fax: (903) 597-2413
Email: thenson@rameyflock.com

A certificate of conference does not need to be filed with this unopposed application.