UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ADJUSTACAM, LLC | § | |
| Plaintiff | § | CIVIL ACTION |
| | § | |
| VERSUS | § | NO:   6:10-CV-329-LED |
| | § | |
| AMAZON.COM, INC., ET AL. | § | JUDGE |
| Defendants | § | |

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT CONN'S, INC.**

Defendant CONN'S, INC., pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, files this Corporate Disclosure Statement.

**Corporate Disclosure Statement**

CONN'S, INC. does not have a parent corporation, and no publicly-held corporation owns 10 percent (10%) or more of its stock..

Respectfully submitted,

**LEWIS, BRISBOIS, BISGAARD & SMITH, LLP**


BY___/s/ *Kent M. Adams* /s/_____
**KENT M. ADAMS**
TEXAS BAR NO. 00869200
3355 West Alabama, Suite 400
Houston, Texas 77098
(713) 659-6767 – Phone
(713) 759-6830 – Fax
**ATTORNEY FOR DEFENDANT, CONN'S, INC.**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 1st day of October, 2010, a true and correct copy of the above and foregoing document was filed with the Eastern District of Texas' EC/EMF (federal court electronic filing system), and a copy is to be forwarded this date by the Eastern District to all known attorneys of record.

                          /s/ ***Kent M. Adams*** /s/_____
                         **KENT M. ADAMS**