# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| ADJUSTACAM LLC, | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| v. | § | |
| | § | C.A. NO. 6:10-cv-00329-LED |
| AMAZON.COM, INC.; | § | |
| AUDITEK CORPORATION; | § | |
| BALTIC LATVIAN UNIVERSAL | § | |
| ELECTRONICS, LLC D/B/A BLUE | § | |
| MICROPHONES, LLC D/B/A BLUE | § | |
| MICROPHONE; | § | |
| BLUE MICROPHONES, LLC; | § | |
| CDW CORPORATION F/K/A CDW | § | |
| COMPUTER CENTERS, INC.; | § | |
| CDW, INC.; | § | |
| COBRA DIGITAL, LLC; | § | |
| COMPUSA.COM, INC.; | § | |
| CREATIVE TECHNOLOGY LTD.; | § | |
| CREATIVE LABS, INC.; | § | |
| DELL, INC.; | § | |
| DIGITAL INNOVATIONS, LLC.; | § | |
| EASTMAN KODAK COMPANY; | § | |
| EZONICS CORPORATION D/B/A | § | |
| EZONICS CORPORATION USA D/B/A | § | |
| EZONICS; | § | |
| FRY'S ELECTRONICS, INC.; | § | |
| GEAR HEAD, LLC; | § | |
| HEWLETT-PACKARD COMPANY; | § | |
| INTCOMEX, INC.; | § | |
| JASCO PRODUCTS COMPANY LLC | § | |
| D/B/A JASCO PRODUCTS COMPANY | § | |
| D/B/A JASCO; | § | |
| JWIN ELECTRONICS CORPORATION; | § | |
| KLIP XTREME LLC; | § | |
| KMART CORPORATION; | § | |
| LIFEWORKS TECHNOLOGY GROUP, | § | |
| LLC; | § | |
| MACALLY PERIPHERALS, INC. D/B/A | § | |
| MACALLY U.S.A.; | § | |
| MACE GROUP, INC.; | § | |
| MICRO ELECTRONICS, INC. D/B/A | § | |

| | | |
|---|---|---|
| MICRO CENTER; | § | |
| NEW COMPUSA CORPORATION; | § | |
| NEWEGG, INC.; | § | |
| NEWEGG.COM, INC.; | § | |
| OFFICE DEPOT, INC.; | § | |
| OVERSTOCK.COM, INC.; | § | |
| PHOEBE MICRO INC.; | § | |
| PROLYNKZ, LLC; | § | |
| RADIOSHACK CORPORATION; | § | |
| ROSEWILL INC.; | § | |
| SEARS BRANDS, LLC; | § | |
| SEARS HOLDINGS CORPORATION D/B/A SEARS; | § | |
| SEARS, ROEBUCK AND COMPANY; | § | |
| SAKAR INTERNATIONAL, INC.; | § | |
| SAKAR, INC.; | § | |
| SDI TECHNOLOGIES, INC.; | § | |
| SOFTWARE BROKERS OF AMERICA INC. D/B/A INTCOMEX CORPORATION D/B/A INTCOMEX; | § | |
| SYSTEMAX, INC. D/B/A COMPUSA; | § | |
| TARGET CORP.; | § | |
| TIGERDIRECT, INC.; | § | |
| TRIPPE MANUFACTURING COMPANY D/B/A TRIPP LITE; | § | |
| WAL-MART STORES, INC.; | § | |
| BEST BUY CO., INC. D/B/A BEST BUY D/B/A ROCKETFISH; | § | |
| BEST BUY STORES, LP; | § | |
| BESTBUY.COM, LLC; | § | JURY TRIAL DEMANDED |
| CONN'S, INC. D/B/A CONN'S; | § | |
| J&R ELECTRONICS, INC. D/B/A J&R; | § | |
| KOHL'S CORPORATION D/B/A KOHL'S; | § | |
| KOHL'S ILLINOIS, INC.; | § | |
| SOLID YEAR CO., LTD. AND WALGREEN CO. D/B/A WALGREENS, | § | |
| | § | |
| DEFENDANTS. | § | |

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS KMART CORPORATION; SEARS BRANDS, LLC; SEARS HOLDINGS CORPORATION D/B/A SEARS; AND SEARS, ROEBUCK AND COMPANY**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants Kmart Corporation; Sears Brands, LLC; Sears Holdings Corporation d/b/a Sears; and Sears, Roebuck and Company make the following disclosure:

1. Defendant Kmart Corporation is a wholly-owned subsidiary of Kmart Holding Corporation, which is a wholly-owned subsidiary of Sears Holding Corporation.

2. Defendant Sears Brands, LLC is a wholly-owned subsidiary of Sears, Roebuck and Co.

3. Defendant Sears Holding Corporation d/b/a Sears is a publicly-traded company. No publicly-traded company owns 10% or more of stock of Sears Holding Corporation.

4. Defendant Sears, Roebuck and Company is a wholly-owned subsidiary of Sears Holdings Corporation.

Dated:  October 1, 2010.

        Respectfully submitted,

By: */s/  John H. Barr, Jr.*
    John H. Barr, Jr.
    Attorney-in-Charge
    State Bar No. 00783605
BRACEWELL & GIULIANI LLP
711 Louisiana, Suite 2300
Houston, Texas 77002
(713) 223-2300 - Telephone
(713) 221-1212 – Facsimile

ATTORNEY FOR DEFENDANTS

-4-

        KMART CORPORATION; SEARS BRANDS, LLC; SEARS HOLDINGS CORPORATION D/B/A SEARS; AND SEARS, ROEBUCK AND COMPANY

Of counsel:

Christopher A. Shield
State Bar No. 24046833
John A. Yates
State Bar No. 24056569
Bracewell & Giuliani LLP
711 Louisiana, Suite 2300
Houston, Texas 77002
(713) 223-2300 - Telephone
(713) 221-1212 – Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded to all counsel of record pursuant to the Federal Rules of Civil Procedure on the 1st day of October, 2010.

| | |
|---|---|
| John J. Edmonds<br>Michael J. Collins<br>Henry M. Pogorzelski<br>Erick Scott Robinson<br>Collins, Edmonds & Pogorzelski, PLLC<br>1616 S. Voss Road, Suite 125<br>Houston, Texas 77057<br>jedmonds@cepiplaw.com<br>mcollins@cepiplaw.com<br>hpogorzeksli@cepiplaw.com<br>erobison@cepiplaw.com<br>(Attorneys for Plaintiff, Adjustacam, LLC) | Andrew W. Spangler<br>Spangler Law P.C.<br>208 N. Green Street, Suite 300<br>Longview, Texas 75601<br>spangler@spanglerlawpc.com<br>(Attorney for Plaintiff, AdjustaCam, LLC) |
| James E. Geringer<br>Salumeh R. Loesch<br>Klarquist Sparkman LLP<br>121 SW Salmon Street, Suite 1600<br>Portland, Oregon 97204<br>James.Geringer@klarquist.com<br>Salumeh.loesch@klarquist.com<br>(Attorney for Defendant, Amazon.com. Inc.) | David W. Denenberg<br>Davidoff Malito & Hutcher LLP<br>200 Garden City Plaza, Suite 315<br>Garden City, New York 11530<br>dwd@dmlegal.com<br>(Attorney for Defendants, Compusa.com, Inc., New Compusa Corporation, Systemax, Inc. d/b/a Compusa and Tigerdirect, Inc.) |
| Anthony S. Gabrielson<br>Benjamin T. Horton<br>Thomas L. Duston<br>Marshall, Gerstein & Borun LLP<br>233 S. Wacker Dr.<br>6300 Willis Tower<br>Chicago, Illinois 60606-6357<br>agabrielson@marshallip.com<br>bhorton@marshallip.com<br>tduston@marshallip.com<br>(Attorneys for Defendants, CDW Corporation f/k/a CDW Computer Centers, Inc., CDW, Inc. and CDW, LLC) | Scott F. Partridge<br>Roger J. Fulghum<br>Baker Botts L.L.P.<br>910 Louisiana<br>Suite 3000 One Shell Plaza<br>Houston, Texas 77002<br>scott.partridge@bakerbotts.com<br>roger.fulghum@bakerbotts.com<br><br>Paula Diane Heyman<br>Baker Botts LLP<br>98 San Jacinto Blvd., Suite 1500<br>Austin, Texas 78701<br>paula.heyman@bakerbotts.com<br>(Attorneys for Defendant, Dell, Inc.) |
| | |

| | |
|---|---|
| Justin N. Stewart<br>Zarian Midgley & Johnson, PLLC<br>960 Broadway Ave., Suite 250<br>Boise, Idaho  83706<br>stewart@zarianmidgley.com<br><br>Debby E. Gunter<br>Trey Yarbrough<br>Yarbrough ♦ Wilcox, PLLC<br>100 E. Ferguson St., Suite 1015<br>Tyler, TX 75702<br>debby@yw-lawfirm.com<br>trey@yw-lawfirm.com<br>(Attorney for Defendants Newegg, Inc., Newegg.com, Inc. and Rosewill Inc.) | Kent M. Adams<br>John Lynd<br>Lewis Brisbois Bisgaard & Smith, L.L.P.<br>3355 West Alabama, Suite 400<br>Houston, Texas 77098<br>kadams@lbbslaw.com<br>jlynd@lbbslaw.com<br>(Attorney for Defendant, Conn's, Inc. d/b/a Conn's) |
| Ezra Sutton<br>Ezra Sutton, P.A.<br>Plaza 9, 900 Route 9<br>Woodbridge, New Jersey 07095<br>esutton@ezrasutton.com<br>(Attorney for Defendants, Fry's Electronics, Inc., Sakar International, Inc., Sakar, Inc., Kohl's Illinois, Inc. and Kohl's Corporation)<br><br>Steven R. Daniels<br>W. Bryan Farney (Lead)<br>Bryan D. Atkinson<br>Dechert LLP<br>300 West 6th Street, Suite 2010<br>Austin, Texas  78701<br>steven.daniels@dechert.com<br>bryan.farney@dechert.com<br>bryan.atkinson@dechert.com<br>(Attorney for Defendants, Fry's Electronics, Inc., Hewlett-Packard Company, Micro Electronics, Inc. d/b/a Micro Center and Office Depot, Inc.) | Michael C. Smith<br>Siebman Burg Phillips & Smith, LLP<br>113 East Austin Street<br>P.O. Box 1556<br>Marshall, Texas  75671-1556<br>michaelsmith@siebman.com<br><br>Peter I. Sanborn<br>Holland & Knight LLP<br>10 St. James Avenue, 11th Floor<br>Boston, Massachusetts  02116<br>peter.sanborn@hklaw.com<br><br>R David Donoghue<br>Holland & Knight LLP<br>131 S. Dearborn Street, 30th Floor<br>Chicago, Illinois  60603<br>david.donoghue@hklaw.com<br>(Attorneys for Defendants, Jasco Products Company LLC d/b/a Jasco Products Company d/b/a Jasco a/k/a Jasco Products Company, Target Corporation and Radioshack Corporation) |
| Brian Craft<br>Eric H. Findlay<br>Findlay Craft, LLP<br>6760 Old Jackson Highway, Suite 101<br>Tyler, TX 75703<br>efindlay@findlaycraft.com<br>bcraft@findlaycraft.com | Nena Wong<br>Law Offices of Nena Wong<br>6080 Center Dr. #600<br>Los Angeles, CA 90045<br>nenawong@earthlink.net<br>(Attorney for Defendant, Phoebe Micro Inc.) |

| | |
|---|---|
| (Attorney for Defendants, Fry's Electronics, Inc., Hewlett-Packard Company, Micro Electronics, Inc. d/b/a Micro Center and Office Depot, Inc.) | |
| Victor deGyarfas<br>Foley & Lardner<br>555 S. Flower Street, Suite 3500<br>Los Angeles, California  90071<br>vdegyarfax@foley.com<br>(Attorney for Defendant, Wal-Mart Stores, Inc.) | Michael D. Harris<br>M. Kala Sarvaiya<br>SoCal IP Law Group LLP<br>310 N. Westlake Blvd., Suite 120<br>Westlake Village, CA 91362<br>805-230-1350 and 805-230-1355 fax<br>mharris@socalip.com<br>ksarvaiya@socalip.com<br>(Attorney for Defendants, Baltic Latvian Universal Electronics, LLC d/b/a Blue Microphones, LLC d/b/a Blue Microphone; and Blue Microphones, LLC) |
| Russell T. Wong<br>Wong, Cabello, Lutsch, Rutherford & Brucculeri<br>20333 SH 249, Suite 600<br>Houston, Texas  77070<br>rwong@counselip.com<br>(Attorney for Defendants, Intcomex, Inc., Klip Extreme LLC and Software Brokers of America Inc. d/b/a Intcomex Corporation d/b/a Intcomex) | Collin M. Maloney<br>Ireland Carroll & Kelley<br>6101 S. Broadway, Suite 500<br>Tyler, Texas  75703<br>fedserv@icklaw.com<br><br>Thomas G. Carulli<br>Kaplan, Massamillo & Andrews, LLC<br>70 East 55th Street, 25th Floor<br>New York, NY 10022<br>tcarulli@kmalawfirm.com<br>(Attorneys for Defendant, Lifeworks Technology Group, LLC) |
| Philip A. Werner<br>Werner Ayers, L.L.P.<br>2000 West Loop South, Suite 1550<br>Houston, Texas 77027<br>(Attorney for Defendant, jWIN Electronics, Corp.) | Herbert J. Hammond<br>Vishal Patel<br>Thompson & Knight LLP<br>One Arts Plaza<br>1722 Routh Street, Suite 1500<br>Dallas, Texas 75201<br><br>Patricia L. Davidson<br>Mirick, O'connell, DeMallie & Lougee, LLP<br>100 Front Street<br>Worcester, MA 01608-1477<br>(Attorneys for Defendant, Gear Head, LLC) |
| | |

| | |
|---|---|
| Jen-Feng Lee<br>LT Pacific Law Group LLP<br>17800 Castleton Street #383<br>City of Industry, CA 91748<br>jflee@ltpacificlaw.com<br>(Attorney for Defendant, Auditek Corporation) | Steven R. Daniels<br>W. Bryan Farney (Lead)<br>Bryan D. Atkinson<br>Dechert LLP<br>300 West 6th Street, Suite 2010<br>Austin, Texas  78701<br>steven.daniels@dechert.com<br>bryan.farney@dechert.com<br>bryan.atkinson@dechert.com<br>(Attorney for Defendant, Creative Labs, Inc.) |

        */s/ John H. Barr, Jr.*
        John H. Barr, Jr.