Appendix K

Revised: 1/24/07

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
### EASTERN DIVISION
### APPLICATION TO APPEAR PRO HAC VICE

2010 SEP 30 PM 12: 01

1. This application is being made for the following: Case # 6:10-cv-329-LED

Style: Adjustacam v Amazon et al

2. Applicant is representing the following party/ies: Lifeworks Technology Group LLC

3. Applicant was admitted to practice in New York (state) on 1981 (date).

4. Applicant is in good standing and is otherwise eligible to practice law before this court.

5. Applicant is not currently suspended or disbarred in any other court.

6. Applicant has/**has not** had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.

7. Applicant has/**has not** ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.

8. Applicant has/**has not** been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.

9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses. NONE

10. There are no pending grievances or criminal matters pending against the applicant.

11. Applicant has been admitted to practice in the following courts: SDNY, EDNY, 1st, 2d, 3d, 7th Circuits; CAFC

12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).

14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, Thomas Carulli do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date Sept 29 2010      Signature _____

Name (please print) Thomas Carulli

State Bar Number 1718741

Firm Name:   Kaplan Massamillo & Andrews

Address/P.O. Box:  70 East 55th Street, 25th Floor

City/State/Zip: New York, NY 10022

Telephone #:  212-922-0450

Fax #:  212-922-0530

E-mail Address: tcarulli@kmalawfirm.com

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court this 1st day of     October    , 20 10



David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By     P. Bell

Deputy Clerk

```
Court Name: District Court
Division: 6
Receipt Number: TXE600000002
Cashier ID: gg
Transaction Date: 10/01/2010
Payer Name: IRELAND CARROLL AND KELLEY P
C
------------------------------------
PRO HOC VICE
 For: IRELAND CARROLL AND KELLEY PC
 Case/Party: D-TXE-6-11-AA-999999-001
 Amount:         $200.00
------------------------------------
CHECK
 Check/Money Order Num: 29529
 Amt Tendered: $200.00
------------------------------------
Total Due:      $200.00
Total Tendered: $200.00
Change Amt:     $0.00

PHV PAYMENTS FOR JENNIFER HUANG AND
THOMAS CARULLI.  CASE NUMBER
6:10-CV-329.


ORIGINAL MUST BE RETAINED FOR
RETURN OF CRIMINAL BOND
```