N THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC | |
| v. | NO. 6:10-cv-329-LED |
| AMAZON.COM, INC.; ET AL. | JURY |

**UNOPPOSED MOTION BY PLAINTIFF FOR EXTENSION OF TIME TO RESPOND**

Plaintiff AdjustaCam, LLC ("AdjustaCam") respectfully submits this unopposed motion for extension, as follows:

AdjustaCam respectfully requests an extension up to and including October 11, 2010 to respond to the counterclaims of CompUSA.com, Inc., New CompUSA Corp., TigerDirect, Inc. and Systemax Inc. (Dkt No. 179). This request for extension is not opposed by the counterclaimants.

WHEREFORE, premises considered, Plaintiff AdjustaCam LLC requests an Order extending its deadline for responding to such counterclaims up to and including October 11, 2010, and for such other relief to which the parties may be entitled.

October 5, 2010

Respectfully submitted,

ADJUSTACAM LLC

By: /s/ *John J. Edmonds*
John J. Edmonds – LEAD COUNSEL
Texas Bar No. 789758
Michael J. Collins
Texas Bar No. 4614510
Erick Robinson
Texas Bar No. 24039142
COLLINS, EDMONDS & POGORZELSKI, PLLC
1616 S. Voss Road, Suite 125
Houston, Texas 77057
Telephone: (281) 501-3425
Facsimile: (832) 415-2535
jedmonds@cepiplaw.com
mcollins@cepiplaw.com

erobinson@cepiplaw.com

Andrew W. Spangler
Texas Bar No. 24041960
Spangler Law P.C.
208 N. Green Street, Suite 300
Longview, Texas 75601
(903) 753-9300
(903) 553-0403 (fax)
spangler@spanglerlawpc.com

ATTORNEYS FOR PLAINTIFF
ADJUSTACAM LLC

## CERTIFICATE OF CONFERENCE

I hereby certify that Counsel for Plaintiff and Counsel for Counter-Claimants, CompUSA.com, Inc., New CompUSA Corp., TigerDirect, Inc. and Systemax Inc., have conferred in accordance with Local Rule CV-7, and that this Motion is unopposed.

October 5, 2010                         /s/ John J. Edmonds
                                        John J. Edmonds

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

October 5, 2010                         /s/ John J. Edmonds
                                        John J. Edmonds