N THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC | |
| v. | NO. 6:10-cv-329-LED |
| AMAZON.COM, INC.; ET AL. | JURY |

## ORDER

CAME BEFORE THE COURT the Plaintiff's Unopposed Motion to for Extension of Time to Respond to the Counterclaims of CompUSA.com, Inc., New CompUSA Corp., TigerDirect, Inc. and Systemax Inc. (Dkt No. 179). This Unopposed Motion for Extension is hereby granted. It is ORDERED that the deadline for Plaintiff to respond to such counterclaims is extended up to and including October 11, 2010.

It is so ORDERED.