IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC | |
| v. | NO. 6:10-cv-329-LED |
| AMAZON.COM, INC.; ET AL. | JURY |

## PLAINTIFF'S ANSWER TO CONN'S COUNTERCLAIMS

Plaintiff AdjustaCam LLC ("AdjustaCam") answers the counterclaims (Dkt No. 181) of Defendant Conn's, Inc. ("Conn's"), by corresponding paragraph number, as follows:

1. Admitted as to subject matter jurisdiction over counterclaims. Denied as to merits of counterclaims. Denied that Conn's is entitled to any declaratory relief.

2-3. Admitted.

4. Admitted as to subject matter jurisdiction over counterclaims. Denied as to merits of counterclaims.

5-7. Admitted.

8. Admitted that AdjustaCam has sued Conn's as set forth in AdjustaCam's complaint, as amended. Admitted that Conn's purports to deny such infringement.

9. Denied.

10. Admitted as to subject matter jurisdiction over counterclaims. Denied as to merits of counterclaims. Denied that Conn's allegations of non-infringement have any merit.

11. Denied.

12. Admitted as to subject matter jurisdiction over counterclaims. Denied as to merits of counterclaims. Denied that Conn's allegations of invalidity have any merit.

13. To the extent necessary, AdjustaCam denies that Conn's is entitled to the relief requested in its prayer for relief. In addition, to the extent necessary, AdjustaCam generally

denies any allegation in the counterclaims not specifically admitted above, and AdjustaCam re-alleges infringement, validity and damages, and denies any allegations in the counterclaim adverse to same.

## PRAYER FOR RELIEF

WHEREFORE, AdjustaCam respectfully requests that this Court enter judgment denying and dismissing Conn's counterclaims, and that the Court enter judgment in favor of AdjustaCam as requested in AdjustaCam's complaint, as amended or supplemented.

October 5, 2010                             Respectfully submitted,

                                                                     ADJUSTACAM LLC

                                                                     By: /s/ *John J. Edmonds*
                                                                     John J. Edmonds – LEAD COUNSEL
                                                                     Texas Bar No. 789758
                                                                     Michael J. Collins
                                                                     Texas Bar No. 4614510
                                                                     Erick Robinson
                                                                     Texas Bar No. 24039142
                                                                     COLLINS, EDMONDS & POGORZELSKI, PLLC
                                                                     1616 S. Voss Road, Suite 125
                                                                     Houston, Texas 77057
                                                                     Telephone: (281) 501-3425
                                                                     Facsimile: (832) 415-2535
                                                                     jedmonds@cepiplaw.com
                                                                     mcollins@cepiplaw.com
                                                                     erobinson@cepiplaw.com

                                                                     Andrew W. Spangler
                                                                     Texas Bar No. 24041960
                                                                     Spangler Law P.C.
                                                                     208 N. Green Street, Suite 300
                                                                     Longview, Texas 75601
                                                                     (903) 753-9300
                                                                     (903) 553-0403 (fax)
                                                                     spangler@spanglerlawpc.com

                                                                     ATTORNEYS FOR PLAINTIFF
                                                                     ADJUSTACAM LLC

## CERTIFICATE OF SERVICE

  I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

October 5, 2010          /s/ *John J. Edmonds*
                John J. Edmonds