IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ADJUSTACAM LLC, | § § | |
| PLAINTIFF, | § § | C.A. NO. 6:10-cv-00329-LED |
| v. | § § § | JURY TRIAL DEMANDED |
| AMAZON.COM, INC., *et. al.*, | § § | |
| DEFENDANTS. | § § | |

**DEFENDANT OVERSTOCK.COM, INC.'S NOTICE OF JOINDER IN DEFENDANT DELL INC.'S CORRECTED MOTION TO DISMISS PLAINTIFF'S ALLEGATIONS OF INDIRECT INFRINGEMENT AND WILLFUL INFRINGEMENT FOR FAILURE TO STATE A CLAIM**

Defendant Overstock.com, Inc. ("Overstock.com") hereby joins Defendant Dell Inc.'s Corrected Motion to Dismiss Plaintiff's Allegations of Indirect Infringement and Willful Infringement for Failure to State a Claim (Docket No. 164) and the associated Notice of Additional Authority Regarding Defendant Dell's Corrected Motion to Dismiss (Docket No. 180), pursuant to Fed. R. Civ. P. 12(b)(6), and the arguments and authorities found therein.[1]

AdjustaCam LLC's ("AdjustaCam") allegations of indirect infringement against Overstock.com are substantively the same as those it has asserted against Dell, Inc. ("Dell"), and are deficient for the same reasons set forth in Dell's Motion to Dismiss. *Compare* First Amended Complaint for Patent Infringement (Docket No. 111), ¶ 156 (Overstock.com) *with* ¶ 92 (Dell); *see also id*. at ¶ 224 (Overstock.com & Dell). Because AdjustaCam has not adequately pled the required facts to support an allegation that Overstock.com indirectly or willfully

---

[1] Overstock.com is concurrently filing its First Amended Answer to AdjustaCam LLC's First Amended Complaint for Patent Infringement.

infringed the patent-in-suit, its indirect infringement and willful infringement claims against Overstock.com should be dismissed.

Dated:  October 5, 2010

                                        Respectfully submitted,

                                        By: */s/  John H. Barr, Jr.*
                                              John H. Barr, Jr.
                                              Attorney-in-Charge
                                              State Bar No. 00783605
                                      BRACEWELL & GIULIANI LLP
                                      711 Louisiana, Suite 2300
                                      Houston, Texas 77002
                                      (713) 223-2300 - Telephone
                                      (713) 221-1212 – Facsimile

                                      ATTORNEY FOR DEFENDANT
                                      OVERSTOCK.COM, INC.

Of counsel:

Christopher A. Shield
State Bar No. 24046833
John A. Yates
State Bar No. 24056569
Bracewell & Giuliani LLP
711 Louisiana, Suite 2300
Houston, Texas 77002
(713) 223-2300 - Telephone
(713) 221-1212 – Facsimile

**CERTIFICATE OF SERVICE**

  I hereby certify that a true and correct copy of the foregoing document has been forwarded to all counsel of record pursuant to the Federal Rules of Civil Procedure on the 5th day of October, 2010.

| | |
|---|---|
| John J. Edmonds<br>Michael J. Collins<br>Henry M. Pogorzelski<br>Erick Scott Robinson<br>Collins, Edmonds & Pogorzelski, PLLC<br>1616 S. Voss Road, Suite 125<br>Houston, Texas 77057<br>jedmonds@cepiplaw.com<br>mcollins@cepiplaw.com<br>hpogorzeksli@cepiplaw.com<br>erobison@cepiplaw.com<br>(Attorneys for Plaintiff, Adjustacam, LLC) | Andrew W. Spangler<br>Spangler Law P.C.<br>208 N. Green Street, Suite 300<br>Longview, Texas 75601<br>spangler@spanglerlawpc.com<br>(Attorney for Plaintiff, AdjustaCam, LLC) |
| James E. Geringer<br>Salumeh R. Loesch<br>Klarquist Sparkman LLP<br>121 SW Salmon Street, Suite 1600<br>Portland, Oregon 97204<br>James.Geringer@klarquist.com<br>Salumeh.loesch@klarquist.com<br>(Attorney for Defendant, Amazon.com. Inc.) | David W. Denenberg<br>Davidoff Malito & Hutcher LLP<br>200 Garden City Plaza, Suite 315<br>Garden City, New York 11530<br>dwd@dmlegal.com<br>(Attorney for Defendants, Compusa.com, Inc., New Compusa Corporation, Systemax, Inc. d/b/a Compusa and Tigerdirect, Inc.) |
| Anthony S. Gabrielson<br>Benjamin T. Horton<br>Thomas L. Duston<br>Marshall, Gerstein & Borun LLP<br>233 S. Wacker Dr.<br>6300 Willis Tower<br>Chicago, Illinois 60606-6357<br>agabrielson@marshallip.com<br>bhorton@marshallip.com<br>tduston@marshallip.com<br>(Attorneys for Defendants, CDW Corporation f/k/a CDW Computer Centers, Inc., CDW, Inc. and CDW, LLC) | Scott F. Partridge<br>Roger J. Fulghum<br>Baker Botts L.L.P.<br>910 Louisiana<br>Suite 3000 One Shell Plaza<br>Houston, Texas 77002<br>scott.partridge@bakerbotts.com<br>roger.fulghum@bakerbotts.com<br><br>Paula Diane Heyman<br>Baker Botts LLP<br>98 San Jacinto Blvd., Suite 1500<br>Austin, Texas 78701<br>paula.heyman@bakerbotts.com<br>(Attorneys for Defendant, Dell, Inc.) |
| Justin N. Stewart<br>Zarian Midgley & Johnson, PLLC<br>960 Broadway Ave., Suite 250 | Kent M. Adams<br>John Lynd<br>Lewis Brisbois Bisgaard & Smith, L.L.P. |

| | |
|---|---|
| Boise, Idaho  83706<br>stewart@zarianmidgley.com<br><br>Debby E. Gunter<br>Trey Yarbrough<br>Yarbrough ♦ Wilcox, PLLC<br>100 E. Ferguson St., Suite 1015<br>Tyler, TX 75702<br>debby@yw-lawfirm.com<br>trey@yw-lawfirm.com<br>(Attorney for Defendants Newegg, Inc., Newegg.com, Inc. and Rosewill Inc.) | 3355 West Alabama, Suite 400<br>Houston, Texas 77098<br>kadams@lbbslaw.com<br>jlynd@lbbslaw.com<br>(Attorney for Defendant, Conn's, Inc. d/b/a Conn's) |
| Ezra Sutton<br>Ezra Sutton, P.A.<br>Plaza 9, 900 Route 9<br>Woodbridge, New Jersey 07095<br>esutton@ezrasutton.com<br>(Attorney for Defendants, Fry's Electronics, Inc., Sakar International, Inc., Sakar, Inc., Kohl's Illinois, Inc. and Kohl's Corporation)<br><br>Steven R. Daniels<br>W. Bryan Farney (Lead)<br>Bryan D. Atkinson<br>Dechert LLP<br>300 West 6th Street, Suite 2010<br>Austin, Texas  78701<br>steven.daniels@dechert.com<br>bryan.farney@dechert.com<br>bryan.atkinson@dechert.com<br>(Attorney for Defendants, Fry's Electronics, Inc., Hewlett-Packard Company, Micro Electronics, Inc. d/b/a Micro Center and Office Depot, Inc.) | Michael C. Smith<br>Siebman Burg Phillips & Smith, LLP<br>113 East Austin Street<br>P.O. Box 1556<br>Marshall, Texas  75671-1556<br>michaelsmith@siebman.com<br><br>Peter I. Sanborn<br>Holland & Knight LLP<br>10 St. James Avenue, 11th Floor<br>Boston, Massachusetts  02116<br>peter.sanborn@hklaw.com<br><br>R David Donoghue<br>Holland & Knight LLP<br>131 S. Dearborn Street, 30th Floor<br>Chicago, Illinois  60603<br>david.donoghue@hklaw.com<br>(Attorneys for Defendants, Jasco Products Company LLC d/b/a Jasco Products Company d/b/a Jasco a/k/a Jasco Products Company, Target Corporation and Radioshack Corporation) |
| Brian Craft<br>Eric H. Findlay<br>Findlay Craft, LLP<br>6760 Old Jackson Highway, Suite 101<br>Tyler, TX 75703<br>efindlay@findlaycraft.com<br>bcraft@findlaycraft.com<br>(Attorney for Defendants, Fry's Electronics, Inc., Hewlett-Packard Company, Micro Electronics, Inc. d/b/a Micro Center and | Nena Wong<br>Law Offices of Nena Wong<br>6080 Center Dr. #600<br>Los Angeles, CA 90045<br>nenawong@earthlink.net<br>(Attorney for Defendant, Phoebe Micro Inc.) |

| | |
|---|---|
| Office Depot, Inc.) | |
| Victor deGyarfas<br>Foley & Lardner<br>555 S. Flower Street, Suite 3500<br>Los Angeles, California  90071<br>vdegyarfax@foley.com<br>(Attorney for Defendant, Wal-Mart Stores, Inc.) | Michael D. Harris<br>M. Kala Sarvaiya<br>SoCal IP Law Group LLP<br>310 N. Westlake Blvd., Suite 120<br>Westlake Village, CA 91362<br>805-230-1350 and 805-230-1355 fax<br>mharris@socalip.com<br>ksarvaiya@socalip.com<br>(Attorney for Defendants, Baltic Latvian Universal Electronics, LLC d/b/a Blue Microphones, LLC d/b/a Blue Microphone; and Blue Microphones, LLC) |
| Russell T. Wong<br>Wong, Cabello, Lutsch, Rutherford & Brucculeri<br>20333 SH 249, Suite 600<br>Houston, Texas  77070<br>rwong@counselip.com<br>(Attorney for Defendants, Intcomex, Inc., Klip Extreme LLC and Software Brokers of America Inc. d/b/a Intcomex Corporation d/b/a Intcomex) | Collin M. Maloney<br>Ireland Carroll & Kelley<br>6101 S. Broadway, Suite 500<br>Tyler, Texas  75703<br>fedserv@icklaw.com<br><br>Thomas G. Carulli<br>Kaplan, Massamillo & Andrews, LLC<br>70 East 55th Street, 25th Floor<br>New York, NY 10022<br>tcarulli@kmalawfirm.com<br>(Attorneys for Defendant, Lifeworks Technology Group, LLC) |
| Philip A. Werner<br>Werner Ayers, L.L.P.<br>2000 West Loop South, Suite 1550<br>Houston, Texas 77027<br>(Attorney for Defendant, jWIN Electronics, Corp.) | Herbert J. Hammond<br>Vishal Patel<br>Thompson & Knight LLP<br>One Arts Plaza<br>1722 Routh Street, Suite 1500<br>Dallas, Texas 75201<br><br>Patricia L. Davidson<br>Mirick, O'connell, DeMallie & Lougee, LLP<br>100 Front Street<br>Worcester, MA 01608-1477<br>(Attorneys for Defendant, Gear Head, LLC) |
| Jen-Feng Lee<br>LT Pacific Law Group LLP<br>17800 Castleton Street #383<br>City of Industry, CA 91748<br>jflee@ltpacificlaw.com | Steven R. Daniels<br>W. Bryan Farney (Lead)<br>Bryan D. Atkinson<br>Dechert LLP |

-6-

| | |
|---|---|
| (Attorney for Defendant, Auditek Corporation) | 300 West 6th Street, Suite 2010<br>Austin, Texas  78701<br>steven.daniels@dechert.com<br>bryan.farney@dechert.com<br>bryan.atkinson@dechert.com<br>(Attorney for Defendant, Creative Labs, Inc.) |

                           */s/ John H. Barr, Jr.*
                           John H. Barr, Jr.