UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| Adjustacam LLC,<br><br>      Plaintiff,<br><br>vs.<br><br>Amazon.com, Inc. et al.,<br><br>      Defendants. | Civil Action No. 6:10-cv-329<br><br>**JURY TRIAL DEMANDED** |

**DEFENDANT CDW LLC'S RULE 7.1
SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, CDW LLC provides the following Corporate Disclosure Statement:

1. CDW LLC is a wholly-owned subsidiary of CDW Corporation of Delaware, a privately held corporation.

2. No publicly held corporation owns 10% or more of the stock of CDW LLC.

Dated:  October 4, 2010                             Respectfully submitted,

  /s/  Benjamin T. Horton                             
Thomas L. Duston
tduston@marshallip.com
Anthony S. Gabrielson
agabrielson@marshallip.com
Benjamin T. Horton
bhorton@marshallip.com
Marshall, Gerstein & Borun LLP
6300 Willis Tower
233 South Wacker Drive
Chicago, IL 60606-6357
(312) 474-6300

*Attorneys for Defendant CDW LLC*

2

## CERTIFICATE OF SERVICE

I, Benjamin T. Horton, an attorney, hereby certify that on October 4, 2010, I caused a copy of the foregoing DEFENDANT CDW LLC'S SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT, to be electronically filed using the CM/ECF system, which sent notification of such filing to all counsel of record.

                                             /s/  Benjamin T. Horton
                                                Benjamin T. Horton