# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Case No. 6:10-cv-00329-LED |
| § | |
| AMAZON.COM, INC., et al. § | |
| § | |
| Defendants. § | |

### [PROPOSED] ORDER GRANTING MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION, IMPROPER VENUE AND FAILURE TO STATE A CLAIM OR IN THE ALTERNATIVE TO TRANSFER TO THE SOUTHERN DISTRICT OF FLORIDA

The Court has considered Defendants' Intcomex, Inc. ("Intcomex"), Klip Xtreme LLC ("Klip Xtreme") and Software Brokers of America, Inc. ("Software Brokers") Motion to Dismiss for Lack of Personal Jurisdiction, Improper Venue and Failure to State a Claim or In the Alternative to Transfer to the Southern District of Florida and is of the opinion that it should be GRANTED.

It is therefore, ORDERED that all claims against Defendants Intcomex, Klip Xtreme and Software Brokers are DISMISSED for lack of personal jurisdiction in this State and in this district pursuant to Fed. R. Civ. P. 12(b)(2).

It is further ORDERED that all claims against Defendants Intcomex, Klip Xtreme and Software Brokers are DISMISSED for improper venue pursuant to Fed. R. Civ. P. 12(b)(3).

It is further ORDERED that Plaintiff's claims for indirect infringement and willful infringement are DISMISSED for failure to state a claim pursuant to Fed. R. Civ. P. 12(b)(6).