# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| ADJUSTACAM LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 6:10-cv-00329-LED |
| AMAZON.COM, INC., et al. | § § § | |
| Defendants. | § | |

## CORPORATE DISCLOSURE STATEMENT FOR
## DEFENDANTS INTCOMEX, KLIP XTREME AND SOFTWARE BROKERS

Defendants Intcomex, Inc. ("Intcomex"), Klip Xtreme LLC ("Klip Xtreme") and Software Brokers of America, Inc. ("Software Brokers") (collectively, "Defendants"), pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, file this Corporate Disclosure Statement.

Defendant Klip Xtreme is wholly owned by Software Brokers.

Defendant Software Brokers is wholly owned by Intcomex Holdings LLC, which is wholly owned by Defendant Intcomex.

Co-Investment LLC VII owns 51.4% of Defendant Intcomex. Co-Investment LLC VII is controlled by Citigroup Inc., a publicly-traded company.

| | |
|---|---|
| Date: October 6, 2010 | /s/ Russell T. Wong |
| | Russell T. Wong – Lead Attorney |
| | Texas Bar No. 21884235 |
| | Wong, Cabello, Lutsch, Rutherford & Brucculeri, LLP |
| | 20333 State Hwy. 249, Suite 600 |
| | Houston, Texas 77070 |
| | Telephone: 832-446-2400 |
| | Fax: 832-446-2424 |
| | Email: rwong@counselip.com |
| | |
| | **Counsel for Defendants** |

17517905.2

**Intcomex, Inc.**
**Klip Xtreme LLC**
**Software Brokers of America Inc.**

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served via e-mail on all counsel who are deemed to have consented to electronic service on October 6, 2010.  Local Rule CV-5(a)(3)(A).

      /s/ Sarah R. Cabello