## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF TEXAS – TYLER DIVISION

AdjustaCam LLC,

        *Plaintiffs,*

    vs.

Amazon.com, Inc., et al.,

        *Defendants.*

Civil Action No: 6:10-cv-00329 LED

Jury

## ORDER GRANTING DEFENDANTS' BALTIC LATVIAN UNIVERSAL ELECTRONICS, LLC D/B/A BLUE MICROPHONES, LLC D/B/A BLUE MICROPHONE AND BLUE MICROPHONES, LLC'S MOTION TO DISMISS PLAINTIFF'S ALLEGATIONS OF INDIRECT INFRINGEMENT AND WILLFUL INFRINGEMENT FOR FAILURE TO STATE A CLAIM

The Court, having considered Defendants' (1) Baltic Latvian Universal Electronics, LLC d/b/a Blue Microphones, LLC d/b/a Blue Microphone and (2) Blue Microphones, LLC (collectively "Blue Microphone") Motion to Dismiss Plaintiff's Allegations of Indirect Infringement and Willful Infringement, and any response by Plaintiff, is of the opinion that this Motion should be GRANTED.

Accordingly, it is hereby ORDERED that any claims of indirect infringement and any willfulness claims by Plaintiff AdjustaCam LLC against Blue Microphone are DISMISSED with prejudice.

{A07\8581\0001\W0445246.1 }