IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS – TYLER DIVISION

| | |
|---|---|
| AdjustaCam LLC,<br><br>          Plaintiffs,<br><br>     vs.<br><br>Amazon.com, Inc., et al.,<br><br>          Defendants. | Civil Action No: 6:10-cv-00329 LED<br><br>Jury |

**DEFENDANTS BALTIC LATVIAN UNIVERSAL ELECTRONICS, LLC D/B/A BLUE MICROPHONES, LLC D/B/A BLUE MICROPHONE AND BLUE MICROPHONES, LLC'S FED. R. CIV. P. 7.1 CORPORATE DISCLOSURE STATEMENT**

Defendants (1) Baltic Latvian Universal Electronics, LLC d/b/a Blue Microphones, LLC d/b/a Blue Microphone and (2) Blue Microphones, LLC discloses the following corporate relationships:

Defendant Blue Microphones, LLC is the sole member of defendant Baltic Latvian Universal Electronics, LLC d/b/a Blue Microphones, LLC d/b/a Blue Microphone. No other entity is a member of either defendant.

October 6, 2010

Of counsel
Michael D. Harris, Cal. Bar No. 59,470
MHarris@socalip.com
Steven C. Sereboff, Cal. Bar No. 156,731
SSereboff@socalip.com
Kala Sarvaiya, Cal. Bar No. 238,453
KSarvaiya@socalip.com
SOCAL IP LAW GROUP LLP
310 N. Westlake Blvd., Suite 120
Westlake Village, CA 91362-3788
Phone: (805) 230-1350 • Fax: (805) 230-1355

*/s/ Michael D. Harris, with permission by Allen F. Gardner*
Michael E. Jones, State Bar No. 10929400
mikejones@potterminton.com
Allen F. Gardner, State Bar No. 24043679
allengardner@potterminton.com
POTTER MINTON, A Professional Corporation
110 North College, Suite 500
Tyler, TX 75702
Phone: (903) 597-8311 • Fax: (903) 593-0846

Attorneys for Defendants Baltic Latvian Universal Electronics, LLC and Blue Microphones, LLC

## CERTIFICATE OF SERVICE

  I hereby certify that on October 6, 2010, I electronically filed the foregoing document "Defendants Baltic Latvian Universal Electronics, LLC d/b/a Blue Microphones, LLC d/b/a Blue Microphone and Blue Microphones, LLC's Fed. R. Civ. P. 7.1 Corporate Disclosure Statement" using the Case Management/Electronic Case Filing (CM/ECF) system per Local Rule CV-5(a)(3), which will send a Notice of Electronic Filing of the document to the CM/ECF participants.

October 6, 2010            */s/ Allen F. Gardner*