UAET (02-2008)



## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.: 6:10-cv-00329

Name of party requesting extension: BestBuy.com, LLC

Is this the first application for extension of time in this case?  ☑ Yes
 ☐ No

If no, please indicate which application this represents:  ☐ Second
 ☐ Third
 ☐ Other _____

Date of Service of Summons: 08-24-2010

Number of days requested:  ☐ 30 days
 ☐ 15 days
 ☑ Other 26 days

New Deadline Date: 10-13-2010 *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name: Steven R. Daniels

State Bar No.: 24025318 TX

Firm Name: Dechert LLP

Address: 300 W. 6th Street
 Suite 2010
 Austin, Texas 78701

Phone: 512-394-3000

Fax: 512-394-3001

Email: steven.daniels@dechert.com

A certificate of conference does not need to be filed with this unopposed application.