IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ADJUSTACAM LLC | § | |
| | § | |
|     PLAINTIFFS, | § | |
| | § | |
| v. | § | Civil Action No. 6:10-cv-329-LED |
| | § | |
| AMAZON.COM, INC., ET AL., | § | |
| | § | |
|     DEFENDANTS. | § | |

**DEFENDANT jWIN ELECTRONICS CORP.'S
CORPORATE DISCLOSURE STATEMENT**

Defendant jWIN Electronics Corp., pursuant to Federal Rule of Civil Procedure 7.1, files this corporate disclosure statement.

Defendant jWIN Electronics Corp. is a privately-held corporation, and no publicly-held corporation owns more than 10% of its stock.

October 7, 2010

                                            Respectfully submitted,

                                            WERNER AYERS, L.L.P.

                                            By: _____*Philip Werner /s/*_____
                                                       Philip A. Werner
                                                       Texas Bar No. 21190200
                                                      2000 West Loop South, Suite 1550
                                                       Houston, Texas  77027
                                                       (713)  626-2233
                                                       (713)  626-9708  (Fax)

                                            **ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

      I certify that all counsel or record who are deemed to have consented to electronic service are being served a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Other Defendants will be served in accordance with the Federal Rules of Civil Procedure.

October 7, 2010

                                                                               *Philip Werner /s/*
                                                                               Philip Werner