UAET (02-2008)



## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

### CASE AND DEADLINE INFORMATION

Civil Action No.: 6:10-cv-00329

Name of party requesting extension: Best Buy Co Inc d/b/a Best Buy d/b/a Rocket

Is this the first application for extension of time in this case?
- [ ] Yes
- [✓] No

If no, please indicate which application this represents:
- [✓] Second
- [ ] Third
- [ ] Other _____

Date of Service of Summons: 08-24-2010

Number of days requested:
- [ ] 30 days
- [ ] 15 days
- [✓] Other 10 days

New Deadline Date: 10-25-2010  *(Required)*

### ATTORNEY FILING APPLICATION INFORMATION

Full Name: Steven R. Daniels
State Bar No.: 24025318 TX
Firm Name: Dechert LLP
Address: 300 W. 6th Street
Suite 2010
Austin, Texas 78701
Phone: 512-394-3000
Fax: 512-394-3001
Email: steven.daniels@dechert.com

A certificate of conference does not need to be filed with this unopposed application.