UAET (02-2008)



# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.: 6:10-cv-00329
Name of party requesting extension: BestBuy.com, LLC
Is this the first application for extension of time in this case?   ☐ Yes
 ✓ No

If no, please indicate which application this represents:   ✓ Second
 ☐ Third
 ☐ Other _____

Date of Service of Summons: 09-13-2010
Number of days requested:   ☐ 30 days
 ☐ 15 days
 ✓ Other  16   days
New Deadline Date: 10-25-2010  *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name: Steven R. Daniels
State Bar No.: 24025318 TX
Firm Name: Dechert LLP
Address: 300 W. 6th Street
 Suite 2010
 Austin, Texas 78701
Phone: 512-394-3000
Fax: 512-394-3001
Email: steven.daniels@dechert.com

A certificate of conference does not need to be filed with this unopposed application.