IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC,<br><br>      Plaintiff,<br><br>      v.<br><br>AMAZON.COM, INC.;<br>AUDITEK CORPORATION;<br>BALTIC LATVIAN UNIVERSAL<br>ELECTRONICS, LLC D/B/A BLUE<br>MICROPHONES, LLC D/B/A BLUE<br>MICROPHONE;<br>BLUE MICROPHONES, LLC;<br>CDW CORPORATION F/K/A CDW<br>COMPUTER CENTERS, INC.;<br>CDW, INC.;<br>COBRA DIGITAL, LLC;<br>COMPUSA.COM, INC.;<br>CREATIVE TECHNOLOGY LTD.;<br>CREATIVE LABS, INC.;<br>DELL, INC.;<br>DIGITAL INNOVATIONS, LLC;<br>EASTMAN KODAK COMPANY;<br>EZONICS CORPORATION D/B/A EZONICS<br>COPORATION USA D/B/A EZONICS;<br>FRY'S ELECTRONICS, INC.;<br>GEAR HEAD, LLC;<br>HEWLETT-PACKARD COMPANY;<br>INTCOMEX, INC.;<br>JASCO PRODUCTS COMPANY LLC D/B/A<br>JASCO PRODUCTS COMPANY D/B/A<br>JASCO;<br>JWIN ELECTRONICS CORPORATION;<br>KLIP XTREME LLC;<br>KMART CORPORATION;<br>LIFEWORKS TECHNOLOGY GROUP, LLC;<br>MACALLY PERIPHERALS, INC. D/B/A<br>MACALLY U.S.A;<br>MACE GROUP, INC.;<br>MICRO ELECTRONICS, INC. DBA MICRO,<br>CENTER; | Case No: 6:10-CV-329-LED |

80069622.8

| | |
|---|---|
| NEW COMPUSA CORPORATION;<br>NEWEGG, INC.;<br>NEWEGG.COM, INC.;<br>OFFICE DEPOT, INC.;<br>OVERSTOCK.COM, INC.;<br>PHOEBE MICRO INC.;<br>PROLYNKZ, LLC;<br>RADIOSHACK CORPORATION;<br>ROSEWILL INC.;<br>SEARS BRANDS, LLC;<br>SEARS HOLDINGS CORPORATION D/B/A SEARS<br>SEARS, ROEBUCK AND COMPANY;<br>SAKAR INTERNATIONAL, INC.;<br>SAKAR, INC.;<br>SDI TECHNOLOGIES, INC.;<br>SOFTWARE BROKERS OF AMERICA INC. DBA INTCOMEX CORPORATION D/B/A INTCOMEX;<br>SYSTEMAX, INC. D/B/A COMPUSA;<br>TARGET CORP.;<br>TIGERDIRECT, INC.;<br>TRIPPE MANUFACTURING COMPANY D/B/A TRIPP LITE;<br>WAL-MART STORES, INC.,<br>BEST BUY CO., INC. D/B/A BEST BUY D/B/A ROCKETFISH;<br>BEST BUY STORES, LP;<br>BESTBUY.COM, LLC;<br>CONN'S, INC. D/B/A CONN'S;<br>J&R ELECTRONICS, INC. D/B/A J&R;<br>KOHL'S CORPORATION D/B/A KOHL'S;<br>KOHL'S ILLINOIS, INC.;<br>SOLID YEAR CO., LTD AND<br>WALGREEN CO. D/B/A WALGREENS<br><br>                    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANTS COMPUSA.COM, INC.'S, NEW COMPUSA CORP.'S, SYSTEMAX INC.'S AND TIGERDIRECT, INC.'S NOTICE OF JOINDER IN DEFENDANT DELL INC.'S CORRECTED MOTION TO DISMISS PLAINTIFF'S ALLEGATIONS OF INDIRECT INFRINGEMENT AND WILLFULL INFRINGEMENT FOR FAILURE TO STATE A CLAIM**

Defendants CompUSA.com, Inc., New CompUSA Corp., Systemax Inc. and TigerDirect, Inc. (collectively, the "Systemax defendants") join defendant Dell Inc.'s corrected motion to dismiss plaintiff's allegations of indirect infringement and willful infringement for failure to state a claim (docket no. 164) and the associated notice of additional authority regarding defendant Dell Inc.'s corrected motion to dismiss (docket no. 180) and the arguments and authorities found therein.

Plaintiff AdjustaCam LCC ("Adjustacam") asserts allegations of indirect infringement against the Systemax defendants that are substantively the same as those it asserts against defendant Dell, Inc. ("Dell"). These allegations are deficient for the same reasons set forth in Dell's motion to dismiss. *Compare*, First Amended Complaint for Patent Infringement (docket no. 111) ¶¶ 84 and 88 (allegations against Systemax defendants) with ¶ 92 (allegations against Dell); *see also, id.* at ¶ 224 (allegations against all defendants). Because AdjustaCam did not adequately plead the required facts to support an allegation that the Systemax defendants *indirectly* or *willfully* infringed the patent-in-suit, its indirect infringement and willful infringement claims against the Systemax defendants should be dismissed.

Although the Systemax defendants filed an answer to plaintiff's first amended complaint on September 10, 2010 (Docket No. 179), there is authority to support a post-answer motion to dismiss as properly before the Court where the movant raised the defense of failure to state a claim in his or her answer. *Dellhomme v. Caremark RX, Inc.*, 232 F.R.D. 573, 575-576 (N.D. Tex. 2005); *Gerakaris v. Champagne,* 913 F. Supp. 646, 650-651 (D. Mass. 1996). The Systemax defendants raised the defense of failure to state a claim in their answer. (Docket no. 179, ¶ 230).

Alternatively, this Court may convert this joinder, even *sua sponte*, into a motion on the pleadings or a motion for summary judgment pursuant to Fed. R. Civ. P. 12(c) and (d). *Langley v. Napolitano,* 677 F.Supp.2d 261, 263 (D.D.C. 2010); *In re Enron Corp. Securities Derivative & "ERISA" Litigation,* 439 F.Supp.2d 692, 695-696 (S.D. Tex. 2006).

Based on the foregoing, the Systemax defendants respectfully request that all allegations of indirect and willful infringement against the Systemax defendants be dismissed with prejudice.

        Respectfully submitted,

        **DAVIDOFF MALITO & HUTCHER LLP**
        *Attorneys for Defendants Systemax, Inc.,*
        *CompUSA.com, Inc., New CompUSA Corporation,*
        *and TigerDirect, Inc.*

Dated: October 14, 2010        By: /s/David W. Denenberg
        David W. Denenberg
        DD9951 (admitted in E.D. Texas *pro hac vice*)
        200 Garden City Plaza
        Garden City, New York 11530
        (516) 247-4440 (Telephone)
        (516) 248-6422 (Facsimile)
        dwd@dmlegal.com

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, the within was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

| | |
|---|---|
| John J. Edmonds<br>Michael J. Collins<br>Henry M. Pogorzelski<br>Erick Scott Robinson<br>Collins, Edmonds & Pogorzelski, PLLC<br>1616 S. Voss Road, Suite 125<br>Houston, Texas 77057<br>jedmonds@cepiplaw.com<br>mcollins@cepiplaw.com<br>hpogorzeksli@cepiplaw.com<br>erobison@cepiplaw.com<br>(Attorneys for Plaintiff, Adjustacam, LLC) | Andrew W. Spangler<br>Spangler Law P.C.<br>208 N. Green Street, Suite 300<br>Longview, Texas 75601<br>spangler@spanglerlawpc.com<br>(Attorney for Plaintiff, AdjustaCam, LLC) |
| James E. Geringer<br>Salumeh R. Loesch<br>Klarquist Sparkman LLP<br>121 SW Salmon Street, Suite 1600<br>Portland, Oregon 97204<br>James.Geringer@klarquist.com<br>Salumeh.loesch@klarquist.com<br>(Attorney for Defendant, Amazon.com. Inc.) | John H. Barr, Jr.<br>Bracewell & Giuliani LLP<br>711 Louisiana, Suite 2300<br>Houston, Texas 77002<br>(Attorney for Defendant, Sears Brands, LLC) |
| Anthony S. Gabrielson<br>Benjamin T. Horton<br>Thomas L. Duston<br>Marshall, Gerstein & Borun LLP<br>233 S. Wacker Dr.<br>6300 Willis Tower<br>Chicago, Illinois 60606-6357<br>agabrielson@marshallip.com<br>bhorton@marshallip.com<br>tduston@marshallip.com<br>(Attorneys for Defendants, CDW Corporation f/k/a CDW Computer Centers, Inc., CDW, Inc. and CDW, LLC) | Scott F. Partridge<br>Roger J. Fulghum<br>Baker Botts L.L.P.<br>910 Louisiana<br>Suite 3000 One Shell Plaza<br>Houston, Texas 77002<br>scott.partridge@bakerbotts.com<br>roger.fulghum@bakerbotts.com<br><br>Paula Diane Heyman<br>Baker Botts LLP<br>98 San Jacinto Blvd., Suite 1500<br>Austin, Texas 78701<br>paula.heyman@bakerbotts.com<br>(Attorneys for Defendant, Dell, Inc.) |
| Justin N. Stewart<br>Zarian Midgley & Johnson, PLLC<br>960 Broadway Ave., Suite 250<br>Boise, Idaho 83706 | Kent M. Adams<br>John Lynd<br>Lewis Brisbois Bisgaard & Smith, L.L.P.<br>3355 West Alabama, Suite 400 |

| | |
|---|---|
| stewart@zarianmidgley.com<br><br>Debby E. Gunter<br>Trey Yarbrough<br>Yarbrough ♦ Wilcox, PLLC<br>100 E. Ferguson St., Suite 1015<br>Tyler, TX 75702<br>debby@yw-lawfirm.com<br>trey@yw-lawfirm.com<br>(Attorney for Defendants Newegg, Inc., Newegg.com, Inc. and Rosewill Inc.) | Houston, Texas 77098<br>kadams@lbbslaw.com<br>jlynd@lbbslaw.com<br>(Attorney for Defendant, Conn's, Inc. d/b/a Conn's) |
| Ezra Sutton<br>Ezra Sutton, P.A.<br>Plaza 9, 900 Route 9<br>Woodbridge, New Jersey 07095<br>esutton@ezrasutton.com<br>(Attorney for Defendants, Fry's Electronics, Inc., Sakar International, Inc., Sakar, Inc., Kohl's Illinois, Inc. and Kohl's Corporation)<br><br>Steven R. Daniels<br>W. Bryan Farney (Lead)<br>Bryan D. Atkinson<br>Dechert LLP<br>300 West 6th Street, Suite 2010<br>Austin, Texas 78701<br>steven.daniels@dechert.com<br>bryan.farney@dechert.com<br>bryan.atkinson@dechert.com<br>(Attorney for Defendants, Fry's Electronics, Inc., Hewlett-Packard Company, Micro Electronics, Inc. d/b/a Micro Center and Office Depot, Inc.) | Michael C. Smith<br>Siebman Burg Phillips & Smith, LLP<br>113 East Austin Street<br>P.O. Box 1556<br>Marshall, Texas 75671-1556<br>michaelsmith@siebman.com<br><br>Peter I. Sanborn<br>Holland & Knight LLP<br>10 St. James Avenue, 11th Floor<br>Boston, Massachusetts 02116<br>peter.sanborn@hklaw.com<br><br>R David Donoghue<br>Holland & Knight LLP<br>131 S. Dearborn Street, 30th Floor<br>Chicago, Illinois 60603<br>david.donoghue@hklaw.com<br>(Attorneys for Defendants, Jasco Products Company LLC d/b/a Jasco Products Company d/b/a Jasco a/k/a Jasco Products Company, Target Corporation and Radioshack Corporation) |
| Brian Craft<br>Eric H. Findlay<br>Findlay Craft, LLP<br>6760 Old Jackson Highway, Suite 101<br>Tyler, TX 75703<br>efindlay@findlaycraft.com<br>bcraft@findlaycraft.com<br>(Attorney for Defendants, Fry's Electronics, Inc., Hewlett-Packard Company, Micro Electronics, Inc. d/b/a Micro Center and Office Depot, Inc.) | Nena Wong<br>Law Offices of Nena Wong<br>6080 Center Dr. #600<br>Los Angeles, CA 90045<br>nenawong@earthlink.net<br>(Attorney for Defendant, Phoebe Micro Inc.) |

| | |
|---|---|
| Victor deGyarfas<br>Foley & Lardner<br>555 S. Flower Street, Suite 3500<br>Los Angeles, California 90071<br>vdegyarfax@foley.com<br>(Attorney for Defendant, Wal-Mart Stores, Inc.) | Michael D. Harris<br>M. Kala Sarvaiya<br>SoCal IP Law Group LLP<br>310 N. Westlake Blvd., Suite 120<br>Westlake Village, CA 91362<br>805-230-1350 and 805-230-1355 fax<br>mharris@socalip.com<br>ksarvaiya@socalip.com<br>(Attorney for Defendants, Baltic Latvian Universal Electronics, LLC d/b/a Blue Microphones, LLC d/b/a Blue Microphone; and Blue Microphones, LLC) |
| Russell T. Wong<br>Wong, Cabello, Lutsch, Rutherford & Brucculeri<br>20333 SH 249, Suite 600<br>Houston, Texas 77070<br>rwong@counselip.com<br>(Attorney for Defendants, Intcomex, Inc., Klip Extreme LLC and Software Brokers of America Inc. d/b/a Intcomex Corporation d/b/a Intcomex) | Collin M. Maloney<br>Ireland Carroll & Kelley<br>6101 S. Broadway, Suite 500<br>Tyler, Texas 75703<br>fedserv@icklaw.com<br><br>Thomas G. Carulli<br>Kaplan, Massamillo & Andrews, LLC<br>70 East 55th Street, 25th Floor<br>New York, NY 10022<br>tcarulli@kmalawfirm.com<br>(Attorneys for Defendant, Lifeworks Technology Group, LLC) |
| Philip A. Werner<br>Werner Ayers, L.L.P.<br>2000 West Loop South, Suite 1550<br>Houston, Texas 77027<br>(Attorney for Defendant, jWIN Electronics, Corp.) | Herbert J. Hammond<br>Vishal Patel<br>Thompson & Knight LLP<br>One Arts Plaza<br>1722 Routh Street, Suite 1500<br>Dallas, Texas 75201<br><br>Patricia L. Davidson<br>Mirick, O'connell, DeMallie & Lougee, LLP<br>100 Front Street<br>Worcester, MA 01608-1477<br>(Attorneys for Defendant, Gear Head, LLC) |

| | |
|---|---|
| Jen-Feng Lee<br>LT Pacific Law Group LLP<br>17800 Castleton Street #383<br>City of Industry, CA 91748<br>jflee@ltpacificlaw.com<br>(Attorney for Defendant, Auditek Corporation) | Steven R. Daniels<br>W. Bryan Farney (Lead)<br>Bryan D. Atkinson<br>Dechert LLP<br>300 West 6th Street, Suite 2010<br>Austin, Texas 78701<br>steven.daniels@dechert.com<br>bryan.farney@dechert.com<br>bryan.atkinson@dechert.com<br>(Attorney for Defendant, Creative Labs, Inc.) |

*/s/ David W. Denenberg*
David W. Denenberg
