IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ADJUSTACAM, LLC, | § | |
| | § | Case No. 6:10-cv-00329-LED |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| | § | |
| AMAZON.COM, INC., ET AL., | § | |
| | § | |
| | § | |
| Defendants. | § | |

## NOTICE OF APPEARANCE OF COUNSEL

Defendant, Amazon.com, Inc., files this Notice of Appearance, and hereby notifies the Court that Brian Craft, of the law firm Findlay Craft, LLP, 6760 Old Jacksonville Hwy, Suite 101, Tyler, TX   75703, Telephone  (903)  534-1100, Fax  (903)  534-1137, E-mail: bcraft@findlaycraft.com has entered this action as counsel for Amazon.com, Inc.  In connection with this notice, Mr. Craft requests that all future pleadings and other papers filed under Fed. R. Civ. P. 5 be served on him at the above address and contact information.

Dated: October 15, 2010

Respectfully submitted,

/s/ *Brian Craft*
Brian Craft
State Bar No. 04972020
Findlay Craft, LLP
6760 Old Jacksonville Hwy
Suite 101
Tyler, TX  75703
(903) 534-1100
(903) 534-1137 FAX
bcraft@findlaycraft.com

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on October 15, 2010, I electronically filed the foregoing **NOTICE OF APPEARANCE OF COUNSEL** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

<u>/s/ *Brian Craft*</u>
Brian Craft