IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ADJUSTACAM, LLC, | § § | |
| Plaintiff, | § § | Case No. 6:10-cv-00329-LED |
| v. | § § § | |
| AMAZON.COM, INC., ET AL., | § § § | |
| Defendants. | § § | |

**NOTICE OF APPEARANCE OF COUNSEL**

Defendant, Amazon.com, Inc., files this Notice of Appearance, and hereby notifies the Court that Eric H. Findlay, of the law firm Findlay Craft, LLP, 6760 Old Jacksonville Hwy, Suite 101, Tyler, TX  75703, Telephone (903) 534-1100, Fax (903) 534-1137, E-mail: efindlay@findlaycraft.com has entered this action as counsel for Amazon.com, Inc. In connection with this notice, Mr. Findlay requests that all future pleadings and other papers filed under Fed. R. Civ. P. 5 be served on him at the above address and contact information.

Dated: October 15, 2010                                      Respectfully submitted,

                                                             By: /s/ *Eric H. Findlay*
                                                             Eric H. Findlay
                                                             State Bar No. 00789886
                                                             Findlay Craft, LLP
                                                             6760 Old Jacksonville Hwy
                                                             Suite 101
                                                             Tyler, TX  75703
                                                             (903) 534-1100
                                                             (903) 534-1137 FAX
                                                             efindlay@findlaycraft.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2010, I electronically filed the foregoing **NOTICE OF APPEARANCE OF COUNSEL** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

/s/ *Eric H. Findlay*
Eric H. Findlay