IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC | |
| v. | NO. 6:10-cv-00329 |
| AMAZON.COM, INC., ET AL. | JURY |

### UNOPPOSED MOTION FOR EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO SAKAR INTERNATIONAL INC.'S COUNTERCLAIMS

Plaintiff AdjustaCam LLC ("AdjustaCam") respectfully submits this unopposed motion for extension of time to respond to Sakar International's Counterclaims (Dkt. No. 230), up to and including October 18, 2010.

October 15, 2010

Respectfully submitted,

ADJUSTACAM LLC

By: /s/ Erick Robinson
Erick Robinson
Texas State Bar No. 24039142
COLLINS, EDMONDS & POGORZELSKI, PLLC
709 Sabine Street
Houston, Texas 77007
Telephone: (713) 487-9889
Facsimile: (832) 415-2535
erobinson@cepiplaw.com

ATTORNEY FOR PLAINTIFF

### CERTIFICATE OF CONFERENCE

The undersigned has conferred with counsel for Sakar International in accordance with LR CV-7 and this motion is unopposed.

October 15, 2010

/s/ Erick Robinson
Erick Robinson

**CERTIFICATE OF SERVICE**

  I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

October 15, 2010          /s/ Erick Robinson
                Erick Robinson