IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

ADJUSTACAM LLC

v.  NO. 6:10-cv-00329

AMAZON.COM, INC., ET AL.  JURY

## ORDER

The Court, having considered motion ("Motion") for an extension of time to respond to Defendant Sakar International's Counterclaims is of the opinion that such motion should be GRANTED. It is therefore;

ORDERED that Plaintiff AdjustaCam, LLC's time to respond to Sakar International's Counterclaims is extended until October 18, 2010.