IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC | |
| v. | NO. 6:10-cv-00329 |
| AMAZON.COM, INC., ET AL. | JURY |

**UNOPPOSED MOTION FOR EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO KOHL'S ILLINOIS, INC. AND KOHL'S CORPORATION'S COUNTERCLAIMS**

On September 24, 2010, Defendants Kohl's Illinois, Inc. and Kohl's Corporation's (collectively, "Kohls") filed their Answer and Counterclaims to Plaintiff AdjustaCam LLC's ("AdjustaCam") Amended Complaint (Kohls' "Counterclaims"). These Counterclaims included inequitable conduct claims which AdjustaCam asserts do not have proper factual support. Kohls and AdjustaCam have been in discussions regarding this issue (during which time Kohls has agreed to extend the deadline for AdjustaCam's response to Kohls' Counterclaims), and Kohls has agreed to remove its inequitable conduct allegations from its Counterclaims. Therefore, AdjustaCam respectfully submits this unopposed motion for extension of time to respond to Kohl's Illinois, Inc. and Kohl's Corporation's Counterclaims until such time as Kohls amends its Counterclaims to remove its inequitable conduct allegations.

October 18, 2010                                    Respectfully submitted,

                                                        ADJUSTACAM LLC

                                                        By: /s/ Erick Robinson
                                                        Erick Robinson
                                                        Texas State Bar No. 24039142
                                                        COLLINS, EDMONDS & POGORZELSKI, PLLC
                                                        1616 S. Voss Rd, Ste. 125
                                                        Houston, Texas 77057
                                                        Telephone: (713) 487-9889
                                                        Facsimile: (832) 415-2535
                                                        erobinson@cepiplaw.com

                                                        ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF CONFERENCE

    The undersigned has conferred with counsel for Google in accordance with LR CV-7 and this motion is unopposed.

October 18, 2010                                    /s/ Erick Robinson
                                                         Erick Robinson

## CERTIFICATE OF SERVICE

    I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

October 18, 2010                                    /s/ Erick Robinson
                                                          Erick Robinson