IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

ADJUSTACAM LLC

    v.                                                              NO. 6:10-cv-00329

AMAZON.COM, INC., ET AL.                                 JURY

## ORDER

    The Court, having considered motion ("Motion") for an extension of time to respond to Defendant Kohl's Illinois, Inc. and Kohl's Corporation's Counterclaims is of the opinion that such motion should be GRANTED. It is therefore;

    ORDERED that Plaintiff AdjustaCam, LLC's time to respond to Kohl's Illinois, Inc. and Kohl's Corporation's Counterclaims is extended until October 18, 2010.


    **So  ORDERED and SIGNED this 19th day of October, 2010.**


_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**