IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC | |
| v. | NO. 6:10-cv-00329 |
| AMAZON.COM, INC., ET AL. | JURY |

**ORDER**

The Court, having considered the unopposed motion ("Motion") for an extension of time to respond to Defendant Kohl's Illinois, Inc. and Kohl's Corporation's Counterclaims is of the opinion that such motion should be GRANTED. It is therefore;

ORDERED that Plaintiff AdjustaCam, LLC's time to respond to Kohl's Illinois, Inc. and Kohl's Corporation's Counterclaims is extended until such time as Kohl's Illinois, Inc. and Kohl's Corporation's amends their Counterclaims to remove inequitable conduct allegations.

**So ORDERED and SIGNED this 20th day of October, 2010.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**