IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC | |
| v. | NO. 6:10-cv-00329 |
| AMAZON.COM, INC., ET AL. | JURY |

**UNOPPOSED MOTION FOR EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS INTCOMEX, INC., KLIP XTREME, LLC, AND SOFTWARE BROKERS OF AMERICA, INC.'S MOTION TO DISMISS**

Plaintiff AdjustaCam LLC ("AdjustaCam") respectfully submits this unopposed motion for a two week extension of time to respond to Defendants Intcomex, Inc., Klip Xtreme, LLC, and Software Brokers of America, Inc.'s Motion to Dismiss (Dkt. No. 274), from October 25, 2010, up to and including November 8, 2010.

October 21, 2010

Respectfully submitted,

ADJUSTACAM LLC

By: /s/ John J. Edmonds
John J. Edmonds – LEAD COUNSEL
Texas Bar No. 789758
Michael J. Collins
Texas Bar No. 4614510
Erick Robinson
Texas Bar No. 24039142
COLLINS, EDMONDS & POGORZELSKI, PLLC
1616 S. Voss Road, Suite 125
Houston, Texas 77057
Telephone: (281) 501-3425
Facsimile: (832) 415-2535
jedmonds@cepiplaw.com
mcollins@cepiplaw.com
erobinson@cepiplaw.com

Andrew W. Spangler
Texas Bar No. 24041960
Spangler Law P.C.

208 N. Green Street, Suite 300
Longview, Texas 75601
(903) 753-9300
(903) 553-0403 (fax)
spangler@spanglerlawpc.com

ATTORNEYS FOR PLAINTIFF
ADJUSTACAM LLC

**CERTIFICATE OF CONFERENCE**

    The undersigned has conferred with counsel for Intcomex, Inc., Klip Xtreme, LLC, and Software Brokers of America, Inc. in accordance with LR CV-7 and this motion is unopposed.

October 21, 2010	/s/ John J. Edmonds
    John J. Edmonds

**CERTIFICATE OF SERVICE**

    I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

October 21, 2010	/s/ John J. Edmonds
    John J. Edmonds