IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC | |
| v. | NO. 6:10-cv-00329 |
| AMAZON.COM, INC., ET AL. | JURY |

**ORDER**

The Court, having considered motion ("Motion") for an extension of time to respond to Defendants Intcomex, Inc., Klip Xtreme, LLC, and Software Brokers of America, Inc.'s Motion to Dismiss (Dkt. No. 274) is of the opinion that such motion should be GRANTED. It is therefore;

ORDERED that Plaintiff AdjustaCam, LLC's time to respond to Defendants Intcomex, Inc., Klip Xtreme, LLC, and Software Brokers of America, Inc.'s Motion to Dismiss is extended until November 8, 2010.