**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| ADJUSTACAM LLC<br>　　　　*Plaintiff*<br><br>v.<br><br>AMAZON.COM, INC. et al.,<br>　　　　*Defendants* | Case No. 6:10-cv-329-LED<br><br>**JURY** |

**DEFENDANTS BEST BUY CO., INC.'S, BEST BUY STORES, L.P.'S AND
BESTBUY.COM, LLC'S NOTICE OF JOINDER IN DEFENDANT DELL INC.'S
CORRECTED MOTION AND REPLY IN SUPPORT OF DEFENDANT DELL INC.'S
MOTION TO DISMISS PLAINTIFF'S ALLEGATIONS OF INDIRECT INFRINGEMENT
<u>AND WILLFUL INFRINGEMENT FOR FAILURE TO STATE A CLAIM</u>**

Defendants Best Buy Co., Inc., Best Buy Stores, L.P., and BestBuy.com, LLC

(collectively, "Best Buy") hereby join Defendant Dell Inc.'s Corrected Motion to Dismiss

Plaintiff's Allegations of Indirect Infringement and Willful Infringement for Failure to State a

Claim (Docket No. 164); the associated Notice of Additional Authority Regarding Defendant

Dell's Corrected Motion to Dismiss (Docket No. 180); and the associated Reply in Support of its

Motion to Dismiss (Docket No. 273), pursuant to Fed. R. Civ. P. 12(b)(6), and the arguments and

authorities found therein.[1]

AdjustaCam LLC's ("AdjustaCam") allegations of indirect infringement against Best

Buy are substantively the same as those it has asserted against Dell, Inc. ("Dell"), and are

deficient for the same reasons set forth in Dell's Reply.  *Compare* First Amended Complaint for

Patent Infringement (Docket No. 111), ¶ 199 (Best Buy) *with* ¶ 92 (Dell); *see also id.* at ¶ 224

(Best Buy & Dell).  Because AdjustaCam has not adequately pled the required facts to support

---

[1] Best Buy also is concurrently filing its Answer to AdjustaCam's First Amended Complaint for
　　Patent Infringement.

an allegation that Best Buy indirectly or willfully infringed the patent-in-suit, its indirect

infringement and willful infringement claims against Best Buy should be dismissed.

DATED:  October 25, 2010                         By:          /s/ Steven R. Daniels
                                                                      W. Bryan Farney
                                                                      Lead Attorney
                                                                      Texas State Bar No. 06826600
                                                                      Steven R. Daniels
                                                                      Texas State Bar No. 24025318
                                                                      Bryan D. Atkinson
                                                                      Texas State Bar No. 24036157
                                                                      DECHERT LLP
                                                                      300 W. 6th Street, Suite 2010
                                                                      Austin, Texas 78701
                                                                      Telephone:     (512) 394-3000
                                                                      Facsimile:      (512) 394-3001
                                                                      E-mails: bryan.farney@dechert.com
                                                                             steven.daniels@dechert.com
                                                                             bryan.atkinson@dechert.com
                                                                      **ATTORNEYS  FOR DEFENDANTS
                                                                      BEST BUY CO., INC., BEST BUY
                                                                      STORES, L.P. AND BESTBUY.COM,
                                                                      LLC**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed electronically in

compliance with Local Rule CV-5(a).  As such, this notice was served on all counsel of record

who have consented to electronic service as this district requires.  Local Rule CV-5(a)(3)(A).

*/s/ Steven R. Daniels*
