IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC<br>*Plaintiff*<br><br>v.<br><br>AMAZON.COM, INC. *et al.*,<br>*Defendants* | Case No. 6:10-cv-329-LED<br><br>**JURY TRIAL DEMANDED** |

**DEFENDANTS BEST BUY CO., INC.'S, BEST BUY STORES, L.P.'S AND BESTBUY.COM, LLC'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants Best Buy Co., Inc., Best Buy Stores, L.P., and BestBuy.com, LLC provide the following information as their Corporate Disclosure Statements:

(1) Best Buy Co., Inc. is a publicly held corporation and has no parent corporation. No publicly held corporation owns 10% or more of Best Buy Co., Inc.'s stock.

(2) Best Buy Stores, L.P. is a wholly-owned subsidiary of BBC Property Co., which is a wholly-owned subsidiary of Best Buy Co., Inc.

(3) BestBuy.com, LLC is a wholly-owned subsidiary of Best Buy Stores, L.P.

| | |
|---|---|
| DATED:  October 25, 2010 | By:     */s/ Steven R. Daniels* |

        W. Bryan Farney
        Lead Attorney
        Texas State Bar No. 06826600
        Steven R. Daniels
        Texas State Bar No. 24025318
        Bryan D. Atkinson
        Texas State Bar No. 24036157
        DECHERT LLP
        300 W. 6th Street, Suite 2010
        Austin, Texas 78701
        Telephone:     (512) 394-3000
        Facsimile:      (512) 394-3001
        E-mails: bryan.farney@dechert.com
                steven.daniels@dechert.com
                bryan.atkinson@dechert.com

**ATTORNEYS  FOR DEFENDANTS BEST BUY CO., INC., BEST BUY STORES, L.P. AND BESTBUY.COM, LLC**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this notice was served on all counsel of record who have consented to electronic service as this district requires.  Local Rule CV-5(a)(3)(A).

                                                          */s/ Steven R. Daniels*