IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC | |
| v. | NO. 6:10-cv-329-LED |
| AMAZON.COM, INC.; ET AL. | JURY |

**PLAINTIFF'S ANSWER TO SEARS' COUNTERCLAIMS**

Plaintiff AdjustaCam LLC ("AdjustaCam") answers the counterclaims (Dkt No. 253) of Defendants Sears Brands, LLC, Sears Holding Corporation d/b/a Sears, and Sears Roebuck and Company's (collectively "Sears"), by corresponding paragraph number, as follows:

1. Admitted as to subject matter jurisdiction over counterclaims. Denied as to merits of counterclaims. Denied that Sears is entitled to any declaratory relief. Otherwise, denied.

2. Admitted as to venue over counterclaims. Denied as to merits of counterclaims.

3. Admitted that Plaintiff is the assignee of the exclusive license to all substantial rights to the '343 Patent, including the right to bring this suit and to recover for damages.

4. Admitted that Plaintiff's infringement assertions comprise such, as set forth more specifically in Plaintiff's Complaint, as amended.

5-8. Denied.

9. Admitted as to subject matter jurisdiction over counterclaims. Denied as to merits of counterclaims. Denied that Sears is entitled to any declaratory relief. Otherwise, denied.

10. Denied. However, admitted that Plaintiff contends it is entitled to an exceptional case finding against Sears.

11. Denied.

12. To the extent necessary, AdjustaCam denies that Sears is entitled to the relief requested in its prayer for relief. In addition, to the extent necessary, AdjustaCam generally denies any allegation in the counterclaims not specifically admitted above, and AdjustaCam re-alleges infringement, validity, enforceability and damages, and denies any allegations in the counterclaim adverse to same.

## PRAYER FOR RELIEF

WHEREFORE, AdjustaCam respectfully requests that this Court enter judgment denying and dismissing Sears' counterclaims, and that the Court enter judgment in favor of AdjustaCam as requested in AdjustaCam's complaint, as amended or supplemented.

October 25, 2010                                                       Respectfully submitted,

                                                                       ADJUSTACAM LLC

                                                                       By: /s/ *John J. Edmonds*
                                                                       John J. Edmonds – LEAD COUNSEL
                                                                       Texas Bar No. 789758
                                                                       Michael J. Collins
                                                                       Texas Bar No. 4614510
                                                                       Erick Robinson
                                                                       Texas Bar No. 24039142
                                                                       COLLINS, EDMONDS & POGORZELSKI, PLLC
                                                                       1616 S. Voss Road, Suite 125
                                                                       Houston, Texas 77057
                                                                       Telephone: (281) 501-3425
                                                                       Facsimile: (832) 415-2535
                                                                       jedmonds@cepiplaw.com
                                                                       mcollins@cepiplaw.com
                                                                       erobinson@cepiplaw.com

                                                                       Andrew W. Spangler
                                                                       Texas Bar No. 24041960
                                                                       Spangler Law P.C.
                                                                       208 N. Green Street, Suite 300
                                                                       Longview, Texas 75601
                                                                       (903) 753-9300
                                                                       (903) 553-0403 (fax)

spangler@spanglerlawpc.com

ATTORNEYS FOR PLAINTIFF
ADJUSTACAM LLC

**CERTIFICATE OF SERVICE**

    I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

October 25, 2010                                     /s/ *John J. Edmonds*
                                                           John J. Edmonds