IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC | |
| v. | NO. 6:10-cv-329-LED |
| AMAZON.COM, INC.; ET AL. | JURY |

## ORDER

CAME BEFORE THE COURT the Unopposed Motion of Plaintiff AdjustaCam, LLC for Limited Discovery relative to the Motion to Dismiss and alternative Motion to Transfer Venue filed defendants Intcomex, Inc., Klip Xtreme LLC and Software Brokers of America, Inc. (collectively "Movants"). The Court finds there is good cause for granting Plaintiff's Unopposed Motion. It is ORDERED that:

1. Plaintiff may presently serve interrogatories and requests for production upon, and take a Rule 30(b)(6) deposition of, each of the Movants, provided that such discovery is limited to issues relevant to the Motion to Dismiss/Transfer.

2. Movants may presently serve interrogatories and requests for production upon, and take a Rule 30(b)(6) deposition of, Plaintiff provided that such discovery is limited to issues relevant to the Motion to Dismiss/Transfer.

3. The foregoing discovery relative to the Motion to Dismiss/Transfer shall not limit discovery on the merits should the case proceed to that point.

4. Nothing in this Order is intended to limit a party's right to object to any given discovery request.