IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC | |
| v. | NO. 6:10-cv-329-LED |
| AMAZON.COM, INC.;  ET AL. | JURY |

## UNOPPOSED MOTION BY PLAINTIFF FOR EXTENSION OF TIME TO RESPOND

Plaintif AdjustaCam, LLC ("AdjustaCam") respectfully submits this Motion for Extension as follows:

AdjustaCam requests an extension, up to and including December 27, 2010, of time to respond to the Motion to Dismiss and alternative Motion to Transfer Venue filed defendants Intcomex, Inc., Klip Xtreme LLC and Software Brokers of America, Inc. (Dkt. No. 274) (the "Motion to Dismiss/Transfer").

The purpose of this Motion for Extension is so that unopposed discovery limited to the issues raised in the Motion to Dismiss/Transfer may occur.

Movants do not oppose this Motion for Extension.

WHEREFORE, premises considered, AdjustaCam requests an extension of time to respond to the Motion to Dismiss/Transfer, up to and including December 27, 2010. AdjustaCam also requests any such other relief to which it may be justly entitled.

October 27, 2010

Respectfully submitted,

ADJUSTACAM LLC

By: /s/ *John J. Edmonds*
John J. Edmonds – LEAD COUNSEL
Texas Bar No. 789758
Michael J. Collins
Texas Bar No. 4614510

Erick Robinson
Texas Bar No. 24039142
COLLINS, EDMONDS & POGORZELSKI, PLLC
1616 S. Voss Road, Suite 125
Houston, Texas 77057
Telephone: (281) 501-3425
Facsimile: (832) 415-2535
jedmonds@cepiplaw.com
mcollins@cepiplaw.com
erobinson@cepiplaw.com

Andrew W. Spangler
Texas Bar No. 24041960
Spangler Law P.C.
208 N. Green Street, Suite 300
Longview, Texas 75601
(903) 753-9300
(903) 553-0403 (fax)
spangler@spanglerlawpc.com

ATTORNEYS FOR PLAINTIFF
ADJUSTACAM LLC

## CERTIFICATE OF CONFERENCE

I hereby certify that Counsel for Plaintiff and Counsel for Movants have conferred in accordance with Local Rule CV-7, and that this Motion is unopposed.

October 27, 2010                    /s/ John J. Edmonds
                                    John J. Edmonds

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

October 27, 2010                    /s/ John J. Edmonds
                                    John J. Edmonds

2