IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

ADJUSTACAM LLC

   v.                                                                NO. 6:10-cv-329-LED

AMAZON.COM, INC.;  ET AL.                              JURY

## <u>ORDER</u>

CAME BEFORE THE COURT the Unopposed Motion by Plaintiff AdjustaCam, LLC

for an extension of time to respond to the Motion to Dismiss and alternative Motion to Transfer

Venue filed defendants Intcomex, Inc., Klip Xtreme LLC and Software Brokers of America, Inc.

(Dkt. No. 274).  Plaintiff's Unopposed Motion is hereby GRANTED.  It is ORDERED that

Plaintiff's deadline to respond to said Motion is extended up to and including December 27,

2010.