**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| ADJUSTACAM LLC,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC. et al.,<br><br>Defendants. | Civil Action No. 6:10-cv-329-LED |

**ORDER ON DEFENDANT RADIOSHACK CORPORATION'S UNOPPOSED MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL**

CAME ON THIS DAY for consideration Defendant Radioshack Corporation's Unopposed Motion to Withdraw and Substitute Counsel (the "Motion"). The Court having considered the Motion is of the opinion that said motion should be granted.

It is hereby,

ORDERED that Christopher Michael Joe is withdrawn as attorney of record for Defendant Radioshack Corporation and that R. David Donoghue and Peter Sanborn of HOLLAND & KNIGHT, LLP have substituted in as of record for Defendant Radioshack Corporation. Michael Smith of SIEBMAN, BURG, PHILLIPS & SMITH, LLP remains counsel of record for Defendant Radioshack Corporation.

The clerk of court is hereby ordered to remove Christopher M. Joe from the Court's ECF e-mail notice list for this case.

**So ORDERED and SIGNED this 28th day of October, 2010.**

**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**