IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC | |
| v. | NO. 6:10-cv-329-LED |
| AMAZON.COM, INC.; ET AL. | JURY |

## ORDER

CAME BEFORE THE COURT the Unopposed Motion by Plaintiff AdjustaCam, LLC for an extension of time to respond to the Motion to Dismiss and alternative Motion to Transfer Venue filed defendants Intcomex, Inc., Klip Xtreme LLC and Software Brokers of America, Inc. (Dkt. No. 274). Plaintiff's Unopposed Motion is hereby GRANTED. It is ORDERED that Plaintiff's deadline to respond to said Motion is extended up to and including December 27, 2010.

**So ORDERED and SIGNED this 28th day of October, 2010.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**