IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ADJUSTACAM LLC | § | |
| | § | Civil Action No. 6:10-cv-00329-LED |
| v. | § | |
| | § | JURY |
| AMAZON.COM, INC.; et al | § | |

**J&R ELECTRONICS, INC.'S RULE 7.1**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant J&R Electronics, Inc. discloses that it has no parent corporation and that no publicly held corporation or affiliate owns ten percent or more of its stock.

Dated: November 1, 2010

Respectfully submitted,

*/s/ Michael E. Jones*
Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
Allen F. Gardner
State Bar No. 24043679
allengardner@potterminton.com
**POTTER MINTON**
A Professional Corporation
110 N. College Ave., Suite 500
Tyler, Texas  75702
Tel: (903) 597 8311
Fax: (903) 593 0846

**ATTORNEYS FOR DEFENDANT**
**J&R ELECTRONICS, INC.**

## **CERTIFICATE OF SERVICE**

      I hereby certify that all counsel of record who have consented to electronic service and are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on November 1, 2010.  Any other counsel of record will be served by First Class U.S. mail on this same date.

                                      */s/ Michael E. Jones*
                                      Michael E. Jones