IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC | |
| v. | NO. 6:10-cv-329-LED |
| AMAZON.COM, INC.; ET AL. | JURY |

## **PLAINTIFF'S ANSWER TO MACALLY'S COUNTERCLAIMS**

Plaintiff AdjustaCam LLC ("AdjustaCam") answers the counterclaims (Dkt No. 290) of Macally Peripherals, Inc. d/b/a Macally U.S.A. ("Macally"), by corresponding paragraph number, as follows:

1-2. Admitted.

3. Admitted as to subject matter jurisdiction and venue over counterclaims. Denied as to merits of counterclaims.

4-5. Admitted.

6. Denied.

7. Admitted there is a legal case or controversy for purposes of subject matter jurisdiction over counterclaims. Denied as to merits of counterclaims.

8. AdjustaCam's answers to paragraphs 1-7 are incorporated herein.

9. Admitted there is a legal case or controversy for purposes of subject matter jurisdiction over counterclaims. Denied as to merits of counterclaims.

10-11. Denied.

12. Denied this is an exceptional case from the perspective of Macally being entitled to any such finding. Admitted that this is an exceptional case from the perspective of AdjustaCam obtaining such a finding against Macally.

13. AdjustaCam's answers to paragraphs 1-12 are incorporated herein.

14. Admitted there is a legal case or controversy for purposes of subject matter jurisdiction over counterclaims. Denied as to merits of counterclaims.

15-16. Denied.

17. Denied this is an exceptional case from the perspective of Macally being entitled to any such finding. Admitted that this is an exceptional case from the perspective of AdjustaCam obtaining such a finding against Macally.

18. To the extent necessary, AdjustaCam denies that Macally is entitled to the relief requested in its prayer for relief. In addition, to the extent necessary, AdjustaCam generally denies any allegation in the counterclaims not specifically admitted above, and AdjustaCam re-alleges infringement, enforceability, validity and damages, and denies any allegations in the counterclaim adverse to same.

## PRAYER FOR RELIEF

WHEREFORE, AdjustaCam respectfully requests that this Court enter judgment denying and dismissing Macally's counterclaims, and that the Court enter judgment in favor of AdjustaCam as requested in AdjustaCam's complaint, as amended or supplemented.

November 1, 2010                            Respectfully submitted,

ADJUSTACAM LLC

By: /s/ *John J. Edmonds*
John J. Edmonds – LEAD COUNSEL
Texas Bar No. 789758
Michael J. Collins
Texas Bar No. 4614510
Erick Robinson
Texas Bar No. 24039142
COLLINS, EDMONDS & POGORZELSKI, PLLC
1616 S. Voss Road, Suite 125
Houston, Texas 77057
Telephone: (281) 501-3425

                                        Facsimile: (832) 415-2535
                                        jedmonds@cepiplaw.com
                                        mcollins@cepiplaw.com
                                        erobinson@cepiplaw.com

                                        Andrew W. Spangler
                                        Texas Bar No. 24041960
                                        Spangler Law P.C.
                                        208 N. Green Street, Suite 300
                                        Longview, Texas 75601
                                        (903) 753-9300
                                        (903) 553-0403 (fax)
                                        spangler@spanglerlawpc.com

                                        ATTORNEYS FOR PLAINTIFF
                                        ADJUSTACAM LLC


## CERTIFICATE OF SERVICE

     I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

November 1, 2010                                /s/ *John J. Edmonds*
                                                    John J. Edmonds