IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC | |
| v. | NO. 6:10-cv-00329 |
| AMAZON.COM, INC., ET AL. | JURY |

### UNOPPOSED MOTION FOR EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO SAKAR INC.'S COUNTERCLAIMS

On September 24, 2010, Defendant Sakar International Inc.'s ("Sakar") filed its Answer and Counterclaims to Plaintiff AdjustaCam LLC's ("AdjustaCam") Amended Complaint (Sakar's "Counterclaims"). These Counterclaims included inequitable conduct claims which AdjustaCam asserts do not have proper factual support. Sakar and AdjustaCam have been in discussions regarding this issue (during which time Sakar has agreed to extend the deadline for AdjustaCam's response to Sakar's Counterclaims), and Sakar has agreed to remove its inequitable conduct allegations from its Counterclaims. Therefore, AdjustaCam respectfully submits this unopposed motion for extension of time to respond to Sakar International Inc.'s Counterclaims until such time as Sakar amends its Counterclaims to remove its inequitable conduct allegations.

November 8, 2010

Respectfully submitted,

ADJUSTACAM LLC

By: /s/ Erick Robinson
Erick Robinson
Texas State Bar No. 24039142
COLLINS, EDMONDS & POGORZELSKI, PLLC
1616 S. Voss Rd., Suite 125
Houston, Texas 77057

> Telephone: (713) 487-9889
> Facsimile: (832) 415-2535
> erobinson@cepiplaw.com
>
> ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF CONFERENCE

The undersigned has conferred with counsel for Sakar International in accordance with LR CV-7 and this motion is unopposed.

November 8, 2010                    /s/ Erick Robinson
                                     Erick Robinson

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

November 8, 2010                    /s/ Erick Robinson
                                     Erick Robinson