IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC | |
| v. | NO. 6:10-cv-00329 |
| AMAZON.COM, INC., ET AL. | JURY |

**ORDER**

The Court, having considered the unopposed motion ("Motion") for an extension of time to respond to Defendant Sakar International Inc.'s Counterclaims is of the opinion that such motion should be GRANTED. It is therefore;

ORDERED that Plaintiff AdjustaCam, LLC's time to respond to Defendant Sakar International Inc.'s Counterclaims is extended until such time Defendant Sakar International Inc. amends its Counterclaims to remove its inequitable conduct allegations.