# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

ADJUSTACAM LLC,

                    Plaintiff,

V.                                                          CASE NO. 6:10-CV-00329-LED

AMAZON.COM, INC.;
AUDITEK CORPORATION; el al.

                    Defendants,

### DEFENDANT/COUNTER-CLAIMANT AUDITEK CORPORATION'S Answer and Counter-Claim

Come now Defendant/Counter-Claimant Auditek Corporation ("Auditek") and gave its

Answer and Counter-Claim, in response to the First Amended Complaint (ECF #111) filed by

Plaintiff/Counter-Defendant AdjustaCam LLC ("AdjustaCam"), as follows:

1       Auditek is without sufficient information to admit or deny the allegation and, on that

basis, deny.

2       Auditek is without sufficient information to admit or deny the allegation and, on that

basis, deny.

3       Auditek admits the allegation of place of business.

1

4      Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

5      Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

6      Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

7      Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

8      Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

9      Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

10      Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

11      Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

12      Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

13      Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

14      Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

15      Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

16      Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

17      Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

18      Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

19      Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

20      Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

21      Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

22      Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

23      Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

24      Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

25      Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

26      Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

27      Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

28      Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

29      Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

30      Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

31      Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

32      Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

33      Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

34      Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

35      Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

36      Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

37      Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

38      Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

39      Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

40      Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

41      Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

42      Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

43      Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

44      Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

45      Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

46      Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

47      Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

48      Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

49      Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

50      Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

51      Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

52      Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

53      Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

54      Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

55      Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

56      Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

57      Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

58      Auditek admits the subject matter jurisdiction uder 28 USC 1331 and 1338. Auditek is without sufficient information to admit or deny the factual allegation re selling, inducement and distribution of accused products in the judicial district and, on that basis, deny.

59      Auditek is a California corporation; Auditek denies that the venue is proper and reserves its right to move the court for change of venue.

60      Auditek admits the allegation of the existence of the 5,855,343 patent ("343 Patent"), to the extent the description, specification and claims of said 343 Patent comport with the records of United States Patent and Trademark Office ("USPTO").

61      Auditek admits the allegation of the existence of the 5,855,343 patent ("343 Patent"), to the extent the assignments, right to sue and standing for assertion of infringement of said 343 Patent comport with the records of United States Patent and Trademark Office ("USPTO"). Autitek is without sufficient information to admit or deny other factual allegations and, on that basis, deny.

62      Auditek admits the allegation of the existence of the 5,855,343 patent ("343 Patent"), to the extent the description, specification and claims of said 343 Patent comport with the records

7

of United States Patent and Trademark Office ("USPTO"). Autitek is without sufficient information to admit or deny other factual allegations and, on that basis, deny.

63      Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

64      Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

65      Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

66      Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

67      Auditek denies the allegation of factual account re its infringement liability.

68      Auditek denies the allegation of factual account re its infringement liability.

69      Auditek denies the allegation of factual account re its infringement liability.

70      Auditek denies the allegation of factual account re its infringement liability.

71      Auditek iswithout sufficient information to admit or deny the allegation and, on that basis, deny.

72      Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

73      Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

74      Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

75      Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

76      Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

77      Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

78      Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

79      Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

80      Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

81      Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

82      Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

83      Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

84      Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

85      Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

86      Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

87      Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

88      Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

89      Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

90      Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

91      Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

92      Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

93      Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

94      Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

95      Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

96      Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

97      Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

98      Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

99      Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

100     Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

101     Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

102     Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

103     Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

104     Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

105     Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

106     Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

107     Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

108     Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

109     Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

110     Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

111     Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

112     Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

113     Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

114     Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

115     Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

116     Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

117     Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

118     Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

119     Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

120     Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

121     Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

122     Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

123     Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

124     Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

125     Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

126     Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

127     Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

128     Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

129     Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

130     Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

131     Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

132     Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

133     Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

134     Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

135     Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

136     Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

137     Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

138     Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

139     Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

140     Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

141     Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

142     Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

143     Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

144     Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

145     Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

146     Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

147     Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

148     Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

149     Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

150     Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

151     Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

152     Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

153     Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

154     Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

155     Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

156     Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

157     Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

158     Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

159     Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

160     Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

161     Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

162     Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

163     Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

164     Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

165     Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

166     Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

167     Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

168     Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

169     Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

170     Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

171     Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

172     Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

173     Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

174     Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

175     Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

176     Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

177     Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

178     Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

179     Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

180     Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

181     Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

182     Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

183     Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

184     Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

185     Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

186     Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

187     Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

188     Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

189     Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

190     Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

191     Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

192     Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

193     Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

194     Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

195     Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

196     Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

197     Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

198     Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

199     Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

200     Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

201     Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

202     Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

203     Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

204     Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

205     Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

206     Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

207    Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

208    Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

209    Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

210    Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

211    Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

212    Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

213    Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

214    Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

215    Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

216    Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

217    Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

218     Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

219     Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

220     Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

221     Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

222     Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

223     Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

224     Auditek denies the allegation of Auditek's infringement. To the extent the allegation contained factual account related to other defendants, Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

225     Auditek denies the allegation of Auditek's infringement and any damages AdjustaCam suffered as a result thereof. To the extent the allegation contained factual account related to other defendants, Auditek is without sufficient information to admit or deny the allegation and, on that basis, deny.

226     Auditek is without sufficient information to admit or deny the allegation and further has no obligation to respond to a statement of law, and, on that basis, deny.

**Affirmative Defenses**

1. Plaintiff failed to state a claim.

2. Auditek did not infringe upon AdjustaCam's 343 Patent, either literally, or by doctrine of equivalents, or in any direct, indirect, contributory or inducing capacity.

3. Plaintiff's claims are barred, in whole or in part, by the doctrine of laches.

4. Plaintiff's claims are barred, in whole or in part, by the doctrine of estoppel.

5. Plaintiff's claims are barred, in whole or in part, by 35 U.S.C. 287.

6. Plaintiff's claims are barred, in whole or in part, by patent misuse.

7. Plaintiff's claims are barred, in whole or in part, by prosecution estoppel.

8. Some defendants are improperly joined and Auditek reserves its right to seek separate trials.

9. Auditek reserves its right to amend the affirmative defenses as the case progresses.

## <u>Counter-Claim for</u>

## <u>Non-infringement, Invalidity and Unenforceability</u>

1. This counterclaim arises under 28 USC 2201 and 2201. This Court has subject matter jurisdiction for patent matters, pursuant to 28 USC 1338. There is an actual justiciable controversy between Auditek and Plaintiff.

2. Plaintiff alleged to be the owner of all right, title and interest in and to the 5,855,343 patent ("343 Patent").

3. Plaintiff has asserted that Defendant Auditek infringed upon its 343 Patent.

4.      On information and belief, and pending further discovery findings, the 343 Patent

should be invalid under the provisions of 35 USC 101, 102, 103 and/or 112.

5.      Plaintiff has, in bad faith, made assertion of infringement knowing that the

products features are different than what were claimed in the 343 Patent.

6.      Plaintiff has, in bad faith, claimed royalty as damages that exceeded its scope of

entitlement, if it is entitled to any damages claims at all.

7.      Due to the controversy stated herein re the validity, enforceability and

infringement, Auditek requests the Court a declaratory judgment in its favor.

## PRAYER

a.   A judgment of non-infringement be entered by Court.

b.   An order be made that the 343 Patent is invalid and/or unenforceable.

c.   Plaintiff be ordered to pay attorney's fees and costs to Auditek.

d.   Such other reliefs be awarded to Auditek, as the Court deems just and reasonable.

Dated: Nov. 17, 2010

Respectfully Submitted,

/s/Jen-Feng Lee
Jen-Feng Lee, *Pro Hac Vice*
LT Pacific Law Group LLP
17800 Castleton Street, Suite 383
City of Industry, CA 91748
Tel:  (626) 810-7200
Fax:  (626) 810-7300

## <u>CERTIFICATE OF SERVICE</u>

      I hereby certify that on November 17, 2010, the foregoing document has been electronically filed with the Clerk in accordance with the CM/ECF system procedures and Local Rule CV-5(a), which will cause email notification of such filing to be served upon all counsel who have consented to electronic service.

                               /s/ Jen-Feng Lee
                               Jen-Feng Lee