# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC<br><br>    PLAINTIFF,<br><br>v.<br><br>AMAZON.COM, INC., ET AL.<br><br>    DEFENDANTS. | Civil Action No. 6:10-cv-329-LED<br><br>JURY TRIAL DEMANDED |

### ORDER GRANTING DEFENDANT DIGITAL INNOVATIONS, LLC'S MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD

Pending before the Court is Defendant Digital Innovations, LLC's Motion for Extension of Time to Answer or Otherwise Plead. The Court has considered the Motion and has decided to GRANT the Motion.

IT IS HEREBY ORDERED that Defendant Digital Innovations, LLC, shall have until December 16, 2010 to answer or otherwise respond to Adjustacam's Complaint.

So ORDERED and SIGNED this 17th day of November, 2010.

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**