IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC ) | |
| ) | |
| PLAINTIFF, ) | Civil Action No.6:10-cv-00329 |
| ) | |
| v. ) | |
| ) | |
| AMAZON.COM, INC.; ) | |
| AUDITEK CORPORATION; ) | |
| BALTIC LATVIAN UNIVERSAL ) | |
| ELECTRONICS, LLC D/B/A BLUE ) | |
| MICROPHONES, LLC D/B/A BLUE ) | |
| MICROPHONE; ) | |
| BLUE MICROPHONES, LLC; ) | |
| CDW CORPORATION F/K/A CDW ) | |
| COMPUTER CENTERS, INC.; ) | |
| CDW, INC.; ) | |
| CDW, LLC.; ) | |
| COMPUSA.COM, INC.; ) | |
| COBRA DIGITAL, INC.; ) | |
| CREATIVE TECHNOLOGY LTD.; ) | |
| CREATVE LABS, INC.; ) | |
| DELL, INC.; ) | |
| DIGITAL INNOVATIONS, LLC; ) | |
| EASTMAN KODAK COMPANY; ) | |
| EZONICS CORPORATION ) | |
| D/B/A EZONICS ) | |
| CORPORATION USA D/B/A EZONICS; ) | |
| FRY'S ELECTRONICS INC.; ) | |
| GEAR HEAD, LLC; ) | |

| | |
|---|---|
| 1 | GENERAL ELECTRIC COMPANY;            ) |
|   | HEWLETT-PACKARD COMPANY;             ) |
| 2 | INTCOMEX, INC.;                      ) |
|   | JASCO PRODUCTS COMPANY               ) |
| 3 | LLC D/B/A                            ) |
|   | JASCO PRODUCTS COMPANY D/B/A         ) |
| 4 | JASCO;                               ) |
|   | JWIN ELECTRONICS CORPORATION;        ) |
| 5 | KLIP XTREME LLC;                     ) |
| 6 | KMART CORPORATION;                   ) |
|   | LIFEWORKS TECHNOLOGY                 ) |
| 7 | GROUP, LLC;                          ) |
|   | MACALLY PERIPHERALS, INC. D/B/A      ) |
| 8 | MACALLY U.S.A;                       ) |
|   | MACE GROUP, INC.;                    ) |
| 9 | MICRO ELECTRONICS, INC.              ) |
|   | DBA MICRO CENTER                     ) |
| 10 | NEW COMPUSA CORPORATION;            ) |
|   | NEWEGG, INC.;                        ) |
| 11 | NEWEGG.COM, INC.                    ) |
| 12 | OFFICE DEPOT, INC.;                 ) |
|   | OVERSTOCK.COM, INC.;                 ) |
| 13 | PHEBE MICRO INC.;                   ) |
|   | PROLYNKZM INC.;                      ) |
| 14 | RADIOSHACK CORPORATION;             ) |
|   | ROSEWILL INC.;                       ) |
| 15 | SEARS BRANDS, LLC;                  ) |
|   | SEARS HOLDINGS CORPORATION           ) |
| 16 | D/B/A SEARS                         ) |
| 17 | SEARS, ROEBUCK AND COMPANY;         ) |
|   | SAKAR INTERNATIONAL, INC.;           ) |
| 18 | SAKAR, INC.;                        ) |
|   | SDI TECHNOLOGIES, INC.               ) |
| 19 | SOFTWARE BROKERS OF                 ) |
|   | AMERICA, INC.                        ) |
| 20 | DBA INTCOMEX CORPORATION D/B/A )|
|   | INTCOMEX;                            ) |
| 21 | SYSTEMAX, INC. D/B/A COMPUSA;       ) |
| 22 | TARGET CORP.;                       ) 1ST AMENDED ANSWER to PLAINTIFF's |
|   | TIGERDIRECT, INC.;                   ) COMPLAINT, AFFIRMATIVE DEFENSES |
| 23 | TRIPPE MANUFACTURING COMPANY ) and COUNTERCLAIMS |
|   | D/B/A TRIPP LITEL; AND               ) |
| 24 | WAL-MART STORES, INC.,              )     (CLERK's ACTION REQUIRED) |
|   | DEFENDANTS.                          ) |
| 25 | |

DEFENDANT MACALLY and DEFENDANT MACE GROUP, Inc.                     Peter Lukevich
1st Amended Answer to Plaintiff's Complaint,                         Apex Juris, pllc
Affirmative Defenses and                                             12733 Lake City Way NE
Counterclaims                                                        Seattle, WA  98125
                                                                     T: 206.664.0314

## DEFENDANT MACALLY'S (hereinafter MACALLAY)and DEFENDANT MACE GROUP, INC (hereinafter MACE) ANSWERS, AFFIRMATIVE DEFENSES, and COUNTERCLAIMS IN RESPONSE TO PLAINTIFF ADJUSTACAM LLC's, ORIGINAL COMPLAINT

1. ADJUSTACAM, LLC's opening paragraph does not itself appear to contain any allegations requiring a response.

## PARTIES

2. As to paragraphs 1 – 25: Defendant MACALLY and Defendant MACE are without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 1-25, and therefore denies them.

3. Paragraph 26: Admit as to the Defendant MACALLY having a place of business in Ontario, California.

4. Paragraph 27: Admit as to the Defendant MACE having a place of business in Ontario California. Admit as to the collective reference of Macally Peripherals, Inc. d/b/a Macally USA and Mace Group, Inc. as MACALLY.

5. As to paragraphs 28 – 49: Defendant MACALLY and MACE are without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 27-49, and therefore denies them.

6. As to paragraph 50: Defendant MACALLY and MACE admit the action arises under the patent laws of the United States, Title 35 of the United States Code. Defendant MACALLY and Defendant MACE deny all of the other allegations and references contained in paragraph 50 of the Complaint.

7. As to paragraph 51: Defendant MACALLY and Defendant MACE, without waiving their right to challenge the venue of the district court in which this action has been commenced, admit

that venue in an action of this type is properly laid before an appropriate federal district court pursuant to the United States Code.

## COUNT 1
## INFRINGEMENT OF U.S. PATENT No. 5,855,343 (the "343 patent)

8. As to paragraph 52: Defendant MACALLY and Defendant MACE are without knowledge or information sufficient to form a belief as to the truth of the allegation(s) of paragraph 52, and therefore deny them.

9. As to paragraph 53: Defendant MACALLY and Defendant MACE are without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 53, and therefore deny them.

10. As to paragraph 54: Defendant MACALLY and Defendant MACE are without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 54, and therefore deny them.

11. As to paragraphs 55 – 129: Defendant MACALLY and Defendant MACE are without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraphs 55-129, and therefore deny them.

12. As to paragraph 130: Denied

13. As to paragraph 131: Denied

14. As to paragraph 132: Denied

15. As to paragraph 133: Denied

16. As to paragraphs 134 – 189: Defendant MACALLY and Defendant MACE are without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraphs 134-189, and therefore deny them.

17. As to paragraph 190: Denied

DEFENDANT MACALLY and DEFENDANT MACE GROUP, Inc.
1st Amended Answer to Plaintiff's Complaint,
Affirmative Defenses and
Counterclaims

Peter Lukevich
Apex Juris, pllc
12733 Lake City Way NE
Seattle, WA  98125
T: 206.664.0314

18. As to paragraph 191: Defendant MACALLY and Defendant MACE are without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 191, and therefore deny them.

19. As to paragraph 192: Defendant MACALLY Defendant MACE are without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 192, and therefore deny them.

20. As to paragraph 193: Defendant MACALLY Defendant MACE are without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 193, and therefore deny them.

## COUNTERCLAIMS

Defendant MACALLY and Defendant MACE, for their Counterclaims against ADJUSTACAM, LLC and upon information and belief, state as follows:

## THE PARTIES

1. Defendant MACALLY and Defendant MACE have a principal place of business at Ontario, California.

2. On information and belief, Plaintiff ADJUSTACAM, LLC is a Texas limited liability company with its principal place of business at Frisco, Texas.

## JURISDICTION AND VENUE

3. Subject to MACALLY's and MACE's affirmative defenses and denials, MACALLY and MACE allege that this Court has jurisdiction over the subject matter of these Counterclaims under, without limitation, 28 U.S.C. §§ 1331, 1367, 1338(a), 2201, and 2202, and venue for these Counterclaims is proper in this district.

4. This Court has personal jurisdiction over ADJUSTACAM, LLC.

DEFENDANT MACALLY and DEFENDANT MACE GROUP, Inc.
1st Amended Answer to Plaintiff's Complaint,
Affirmative Defenses and
Counterclaims

Peter Lukevich
Apex Juris, pllc
12733 Lake City Way NE
Seattle, WA  98125
T: 206.664.0314

## FACTUAL BACKGROUND

5. In its Original Complaint, ADJUSTACAM, LLC asserts that MACALLY and MACE have infringed U.S. Patent No. 5,855,343 ('343 patent(s))

6. The '343 patent(s) is/are invalid and/or have not been and are not infringed by MACALLY and MACE, directly or indirectly.

7. Consequently, there is an actual case or controversy between the parties over the non-infringement, invalidity, and/or unenforceability of the '343 patent(s).

## COUNT ONE
## Declaratory Judgment of Non-Infringement of U.S. Patent No. 5,855,343

8. MACALLY and MACE restate and incorporate by reference their allegations in paragraphs 1 through 7 of its Counterclaims.

9. An actual case or controversy exists between MACALLY and MACE and ADJUSTACAM as to whether the '343 patent is not infringed by MACALLY.

10. A judicial declaration is necessary and appropriate so that MACALLY and MACE may ascertain their rights regarding the '343 patent.

11. MACALLY and MACE have not infringed and does not infringe, directly or indirectly, any valid and enforceable claim of the '343 patent.

12. This is an exceptional case under 35 U.S.C. § 285 including without limitation because ADJUSTACAM, LLC filed its Complaint with knowledge of the facts stated in this Counterclaim.

## COUNT TWO
## Declaratory Judgment of Invalidity of U.S. Patent No. 5,855,343

13. MACALLY and MACE restate and incorporate by reference their allegations in paragraphs 1 through 12 of their Counterclaims.

14. An actual case or controversy exists between MACALLY and MACE and ADJUSTACAM as to whether the '343 patent is invalid.

15. A judicial declaration is necessary and appropriate so that MACALLY and MACE may ascertain their rights as to whether the '343 patent is invalid.

16. The '343 patent is invalid for failure to meet the conditions of patentability and/or otherwise comply with one or more of 35 U.S.C. §§ 100 et seq., 101, 102, 103, 112, 132 and 251.

17. This is an exceptional case under 35 U.S.C. § 285 including without limitation because ADJUSTACAM filed its Complaint with knowledge of the facts stated in this Counterclaim.

## **PRAYER FOR RELIEF**

These paragraphs set forth the statement of relief requested by ADJUSTACAM, LLC to which no response is required. MACALLY and MACE deny that ADJUSTACAM is entitled to any of the requested relief and denies any allegations.

WHEREFORE, MACALLY and MACE prays for judgment as follows:

a. A judgment dismissing ADJUSTACAM's complaint against MACALLY and MACE with prejudice;

b. A judgment in favor of MACALLY and MACE on all of their Counterclaims;

c. A declaration that MACALLY and MACE have not infringed, contributed to the infringement of, or induced others to infringe, either directly or indirectly, any valid claims of the '343 patent(s);

d. A declaration that the '343 patent(s) are invalid;

e. An award to MACALLY and MACE for the amount of damages as proven at trial, including

DEFENDANT MACALLY and DEFENDANT MACE GROUP, Inc.
1st Amended Answer to Plaintiff's Complaint,
Affirmative Defenses and
Counterclaims

Peter Lukevich
Apex Juris, pllc
12733 Lake City Way NE
Seattle, WA  98125
T: 206.664.0314

punitive damages;

f. A declaration that this case is exceptional and an award to MACALLY and MACE of their reasonable costs and expenses of litigation, including attorneys' fees and expert witness fees;

g. A judgment limiting or barring ADJUSTACAM's ability to enforce the '343 patents in equity;

h. Such other and further relief as this Court may deem just and proper.

### DEMAND FOR JURY TRIAL

In accordance with Rule 38 of the Federal Rules of Civil Procedure and Local Rule CV-38, MACALLY and MACE respectfully demand a jury trial of all issues that may or should be tried to a jury in this action.

November 16, 2010                              Respectfully Submitted

                                               MACALLY PERIPHERALS, INC. D/B/A
                                               MACALLY U.S.A
                                               MACE GROUP, INC.

                                               *By:/s/ Peter M. Lukevich*
                                               Attorney at Law
                                               APEX JURIS, PLLC
                                               12733 Lake City Way NE
                                               peter@apexjuris.com
                                               Seattle, WA  98125
                                               Telephone: (206) 664.0314
                                               Facsimile: (206) 664.0329

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic service are being served with a copy of this **DEFENDANT MACALLY's**

**ANSWER, AFFIRMATIVE DEFENSES, AND COUNTERCLAIMS,** via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 16[h] day of November, 2010.

/s/ Peter M. Lukevich
Peter M. Lukevich

DEFENDANT MACALLY and DEFENDANT MACE GROUP, Inc.
1st Amended Answer to Plaintiff's Complaint,
Affirmative Defenses and
Counterclaims

Peter Lukevich
Apex Juris, pllc
12733 Lake City Way NE
Seattle, WA  98125
T: 206.664.0314