**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| ADJUSTACAM, LLC, ) | |
| ) | Civil Action No. 6:10-cv-329-LED |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| AMAZON.COM, INC., ET AL., ) | |
| ) | |
| Defendants. ) | |

**COBRA DIGITAL, LLC'S UNOPPOSED MOTION TO EXTEND TIME TO MOVE, ANSWER, OR OTHERWISE RESPOND TO PLAINTIFF ADJUSTACAM, LLC'S COMPLAINT**

TO THE HONORABLE JUDGE OF SAID COURT:

I.

NOW COMES, Defendant Cobra Digital, LLC ("Cobra Digital"), without waiving any defenses described or referred to in Rule 12 F.R.C.P., and moves the Court to extend the time within which Cobra Digital is required to move, answer, or otherwise respond to Plaintiff's Complaint to and including November 26, 2010.

II.

Counsel for Plaintiff, Adjustacam, LLC, is unopposed to this request.

III.

Cobra Digital seeks this extension of time not for delay, but for good cause so that justice may be served.

WHEREFORE, Cobra Digital, LLC respectfully prays that the time to move, answer, or otherwise respond to Adjustacam, LLC's Complaint be extended to and including November 26, 2010.

Dated: November 19, 2010                    Respectfully submitted,

                                            By: */s/ Walter W. Lackey, Jr.*
                                            Walter W. Lackey, Jr.
                                            Texas Bar No. 24050901
                                            FINDLAY CRAFT, LLP
                                            6760 Old Jacksonville Hwy
                                            Suite 101
                                            Tyler, TX 75703
                                            Telephone: (903) 534-1100
                                            Facsimile: (903) 534-1137
                                            wlackey@findlaycraft.com


## CERTIFICATE OF SERVICE

The undersigned certifies that on November 19, 2010, the foregoing document was filed electronically in compliance with Local Rule CV-5(a). This motion was served on all counsel by electronic filing.

                                            */s/ Walter W. Lackey, Jr.*
                                            Walter W. Lackey, Jr.