**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| ADJUSTACAM, LLC ) | |
| ) | Civil Action No. 6:10-cv-329-LED |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| AMAZON.COM, INC., ET AL., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

On this day came on to be considered Cobra Digital, LLC's Unopposed Motion to Extend Time to Move, Answer, or Otherwise Respond to Plaintiff's Complaint, and the Court being of the opinion that the same should be GRANTED, it is therefore,

ORDERED, ADJUDGED and DECREED that the Motion to Extend Time be granted and that Cobra Digital, LLC be given to and including November 26, 2010 to move, answer, or otherwise respond to Plaintiff's Complaint.