IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC | |
| v. | NO. 6:10-cv-329-LED |
| AMAZON.COM, INC.;  ET AL. | JURY |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF CREATIVE TECHNOLOGY LTD.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff AdjustaCam Technologies LLC respectfully submits this notice of voluntary dismissal (without prejudice) of all claims against Defendant CREATIVE TECHNOLOGY LTD.  Although this dismissal is effective upon filing, included herewith is a proposed order of dismissal should the Court desire to enter said order.

December 2, 2010

Respectfully submitted,

ADJUSTACAM LLC

By: /s/ *John J. Edmonds*
John J. Edmonds – LEAD COUNSEL
Texas Bar No. 789758
Michael J. Collins
Texas Bar No. 4614510
Erick Robinson
Texas Bar No. 24039142
COLLINS, EDMONDS & POGORZELSKI, PLLC
1616 S. Voss Road, Suite 125
Houston, Texas 77057
Telephone: (281) 501-3425
Facsimile: (832) 415-2535
jedmonds@cepiplaw.com
mcollins@cepiplaw.com
erobinson@cepiplaw.com

Andrew W. Spangler
Texas Bar No. 24041960
Spangler Law P.C.

2

        208 N. Green Street, Suite 300
        Longview, Texas 75601
        (903) 753-9300
        (903) 553-0403 (fax)
        spangler@spanglerlawpc.com

        ATTORNEYS FOR PLAINTIFF
        ADJUSTACAM LLC

## CERTIFICATE OF SERVICE

    I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

December 2, 2010                                         /s/ *John J. Edmonds*
                                                               John J. Edmonds