IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC | |
| v. | NO. 6:10-cv-329-LED |
| AMAZON.COM, INC. ET AL. | JURY |

## ORDER

CAME BEFORE THE COURT Plaintiff's Notice of Voluntary Dismissal of Defendant Klip Xtreme LLC pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). In accordance with Rule 41(a)(1)(A)(i), the Court hereby ORDERS that Plaintiff's claims against Defendant Klip Xtreme LLC are DISMISSED with prejudice.

So ORDERED and SIGNED this 2nd day of December, 2010.

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**