IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ADJUSTACAM LLC | § | |
| | § | |
| VS. | § | CAUSE NO. 6:10-cv-329 LED |
| | § | |
| AMAZON.COM, INC., ET AL | § | |

### REQUEST FOR TERMINATION OF ELECTRONIC NOTICES

Pursuant to Local Rule CV-11(f), Tom Henson of the law firm Ramey & Flock, P.C., one of the attorneys in this case for Defendant J & R Electronics, Inc., requests that the Clerk of this Court remove his name from the list of persons authorized to receive electronic notifications of filings in this case.

Dated:  December 3, 2010                    Respectfully submitted,


                                            /s/ Tom Henson
                                            TOM HENSON
                                            State Bar Card No. 09494000
                                            RAMEY & FLOCK, P.C.
                                            100 East Ferguson, Suite 500
                                            Tyler, Texas 75702
                                            (903) 597-3301
                                            (903) 597-2413 (FAX)
                                            thenson@rameyflock.com

                                            ATTORNEY FOR DEFENDANT,
                                            J & R ELECTRONICS, INC.

## CERTIFICATE OF SERVICE

    The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a), and was served on all counsel who are deemed to have consented to electronic service. All other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by U.S. mail on this the 3rd day of December, 2010.

                                                      /s/ Tom Henson
                                                      TOM HENSON