# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| ADJUSTACAM LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 6:10-cv-00329-LED |
| | § | |
| AMAZON.COM, INC., et al. | § | |
| | § | |
| Defendants. | § | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO ALL PARTIES IN INTEREST AND THIS HONORABLE COURT:

COMES NOW, Russell T. Wong of Wong, Cabello, Lutsch, Rutherford & Brucculeri, LLP and hereby withdraws as attorney of record for Defendants Intcomex, Inc. ("Intcomex"), Klip Xtreme LLC ("Klip Xtreme") and Software Brokers of America, Inc. ("Software Brokers") in the above-captioned case due to the Orders of Dismissal with respect to Defendants Intcomex, Klip Xtreme, and Software Brokers (Docket Nos. 341-343) dated December 2, 2010.  Removal from the list of attorneys receiving ECF notices for the above-captioned case is also requested.

Date:  December 6, 2010      /s/ Russell T. Wong
　　　　　　　　　　　　　　Russell T. Wong – Lead Attorney
　　　　　　　　　　　　　　Texas Bar No. 21884235
　　　　　　　　　　　　　　Wong, Cabello, Lutsch, Rutherford & Brucculeri, LLP
　　　　　　　　　　　　　　20333 State Hwy. 249, Suite 600
　　　　　　　　　　　　　　Houston, Texas 77070
　　　　　　　　　　　　　　Telephone: 832-446-2400
　　　　　　　　　　　　　　Fax: 832-446-2424
　　　　　　　　　　　　　　Email: rwong@counselip.com

　　　　　　　　　　　　　　**Counsel for Defendants**
　　　　　　　　　　　　　　**Intcomex, Inc.**
　　　　　　　　　　　　　　**Klip Xtreme LLC**
　　　　　　　　　　　　　　**Software Brokers of America Inc.**

2

**CERTIFICATE OF SERVICE**

      The undersigned certifies that a true and correct copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served via e-mail on all counsel who are deemed to have consented to electronic service on December 6, 2010.  Local Rule CV-5(a)(3)(A).

                                    /s/ Sarah R. Cabello