

UAET (02-2008)

## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

*CASE AND DEADLINE INFORMATION*

Civil Action No.: 6:10-cv-00329

Name of party requesting extension: Prolynkz, LLC

Is this the first application for extension of time in this case?  ☑ Yes
☐ No

If no, please indicate which application this represents:  ☐ Second
☐ Third
☐ Other _____

Date of Service of Summons: 11-15-2010

Number of days requested:   ☑ 30 days
☐ 15 days
☐ Other ____ days

New Deadline Date: 01-05-11    *(Required)*

*ATTORNEY FILING APPLICATION INFORMATION*

Full Name: Sean Pate
State Bar No.: Pro Se
Firm Name: N/A
Address: 2010 Main Street
Suite 1250
Irvine, CA 92614
Phone: 949.307.3223
Fax: 949.271.4565
Email: seanpate@gmail.com

A certificate of conference does not need to be filed with this unopposed application.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Express Mail® shipments.
Misuse may be a violation of federal law. This packaging is not for resale. EP13F © U.S. Postal Service; Oct 2008. All rights reserved.

ENVELOPE

U.S. POSTAGE
PAID
IRVINE, CA
92623
DEC 03, 10
AMOUNT
$18.30
00064188-06

UNITED STATES POSTAL SERVICE

When used internationally affix customs declarations

Addressee Copy
Label 11-B, March 2004

Post Office To Addressee

EXPRESS MAIL

Print postage online - Go to usps.com/p

home or office at usps.com/pickup

Flat Rate
Mailing Envelope
For Domestic and International Use

Visit us at usps.com

EG354993603US

ATTENTION DELIVERY PERSONNEL
SENDER HAS WAIVED SIGNATURE REQUIREMENT
PLEASE DELIVER PER DMM

EXPRESS MAIL
UNITED STATES POSTAL SERVICE

Please Push to Addressee

Place Mailing Label Here:

PRESS HARD, YOU ARE MAKING 3 COPIES.

UNITED STATES POSTAL SERVICE (POSTAL USE ONLY)

DELIVERY (POSTAL USE ONLY)
Delivery Attempt | Mo. | Day | Time | ☐ AM ☐ PM | Employee Signature
Delivery Attempt | Mo. | Day | Time | ☐ AM ☐ PM | Employee Signature
Delivery Date | Mo. | Day | Time | ☐ AM ☐ PM | Employee Signature

CUSTOMER USE ONLY
☐ WAIVER OF SIGNATURE (Domestic Mail Only)
Additional merchandise insurance is void if customer requests waiver of signature.
I wish delivery to be made without obtaining signature of addressee or addressee's agent (if delivery employee judges that article can be left in secure location) and I authorize that delivery employee's signature constitutes valid proof of delivery.

NO DELIVERY ☐ Weekend ☐ Holiday
Mailer Signature

TO: (PLEASE PRINT) PHONE ( )

ZIP + 4 (U.S. ADDRESSES ONLY. DO NOT USE FOR FOREIGN POSTAL CODES.)

FOR INTERNATIONAL DESTINATIONS, WRITE COUNTRY NAME BELOW.

ORIGIN (POSTAL SERVICE USE ONLY)
PO ZIP Code | Day of Delivery | Postage $
☐ Next ☐ 2nd ☐ 2nd Del. Day
Date Accepted | Scheduled Date of Delivery | Return Receipt Fee $
Mo. Day Year | Month Day | COD Fee $ | Insurance Fee $
Time Accepted ☐ AM ☐ PM | Scheduled Time of Delivery ☐ Noon ☐ 3 PM | Military
Flat Rate ☐ or Weight | ☐ 2nd Day ☐ 3rd Day | Total Postage & Fees $
lbs. ozs. | Int'l Alpha Country Code | Acceptance Emp. Initials

FROM: (PLEASE PRINT) PHONE ( )

EMS

FOR PICKUP OR TRACKING
Visit www.usps.com
Call 1-800-222-1811

082708_EM_EP13F OCT 2008