IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC | |
| v. | NO. 6:10-cv-329-LED |
| AMAZON.COM, INC.;  ET AL. | JURY |

## ORDER

CAME BEFORE THE COURT Plaintiff's Notice of Voluntary Dismissal of Defendant CREATIVE TECHNOLOGY LTD. pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). In accordance with Rule 41(a)(1)(A)(i), the Court hereby ORDERS that Plaintiff's claims against CREATIVE TECHNOLOGY LTD. are DISMISSED WITHOUT PREJUDICE.

**So ORDERED and SIGNED this 6th day of December, 2010.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**