UAET (02-2008)



## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

### CASE AND DEADLINE INFORMATION

Civil Action No.: 6:10-cv-329

Name of party requesting extension: Allison Standish Miller

Is this the first application for extension of time in this case?    ☐ Yes    ✓ No

If no, please indicate which application this represents:    ✓ Second    ☐ Third    ☐ Other _____

Date of Service of Summons: n/a

Number of days requested:    ☐ 30 days    ☐ 15 days    ✓ Other 13 days

New Deadline Date: 12/09/2010  *(Required)*

### ATTORNEY FILING APPLICATION INFORMATION

Full Name: Allison Standish Miller
State Bar No.: 24046440
Firm Name: Shepherd, Scott, Clawater & Houston, LLP
Address: 2777 Allen Parkway, 7th Floor
 Houston, Texas  77019

Phone: 713-650-6600
Fax: 713-650-1720
Email: amiller@sschlaw.com

A certificate of conference does not need to be filed with this unopposed application.