IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC<br><br>    PLAINTIFF,<br><br>  v.<br><br>AMAZON.COM, INC.; *et al.*,<br><br>    DEFENDANTS. | Civil Action No. 6:10-cv-329-LED |

### ORDER GRANTING COBRA DIGITAL, LLC'S UNOPPOSED MOTION FOR LEAVE TO FILE *INSTANTER* ITS ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT, OR, ALTERNATIVELY, ITS UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ITS ANSWER TO TODAY, DECEMBER 9, 2010

The Court GRANTS Defendant Cobra Digital, LLC's ("Cobra Digital") Unopposed Motion for Leave to File *Instanter* Its Answer To Plaintiff's First Amended Complaint, Or, Alternatively, Its Unopposed Motion for Extension of Time To File Its Answer To Today, December 9, 2010 (Docket No. 355).  The Court ORDERS that Cobra Digital's answer is deemed timely filed as of December 9, 2010.