UAET (02-2008)



# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

### CASE AND DEADLINE INFORMATION

Civil Action No.: 6:10-cv-329
Name of party requesting extension: Cobra Digital LLC
Is this the first application for extension of time in this case?   ☐ Yes   ☑ No

If no, please indicate which application this represents:   ☑ Second   ☐ Third   ☐ Other _____

Date of Service of Summons: 08/18/10
Number of days requested:   ☐ 30 days
☐ 15 days
☑ Other 13 days

New Deadline Date: 12/09/2010   *(Required)*

### ATTORNEY FILING APPLICATION INFORMATION

Full Name: Allison Standish Miller
State Bar No.: 24046440
Firm Name: Shepherd, Scott, Clawater & Houston, LLP
Address: 2777 Allen Parkway, 7th Floor
         Houston, Texas  77019

Phone: 713-650-6600
Fax: 713-650-1720
Email: amiller@sschlaw.com

A certificate of conference does not need to be filed with this unopposed application.