IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC | |
| v. | NO. 6:10-cv-329-LED |
| AMAZON.COM, INC.;  ET AL. | JURY |

**PLAINTIFF'S NOTICE OF READINESS FOR SCHEDULING CONFERENCE**

In accordance with the Court's July 27, 2010 Order (Dkt No. 15), Plaintiff AdjustaCam LLC respectfully notifies the Court as follows:

### A.  Readiness for Scheduling Conference

All Defendants have either answered or filed a motion to dismiss.  Accordingly, this case is ready for a scheduling conference.

### B.  Other Information

1.  **Pending Motions to Dismiss or Transfer:**  There are no pending motions to transfer venue.  There are pending motions to dismiss filed by CDW (Dkt No. 98), Wal-Mart (147), Dell (164), and Baltic Latvian Universal Electronics, LLC D/B/A Blue Microphones (276).  The CDW, Wal-Mart and Dell Motions have been joined by multiple defendants, including Blue Microphones.

2.  **Related Cases:** This case is not related to any previously filed cases in the Eastern District of Texas.  However, this case is related to the subsequently filed case styled, *AdjustaCam LLC v. Atlanta Network Technologies, Inc., et al.*, No. 6:10-cv-00644-LED, which was filed on December 2, 2010 (the "*AdjustaCam v. ANT*" case).

3.  **Patent Number**:

The patent-in-suit for this case and the *AdjustaCam v. ANT* case is 5,855,343.

4.     **Markman/Trial dates**:

There are not yet dates for a Markman Hearing or Trial in the *AdjustaCam v. ANT* case.

| | |
|---|---|
| December 20, 2010 | Respectfully submitted, |
| | ADJUSTACAM LLC |
| | By: /s/ *John J. Edmonds* |
| | John J. Edmonds – LEAD COUNSEL |
| | Texas Bar No. 789758 |
| | Michael J. Collins |
| | Texas Bar No. 4614510 |
| | Erick Robinson |
| | Texas Bar No. 24039142 |
| | COLLINS, EDMONDS & POGORZELSKI, PLLC |
| | 1616 S. Voss Road, Suite 125 |
| | Houston, Texas 77057 |
| | Telephone: (281) 501-3425 |
| | Facsimile: (832) 415-2535 |
| | jedmonds@cepiplaw.com |
| | mcollins@cepiplaw.com |
| | erobinson@cepiplaw.com |
| | Andrew W. Spangler |
| | Texas Bar No. 24041960 |
| | Spangler Law P.C. |
| | 208 N. Green Street, Suite 300 |
| | Longview, Texas 75601 |
| | (903) 753-9300 |
| | (903) 553-0403 (fax) |
| | spangler@spanglerlawpc.com |
| | ATTORNEYS FOR PLAINTIFF |
| | ADJUSTACAM LLC |

**CERTIFICATE OF SERVICE**

      I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

December 20, 2010                                  /s/ *John J. Edmonds*
                                                           John J. Edmonds