UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC,<br><br>           Plaintiff,<br>vs.<br><br>AMAZON.COM, INC., ET AL.<br><br>           Defendants. | Case No. 6:10-CV-329-LED<br><br>JURY TRIAL DEMANDED |

**UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL**

Defendants Newegg, Inc. and Newegg.com, Inc. (collectively, "Newegg"), respectfully request that Justin N. Stewart of Zarian Midgley & Johnson, PLLC, be permitted to withdraw as counsel of record for Newegg in this matter.  No other changes are requested at this time regarding the other attorneys acting as Newegg's counsel of record.

Respectfully submitted,

By:   */s/ Justin N. Stewart*
       Justin N. Stewart
       State Bar No. 24067889
       John N. Zarian (*Appearing Pro Hac Vice*)
       Zarian Midgley & Johnson PLLC
       960 Broadway, Suite 250
       Boise, Idaho 83706
       (208) 562-4900 Telephone
       (208) 562-4901 Facsimile
       E-mail: stewart@zarianmidgley.com
                 zarian@zarianmidgley.com

       Trey Yarbrough
       State Bar No. 22133500
       Debby E. Gunter
       State Bar No. 24012752
       Yarbrough Wilcox, PLLC
       100 E. Ferguson St., Ste. 1015
       Tyler, Texas 75702
       (903) 595-3111 Telephone

(903) 595-0191 Facsimile
E-mail: trey@yw-lawfirm.com
debby@yw-lawfirm.com

Attorneys For Defendants
NEWEGG, INC. and NEWEGG.COM, INC.

## CERTIFICATE OF CONFERENCE

I certify that counsel has complied with the meet and confer requirement in Local Rule CV7(H) and this motion is unopposed.

*/s/ Justin N. Stewart*
Justin N. Stewart

## **CERTIFICATE OF SERVICE**

      I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 22nd day of December, 2010, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

                                                                */s/ Justin N. Stewart*
                                                                Justin N. Stewart