**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| ADJUSTACAM LLC, | |
| Plaintiff, | Case No. 6:10-CV-329-LED |
| vs. | JURY TRIAL DEMANDED |
| AMAZON.COM, INC., ET AL. | |
| Defendants. | |

**ORDER GRANTING UNOPPOSED MOTION FOR
WITHDRAWAL OF COUNSEL**

On this date came for consideration the Unopposed Motion for Withdrawal of Counsel.

The Court being of the opinion that same should be GRANTED, it is therefore,

ORDERED that the Unopposed Motion for Withdrawal of Counsel be and hereby is

GRANTED, and that Justin N. Stewart is no longer counsel of record for Newegg, Inc. and

Newegg.com, Inc.