# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC,<br><br>             Plaintiff,<br>vs.<br><br>AMAZON.COM, INC., ET AL.<br><br>             Defendants. | Case No. 6:10-CV-329-LED<br><br>JURY TRIAL DEMANDED |

## ORDER GRANTING UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL

On this date came for consideration the Unopposed Motion for Withdrawal of Counsel. The Court being of the opinion that same should be GRANTED, it is therefore,

ORDERED that the Unopposed Motion for Withdrawal of Counsel be and hereby is GRANTED, and that Justin N. Stewart is no longer counsel of record for Newegg, Inc. and Newegg.com, Inc.

**So ORDERED and SIGNED this 30th day of December, 2010.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**

1