IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC | |
| v. | NO. 6:10-cv-329-LED |
| AMAZON.COM, INC.; ET AL. | JURY |

### ORDER

CAME BEFORE THE COURT Plaintiff's Notice of Voluntary Dismissal of Defendant PROLYNKZ, LLC pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). In accordance with Rule 41(a)(1)(A)(i), the Court hereby ORDERS that Plaintiff's claims against PROLYNKZ, LLC are DISMISSED WITHOUT PREJUDICE.

So ORDERED and SIGNED this 10th day of January, 2011.

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**