# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| ADJUSTACAM LLC, | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| v. | § | |
| | § | C.A. NO. 6:10-cv-00329-LED |
| AMAZON.COM, INC.; | § | |
| AUDITEK CORPORATION; | § | |
| BALTIC LATVIAN UNIVERSAL | § | |
| ELECTRONICS, LLC D/B/A BLUE | § | |
| MICROPHONES, LLC D/B/A BLUE | § | |
| MICROPHONE; | § | |
| BLUE MICROPHONES, LLC; | § | |
| CDW CORPORATION F/K/A CDW | § | |
| COMPUTER CENTERS, INC.; | § | |
| CDW, INC.; | § | |
| COBRA DIGITAL, LLC; | § | |
| COMPUSA.COM, INC.; | § | |
| CREATIVE TECHNOLOGY LTD.; | § | |
| CREATIVE LABS, INC.; | § | |
| DELL, INC.; | § | |
| DIGITAL INNOVATIONS, LLC.; | § | |
| EASTMAN KODAK COMPANY; | § | |
| EZONICS CORPORATION D/B/A | § | |
| EZONICS CORPORATION USA D/B/A | § | |
| EZONICS; | § | |
| FRY'S ELECTRONICS, INC.; | § | |
| GEAR HEAD, LLC; | § | |
| HEWLETT-PACKARD COMPANY; | § | |
| INTCOMEX, INC.; | § | |
| JASCO PRODUCTS COMPANY LLC | § | |
| D/B/A JASCO PRODUCTS COMPANY | § | |
| D/B/A JASCO; | § | |
| JWIN ELECTRONICS CORPORATION; | § | |
| KLIP XTREME LLC; | § | |
| KMART CORPORATION; | § | |
| LIFEWORKS TECHNOLOGY GROUP, | § | |
| LLC; | § | |
| MACALLY PERIPHERALS, INC. D/B/A | § | |
| MACALLY U.S.A.; | § | |
| MACE GROUP, INC.; | § | |
| MICRO ELECTRONICS, INC. D/B/A | § | |

| | |
|---|---|
| MICRO CENTER; | § |
| NEW COMPUSA CORPORATION; | § |
| NEWEGG, INC.; | § |
| NEWEGG.COM, INC.; | § |
| OFFICE DEPOT, INC.; | § |
| OVERSTOCK.COM, INC.; | § |
| PHOEBE MICRO INC.; | § |
| PROLYNKZ, LLC; | § |
| RADIOSHACK CORPORATION; | § |
| ROSEWILL INC.; | § |
| SEARS BRANDS, LLC; | § |
| SEARS HOLDINGS CORPORATION | § |
| D/B/A SEARS; | § |
| SEARS, ROEBUCK AND COMPANY; | § |
| SAKAR INTERNATIONAL, INC.; | § |
| SAKAR, INC.; | § |
| SDI TECHNOLOGIES, INC.; | § |
| SOFTWARE BROKERS OF AMERICA | § |
| INC. D/B/A INTCOMEX CORPORATION | § |
| D/B/A INTCOMEX; | § |
| SYSTEMAX, INC. D/B/A COMPUSA; | § |
| TARGET CORP.; | § |
| TIGERDIRECT, INC.; | § |
| TRIPPE MANUFACTURING COMPANY | § |
| D/B/A TRIPP LITE; | § |
| WAL-MART STORES, INC.; | § |
| BEST BUY CO., INC. D/B/A BEST BUY | § |
| D/B/A ROCKETFISH; | § |
| BEST BUY STORES, LP; | § |
| BESTBUY.COM, LLC; | §    JURY TRIAL DEMANDED |
| CONN'S, INC. D/B/A CONN'S; | § |
| J&R ELECTRONICS, INC. D/B/A J&R; | § |
| KOHL'S CORPORATION D/B/A KOHL'S; | § |
| KOHL'S ILLINOIS, INC.; | § |
| SOLID YEAR CO., LTD. AND | § |
| WALGREEN CO. D/B/A WALGREENS, | § |
| | § |
| DEFENDANTS. | § |

## NOTICE OF APPEARANCE

Sears Brands, LLC; Sears, Roebuck and Company; Sears Holdings Corporation d/b/a Sears; and Kmart Corporation (collectively, "Defendants"), Defendants in the above-entitled and

numbered civil action, hereby notify the Court and all parties that the following person, in addition to those who previously gave notice, is appearing as counsel of record.

John A. Yates
State Bar No. 24056569
Bracewell & Giuliani LLP
711 Louisiana, Suite 2300
Houston, Texas 77002
(713) 223-2300 - Telephone
(713) 221-1212 – Facsimile
jay.yates@bgllp.com

Dated: January 12, 2011.

                                   Respectfully submitted,

                                   BRACEWELL & GIULIANI LLP

                                   By: */s/ John A. Yates*
                                         John A. Yates
                                   State Bar No. 24056569
                                   Bracewell & Giuliani LLP
                                   711 Louisiana, Suite 2300
                                   Houston, Texas 77002
                                   (713) 223-2300 - Telephone
                                   (713) 221-1212 – Facsimile

                                   ATTORNEY FOR DEFENDANTS,
                                   SEARS BRANDS, LLC; SEARS, ROEBUCK
                                   AND COMPANY; SEARS HOLDINGS
                                   CORPORATION D/B/A SEARS; and KMART
                                   CORPORATION

Of counsel:

John H. Barr, Jr.
Attorney-in-Charge
State Bar No. 00783605
Christopher A. Shield
State Bar No. 24046833
Bracewell & Giuliani LLP
711 Louisiana, Suite 2300
Houston, Texas 77002
(713) 223-2300 - Telephone
(713) 221-1212 – Facsimile

-4-

Christopher Schenck
Washington State Bar Number 37997
Bracewell & Giuliani LLP
701 Fifth Avenue, Suite 6200
Seattle, Washington  98104-7043
206-204-6210 (Telephone)
206-204-6262 (Facsimile)

# CERTIFICATE OF SERVICE

       I hereby certify that a true and correct copy of the foregoing document has been forwarded to all counsel of record pursuant to the Federal Rules of Civil Procedure on the 12th day of January, 2011.

| | |
|---|---|
| John J. Edmonds<br>Michael J. Collins<br>Henry M. Pogorzelski<br>Erick Scott Robinson<br>Collins, Edmonds & Pogorzelski, PLLC<br>1616 S. Voss Road, Suite 125<br>Houston, Texas 77057<br>jedmonds@cepiplaw.com<br>mcollins@cepiplaw.com<br>hpogorzeksli@cepiplaw.com<br>erobison@cepiplaw.com<br>(Attorneys for Plaintiff, Adjustacam, LLC) | Andrew W. Spangler<br>Spangler Law P.C.<br>208 N. Green Street, Suite 300<br>Longview, Texas 75601<br>spangler@spanglerlawpc.com<br>(Attorney for Plaintiff, AdjustaCam, LLC) |
| James E. Geringer<br>Salumeh R. Loesch<br>Klarquist Sparkman LLP<br>121 SW Salmon Street, Suite 1600<br>Portland, Oregon 97204<br>James.Geringer@klarquist.com<br>Salumeh.loesch@klarquist.com<br><br>Brian Craft<br>Eric H. Findlay<br>Findlay Craft LLP<br>6760 Old Jacksonville Hwy, Suite 101<br>Tyler, TX 75703<br>bcraft@findlaycraft.com<br>efindlay@findlaycraft.com<br><br>(Attorney for Defendant, Amazon.com. Inc.) | David W. Denenberg<br>Davidoff Malito & Hutcher LLP<br>200 Garden City Plaza, Suite 315<br>Garden City, New York 11530<br>dwd@dmlegal.com<br>(Attorney for Defendants, Compusa.com, Inc., New Compusa Corporation, Systemax, Inc. d/b/a Compusa and Tigerdirect, Inc.) |
| Anthony S. Gabrielson<br>Benjamin T. Horton<br>Thomas L. Duston<br>Marshall, Gerstein & Borun LLP<br>233 S. Wacker Dr.<br>6300 Willis Tower<br>Chicago, Illinois 60606-6357<br>agabrielson@marshallip.com<br>bhorton@marshallip.com<br>tduston@marshallip.com | Scott F. Partridge<br>Roger J. Fulghum<br>Baker Botts L.L.P.<br>910 Louisiana<br>Suite 3000 One Shell Plaza<br>Houston, Texas 77002<br>scott.partridge@bakerbotts.com<br>roger.fulghum@bakerbotts.com<br><br>Paula Diane Heyman<br>Baker Botts LLP |

| | |
|---|---|
| Brian Craft<br>Eric H. Findlay<br>Findlay Craft LLP<br>6760 Old Jacksonville Hwy, Suite 101<br>Tyler, TX 75703<br>bcraft@findlaycraft.com<br>efindlay@findlaycraft.com<br><br>(Attorneys for Defendants, CDW Corporation f/k/a CDW Computer Centers, Inc., CDW, Inc. and CDW, LLC) | 98 San Jacinto Blvd., Suite 1500<br>Austin, Texas  78701<br>paula.heyman@bakerbotts.com<br>(Attorneys for Defendant, Dell, Inc.) |
| Ezra Sutton<br>Ezra Sutton, P.A.<br>Plaza 9, 900 Route 9<br>Woodbridge, New Jersey 07095<br>esutton@ezrasutton.com<br>(Attorney for Defendants, Fry's Electronics, Inc., Sakar International, Inc., Kohl's Illinois, Inc. and Kohl's Corporation)<br><br>Steven R. Daniels<br>W. Bryan Farney (Lead)<br>Bryan D. Atkinson<br>Dechert LLP<br>300 West 6th Street, Suite 2010<br>Austin, Texas  78701<br>steven.daniels@dechert.com<br>bryan.farney@dechert.com<br>bryan.atkinson@dechert.com<br>(Attorney for Defendants, Fry's Electronics, Inc., Hewlett-Packard Company, Micro Electronics, Inc. d/b/a Micro Center and Office Depot, Inc.) | Michael C. Smith<br>Siebman Burg Phillips & Smith, LLP<br>113 East Austin Street<br>P.O. Box 1556<br>Marshall, Texas  75671-1556<br>michaelsmith@siebman.com<br><br>Peter I. Sanborn<br>Holland & Knight LLP<br>10 St. James Avenue, 11th Floor<br>Boston, Massachusetts  02116<br>peter.sanborn@hklaw.com<br><br>R David Donoghue<br>Holland & Knight LLP<br>131 S. Dearborn Street, 30th Floor<br>Chicago, Illinois  60603<br>david.donoghue@hklaw.com<br>(Attorneys for Defendants, Jasco Products Company LLC d/b/a Jasco Products Company d/b/a Jasco a/k/a Jasco Products Company, Target Corporation and Radioshack Corporation) |
| Debby E. Gunter<br>Trey Yarbrough<br>Yarbrough ♦ Wilcox, PLLC<br>100 E. Ferguson St., Suite 1015<br>Tyler, TX 75702<br>debby@yw-lawfirm.com<br>trey@yw-lawfirm.com<br>(Attorney for Defendants Newegg, Inc., Newegg.com, Inc. and Rosewill Inc.) | Justin N. Stewart<br>John N. Zarian<br>Zarian Midgley & Johnson, PLLC<br>960 Broadway Ave., Suite 250<br>Boise, Idaho  83706<br>stewart@zarianmidgley.com<br>zarian@zarianmidgley.com<br>(Attorney for Defendant, Rosewill Inc.) |

| | |
|---|---|
| Brian Craft<br>Eric H. Findlay<br>Findlay Craft, LLP<br>6760 Old Jackson Highway, Suite 101<br>Tyler, TX 75703<br>efindlay@findlaycraft.com<br>bcraft@findlaycraft.com<br>(Attorney for Defendants, Fry's Electronics, Inc., Hewlett-Packard Company, Micro Electronics, Inc. d/b/a Micro Center and Office Depot, Inc.) | Nena Wong<br>Law Offices of Nena Wong<br>6080 Center Dr. #600<br>Los Angeles, CA 90045<br>nenawong@earthlink.net<br>(Attorney for Defendant, Phoebe Micro Inc.) |
| Victor deGyarfas<br>Foley & Lardner<br>555 S. Flower Street, Suite 3500<br>Los Angeles, California  90071<br>vdegyarfax@foley.com<br>(Attorney for Defendant, Wal-Mart Stores, Inc.) | Michael D. Harris<br>M. Kala Sarvaiya<br>Steven C. Sereboff<br>SoCal IP Law Group LLP<br>310 N. Westlake Blvd., Suite 120<br>Westlake Village, CA 91362<br>MHarris@socalip.com<br>KSarvaiya@socalip.com<br>SSereboff@socalip.com<br><br>Michael E. Jones<br>Allen F. Gardner<br>Potter Minton, PC<br>110 north College, Suite 500<br>Tyler, Texas 75702<br>mikejones@potterminton.com<br>allengardner@potterminton.com<br>(Attorney for Defendants, Baltic Latvian Universal Electronics, LLC d/b/a Blue Microphones, LLC d/b/a Blue Microphone; and Blue Microphones, LLC and J&R Electronics, Inc. d/b/a J&R (Potter Minton only) |
| Collin M. Maloney<br>Ireland Carroll & Kelley<br>6101 S. Broadway, Suite 500<br>Tyler, Texas  75703<br>fedserv@icklaw.com<br><br>Thomas G. Carulli<br>Jennifer Huang<br>Kaplan, Massamillo & Andrews, LLC<br>70 East 55th Street, 25th Floor | Herbert J. Hammond<br>Vishal Patel<br>Thompson & Knight LLP<br>One Arts Plaza<br>1722 Routh Street, Suite 1500<br>Dallas, Texas 75201<br><br>Patricia L. Davidson<br>Mirick, O'connell, DeMallie & Lougee, LLP<br>100 Front Street |

| | |
|---|---|
| New York, NY 10022<br>tcarulli@kmalawfirm.com<br>jhuang@kmalawfirm.com<br>(Attorneys for Defendant, Lifeworks Technology Group, LLC) | Worcester, MA 01608-1477<br>(Attorneys for Defendant, Gear Head, LLC) |
| Philip A. Werner<br>Werner Ayers, L.L.P.<br>2000 West Loop South, Suite 1550<br>Houston, Texas 77027<br>(Attorney for Defendant, jWIN Electronics, Corp.) | Steven R. Daniels<br>W. Bryan Farney (Lead)<br>Bryan D. Atkinson<br>Dechert LLP<br>300 West 6th Street, Suite 2010<br>Austin, Texas  78701<br>steven.daniels@dechert.com<br>bryan.farney@dechert.com<br>bryan.atkinson@dechert.com<br>(Attorney for Defendant, Creative Labs, Inc., Best Buy Co., Inc., Best Buy Stores, L.P. and BestBuy.com, LLC) |
| Jen-Feng Lee (Pro Hac Vice)<br>LT Pacific Law Group LLP<br>17800 Castleton Street #383<br>City of Industry, CA 91748<br>jflee@ltpacificlaw.com<br>(Attorney for Defendant, Auditek Corporation) | Peter M. Lukevich<br>Apex Juris, PLLC<br>12733 Lake City Way NE<br>Seattle, WA 98125<br>peter@apexjuris.com<br>(Attorney for Defendants, Macally Peripherals, Inc. d/b/a Macally U.S.A., MACE Group, Inc.) |
| Kent M. Adams<br>John Lynd<br>Lewis Brisbois Bisgaard & Smith, L.L.P.<br>3355 West Alabama, Suite 400<br>Houston, Texas 77098<br>kadams@lbbslaw.com<br>jlynd@lbbslaw.com<br>(Attorney for Defendant, Conn's, Inc. d/b/a Conn's) | |

 */s/ John A. Yates*
John A. Yates