# EXHIBIT A

**TABLE: List of Resellers' Products Identified in AdjustaCam's Complaint and Whether a Supplier is Accused by AdjustCam for Each Product**

| Reseller | Accused Product | Is a Supplier relevant to the Accused Product in a case brought by AdjustaCam? |
|---|---|---|
| Amazon | Blue Microphones Eyeball USB Webcam Microphone | Yes |
| | Creative Labs Creative Live Cam Video IM Pro Webcam | Yes |
| | Gear Head Quick Webcam Advanced | Yes |
| | HP Deluxe Webcam | Yes |
| | HP Pro Webcam | Yes |
| | iHome IH-W301DW MyLife Webcam[1] | Yes |
| | Kodak 1.3 MP Webcam[2] | Yes |
| | MacAlly ICECAM2 Webcam | Yes |
| | Micro Innovations Basic Webcam[3] | Yes |
| | Minoru Webcam 3D Webcam[4] | Yes |
| | Pixxo AW-I1130 Webcam[5] | Yes |
| CDW | Blue Microphones Eyeball 2.0 Webcam | Yes |
| | Creative Live! Cam Vista IM Webcam | Yes |
| | Creative Video IM Ultra Webcam | Yes |
| | HP Business Webcam | Yes |
| | HP Deluxe Webcam | Yes |
| | HP Elite Autofocus Webcam | Yes |
| | HP Premium Autofocus Webcam | Yes |
| | Tripp Lite Notebook Clip-On Camera | Settled |

---

[1] iHome branded products are associated with defendant Lifeworks.

[2] Kodak branded products are associated with defendant Sakar.

[3] The facts currently available to movants indicate that AdjustaCam cannot recover damages for infringement prior to the filing of this suit.  In February 2009—over a year before the filing of this case—Digital Innovations acquired the rights to the Micro Innovations product line, which it has owned since the start of the case.  Digital Innovations is not responsible for any conduct prior to February 2009 under 35 U.S.C. 271.

[4] Minoru branded products are associated with Promotion and Display Technology LTD ("PDT"), a defendant named by AdjustaCam in a related case; in that case, AdjustaCam asserts the '343 patent against various defendants and states in its complaint that "PDT's infringing webcams comprise at least one or more of the Minoru webcams." (See *AdjustaCam v. Atlanta Network Technologies, Inc., et al.*, Civil Action 6:10-cv-644-LED, Docket No. 1 (E.D. Tex. Dec. 2, 2010) at ¶ 36 (Exh. B)).

[5] Pixxo branded products are associated with defendant Auditek.

| Reseller | Accused Product | Is a Supplier relevant to the Accused Product in a case brought by AdjustaCam? |
|---|---|---|
| CompUSA | Blue Microphones Eyeball Webcam | Yes |
| | iHome MyLife His Home Her Home Webcam Kit | Yes |
| Dell | Creative Labs VF0420 Creative Live! Vista IM Web Camera | Yes |
| | iHome MyLife His Home Her Home Webcam Kit | Yes |
| Fry's | HP Pro Webcam | Yes |
| | Blue Microphones Mini Eyeball WebCam 2.0 | Yes |
| | Creative Live! Cam Vista IM Webcam | Yes |
| | Creative Video IM Ultra Webcam | Yes |
| | HP Desktop Web Cam | Yes |
| | HP Premium Autofocus Webcam | Yes |
| | Kodak S100 Webcam | Yes |
| | Kodak T130 Webcam | Yes |
| | Kodak W100 Twin Pack Webcams | Yes |
| | MacAlly USB 2.0 WebCam | Yes |
| | Pixxo AW-I1130 WebCam | Yes |
| | Pixxo AW-U1131 Webcam | Yes |
| Kmart | Creative Labs Live Cam Video IM Pro Webcam | Yes |
| Micro Center | Blue Microphones Eyeball 2.0 Webcam | Yes |
| | Creative Live! Cam Vista IM Webcam | Yes |
| | Creative Video IM Ultra Webcam | Yes |
| | HP Business Webcam | Yes |
| | HP Deluxe Webcam | Yes |
| | HP Elite Autofocus Webcam | Yes |
| | HP Premium Autofocus Webcam | Yes |
| | Tripp Lite Notebook Clip-On Camera | Settled |
| | WinBook WB-6185 WebCam | No |

| Reseller | Accused Product | Is a Supplier relevant to the Accused Product in a case brought by AdjustaCam? |
|---|---|---|
| NewEgg | Creative Live! Cam Video IM Pro WebCam | Yes |
| | HP Premium Autofocus Webcam | Yes |
| | iHome IH-W301DW MyLife WebCam | Yes |
| | iHome IH-W305DB MyLife MyHome YourHome Webcams | Yes |
| | iHome IH-W306DW MyLife MyHome/YourHome Webcams | Yes |
| | jWIN JCAM300 Webcam | Yes |
| | jWIN JCAM400 Webcam | Yes |
| | Micro Innovations Basic Webcam | Yes |
| | Minoru 3D Webcam | Yes |
| | Pixxo AW-I1130 | Yes |
| | Pixxo AW-M2130 WebCam | Yes |
| | Pixxo AW-U1131 WebCam | Yes |
| | Rosewill RCM-8163 Webcam | Yes |
| Office Depot | Gear Head Quick Night Vision WebCam | Yes |
| | HP Business Webcam | Yes |
| | iHome Dual WebCam Pack | Yes |
| | iHome MyLife WebCam Kit | Yes |
| | Micro Innovations WebCam Basic. | Yes |
| Overstock | Blue Microphones Eyeball 2.0 Webcam | Yes |
| | Creative Live! Cam Voice Webcam | Yes |
| | Ezonic EZCam Plus Webcam | Not currently (Named in complaint, but dismissed without prejudice) |
| | Gear Head Quick WebCam | Yes |
| | HP NX252AT Webcam | Yes |
| | iHome MyLife IH-W305DB My Home Your Home Webcam | Yes |
| | jWIN JCAM400 Webcam | Yes |
| | MacAlly IceCam2 Webcam | Yes |
| | Rosewill RCM-3201V WebCam | Yes |
| | Rosewill RCM-8163 WebCam. | Yes |
| Sears | Blue Microphones WebCam | Yes |
| | Creative Labs Live! Cam Video IM Pro Webcam | Yes |
| | Creative Labs Live! Cam Video IM Ultra Webcam | Yes |
| | iHome MyLife Dual Webcams | Yes |
| | iHome Mylife My Home Your Home Webcams | Yes |
| | iHome MyLife WebCam | Yes |
| | jWin JCAM 300 Webcam | Yes |
| | Micro Innovations Basic Webcam | Yes |

| Reseller | Accused Product | Is a Supplier relevant to the Accused Product in a case brought by AdjustaCam? |
|---|---|---|
| Target | GE[6] Picture Perfect Webcam | Yes |
| | HP Premium Autofocus Webcam | Yes |
| TigerDirect | HP NX252AA USB 2.0MP Business Webcam | Yes |
| | iHome IH¬W305DB MyLife His Home Her Home Webcam Kit | Yes |
| | Klip Xtreme KWC-101 GoCam Webcam | Settled (on information and belief) |
| | ProLynkz PWC-010 | Not currently (Named in complaint, but dismissed without prejudice) |
| Wal-Mart | Gear Head i-Level WebCam | Yes |
| | HP Elite Autofocus Webcam | Yes |
| | HP Premium USB Webcam, KQ245AA | Yes |
| | HP Pro Webcam | Yes |
| | HP USB Webcam | Yes |
| | iHome MyLife His Home, Her Home Webcam Kit | Yes |
| | iHome MyLife Webcam | Yes |
| | iHome Your Home 1.3Mega Pixel USB Webcam 2 Pack | Yes |
| | Kodak T130 Webcam | Yes |
| | MacAlly IceCam2 | Yes |
| Best Buy | Creative - Live! Cam Video IM Ultra | Yes |
| | GE Easycam | Yes |
| | GE Easycam PRO | Yes |
| | GE Perfect Image | Yes |
| | HP 2100 | Yes |
| | HP Elite Autofocus | Yes |
| | HP Webcam | Yes |
| | jWIN Webcam – black | Yes |
| | Rocketfish webcams | Yes |

---

[6] GE branded products are associated with defendant Jasco.

| Reseller | Accused Product | Is a Supplier relevant to the Accused Product in a case brought by AdjustaCam? |
|---|---|---|
| Conn's | Gearhead Quick Webcam Pro | Yes |
| | Hercules Deluxe Optical Glass[7] | Yes |
| | LifeWorks MyLife His Home Her Home | Yes |
| | Macally Ice-Cam 2 | Yes |
| J&R | Blue Microphones Eyeball | Yes |
| | Blue Microphones Eyeball 2.0 | Yes |
| | jWIN JCAM300 | Yes |
| | jWIN JCAM400 | Yes |
| | Kodak P310 | Yes |
| | Kodak W100 | Yes |
| | Macally Ice-Cam 2 | Yes |
| | Minoru 3-D webcam | Yes |
| Kohl's | Kodak W100 webcam | Yes |

---

[7] Hercules branded products are associated with Guillemot Corporation, S.A. and Guillemot, Inc. (collectively "Guillemot"), a defendant named by AdjustaCam in a related case. In that case, AdjustaCam asserts the '343 patent against various defendants and states in its complaint, "GUILLEMOT's infringing webcams comprise at least one or more of the Hercules webcams, including without limitation the Hercules Classic, Hercules Deluxe Optical Glass and/or Hercules Dualpix webcams." (See *AdjustaCam v. Atlanta Network Technologies, Inc., et al.*, Civil Action 6:10-cv-644-LED, Docket No. 1 (E.D. Tex. Dec. 2, 2010) at ¶ 33 (Exh. B)).