# EXHIBIT E



Michael Best & Friedrich LLP
Attorneys at Law
100 East Wisconsin Avenue
Suite 3300
Milwaukee, WI 53202-4108
Phone 414.271.6560
Fax 414.277.0656

**David L. De Bruin**
Direct 414.225.2776
Email dldebruin@michaelbest.com

October 19, 2010

Anthony S. Gabrielson
Benjamin T. Horton
Thomas L. Duston
**Marshall Gerstein & Borun**
233 South Wacker Drive, Suite 6300
Chicago, IL 60606

Re: *AdjustaCam LLC v. Amazon.com, Inc., et al.*, Case No. 6:10-cv-00329-LED

Dear Counsel:

This is to advise you that on October 18, 2010, Plaintiff filed a Notice of Voluntary Dismissal with prejudice of all claims against Trippe Manufacturing Company d/b/a Tripp Lite was dismissed from this action pursuant to a Settlement and License Agreement. Under the terms of the Agreement, Plaintiff, AdjustaCam LLC, entered into a Covenant Not To Sue and into a Release benefiting the manufacturers, subcontractors, distributors, resellers and customers of Trippe and its affiliates (the "Beneficiaries"). I write because you represent CDW Corporation f/k/a CDW Computer Centers, Inc. and CDW, Inc. who may benefit from this Agreement.

The Covenant Not To Sue provides Beneficiaries rights with regard to any webcam sold, offered for sale, or imported by or on behalf of Trippe or Trippe's affiliates, whether in the past, present or future, that is covered by any of the licensed patents, which includes the patent-in-suit. Similarly, the Release releases Beneficiaries to the extent of their actions in manufacturing or selling such licensed products.

Please call me if you have any questions.

Sincerely,

**MICHAEL BEST & FRIEDRICH LLP**

David L. De Bruin

DLD:lts

RECEIVED
OCT 21 2010
MARSHALL GERSTEIN