# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC<br>     *Plaintiff*<br><br>v.<br><br>AMAZON.COM, INC., *et al.*<br>     *Defendants* | Case No. 6:10-cv-329-LED<br><br>**JURY** |

## ORDER GRANTING DEFENDANTS' MOTION TO SEVER AND STAY CLAIMS AS TO RESELLER DEFENDANTS BASED ON THE CUSTOMER SUIT EXCEPTION

On this day, Defendants' Motion to Sever and Stay Claims as to Reseller Defendants Based on the Customer Suit came on for consideration. The Court, having considered the motion and finding it meritorious, hereby

ORDERS that Plaintiff's claims against Amazon.com, Inc., CDW Corporation, CDW, Inc., CompUSA.com, Inc., New CompUSA Corporation, Systemax, Inc., Dell, Inc., Fry's Electronics Inc, KMart Corporation, Micro Electronics, Inc., Newegg, Inc., Newegg.com, Inc., Office Depot, Inc., Overstock.com, Inc., Rosewill Inc., Sears Brands, LLC, Sears Holdings Corporation, Sears, Roebuck and Company, Target Corp., Tigerdirect, Inc., Wal-Mart Stores, Inc., Best Buy Co Inc, Best Buy Stores, LP, BestBuy.com, LLC, Conn's, Inc., J&R Electronics Inc., Kohl's Corporation, and Kohl's Illinois, Inc. based on products supplied, directly or indirectly, by other Defendants either in this case or in another action asserting United States Patent No. 5,855,343 (including but not limited to Civil Action No. 6:10-cv-644-LED currently pending in this Court) shall be severed and stayed until the conclusion (including all appeals) of Plaintiff's claims against these other Defendants.