IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ADJUSTACAM, LLC | § | |
| | § | |
| vs. | § | C.A. NO. 6:10-CV-329-LED |
| | § | |
| AMAZON.COM, INC., ET AL | § | |

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, M. Dru Montgomery, of The Heartfield Law Firm, is entering an appearance in this matter for Defendant, Conn's Inc. d/b/a Conn's, for the purpose of receiving notices and orders from the Court.

Dated: January 24, 2011         Respectfully submitted,

By:   /s/ M. Dru Montgomery
J. Thad Heartfield
Texas Bar No. 09346800
E-mail: thad@jth-law.com
M. Dru Montgomery
Texas Bar No. 24010800
E-mail: dru@jth-law.com
THE HEARTFIELD LAW FIRM
2195 Dowlen Road
Beaumont, Texas 77706
Telephone:  (409) 866-3318
Fax:  (409) 866-5789

COUNSEL FOR DEFENDANT,
CONN'S INC. D/B/A CONN'S

## CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 24th day of January, 2011. Any other counsel of record will be served by first class mail.

    /s/ M. Dru Montgomery
M. Dru Montgomery