IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ADJUSTACAM LLC | § § | |
| PLAINTIFFS, | § § | |
| v. | § § | Civil Action No. 6:10-cv-329-LED |
| AMAZON.COM, INC., ET AL., | § § | |
| DEFENDANTS. | § § | |

### UNOPPOSED MOTION TO WITHDRAW AS COUNSEL OF RECORD

The undersigned seeks leave of the Court to withdraw as trial counsel for Defendant jWIN Electronics Corp.

The client defendant, jWIN Electronics Corp., has consented to this motion and to the withdrawal of the undersigned as counsel.

The client defendant has indicated that the client company cannot and will not pay the undersigned's legal bills or expenses for defending this matter. Under the circumstances, the undersigned seeks to be granted leave to withdraw.

The client has been advised of Rule 26 obligations and is being made aware of the anticipated discovery and trial schedules as they are known.

Respectfully submitted,

WERNER AYERS, L.L.P.


By: _____*Philip Werner /s/*_____
      Philip Werner
      Federal ID No. 622
      State Bar No. 21190200
      1800 Bering Drive, Suite 305
      Houston, TX 77057
      Tel. (713) 626-2233
      Fax (713) 626-9708

**ATTORNEYS FOR DEFENDANT
jWIN ELECTRONICS, CORP.**

### CERTIFICATE OF NON-OPPOSITION

I HEREBY CERTIFY that I have discussed this Motion with counsel for Plaintiff, and Plaintiff is unopposed.

_____*Philip Werner /s/*_____
Philip Werner

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing instrument was forwarded to all known counsel of record by facsimile, certified mail, return receipt requested, and/or by first class United States mail on the 26th day of January, 2011.

_____*Philip Werner /s/*_____
Philip Werner

## VERIFICATION

STATE OF TEXAS §
§
COUNTY OF HARRIS §

BEFORE ME, the undersigned notary public, on this day personally appeared Scott E. Raynes, who, being by me duly sworn on his oath deposed and said that he, along with Philip Werner, are counsel for jWIN Electronics, Corp., in the captioned case, that he has read the above and foregoing Unopposed Motion to Withdraw, and that, to the best of his knowledge, the statements therein which are required to be verified are true and correct.

_____
Scott E. Raynes

SUBSCRIBED AND SWORN TO BEFORE ME on this the 26th day of January, 2011 to certify which witness my hand and official seal.

_____
NOTARY PUBLIC IN AND FOR THE STATE OF TEXAS

LISA CHERYL LINDSEY
Notary Public,
State of Texas
Comm. Exp. 04-24-12