IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ADJUSTACAM LLC | § § | |
| PLAINTIFFS, | § § | |
| v. | § § | Civil Action No. 6:10-cv-329-LED |
| AMAZON.COM, INC., ET AL., | § § | |
| DEFENDANTS. | § § | |

### ORDER

The Court having examined the foregoing Unopposed Motion to Withdraw as counsel of record and being of the opinion that good cause has been shown and that the motion should be granted.

IT IS HEREBY ORDERED that Werner Ayers, L.L.P. is permitted to withdraw as attorney of record for jWIN Electronics, Corp.

Signed on this _____ day of _____, 2011.

_____
JUDGE PRESIDING