**Appendix K**                                 Revised: 4/19/10

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
__Tyler__ DIVISION
APPLICATION TO APPEAR PRO HAC VICE

FILED CLERK
U.S. DISTRICT COURT
2011 JAN 28 AM 10: 27
TEXAS EASTERN

1. This application is being made for the following: Case # __6:10-CV-329-LED__
Style: __ADJUSTACAM LLC V AMAZON.COM, INC., ET AL__
2. Applicant is representing the following party/ies: __Newegg, Inc. and Newegg.com, Inc.__
3. Applicant was admitted to practice in __Idaho__ (state) on __8-9-2010__ (date).
4. Applicant is in good standing and is otherwise eligible to practice law before this court.
5. Applicant is not currently suspended or disbarred in any other court.
6. Applicant has/(has not had) an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.
7. Applicant has/(has not ever) had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.
8. Applicant has/(has not) been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.
9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.
10. There are no pending grievances or criminal matters pending against the applicant.
11. Applicant has been admitted to practice in the following courts:
__Virginia, District of Columbia, Idaho, US Court of Appeals for the D.C. Circuit__
12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."
13. Applicant has included the requisite $100 fee (see Local Rule AT-1(d)).
14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**
    I, __Christopher Cuneo__ do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date __1-24-2011__          Signature _____

Rcpt 6-1639

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
## APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print) Christopher Cuneo
State Bar Number 8557
Firm Name: Zarian Midgley & Johnson, PLLC
Address/P.O. Box: 960 Broadway Ave., Suite 250
City/State/Zip: Boise, ID 83706
Telephone #: 208-562-4900
Fax #: 208-562-4901
E-mail Address: cuneo@zmjlaw.com
Secondary E-Mail Address: gronberg@zmjlaw.com

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court on: **1/28/11**



David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By _____ MLL _____
Deputy Clerk