EXHIBIT 3

| Amazon | As noted at paragraph 65 of AdjustaCam's Amended Complaint in the *AdjustaCam LLC v. Amazon.com, Inc., et al.* case, upon present information and belief, Amazon's infringing apparatuses comprise at least one or more of the Blue Microphones Eyeball USB webcam Microphone, Creative Labs Creative Live Cam Video IM Pro webcam, Creative Labs Creative Live! Cam Vista IM webcam, Gear Head Quick webcam Advanced, HP Deluxe webcam, HP Premium Autofocus webcam, HP Pro webcam, iHome IH-W301DW MyLife webcam, Kodak 1.3 MP webcam, MacAlly ICECAM2 webcam, Micro Innovations Basic webcam, Minoru webcam 3D webcam and/or Pixxo AW-I1130 webcam.<br><br>Further, relative to the webcams bearing brands associated with defendants in the *AdjustaCam LLC v. Atlanta Network Technologies, et al.* lawsuit, upon present information and belief, Amazon's infringing apparatuses comprise at least one or more of the Hercules Blog webcam, Hercules Classic Link webcam, Hercules Classic Silver webcam, Hercules Deluxe Optical Glass webcam, Hercules Dualpix Chat and Show webcam, Hercules Dualpix Emotion webcam, Hercules Dualpix Exchange webcam, Hercules Dualpix HD webcam, Hercules Dualpix Infinite webcam, Agama V-1325R webcam, Agama V-2025 webcam, Agama V-2050AF webcam, Genius eFace 2025 webcam, Genius eFace 2050AF webcam, Genius Eye 312 webcam and/or Genius i-Look 300 webcam. |
|---|---|
| Auditek | As noted at paragraph 69 of AdjustaCam's Amended Complaint in the *AdjustaCam LLC v. Amazon.com, Inc., et al.* case, Auditek's infringing apparatuses comprise at least one or more of the Pixxo AW-I1130, AW-M2130 and/or AW-U1131 webcam. |
| Best Buy | As noted at paragraph 201 of AdjustaCam's Amended Complaint in the *AdjustaCam LLC v. Amazon.com, Inc., et al.* case, Best Buy's infringing apparatuses comprise at least one or more of the Creative - Live! Cam Video IM Ultra, HP 2100, HP Elite Autofocus, HP webcam, JWIN webcam – black and/or Rocketfish webcams.<br><br>Further, relative to the webcams bearing brands associated with defendants in the *AdjustaCam LLC v. Atlanta Network Technologies, et al.* lawsuit, upon present information and belief, Best Buy's infringing apparatuses comprise at least the Minoru 3D webcam. |
| Blue Microphones | As noted at paragraph 73 of AdjustaCam's Amended Complaint in |

|  | |
|---|---|
|  | the *AdjustaCam LLC v. Amazon.com, Inc., et al.* case, Blue Microphones' infringing apparatuses comprise at least one or more of the Eyeball, Mini Eyeball and/or Eyeball 2.0 webcam. |
| CDW | As noted at paragraph 77 of AdjustaCam's Amended Complaint in the *AdjustaCam LLC v. Amazon.com, Inc., et al.* case, CDW's infringing apparatuses comprise at least one or more of the Blue Microphones Eyeball 2.0 webcam, Creative Live! Cam Vista IM webcam, Creative Video IM Ultra webcam, HP Business webcam, HP Deluxe webcam, HP Elite Autofocus webcam, HP Premium Autofocus webcam. |
| Cobra Digital | As noted at paragraph 81 of AdjustaCam's Amended Complaint in the *AdjustaCam LLC v. Amazon.com, Inc., et al.* case, Cobra Digital's infringing apparatuses comprise at least the Cobra Digital 3D webcam. |
| CompUSA | As noted at paragraph 85 of AdjustaCam's Amended Complaint in the *AdjustaCam LLC v. Amazon.com, Inc., et al.* case, COMPUSA's infringing apparatuses comprise at least one or more of the Blue Microphones Eyeball webcam and/or iHome MyLife His Home Her Home webcam Kit.<br><br>Further, relative to the webcams bearing brands associated with defendants in the *AdjustaCam LLC v. Atlanta Network Technologies, et al.* lawsuit, upon present information and belief, CompUSA's infringing apparatuses comprise at least the Genius 2050AF webcam. |
| Conn's | As noted at paragraph 205 of AdjustaCam's Amended Complaint in the *AdjustaCam LLC v. Amazon.com, Inc., et al.* case, Conn's infringing apparatuses comprise at least one or more of the Gearhead Quick webcam Pro, Hercules Deluxe Optical Glass, LifeWorks MyLife His Home Her Home, and/or MacAlly Ice-Cam2 webcams.<br><br>Further, relative to the webcams bearing brands associated with defendants in the *AdjustaCam LLC v. Atlanta Network Technologies, et al.* lawsuit, upon present information and belief, Conn's infringing apparatuses comprise at least the Hercules Deluxe Optical Glass webcam. |
| Creative | As noted at paragraph 89 of AdjustaCam's Amended Complaint in the *AdjustaCam LLC v. Amazon.com, Inc., et al.* case, Creative's infringing apparatuses comprise at least one or more of the Creative Live! Cam Video IM Pro webcam, Creative Live! Cam Video IM Ultra webcam, Creative Live! Cam Vista IM webcam, Creative Live! Cam Voice and/or Creative Live! Video IM Ultra webcam. |

| Dell | As noted at paragraph 93 of AdjustaCam's Amended Complaint in the *AdjustaCam LLC v. Amazon.com, Inc., et al.* case, Dell's infringing apparatuses comprise at least one or more of the Creative Labs VF0420 Creative Live! Vista IM Web Camera and/or Lifeworks iHome MyLife His Home Her Home webcam Kit.<br><br>Further, relative to the webcams bearing brands associated with defendants in the *AdjustaCam LLC v. Atlanta Network Technologies, et al.* lawsuit, upon present information and belief, Dell's infringing apparatuses comprise at least one or more of the Hercules Classic Silver webcam, Hercules Dualpix 1.3MP webcam and/or Hercules Exchange webcam. |
|---|---|
| Digital Innovations | As noted at paragraph 97 of AdjustaCam's Amended Complaint in the *AdjustaCam LLC v. Amazon.com, Inc., et al.* case, Digital Innovations infringing apparatuses comprise at least one or more of the Basic webcam, webcam Basic, webcam IC014C and/or webcam USB 2.0 Autofocus. |
| Fry's | As noted at paragraph 105 of AdjustaCam's Amended Complaint in the *AdjustaCam LLC v. Amazon.com, Inc., et al.* case, Fry's infringing apparatuses comprise at least one or more of the HP Pro webcam, Blue Microphones Mini Eyeball webcam 2.0, Creative Live! Cam Vista IM webcam, Creative Video IM Ultra webcam, HP Desktop Web Cam, HP Premium Autofocus webcam, Kodak S100 webcam, Kodak T130 webcam, Kodak W100 Twin Pack webcams, MacAlly USB 2.0 webcam, Pixxo AW-I1130 webcam and/or Pixxo AW-U1131 webcam.<br><br>Further, relative to the webcams bearing brands associated with defendants in the *AdjustaCam LLC v. Atlanta Network Technologies, et al.* lawsuit, upon present information and belief, Fry's infringing apparatuses comprise at least one or more of the Hercules Classic, Hercules Dualpix HD, Hercules Emotion HD, Agama V-315, Agama V-2025 webcam, Agama V-2050AF Kodak P310, Kodak S-100, Kodak T-130 and/or Kodak W-100 webcam. |
| Gear Head | As noted at paragraph 109 of AdjustaCam's Amended Complaint in the *AdjustaCam LLC v. Amazon.com, Inc., et al.* case, Gear Head's infringing apparatuses comprise at least one or more of the Gearhead Quick webcam, Gearhead Quick webcam Advanced and/or i-Level webcam. |
| HP | As noted at paragraph 113 of AdjustaCam's Amended Complaint in the *AdjustaCam LLC v. Amazon.com, Inc., et al.* case, HP's infringing apparatuses comprise at least one or more of the HP Business webcam, HP Deluxe webcam, HP Desktop Web Cam, HP Elite Autofocus webcam, HP NX252AA Business webcam, |

|  | |
|---|---|
|  | HP NX252AT webcam, HP Premium Autofocus webcam, HP Premium USB webcam, HP Pro webcam, HP Elite webcam, HP USB webcam, HP VGA Desktop webcam, HP webcam 2100 and/or HP webcam for Notebooks. |
| iHome | As noted at paragraph 117 of AdjustaCam's Amended Complaint in the *AdjustaCam LLC v. Amazon.com, Inc., et al.* case, iHome's infringing apparatuses comprise at least one or more of the iHome MyLife Dual webcams, iHome MyLife His Home Her Home webcams/webcam Kit, including the IH-W305DB, iHome MyLife MyHome YourHome webcams/webcam Kit, including the IH-W306DW, iHome MyLife webcam, iHome MyLife webcam/webcam Kit and/or iHome Your Home webcam pack. |
| J&R | As noted at paragraph 209 of AdjustaCam's Amended Complaint in the *AdjustaCam LLC v. Amazon.com, Inc., et al.* case, J&R's infringing apparatuses comprise at least one or more of the Blue Microphones Eyeball, Blue Microphones Eyeball 2.0, JWIN JCAM300, JWIN JCAM400, Kodak P310, Kodak W100, Macally Ice-Cam 2 and/or Minoru 3-D webcams.<br><br>Further, relative to the webcams bearing brands associated with defendants in the *AdjustaCam LLC v. Atlanta Network Technologies, et al.* lawsuit, upon present information and belief, J&R's infringing apparatuses comprise at least one or more of the Minoru 3D webcam, Genius FaceCam 312, Genius eFace 2025 webcam, Genius eFace 2050AF, Hercules Dualpix HD webcam, Hercules Exchange Dualpix webcam, Hercules Dualpix Infinite webcam, Hercules Optical Glass webcam and/or Hercules webcam USB/VGA webcam. |
| jWIN | As noted at paragraph 125 of AdjustaCam's Amended Complaint in the *AdjustaCam LLC v. Amazon.com, Inc., et al.* case, jWIN's infringing apparatuses comprise at least one or more of the jWIN EZ-CAM Professional Series, JCAM300 and/or JCAM400. |
| KMart | As noted at paragraph 133 of AdjustaCam's Amended Complaint in the *AdjustaCam LLC v. Amazon.com, Inc., et al.* case, KMart's infringing apparatuses comprise at least the Creative Labs Live Cam Video IM Pro webcam. |
| Kohl's | As noted at paragraph 213 of AdjustaCam's Amended Complaint in the *AdjustaCam LLC v. Amazon.com, Inc., et al.* case, Kohl'S infringing apparatuses comprise at least the Kodak W100 webcam. |
| MacAlly | As noted at paragraph 141 of AdjustaCam's Amended Complaint in the *AdjustaCam LLC v. Amazon.com, Inc., et al.* case, MacAlly's infringing apparatuses comprise at least the MacAlly IceCam 2 webcam and/or MacAlly USB 2.0 webcam. |
| Micro Center | As noted at paragraph 145 of AdjustaCam's Amended Complaint in the *AdjustaCam LLC v. Amazon.com, Inc., et al.* case, Micro |

| | |
|---|---|
| | Center's infringing apparatuses comprise at least the one or more of the Blue Microphones Eyeball 2.0 webcam, Creative Live! Cam Vista IM webcam, Creative Video IM Ultra webcam, HP Business webcam, HP Deluxe webcam, HP Elite Autofocus webcam, HP Premium Autofocus webcam, and/or WinBook WB-6185 webcam.<br><br>Further, relative to the webcams bearing brands associated with defendants in the *AdjustaCam LLC v. Atlanta Network Technologies, et al.* lawsuit, upon present information and belief, Micro Center's infringing apparatuses comprise at least one or more of the eGenius V-1325, eGenius V-2025, Genius eFace 2050AF and/or Genius 315 webcam. |
| Newegg | As noted at paragraph 149of AdjustaCam's Amended Complaint in the *AdjustaCam LLC v. Amazon.com, Inc., et al.* case, Newegg's infringing apparatuses comprise at least one or more of the Creative Live! Cam Video IM Pro webcam, HP Premium Autofocus webcam, iHome IH-W301DW MyLife webcam, iHome IH-W305DB MyLife MyHome YourHome webcams, iHome IH-W306DW MyLife MyHome/YourHome webcams, jWIN JCAM300 webcam, jWIN JCAM400 webcam, Micro Innovations Basic webcam, Minoru 3D webcam, Pixxo AW-I1130, Pixxo AW-M2130 webcam, Pixxo AW-U1131 webcam and/or Rosewill RCM-8163 webcam.<br><br>Further, relative to the webcams bearing brands associated with defendants in the *AdjustaCam LLC v. Atlanta Network Technologies, et al.* lawsuit, upon present information and belief, NewEgg's infringing apparatuses comprise at least one or more of the Hercules Classic Silver webcam, Hercules Deluxe Optical Glass webcam, Hercules Dualpix Exchange webcam, Hercules 4780487 webcam, Agama V-1325R, Agama V-2025 Genius eFace 2050AF and/or Genius Facecam 312 webcam. |
| Office Depot | As noted at paragraph 153 of AdjustaCam's Amended Complaint in the *AdjustaCam LLC v. Amazon.com, Inc., et al.* case, Office Depot's infringing apparatuses comprise at least one or more of the Gear Head Quick Night Vision webcam, HP Business webcam, iHome Dual webcam Pack, iHome MyLife webcam Kit and/or Micro Innovations webcam Basic.<br><br>Further, relative to the webcams bearing brands associated with defendants in the *AdjustaCam LLC v. Atlanta Network Technologies, et al.* lawsuit, upon present information and belief, Office Depot's infringing apparatuses comprise at least one or more of the Hercules Classic webcam, Hercules Deluxe Optical Glass webcam, Hercules Dualpix webcam, Hercules Dualpix HD |

|  | webcam, Hercules Dualpix Infinite webcam Agama V-315 |
|---|---|
| Overstock | As noted at paragraph 157 of AdjustaCam's Amended Complaint in the *AdjustaCam LLC v. Amazon.com, Inc., et al.* case, Overstock's infringing apparatuses comprise at least one or more of the Blue Microphones Eyeball 2.0 webcam, Creative Live! Cam Voice webcam, Ezonic EZCam Plus webcam, Gear Head Quick webcam, HP NX252AT webcam, iHome MyLife IH-W305DB My Home Your Home webcam, JWIN JCAM400 webcam, MacAlly IceCam2 webcam, Rosewill RCM-3201V webcam and/or Rosewill RCM-8163 webcam.<br><br>Further, relative to the webcams bearing brands associated with defendants in the *AdjustaCam LLC v. Atlanta Network Technologies, et al.* lawsuit, upon present information and belief, Overstock's infringing apparatuses comprise at least one or more of the Genius FaceCam 312, Genius V-2050AF, Hercules Deluxe Optical Glass webcam, and/or Hercules 4780487 webcam. |
| RadioShack | As noted at paragraph 169 of AdjustaCam's Amended Complaint in the *AdjustaCam LLC v. Amazon.com, Inc., et al.* case, RadioShack's infringing apparatuses comprise at least the Gigaware 2.0MP (8.0MP Interpolated) PC Camera with Auto Focus. |
| Rosewill | As noted at paragraph 173 of AdjustaCam's Amended Complaint in the *AdjustaCam LLC v. Amazon.com, Inc., et al.* case, Roswill's infringing apparatuses comprise at least the RCM-3201V and/or RCM-8163 webcam. |
| Sakar | As noted at paragraph 177 of AdjustaCam's Amended Complaint in the *AdjustaCam LLC v. Amazon.com, Inc., et al.* case, Sakar's infringing apparatuses comprise at least one or more of the I-Concepts Infrared webcam, Eco Trends See Me Infrared webcam, Kodak 1.3MP, S100 webcam, T130 webcam and/or Kodak W100 Twin Pack webcam. |
| Sears | As noted at paragraph 181 of AdjustaCam's Amended Complaint in the *AdjustaCam LLC v. Amazon.com, Inc., et al.* case, SEARS' infringing apparatuses comprise at least one or more of the Blue Microphones webcam, Creative Labs Live! Cam Video IM Pro webcam, Creative Labs Live! Cam Video IM Ultra webcam, iHome MyLife Dual webcams, iHome Mylife My Home Your Home webcams, iHome MyLife webcam, jWin JCAM 300 webcam and/or Micro Innovations Basic webcam.<br><br>Further, relative to the webcams bearing brands associated with defendants in the *AdjustaCam LLC v. Atlanta Network Technologies, et al.* lawsuit, upon present information and belief, |

|  | Sears' infringing apparatuses comprise at least one or more of the Hercules Dualpix Infinite webcam, Agama V-2025 webcam and/or Agama V-2050AF webcam. |
|---|---|
| Target | As noted at paragraph 185 of AdjustaCam's Amended Complaint in the *AdjustaCam LLC v. Amazon.com, Inc., et al.* case, Target's infringing apparatuses comprise at least the HP Premium Autofocus webcam.<br><br>Further, relative to the webcams bearing brands associated with defendants in the *AdjustaCam LLC v. Atlanta Network Technologies, et al.* lawsuit, upon present information and belief, Target's infringing apparatuses comprise at least one or more of the Kodak S100 webcam, Kodak W100 webcam, Kodak 1.3 MP Twin Pack webcam, Kodak 4 MP webcam Hercules Classic webcam, Hercules Dualpix webcam, Hercules Dualpix Emotion webcam, Hercules Dualpix Exchange webcam, Hercules Dualpix HD webcam, Hercules Dualpix Infinite webcam, Hercules 4780487 webcam and/or Minoru 3D webcam. |
| TigerDirect | As noted at paragraph 189 of AdjustaCam's Amended Complaint in the *AdjustaCam LLC v. Amazon.com, Inc., et al.* case, TigerDirect's infringing apparatuses comprise at least one or more of the HP NX252AA USB 2.0MP Business webcam, iHome IHW305DB MyLife His Home Her Home webcam Kit and/or ProLynkz PWC-010.<br><br>Further, relative to the webcams bearing brands associated with defendants in the *AdjustaCam LLC v. Atlanta Network Technologies, et al.* lawsuit, upon present information and belief, TigerDirect's infringing apparatuses comprise at least one or more of the Genius 2050AF webcam, Agama V-2025 webcam, Agama V-2050AF Hercules Deluxe Optical Glass webcam, Hercules Dualpix Exchange webcam and/or Hercules Dualpix Infinite webcam. |
| Wal-Mart | As noted at paragraph 197 of AdjustaCam's Amended Complaint in the *AdjustaCam LLC v. Amazon.com, Inc., et al.* case, Wal-Mart's infringing apparatuses comprise at least one or more of the Gear Head i-Level webcam, HP Elite Autofocus webcam, HP Premium USB webcam, KQ245AA, HP Pro webcam, HP USB webcam, iHome MyLife His Home, Her Home webcam Kit, iHome MyLife webcam, iHome Your Home 1.3Mega Pixel USB webcam 2 Pack, Kodak T130 webcam and/or MacAlly IceCam2 webcam.<br><br>Further, relative to the webcams bearing brands associated with defendants in the *AdjustaCam LLC v. Atlanta Network* |

|  | *Technologies, et al.* lawsuit, upon present information and belief, Wal-Mart's infringing apparatuses comprise at least one or more of the Hercules Dualpix Emotion webcam, Hercules Optical Glass webcam, Genius Agama V-1325R webcam and/or Genius Agama V-2050AF webcam. |
|--|--|