SHOPPING CART ‖ STORE LOCATIONS ‖ IN-STORE PICKUP INFO ‖ CUSTOMER SUPPORT ‖ REBATE CENTER ‖ CAREERS

**MICRO CENTER**
computers & electronics

TX - Houston/West Loop
Monday - Saturday 10 to 9, Sunday 11 to 6
Store Hours, Information & Map »

SEARCH [___] microcenter.com    HOT DEAL ALERTS [Email Address] ▶


SHOP OUR ONLINE CATALOG

| REFURBISHED DEALS | CLEARANCE | HOT AD DEALS | COMPUTERS | APPLE | COMPUTER PARTS | ELECTRONICS | NETWORKING | ACCESSORIES | GAMING | SOFTWARE | HELP |

» SHOP BY BRAND
- Acer
- AMD
- Antec
- Apple
- Corsair
- Dell
- Hewlett Packard
- Intel
- Linksys
- Microsoft
- OCZ
- PowerSpec
- Seagate
- Sony
- Toshiba
- Western Digital

» BROWSE PRODUCTS

**COMPUTERS**
- Desktops
- Netbooks
- Laptops / Notebooks
  - Laptop Accessories
- Apple Desktops
- Apple Laptops
  - Mac Laptop Accessories
- Monitors
- iPads
- Printers
- Keyboards
- Mice
- Scanners
- Projectors

**COMPUTER PARTS**
- Processors
- Motherboards
- Hard Drives
- System Memory / RAM
- Video Cards
- Power Supplies
- Computer Cases
- Optical Drives
- Air & Liquid Cooling
- Sound Cards
- Controller Cards
- Case Accessories
- Tools

**ELECTRONICS**
- LCD, Plasma TVs
- TV Mounts & Stands
- iPods & MP3 Players
- MP3 Accessories
- GPS
- Phones, Phone Systems
- Cameras
- Digital SLRs
- Camcorders
- Camera, Camcorder Accessories
- Flash Memory
- USB Flash Drives
- Memory Card Readers
- Web Cams, Video Capture
- Security, Home Automation

**NETWORKING**
- Wireless Networking
  - Wireless Routers
  - Wireless Cards
  - Wireless Access Points
  - Antennas, Signal Boosters
- Wired Networking
  - Wired Routers
  - Wired Cards
  - Wired Hubs, Switches
- Network Hard Drives
- Networking Cables
- Modems
- Networking Tools

**ACCESSORIES**
- PrintIT Ink & Toner Finder
- Carrying Cases
- Paper
- Labels
- CD/DVD/Blu-ray Media
- Cables & Adapters
- Batteries, Chargers
- UPS, Surge Protection
- KVM
- Wristrests, Mousepads
- Office Supplies, Cleaning
- Speakers, Microphones

**GAMING**
- Used Games

Home > Customer Support > Consumer Recycling Information

# Consumer Recycling Information

## California

For information on where and how to return, recycle, and dispose of covered electronic devices and opportunities and locations for the collection or return of the device in California, please refer to www.erecycle.org.

**Información de reciclaje para el Cliente:** Para información a devolver, reciclar y disponer de los dispositivos electrónicos incluidos y las oportunidades y lugares para la recolección o devolución del dispositivo, favor de consultar la pagina de Internet www.erecycle.org.

## Illinois

Individuals who reside in Illinois may recycle their computers, computer monitors, printers and TVs by dropping them off at one of the recycling locations identified at http://www.epa.state.il.us/land/electronic-waste-recycling/collection-sites.xls. For further information concerning electronics recycling in Illinois, go to http://www.epa.state.il.us/land/electronic-waste-recycling/consumer-education.html. The website of the Illinois Environmental Protection Agency website is http://www.epa.state.il.us/land/electronic-waste-recycling.

## Indiana

Individuals who reside in Indiana may recycle their Household televisions, computer monitors and other video display devices by dropping them off at one of the recycling locations identified at www.in.gov/recycle/5636.htm. For further information concerning electronics recycling in Indiana, go to http://www.in.gov/recycle. The website of the Indiana Department of Environmental Management website is http://www.in.gov/idem

## Michigan

Consumers (personal or home business users) in Michigan may drop off and recycle PowerSpec® and WinBook® computer equipment free of charge at the locations shown below 7 days a week during normal store hours. PowerSpec® and WinBook® are trademarks of Micro Electronics, Inc., d/b/a Micro Center.

Micro Center
32800 Concord Rd.
Madison Heights , MI 48071
248-291-8400

## Minnesota

Households (personal or home business users) in Minnesota may learn where and how to recycle Divdeo Display Devices by contacting the Minnesota Pollution Control Agency at (651) 296 6300 or (800) 657 3864 or at www.pca.state.mn.us.

## Missouri

Consumers (personal or home business users) in Missouri may drop off and recycle Powerspec or Winbook computer equipment free of charge at the location shown below. This service is available for the desktop or notebook computer, including a computer monitor or other display device that does not contain a tuner (Powerspec or Winbook brands only). Computer equipment includes its accompanying keyboard and mouse if the keyboard and mouse are from the same manufacturer as the computer equipment.

Micro Center is the exclusive retailer of Powerspec or Winbook computer equipment and is conveniently located at:

Micro Center
87 Brentwood Promenade Ct.
Brentwood, MO 63144 314-252-3961

Computer equipment is accepted 7 days a week during normal store hours.

Micro Center's IPSG affiliate, the supplier of Powerspec and Winbook computer equipment, offers a no cost shipping option to Missouri residents who are not near a Micro Center store. For details on how Missouri residents may elect to receive a box and call tag to return qualified equipment to IPSG at no additional charge, go to IPSG's website, www.ipsgproducts.com/info/recycle.html, or send an email to recycle@ipsgproducts.com with your request.

## Texas

Consumers (personal or home business users) in Texas may drop off and recycle PowerSpec® and WinBook® computer equipment free of charge at the locations shown below 7 days a week during normal store hours. PowerSpec® and WinBook® are trademarks of Micro Electronics, Inc., d/b/a Micro Center.

Micro Center
1717 West Loop Dr. South
Houston , TX 77027
713-940-8500

Micro Center
13929 N. Central Expressway
Dallas , TX 75243
972-664-8500

A no cost option for shipping PowerSpec® and WinBook® computer equipment is also available for Texas residents who are not near a Micro Center store. Send an email to recycle@ipsgproducts.com with your

» CUSTOMER SUPPORT: HELP

**Credit Cards Accepted**
- Payment options for in-store and online shopping

**Check Order Status**
- How to check the status of your online order

**Shipping Options and Rates**
- Various shipping methods, costs and delivery schedules

**In-store Pickup**
- The convenience of shopping online with pickup at the store

**Returns and Exchanges**
- Guidelines and how-to instructions

**Product Availability**
- Determine when your online order will arrive

**Rebates**
- Search for rebates, current and expired, plus status and FAQs

**Shopping Exceptions**
- What qualifies as an exception, as well as information that can help you place an order

**FAQs**
- A good place to start if you have a question

**Mailing List**
- Hot offers, special savings, free in-store clinics...and more

**Online Order Support**
- How to get in touch with Live Chat, by email or phone

**Contact Technical Support**
- Your main source of support for all IPSG, PowerSpec and WinBook products

**Consumer Recycling Information**
- Recycling information for computer products

Case 6:10-cv-00329-JRG   Document 378-4   Filed 01/31/11   Page 2 of 2 PageID #:  2718

| | |
|---|---|
| Windows<br>XBOX 360<br>PS3<br>Wii<br>Macintosh<br>Nintendo DS<br>PSP<br>PS2<br>XBOX<br>GBA<br>Game Guides<br>**SOFTWARE**<br>**BOOKS**<br>**MOVIES** | request.<br><br>### Virginia<br>Consumers (personal or home business users) in Virginia may drop off and recycle PowerSpec® and WinBook® computer equipment free of charge at the locations shown below 7 days a week during normal store hours. PoweSpec® and WinBook® are trademarks of Micro Electronics, Inc., d/b/a Micro Center.<br><br>Micro Center<br>3089 Nutley St.<br>Fairfax, VA 22031<br>703-204-8400<br><br>A no cost option for shipping PowerSpec® and WinBook® computer equipment is also available for Virginia residents who are not near a Micro Center store. Send an email to recycle@ipsgproducts.com with your request. IPSG and Micro Center recovered and recycled 1,608 lbs of computer equipment in 2009. |

| » CUSTOMER SERVICE | » SHOPPING | » RESOURCES & TOOLS | » IN-DEMAND & TECH |
|---|---|---|---|
| • Customer Support and Contacts<br>• Check Order Status<br>• How To Return Merchandise<br>• Service & Repair<br>• Frequently Asked Questions (FAQs)<br>• Safe Shopping Promise<br>• Recycling | • Store Locations<br>• In-store Pickup<br>• Availability Defined<br>• Shopping Exceptions<br>• Return Policy<br>• Credit Cards Accepted<br>• Shipping and Sales Tax | • Rebate Center<br>• Ink & Toner Finder<br>• Configurators<br>• Careers<br>• VIP Pricing<br>• Site Map | • Refurbished Deals<br>• Closeouts<br>• Open Box<br>• Tech Center<br>• In-Store Clinics |

**Connect with us:**   ✉ Email Newsletters   🐦 Follow us on Twitter   👍 Become a Fan on Facebook

© Micro Electronics, Inc. | Privacy Policy | Terms & Conditions: Site | Terms & Conditions: Sale | Copyright & Trademark