

United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Sat Jan 29 04:05:47 EST 2011

Please logout when you are done to release system resources allocated for you.

List At:     OR     to record:     **Record 3 out of 4**

( Use the "Back" button of the Internet Browser to return to TESS)

## Typed Drawing

| | |
|---|---|
| **Word Mark** | WINBOOK |
| **Goods and Services** | IC 035. US 100 101 102. G & S: Computerized online retail services, retail store services, and retail mail-order and catalog services all in the field of computers, computer peripheral equipment, and computer accessories. FIRST USE: 19930316. FIRST USE IN COMMERCE: 19930316 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 75703841 |
| **Filing Date** | May 12, 1999 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | February 29, 2000 |
| **Registration Number** | 2351726 |
| **Registration Date** | May 23, 2000 |
| **Owner** | (REGISTRANT) Micro Electronics, Inc. CORPORATION DELAWARE 4119 Leap Road Hilliard OHIO 43026 |
| **Prior Registrations** | 1826856 |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20100519. |
| **Renewal** | 1ST RENEWAL 20100519 |
| **Live/Dead Indicator** | LIVE |

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY