
United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks > Trademark Electronic Search System (TESS)**

TESS was last updated on Sat Jan 29 04:05:47 EST 2011

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP] [PREV LIST] [CURR LIST] [NEXT LIST] [FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

Please logout when you are done to release system resources allocated for you.

List At:         OR        to record:        **Record 1 out of 7**

[TARR Status] [ASSIGN Status] [TDR] [TTAB Status]   *( Use the "Back" button of the Internet Browser to return to TESS)*

# ROCKETFISH

| | |
|---|---|
| **Word Mark** | ROCKETFISH |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: Accessories for MP3 players, namely, wireless headphones, wireless speakers, and cables; computer peripherals and accessories, namely, wireless USB dongles, wireless headphones, mice, keyboards and web cameras. FIRST USE: 20060927. FIRST USE IN COMMERCE: 20060927 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 78981013 |
| **Filing Date** | January 20, 2006 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | October 31, 2006 |
| **Registration Number** | 3614034 |
| **Registration Date** | April 28, 2009 |
| **Owner** | (REGISTRANT) Best Buy Enterprise Services, Inc. CORPORATION MINNESOTA 7601 Penn Avenue South Richfield MINNESOTA 55423 |

(LAST LISTED OWNER) BBY SOLUTIONS, INC. CORPORATION MINNESOTA 7601 PENN AVENUE SOUTH RICHFIELD MINNESOTA 55423

| | |
|---|---|
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Kari J. Wangensteen |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY