IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC | |
| v. | NO. 6:10-cv-329-LED |
| AMAZON.COM, INC., ET AL. | JURY |

**ORDER**

The Court, having considered Defendants' Motion to Sever and Stay (Dkt No. 370) is of the opinion that such motion should be DENIED. It is therefore;

ORDERED that Defendants' Motion to Sever and Stay is DENIED.