IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC<br><br>    PLAINTIFF,<br><br> v.<br><br>AMAZON.COM, INC.; ET AL.<br><br>    DEFENDANTS. | CIVIL ACTION NO. 6:10-CV-329-LED<br><br>JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE OF ATTORNEY ANDREW P. TOWER

Andrew P. Tower of COLLINS, EDMONDS & POGORZELSKI, PLLC hereby respectfully enters his appearance as attorney of record for Plaintiff, AdjustaCam LLC.

February 2, 2011

Respectfully submitted,

ADJUSTACAM LLC

By: /s/ Andrew P. Tower
Andrew P. Tower
Texas State Bar No. 00786291
COLLINS, EDMONDS & POGORZELSKI, PLLC
1616 S. Voss Rd., Ste. 125
Houston, Texas 77057
Telephone: (281) 501-3425
Facsimile: (832) 415-2535
atower@cepiplaw.com

ATTORNEY FOR PLAINTIFF
ADJUSTACAM LLC

### CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

February 2, 2011

/s/ Andrew P. Tower
Andrew P. Tower