IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ADJUSTACAM, LLC, | § § | |
| Plaintiff, | § § | Case No. 6:10-cv-00329-LED |
| v. | § § § | |
| AMAZON.COM, INC., ET AL., | § § § | |
| Defendants. | § § | |

## NOTICE OF APPEARANCE OF COUNSEL

Defendant, Creative Labs, Inc., files this Notice of Appearance, and hereby notifies the Court that Brian Craft, of the law firm Findlay Craft, LLP, 6760 Old Jacksonville Hwy, Suite 101, Tyler, TX  75703, Telephone (903) 534-1100, Fax (903) 534-1137, E-mail: bcraft@findlaycraft.com has entered this action as counsel for Creative Labs, Inc. In connection with this notice, Mr. Craft requests that all future pleadings and other papers filed under Fed. R. Civ. P. 5 be served on him at the above address and contact information.

Dated: February 7, 2011                                  Respectfully submitted,

                                                                               /s/ *Brian Craft*
                                                                               Brian Craft
                                                                               State Bar No. 04972020
                                                                               Findlay Craft, LLP
                                                                               6760 Old Jacksonville Hwy
                                                                               Suite 101
                                                                               Tyler, TX  75703
                                                                               (903) 534-1100
                                                                               (903) 534-1137 FAX
                                                                               bcraft@findlaycraft.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 7, 2011, I electronically filed the foregoing **NOTICE OF APPEARANCE OF COUNSEL** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

/s/ *Brian Craft*
Brian Craft