IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ADJUSTACAM, LLC | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CA NO. 6:10-CV-329-LED |
| | § | |
| AMAZON.COM, INC., ET AL | § | |
| | § | |
| Defendants. | § | |

## NOTICE OF APPEARANCE

The undersigned attorney hereby enters an appearance as additional counsel of record for Defendant, Wal-Mart Stores, Inc. and is authorized to receive service of all pleadings, notices, orders and other papers in the above-captioned matter on behalf of Wal-Mart Stores, Inc.

    Respectfully submitted,

    _/s/ Michael Smith_
    Michael C. Smith
    State Bar No. 18650410
    Siebman, Burg, Phillips & Smith, LLP
    113 E. Austin Street
    P.O. Box 1556
    Marshall, Texas 75671
    Office: (903) 938-8900
    (Fax):  (903) 767-4620
    michaelsmith@siebman.com

    COUNSEL FOR DEFENDANT
    Wal-Mart Stores, Inc.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) this the 7th day of February, 2011.  Any other counsel of record will be served by facsimile transmission and/or first class mail.

_____

Michael C. Smith