# TABLE: List of Accused Products[1]

| Reseller | Accused Product[2] | Product to be stayed | Supplier Defendant |
|---|---|---|---|
| Amazon | Blue Microphones Eyeball USB Webcam Microphone | Yes | Blue Microphones |
| | Creative Labs Creative Live Cam Video IM Pro Webcam | Yes | Creative Labs |
| | Gear Head Quick Webcam Advanced | Yes | Gear Head |
| | HP Deluxe Webcam | Yes | HP |
| | HP Pro Webcam | Yes | HP |
| | iHome IH-W301DW MyLife Webcam[3] | Yes | Lifeworks |
| | Kodak 1.3 MP Webcam[4] | Yes | Sakar |
| | MacAlly ICECAM2 Webcam | Yes | MacAlly |
| | Micro Innovations Basic Webcam[5] | Yes | Digital Innovations |
| | Minoru Webcam 3D Webcam[6] | Yes | PDT |
| | Pixxo AW-I1130 Webcam[7] | Yes | Auditek |
| CDW | Blue Microphones Eyeball 2.0 Webcam | Yes | Blue Microphones |
| | Creative Live! Cam Vista IM Webcam | Yes | Creative Labs |
| | Creative Video IM Ultra Webcam | Yes | Creative Labs |
| | HP Business Webcam | Yes | HP |
| | HP Deluxe Webcam | Yes | HP |
| | HP Elite Autofocus Webcam | Yes | HP |
| | HP Premium Autofocus Webcam | Yes | HP |
| | Tripp Lite Notebook Clip-On Camera | Settled | Tripp |

---

[1] Green highlighting denotes products and Resellers of products associated with Suppliers currently named in either this suit or *AdjustaCam II*; Yellow highlighting denotes products and Resellers of products associated with no known Suppliers currently in either suit.

[2] Plaintiff's Opp., Exh. 2 identifies, for the first time, various products purportedly associated with various Suppliers named in the *AdjustaCam II* case for some Resellers. Defendants have not had sufficient time to assess these new allegations. However, because Plaintiff admits these new products are associated with Suppliers named in *AdjustaCam II*, these products should all be stayed for this reason and are irrelevant to the outcome of the Motion.

[3] iHome branded products are associated with defendant Lifeworks.

[4] Kodak branded products are associated with defendant Sakar.

[5] The facts currently available to movants indicate that AdjustaCam cannot recover damages for infringement prior to the filing of this suit. In February 2009—over a year before the filing of this case—Digital Innovations acquired the rights to the Micro Innovations product line, which it has owned since the start of the case. Digital Innovations is not responsible for any conduct prior to February 2009 under 35 U.S.C. 271.

[6] Minoru branded products are associated with Promotion and Display Technology LTD ("PDT"), a defendant named by AdjustaCam in a related case; in that case, AdjustaCam asserts the '343 patent against various defendants and states in its complaint that "PDT's infringing webcams comprise at least one or more of the Minoru webcams." (See *AdjustaCam v. Atlanta Network Technologies, Inc., et al.*, Civil Action 6:10-cv-644-LED, Docket No. 1 (E.D. Tex. Dec. 2, 2010) at ¶ 36 (Exh. B)).

[7] Pixxo branded products are associated with defendant Auditek.

| Reseller | Accused Product | Product to be stayed | Supplier Defendant |
|---|---|---|---|
| CompUSA | Blue Microphones Eyeball Webcam | Yes | Blue Microphones |
| | iHome MyLife His Home Her Home Webcam Kit | Yes | Lifeworks |
| Dell | Creative Labs VF0420 Creative Live! Vista IM Web Camera | Yes | Creative Labs |
| | iHome MyLife His Home Her Home Webcam Kit | Yes | Lifeworks |
| Fry's | HP Pro Webcam | Yes | HP |
| | Blue Microphones Mini Eyeball WebCam 2.0 | Yes | Blue Microphones |
| | Creative Live! Cam Vista IM Webcam | Yes | Creative Labs |
| | Creative Video IM Ultra Webcam | Yes | Creative Labs |
| | HP Desktop Web Cam | Yes | HP |
| | HP Premium Autofocus Webcam | Yes | HP |
| | Kodak S100 Webcam | Yes | Sakar |
| | Kodak T130 Webcam | Yes | Sakar |
| | Kodak W100 Twin Pack Webcams | Yes | Sakar |
| | MacAlly USB 2.0 WebCam | Yes | Macally |
| | Pixxo AW-I1130 WebCam | Yes | Auditek |
| | Pixxo AW-U1131 Webcam | Yes | Auditek |
| Kmart | Creative Labs Live Cam Video IM Pro Webcam | Yes | Creative Labs |
| Micro Center | Blue Microphones Eyeball 2.0 Webcam | Yes | Blue Microphones |
| | Creative Live! Cam Vista IM Webcam | Yes | Creative Labs |
| | Creative Video IM Ultra Webcam | Yes | Creative Labs |
| | HP Business Webcam | Yes | HP |
| | HP Deluxe Webcam | Yes | HP |
| | HP Elite Autofocus Webcam | Yes | HP |
| | HP Premium Autofocus Webcam | Yes | HP |
| | Tripp Lite Notebook Clip-On Camera | Settled | Tripp |
| | WinBook WB-6185 WebCam | No | N/A |
| NewEgg | Creative Live! Cam Video IM Pro WebCam | Yes | Creative Labs |
| | HP Premium Autofocus Webcam | Yes | HP |
| | iHome IH-W301DW MyLife WebCam | Yes | Lifeworks |
| | iHome IH-W305DB MyLife MyHome YourHome Webcams | Yes | Lifeworks |
| | iHome IH-W306DW MyLife MyHome/YourHome Webcams | Yes | Lifeworks |
| | jWIN JCAM300 Webcam | Yes | jWIN |
| | jWIN JCAM400 Webcam | Yes | jWIN |
| | Micro Innovations Basic Webcam[8] | Yes | Digital Innovations |
| | Minoru 3D Webcam | Yes | PDT |
| | Pixxo AW-I1130 | Yes | Auditek |
| | Pixxo AW-M2130 WebCam | Yes | Auditek |
| | Pixxo AW-U1131 WebCam | Yes | Auditek |
| | Rosewill RCM-8163 Webcam | Yes | Rosewill |

---

[8] See footnote 5, supra.

| Reseller | Accused Product | Product to be stayed | Supplier Defendant |
|---|---|---|---|
| Office Depot | Gear Head Quick Night Vision WebCam | Yes | Gear Head |
| | HP Business Webcam | Yes | HP |
| | iHome Dual WebCam Pack | Yes | Lifeworks |
| | iHome MyLife WebCam Kit | Yes | Lifeworks |
| | Micro Innovations WebCam Basic[9] | Yes | Digital Innovations |
| Overstock | Blue Microphones Eyeball 2.0 Webcam | Yes | Blue Microphones |
| | Creative Live! Cam Voice Webcam | Yes | Creative Labs |
| | Ezonic EZCam Plus Webcam | Not currently | Ezonics |
| | Gear Head Quick WebCam | Yes | Gear Head |
| | HP NX252AT Webcam | Yes | HP |
| | iHome MyLife IH-W305DB My Home Your Home Webcam | Yes | Lifeworks |
| | jWIN JCAM400 Webcam | Yes | jWIN |
| | MacAlly IceCam2 Webcam | Yes | MacAlly |
| | Rosewill RCM-3201V WebCam | Yes | Rosewill |
| | Rosewill RCM-8163 WebCam. | Yes | Rosewill |
| Sears | Blue Microphones WebCam | Yes | Blue Microphones |
| | Creative Labs Live! Cam Video IM Pro Webcam | Yes | Creative Labs |
| | Creative Labs Live! Cam Video IM Ultra Webcam | Yes | Creative Labs |
| | iHome MyLife Dual Webcams | Yes | Lifeworks |
| | iHome Mylife My Home Your Home Webcams | Yes | Lifeworks |
| | iHome MyLife WebCam | Yes | Lifeworks |
| | jWin JCAM 300 Webcam | Yes | jWIN |
| | Micro Innovations Basic Webcam | Yes | Digital Innovations |
| Target | GE[10] Picture Perfect Webcam | Yes | Jasco |
| | HP Premium Autofocus Webcam | Yes | HP |
| TigerDirect | HP NX252AA USB 2.0MP Business Webcam | Yes | HP |
| | iHome IH¬W305DB MyLife His Home Her Home Webcam Kit | Yes | Lifeworks |
| | Klip Xtreme KWC-101 GoCam Webcam | Settled (on information and belief) | Klip |
| | ProLynkz PWC-010 | Not currently | ProLynkz |

---

[9] See footnote 5, supra.

[10] GE branded products are associated with defendant Jasco.

| Reseller | Accused Product | Product to be stayed | Supplier Defendant |
|---|---|---|---|
| Wal-Mart | Gear Head i-Level WebCam | Yes | Gear Head |
| | HP Elite Autofocus Webcam | Yes | HP |
| | HP Premium USB Webcam, KQ245AA | Yes | HP |
| | HP Pro Webcam | Yes | HP |
| | HP USB Webcam | Yes | HP |
| | iHome MyLife His Home, Her Home Webcam Kit | Yes | Lifeworks |
| | iHome MyLife Webcam | Yes | Lifeworks |
| | iHome Your Home 1.3Mega Pixel USB Webcam 2 Pack | Yes | Lifeworks |
| | Kodak T130 Webcam | Yes | Sakar |
| | MacAlly IceCam2 | Yes | MacAlly |
| Best Buy | Creative - Live! Cam Video IM Ultra | Yes | Creative Labs |
| | GE Easycam | Yes | Jasco |
| | GE Easycam PRO | Yes | Jasco |
| | GE Perfect Image | Yes | Jasco |
| | HP 2100 | Yes | HP |
| | HP Elite Autofocus | Yes | HP |
| | HP Webcam | Yes | HP |
| | jWIN Webcam – black | Yes | jWIN |
| | Rocketfish webcams | No | N/A |
| Conn's | Gearhead Quick Webcam Pro | Yes | Gear Head |
| | Hercules Deluxe Optical Glass[11] | Yes | Guillemot |
| | LifeWorks MyLife His Home Her Home | Yes | Lifeworks |
| | Macally Ice-Cam 2 | Yes | MacAlly |
| J&R | Blue Microphones Eyeball | Yes | Blue Microphones |
| | Blue Microphones Eyeball 2.0 | Yes | Blue Microphones |
| | jWIN JCAM300 | Yes | jWIN |
| | jWIN JCAM400 | Yes | jWIN |
| | Kodak P310 | Yes | Sakar |
| | Kodak W100 | Yes | Sakar |
| | Macally Ice-Cam 2 | Yes | MacAlly |
| | Minoru 3-D webcam | Yes | PDT |
| Kohl's | Kodak W100 webcam | Yes | Sakar |

---

[11] Hercules branded products are associated with Guillemot Corporation, S.A. and Guillemot, Inc. (collectively "Guillemot"), a defendant named by AdjustaCam in a related case.  In that case, AdjustaCam asserts the '343 patent against various defendants and states in its complaint, "GUILLEMOT's infringing webcams comprise at least one or more of the Hercules webcams, including without limitation the Hercules Classic, Hercules Deluxe Optical Glass and/or Hercules Dualpix webcams."  (See *AdjustaCam v. Atlanta Network Technologies, Inc., et al.*, Civil Action 6:10-cv-644-LED, Docket No. 1 (E.D. Tex. Dec. 2, 2010) at ¶ 33 (Exh. B)).