**February 7, 2011 STATUS CONFERENCES**

1:30 pm – Judge Davis called each case and parties announced ready for proceedings.  (See attached Sign-in Sheet for Attorney Appearances).

Court addressed Mr. Spangler on the Adjustacam case.  Court and parties discussed number of defendants.

Court addressed the parties on the Greenlight Case.  Court and parties discussed number of defendants.

Court re-called each case and parties announced whether they consented to proceed before him.

Mr. Henson addressed the Court on Uniloc cases and requested they be held until all cases can be combined for status conference.  Mr. Hill responded.  Court inquired of other cases.  3 other cases not yet set.  Court will take that under advisement.  Court addressed Mr. Hill on the other cases not set for status conferences.  Mr. Henson addressed the Court on one of the cases.

Ms. Elkjer addressed the Court on combining the status conferences on the Uniloc Cases.

Court in recess.

Hearing resumed:  Court grants Mr. Henson's Motion to delay cases until others are ready for Status Conference.  Court addressed Mr. Hill on international service.  Court inquired on further suits and asked that they be filed.

Court asked parties in Adjustacam and Greenlight to stay behind for further proceedings.

Judge Love gave parties their prospective Markman Hearing Dates and Jury Selection Dates as indicated below.

| Case # | Case Name | LED Markman | JDL Markman | LED Trial | JDL Trial |
|---|---|---|---|---|---|
| **609cv323** | Klausner v Qwest | 11.03.2011 | - - - | 10.01.2012 | - - - |
| **610cv329** | Adjustacam v Amazon | **FURTHER PROCEEDINGS - Dates not Given** | | | |
| **610cv361** | Patent Harbor v Audiovox | - - - | 08.11.2011 | 10.01.2012 | - - - |
| **610cv373** | Uniloc v Sony Corp | **Court granted Motion to Delay until other Uniloc cases ready for Status Conference** | | | |
| **610cv416** | B.I. Systems v Advizor | 12.08.2011 | - - - | 11.05.2012 | - - - |
| **610cv417** | VirnetX v Cisco | 01.05.2012 | - - - | 11.05.2012 | - - - |
| **610cv436** | Patent Harbor v LG | - - - | 08.11.2011 | 10.01.2012 | - - - |
| **610cv458** | Greenlight v Anigmo | **FURTHER PROCEEDINGS - Dates not Given** | | | |
| **610cv471** | Uniloc v Disk Doctors | **Court granted Motion to Delay until other Uniloc cases ready for Status Conference** | | | |
| **610cv517** | JIA Jewelry v Pandora | - - - | 09.29.2011 | 11.05.2012 | - - - |
| **610cv545** | Ivera v Hospira (CONSENT) | - - - | 01.26.2012 | - - - | 09.10.2012 |
| **610cv557** | Transdata v Centerpoint | - - - | 02.12.2012 | 11.05.2012 | - - - |

2:30 PM -  There being nothing further, Court adjourned.