# CASE NO. 6:10-CV-329

# ADJUSTACOMM
# V
# AMAZON.COM ET AL

## February 7, 2011 - STATUS CONFERENCE
### PLEASE PRINT CLEARLY

| ATTORNEY NAME | REPRESENTING |
|---|---|
| ✓ Allen Gardner | Blue Microphone & J&R .Y |
| ✓ Robert David Donoghue | Radio Shack |
| ✓ Michael Smith | Radio Shack, Walmart |
| John Lynd | Conn's, Inc |
| ✓ Trey Yarbrough | Newegg Entities + Rosewill |
| ✓ Chris Cuneo | " " " |
| ✓ Brian Craft | Amazon.com Y; CDW Y; Creative Labs Y; |
| " | Fry's Electronics; Hewlett Packard Y; |
| " | Micro Center Y; Office Depot N; |
| " | Sakar Int'l N, Best Buy Entities N, Target Y |
| ✓ Phillip Philbin | Digital Innovations |
| ✓ John Allen Yates | Overstock.com, Inc.; KMart |
| | Corporation; Sears Brands, LLC; |
| | Sears Holding Corporation |
| | d/b/a Sears; Sears, Roebuck & Company. |
| ✓ Herbert J. Hammond | Gear Head LLC |
| ✓ Mandy Nelson | Lifeworks Tech |
| Kenneth Tant Jr. | Auditek |
| ✓ Deron Dacus | Dell |
| ✓ Andrew Spangler | Adjustacam  Y |
| ✓ John Edmonds | Adjustacam |

2