IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

**DATE:** February 7, 2011

| **JUDGE** | **COURT REPORTER** |
|---|---|
| LEONARD DAVIS | Shea Sloan |

**Law Clerks**: Nicole Mitchell

| | |
|---|---|
| **ADJUSTACAM** <br><br> V <br><br> **AMAZON.COM, ET AL** | **CIVIL ACTION NO**: **6:10-CV-329** <br><br> **STATUS CONFERENCE** |

| **ATTORNEYS FOR PLAINTIFF** | **ATTORNEYs FOR DEFENDANTS** |
|---|---|
| SEE SIGN-IN SHEETS ||

On this day, came the parties by their attorneys and the following proceedings were had:

**OPEN:** 2:20 pm          **ADJOURN:** 2:55 pm

| TIME: | MINUTES: |
|---|---|
| 2:20 pm | Case called.  Parties announced ready.  See Sign-In Sheets |
| | Court addressed the parties as to lead counsel.  Mr. Spangler responded that he and Mr. Edmonds are running this case.  Court asked parties to give a brief overview of patent.  Mr. Edmonds responded. Court inquired of filing date of patent. Mr. Edmonds responded that it was filed in March 1997.  Court inquired as to number of defendants.  Mr. Edmonds responded that there are 31 defendants.  Court inquired as to settlements.  Mr. Edmonds responded.  Court inquired as to other suits.  Mr. Edmonds responded that there is another pending case, filed December and involves 2 foreign defendants and will take some time to serve.  Court asked for the domestic defendants in the other case.  Mr. Edmonds listed them.  Court inquired foreign defendants.  Mr. Edmonds responded six. |
| | Court inquired of the accused products.  Mr. Edmonds responded that are 12 defendants who brand webcams under their names and 19 sell branded webcams and a couple overlap. |
| | Court asked to hear from any defendants.  Mr. Findlay responded and filed Motion to Sever and Stay.  Mr. Findlay addressed the Court on structuring the case.  Court invited other defendants to speak if they disagree.  No response. Mr. Edmonds responded as to the Stay on the customer suit exception. |

**DAVID J. MALAND, CLERK**

**FILED:   2.7.2011**

BY: *Rosa L. Ferguson* , Courtroom Deputy

PAGE 2  - Proceedings Continued

| TIME: | MINUTES: |
|---|---|
|  | Court addressed the parties on its concern on number of defendants and litigation costs.  Court is most concerned about is ask Plaintiff in camera review of settlements.  Court addressed parties on concern of litigation cost of defense settlements and rules being used to exacerbate on cost of defense settlements and level playing field. |
|  | Mr. Edmonds responded as to whether this case falls into this group of cases and it does not.  Mr. Edmonds further addressed the Court on the technology.  Mr. Edmonds will be filing for in camera review. |
|  | Court asked for a spreadsheet to list all of the Defendants and the specifics on the settlements. |
|  | Mr. Smith addressed the Court on a some of the Court's concerns and settlements and damages models.  Court asked Mr. Edmonds to respond.  Mr. Smith responded on a real calculation of the damages model.  Mr. Edmonds responded. |
|  | Court is going to set this case for another status conference and will set forth an order and would like for Defendants to get together to put forward any suggestions to hold down litigation costs. |
| 2:55 pm | There being nothing further, Court adjourned. |