IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

ADJUSTACAM LLC

v.                                                     NO. 6:10-cv-329-LED

AMAZON.COM, INC. ET AL.                                JURY

**STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE**

The plaintiff, AdjustaCam LLC and defendant Jasco Products Company LLC D/B/A

Jasco Products Company D/B/A Jasco pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move

for an order dismissing all claims and counterclaims in this action asserted between them WITH

PREJUDICE, with each party to bear its own costs, expenses and attorneys fees.

February 11, 2011                              Respectfully submitted,

JASCO PRODUCTS COMPANY LLC                     ADJUSTACAM LLC

By: */s/ R. David Donoghue*                    By: */s/ John Edmonds*
R. David Donoghue                              John J. Edmonds – LEAD COUNSEL
HOLLAND & KNIGHT LLP                           Texas Bar No. 789758
131 South Dearborn Street, 30th floor          Michael J. Collins
Chicago, IL 60603                              Texas Bar No. 4614510
Tel: (312) 263-3600                            Henry M. Pogorzelski
Fax: (312)578-6666                             Texas Bar No. 24007852
david.donoghue@hklaw.com                       COLLINS, EDMONDS & POGORZELSKI, PLLC
                                               1616 S. Voss Rd., Suite 125
ATTORNEYS FOR JASCO PRODUCTS                   Houston, Texas 77057
COMPANY LLC                                    Telephone: (281) 501-3425
                                               Facsimile: (832) 415-2535
                                               jedmonds@cepiplaw.com
                                               mcollins@cepiplaw.com
                                               hpogorzelski@cepiplaw.com

                                               ATTORNEYS FOR PLAINTIFF
                                               ADJUSTACAM LLC

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

February 11, 2011                                    /s/ *John J. Edmonds*
                                                     John J. Edmonds