**Appendix K**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
___Tyler___ DIVISION
APPLICATION TO APPEAR PRO HAC VICE



RECEIVED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
FEB 11 2011
DAVID J. MALAND, CLERK

Revised: 4/19/10

1. This application is being made for the following: Case # 6:10-cv-00329-LED
Style: Adjustacam LLC v. Amazon.com, Inc. et al
2. Applicant is representing the following party/ies: Digital Innovations, LLC
3. Applicant was admitted to practice in Illinois (state) on 11/7/2002 (date).
4. Applicant is in good standing and is otherwise eligible to practice law before this court.
5. Applicant is not currently suspended or disbarred in any other court.
6. Applicant has/has not had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.
7. Applicant has/has not ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.
8. Applicant has/has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.
9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.
10. There are no pending grievances or criminal matters pending against the applicant.
11. Applicant has been admitted to practice in the following courts:
See Exhibit A
12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."
13. Applicant has included the requisite $100 fee (see Local Rule AT-1(d)).
14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**
I, Gary Y. Leung, do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date  2/10/11              Signature  _____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print) Gary Y. Leung
State Bar Number IL ARDC 6277889
Firm Name: McGuireWoods LLP
Address/P.O. Box: 77 West Wacker Drive, Suite 4100
City/State/Zip: Chicago IL 60601
Telephone #: 312-849-8100
Fax #: 312-641-2742
E-mail Address: gleung@mcguirewoods.com
Secondary E-Mail Address: _____

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court on: **2/14/11**

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By _____ MLL _____
Deputy Clerk

## Exhibit A

Illinois 2002

U.S. Supreme Court

U.S. Court of Appeals for the 7th Circuit

U.S. Court of Appeals for the 10th Circuit

U.S. District Court for the Northern District of Illinois, Trial Bar

U.S. District Court for the Northern District of Illinois

U.S. District Court for the Eastern District of Wisconsin

U.S. District Court for the Northern District of Indiana