IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC,<br>    Plaintiff<br><br>V.<br><br>AMAZON.COM, INC., *et al.*,<br>    Defendants | CIVIL ACTION NO. 6:10 – CV – 00329 -- LED |

### NOTICE OF APPEARANCE OF PATRICIA L. DAVIDSON

Notice is hereby given that the undersigned attorney, Patricia L. Davidson, enters her appearance in this matter as counsel for Defendant Gear Head, LLC for purposes of receiving notices and orders from the Court.

Respectfully submitted,

Patricia L. Davidson, Esq.
BBO #556647
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608-1477
Phone: (508) 791-8500
Fax:    (508) 791-8502
Email:  pdavidson@mirickoconnell.com

ATTORNEY FOR
GEAR HEAD , LLC

Dated: February 15, 2011

2

## CERTIFICATE OF SERVICE

      The undersigned certifies that the foregoing document was filed electronically on the 15th day of February, 2011 in compliance with Local Rule CV-5(a) and has been served on all counsel who have consented to electronic service and all other counsel by regular mail.

                                                        _____

                                                        Patricia L. Davidson, Esq.

Dated: February 15, 2011