# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | | |
|---|---|---|
| ADJUSTACAM, LLC. | § | |
| Plaintiff, | § | |
| vs. | § | CASE NO. 6:10-CV-329 |
| | § | PATENT CASE |
| AMAZON.COM, INC., ET AL. | § | |
| Defendants. | § | |

## ORDER

Counsel for Defendant jWin Electronics Corporation has moved to withdraw as counsel. Although jWin has indicated that it cannot and will not pay the undersigned's legal bills or expenses for defending this matter, a corporation cannot proceed in federal court without counsel. *See Rowland v. Cal. Men's Colony*, 506 U.S. 194, 201–02 (1993). Ideally, Defendant should file a Motion for Substitution of Counsel which would avoid this problem. If this cannot be done, then Defendant needs to file a Motion to Withdraw that is signed by Defendant agreeing to such withdrawal and stating that Defendant will retain new counsel within a reasonable period of time (60 days), and provide a name, address, telephone number, and email address for Defendant so Defendant will be advised of any proceedings or filings in the case.

Accordingly, the Court **DENIES** the Motion to Withdraw (Docket No. 376) without prejudice to refiling consistent with this Order.

**So ORDERED and SIGNED this 18th day of February, 2011.**



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**