IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM, LLC,<br><br>    *Plaintiff*,<br><br>v.<br><br>AMAZON.COM, INC., *et al.*,<br><br>    *Defendants*. | Case No. 6:10-cv-00329-LED<br><br>JURY TRIAL DEMANDED |

**JOINT MOTION FOR EXTENSION OF TIME TO SUBMIT
PROPOSED DOCKET CONTROL ORDER AND DISCOVERY ORDER**

TO THE HONORABLE JUDGE OF SAID COURT:

I.

NOW COMES, Plaintiff and Defendants in the above captioned action and move the Court to extend the time within which the parties are required to file a Docket Control Order and Discovery Order to fourteen days after the follow-up status conference.

II.

The parties attended a status conference on February 7, 2011. At this conference, the Court wanted to hold a follow-up status conference and did not assign a trial date or claim construction hearing date. The Court intends to hold a follow-up status conference in the near future and will assign a trial date and claim construction hearing date at that time. The Order (Dkt. No. 371) that set the first status conference for February 7 provided that a Docket Control Order and Discovery Order was to be filed fourteen days after the status conference. Since a follow-up status conference is to be scheduled, the parties request that the deadline to file an

agreed Docket Control Order and Discovery Order, or competing versions if agreement cannot be reached, be extended to fourteen days after the follow-up status conference.

III.

The parties seek this extension of time not for delay, but for good cause so that justice may be served.

WHEREFORE, Plaintiff and Defendants respectfully request that the time to file an agreed Docket Control Order and Discovery Order, or competing versions if agreement cannot be reached, be extended to fourteen days after the follow-up status conference.

Dated: February 21, 2011                                    Respectfully submitted,

By: */s/ Brian Craft*
Brian Craft
State Bar No. 04972020
Eric H. Findlay
State Bar No. 00789886
FINDLAY CRAFT, LLP
6760 Old Jacksonville Highway,
Suite 101
Tyler, TX 75703
Phone: (903) 534-1100
Fax: (903) 534-1137
Email: efindlay@findlaycraft.com
Email: bcraft@findlaycraft.com
James E. Geringer (admitted *pro hac vice*)
james.geringer@klarquist.com
Salumeh R. Loesch , OR State Bar No. 090074
salumeh.loesch@klarquist.com
KLARQUIST SPARKMAN, LLP
121 S.W. Salmon Street, Suite 1600
Portland, Oregon 97204
Telephone: (503) 595-5300
Facsimile: (503) 595-5301

ATTORNEYS FOR DEFENDANT
AMAZON.COM, INC.

By: */s/ John J. Edmonds (with permission)*
John J. Edmonds – LEAD COUNSEL
Texas Bar No. 789758
Michael J. Collins
Texas Bar No. 4614510
Henry M. Pogorzelski
Texas Bar No. 24007852
Erick Robinson
Texas Bar No. 24039142
COLLINS, EDMONDS & POGORZELSKI, PLLC
1616 S. Voss Road, Suite 125
Houston, Texas 77057
Telephone: (281) 501-3425
Facsimile: (832) 415-2535
jedmonds@cepiplaw.com
mcollins@cepiplaw.com
hpogorzelski@cepiplaw.com
erobinson@cepiplaw.com

Andrew W. Spangler
Texas Bar No. 24041960
Spangler Law P.C.
208 N. Green Street, Suite 300
Longview, Texas 75601
(903) 753-9300
(903) 553-0403 (fax)
spangler@spanglerlawpc.com

ATTORNEYS FOR PLAINTIFF
ADJUSTACAM LLC

By: *Jen-Feng Lee (with permission)*
Jen-Feng Lee, *Pro Hac Vice*
LT Pacific Law Group LLP
17800 Castleton Street, Suite 383
City of Industry, CA 91748
Tel: (626) 810-7200
Fax: (626) 810-7300

ATTORNEYS FOR DEFENDANT
AUDITEK CORPORATION

By: /s/ *Michael E. Jones* (with

3

permission)
Michael E. Jones
Texas State Bar No. 10929400
Allen F. Gardner
Texas State Bar No. 24043679
110 N. College Ave.
Suite 500 Plaza Tower (75702)
P.O. Box 359
Tyler, Texas 75710
Telephone: 903.597.8311
Fax: 903.593.0846
Email:
mikejones@potterminton.com
Email:
allengardner@potterminton.com

Of Counsel :

Michael D. Harris, Cal. Bar No. 59,470
MHarris@socalip.com
Steven C. Sereboff, Cal. Bar No. 156,731
SSereboff@socalip.com
Kala Sarvaiya, Cal. Bar No. 238,453
KSarvaiya@socalip.com
SOCAL IP LAW GROUP LLP
310 N. Westlake Blvd., Suite 120
Westlake Village, CA 91362-3788
Phone: (805) 230-1350 • Fax: (805) 230-1355

ATTORNEYS FOR DEFENDANT
BLUE MICROPHONES, LLC

By: /s/ *Michael E. Jones* (with permission)
Michael E. Jones
Texas State Bar No. 10929400
Allen F. Gardner
Texas State Bar No. 24043679
110 N. College Ave.
Suite 500 Plaza Tower (75702)
P.O. Box 359
Tyler, Texas 75710
Telephone: 903.597.8311

Fax: 903.593.0846
Email: mikejones@potterminton.com
Email: allengardner@potterminton.com

Of Counsel :

Michael D. Harris, Cal. Bar No. 59,470
MHarris@socalip.com
Steven C. Sereboff, Cal. Bar No. 156,731
SSereboff@socalip.com
Kala Sarvaiya, Cal. Bar No. 238,453
KSarvaiya@socalip.com
SOCAL IP LAW GROUP LLP
310 N. Westlake Blvd., Suite 120
Westlake Village, CA 91362-3788
Phone: (805) 230-1350 • Fax: (805) 230-1355

ATTORNEYS FOR DEFENDANT BALTIC LATVIAN UNIVERSAL ELECTRONICS, LLC D/B/A BLUE MICROPHONES, LLC D/B/A BLUE MICROPHONE

*By: /s/ Brian Craft*
Brian Craft
State Bar No. 04972020
Eric H. Findlay
State Bar No. 00789886
FINDLAY CRAFT, LLP
6760 Old Jacksonville Highway, Suite 101
Tyler, TX 75703
Phone: (903) 534-1100
Fax: (903) 534-1137
Email: efindlay@findlaycraft.com
Email: bcraft@findlaycraft.com

Thomas L. Duston
tduston@marshallip.com
Anthony S. Gabrielson
agabrielson@marshallip.com

Benjamin T. Horton
bhorton@marshallip.com
Marshall, Gerstein & Borun LLP
6300 Sears Tower
233 South Wacker Drive
Chicago, IL 60606-6357
(312) 474-6300

ATTORNEYS FOR DEFENDANT
CDW CORPORATION

By: */s /David W. Denenberg (with permission)*
David W. Denenberg
DD9951 (admitted in E.D. Texas *pro hac vice*)
200 Garden City Plaza
Garden City, New York 11530
(516) 247-4440 (Telephone)
(516) 248-6422 (Facsimile)
dwd@dmlegal.com

ATTORNEYS FOR DEFENDANT
COMPUSA.COM, INC.

*By: /s/Allison Standish Miller (with permission)*
Allison Standish Miller
Texas Bar No. 24046440
Federal I.D. No. 602411
Email amiller@sschlaw.com
2777 Allen Parkway, 7th Floor
Houston, Texas 77019
Telephone No. (713) 650–6600
Telecopier No. (713) 650–1720

COUNSEL FOR DEFENDANT
COBRA DIGITAL, LLC

By: */s/ Steven R. Daniels (with permission)*
W. Bryan Farney
Lead Attorney
Texas State Bar No. 06826600
Steven R. Daniels
Texas State Bar No. 24025318
Bryan D. Atkinson

6


Texas State Bar No. 24036157
DECHERT LLP
300 W. 6th Street, Suite 2010
Austin, Texas 78701
Telephone: (512) 394-3000
Facsimile: (512) 394-3001
E-mails: bryan.farney@dechert.com
steven.daniels@dechert.com
bryan.atkinson@dechert.com

ATTORNEYS FORDEFENDANT
CREATIVE LABS, INC.

By: */s/ Roger Fulghum (with permission)*
Scott F. Partridge
Lead Attorney
Texas State Bar No. 00786940
Roger Fulghum
Texas State Bar No. 00790724
BAKER BOTTS L.L.P.
One Shell Plaza
910 Louisiana Street
Houston, Texas 77002-4995
Telephone: (713) 229-1569
Facsimile: (713) 229-7769
E-mail: scott.partridge@bakerbotts.com
E-mail: roger.fulghum@bakerbotts.com

Paula D. Heyman
Texas State Bar No. 24027075
BAKER BOTTS L.L.P.
98 San Jacinto Boulevard
Suite 1500
Austin, Texas 78701-4078
Telephone: (512) 322-2555
Facsimile: (512) 322-3610
E-mail: paula.heyman@bakerbotts.com

ATTORNEYS FOR DEFENDANT
DELL INC.

By: */s/ Phillip B. Philbin (with*

*permission)*
Phillip B. Philbin
phillip.philbin@haynesboone.com
Texas State Bar No. 15909020
HAYNES AND BOONE, L.L.P.
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Tel: 214-651-5000
Fax: 214-651-5940

ATTORNEYS FOR DEFENDANT
DIGITAL INNOVATIONS, LLC

By: */s/ Brian Craft*
Brian Craft
State Bar No. 04972020
Eric H. Findlay
State Bar No. 00789886
FINDLAY CRAFT, LLP
6760 Old Jacksonville Highway,
Suite 101
Tyler, TX 75703
Phone: (903) 534-1100
Fax: (903) 534-1137
Email: efindlay@findlaycraft.com
Email: bcraft@findlaycraft.com

W. Bryan Farney
Lead Attorney
Texas State Bar No. 06826600
Steven R. Daniels
Texas State Bar No. 24025318
Bryan D. Atkinson
Texas State Bar No. 24036157
DECHERT LLP
300 W. 6th Street, Suite 2010
Austin, Texas 78701
Telephone: (512) 394-3000
Facsimile: (512) 394-3001
E-mails: bryan.farney@dechert.com
         steven.daniels@dechert.com
         bryan.atkinson@dechert.com

ATTORNEYS FOR DEFENDANTS
HEWLETT-PACKARD
COMPANY, FRY'S

8

ELECTRONICS, INC.,
MICROCENTER ELECTRONICS,
INC., AND OFFICE DEPOT, INC.

By: */s/ Herbert J. Hammond (with permission)*
Herbert J. Hammond
Attorney-In-Charge
State Bar No. 08858500
Vishal Patel
State Bar No. 24065885
THOMPSON & KNIGHT LLP
One Arts Plaza
1722 Routh St., Suite 1500
Dallas, Texas 75201
(214) 969-1700
(214) 969-1751 (Fax)

Patricia L. Davidson
MIRICK, O'CONNELL,
DEMALLIE &LOUGEE,
LLP
100 Front Street
Worcester, Massachusetts 01608-1477
(508) 860-1540
(508) 983-6240 (Fax)

ATTORNEYS FOR DEFENDANT
GEAR HEAD, LLC

By: */s/ Michael C. Smith (with permission)*
Michael C. Smith
Siebman, Burg, Phillips & Smith, LLP
113 East Austin Street
P.O. Box 1556
Marshall, Texas 75671-1556
(903) 938-8900 (office)
(972) 767-4620 (fax)
michaelsmith@siebman.com

OF COUNSEL:
R. David Donoghue
HOLLAND & KNIGHT LLP

9

131 South Dearborn Street, 30th floor
Chicago, IL 60603
Tel: (312) 263-3600
Fax: (312)578-6666
david.donoghue@hklaw.com
Peter Sanborn
HOLLAND & KNIGHT LLP
10 St. James Ave.
Boston, MA 02116
Tel: (617) 523-2700
Fax: (617) 523-6850
peter.sanborn@hklaw.com

ATTORNEYS FOR DEFENDANT JASCO PRODUCTS COMPANY, LLC.

By: */s/ Philip Werner (with permission)*
Philip A. Werner
Texas Bar No. 21190200
2000 West Loop South, Suite 1550
Houston, Texas 77027
(713) 626-2233
(713) 626-9708 (Fax)

ATTORNEYS FOR DEFENDANT JWIN ELECTRONICS CORPORATION

By: */s/ John H. Barr, Jr.(with permission)*
John H. Barr, Jr.
Attorney-in-Charge
State Bar No. 00783605
711 Louisiana, Suite 2300
Houston, Texas 77002
(713) 223-2300 - Telephone
(713) 221-1212 – Facsimile

Of counsel:
Christopher A. Shield
State Bar No. 24046833
John A. Yates
State Bar No. 24056569

        Bracewell & Giuliani LLP
        711 Louisiana, Suite 2300
        Houston, Texas 77002
        (713) 223-2300 - Telephone
        (713) 221-1212 – Facsimile

        ATTORNEY FOR DEFENDANT
        KMART CORPORATION


        By: */s/ Thomas Carulli (with permission)*
        Thomas G. Carulli
        Kaplan, Massamillo & Andrews, LLC
        70 East 55th Street, 25th Floor
        New York, NY 10022
        Tel: (212) 991-5916
        Fax: (212) 922-0530
        Email: tcarulli@kmalawfirm.com

        Collin Maloney
        State Bar No. 00794219
        Ireland, Carroll & Kelley, P.C.
        6101 S. Broadway, Suite 500
        Tyler, Texas 75703
        Tel: (903) 561-1600
        Fax: (903) 581-1071
        Email: fedserv@icklaw.com

        ATTORNEY FOR DEFENDANT
        LIFEWORKS TECHNOLOGY
        GROUP, LLC

        By:*/s/ Peter M. Lukevich (with permission)*
        Attorney at Law
        APEX JURIS, PLLC
        12733 Lake City Way NE
        peter@apexjuris.com
        Seattle, WA 98125
        Telephone: (206) 664.0314
        Facsimile: (206) 664.0329

        ATTORNEY FOR DEFENDANT
        MACALLY PERIPHERALS, INC.

D/B/A MACALLY U.S.A.

By:*/s/ Peter M. Lukevich (with permission)*
Attorney at Law
APEX JURIS, PLLC
12733 Lake City Way NE
peter@apexjuris.com
Seattle, WA 98125
Telephone: (206) 664.0314
Facsimile: (206) 664.0329

ATTORNEY FOR DEFENDANT
MACE GROUP, INC.

By: */s /David W. Denenberg (with permission)*
David W. Denenberg
DD9951 (admitted in E.D. Texas *pro hac vice*)
200 Garden City Plaza
Garden City, New York 11530
(516) 247-4440 (Telephone)
(516) 248-6422 (Facsimile)
dwd@dmlegal.com

ATTORNEYS FOR DEFENDANT
NEW COMPUSA CORPORATION

By: */s/Christopher J. Cuneo (with permission)*
Christopher J. Cuneo (admitted *pro hac vice*)
Zarian Midgley & Johnson PLLC
960 Broadway, Suite 250
Boise, Idaho 83706
(208) 562-4900 Telephone
(208) 562-4901 Facsimile
E-mail: cuneo@zmjlaw.com

ATTORNEYS FOR DEFENDANTS
NEWEGG INC. and
NEWEGG.COM INC.

By: */s/ John H. Barr, Jr.(with permission)*

John H. Barr, Jr.
Attorney-in-Charge
State Bar No. 00783605
711 Louisiana, Suite 2300
Houston, Texas 77002
(713) 223-2300 - Telephone
(713) 221-1212 – Facsimile

Of counsel:
Christopher A. Shield
State Bar No. 24046833
John A. Yates
State Bar No. 24056569
Bracewell & Giuliani LLP
711 Louisiana, Suite 2300
Houston, Texas 77002
(713) 223-2300 - Telephone
(713) 221-1212 – Facsimile

ATTORNEY FOR DEFENDANT
OVERSTOCK.COM, INC.

By:
Phoebe Micro Inc.
c/o Peter Sedyuen Lui
Phoebe Micro Inc
47606 Kato Road
Fremont, CA 94538
510-933-1683
Fax: 510-360-0818
Email: peter.lui@phoebemicro.com
PRO SE

Nena W Wong
Attorney at Law
6080 Center Drive
Suite 600
Los Angeles, CA 90045
310/704-6603
Fax: 310/689-2339
Email: nenawong@earthlink.net

By: */s/ Michael C. Smith (with permission)*
Michael C. Smith
Siebman, Burg, Phillips & Smith,

13

LLP
113 East Austin Street
P.O. Box 1556
Marshall, Texas 75671-1556
(903) 938-8900 (office)
(972) 767-4620 (fax)
michaelsmith@siebman.com

113 East Austin Street
P.O. Box 1556
Marshall, Texas 75671-1556
(903) 938-8900 (office)
(972) 767-4620 (fax)
michaelsmith@siebman.com

OF COUNSEL:
R. David Donoghue
HOLLAND & KNIGHT LLP
131 South Dearborn Street, 30th floor
Chicago, IL 60603
Tel: (312) 263-3600
Fax: (312)578-6666
david.donoghue@hklaw.com
Peter Sanborn
HOLLAND & KNIGHT LLP
10 St. James Ave.
Boston, MA 02116
Tel: (617) 523-2700
Fax: (617) 523-6850
peter.sanborn@hklaw.com

ATTORNEYS FOR RADIOSHACK CORPORATION

By: */s/Christopher J. Cuneo (with permission)*
Christopher J. Cuneo (admitted *pro hac vice*)
Zarian Midgley & Johnson PLLC
960 Broadway, Suite 250
Boise, Idaho 83706
(208) 562-4900 Telephone
(208) 562-4901 Facsimile
E-mail: cuneo@zmjlaw.com

ATTORNEYS FOR DEFENDANT
ROSEWILL INC.

By: */s/ John H. Barr, Jr.(with permission)*
John H. Barr, Jr.
Attorney-in-Charge
State Bar No. 00783605
711 Louisiana, Suite 2300
Houston, Texas 77002
(713) 223-2300 - Telephone
(713) 221-1212 – Facsimile

Of counsel:
Christopher A. Shield
State Bar No. 24046833
John A. Yates
State Bar No. 24056569
Bracewell & Giuliani LLP
711 Louisiana, Suite 2300
Houston, Texas 77002
(713) 223-2300 - Telephone
(713) 221-1212 – Facsimile

ATTORNEY FOR DEFENDANTS
SEARS BRANDS, LLC., SEARS HOLDING
CORPORATION D/B/A SEARS, AND
SEARS, ROEBUCK AND COMPANY

By: */s/ Ezra Sutton (with permission)*
Ezra Sutton
Ezra Sutton & Associates PA
900 Route 9 North
Woodbridge, NJ 07095
732-634-3520
Fax: 732-634-3511
Email: esutton@ezrasutton.com

ATTORNEY FOR DEFENDANT
SAKAR INTERNATIONAL, INC.

By: */s /David W. Denenberg (with permission)*

15

David W. Denenberg
DD9951 (admitted in E.D. Texas *pro hac vice*)
200 Garden City Plaza
Garden City, New York 11530
(516) 247-4440 (Telephone)
(516) 248-6422 (Facsimile)
dwd@dmlegal.com

ATTORNEYS FOR DEFENDANT SYSTEMAX, INC. D/B/A COMPUSA

By: /s/ *Michael C. Smith (with permission)*
Michael C. Smith
Siebman, Burg, Phillips & Smith, LLP
113 East Austin Street
P.O. Box 1556
Marshall, Texas 75671-1556
(903) 938-8900 (office)
(972) 767-4620 (fax)
michaelsmith@siebman.com

OF COUNSEL:
R. David Donoghue
HOLLAND & KNIGHT LLP
131 South Dearborn Street, 30th floor
Chicago, IL 60603
Tel: (312) 263-3600
Fax: (312)578-6666
david.donoghue@hklaw.com
Peter Sanborn
HOLLAND & KNIGHT LLP
10 St. James Ave.
Boston, MA 02116
Tel: (617) 523-2700
Fax: (617) 523-6850
peter.sanborn@hklaw.com

ATTORNEYS FOR DEFENDANT TARGET CORP.

By: */s /David W. Denenberg (with*

*permission)*
David W. Denenberg
DD9951 (admitted in E.D. Texas *pro hac vice*)
200 Garden City Plaza
Garden City, New York 11530
(516) 247-4440 (Telephone)
(516) 248-6422 (Facsimile)
dwd@dmlegal.com

ATTORNEYS FOR DEFENDANT
TIGERDIRECT, INC.


By: */s/ Victor de Gyarfas (with permission)*
Victor de Gyarfas
Attorney-in-Charge
(Texas Bar No. 24071250)
e-mail: vdegyarfas@foley.com
FOLEY & LARDNER LLP
555 South Flower Street, Suite 3500
Los Angeles, CA 90071-2411
213.972.4500
213.486.0065

ATTORNEY FOR DEFENDANT
WAL-MART STORES, INC.

By: */s/ Steven R. Daniels (with permission)*
W. Bryan Farney
Lead Attorney
Texas State Bar No. 06826600
Steven R. Daniels
Texas State Bar No. 24025318
Bryan D. Atkinson
Texas State Bar No. 24036157
DECHERT LLP
300 W. 6th Street, Suite 2010
Austin, Texas 78701
Telephone: (512) 394-3000
Facsimile: (512) 394-3001
E-mails: bryan.farney@dechert.com
steven.daniels@dechert.com
bryan.atkinson@dechert.com

17

ATTORNEYS FOR DEFENDANTS
BEST BUY CO., INC., BEST BUY
STORES, L.P. AND
BESTBUY.COM,
LLC

By: */s/ Kent M. Adams*
KENT M. ADAMS
Texas Bar No. 00869200
JOHN LYND
Texas Bar No. 24011213
3355 West Alabama, Suite 400
Houston, Texas 77098
(713) 659-6767 – Phone
(713) 759-6830 – Fax
kdams@lbbslaw.com
jlynd@lbbslaw.com

ATTORNEYS FOR DEFENDANT
CONN'S, INC., D/B/A CONN'S

By: */s/ Michael E. Jones (with permission)*
Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
Allen F. Gardner
State Bar No. 24043679
allengardner@potterminton.com
POTTER MINTON
A Professional Corporation
110 N. College Ave., Suite 500
Tyler, Texas 75702
Tel: (903) 597 8311
Fax: (903) 593 0846

ATTORNEYS FOR DEFENDANT
J&R ELECTRONICS, INC.

By: */s/ Ezra Sutton (with permission)*
Ezra Sutton
Ezra Sutton & Associates PA
900 Route 9 North
Woodbridge, NJ 07095
732-634-3520

                                                Fax: 732-634-3511
                                                Email: esutton@ezrasutton.com

                                                ATTORNEY FOR DEFENDANT
                                                KOHLS CORPORATION D/B/A
                                                KOHL'S AND KOHL'S ILLINOIS,
                                                INC.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic service are being served with a copy of this **JOINT MOTION FOR EXTENSION OF TIME TO SUBMIT PROPOSED DOCKET CONTROL ORDER AND DISCOVERY ORDER**, *via* the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 21st day of February 2011.

                                                */s/ Brian Craft*
                                                Brian Craft