IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM, LLC,<br><br>    *Plaintiff*,<br><br>    v.<br><br>AMAZON.COM, INC., *et al.*,<br><br>    *Defendants.* | Case No. 6:10-cv-00329-LED<br><br>JURY TRIAL DEMANDED |

### ORDER

On this day came on to be considered Plaintiff and Defendants' Joint Motion for Extension of Time to Submit Agreed Docket Control Order and Discovery Order, and the Court is of the opinion that the motion should be GRANTED, it is therefore,

ORDERED, ADJUDGED and DECREED that the Joint Motion to Extend Time be granted and that the parties be given fourteen days after the follow up status conference to file an agreed Docket Control Order and Discovery Order or competing versions if agreement cannot be reached.

**So ORDERED and SIGNED this 23rd day of February, 2011.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**