IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC | |
| v. | NO. 6:10-CV-329-LED |
| AMAZON.COM, INC., ET AL. | JURY |

**PLAINTIFF'S NOTICE OF COMPLIANCE WITH *EN CAMERA* SETTLEMENT SUBMISSION; AND REQUEST FOR RESCHEDULED <u>CASE MANAGEMENT CONFERENCE</u>**

Plaintiff AdjustaCam LLC hereby notifies the Court and the Defendants that it has complied with the Court's Order by making an *en camera* submission to the Court regarding its settlements to date.

In addition, since the Court's case management conference was continued without the setting of dates for trial or *Markman*, Plaintiff respectfully requests that the Court reschedule the case management conference at its earliest convenience.

February 28, 2011

Respectfully submitted,

ADJUSTACAM LLC

By: <u>/s/ *John J. Edmonds*</u>
John J. Edmonds – LEAD COUNSEL
Texas Bar No. 789758
Andrew P. Tower
Texas Bar No. 786291
Michael J. Collins
Texas Bar No. 4614510
COLLINS, EDMONDS & POGORZELSKI, PLLC
1616 S. Voss Road, Suite 125
Houston, Texas 77057
Telephone: (281) 501-3425
Facsimile: (832) 415-2535
jedmonds@cepiplaw.com
atower@cepiplaw.com
mcollins@cepiplaw.com

        Andrew W. Spangler
        Texas Bar No. 24041960
        Spangler Law P.C.
        208 N. Green Street, Suite 300
        Longview, Texas 75601
        (903) 753-9300
        (903) 553-0403 (fax)
        spangler@spanglerlawpc.com

        ATTORNEYS FOR PLAINTIFF
        ADJUSTACAM LLC

## CERTIFICATE OF SERVICE

     I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

February 28, 2011                /s/ *John J. Edmonds*
                                        John J. Edmonds