IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM, LLC. § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | CASE NO. 6:10-CV-329 |
| § | PATENT CASE |
| § | |
| AMAZON.COM, INC., ET AL. § | |
| § | |
| Defendants. § | |

# ORDER

In light of the number of defendants in this case, the Court sets a status conference on March 24, 2011 at 9 a.m. The parties should be prepared to discuss, among other things, plaintiff's litigation and settlement strategy, including the *in camera* review of the licenses or settlements reached in the instant or prior cases involving the patents-in-suit. The parties should also be prepared to discuss the possibility of staged trials, phased by issue, e.g. validity with infringement to follow, or by defendant(s). The parties will be expected to present the Court with viable and good faith suggestions regarding the efficient and economical streamlining of discovery for this case. The Court will also address the claim construction process and encourage the parties to narrow the disputed claim terms to ensure an efficient and orderly *Markman* hearing. Lead and local counsel are expected to attend.

So ORDERED and SIGNED this 1st day of March, 2011.



_____
LEONARD DAVIS
UNITED STATES DISTRICT JUDGE