# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM, LLC, | |
| **Plaintiff**, | CIVIL ACTION NO. 6:10-cv-329-LED |
| v. | |
| AMAZON.COM, INC., *et al.*, | |
| **Defendants**. | |

## UNOPPOSED MOTION TO WITHDRAW ATTORNEY

TO THE HONORABLE JUDGE OF SAID COURT:

Attorney Walter W. Lackey, Jr. files this unopposed motion to withdraw as counsel for Cobra Digital, LLC.

Cobra Digital, LLC is currently represented by Allison Standish Miller of the law firm Shepherd, Scott, Clawater & Houston, LLP and by Steven Robert Daniels of the law firm Dechert LLP and will not be prejudiced by this withdrawal.

Dated: March 21, 2011

Respectfully submitted,

By: */s/ Walter W. Lackey, Jr.*
Walter W. Lackey, Jr.
Texas Bar No. 24050901
FINDLAY CRAFT, LLP
6760 Old Jacksonville Hwy
Suite 101
Tyler, TX 75703
Telephone: (903) 534-1100
Facsimile: (903) 534-1137
wlackey@findlaycraft.com

**Certificate of Service**

This is to certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document *via* the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 21st day of March 2011.

／s/ *Walter W. Lackey, Jr.*
Walter W. Lackey, Jr.