# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM, LLC, | |
| **Plaintiff**, | **CIVIL ACTION NO. 6:10-cv-329-LED** |
| v. | |
| AMAZON.COM, INC., *et al.*, | |
| **Defendants**. | |

## ORDER

Came on to be considered the Unopposed Motion to Withdraw Attorney Walter W. Lackey, Jr., and the Court being of the opinion that the same should be GRANTED, it is therefore,

ORDERED, ADJUDGED and DECREED that the Motion to Withdraw be granted and that Attorney Walter W. Lackey, Jr. be withdrawn as counsel for Cobra Digital, LLC.