IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ADJUSTACAM LLC | § | |
| | § | Civil Action No. 6:10-cv-00329LED |
| v. | § | |
| | § | |
| AMAZON.COM, INC., et al | § | |

### NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL FOR DEFENDANTS BLUE MICROPHONES, LLC, BALTIC LATVIAN UNIVERSAL ELECTRONICS, LLC D/B/A BLUE MICROPHONES, LLC D/B/A BLUE MICROPHONE AND J&R ELECTRONICS, INC. D/B/A J&R

Defendants Blue Microphones, LLC, Baltic Latvian Universal Electronics, LLC D/B/A Blue Microphones, LLC D/B/A Blue Microphone and J&R Electronics, Inc. D/B/A J&R (herein, "Defendants") file this Notice of Appearance of Additional Counsel and hereby notifies the Court that John F. Bufe of the law firm Potter Minton, A Professional Corporation, 110 North College Ave., Suite 500, Tyler, Texas 75702 is appearing as additional counsel for Defendants in the above-referenced matter. All pleadings, discovery, correspondence and other material should be served upon counsel at the address referenced above.

Dated: March 22, 2011

Respectfully submitted,

**POTTER MINTON**
A Professional Corporation
110 N. College Ave., Suite 500
Tyler, Texas  75702
(903) 597 8311
(903) 593 0846 (Facsimile)

By: */s/ John F. Bufe*

John F. Bufe
State Bar No. 03316930
johnbufe@potterminton.com

                                              **ATTORNEYS FOR DEFENDANTS BLUE MICROPHONES, LLC, BALTIC LATVIAN UNIVERSAL ELECTRONICS, LLC D/B/A BLUE MICROPHONES, LLC D/B/A BLUE MICROPHONE AND J&R ELECTRONICS, INC. D/B/A J&R**

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service and are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on March 22, 2011. Any other counsel of record will be served by First Class U.S. mail on this same date.

                                              */s/ John F. Bufe*
                                              John F. Bufe