IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ADJUSTACAM LLC | § | |
| | § | Civil Action No. 6:10-cv-00329LED |
| v. | § | |
| | § | |
| AMAZON.COM, INC., et al | § | |

### NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL FOR DEFENDANT BALTIC LATVIAN UNIVERSAL ELECTRONICS, LLC D/B/A BLUE MICROPHONES, LLC D/B/A BLUE MICROPHONE

Defendant Baltic Latvian Universal Electronics, LLC D/B/A Blue Microphones, LLC D/B/A Blue Microphone files this Notice of Appearance of Additional Counsel and hereby notifies the Court that Michael E. Jones of the law firm Potter Minton, A Professional Corporation, 110 North College Ave., Suite 500, Tyler, Texas 75702 is appearing as additional counsel for Defendant in the above-referenced matter. All pleadings, discovery, correspondence and other material should be served upon counsel at the address referenced above.

Dated: March 22, 2011

Respectfully submitted,

**POTTER MINTON**
A Professional Corporation
110 N. College Ave., Suite 500
Tyler, Texas  75702
(903) 597 8311
(903) 593 0846 (Facsimile)

By: */s/ Michael E. Jones*

Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com

**ATTORNEYS FOR DEFENDANTS BALTIC LATVIAN UNIVERSAL ELECTRONICS, LLC D/B/A BLUE MICROPHONES, LLC D/B/A BLUE MICROPHONE**

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service and are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on March 22, 2011.  Any other counsel of record will be served by First Class U.S. mail on this same date.

*/s/ Michael E. Jones*
Michael E. Jones

{LNW\8581\0001\W0464755.1 }