IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **ADJUSTACAM, LLC** <br><br> v. <br><br> **AMAZON.COM, INC., ET AL** | No. 6:10-CV-329-LED |

**NOTICE OF APPEARANCE OF COUNSEL**

Defendant Dell Inc. hereby notifies the Court that Shannon Dacus of the firm Ramey & Flock, P.C., 100 E. Ferguson, Suite 500, Tyler, TX 75702, Phone (903) 597-3301, Fax (903) 597-2413, E-mail: sdacus@rameyflock.com has entered this action as additional counsel to be noticed on its behalf.  In connection with this notice, Ms. Dacus requests that all future pleadings and other papers filed under FED. R. CIV. P. 5 be served on her at the above address and contact information.

Respectfully submitted,


*/s/ Shannon Dacus*
Shannon Dacus
Texas Bar No. 00791004
RAMEY & FLOCK, P.C.
100 East Ferguson, Suite 500
Tyler, Texas 75702
903-597-3301 (telephone)
903-597-2413 (fax)
E-mail: sdacus@rameyflock.com

## CERTIFICATE OF SERVICE

  I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  Therefore, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to Fed.R.Civ.P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of this document via email, facsimile and/or U.S. First Class Mail this 23rd day of March, 2011.

               */s/ Shannon Dacus*
               Shannon Dacus