IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC | § § § |
| Plaintiff, | § |
| v. | §   CIVIL ACTION NO. 6:10-CV-0329-LED |
| | § |
| AMAZON.COM, INC., *et al.* | § |
| | § |
| Defendants, | § |
| | § |

## NOTICE OF APPEARANCE FOR VINCENT J. ALLEN

PLEASE TAKE NOTICE that Vincent J. Allen of the law firm Carstens & Cahoon, LLP, appearing on behalf of Defendant Auditek Corporation and hereby submits this Notice of Appearance in the above captioned case and requests notice of all hearings and conferences herein and makes demand for service of all papers herein.  All notices given or required to be given in this case shall be served upon Vincent J. Allen of Carstens & Cahoon, LLP as follows:

>Vincent J. Allen
>Carstens & Cahoon, LLP
>13760 Noel Road, Suite 900
>Dallas, TX 75240
>Telephone: 972-367-2001
>Facsimile: 972-367-2002
>Email: allen@cclaw.com

Dated: March 23, 2011

        Respectfully submitted,

        **CARSTENS & CAHOON, LLP**

        /s/ Vincent J. Allen
        Vincent J. Allen
        Texas State Bar No. 24012209
        Zachary W. Hilton
        Texas State Bar No. 24036780
        13760 Noel Road, Suite 900
        Dallas, Texas 75240
        Telephone:  972-367-2001
        Facsimile:  972-367-2002
        Email: allen@cclaw.com
        ATTORNEYS FOR DEFENDANT,
        AUDITEK CORPORATION

## CERTIFICATE OF SERVICE

     I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on this the 23rd day of March, 2011  Any other counsel of record will be served by first class mail on this same date.

        /s/ Vincent J. Allen
        Vincent J. Allen