**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| ADJUSTACAM LLC, | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| v. | § | |
| | § | C.A. NO. 6:10-cv-00329-LED |
| AMAZON.COM, INC.; | § | |
| AUDITEK CORPORATION; | § | |
| BALTIC LATVIAN UNIVERSAL | § | |
| ELECTRONICS, LLC D/B/A BLUE | § | |
| MICROPHONES, LLC D/B/A BLUE | § | |
| MICROPHONE; | § | |
| BLUE MICROPHONES, LLC; | § | |
| CDW CORPORATION F/K/A CDW | § | |
| COMPUTER CENTERS, INC.; | § | |
| CDW, INC.; | § | |
| COBRA DIGITAL, LLC; | § | |
| COMPUSA.COM, INC.; | § | |
| CREATIVE TECHNOLOGY LTD.; | § | |
| CREATIVE LABS, INC.; | § | |
| DELL, INC.; | § | |
| DIGITAL INNOVATIONS, LLC.; | § | |
| EASTMAN KODAK COMPANY; | § | |
| EZONICS CORPORATION D/B/A | § | |
| EZONICS CORPORATION USA D/B/A | § | |
| EZONICS; | § | |
| FRY'S ELECTRONICS, INC.; | § | |
| GEAR HEAD, LLC; | § | |
| HEWLETT-PACKARD COMPANY; | § | |
| INTCOMEX, INC.; | § | |
| JASCO PRODUCTS COMPANY LLC | § | |
| D/B/A JASCO PRODUCTS COMPANY | § | |
| D/B/A JASCO; | § | |
| JWIN ELECTRONICS CORPORATION; | § | |
| KLIP XTREME LLC; | § | |
| KMART CORPORATION; | § | |
| LIFEWORKS TECHNOLOGY GROUP, | § | |
| LLC; | § | |
| MACALLY PERIPHERALS, INC. D/B/A | § | |
| MACALLY U.S.A.; | § | |
| MACE GROUP, INC.; | § | |
| MICRO ELECTRONICS, INC. D/B/A | § | |

| | |
|---|---|
| MICRO CENTER; | § |
| NEW COMPUSA CORPORATION; | § |
| NEWEGG, INC.; | § |
| NEWEGG.COM, INC.; | § |
| OFFICE DEPOT, INC.; | § |
| OVERSTOCK.COM, INC.; | § |
| PHOEBE MICRO INC.; | § |
| PROLYNKZ, LLC; | § |
| RADIOSHACK CORPORATION; | § |
| ROSEWILL INC.; | § |
| SEARS BRANDS, LLC; | § |
| SEARS HOLDINGS CORPORATION | § |
| D/B/A SEARS; | § |
| SEARS, ROEBUCK AND COMPANY; | § |
| SAKAR INTERNATIONAL, INC.; | § |
| SAKAR, INC.; | § |
| SDI TECHNOLOGIES, INC.; | § |
| SOFTWARE BROKERS OF AMERICA | § |
| INC. D/B/A INTCOMEX CORPORATION | § |
| D/B/A INTCOMEX; | § |
| SYSTEMAX, INC. D/B/A COMPUSA; | § |
| TARGET CORP.; | § |
| TIGERDIRECT, INC.; | § |
| TRIPPE MANUFACTURING COMPANY | § |
| D/B/A TRIPP LITE; | § |
| WAL-MART STORES, INC.; | § |
| BEST BUY CO., INC. D/B/A BEST BUY | § |
| D/B/A ROCKETFISH; | § |
| BEST BUY STORES, LP; | § |
| BESTBUY.COM, LLC; | § JURY TRIAL DEMANDED |
| CONN'S, INC. D/B/A CONN'S; | § |
| J&R ELECTRONICS, INC. D/B/A J&R; | § |
| KOHL'S CORPORATION D/B/A KOHL'S; | § |
| KOHL'S ILLINOIS, INC.; | § |
| SOLID YEAR CO., LTD. AND | § |
| WALGREEN CO. D/B/A WALGREENS, | § |
| | § |
| DEFENDANTS. | § |

## **NOTICE OF APPEARANCE**

Sears Brands, LLC; Sears, Roebuck and Company; Sears Holdings Corporation d/b/a

Sears; and Kmart Corporation (collectively, "Defendants"), Defendants in the above-entitled and

numbered civil action, hereby notify the Court and all parties that the following person, in

addition to those who previously gave notice, is appearing as counsel of record.

Robert A. Ayers, Jr.
State Bar No. 24073870
Bracewell & Giuliani LLP
711 Louisiana, Suite 2300
Houston, Texas 77002
(713) 223-2300 - Telephone
(713) 221-1212 – Facsimile
robert.ayers@bgllp.com

Dated:  March 23, 2011.

                                    Respectfully submitted,

                                    BRACEWELL & GIULIANI LLP


                                    By:  /s/  Robert D. Ayers, Jr. _____
                                          Robert D. Ayers, Jr.
                                    State Bar No. 24073870
                                    Bracewell & Giuliani LLP
                                    711 Louisiana, Suite 2300
                                    Houston, Texas 77002
                                    (713) 223-2300 - Telephone
                                    (713) 221-1212 – Facsimile

                                    ATTORNEY FOR DEFENDANTS,
                                    SEARS BRANDS, LLC; SEARS, ROEBUCK
                                    AND COMPANY; SEARS HOLDINGS
                                    CORPORATION D/B/A SEARS; and KMART
                                    CORPORATION

Of counsel:

John H. Barr, Jr.
Attorney-in-Charge
State Bar No. 00783605
Christopher A. Shield
State Bar No. 24046833
John A. Yates
State Bar No. 24056569
Bracewell & Giuliani LLP
711 Louisiana, Suite 2300
Houston, Texas 77002

(713) 223-2300 - Telephone
(713) 221-1212 – Facsimile

Christopher Schenck
Washington State Bar Number 37997
Bracewell & Giuliani LLP
701 Fifth Avenue, Suite 6200
Seattle, Washington  98104-7043
206-204-6210 (Telephone)
206-204-6262 (Facsimile)

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing document has been forwarded to all counsel of record pursuant to the Federal Rules of Civil Procedure on the 23rd day of March, 2011.

| | |
|---|---|
| John J. Edmonds<br>Michael J. Collins<br>Henry M. Pogorzelski<br>Erick Scott Robinson<br>Andrew P. Tower<br>Collins, Edmonds & Pogorzelski, PLLC<br>1616 S. Voss Road, Suite 125<br>Houston, Texas 77057<br>jedmonds@cepiplaw.com<br>mcollins@cepiplaw.com<br>hpogorzeksli@cepiplaw.com<br>erobison@cepiplaw.com<br>atower@cepiplaw.com<br>(Attorneys for Plaintiff, Adjustacam, LLC) | Andrew W. Spangler<br>Spangler Law P.C.<br>208 N. Green Street, Suite 300<br>Longview, Texas 75601<br>spangler@spanglerlawpc.com<br>(Attorney for Plaintiff, AdjustaCam, LLC) |
| James E. Geringer<br>Salumeh R. Loesch<br>Klarquist Sparkman LLP<br>121 SW Salmon Street, Suite 1600<br>Portland, Oregon  97204<br>James.Geringer@klarquist.com<br>Salumeh.loesch@klarquist.com<br><br>Brian Craft<br>Eric H. Findlay<br>Findlay Craft LLP<br>6760 Old Jacksonville Hwy, Suite 101<br>Tyler, TX 75703<br>bcraft@findlaycraft.com<br>efindlay@findlaycraft.com<br><br>(Attorney for Defendant, Amazon.com. Inc.) | David W. Denenberg<br>Davidoff Malito & Hutcher LLP<br>200 Garden City Plaza, Suite 315<br>Garden City, New York  11530<br>dwd@dmlegal.com<br>(Attorney for Defendants, Compusa.com, Inc., New Compusa Corporation, Systemax, Inc. d/b/a Compusa and Tigerdirect, Inc.) |
| Anthony S. Gabrielson<br>Benjamin T. Horton<br>Thomas L. Duston<br>Marshall, Gerstein & Borun LLP<br>233 S. Wacker Dr.<br>6300 Willis Tower<br>Chicago, Illinois 60606-6357<br>agabrielson@marshallip.com<br>bhorton@marshallip.com | Scott F. Partridge<br>Roger J. Fulghum<br>Baker Botts L.L.P.<br>910 Louisiana<br>Suite 3000 One Shell Plaza<br>Houston, Texas  77002<br>scott.partridge@bakerbotts.com<br>roger.fulghum@bakerbotts.com |

| | |
|---|---|
| tduston@marshallip.com<br><br>Brian Craft<br>Eric H. Findlay<br>Findlay Craft LLP<br>6760 Old Jacksonville Hwy, Suite 101<br>Tyler, TX 75703<br>bcraft@findlaycraft.com<br>efindlay@findlaycraft.com<br><br>(Attorneys for Defendants, CDW Corporation f/k/a CDW Computer Centers, Inc., CDW, Inc. and CDW, LLC)<br>(Attorney for Defendant, Creative Labs, Inc.) | Paula Diane Heyman<br>Baker Botts LLP<br>98 San Jacinto Blvd., Suite 1500<br>Austin, Texas  78701<br>paula.heyman@bakerbotts.com<br><br>Deron R. Dacus<br>Ramey & Flock, P.c.<br>100 E. Ferguson, Suite 500<br>Tyler, Texas 75702<br>ddacus@rameyflock.com<br><br>(Attorneys for Defendant, Dell, Inc.) |
| Ezra Sutton<br>Ezra Sutton, P.A.<br>Plaza 9, 900 Route 9<br>Woodbridge, New Jersey 07095<br>esutton@ezrasutton.com<br>(Attorney for Defendants, Fry's Electronics, Inc., Sakar International, Inc., Kohl's Illinois, Inc. and Kohl's Corporation)<br><br>Steven R. Daniels<br>W. Bryan Farney (Lead)<br>Bryan D. Atkinson<br>Dechert LLP<br>300 West 6th Street, Suite 2010<br>Austin, Texas  78701<br>steven.daniels@dechert.com<br>bryan.farney@dechert.com<br>bryan.atkinson@dechert.com<br>(Attorney for Defendants, Fry's Electronics, Inc., Hewlett-Packard Company, Micro Electronics, Inc. d/b/a Micro Center and Office Depot, Inc.) | Michael C. Smith<br>Siebman Burg Phillips & Smith, LLP<br>113 East Austin Street<br>P.O. Box 1556<br>Marshall, Texas  75671-1556<br>michaelsmith@siebman.com<br><br>Peter I. Sanborn<br>Holland & Knight LLP<br>10 St. James Avenue, 11th Floor<br>Boston, Massachusetts  02116<br>peter.sanborn@hklaw.com<br><br>R David Donoghue<br>Holland & Knight LLP<br>131 S. Dearborn Street, 30th Floor<br>Chicago, Illinois  60603<br>david.donoghue@hklaw.com<br>(Attorneys for Defendants, Target Corporation and Radioshack Corporation) |
| Debby E. Gunter<br>Trey Yarbrough<br>Yarbrough ♦ Wilcox, PLLC<br>100 E. Ferguson St., Suite 1015<br>Tyler, TX 75702<br>debby@yw-lawfirm.com<br>trey@yw-lawfirm.com<br>(Attorney for Defendants Newegg, Inc., Newegg.com, Inc. and Rosewill Inc.) | Justin N. Stewart<br>John N. Zarian<br>Zarian Midgley & Johnson, PLLC<br>960 Broadway Ave., Suite 250<br>Boise, Idaho  83706<br>stewart@zarianmidgley.com<br>zarian@zarianmidgley.com<br>(Attorney for Defendant Rosewill Inc.) |

| | |
|---|---|
| Christopher Cuneo<br>Zarian Midgley & Johnson, PLLC<br>960 Broadway Ave., Suite 250<br>Boise, Idaho  83706<br>cuneo@zarianmidgley.com<br>(Attorney for Defendants Newegg, Inc. and Newegg.com, Inc.) | Gary Y. Leung<br>McGuire Woods LLP<br>77 West Wacker Drive, Suite 4100<br>Chicago, IL 60601<br>312-849-8100 and 312-641-2742 fax<br>gleung@mcquirewoods.com<br>(Attorney for Defendant, Digital Innovations, LLC) |
| Brian Craft<br>Eric H. Findlay<br>Findlay Craft, LLP<br>6760 Old Jackson Highway, Suite 101<br>Tyler, TX 75703<br>efindlay@findlaycraft.com<br>bcraft@findlaycraft.com<br>(Attorney for Defendants, Fry's Electronics, Inc., Hewlett-Packard Company, Micro Electronics, Inc. d/b/a Micro Center and Office Depot, Inc.) | Nena Wong<br>Law Offices of Nena Wong<br>6080 Center Dr. #600<br>Los Angeles, CA 90045<br>nenawong@earthlink.net<br>(Attorney for Defendant, Phoebe Micro Inc.) |
| Victor deGyarfas<br>Foley & Lardner<br>555 S. Flower Street, Suite 3500<br>Los Angeles, California  90071<br>vdegyarfax@foley.com<br><br>Michael C. Smith<br>Siebman, Burg, Phillips & Smith, LLP<br>113 E. Austin Street<br>PO Box 1556<br>Marshall, Texas 75671<br>michaelsmith@siebman.com<br>(Attorney for Defendant, Wal-Mart Stores, Inc.) | Michael D. Harris<br>M. Kala Sarvaiya<br>Steven C. Sereboff<br>SoCal IP Law Group LLP<br>310 N. Westlake Blvd., Suite 120<br>Westlake Village, CA 91362<br>MHarris@socalip.com<br>KSarvaiya@socalip.com<br>SSereboff@socalip.com<br><br>Michael E. Jones<br>Allen F. Gardner<br>Potter Minton, PC<br>110 north College, Suite 500<br>Tyler, Texas 75702<br>mikejones@potterminton.com<br>allengardner@potterminton.com<br>(Attorney for Defendants, Baltic Latvian Universal Electronics, LLC d/b/a Blue Microphones, LLC d/b/a Blue Microphone; and Blue Microphones, LLC and J&R Electronics, Inc. d/b/a J&R (Potter Minton only) |
| Collin M. Maloney | Herbert J. Hammond |

| | |
|---|---|
| Ireland Carroll & Kelley<br>6101 S. Broadway, Suite 500<br>Tyler, Texas  75703<br>fedserv@icklaw.com<br><br>Thomas G. Carulli<br>Jennifer Huang<br>Kaplan, Massamillo & Andrews, LLC<br>70 East 55th Street, 25th Floor<br>New York, NY 10022<br>tcarulli@kmalawfirm.com<br>jhuang@kmalawfirm.com<br>(Attorneys for Defendant, Lifeworks<br>Technology Group, LLC) | Vishal Patel<br>Thompson & Knight LLP<br>One Arts Plaza<br>1722 Routh Street, Suite 1500<br>Dallas, Texas 75201<br><br>Patricia L. Davidson<br>Mirick, O'connell, DeMallie & Lougee, LLP<br>100 Front Street<br>Worcester, MA 01608-1477<br>pdavidson@mirickoconnell.com<br>(Attorneys for Defendant, Gear Head, LLC) |
| (Attorney for Defendant, jWIN Electronics,<br>Corp.) | Steven R. Daniels<br>W. Bryan Farney (Lead)<br>Bryan D. Atkinson<br>Dechert LLP<br>300 West 6th Street, Suite 2010<br>Austin, Texas  78701<br>steven.daniels@dechert.com<br>bryan.farney@dechert.com<br>bryan.atkinson@dechert.com<br>(Attorney for Defendant, Creative Labs, Inc.,<br>Best Buy Co., Inc., Best Buy Stores, L.P. and<br>BestBuy.com, LLC) |
| Jen-Feng Lee (Pro Hac Vice)<br>LT Pacific Law Group LLP<br>17800 Castleton Street #383<br>City of Industry, CA 91748<br>jflee@ltpacificlaw.com<br>(Attorney for Defendant, Auditek<br>Corporation) | Peter M. Lukevich<br>Apex Juris, PLLC<br>12733 Lake City Way NE<br>Seattle, WA 98125<br>peter@apexjuris.com<br>(Attorney for Defendants, Macally Peripherals,<br>Inc. d/b/a Macally U.S.A., MACE Group, Inc.) |
| Kent M. Adams<br>John Lynd<br>Lewis Brisbois Bisgaard & Smith, L.L.P.<br>3355 West Alabama, Suite 400<br>Houston, Texas 77098<br>kadams@lbbslaw.com<br>jlynd@lbbslaw.com<br><br>J. Thad Heartfield<br>M. Dru Montgomery | |

| Heartfield Law Firm<br>2195 Dowlen Road<br>Beaumont, TX 77706<br>thad@jth-law.com<br>dru@jth-law.com<br><br>(Attorneys for Defendant, Conn's, Inc. d/b/a Conn's) | |

/s/ Robert D. Ayers, Jr.
Robert D. Ayers, Jr.