IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC<br>        *Plaintiff*<br><br>v.<br><br>AMAZON.COM, INC. *et al.*,<br>        *Defendants* | Case No. 6:10-cv-329-LED<br><br>**JURY** |

**DEFENDANT LIFEWORKS TECHNOLOGY GROUP, LLC'S UNOPPOSED MOTION
TO WITHDRAW AND SUBSTITUTE COUNSEL**

Defendant LifeWorks Technology Group, LLC ("LifeWorks") hereby respectfully requests that Thomas G. Carulli and Jennifer Huang of the firm Kaplan, Massamillo & Andrews, LLC and Collin Michael Maloney of the firm Ireland Carroll & Kelley be allowed to withdraw as counsel of record for LifeWorks in this case, and that W. Bryan Farney, Steven R. Daniels, and Bryan D Atkinson of the firm Dechert LLP be substituted as lead counsel for LifeWorks in this case.  This withdrawal and substitution of counsel has been agreed to by Plaintiff AdjustaCam LLC and is not sought for purposes of delay.

| | | |
|---|---|---|
| DATED:  March 23, 2011 | By: | _/s/ Steven R. Daniels_ |

          W. Bryan Farney
          Lead Attorney
          Texas State Bar No. 06826600
          Steven R. Daniels
          Texas State Bar No. 24025318
          Bryan D. Atkinson
          Texas State Bar No. 24036157
          DECHERT LLP
          300 W. 6th Street, Suite 2010
          Austin, Texas 78701
          Telephone:     (512) 394-3000
          Facsimile:     (512) 394-3001
          E-mails: bryan.farney@dechert.com
                  steven.daniels@dechert.com
                  bryan.atkinson@dechert.com

By:     _/s/ Thomas G. Carulli_
          Thomas G. Carulli
          Kaplan, Massamillo & Andrews, LLC
          70 East 55th Street, 25th Floor
          New York, NY 10022
          Tel: (212) 991-5916
          Fax: (212) 922-0530
          Email: tcarulli@kmalawfirm.com

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this notice was served on all counsel of record who have consented to electronic service as this district requires.  Local Rule CV-5(a)(3)(A).

                                              */s/ Steven R. Daniels*

12295479.1.LITIGATION 3/23/2011 3:46 PM