IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC<br><br>    v.<br><br>AMAZON.COM, INC. ET AL. | NO. 6:10-cv-329-LED<br><br>JURY |

**STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE**

The plaintiff, AdjustaCam LLC and defendant, Phoebe Micro Inc., pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all claims and counterclaims in this action asserted between them WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys fees.

March 23, 2011                              Respectfully submitted,

                                            ADJUSTACAM LLC

                                            By: /s/ *John J. Edmonds*
                                            John J. Edmonds – LEAD COUNSEL
                                            Texas Bar No. 789758
                                            Michael J. Collins
                                            Texas Bar No. 4614510
                                            Henry M. Pogorzelski
                                            Texas Bar No. 24007852
                                            COLLINS, EDMONDS & POGORZELSKI, PLLC
                                            1616 S. Voss Rd., Suite 125
                                            Houston, Texas 77057
                                            Telephone: (281) 501-3425
                                            Facsimile: (832) 415-2535
                                            jedmonds@cepiplaw.com
                                            mcollins@cepiplaw.com
                                            hpogorzelski@cepiplaw.com

                                            Andrew W. Spangler
                                            Texas Bar No. 24041960
                                            Spangler Law P.C.
                                            208 N. Green Street, Suite 300
                                            Longview, Texas 75601
                                            (903) 753-9300
                                            (903) 553-0403 (fax)

2

spangler@spanglerlawpc.com

ATTORNEYS FOR PLAINTIFF
ADJUSTACAM LLC


PHOEBE MICRO, INC.
By: /s/ *Peter Lui*
Name: Peter Lui
Title: General Manager
Phoebe Micro, Inc.
47606 Kato Road
Fremont, CA 94538


**CERTIFICATE OF SERVICE**

    I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

March 23, 2011                    /s/ *John J. Edmonds*
                                         John J. Edmonds