# CASE NO. 6:10-CV-329

# ADJUSTACAM, LLC
# V
# AMAZON.COM, INC., ET AL

## MARCH 24, 2011 - TRIAL
### PLEASE PRINT CLEARLY

| ATTORNEY NAME | REPRESENTING |
|---|---|
| Andrew Spangler | Adjustacam |
| John Edmonds | Adjustacam |
| Steven Daniels | HP, Creative, Lifeworks, CDW Office Depot, Fry's, MEI, Best Buy |
| Brian Craft | Amazon.com, HP, CDW, Creative Labs Micro Center, Fry's, Office Depot Sakar Int'l |
| Michael Harris | Baltic and Blue Microphone |
| Robert Ayers | Overstock, Kmart, Sears Brands, Sears Holdings Corp, Sears Roebuck & Co. |
| Allison Standish Miller | Cobra Digital LLC |
| HERBERT HAMMOND | GEAR HEAD |
| Shannon Dacus | Dell |
| Zachary Hilton | Auditek Corporation |
| Michael Smith | Radio Shack, Walmart |
| Jen-Feng Jeff Lee | Auditek |
| | |
| | |
| | |

# CASE NO. 6:10-CV-329

# ADJUSTACAM, LLC
# V
# AMAZON.COM, INC., ET AL

## MARCH 24, 2011 - TRIAL
## PLEASE PRINT CLEARLY

| ATTORNEY NAME | REPRESENTING |
|---|---|
| John Bufe | J&R Electronics, Blue Microphone |
| David Donoghue | Radio Shack |
| Chris Cuneo | Newegg & Rosewill |
| Debby Gunther | " " |
| Scott Partridge | Dell |
| Shannon Dreacus | " |
| Phillip Philbin | Digital Innovations |