IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC<br><br>    v.<br><br>AMAZON.COM, INC. ET AL. | NO. 6:10-cv-329-LED<br><br>JURY |

## STIPULATED MOTION FOR DISMISSAL WITHOUT PREJUDICE

The plaintiff, AdjustaCam LLC and defendant Cobra Digital, LLC pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all claims and counterclaims in this action asserted between them WITHOUT PREJUDICE, with each party to bear its own costs, expenses and attorneys fees.

March 30, 2011                          Respectfully submitted,

                                        ADJUSTACAM LLC

                                        By: /s/ *John Edmonds*
                                        John J. Edmonds – LEAD COUNSEL
                                        Texas Bar No. 789758
                                        Michael J. Collins
                                        Texas Bar No. 4614510
                                        Henry M. Pogorzelski
                                        Texas Bar No. 24007852
                                        COLLINS, EDMONDS & POGORZELSKI, PLLC
                                        1616 S. Voss Rd., Suite 125
                                        Houston, Texas 77057
                                        Telephone: (281) 501-3425
                                        Facsimile: (832) 415-2535
                                        jedmonds@cepiplaw.com
                                        mcollins@cepiplaw.com
                                        hpogorzelski@cepiplaw.com

                                        Andrew W. Spangler
                                        Texas Bar No. 24041960
                                        Spangler Law P.C.
                                        208 N. Green Street, Suite 300
                                        Longview, Texas 75601

(903) 753-9300
(903) 553-0403 (fax)
spangler@spanglerlawpc.com

ATTORNEYS FOR PLAINTIFF
ADJUSTACAM LLC


**SHEPHERD, SCOTT, CLAWATER & HOUSTON, L.L.P.**


/s/Allison Standish Miller
Allison Standish Miller
Texas Bar No. 24046440
Federal I.D. No. 602411
Email amiller@sschlaw.com
2777 Allen Parkway, 7th Floor
Houston, Texas 77019
Telephone No. (713) 650–6600
Telecopier No. (713) 650–1720

COUNSEL FOR DEFENDANT
COBRA DIGITAL, LLC


### CERTIFICATE OF SERVICE

    I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

March 30, 2011                              /s/ *John J. Edmonds*
                                                      John J. Edmonds