IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

ADJUSTACAM LLC

    v.                                    NO. 6:10-cv-329-LED

AMAZON.COM, INC. ET AL.                  JURY

## ORDER

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal Without Prejudice of all claims and counterclaims asserted between plaintiff, AdjustaCam LLC, and defendant, Cobra Digital, LLC, in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims and counterclaims asserted in this suit between plaintiff, Adjustacam LLC, and defendant, Cobra Digital, LLC, are hereby dismissed without prejudice.

It is further ORDERED that all costs, expenses and attorney's fees are to be borne by the party that incurred them.

IT IS SO ORDERED.

**So ORDERED and SIGNED this 4th day of April, 2011.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**