**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| ADJUSTACAM, LLC, | |
| *Plaintiff,* | |
| v. | Case No. 6:10-cv-00329-LED |
| AMAZON.COM, INC., *et al.,* | JURY TRIAL DEMANDED |
| *Defendants.* | |

**JOINT MOTION FOR EXTENSION OF TIME TO SUBMIT**
**PROPOSED DOCKET CONTROL ORDER AND DISCOVERY ORDER**

I.

Plaintiff and Defendants in the above captioned action and move the Court to extend the time within which the parties are required to file a Docket Control Order and Discovery Order up to and including April 27, 2011.

II.

The parties' deadline to submit their proposed Docket Control and Discovery Orders is April 14, 2011.  Pursuant to the Court's instruction at the March 24, 2011 status conference, the parties have been working to streamline the management of the case.  In doing so, the parties have found themselves in need of additional time to meet and confer on the Docket Control and Discovery Orders.  The parties respectfully request that this deadline be extended to and including April 27, 2011.

III.

The parties seek this extension of time not for delay, but for good cause so that justice may be served.

WHEREFORE, Plaintiff and Defendants respectfully request that the time to file an agreed Docket Control Order and Discovery Order, or competing versions if agreement cannot be reached, be extended to and including April 27, 2011.

Dated: April 14, 2011                                        Respectfully submitted,


By: */s/ Brian Craft*
Brian Craft
State Bar No. 04972020
Eric H. Findlay
State Bar No. 00789886
FINDLAY CRAFT, LLP
6760 Old Jacksonville Highway,
Suite 101
Tyler, TX 75703
Phone: (903) 534-1100
Fax: (903) 534-1137
Email: efindlay@findlaycraft.com
Email: bcraft@findlaycraft.com
James E. Geringer (admitted *pro hac vice*)
james.geringer@klarquist.com
Salumeh R. Loesch , OR State Bar
No. 090074
salumeh.loesch@klarquist.com
KLARQUIST SPARKMAN, LLP
121 S.W. Salmon Street, Suite 1600
Portland, Oregon 97204
Telephone: (503) 595-5300
Facsimile: (503) 595-5301

ATTORNEYS FOR DEFENDANT
AMAZON.COM, INC.

By: */s/ John J. Edmonds (with permission)*
John J. Edmonds – LEAD
COUNSEL
Texas Bar No. 789758
Michael J. Collins
Texas Bar No. 4614510
Henry M. Pogorzelski
Texas Bar No. 24007852

Erick Robinson
Texas Bar No. 24039142
COLLINS, EDMONDS &
POGORZELSKI, PLLC
1616 S. Voss Road, Suite 125
Houston, Texas 77057
Telephone: (281) 501-3425
Facsimile: (832) 415-2535
jedmonds@cepiplaw.com
mcollins@cepiplaw.com
hpogorzelski@cepiplaw.com
erobinson@cepiplaw.com

Andrew W. Spangler
Texas Bar No. 24041960
Spangler Law P.C.
208 N. Green Street, Suite 300
Longview, Texas 75601
(903) 753-9300
(903) 553-0403 (fax)
spangler@spanglerlawpc.com

ATTORNEYS FOR PLAINTIFF
ADJUSTACAM LLC

By: *Jen-Feng Lee (with permission)*
Jen-Feng Lee, *Pro Hac Vice*
LT Pacific Law Group LLP
17800 Castleton Street, Suite 383
City of Industry, CA 91748
Tel: (626) 810-7200
Fax: (626) 810-7300

ATTORNEYS FOR DEFENDANT
AUDITEK CORPORATION

By: */s/ Michael E. Jones (with
permission)*
Michael E. Jones
Texas State Bar No. 10929400
Allen F. Gardner
Texas State Bar No. 24043679
110 N. College Ave.
Suite 500 Plaza Tower (75702)
P.O. Box 359
Tyler, Texas 75710
Telephone: 903.597.8311

Fax: 903.593.0846
Email:
mikejones@potterminton.com
Email:
allengardner@potterminton.com

Of Counsel :

Michael D. Harris, Cal. Bar No.
59,470
MHarris@socalip.com
Steven C. Sereboff, Cal. Bar No.
156,731
SSereboff@socalip.com
Kala Sarvaiya, Cal. Bar No. 238,453
KSarvaiya@socalip.com
SOCAL IP LAW GROUP LLP
310 N. Westlake Blvd., Suite 120
Westlake Village, CA 91362-3788
Phone: (805) 230-1350 • Fax: (805)
230-1355

ATTORNEYS FOR DEFENDANT
BLUE MICROPHONES, LLC

By: /s/ Michael E. Jones (with
permission)
Michael E. Jones
Texas State Bar No. 10929400
Allen F. Gardner
Texas State Bar No. 24043679
110 N. College Ave.
Suite 500 Plaza Tower (75702)
P.O. Box 359
Tyler, Texas 75710
Telephone: 903.597.8311
Fax: 903.593.0846
Email:
mikejones@potterminton.com
Email:
allengardner@potterminton.com

Of Counsel :

Michael D. Harris, Cal. Bar No.
59,470

MHarris@socalip.com
Steven C. Sereboff, Cal. Bar No. 156,731
SSereboff@socalip.com
Kala Sarvaiya, Cal. Bar No. 238,453
KSarvaiya@socalip.com
SOCAL IP LAW GROUP LLP
310 N. Westlake Blvd., Suite 120
Westlake Village, CA 91362-3788
Phone: (805) 230-1350 • Fax: (805) 230-1355

ATTORNEYS FOR DEFENDANT BALTIC LATVIAN UNIVERSAL ELECTRONICS, LLC D/B/A BLUE MICROPHONES, LLC D/B/A BLUE MICROPHONE

By: */s/ Brian Craft*
Brian Craft
State Bar No. 04972020
Eric H. Findlay
State Bar No. 00789886
FINDLAY CRAFT, LLP
6760 Old Jacksonville Highway, Suite 101
Tyler, TX 75703
Phone: (903) 534-1100
Fax: (903) 534-1137
Email: efindlay@findlaycraft.com
Email: bcraft@findlaycraft.com

Thomas L. Duston
tduston@marshallip.com
Anthony S. Gabrielson
agabrielson@marshallip.com
Benjamin T. Horton
bhorton@marshallip.com
Marshall, Gerstein & Borun LLP
6300 Sears Tower
233 South Wacker Drive
Chicago, IL 60606-6357
(312) 474-6300

ATTORNEYS FOR DEFENDANT CDW CORPORATION

By: */s /David W. Denenberg (with permission)*
David W. Denenberg
DD9951 (admitted in E.D. Texas *pro hac vice*)
200 Garden City Plaza
Garden City, New York 11530
(516) 247-4440 (Telephone)
(516) 248-6422 (Facsimile)
dwd@dmlegal.com

ATTORNEYS FOR DEFENDANT
COMPUSA.COM, INC.


By: */s/ Steven R. Daniels (with permission)*
W. Bryan Farney
Lead Attorney
Texas State Bar No. 06826600
Steven R. Daniels
Texas State Bar No. 24025318
Bryan D. Atkinson
Texas State Bar No. 24036157
DECHERT LLP
300 W. 6th Street, Suite 2010
Austin, Texas 78701
Telephone: (512) 394-3000
Facsimile: (512) 394-3001
E-mails: bryan.farney@dechert.com
steven.daniels@dechert.com
bryan.atkinson@dechert.com

ATTORNEYS FORDEFENDANT
CREATIVE LABS, INC.

By: */s/ Roger Fulghum (with permission)*
Scott F. Partridge
Lead Attorney
Texas State Bar No. 00786940
Roger Fulghum
Texas State Bar No. 00790724
BAKER BOTTS L.L.P.
One Shell Plaza

910 Louisiana Street
Houston, Texas 77002-4995
Telephone: (713) 229-1569
Facsimile: (713) 229-7769
E-mail:
scott.partridge@bakerbotts.com
E-mail:
roger.fulghum@bakerbotts.com

Paula D. Heyman
Texas State Bar No. 24027075
BAKER BOTTS L.L.P.
98 San Jacinto Boulevard
Suite 1500
Austin, Texas 78701-4078
Telephone: (512) 322-2555
Facsimile: (512) 322-3610
E-mail:
paula.heyman@bakerbotts.com

ATTORNEYS FOR DEFENDANT
DELL INC.

By: */s/ Phillip B. Philbin (with
permission)*
Phillip B. Philbin
phillip.philbin@haynesboone.com
Texas State Bar No. 15909020
HAYNES AND BOONE, L.L.P.
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Tel: 214-651-5000
Fax: 214-651-5940

ATTORNEYS FOR DEFENDANT
DIGITAL INNOVATIONS, LLC

*By: /s/ Brian Craft*
Brian Craft
State Bar No. 04972020
Eric H. Findlay
State Bar No. 00789886
FINDLAY CRAFT, LLP
6760 Old Jacksonville Highway,
Suite 101
Tyler, TX 75703

Phone: (903) 534-1100
Fax: (903) 534-1137
Email: efindlay@findlaycraft.com
Email: bcraft@findlaycraft.com

W. Bryan Farney
Lead Attorney
Texas State Bar No. 06826600
Steven R. Daniels
Texas State Bar No. 24025318
Bryan D. Atkinson
Texas State Bar No. 24036157
DECHERT LLP
300 W. 6th Street, Suite 2010
Austin, Texas 78701
Telephone: (512) 394-3000
Facsimile: (512) 394-3001
E-mails: bryan.farney@dechert.com
          steven.daniels@dechert.com
          bryan.atkinson@dechert.com

ATTORNEYS FOR DEFENDANTS
HEWLETT-PACKARD
COMPANY, FRY'S
ELECTRONICS, INC.,
MICROCENTER ELECTRONICS,
INC., AND OFFICE DEPOT, INC.

By: */s/ Herbert J. Hammond (with
permission)*
Herbert J. Hammond
Attorney-In-Charge
State Bar No. 08858500
Vishal Patel
State Bar No. 24065885
THOMPSON & KNIGHT LLP
One Arts Plaza
1722 Routh St., Suite 1500
Dallas, Texas 75201
(214) 969-1700
(214) 969-1751 (Fax)

Patricia L. Davidson
MIRICK, O'CONNELL,
DEMALLIE &LOUGEE,
LLP

100 Front Street
Worcester, Massachusetts 01608-1477
(508) 860-1540
(508) 983-6240 (Fax)

ATTORNEYS FOR DEFENDANT
GEAR HEAD, LLC


By: */s/ John H. Barr, Jr.(with permission)*
John H. Barr, Jr.
Attorney-in-Charge
State Bar No. 00783605
711 Louisiana, Suite 2300
Houston, Texas 77002
(713) 223-2300 - Telephone
(713) 221-1212 – Facsimile

Of counsel:
Christopher A. Shield
State Bar No. 24046833
John A. Yates
State Bar No. 24056569
Bracewell & Giuliani LLP
711 Louisiana, Suite 2300
Houston, Texas 77002
(713) 223-2300 - Telephone
(713) 221-1212 – Facsimile

ATTORNEY FOR DEFENDANT
KMART CORPORATION


By: */s/ Steven R. Daniels (with permission)*
W. Bryan Farney
Lead Attorney
Texas State Bar No. 06826600
Steven R. Daniels
Texas State Bar No. 24025318
Bryan D. Atkinson
Texas State Bar No. 24036157
DECHERT LLP
300 W. 6th Street, Suite 2010

9

Austin, Texas 78701
Telephone: (512) 394-3000
Facsimile: (512) 394-3001
E-mails: bryan.farney@dechert.com
steven.daniels@dechert.com
bryan.atkinson@dechert.com

ATTORNEY FOR DEFENDANT
LIFEWORKS TECHNOLOGY
GROUP, LLC

By:/s/ Peter M. Lukevich (with
permission)
Attorney at Law
APEX JURIS, PLLC
12733 Lake City Way NE
peter@apexjuris.com
Seattle, WA 98125
Telephone: (206) 664.0314
Facsimile: (206) 664.0329

ATTORNEY FOR DEFENDANT
MACALLY PERIPHERALS, INC.
D/B/A MACALLY U.S.A.

By:/s/ Peter M. Lukevich (with
permission)
Attorney at Law
APEX JURIS, PLLC
12733 Lake City Way NE
peter@apexjuris.com
Seattle, WA 98125
Telephone: (206) 664.0314
Facsimile: (206) 664.0329

ATTORNEY FOR DEFENDANT
MACE GROUP, INC.

By: /s /David W. Denenberg (with
permission)
David W. Denenberg
DD9951 (admitted in E.D. Texas pro
hac vice)
200 Garden City Plaza
Garden City, New York 11530
(516) 247-4440 (Telephone)

(516) 248-6422 (Facsimile)
dwd@dmlegal.com

ATTORNEYS FOR DEFENDANT
NEW COMPUSA CORPORATION

By: */s/Christopher J. Cuneo (with
permission)*
Christopher J. Cuneo (admitted *pro
hac vice*)
Zarian Midgley & Johnson PLLC
960 Broadway, Suite 250
Boise, Idaho 83706
(208) 562-4900 Telephone
(208) 562-4901 Facsimile
E-mail: cuneo@zmjlaw.com

ATTORNEYS FOR DEFENDANTS
NEWEGG INC. and
NEWEGG.COM INC.

By: */s/ John H. Barr, Jr.(with
permission)*
John H. Barr, Jr.
Attorney-in-Charge
State Bar No. 00783605
711 Louisiana, Suite 2300
Houston, Texas 77002
(713) 223-2300 - Telephone
(713) 221-1212 – Facsimile

Of counsel:
Christopher A. Shield
State Bar No. 24046833
John A. Yates
State Bar No. 24056569
Bracewell & Giuliani LLP
711 Louisiana, Suite 2300
Houston, Texas 77002
(713) 223-2300 - Telephone
(713) 221-1212 – Facsimile

ATTORNEY FOR DEFENDANT
OVERSTOCK.COM, INC.

By:

Phoebe Micro Inc.
c/o Peter Sedyuen Lui
Phoebe Micro Inc
47606 Kato Road
Fremont, CA 94538
510-933-1683
Fax: 510-360-0818
Email: peter.lui@phoebemicro.com
PRO SE

Nena W Wong
Attorney at Law
6080 Center Drive
Suite 600
Los Angeles, CA 90045
310/704-6603
Fax: 310/689-2339
Email: nenawong@earthlink.net

By: */s/ Michael C. Smith (with permission)*
Michael C. Smith
Siebman, Burg, Phillips & Smith, LLP
113 East Austin Street
P.O. Box 1556
Marshall, Texas 75671-1556
(903) 938-8900 (office)
(972) 767-4620 (fax)
michaelsmith@siebman.com

113 East Austin Street
P.O. Box 1556
Marshall, Texas 75671-1556
(903) 938-8900 (office)
(972) 767-4620 (fax)
michaelsmith@siebman.com

OF COUNSEL:
R. David Donoghue
HOLLAND & KNIGHT LLP
131 South Dearborn Street, 30th floor
Chicago, IL 60603
Tel: (312) 263-3600
Fax: (312)578-6666

david.donoghue@hklaw.com
Peter Sanborn
HOLLAND & KNIGHT LLP
10 St. James Ave.
Boston, MA 02116
Tel: (617) 523-2700
Fax: (617) 523-6850
peter.sanborn@hklaw.com

ATTORNEYS FOR RADIOSHACK
CORPORATION

By: */s/Christopher J. Cuneo (with
permission)*
Christopher J. Cuneo (admitted *pro
hac vice*)
Zarian Midgley & Johnson PLLC
960 Broadway, Suite 250
Boise, Idaho 83706
(208) 562-4900 Telephone
(208) 562-4901 Facsimile
E-mail: cuneo@zmjlaw.com

ATTORNEYS FOR DEFENDANT
ROSEWILL INC.

By: */s/ John H. Barr, Jr.(with
permission)*
John H. Barr, Jr.
Attorney-in-Charge
State Bar No. 00783605
711 Louisiana, Suite 2300
Houston, Texas 77002
(713) 223-2300 - Telephone
(713) 221-1212 – Facsimile

Of counsel:
Christopher A. Shield
State Bar No. 24046833
John A. Yates
State Bar No. 24056569
Bracewell & Giuliani LLP
711 Louisiana, Suite 2300
Houston, Texas 77002
(713) 223-2300 - Telephone
(713) 221-1212 – Facsimile

ATTORNEY FOR DEFENDANTS
SEARS BRANDS, LLC., SEARS
HOLDING
CORPORATION D/B/A SEARS,
AND
SEARS, ROEBUCK AND
COMPANY

By: */s/ Ezra Sutton (with permission)*
Ezra Sutton
Ezra Sutton & Associates PA
900 Route 9 North
Woodbridge, NJ 07095
732-634-3520
Fax: 732-634-3511
Email: esutton@ezrasutton.com

ATTORNEY FOR DEFENDANT
SAKAR INTERNATIONAL, INC.

By: */s /David W. Denenberg (with permission)*
David W. Denenberg
DD9951 (admitted in E.D. Texas *pro hac vice*)
200 Garden City Plaza
Garden City, New York 11530
(516) 247-4440 (Telephone)
(516) 248-6422 (Facsimile)
dwd@dmlegal.com

ATTORNEYS FOR DEFENDANT
SYSTEMAX, INC. D/B/A
COMPUSA

By: */s/ Steven R. Daniels (with permission)*
W. Bryan Farney
Lead Attorney
Texas State Bar No. 06826600
Steven R. Daniels
Texas State Bar No. 24025318
Bryan D. Atkinson
Texas State Bar No. 24036157
DECHERT LLP

300 W. 6th Street, Suite 2010
Austin, Texas 78701
Telephone: (512) 394-3000
Facsimile: (512) 394-3001
E-mails: bryan.farney@dechert.com
steven.daniels@dechert.com
bryan.atkinson@dechert.com

ATTORNEYS FOR DEFENDANT
TARGET CORP.

By: */s /David W. Denenberg (with permission)*
David W. Denenberg
DD9951 (admitted in E.D. Texas *pro hac vice*)
200 Garden City Plaza
Garden City, New York 11530
(516) 247-4440 (Telephone)
(516) 248-6422 (Facsimile)
dwd@dmlegal.com

ATTORNEYS FOR DEFENDANT
TIGERDIRECT, INC.

By: */s/ Victor de Gyarfas (with permission)*
Victor de Gyarfas
Attorney-in-Charge
(Texas Bar No. 24071250)
e-mail: vdegyarfas@foley.com
FOLEY & LARDNER LLP
555 South Flower Street, Suite 3500
Los Angeles, CA 90071-2411
213.972.4500
213.486.0065

ATTORNEY FOR DEFENDANT
WAL-MART STORES, INC.

By: */s/ Steven R. Daniels (with permission)*
W. Bryan Farney
Lead Attorney
Texas State Bar No. 06826600

Steven R. Daniels
Texas State Bar No. 24025318
Bryan D. Atkinson
Texas State Bar No. 24036157
DECHERT LLP
300 W. 6th Street, Suite 2010
Austin, Texas 78701
Telephone: (512) 394-3000
Facsimile: (512) 394-3001
E-mails: bryan.farney@dechert.com
steven.daniels@dechert.com
bryan.atkinson@dechert.com

ATTORNEYS FOR DEFENDANTS
BEST BUY CO., INC., BEST BUY
STORES, L.P. AND
BESTBUY.COM,
LLC


By: */s/ Michael E. Jones (with
permission)*
Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
Allen F. Gardner
State Bar No. 24043679
allengardner@potterminton.com
POTTER MINTON
A Professional Corporation
110 N. College Ave., Suite 500
Tyler, Texas 75702
Tel: (903) 597 8311
Fax: (903) 593 0846

ATTORNEYS FOR DEFENDANT
J&R ELECTRONICS, INC.

By: */s/ Ezra Sutton (with permission)*
Ezra Sutton
Ezra Sutton & Associates PA
900 Route 9 North
Woodbridge, NJ 07095
732-634-3520
Fax: 732-634-3511
Email: esutton@ezrasutton.com

16

ATTORNEY FOR DEFENDANT
KOHLS CORPORATION D/B/A
KOHL'S AND KOHL'S ILLINOIS,
INC.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic service are being served with a copy of this **JOINT MOTION FOR EXTENSION OF TIME TO SUBMIT PROPOSED DOCKET CONTROL ORDER AND DISCOVERY ORDER**, *via* the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 14th day of April 2011.

*/s/ Brian Craft*
Brian Craft