# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM, LLC,<br><br>  *Plaintiff*,<br><br>  v.<br><br>AMAZON.COM, INC., *et al*.,<br><br>  *Defendants*. | Case No. 6:10-cv-00329-LED<br><br>JURY TRIAL DEMANDED |

## ORDER

On this day came on to be considered Plaintiff and Defendants' Joint Motion for Extension of Time to Submit Agreed Docket Control Order and Discovery Order, and the Court is of the opinion that the motion should be GRANTED, it is therefore,

ORDERED, ADJUDGED and DECREED that the Joint Motion to Extend Time be granted and that the parties be given to and including April 27, 2011 to file an agreed Docket Control Order and Discovery Order or competing versions if agreement cannot be reached.

So ORDERED and SIGNED this 20th day of April, 2011.

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**