IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC<br>　　　　*Plaintiff*<br><br>v.<br><br>AMAZON.COM, INC. *et al.*,<br>　　　　*Defendants* | Case No. 6:10-cv-329-LED<br><br>**JURY** |

## ORDER GRANTING DEFENDANT LIFEWORKS TECHNOLOGY GROUP, LLC'S UNOPPOSED MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL

On this day, Defendant LifeWorks Technology Group, LLC's Unopposed Motion to Withdraw and Substitute Counsel came on for consideration. The Court, having considered the motion and finding it meritorious, is of the opinion that the motion should be GRANTED. The Cour hereby

ORDERS that Thomas G. Carulli and Jennifer Huang of the firm Kaplan, Massamillo & Andrews, LLC and Collin Michael Maloney of the firm Ireland Carroll & Kelley be allowed to withdraw and are hereby withdrawn as counsel of record for LifeWorks in the above reference matter; and

FURTHER ORDERS that W. Bryan Farney, Steven R. Daniels, and Bryan D Atkinson of the firm Dechert LLP be substituted as lead counsel for LifeWorks in the above referenced matter.

　　　**So ORDERED and SIGNED this 27th day of April, 2011.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**