UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ADJUSTACAM LLC, | § | |
|     Plaintiff | § | Civil Action No. 6:10-cv-00329-LED |
| | § | |
| v. | § | |
| | § | |
| AMAZON.COM, Inc. et al | § | |
|     Defendants | § | |

### DEFENDANT DELL INC.'S UNOPPOSED MOTION TO WITHDRAW and SUBSTITUTE COUNSEL

Defendant Dell Inc. ("Dell") hereby requests that Scott F. Partridge of the firm Baker Botts LLP, One Shell Plaza, 910 Louisiana, Houston, Texas 77002 be allowed to withdraw as counsel of record for Dell Inc. in the above captioned matter, that he also be removed from the electronic service list for this case, and that Roger Fulghum of the firm Baker Botts LLP, One Shell Plaza, 910 Louisiana, Houston, Texas 77002 be substituted as lead counsel for Dell. Mr. Fulghum has previously entered appearance for Dell in this case.

This withdrawal and substitution of counsel has been agreed to by Plaintiff Adjustacam LLC, and is not sought for purposes of delay.

- 2 -

| | |
|---|---|
| Dated: May 3, 2011 | Respectfully submitted, |

/s/  Scott F. Partridge
Scott F. Partridge
Attorney-in-Charge
Texas Bar No. 00786940
scott.partridge@bakerbotts.com
Roger Fulghum
Texas Bar No. 00790724
roger.fulghum@bakerbotts.com
BAKER BOTTS L.L.P.
One Shell Plaza
910 Louisiana
Houston,  Texas  77002-4995
Telephone:  713-229-1234
Facsimile:   713-229-1522


Paula D. Heyman
Texas Bar No. 24027075
paula.heyman@bakerbotts.com
BAKER BOTTS L.L.P.
98 San Jacinto Blvd.,  Suite 1500
Austin,  Texas  78701-4075
Telephone:  512-322-2500
Facsimile:   512-322-2501

Deron R Dacus
Shannon Marie Dacus
Ramey & Flock
100 East Ferguson,  Ste 500
Tyler, TX 75702
903/597-3301
Fax: 9035972413
Email: ddacus@rameyflock.com
Email: shannond@rameyflock.com


ATTORNEYS FOR DEFENDANT Dell Inc.

- 3 -

## CERTIFICATE OF SERVICE

       I certify that on May 3, 2011 all counsel of record were served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

/s/ Scott F. Partridge
Scott F. Partridge

## CERTIFICATE OF CONFERENCE

       The undersigned certifies that he conferred with counsel for Adjustacam LLC via e-mail on May 3, 2011, and was informed that Adjustacam would have no opposition to the Motion to Withdraw and Substitute Counsel. Counsel for co-defendants were not contacted since the withdrawal and substitution of counsel would not affect their parties.

/s/   Scott Partridge