UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ADJUSTACAM LLC, | § | |
| Plaintiff | § | Civil Action No. 6:10-cv-00329-LED |
| | § | |
| v. | § | |
| | § | |
| AMAZON.COM, Inc. et al | § | |
| Defendants | § | |

## ORDER GRANTING DEFENDANT DELL INC.'S UNOPPOSED MOTION TO WITHDRAW and SUBSTITUTE COUNSEL

The Court, having considered Dell Inc's ("Dell's") Unopposed Motion to Withdraw and Substitute Counsel of Record, is of the opinion that Dell's Motion should be **GRANTED.**

It is thereby **ORDERED** that Scott Partridge be withdrawn as counsel of Record, removed from the electronic service list for this case and that Roger Fulghum be substituted as Lead Attorney.

So ORDERED and SIGNED this 5th day of May, 2011.

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**