IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

ADJUSTACAM, LLC,
     Plaintiff

V.

          CIVIL ACTION NO. 10-CV-00329-LED

AMAZON.COM, INC. et. al,
     Defendants

## GEAR HEAD, LLC INITIAL DISCLOSURES

The defendant, Gear Head, LLC ("Gear Head"), makes the following initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) and in accordance with the Discovery Order issued by this Court under Fed. R. Civ. P. 16:

**A.**     **Correct Name Of Party**

Gear Head, LLC.

**B.**     **Other Parties**

Gear Head is not aware of any potential parties other than those who are already parties to this matter.

**C.**     **Legal Theories**

Gear Head maintains the patent at issue fails to satisfy the requirements of patentability. Gear Head maintains that it has not infringed and does not infringe on the claimed patent. In addition, the plaintiff is not entitled to damages because it has failed to comply with marking requirements and has otherwise failed to give notice of the patent. The plaintiff claims are barred by the equitable doctrines of laches and/or waiver.

**D.      Persons Having Knowledge of Relevant Facts**

| | |
|---|---|
| Dan Shea | Mr. Shea is the chief |
| Chief Financial Officer, Gear Head | financial officer of Gear |
| 75 West Street | Head.  He has knowledge of |
| Walpole, MA 02081 | the manufacture and sale of |
| (774)256-7314 | the webcams at issue. |
| | |
| Ron Ferris | Mr. Ferris is the president of |
| President | Gear Head.  He has |
| 75 West Street | knowledge of the |
| Walpole, MA 02081 | manufacture and sale of the |
| (774)256-7314 | webcams at issue. |

**E.      Insurance Agreement**

Gear Head is unaware of any insurance agreements available to satisfy any part of a

judgment entered in this action.

**F.      Settlement Agreements**

Gear Head is not aware of any settlement agreements related to this action.

**G.      Statements**

Gear Head is not aware of any statements of any party to this action.

Respectfully submitted,

Patricia L. Davidson, Esq.
BBO #556647
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608-1477
Phone: (508) 791-8500
Fax:    (508) 791-8502
Email:  pdavidson@mirickoconnell.com

ATTORNEY FOR
GEAR HEAD , LLC

Dated:  May 16, 2011

{Practice Areas\Lit\20948\00003\A1799891.DOC}

<u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that the foregoing document was filed electronically on the 16th day of May, 2011 in compliance with Local Rule CV-5(a) and has been served on all counsel who have consented to electronic service and all other counsel by regular mail.

Patricia L. Davidson, Esq.

Dated: May 16, 2011