IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC | |
| v. | NO. 6:10-cv-329-LED |
| AMAZON.COM, INC. ET AL. | JURY |

**STIPULATED MOTION FOR DISMISSAL WITHOUT PREJUDICE**

The plaintiff, AdjustaCam LLC, and defendants, Sears Brands, LLC; Sears, Roebuck and Company; Sears Holdings Corporation d/b/a Sears; and Kmart Corporation (collectively, "Defendants") pursuant to Fed. R. Civ. P. 41(a)(2), hereby move for an order dismissing all claims and counterclaims in this action asserted between them WITHOUT PREJUDICE, with each party to bear its own costs, expenses and attorney fees.

Dated: May 20, 2011

Respectfully submitted,

ADJUSTACAM LLC
By: /s/ *John Edmonds*
John J. Edmonds – LEAD COUNSEL
Texas Bar No. 789758
Michael J. Collins
Texas Bar No. 4614510
Henry M. Pogorzelski
Texas Bar No. 24007852
COLLINS, EDMONDS & POGORZELSKI, PLLC
1616 S. Voss Rd., Suite 125
Houston, Texas 77057
Telephone: (281) 501-3425
Facsimile: (832) 415-2535
jedmonds@cepiplaw.com
mcollins@cepiplaw.com
hpogorzelski@cepiplaw.com

Andrew W. Spangler
Texas Bar No. 24041960
Spangler Law P.C.
208 N. Green Street, Suite 300
Longview, Texas 75601
(903) 753-9300
(903) 553-0403 (fax)
spangler@spanglerlawpc.com

ATTORNEYS FOR PLAINTIFF
ADJUSTACAM LLC



By: __/s/ John H. Barr, Jr. (with permission)__
John H. Barr, Jr.
Attorney-in-Charge
State Bar No. 00783605
BRACEWELL & GIULIANI LLP
711 Louisiana, Suite 2300
Houston, Texas 77002
(713) 223-2300 - Telephone
(713) 221-1212 – Facsimile

ATTORNEY FOR DEFENDANTS,
SEARS BRANDS, LLC; SEARS, ROEBUCK
AND COMPANY; SEARS HOLDINGS
CORPORATION D/B/A SEARS; and KMART
CORPORATION

Of counsel:

Christopher A. Shield
State Bar No. 24046833
John A. Yates
State Bar No. 24056569
Robert D. Ayers, Jr.
State Bar No. 24073870
Bracewell & Giuliani LLP
711 Louisiana, Suite 2300
Houston, Texas 77002
(713) 223-2300 - Telephone
(713) 221-1212 – Facsimile

Christopher Schenck
Washington State Bar No. 37997
Bracewell & Giuliani LLP

                                                    701 Fifth Avenue, Suite 6200
                                                    Seattle, WA 98104
                                                    (206) 204-6210 – Telephone
                                                    (206) 204-6262 - Facsimile

## CERTIFICATE OF SERVICE

      I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

May 20, 2011                                      /s/ *John J. Edmonds*
                                                        John J. Edmonds