IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC | |
| v. | NO. 6:10-cv-329-LED |
| AMAZON.COM, INC. ET AL. | JURY |

## ORDER

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal Without Prejudice of all claims and counterclaims asserted between plaintiff, AdjustaCam LLC, and defendants, Sears Brands, LLC; Sears, Roebuck and Company; Sears Holdings Corporation d/b/a Sears; and Kmart Corporation in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims and counterclaims asserted in this suit between plaintiff, Adjustacam LLC, and defendants, Sears Brands, LLC; Sears, Roebuck and Company; Sears Holdings Corporation d/b/a Sears; and Kmart Corporation, are hereby dismissed without prejudice.

It is further ORDERED that all costs, expenses and attorney's fees are to be borne by the party that incurred them.

IT IS SO ORDERED.