IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM, LLC,<br><br>Plaintiff,<br>v.<br><br>AMAZON.COM, INC., *et al.*,<br><br>Defendants. | Civil Action No. 6:10-cv-00329-LED<br><br>JURY TRIAL DEMANDED |

## CDW CORPORATION AND CDW, INC. S NOTICE OF COMPLIANCE

Pursuant to Fed. R. Civ. P. 26(a)(1) and the parties' May 9, 2011 submission of Proposed Discovery Order (Dkt. No. 429), Defendants CDW Corporation f/k/a CDW Computer Centers, Inc. and CDW, Inc. hereby notify the Court that on May 20, 2011, they served their Initial Disclosures *via* electronic mail.

Dated: May 23, 2011

Respectfully submitted,

By: */s/ Eric H. Findlay*
Eric H. Findlay (SBN 00789886)
Brian Craft (SBN 04972020)
Findlay & Craft LLP
6760 Old Jacksonville Hwy,
Ste. 101
Tyler, TX 75703
Email:  efindlay@findlaycraft.com
Email:  bcraft@findlaycraft.com
Tel:    (903)534-1100
Fax:    (903)534-1137

*Attorneys for Defendants CDW Corporation f/k/a CDW Computer Centers, Inc. and CDW, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2011, I electronically filed the foregoing filing with the Clerk of Court using the CM/ECF system which will send notification of such filing *via* electronic mail to all counsel of records.

*/s/ Eric H. Findlay*
Eric H. Findlay