UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC, | Case No. 6:10-CV-00329-LED |
| Plaintiff, | |
| vs. | |
| AMAZON.COM, INC., et al., | |
| Defendants. | |

**WAL-MART STORES, INC. NOTICE OF COMPLIANCE**

Pursuant to Fed. R. Civ. P. 26(a)(1) and the parties' May 9, 2011 submission of Proposed Discovery Order (Dkt. No. 429), Wal-Mart Stores, Inc. hereby notifies the Court that on May 20, 2011, it served its Initial Disclosures via electronic mail.

Dated: May 23, 2011                                    Respectfully submitted,

/s/ Victor de Gyarfas
Victor de Gyarfas (Texas Bar No. 24071250)
FOLEY & LARDNER LLP
555 South Flower Street, Suite 3500
Los Angeles, CA 90071-2411
213.972.4500
213.486.0065

Attorneys for Defendant
WAL-MART STORES, INC.

## **CERTIFICATE OF SERVICE**

The undersigned certified that the WAL-MART STORES, INC. NOTICE OF COMPLIANCE was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who have consented to electronic service.

       /s/    Victor de Gyarfas