# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM, LLC, *Plaintiff*, v. AMAZON.COM, INC., *et al.*, *Defendants*. | Case No. 6:10-cv-00329-LED<br><br>JURY TRIAL DEMANDED |

## ORDER

On this day came on to be considered Defendant Amazon.com, Inc.'s Unopposed Motion for Extension of Time to Comply with Paragraph 1 of the parties' Proposed Discovery Order and Serve Initial Disclosures, and the Court is of the opinion that the motion should be GRANTED, it is therefore,

ORDERED, ADJUDGED and DECREED that the Unopposed Motion to Extend Time be granted and that Amazon be given to and including May 27, 2011 to serve its Initial Disclosures.