**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| ADJUSTACAM LLC<br><br>           PLAINTIFF,<br><br>     v.<br><br>AMAZON.COM, INC., *et al.*,<br><br>           DEFENDANTS. | Civil Action No. 6:10-cv-329-LED |

### DEFENDANT DIGITAL INNOVATIONS' NOTICEOF COMPLIANCE

In accordance with Fed. R. Civ. P. 26(a)(1) and the parties' May 9, 2011 submission of

Proposed Discovery Order (Dkt. No. 429), Defendant Digital Innovations, LLC hereby notifies

the Court that on May 20, 2011, it served its Initial Disclosures via First Class U.S. Mail.

Dated:  May 23, 2011                            Respectfully submitted,

                                                DEFENDANT DIGITAL INNOVATIONS, LLC

                                                By:  /s/ Gary Y. Leung                              

Gary Y. Leung
gleung@mcguirewoods.com
MCGUIREWOODS LLP
77 W. Wacker Dr. Ste. 4100
Chicago, IL 60601-1818
312.849.8100
312.849.3690 (fax)
(*admitted pro hac vice*)

Phillip B. Philbin
phillip.philbin@haynesboone.com
Texas State Bar No. 15909020
HAYNES AND BOONE, L.L.P.
2323 Victory Avenue, Suite 700

Dallas, Texas 75219
Tel: 214-651-5000
Fax: 214-651-5940

## CERTIFICATE OF SERVICE

The undersigned certifies that on May 23, 2001, he caused the foregoing Notice of Compliance to be electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing *via* electronic mail to all counsel of record.

/s/ Gary Y. Leung

\31339166.1