IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No: 6:10-CV-329-LED |
| | ) |
| AMAZON.COM, INC.; | ) |
| AUDITEK CORPORATION; | ) |
| BALTIC LATVIAN UNIVERSAL | ) |
| ELECTRONICS, LLC D/B/A BLUE | ) |
| MICROPHONES, LLC D/B/A BLUE | ) |
| MICROPHONE; | ) |
| BLUE MICROPHONES, LLC; | ) |
| CDW CORPORATION F/K/A CDW | ) |
| COMPUTER CENTERS, INC.; | ) |
| CDW, INC.; | ) |
| COBRA DIGITAL, LLC; | ) |
| COMPUSA.COM, INC.; | ) |
| CREATIVE TECHNOLOGY LTD.; | ) |
| CREATIVE LABS, INC.; | ) |
| DELL, INC.; | ) |
| DIGITAL INNOVATIONS, LLC; | ) |
| EASTMAN KODAK COMPANY; | ) |
| EZONICS CORPORATION D/B/A EZONICS | ) |
| COPORATION USA D/B/A EZONICS; | ) |
| FRY'S ELECTRONICS, INC.; | ) |
| GEAR HEAD, LLC; | ) |
| HEWLETT-PACKARD COMPANY; | ) |
| INTCOMEX, INC.; | ) |
| JASCO PRODUCTS COMPANY LLC D/B/A | ) |
| JASCO PRODUCTS COMPANY D/B/A | ) |
| JASCO; | ) |
| JWIN ELECTRONICS CORPORATION; | ) |
| KLIP XTREME LLC; | ) |
| KMART CORPORATION; | ) |
| LIFEWORKS TECHNOLOGY GROUP, LLC; | ) |
| MACALLY PERIPHERALS, INC. D/B/A | ) |
| MACALLY U.S.A; | ) |
| MACE GROUP, INC.; | ) |
| MICRO ELECTRONICS, INC. DBA MICRO, | ) |
| CENTER; | ) |

NEW COMPUSA CORPORATION;                          )
NEWEGG, INC.;                                     )
NEWEGG.COM, INC.;                                 )
OFFICE DEPOT, INC.;                               )
OVERSTOCK.COM, INC.;                              )
PHOEBE MICRO INC.;                                )
PROLYNKZ, LLC;                                    )
RADIOSHACK CORPORATION;                           )
ROSEWILL INC.;                                    )
SEARS BRANDS, LLC;                                )
SEARS HOLDINGS CORPORATION D/B/A                  )
SEARS                                             )
SEARS, ROEBUCK AND COMPANY;                       )
SAKAR INTERNATIONAL, INC.;                        )
SAKAR, INC.;                                      )
SDI TECHNOLOGIES, INC.;                           )
SOFTWARE BROKERS OF AMERICA INC.                  )
DBA INTCOMEX CORPORATION D/B/A                    )
INTCOMEX;                                         )
SYSTEMAX, INC. D/B/A COMPUSA;                      )
TARGET CORP.;                                     )
TIGERDIRECT, INC.;                                )
TRIPPE MANUFACTURING COMPANY                      )
D/B/A TRIPP LITE;                                 )
WAL-MART STORES, INC.,                            )
BEST BUY CO., INC. D/B/A BEST BUY                 )
D/B/A ROCKETFISH;                                 )
BEST BUY STORES, LP;                              )
BESTBUY.COM, LLC;                                 )
CONN'S, INC. D/B/A CONN'S;                        )
J&R ELECTRONICS, INC. D/B/A J&R;                  )
KOHL'S CORPORATION D/B/A KOHL'S;                  )
KOHL'S ILLINOIS, INC.;                            )
SOLID YEAR CO., LTD AND                           )
WALGREEN CO. D/B/A WALGREENS                      )
                                                  )
                              Defendants.         )
                                                  )
_____           )

### DEFENDANTS COMPUSA.COM, INC.'S, NEW COMPUSA CORP.'S, SYSTEMAX INC.'S AND TIGERDIRECT, INC.'S NOTICE OF COMPLIANCE

Pursuant to Fed. R. Civ. P. Rule 26(a)(1) and the parties' May 9, 2011 submission of Proposed Discovery Order (Dkt. No. 429), defendants CompUSA.com, Inc., New CompUSA Corp., TigerDirect, Inc. and Systemax Inc. hereby notify the Court that on May 23, 2011, they served their Initial Disclosures upon counsel of record by electronic mail.

Dated:  May 24, 2011

Respectfully submitted,

**DAVIDOFF MALITO & HUTCHER LLP**
*Attorneys for Defendants Systemax, Inc.,*
*CompUSA.com, Inc., New CompUSA Corporation,*
*and TigerDirect, Inc.*

By: /s/David W. Denenberg
    David W. Denenberg
    DD9951 (admitted in E.D. Texas *pro hac vice*)
    200 Garden City Plaza
    Garden City, New York 11530
    (516) 247-4440 (Telephone)
    (516) 248-6422 (Facsimile)
    dwd@dmlegal.com