SAKAR 6.0-018

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM, L.L.C.<br><br>Plaintiff,<br><br>vs.<br><br>SAKAR INTERNATIONAL, INC., et al<br><br>Defendants. | Civil Action No. 6:10-cv-00329 |

**<u>DEFENDANT SAKAR INTERNATIONAL, INC.'S NOTICE OF COMPLIANCE</u>**

In accordance with Fed. R. Civ. P. 26(a)(1) and the parties' May 9, 2011 submission of Proposed Discovery Order (Dkt. No. 429), Defendant Sakar International, Inc. hereby notifies the Court that on May 24, 2011, it served its Initial Disclosures via email.

Dated: May 24, 2011

Respectfully submitted,

SAKAR INTERNATIONAL, INC.

EZRA SUTTON, Esq.

1

## CERTIFICATE OF SERVICE

The undersigned certifies that on May 24, 2011, he caused the foregoing Notice of Compliance to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

_____
EZRA SUTTON