UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS – TYLER DIVISION

| | |
|---|---|
| AdjustaCam LLC,<br>        *Plaintiffs,*<br>    vs.<br>Amazon.com, Inc., et al.,<br>        *Defendants.* | Civil Action No: 6: 10-cv-00329 LED<br><br>Jury |

### DEFENDANT BLUE MICROPHONES LLC'S NOTICE OF COMPLIANCE

Defendants Blue Microphones, LLC and Baltic Latvian Universal Electronics, LLC d/b/a Blue Microphones, LLC d/b/a Blue Microphone (collectively, "Blue") give notice that on May 23, 2011, it served its initial disclosures, pursuant to fed. R. Civ. P. 26(a)(1), via electronic mail.

Respectfully submitted,

May 24, 2011

Michael E. Jones, State Bar No. 10929400
mikejones@potterminton.com
Allen F. Gardner, State Bar No. 24043679
allengardner@potterminton.com
POTTER MINTON, A Professional Corporation
110 North College, Suite 500
Tyler, TX 75702
Phone: (903) 597-8311 • Fax: (903) 593-0846

/s/ M. Kala Sarvaiya
Michael D. Harris, Cal. Bar No. 59,470
MHarris@socalip.com
M. Kala Sarvaiya, Cal. Bar No. 238,453
KSarvaiya@socalip.com
SOCAL IP LAW GROUP LLP
310 N. Westlake Blvd., Suite 120
Westlake Village, CA 91362-3788
Phone: (805) 230-1350 • Fax: (805) 230-1355
Attorneys for Defendants Baltic Latvian
    Universal Electronics, LLC and Blue
    Microphones, LLC

## CERTIFICATE OF SERVICE

      I hereby certify that on May 24, 2011, I electronically filed the foregoing document "Defendant Blue Microphones LLC's Notice of Compliance" using the Case Management/Electronic Case Filing (CM/ECF) system which will send a Notice of Electronic Filing of the document to the CM/ECF participants.

May 24, 2011         /s/ *M. Kala Sarvaiya*
                                  M. Kala Sarvaiya