**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

|  |  |
|---|---|
| ADJUSTACAM, LLC,<br><br>Plaintiff,<br>v.<br><br>AMAZON.COM, INC., *et al.*,<br><br>Defendants. | Civil Action No. 6:10-cv-00329-LED<br><br>JURY TRIAL DEMANDED |

**NOTICE OF COMPLIANCE**

Pursuant to Fed. R. Civ. P. 26(a)(1) and the parties' May 9, 2011 submission of Proposed Discovery Order (Dkt. No. 429), Defendant Lifeworks Technology Group, LLC ("Lifeworks") hereby notifies the Court that on May 20, 2011, Lifeworks served its Initial Disclosures *via* electronic mail.

DATED: May 24, 2011

By:      /s/ *Bryan D. Atkinson*

W. Bryan Farney
Lead Attorney
Texas State Bar No. 06826600
Steven R. Daniels
Texas State Bar No. 24025318
Bryan D. Atkinson
Texas State Bar No. 24036157
FARNEY DANIELS LLP
800 S. Austin Ave., Suite 200
Georgetown, Texas 78626
Telephone:    (512) 582-2828
Facsimile:    (512) 582-2829
E-mails: BFarney@farneydaniels.com
        SDaniels@farneydaniels.com
        BAtkinson@farneydaniels.com
**ATTORNEYS FOR DEFENDANT
LIFEWORKS TECHNOLOGY GROUP, LLC**

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on May 24, 2011, I electronically filed the foregoing filing with the Clerk of Court using the CM/ECF system which will send notification of such filing *via* electronic mail to all counsel of records.

/s/ Bryan D. Atkinson
Bryan D. Atkinson