# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

|  |  |
|---|---|
| ADJUSTACAM LLC,<br><br>                    Plaintiff,<br><br>V.<br><br>AMAZON.COM, INC.;<br>AUDITEK CORPORATION; el al.<br><br>                    Defendants, | CASE NO. 6:10-CV-00329-LED |

### DEFENDANT AUDITEK CORPORATION'S

### NOTICE OF COMPLIANCE

Defendant Auditek Corporation hereby notifies the Court that, pursuant to Fed. R. Civ. P. 26(a)(1) and the parties' May 9, 2011 submission of Proposed Discovery Order (Dkt. No. 429), Auditek's Initial Disclosures were served on all counsel of record via electronic mail on May 20, 2011.

Date:  May 24, 2011

> Respectfully Submitted,
>
> /jflee/
> Jen-Feng Lee
> LT Pacific Law Group LLP
> 17800 Castleton Street, Suite 383
> City of Industry, CA 91748
> Tel:  (626) 810-7200
> Fax:  (626) 810-7300

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 24, 2011 the foregoing document has been electronically filed with the Clerk in accordance with the CM/ECF system procedures and Local Rule CV-5(a), which will cause email notification of such filing to be served upon all counsel who have consented to electronic service.

                                    /s/Jen-Feng Lee
                                    Jen-Feng Lee