IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM, LLC, *Plaintiff*, v. AMAZON.COM, INC., *et al.*, *Defendants.* | Case No. 6:10-cv-00329-LED  JURY TRIAL DEMANDED |

## ORDER

On this day came on to be considered Defendant Amazon.com, Inc.'s Unopposed Motion for Extension of Time to Comply with Paragraph 1 of the parties' Proposed Discovery Order and Serve Initial Disclosures, and the Court is of the opinion that the motion should be GRANTED, it is therefore,

ORDERED, ADJUDGED and DECREED that the Unopposed Motion to Extend Time be granted and that Amazon be given to and including May 27, 2011 to serve its Initial Disclosures.

**So ORDERED and SIGNED this 24th day of May, 2011.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**