**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| ADJUSTACAM LLC<br>    *Plaintiff*<br><br>v.<br><br>AMAZON.COM, INC., *et al.*<br>    *Defendants* | Case No. 6:10-cv-329-LED<br><br>**JURY** |

**NOTICE OF CHANGE OF FIRM NAME AND ADDRESS**

PLEASE TAKE NOTICE that the firm name and contact information for W. Bryan Farney, Steven R. Daniels, and Bryan D. Atkinson, counsel for CDW Corporation, CDW, Inc., Creative Labs, Inc., Fry's Electronics Inc., Hewlett-Packard Company, Lifeworks Technology Group, LLC, Office Depot, Inc., Target Corp., Best Buy Co. Inc., Best Buy Stores, LP, and BestBuy.com, LLC has been changed to:

Farney Daniels LLP
800 S. Austin Ave., Suite 200
Georgetown, TX 78626
(512) 582-2828
Email: BFarney@farneydaniels.com
Email: SDaniels@farneydaniels.com
Email: BAtkinson@farneydaniels.com

| | |
|---|---|
| DATED: May 26, 2011 | By:     /s/ *Bryan D. Atkinson* <br> W. Bryan Farney <br> Lead Attorney <br> Texas State Bar No. 06826600 <br> Steven R. Daniels <br> Texas State Bar No. 24025318 <br> Bryan D. Atkinson <br> Texas State Bar No. 24036157 <br> FARNEY DANIELS LLP <br> 800 S. Austin Ave., Suite 200 <br> Georgetown, Texas 78626 <br> Telephone:  (512) 582-2828 <br> Facsimile:   (512) 582-2829 <br> E-mails: BFarney@farneydaniels.com <br>         SDaniels@farneydaniels.com <br>         BAtkinson@farneydaniels.com <br> **ATTORNEYS FOR DEFENDANTS CDW CORPORATION, CDW, INC., CREATIVE LABS, INC., FRY'S ELECTRONICS INC., HEWLETT-PACKARD COMPANY, LIFEWORKS TECHNOLOGY GROUP, LLC, OFFICE DEPOT, INC., TARGET CORP., BEST BUY CO. INC., BEST BUY STORES, LP, AND BESTBUY.COM, LLC** |

## CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2011, I electronically filed the foregoing filing with the Clerk of Court using the CM/ECF system which will send notification of such filing *via* electronic mail to all counsel of records.

                                                                                   /s/ *Bryan D. Atkinson* <br>
                                                                                   Bryan D. Atkinson