IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM, LLC, <br><br> *Plaintiff*, <br><br> v. <br><br> AMAZON.COM, INC., *et al.*, <br><br> *Defendants*. | Case No. 6:10-cv-00329-LED <br><br> JURY TRIAL DEMANDED |

### ORDER

Plaintiff and Defendants' Joint Motion for Extension of Time to Submit Agreed Docket Control Order and Discovery Order (Docket No. 421) is DENIED AS MOOT.

**So ORDERED and SIGNED this 26th day of May, 2011.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**