IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ADJUSTACAM LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action No. 6:10-cv-00329 |
| | § | |
| AMAZON.COM, INC., et al., | § | |
| | § | |
| Defendants. | § | |

### NOTICE OF DISCLOSURE FOR DEFENDANTS
### NEWEGG INC., NEWEGG.COM INC., AND ROSEWILL INC.

Defendants, Newegg Inc., Newegg.com Inc. and Rosewill Inc. hereby notify the Court that they have served their Initial Disclosures pursuant to the Court's Discovery Order dated May 26, 2011.

Respectfully submitted,

/s/ Trey Yarbrough
Trey Yarbrough
Bar No.  22133500
Debby E. Gunter
Bar No. 24012752
YARBROUGH ♦ WILCOX, PLLC
100 E. Ferguson St., Ste. 1015
Tyler, TX 75702
 Phone:  (903) 595-3111
 Fax: (903) 595-0191
trey@yw-lawfirm.com
debby@yw-lawfirm.com

Christopher J. Cuneo *(pro hac vice)*
John N. Zarian *(pro hac vice)*
Zarian Midgley & Johnson PLLC
960 Broadway, Suite 250
Boise, Idaho 83706
Phone: (208) 562-4900

Fax: (208) 562-4901
cuneo@zarianmidgley.com
zarian@zarianmidgley.com

ATTORNEYS FOR DEFENDANTS
NEWEGG INC., NEWEGG.COM, INC.
AND ROSEWILL INC.

## Certificate of Service

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on May 27, 2011. All other counsel of record will be served via facsimile or first class mail.

*/s/ Trey Yarbrough*
Trey Yarbrough