**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| ADJUSTACAM LLC<br><br>    PLAINTIFF,<br><br>v.<br><br>AMAZON.COM, INC., *et al.*,<br><br>    DEFENDANTS. | Civil Action No. 6:10-cv-329-LED |

## **DEFENDANT DIGITAL INNOVATIONS' NOTICE OF COMPLIANCE**

In accordance with the parties' May 9, 2011 submission of Proposed Discovery Order (Dkt. No. 429), Defendant Digital Innovations, LLC hereby notifies the Court that on May 20, 2011, it served its Damages Disclosures on counsel of record by electronic mail.

Dated: May 27, 2011          Respectfully submitted,

                    DEFENDANT DIGITAL INNOVATIONS, LLC

                    By:  /s/ Gary Y. Leung

Gary Y. Leung
gleung@mcguirewoods.com
MCGUIREWOODS LLP
77 W. Wacker Dr. Ste. 4100
Chicago, IL 60601-1818
312.849.8100
312.849.3690 (fax)
(*admitted pro hac vice*)

Phillip B. Philbin
phillip.philbin@haynesboone.com
Texas State Bar No. 15909020
HAYNES AND BOONE, L.L.P.
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Tel: 214-651-5000
Fax: 214-651-5940

- 2 -

**CERTIFICATE OF SERVICE**

  The undersigned certifies that on May 27, 2001, he caused the foregoing Notice of Compliance to be electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing *via* electronic mail to all counsel of record.

         /s/ Gary Y. Leung

         Gary Y. Leung
         gleung@mcguirewoods.com
         MCGUIREWOODS LLP
         77 W. Wacker Dr. Ste. 4100
         Chicago, IL 60601-1818
         312.849.8100
         312.849.3690 (fax)