# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC, § | |
| § | |
| PLAINTIFF, § | |
| § | |
| v. § | |
| § | C.A. NO. 6:10-cv-00329-LED |
| AMAZON.COM, INC.; § | |
| AUDITEK CORPORATION; § | |
| BALTIC LATVIAN UNIVERSAL § | |
| ELECTRONICS, LLC D/B/A BLUE § | |
| MICROPHONES, LLC D/B/A BLUE § | |
| MICROPHONE; § | |
| BLUE MICROPHONES, LLC; § | |
| CDW CORPORATION F/K/A CDW § | |
| COMPUTER CENTERS, INC.; § | |
| CDW, INC.; § | |
| COBRA DIGITAL, LLC; § | |
| COMPUSA.COM, INC.; § | |
| CREATIVE TECHNOLOGY LTD.; § | |
| CREATIVE LABS, INC.; § | |
| DELL, INC.; § | |
| DIGITAL INNOVATIONS, LLC.; § | |
| EASTMAN KODAK COMPANY; § | |
| EZONICS CORPORATION D/B/A § | |
| EZONICS CORPORATION USA D/B/A § | |
| EZONICS; § | |
| FRY'S ELECTRONICS, INC.; § | |
| GEAR HEAD, LLC; § | |
| HEWLETT-PACKARD COMPANY; § | |
| INTCOMEX, INC.; § | |
| JASCO PRODUCTS COMPANY LLC § | |
| D/B/A JASCO PRODUCTS COMPANY § | |
| D/B/A JASCO; § | |
| JWIN ELECTRONICS CORPORATION; § | |
| KLIP XTREME LLC; § | |
| KMART CORPORATION; § | |
| LIFEWORKS TECHNOLOGY GROUP, § | |
| LLC; § | |
| MACALLY PERIPHERALS, INC. D/B/A § | |
| MACALLY U.S.A.; § | |
| MACE GROUP, INC.; § | |
| MICRO ELECTRONICS, INC. D/B/A § | |

| | |
|---|---|
| MICRO CENTER; | § |
| NEW COMPUSA CORPORATION; | § |
| NEWEGG, INC.; | § |
| NEWEGG.COM, INC.; | § |
| OFFICE DEPOT, INC.; | § |
| OVERSTOCK.COM, INC.; | § |
| PHOEBE MICRO INC.; | § |
| PROLYNKZ, LLC; | § |
| RADIOSHACK CORPORATION; | § |
| ROSEWILL INC.; | § |
| SEARS BRANDS, LLC; | § |
| SEARS HOLDINGS CORPORATION D/B/A SEARS; | § § |
| SEARS, ROEBUCK AND COMPANY; | § |
| SAKAR INTERNATIONAL, INC.; | § |
| SAKAR, INC.; | § |
| SDI TECHNOLOGIES, INC.; | § |
| SOFTWARE BROKERS OF AMERICA INC. D/B/A INTCOMEX CORPORATION D/B/A INTCOMEX; | § § § |
| SYSTEMAX, INC. D/B/A COMPUSA; | § |
| TARGET CORP.; | § |
| TIGERDIRECT, INC.; | § |
| TRIPPE MANUFACTURING COMPANY D/B/A TRIPP LITE; | § § |
| WAL-MART STORES, INC.; | § |
| BEST BUY CO., INC. D/B/A BEST BUY D/B/A ROCKETFISH; | § § |
| BEST BUY STORES, LP; | § |
| BESTBUY.COM, LLC; | §   JURY TRIAL DEMANDED |
| CONN'S, INC. D/B/A CONN'S; | § |
| J&R ELECTRONICS, INC. D/B/A J&R; | § |
| KOHL'S CORPORATION D/B/A KOHL'S; | § |
| KOHL'S ILLINOIS, INC.; | § |
| SOLID YEAR CO., LTD. AND | § |
| WALGREEN CO. D/B/A WALGREENS, | § |
| | § |
| DEFENDANTS. | § |

## DEFENDANTS OVERSTOCK.COM, INC.'S NOTICE OF COMPLIANCE

Pursuant to the Docket Control Order (Dkt. No. 451), defendant Overstock.Com, Inc. hereby notifies the Court that on May 27, 2011, its Damages Disclosures were served upon counsel of record by hand delivery.

Dated: May 27, 2011.

                                          Respectfully submitted,

                                          By: */s/ John H. Barr, Jr.*
                                               John H. Barr, Jr.
                                               Attorney-in-Charge
                                               State Bar No. 00783605
                                      BRACEWELL & GIULIANI LLP
                                      711 Louisiana, Suite 2300
                                      Houston, Texas 77002
                                      (713) 223-2300 - Telephone
                                      (713) 221-1212 – Facsimile

                                      ATTORNEY FOR DEFENDANT
                                      OVERSTOCK.COM, INC.

Of counsel:

Christopher A. Shield
State Bar No. 24046833
John A. Yates
State Bar No. 24056569
Robert D. Ayers, Jr.
State Bar No. 24073870
Bracewell & Giuliani LLP
711 Louisiana, Suite 2300
Houston, Texas 77002
(713) 223-2300 - Telephone
(713) 221-1212 – Facsimile

Christopher Schenck      *(Pro Hac Vice)*
Washington State Bar No. 37997
Bracewell & Giuliani LLP
701 Fifth Avenue, Suite 6200
Seattle, WA 98104
(206) 204-6210 – Telephone
(206) 204-6262 - Facsimile

## **CERTIFICATE OF SERVICE**

      I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) and in compliance with the Federal Rules of Civil Procedure on the 27th day of May, 2011.

                                                      */s/ John H. Barr, Jr.*
                                                      John H. Barr, Jr.