# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No: 6:10-CV-329-LED |
| | ) |
| AMAZON.COM, INC.; | ) |
| AUDITEK CORPORATION; | ) |
| BALTIC LATVIAN UNIVERSAL | ) |
| ELECTRONICS, LLC D/B/A BLUE | ) |
| MICROPHONES, LLC D/B/A BLUE | ) |
| MICROPHONE; | ) |
| BLUE MICROPHONES, LLC; | ) |
| CDW CORPORATION F/K/A CDW | ) |
| COMPUTER CENTERS, INC.; | ) |
| CDW, INC.; | ) |
| COBRA DIGITAL, LLC; | ) |
| COMPUSA.COM, INC.; | ) |
| CREATIVE TECHNOLOGY LTD.; | ) |
| CREATIVE LABS, INC.; | ) |
| DELL, INC.; | ) |
| DIGITAL INNOVATIONS, LLC; | ) |
| EASTMAN KODAK COMPANY; | ) |
| EZONICS CORPORATION D/B/A EZONICS | ) |
| COPORATION USA D/B/A EZONICS; | ) |
| FRY'S ELECTRONICS, INC.; | ) |
| GEAR HEAD, LLC; | ) |
| HEWLETT-PACKARD COMPANY; | ) |
| INTCOMEX, INC.; | ) |
| JASCO PRODUCTS COMPANY LLC D/B/A | ) |
| JASCO PRODUCTS COMPANY D/B/A | ) |
| JASCO; | ) |
| JWIN ELECTRONICS CORPORATION; | ) |
| KLIP XTREME LLC; | ) |
| KMART CORPORATION; | ) |
| LIFEWORKS TECHNOLOGY GROUP, LLC; | ) |
| MACALLY PERIPHERALS, INC. D/B/A | ) |
| MACALLY U.S.A; | ) |
| MACE GROUP, INC.; | ) |
| MICRO ELECTRONICS, INC. DBA MICRO, | ) |

| | |
|---|---|
| CENTER; | ) |
| NEW COMPUSA CORPORATION; | ) |
| NEWEGG, INC.; | ) |
| NEWEGG.COM, INC.; | ) |
| OFFICE DEPOT, INC.; | ) |
| OVERSTOCK.COM, INC.; | ) |
| PHOEBE MICRO INC.; | ) |
| PROLYNKZ, LLC; | ) |
| RADIOSHACK CORPORATION; | ) |
| ROSEWILL INC.; | ) |
| SEARS BRANDS, LLC; | ) |
| SEARS HOLDINGS CORPORATION D/B/A | ) |
| SEARS | ) |
| SEARS, ROEBUCK AND COMPANY; | ) |
| SAKAR INTERNATIONAL, INC.; | ) |
| SAKAR, INC.; | ) |
| SDI TECHNOLOGIES, INC.; | ) |
| SOFTWARE BROKERS OF AMERICA INC. | ) |
| DBA INTCOMEX CORPORATION D/B/A | ) |
| INTCOMEX; | ) |
| SYSTEMAX, INC. D/B/A COMPUSA; | ) |
| TARGET CORP.; | ) |
| TIGERDIRECT, INC.; | ) |
| TRIPPE MANUFACTURING COMPANY | ) |
| D/B/A TRIPP LITE; | ) |
| WAL-MART STORES, INC., | ) |
| BEST BUY CO., INC. D/B/A BEST BUY | ) |
| D/B/A ROCKETFISH; | ) |
| BEST BUY STORES, LP; | ) |
| BESTBUY.COM, LLC; | ) |
| CONN'S, INC. D/B/A CONN'S; | ) |
| J&R ELECTRONICS, INC. D/B/A J&R; | ) |
| KOHL'S CORPORATION D/B/A KOHL'S; | ) |
| KOHL'S ILLINOIS, INC.; | ) |
| SOLID YEAR CO., LTD AND | ) |
| WALGREEN CO. D/B/A WALGREENS | ) |
| | ) |
| Defendants. | ) |

## DEFENDANT AMAZON.COM, INC.'S NOTICE OF COMPLIANCE
## REGARDING DAMAGES DISCLOSURE

Pursuant to Docket Control Order (Dkt. No. 451), Defendant Amazon.com, Inc. hereby notifies the Court that on May 27, 2011, it served its Damages Disclosures upon Plaintiff's counsel of record by electronic mail.

Dated:  May 27, 2011

Respectfully submitted,

By: */s/ Brian Craft*
Brian Craft
State Bar No. 04972020
Eric H. Findlay
State Bar No. 00789886
FINDLAY CRAFT, LLP
6760 Old Jacksonville Highway, Suite 101
Tyler, TX 75703
Phone: (903) 534-1100
Fax: (903) 534-1137
Email: bcraft@findlaycraft.com
Email: efindlay@findlaycraft.com

*Attorneys for Defendant Amazon.Com, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic service are being served with a copy of this **DEFENDANT AMAZON.COM, INC.'S NOTICE OF COMPLIANCE REGARDING DAMAGES DISCLOSURE**, *via* the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 27th day of May 2011.

*/s/ Brian Craft*
Brian Craft