# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

ADJUSTACAM LLC,

        Plaintiff,

v.

Case No: 6:10-CV-329-LED

AMAZON.COM, INC.;
AUDITEK CORPORATION;
BALTIC LATVIAN UNIVERSAL ELECTRONICS, LLC D/B/A BLUE MICROPHONES, LLC D/B/A BLUE MICROPHONE;
BLUE MICROPHONES, LLC;
CDW CORPORATION F/K/A CDW COMPUTER CENTERS, INC.;
CDW, INC.;
COBRA DIGITAL, LLC;
COMPUSA.COM, INC.;
CREATIVE TECHNOLOGY LTD.;
CREATIVE LABS, INC.;
DELL, INC.;
DIGITAL INNOVATIONS, LLC;
EASTMAN KODAK COMPANY;
EZONICS CORPORATION D/B/A EZONICS COPORATION USA D/B/A EZONICS;
FRY'S ELECTRONICS, INC.;
GEAR HEAD, LLC;
HEWLETT-PACKARD COMPANY;
INTCOMEX, INC.;
JASCO PRODUCTS COMPANY LLC D/B/A JASCO PRODUCTS COMPANY D/B/A JASCO;
JWIN ELECTRONICS CORPORATION;
KLIP XTREME LLC;
KMART CORPORATION;
LIFEWORKS TECHNOLOGY GROUP, LLC;
MACALLY PERIPHERALS, INC. D/B/A MACALLY U.S.A;
MACE GROUP, INC.;
MICRO ELECTRONICS, INC. DBA MICRO,

| | |
|---|---|
| CENTER; | ) |
| NEW COMPUSA CORPORATION; | ) |
| NEWEGG, INC.; | ) |
| NEWEGG.COM, INC.; | ) |
| OFFICE DEPOT, INC.; | ) |
| OVERSTOCK.COM, INC.; | ) |
| PHOEBE MICRO INC.; | ) |
| PROLYNKZ, LLC; | ) |
| RADIOSHACK CORPORATION; | ) |
| ROSEWILL INC.; | ) |
| SEARS BRANDS, LLC; | ) |
| SEARS HOLDINGS CORPORATION D/B/A | ) |
| SEARS | ) |
| SEARS, ROEBUCK AND COMPANY; | ) |
| SAKAR INTERNATIONAL, INC.; | ) |
| SAKAR, INC.; | ) |
| SDI TECHNOLOGIES, INC.; | ) |
| SOFTWARE BROKERS OF AMERICA INC. | ) |
| DBA INTCOMEX CORPORATION D/B/A | ) |
| INTCOMEX; | ) |
| SYSTEMAX, INC. D/B/A COMPUSA; | ) |
| TARGET CORP.; | ) |
| TIGERDIRECT, INC.; | ) |
| TRIPPE MANUFACTURING COMPANY | ) |
| D/B/A TRIPP LITE; | ) |
| WAL-MART STORES, INC., | ) |
| BEST BUY CO., INC. D/B/A BEST BUY | ) |
| D/B/A ROCKETFISH; | ) |
| BEST BUY STORES, LP; | ) |
| BESTBUY.COM, LLC; | ) |
| CONN'S, INC. D/B/A CONN'S; | ) |
| J&R ELECTRONICS, INC. D/B/A J&R; | ) |
| KOHL'S CORPORATION D/B/A KOHL'S; | ) |
| KOHL'S ILLINOIS, INC.; | ) |
| SOLID YEAR CO., LTD AND | ) |
| WALGREEN CO. D/B/A WALGREENS | ) |
| | ) |
| Defendants. | ) |
| | ) |

**DEFENDANTS CDW CORPORATION AND CDW, INC.'S NOTICE OF COMPLIANCE REGARDING DAMAGES DISCLOSURE**

Pursuant to Docket Control Order (Dkt. No. 451), Defendants CDW Corporation f/k/a CDW Computer Centers, Inc. and CDW, Inc. hereby notify the Court that on May 27, 2011, they served their Damages Disclosures upon Plaintiff's counsel of record by electronic mail.

Dated:  May 27, 2011                         Respectfully submitted,

By: */s/ Brian Craft*
Brian Craft
State Bar No. 04972020
Eric H. Findlay
State Bar No. 00789886
FINDLAY CRAFT, LLP
6760 Old Jacksonville Highway, Suite 101
Tyler, TX 75703
Phone: (903) 534-1100
Fax: (903) 534-1137
Email: bcraft@findlaycraft.com
Email: efindlay@findlaycraft.com

*Attorneys for Defendants CDW Corporation f/k/a CDW Computer Centers, Inc. and CDW, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic service are being served with a copy of this **DEFENDANTS CDW CORPORATION AND CDW, INC.'S NOTICE OF COMPLIANCE REGARDING DAMAGES DISCLOSURE**, *via* the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 27th day of May 2011.

                              */s/ Brian Craft*
                              Brian Craft