UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>AMAZON.COM, INC., et al.,<br><br>    Defendants. | Case No. 6:10-CV-00329-LED |

**WAL-MART STORES, INC. NOTICE OF COMPLIANCE**

In accordance with the Court's May 26, 2011 Discovery Order (Dkt. No. 451), Wal-Mart Stores, Inc. hereby notifies the Court that on May 27, 2011, it served its Damages Disclosures via electronic mail.

Dated: May 27, 2011                                Respectfully submitted,


                                                   /s/ Victor de Gyarfas
                                                   Victor de Gyarfas (Texas Bar No. 24071250)
                                                   FOLEY & LARDNER LLP
                                                   555 South Flower Street, Suite 3500
                                                   Los Angeles, CA 90071-2411
                                                   213.972.4500
                                                   213.486.0065

                                                   Attorneys for Defendant
                                                   WAL-MART STORES, INC.

## **CERTIFICATE OF SERVICE**

The undersigned certified that the WAL-MART STORES, INC. NOTICE OF COMPLIANCE was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who have consented to electronic service.


       /s/    Victor de Gyarfas