# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM, LLC,<br><br>Plaintiff,<br>v.<br><br>AMAZON.COM, INC., *et al.*,<br><br>Defendants. | Civil Action No. 6:10-cv-00329-LED<br><br>JURY TRIAL DEMANDED |

## NOTICE OF COMPLIANCE

Pursuant to Fed. R. Civ. P. 26(a)(1) , the Court's May 26, 2011, Discovery Order (Dkt. No. 450) and May 24, 2011 Order Granting Motion for Extension of Time to Complete Discovery (Dkt. No. 444), Defendant Amazon.com, Inc. hereby notifies the Court that on May 27, 2011, they served their Initial Disclosures *via* electronic mail.

Dated: May 27, 2011

Respectfully submitted,

By: */s/ Brian Craft*
Brian Craft (SBN 04972020)
Eric H. Findlay (SBN 00789886)
Findlay & Craft LLP
6760 Old Jacksonville Hwy,
Ste. 101
Tyler, TX 75703
Email:  bcraft@findlaycraft.com
Email:  efindlay@findlaycraft.com
Tel:    (903)534-1100
Fax:    (903)534-1137

*Attorneys for Defendant Amazon.com, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2011, I electronically filed the foregoing filing with the Clerk of Court using the CM/ECF system which will send notification of such filing *via* electronic mail to all counsel of records.

*/s/ Brian Craft*
Brian Craft