UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ADJUSTACAM LLC, | § § § | |
| Plaintiff | § § | Civil Action No. 6:10-cv-00329-LE |
| v. | § § | |
| AMAZON.COM, Inc. et al | § § | |
| Defendants | § § § | |

## NOTICE OF DISCLOSURE

Defendant Dell Inc. hereby notifies the Court that, pursuant to this Court's Docket Control Order (Dkt. No. 451), Dell served its Damages Disclosures on Plaintiff's counsel via electronic mail on May 27, 2011.

Dated: June 1, 2011            Respectfully submitted,

                                                          /s/  Roger J. Fulghum
Roger Fulghum
Texas Bar No. 00790724
roger.fulghum@bakerbotts.com
BAKER BOTTS L.L.P.
One Shell Plaza
910 Louisiana
Houston, Texas  77002-4995
Telephone:  713-229-1234
Facsimile:   713-229-1522

Paula D. Heyman
Texas Bar No. 24027075
paula.heyman@bakerbotts.com
BAKER BOTTS L.L.P.
98 San Jacinto Blvd., Suite 1500
Austin, Texas  78701-4075
Telephone:  512-322-2500
Facsimile:   512-322-2501

Deron R Dacus
Shannon Marie Dacus
Ramey & Flock
100 East Ferguson, Ste 500
Tyler, TX 75702
903/597-3301
Fax: 9035972413
Email: ddacus@rameyflock.com
Email: shannond@rameyflock.com


ATTORNEYS FOR DEFENDANT Dell Inc.

HOU03:1271965

## CERTIFICATE OF SERVICE

        I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 1st day of June, 2011 with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

                                            /s/  *Roger Fulghum*
                                               Roger Fulghum