# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM, LLC,<br><br>Plaintiff,<br>v.<br><br>AMAZON.COM, INC., *et al*.,<br><br>Defendants. | Civil Action No. 6:10-cv-00329-LED<br><br>JURY TRIAL DEMANDED |

## NOTICE OF DISCLOSURE

Pursuant to this Court's Docket Control Order (Dkt. No. 451), Defendants Creative Labs, Inc., Fry's Electronics Inc., Lifeworks Technology Group, LLC, Hewlett-Packard Company, Micro Electronics, Inc. DBA Micro Center, Office Depot, Inc., Target Corp., Best Buy Co. Inc., Best Buy Stores, LP, and BestBuy.com, LLC hereby notify the Court that, on May 27, 2011, their Damages Disclosures were served counsel for Plaintiff AdjustaCam, LLC *via* electronic mail.

| | |
|---|---|
| DATED: June 1, 2011 | By:     /s/ *Bryan D. Atkinson* <br> W. Bryan Farney <br> Lead Attorney <br> Texas State Bar No. 06826600 <br> Steven R. Daniels <br> Texas State Bar No. 24025318 <br> Bryan D. Atkinson <br> Texas State Bar No. 24036157 <br> FARNEY DANIELS LLP <br> 800 S. Austin Ave., Suite 200 <br> Georgetown, Texas 78626 <br> Telephone:  (512) 582-2828 <br> Facsimile:  (512) 582-2829 <br> E-mails: BFarney@farneydaniels.com <br>         SDaniels@farneydaniels.com <br>         BAtkinson@farneydaniels.com <br> **ATTORNEYS FOR DEFENDANTS CREATIVE LABS, INC., FRY'S ELECTRONICS INC., HEWLETT-PACKARD COMPANY, LIFEWORKS TECHNOLOGY GROUP, LLC, MICRO ELECTRONICS, INC. DBA MICRO CENTER, OFFICE DEPOT, INC., TARGET CORP., BEST BUY CO. INC., BEST BUY STORES, LP, AND BESTBUY.COM, LLC** |

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 1, 2011, I electronically filed the foregoing filing with the Clerk of Court using the CM/ECF system which will send notification of such filing *via* electronic mail to all counsel of records.

                                                                              */s/ Bryan D. Atkinson* <br>
                                                                              Bryan D. Atkinson