# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC,<br><br>                Plaintiff,<br><br>V.<br><br>AMAZON.COM, INC.;<br>AUDITEK CORPORATION; el al.<br><br>                Defendants, | CASE NO. 6:10-CV-00329-LED |

## DEFENDANT AUDITEK CORPORATION'S
## NOTICE OF DAMAGES DISCLOSURE

Defendant Auditek Corporation ("Auditek") hereby notifies the Court that, pursuant to this Court's Docket Control Order (Dkt. No. 451), Auditek made its Damages Disclosure by email service upon Plaintiff's counsel on or about September 11, 2010.

Auditek further sent three email confirmations to Plaintiff's counsel in May of 2011 (the last of which was on 5/17/2011), confirming that such Damages Disclosure was sent in September of 2010.

Date:  June 1, 2011

                                            Respectfully Submitted,

                                            /s/Jen-Feng Lee
                                            Jen-Feng Lee
                                            LT Pacific Law Group LLP
                                            17800 Castleton Street, Suite 383
                                            City of Industry, CA 91748
                                            Tel:  (626) 810-7200
                                            Fax:  (626) 810-7300

## CERTIFICATE OF SERVICE

      I hereby certify that on June 1, 2011 the foregoing document has been electronically filed with the Clerk in accordance with the CM/ECF system procedures and Local Rule CV-5(a), which will cause email notification of such filing to be served upon all counsel who have consented to electronic service.

                                            /s/Jen-Feng Lee
                                            Jen-Feng Lee