# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **ADJUSTACAM LLC** | § | |
| | § | Civil Action No. 6:10-cv-00329-LED |
| **v.** | § | |
| | § | **JURY** |
| **AMAZON.COM, INC., et al** | § | |

## NOTICE OF APPEARANCE AS COUNSEL

Defendant J&R Electronics, Inc. files this Notice of Appearance as Counsel and hereby notifies the Court that Allen F. Gardner of the law firm Potter Minton, P.C., 110 N. College Ave., Suite 500, Tyler, Texas 75702 is appearing as counsel for Defendant J&R Electronics, Inc. All pleadings, discovery, correspondence and other material should be served upon counsel at the address referenced above.

Dated: June 14, 2011        Respectfully submitted,

/s/ Allen F. Gardner
Allen F. Gardner
State Bar No. 24043679
allengardner@potterminton.com
Potter Minton, P.C.
110 N. College Ave., Suite 500
Tyler, Texas  75702
Tel: (903) 597-8311
Fax: (903) 593-0846

**ATTORNEY FOR DEFENDANT**
**J&R ELECTRONICS, INC.**

{A07/8627/0001/W0475970.1 }

## CERTIFICATE OF SERVICE

     I hereby certify that all counsel of record who have consented to electronic service and are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on June 14, 2011.  Any other counsel of record will be served by First Class U.S. mail on this same date.

                                               */s/ Allen F. Gardner*
                                               Allen F. Gardner