IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ADJUSTACAM LLC | § | |
| | § | Civil Action No. 6:10-cv-00329-LED |
| v. | § | |
| | § | JURY |
| AMAZON.COM, INC.; et al | § | |

## J&R ELECTRONICS INC.'S UNOPPOSED MOTION FOR EXTENSION TO SERVE INITIAL DISCLOSURES

Defendant J&R Electronics Inc. ("J&R") files this unopposed motion for an extension of the date to serve its initial disclosures. The current deadline for service of initial disclosures pursuant to the Court's Discovery Order [Dkt. 450] was May 20, 2011. J&R respectfully requests an extension of the deadline for service of its initial disclosures until and through June 21, 2011. Plaintiff Adjustacam LLC is not opposed to this request.

J&R seeks this extension of time not for delay, but for good cause so that justice may be served.

Dated: June 22, 2011

Respectfully submitted,

*/s/ Michael E. Jones*
Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
Allen F. Gardner
State Bar No. 24043679
allengardner@potterminton.com
**POTTER MINTON**
A Professional Corporation
110 N. College Ave., Suite 500
Tyler, Texas  75702
Tel: (903) 597 8311
Fax: (903) 593 0846

**ATTORNEYS FOR DEFENDANT
J&R ELECTRONICS INC.**

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service and are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on June 22, 2011.  Any other counsel of record will be served by First Class U.S. mail on this same date.

*/s/ Michael E. Jones*
Michael E. Jones