IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ADJUSTACAM LLC | § | |
| | § | Civil Action No. 6:10-cv-00329-LED |
| v. | § | |
| | § | JURY |
| AMAZON.COM, INC.; et al | § | |

**ORDER GRANTING J&R ELECTRONICS INC.'S UNOPPOSED
MOTION FOR EXTENSION TO SERVE INITIAL DISCLOSURES**

Before the Court is the Unopposed Motion for Extension to Serve Initial Disclosures filed by Defendant J&R Electronics Inc. After consideration of this motion, the Court is of the opinion that it should be GRANTED.

IT IS THEREFORE ORDERED that Defendant J&R Electronics Inc. shall have up to and including June 21, 2011 to serve its Initial Disclosures.

**So ORDERED and SIGNED this 24th day of June, 2011.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**

{A55/8627/0001/W0476800.1 }