IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ADJUSTACAM LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 6:10-cv-329-LED |
| v. | ) | |
| | ) | |
| AMAZON.COM, INC., et al. | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT DIGITAL INNOVATION'S UNOPPOSED
MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL**

Defendant Digital Innovations LLC ("Digital Innovations") requests that its counsel of record, Phillip Philbin of Haynes & Boone, 2323 Victory Avenue, Suite 700, Dallas, Texas 75219, be allowed to withdraw as counsel for Digital Innovations in the above-captioned case and that Bradley W. Hoover of McGuireWoods LLP, 600 Travis St., Suite 7500, Houston, Texas 77002, be substituted as counsel in their place.  Mr. Philbin also requests that he be removed from the electronic service list in this case.

Gary Y. Leung of McGuireWoods LLP, 77 W. Wacker Dr., Ste. 4100, Chicago, Illinois 60601, will continue to be lead counsel of record for Digital Innovations, and there is otherwise no change of counsel for Digital Innovations in this matter.

This substitution of counsel has been agreed to by Plaintiff, Adjustacam LLC, and is not sought for the purposes of delay.

WHEREFORE, PREMISES CONSIDERED, Digital Innovations respectfully requests that the Court grant this Unopposed Motion to Withdraw and Substitute Counsel and for such other and further relief to which Digital Innovations may be justly entitled.

Dated: July 26, 2011

Respectfully submitted,

**McGuireWoods LLP**

By: ___/s_____

Bradley W. Hoover
State Bar No. 09965700
600 Travis St., Suite 7500
Houston, Texas 77002
Telephone: (713) 571-9191
Fax: (713) 571-9652
Email: bhoover@mcguirewoods.com

Gary Y. Leung (admitted *pro hac vice*)
77 W. Wacker Dr., Suite 4100
Chicago, Illinois 60601-1818
Telephone: (312) 849-3068
Fax: (312) 849-3690
Email: gleung@mcguirewoods.com

**Haynes & Boone**

By: ___/s/_____

Phillip B. Philbin
State Bar No. 15909020
2323 Victory Ave., Suite 700
Dallas, Texas 75219
Telephone: (214) 651-5684
Fax: (214) 200-0672
Email: phillip.philbin@haynesboone.com

### Certificate of Conference

I hereby certify that I, counsel for Defendant Digital Innovations, LLC, contacted John Edmonds, counsel for Plaintiff, regarding this motion, and that the motion is unopposed.

___/s/_____
Gary Y. Leung

## Certificate of Service

The undersigned certifies that on July 26, 2011, the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this motion was served on all counsel who have consented to electronic service.  Local Rule CV-5(a)(3)(A).


_____/s/_____
Bradley W. Hoover