IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AMAZON.COM, INC., et al. ) <br> ) <br> Defendants. ) | Case No. 6:10-cv-329-LED |

## ORDER

Upon consideration of Defendant Digital Innovations LLC's Unopposed Motion to Withdraw and Substitute Counsel, it is ORDERED that the Motion is hereby GRANTED.