IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 6:10-cv-329-LED |
| v. ) | |
| ) | |
| AMAZON.COM, INC., et al. ) | |
| ) | |
| Defendants. ) | |

### DEFENDANT DIGITAL INNOVATION'S UNOPPOSED
### MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL

Defendant Digital Innovations LLC ("Digital Innovations") requests that its counsel of record, Phillip Philbin of Haynes & Boone, 2323 Victory Avenue, Suite 700, Dallas, Texas 75219, be allowed to withdraw as counsel for Digital Innovations in the above-captioned case and that Bradley W. Hoover of McGuireWoods LLP, 600 Travis St., Suite 7500, Houston, Texas 77002, be substituted as counsel in their place. Mr. Philbin also requests that he be removed from the electronic service list in this case.

Gary Y. Leung of McGuireWoods LLP, 77 W. Wacker Dr., Ste. 4100, Chicago, Illinois 60601, will continue to be lead counsel of record for Digital Innovations, and there is otherwise no change of counsel for Digital Innovations in this matter.

This substitution of counsel has been agreed to by Plaintiff, Adjustacam LLC, and is not sought for the purposes of delay.

WHEREFORE, PREMISES CONSIDERED, Digital Innovations respectfully requests that the Court grant this Unopposed Motion to Withdraw and Substitute Counsel and for such other and further relief to which Digital Innovations may be justly entitled.

Dated: July 27, 2011

        Respectfully submitted,

        **MCGUIREWOODS LLP**

        By: ___/s_____
        Bradley W. Hoover
        State Bar No. 09965700
        600 Travis St., Suite 7500
        Houston, Texas 77002
        Telephone: (713) 571-9191
        Fax: (713) 571-9652
        Email: bhoover@mcguirewoods.com

        Gary Y. Leung (admitted *pro hac vice*)
        77 W. Wacker Dr., Suite 4100
        Chicago, Illinois 60601-1818
        Telephone: (312) 849-3068
        Fax: (312) 849-3690
        Email: gleung@mcguirewoods.com

        **HAYNES & BOONE**

        By: ___/s/_____
        Phillip B. Philbin
        State Bar No. 15909020
        2323 Victory Ave., Suite 700
        Dallas, Texas 75219
        Telephone: (214) 651-5684
        Fax: (214) 200-0672
        Email: phillip.philbin@haynesboone.com

### Certificate of Conference

I hereby certify that I, counsel for Defendant Digital Innovations, LLC, contacted John Edmonds, counsel for Plaintiff, regarding this motion, and that the motion is unopposed.

                _____/s/_____
                Gary Y. Leung

## Certificate of Service

The undersigned certifies that on July 27, 2011, the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who have consented to electronic service. Local Rule CV-5(a)(3)(A).

/s/
Bradley W. Hoover