IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 6:10-cv-329-LED |
| v. ) | |
| ) | |
| AMAZON.COM, INC., et al. ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon consideration of Defendant Digital Innovations LLC's Unopposed Motion to Withdraw and Substitute Counsel, it is ORDERED that the Motion is hereby GRANTED.