IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 6:10-cv-329-LED |
| v. ) | |
| ) | |
| AMAZON.COM, INC., et al. ) | |
| ) | |
| Defendants. ) | |

### ORDER

Upon consideration of Defendant Digital Innovations LLC's Unopposed Motion to Withdraw and Substitute Counsel, it is ORDERED that the Motion is hereby GRANTED.

So ORDERED and SIGNED this 29th day of July, 2011.

_____
LEONARD DAVIS
UNITED STATES DISTRICT JUDGE