**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

ADJUSTACAM LLC
  *Plaintiff*

v.                                                                          Case No. 6:10-cv-329-LED

AMAZON.COM, INC., *et al.*                                **JURY**
  *Defendants*

**DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE THEIR MOTION FOR
PARTIAL SUMMARY JUDGMENT THAT ADJUSTACAM IS NOT ENTITLED TO
PRE-SUIT DAMAGES PURSUANT TO 35 U.S.C. § 287(a) UNDER SEAL**

Pursuant to Local Rule CV-5(a)(7), Defendants Auditek Corporation; Best Buy Co., Inc.;

Best Buy Stores, LP; BestBuy.com, LLC; Baltic Latvian Universal Electronics, LLC d/b/a/ Blue

Microphones, LLC; Blue Microphones, LLC; CompUSA.com, Inc.; Digital Innovations, LLC;

Fry's Electronics Inc.; Gear Head, LLC; Hewlett-Packard Company; J&R Electronics, Inc., d/b/a

J&R; Kohl's Corporation d/b/a Kohl's; Kohl's Illinois, Inc.; Micro Electronics, Inc., d/b/a Micro

Center; Office Depot, Inc.; Overstock.com, Inc.; Systemax, Inc., d/b/a CompUSA; TigerDirect,

Inc.; Sakar International, Inc., and Target Corporation (collectively "the Moving Defendants")

hereby move for leave to file their Motion for Partial Summary Judgment Pursuant to 35 U.S.C.

§ 287(a) under seal because it includes references to AdjustaCam LLC's documents that have

been marked as confidential and/or outside attorneys eyes only. The Plaintiff does not oppose

this motion.

DATED:  July 29, 2011                    By:      */s/ Steven R. Daniels*  ____
                                                  Steven R. Daniels
                                                  Texas State Bar No. 24025318
                                                  Bryan D. Atkinson
                                                  Texas State Bar No. 24036157
                                                  Farney Daniels LLP
                                                  800 S. Austin Ave., Suite 200
                                                  Georgetown, TX  78626
                                                  Telephone: (512) 582-2820
                                                  E-mail: sdaniels@farneydaniels.com
                                                  **ATTORNEYS FOR DEFENDANTS
                                                  FRY'S ELECTRONICS INC.;
                                                  HEWLETT-PACKARD COMPANY;
                                                  MICRO ELECTRONICS, INC.;
                                                  OFFICE DEPOT, INC.;
                                                  BEST BUY CO., INC.,
                                                  BEST BUY STORES, LP,
                                                  BESTBUY.COM, LLC; AND
                                                  TARGET CORPORATION**


                                                  */s/ Jen-Feng Lee*  ____
                                                  Jen-Feng Lee
                                                  California Bar No. 204328
                                                  LT Pacific Law Group LP
                                                  17800 Castleton Street, Ste. 383
                                                  City of Industry, CA 91748
                                                  (626) 810-7200
                                                  (626) 810-7300 - Fax
                                                  Email:  jflee@ltpacificlaw.com
                                                  ***Counsel for Auditek Corporation***

                                                  */s/ Michael D. Harris*  ____
                                                  Michael D. Harris
                                                  CA Bar No. 59470
                                                  M Kala Sarvaiya
                                                  CA Bar No. 238453
                                                  SoCal IP Law Group LLP
                                                  310 N. Westlake Blvd., Suite 120
                                                  Westlake Village, CA 91362
                                                  (805) 230-1350
                                                  (805) 230-1355 – Fax
                                                  Email:  mharris@socalip.com
                                                  Email:  ksarvaiya@socalip.com

/s/ Allen Franklin Gardner
Allen Franklin Gardner
Texas Bar No. 24043679
Michael E. Jones
Texas Bar No. 10929400
Potter Minton PC
110 N College, Suite 500
Tyler, Texas 75710-0359
(903) 597-8311
(903) 593-0846 - Fax
Email: allengardner@potterminton.com
Email: mikejones@potterminton.com
**Counsel for Blue Microphones, LLC; Baltic Latvian Universal Electronics, LLC D/B/A Blue Microphones, LLC D/B/A Blue Microphone**

/s/ David W Denenberg
David W. Denenberg
DD9951
Davidoff Malito & Hutcher – Garden City NY
200 Garden City Plaza, Suite 315
Garden City, NY 11530
(516) 248-6400
(512) 248-6422 – Fax
Email:  dwd@dmlegal.com
**Counsel for CompUSA.com, Inc.; New CompUSA Corporation; Systemax, Inc. D/B/A CompUSA; TigerDirect, Inc.**

/s/ Gary Y. Leung
Gary Y. Leung
McGuire Woods – Chicago
77 West Wacker Drive, 41st Floor
Chicago, IL 60601
(313) 849-8100
(312) 641-2742 – Fax
Email:  gleung@mcguirewoods.com
**Counsel for Digital Innovations, LLC**

/s/ Hebert J. Hammond
Herbert J Hammond
Texas Bar No. 08858500
Vishal Hemant Patel
Texas Bar No. 24065885
Thompson & Knight - Dallas
1722 Routh Street, Suite 1500

Dallas, TX 75201-2533
214/969-1700
214-969-1751
Email: herbert.hammond@tklaw.com
Email: vishal.patel@tklaw.com

/s/Patricia L. Davidson
Patricia L. Davidson
Mirick O'Connell, DeMallie & Lougee, LLp
100 Front Street
Worcester, MA 01608
(508) 791-8500
(508) 983-6240 – Fax
Email:  pdavidson@mirickoconnell.com
**Counsel for Gear Head, LLC**

/s/ Allen Franklin Gardner
Allen Franklin Gardner
Texas Bar No. 24043679
Potter Minton PC
110 N College, Suite 500
Tyler, Texas 75710-0359
(903) 597-8311
(903) 593-0846 - Fax
Email: allengardner@potterminton.com
**Counsel for J&R Electronics, Inc., d/b/a
J&R**

/s/ Ezra Sutton
Ezra Sutton
Ezra Sutton & Associates, PA
900 Route 9 North
Woodbridge, NJ 07095
(732) 634-3520
(732) 634-3511
Email:  esutton@ezrasutton.com
**Counsel for Kohl's Corporation, d/b/a
Kohl's; Kohl's Illinois, Inc.; Sakar
International, Inc.**

/s/ John Hanson Barr, Jr. (Lead Attorney)
John Hanson Barr, Jr.
Texas Bar No. 00783605
Christopher Aaron Shield
Texas Bar No. 24046833
John Allen Yates
Texas Bar No. 24056569

Bracewell & Giuliani
711 Louisiana, Suite 2300
Houston, Texas 77002
(713) 221-1242
(713) 222-3206
Email:  john.barr@bgllp.com
Email:  chris.shield@bgllp.com
Email:  jay.yates@bgllp.com

Christopher Schenck
WA Bar No. 37997
Bracewell & Giuliani
701 Fifth Avenue, Suite 6200
Seattle, WA 98104
(206) 204-6200
(206) 204-6262 – Fax
Email:  chris.schenck@bgllp.com
***Counsel for Overstock.com, Inc.***

*/s/ Peter I. Sanborn*      ____
Peter I. Sanborn
Holland & Knight LLP
10 St. James Ave., 11th Floor
Boston, MA 02116
(617) 523-6850
Email:  peter.sanborn@hklaw.com

*/s/ R. David Donoghue*      ___
R. David Donoghue
Holland & Knight
131 South Dearborn Street, 30th Floor
Chicago, IL 60603
(312) 578-6553
(312) 578-6666
Email:  david.donoghue@hklaw.com
***Counsel for Target Corporation***

## CERTIFICATE OF CONFERENCE

I HEREBY CERTIFY that I have complied with the meet and confer requirements in Local Rule CV-7(h), and this motion is unopposed. I conferred via electronic mail with John Edmonds on July 28, 2011, regarding this motion and Mr. Edmonds confirmed that AdjustaCam does not oppose this Motion for Leave to File Under Seal.

____*/s/ Steven R. Daniels*_____