# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC<br>    *Plaintiff*<br><br>v.<br><br>AMAZON.COM, INC., *et al.*<br>    *Defendants* | Case No. 6:10-cv-329-LED<br><br>**JURY** |

## CERTIFICATE OF SERVICE FOR
## DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE THEIR MOTION FOR PARTIAL SUMMARY JUDGMENT THAT ADJUSTACAM IS NOT ENTITLED TO PRE-SUIT DAMAGES PURSUANT TO 35 U.S.C. § 287(a) UNDER SEAL

The undersigned hereby certifies that Defendants' Unopposed Motion for Leave to File Their Motion for Partial Summary Judgment that AdjustaCam is not Entitled to Pre-Suit Damages Pursuant to 35 U.S.C. § 287(a) Under Seal was filed electronically in compliance with Local Rule CV-5(a). As such, the Motion was served on all counsel of record who have consented to electronic service as this district requires. Local Rule CV-5(a)(3)(A).

DATED: August 1, 2011          By:    */s/ Steven R. Daniels*
                                                                              Steven R. Daniels
                                                                              Texas State Bar No. 24025318
                                                                              Bryan D. Atkinson
                                                                              Texas State Bar No. 24036157
                                                                              Farney Daniels LLP
                                                                              800 S. Austin Ave., Suite 200
                                                                              Georgetown, TX  78626
                                                                              Telephone: (512) 582-2820
                                                                              E-mail: sdaniels@farneydaniels.com
                                                                              **ATTORNEYS FOR DEFENDANTS**
                                                                              **FRY'S ELECTRONICS INC.;**
                                                                              **HEWLETT-PACKARD COMPANY;**
                                                                              **MICRO ELECTRONICS, INC.;**
                                                                              **OFFICE DEPOT, INC.;**
                                                                              **BEST BUY CO., INC.,**
                                                                              **BEST BUY STORES, LP,**
                                                                              **BESTBUY.COM, LLC; AND**
                                                                              **TARGET CORPORATION**

/s/ Jen-Feng Lee
Jen-Feng Lee
California Bar No. 204328
LT Pacific Law Group LP
17800 Castleton Street, Ste. 383
City of Industry, CA 91748
(626) 810-7200
(626) 810-7300 - Fax
Email:  jflee@ltpacificlaw.com
**Counsel for Auditek Corporation**

/s/ Michael D. Harris
Michael D. Harris
CA Bar No. 59470
M Kala Sarvaiya
CA Bar No. 238453
SoCal IP Law Group LLP
310 N. Westlake Blvd., Suite 120
Westlake Village, CA 91362
(805) 230-1350
(805) 230-1355 – Fax
Email:  mharris@socalip.com
Email:  ksarvaiya@socalip.com


/s/ Allen Franklin Gardner
Allen Franklin Gardner
Texas Bar No. 24043679
Michael E. Jones
Texas Bar No. 10929400
Potter Minton PC
110 N College, Suite 500
Tyler, Texas 75710-0359
(903) 597-8311
(903) 593-0846 - Fax
Email: allengardner@potterminton.com
Email: mikejones@potterminton.com
**Counsel for Blue Microphones, LLC; Baltic Latvian Universal Electronics, LLC D/B/A Blue Microphones, LLC D/B/A Blue Microphone**

/s/ David W Denenberg  
David W. Denenberg  
DD9951  
Davidoff Malito & Hutcher – Garden City NY  
200 Garden City Plaza, Suite 315  
Garden City, NY 11530  
(516) 248-6400  
(512) 248-6422 – Fax  
Email:  dwd@dmlegal.com  
***Counsel for CompUSA.com, Inc.; New CompUSA Corporation; Systemax, Inc. D/B/A CompUSA; TigerDirect, Inc.***

/s/ Gary Y. Leung  
Gary Y. Leung  
McGuire Woods – Chicago  
77 West Wacker Drive, 41st Floor  
Chicago, IL 60601  
(313) 849-8100  
(312) 641-2742 – Fax  
Email:  gleung@mcguirewoods.com  
***Counsel for Digital Innovations, LLC***

/s/ Hebert J. Hammond  
Herbert J Hammond  
Texas Bar No. 08858500  
Vishal Hemant Patel  
Texas Bar No. 24065885  
Thompson & Knight - Dallas  
1722 Routh Street, Suite 1500  
Dallas, TX 75201-2533  
214/969-1700  
214-969-1751  
Email: herbert.hammond@tklaw.com  
Email: vishal.patel@tklaw.com  

/s/Patricia L. Davidson  
Patricia L. Davidson  
Mirick O'Connell, DeMallie & Lougee, LLp  
100 Front Street  
Worcester, MA 01608  
(508) 791-8500  
(508) 983-6240 – Fax  
Email:  pdavidson@mirickoconnell.com  
***Counsel for Gear Head, LLC***

/s/ Allen Franklin Gardner
Allen Franklin Gardner
Texas Bar No. 24043679
Potter Minton PC
110 N College, Suite 500
Tyler, Texas 75710-0359
(903) 597-8311
(903) 593-0846 - Fax
Email: allengardner@potterminton.com
**Counsel for J&R Electronics, Inc., d/b/a J&R**

/s/ Ezra Sutton
Ezra Sutton
Ezra Sutton & Associates, PA
900 Route 9 North
Woodbridge, NJ 07095
(732) 634-3520
(732) 634-3511
Email:  esutton@ezrasutton.com
**Counsel for Kohl's Corporation, d/b/a Kohl's; Kohl's Illinois, Inc.; Sakar International, Inc.**

/s/ John Hanson Barr, Jr. (Lead Attorney)
John Hanson Barr, Jr.
Texas Bar No. 00783605
Christopher Aaron Shield
Texas Bar No. 24046833
John Allen Yates
Texas Bar No. 24056569
Bracewell & Giuliani
711 Louisiana, Suite 2300
Houston, Texas 77002
(713) 221-1242
(713) 222-3206
Email:  john.barr@bgllp.com
Email:  chris.shield@bgllp.com
Email:  jay.yates@bgllp.com

Christopher Schenck
WA Bar No. 37997
Bracewell & Giuliani
701 Fifth Avenue, Suite 6200
Seattle, WA 98104
(206) 204-6200

(206) 204-6262 – Fax
Email:  chris.schenck@bgllp.com
***Counsel for Overstock.com, Inc.***

*/s/ Peter I. Sanborn*
Peter I. Sanborn
Holland & Knight LLP
10 St. James Ave., 11th Floor
Boston, MA 02116
(617) 523-6850
Email:  peter.sanborn@hklaw.com

*/s/ R. David Donoghue*
R. David Donoghue
Holland & Knight
131 South Dearborn Street, 30th Floor
Chicago, IL 60603
(312) 578-6553
(312) 578-6666
Email:  david.donoghue@hklaw.com
***Counsel for Target Corporation***