IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC<br>   *Plaintiff*<br><br>v.<br><br>AMAZON.COM, INC., *et al.*<br>   *Defendants* | Case No. 6:10-cv-329-LED<br><br>**JURY** |

CERTIFICATE OF SERVICE FOR
DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE THEIR MOTION FOR
PARTIAL SUMMARY JUDGMENT THAT ADJUSTACAM IS NOT ENTITLED TO
PRE-SUIT DAMAGES PURSUANT TO 35 U.S.C. § 287(a) UNDER SEAL

  The undersigned hereby certifies that Defendants' Unopposed Motion for Leave to File Their Motion for Partial Summary Judgment that AdjustaCam is not Entitled to Pre-Suit Damages Pursuant to 35 U.S.C. § 287(a) Under Seal was filed electronically in compliance with Local Rule CV-5(a). As such, the Motion was served on all counsel of record who have consented to electronic service as this district requires. Local Rule CV-5(a)(3)(A).

DATED:  August 1, 2011    By:  */s/ Steven R. Daniels*
                   Steven R. Daniels
                   Texas State Bar No. 24025318
                   Bryan D. Atkinson
                   Texas State Bar No. 24036157
                   Farney Daniels LLP
                   800 S. Austin Ave., Suite 200
                   Georgetown, TX  78626
                   Telephone: (512) 582-2820
                   E-mail: sdaniels@farneydaniels.com
                   **ATTORNEYS FOR DEFENDANTS
                   FRY'S ELECTRONICS INC.;
                   HEWLETT-PACKARD COMPANY;
                   MICRO ELECTRONICS, INC.;
                   OFFICE DEPOT, INC.;
                   BEST BUY CO., INC.,
                   BEST BUY STORES, LP,
                   BESTBUY.COM, LLC; AND
                   TARGET CORPORATION**

/s/ Jen-Feng Lee
Jen-Feng Lee
California Bar No. 204328
LT Pacific Law Group LP
17800 Castleton Street, Ste. 383
City of Industry, CA 91748
(626) 810-7200
(626) 810-7300 - Fax
Email:  jflee@ltpacificlaw.com
**Counsel for Auditek Corporation**

/s/ Michael D. Harris
Michael D. Harris
CA Bar No. 59470
M Kala Sarvaiya
CA Bar No. 238453
SoCal IP Law Group LLP
310 N. Westlake Blvd., Suite 120
Westlake Village, CA 91362
(805) 230-1350
(805) 230-1355 – Fax
Email:  mharris@socalip.com
Email:  ksarvaiya@socalip.com


/s/ Allen Franklin Gardner
Allen Franklin Gardner
Texas Bar No. 24043679
Michael E. Jones
Texas Bar No. 10929400
Potter Minton PC
110 N College, Suite 500
Tyler, Texas 75710-0359
(903) 597-8311
(903) 593-0846 - Fax
Email: allengardner@potterminton.com
Email: mikejones@potterminton.com
**Counsel for Blue Microphones, LLC; Baltic Latvian Universal Electronics, LLC D/B/A Blue Microphones, LLC D/B/A Blue Microphone**

/s/ David W Denenberg
David W. Denenberg
DD9951
Davidoff Malito & Hutcher – Garden City NY
200 Garden City Plaza, Suite 315
Garden City, NY 11530
(516) 248-6400
(512) 248-6422 – Fax
Email:  dwd@dmlegal.com
**Counsel for CompUSA.com, Inc.; New CompUSA Corporation; Systemax, Inc. D/B/A CompUSA; TigerDirect, Inc.**

/s/ Gary Y. Leung
Gary Y. Leung
McGuire Woods – Chicago
77 West Wacker Drive, 41st Floor
Chicago, IL 60601
(313) 849-8100
(312) 641-2742 – Fax
Email:  gleung@mcguirewoods.com
**Counsel for Digital Innovations, LLC**

/s/ Hebert J. Hammond
Herbert J Hammond
Texas Bar No. 08858500
Vishal Hemant Patel
Texas Bar No. 24065885
Thompson & Knight - Dallas
1722 Routh Street, Suite 1500
Dallas, TX 75201-2533
214/969-1700
214-969-1751
Email: herbert.hammond@tklaw.com
Email: vishal.patel@tklaw.com

/s/Patricia L. Davidson
Patricia L. Davidson
Mirick O'Connell, DeMallie & Lougee, LLp
100 Front Street
Worcester, MA 01608
(508) 791-8500
(508) 983-6240 – Fax
Email:  pdavidson@mirickoconnell.com
**Counsel for Gear Head, LLC**

/s/ Allen Franklin Gardner
Allen Franklin Gardner
Texas Bar No. 24043679
Potter Minton PC
110 N College, Suite 500
Tyler, Texas 75710-0359
(903) 597-8311
(903) 593-0846 - Fax
Email: allengardner@potterminton.com
**Counsel for J&R Electronics, Inc., d/b/a J&R**

/s/ Ezra Sutton
Ezra Sutton
Ezra Sutton & Associates, PA
900 Route 9 North
Woodbridge, NJ 07095
(732) 634-3520
(732) 634-3511
Email: esutton@ezrasutton.com
**Counsel for Kohl's Corporation, d/b/a Kohl's; Kohl's Illinois, Inc.; Sakar International, Inc.**

/s/ John Hanson Barr, Jr. (Lead Attorney)
John Hanson Barr, Jr.
Texas Bar No. 00783605
Christopher Aaron Shield
Texas Bar No. 24046833
John Allen Yates
Texas Bar No. 24056569
Bracewell & Giuliani
711 Louisiana, Suite 2300
Houston, Texas 77002
(713) 221-1242
(713) 222-3206
Email: john.barr@bgllp.com
Email: chris.shield@bgllp.com
Email: jay.yates@bgllp.com

Christopher Schenck
WA Bar No. 37997
Bracewell & Giuliani
701 Fifth Avenue, Suite 6200
Seattle, WA 98104
(206) 204-6200

       (206) 204-6262 – Fax
       Email:  chris.schenck@bgllp.com
       ***Counsel for Overstock.com, Inc.***

       */s/ Peter I. Sanborn*
       Peter I. Sanborn
       Holland & Knight LLP
       10 St. James Ave., 11th Floor
       Boston, MA 02116
       (617) 523-6850
       Email:  peter.sanborn@hklaw.com

       */s/ R. David Donoghue*
       R. David Donoghue
       Holland & Knight
       131 South Dearborn Street, 30th Floor
       Chicago, IL 60603
       (312) 578-6553
       (312) 578-6666
       Email:  david.donoghue@hklaw.com
       ***Counsel for Target Corporation***