UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ADJUSTACAM LLC, | § § § § | |
| Plaintiff | | |
| | § § § § § § § § | Civil Action No. 6:10-cv-00329-LED |
| v. | | **JURY TRIAL DEMANDED** |
| AMAZON.COM, INC. *et al.*, | | |
| Defendants | | |

**ORDER GRANTING MOTION FOR PARTIAL SUMMARY JUDGMENT THAT ADJUSTACAM IS NOT ENTITOLED TO PRE-SUIT DAMAGES PURSUANT TO 35 U.S.C. § 287(a) AS TO DEFENDANT DELL INC.**

The Court, having noted Dell Inc.'s Notice of Joinder to the Motion for Partial Summary Judgment that AdjustaCam Is Not Entitled to Pre-Suit Damages Prusuant to 35 U.S.C. § 287(a), filed on August 1, 2011 (Docket No. 473) and having considered the motion, is of the opinion that the Motion for Partial Summary Judgment should be GRANTED.

Accordingly, it is hereby ORDERED that Plaintiff AdjustaCam LLC is barred from recovering any damages for the alleged infringement of U.S. Patent No. 5,866,343 from Dell Inc. (as well as the other Defendants who moved for partial summary judgment) for the period prior to the filing of its Complaint.