# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **ADJUSTACAM LLC** | § | |
| | § | Civil Action No. 6:10-cv-00329-LED |
| v. | § | |
| | § | **JURY** |
| **AMAZON.COM, INC., et al** | § | |

## NOTICE OF APPEARANCE AS COUNSEL

Defendants Blue Microphones, LLC, Baltic Latvian Universal Electronics, LLC D/B/A Blue Microphones, LLC D/B/A Blue Microphone file this Notice of Appearance as Counsel and hereby notifies the Court that Daniel A. Noteware, Jr. of the law firm Potter Minton, P.C., 110 N. College Ave., Suite 500, Tyler, Texas 75702 is appearing as counsel for Defendants Blue Microphones, LLC, Baltic Latvian Universal Electronics, LLC D/B/A Blue Microphones, LLC D/B/A Blue Microphone. All pleadings, discovery, correspondence and other material should be served upon counsel at the address referenced above.

Dated: August 4, 2011

Respectfully submitted,

*/s/ Daniel A. Noteware, Jr.*
DANIEL A. NOTEWARE, JR.
State Bar No. 24051123
dannynoteware@potterminton.com
POTTER MINTON
A Professional Corporation
110 N. College,
Suite 500
Tyler, Texas  75701
(903) 597 8311

**ATTORNEY FOR DEFENDANTS BLUE MICROPHONES, LLC, BALTIC LATVIAN UNIVERSAL ELECTRONICS, LLC D/B/A BLUE MICROPHONES, LLC D/B/A BLUE MICROPHONE**

{A07/8627/0001/W0481292.1 }

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service and are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on August 4, 2011.  Any other counsel of record will be served by First Class U.S. mail on this same date.

*/s/ Daniel A. Noteware, Jr.*