**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| ADJUSTACAM LLC,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>AMAZON.COM, INC., ET AL.,<br><br>　　　　　Defendants. | Case No. 6:10-CV-329-LED<br><br>JURY TRIAL DEMANDED |

**UNOPPOSED MOTION FOR LEAVE TO FILE DECLARATION OF DEFENDANTS NEWEGG INC. AND ROSEWILL INC. UNDER SEAL**

Pursuant to Local Rule CV-5(a)(7), Defendants Newegg Inc., Newegg.com Inc., and Rosewill Inc. (collectively, the "Newegg Defendants") hereby move for leave to file the Declaration of Defendants Newegg Inc. and Rosewill Inc., in support of their Notice of Joinder in Defendants' Motion for Partial Summary Judgment that Adjustacam is Not Entitled to Pre-Suit Damages Pursuant to 35 U.S.C. 287(a), under seal because it includes references to AdjustaCam LLC's documents that have been marked as confidential and/or outside attorneys eyes only. The Plaintiff does not oppose this motion.

DATED THIS 8th day of August, 2011.

　　　　　　　　　　　　　　　　　　　ZARIAN MIDGLEY & JOHNSON PLLC


　　　　　　　　　　　　　　　　　　　By  /s/ Christopher J. Cuneo
　　　　　　　　　　　　　　　　　　　　　Christopher J. Cuneo (*Admitted E.D. Texas*)
　　　　　　　　　　　　　　　　　　　　　John N. Zarian (*Admitted E.D. Texas*)
　　　　　　　　　　　　　　　　　　　　　960 Broadway, Suite 250
　　　　　　　　　　　　　　　　　　　　　Boise, Idaho 83706
　　　　　　　　　　　　　　　　　　　　　Telephone:  (208) 562-4900
　　　　　　　　　　　　　　　　　　　　　Facsimile:  (208) 562-4901
　　　　　　　　　　　　　　　　　　　　　E-mail: cuneo@zarianmidgley.com
　　　　　　　　　　　　　　　　　　　　　　　　　zarian@zarianmidgley.com

1

        YARBROUGH WILCOX, PLLC
        Trey Yarbrough, State Bar No. 22133500
        Debby E. Gunter, State Bar No. 24012752
        100 E. Ferguson Street, Ste. 1015
        Tyler, Texas 75702
        Telephone:  (903) 595-3111
        Facsimile:  (903) 595-0191
        E-mail:  trey@yw-lawfirm.com
                debby@yw-lawfirm.com

Attorneys for Defendants
Newegg Inc., Newegg.com Inc., and Rosewill Inc.

### CERTIFICATE OF CONFERENCE

      I HEREBY CERTIFY that I have complied with the meet and confer requirements in Local Rule CV-7(h), and this motion is unopposed.  I conferred via electronic mail with John Edmonds on August 5, 2011 regarding this motion, and Mr. Edmonds confirmed that AdjustaCam does not oppose this Motion for Leave to File Under Seal.

        */s/ Christopher Cuneo*
        Christopher Cuneo