**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| ADJUSTACAM LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>AMAZON.COM, INC., ET AL.,<br><br>    Defendants. | Case No. 6:10-CV-329-LED<br><br>JURY TRIAL DEMANDED |

**ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE DECLARATION OF DEFENDANTS NEWEGG INC. AND ROSEWILL INC. UNDER SEAL**

After considering the Newegg Defendants' Unopposed Motion for Leave to File Declaration of Defendants Newegg Inc. and Rosewill Inc. Under Seal, the Court finds that this motion should be GRANTED.

NOW, THEREFORE, IT IS HEREBY ORDERED that the Newegg Defendants shall file the Declaration of Defendants Newegg Inc. and Rosewill Inc. under seal.