**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| ADJUSTACAM LLC,<br><br>  Plaintiff,<br><br>vs.<br><br>AMAZON.COM, INC., ET AL.,<br><br>  Defendants. | Case No. 6:10-CV-329-LED<br><br>JURY TRIAL DEMANDED |

**CERTIFICATE OF SERVICE FOR UNOPPOSED MOTION FOR LEAVE TO FILE DECLARATION OF DEFENDANTS NEWEGG INC. AND ROSEWILL INC. UNDER SEAL**

The undersigned hereby certifies that the Unopposed Motion for Leave to File Declaration of Defendants Newegg Inc. and Rosewill Inc. Under Seal was filed electronically on August 8, 2011 in compliance with Local Rule CV-5(a).  As such, the Motion was served on all counsel of record who have consented to electronic service as this district requires.  Local Rule CV-5(a)(3)(A).

DATED THIS 8th day of August, 2011.

ZARIAN MIDGLEY & JOHNSON PLLC

By  */s/ Christopher J. Cuneo*
Christopher J. Cuneo (*Admitted E.D. Texas*)
John N. Zarian (*Admitted E.D. Texas*)
960 Broadway, Suite 250
Boise, Idaho 83706
Telephone:  (208) 562-4900
Facsimile:  (208) 562-4901
E-mail:  cuneo@zarianmidgley.com
    zarian@zarianmidgley.com

1

2

        YARBROUGH WILCOX, PLLC
           Trey Yarbrough, State Bar No. 22133500
           Debby E. Gunter, State Bar No. 24012752
           100 E. Ferguson Street, Ste. 1015
           Tyler, Texas 75702
           Telephone:  (903) 595-3111
           Facsimile:  (903) 595-0191
           E-mail:  trey@yw-lawfirm.com
                   debby@yw-lawfirm.com

Attorneys for Defendants
Newegg Inc., Newegg.com Inc., and Rosewill Inc.