IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC,<br><br>    PLAINTIFF,<br><br>v.<br><br>AMAZON.COM, INC., *et al.*,<br><br>    DEFENDANTS. | Civil Action No. 6:10-cv-329-LED |

### NOTICE OF REQUEST FOR TERMINATION OF ELECTRONIC NOTICES

In light of the appearance of new counsel for Defendant, Digital Innovations, LLC, Phillip B. Philbin requests to be removed from the electronic notification list in the above-captioned matter.

Dated:  August 10, 2011            Respectfully submitted,

                    */s/ Phillip B. Philbin*
                    Phillip B. Philbin
                    phillip.philbin@haynesboone.com
                    Texas State Bar No. 15909020
                    HAYNES AND BOONE, L.L.P.
                    2323 Victory Avenue, Suite 700
                    Dallas, Texas 75219
                    Tel: 214-651-5000
                    Fax: 214-651-5940

                    Gary Y. Leung
                    gleung@mcguirewoods.com
                    MCGUIREWOODS LLP
                    77 W. Wacker Dr. Ste. 4100
                    Chicago, IL 60601-1818
                    312.849.8100
                    312.849.3690 (fax)
                    *admitted pro hac vice*

                    ATTORNEYS FOR DIGITAL INNOVATIONS, LLC

## CERTIFICATE OF SERVICE

       I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Other Defendants will be served in accordance with the Federal Rules of Civil Procedure.

August 10, 2011                  */s/ Phillip B. Philbin*
                                             Phillip B. Philbin