**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| ADJUSTACAM LLC<br>*Plaintiff*<br><br>v.<br><br>AMAZON.COM, INC., *et al.*<br>*Defendants* | Case No. 6:10-cv-329-LED<br><br>**JURY** |

**ORDER GRANTING MOVING DEFENDANTS' UNOPPOSED MOTION FOR LEAVE
TO FILE THEIR MOTION FOR PARTIAL SUMMARY JUDGMENT
THAT ADJUSTACAM IS NOT ENTITLED TO PRE-SUIT DAMAGES
PURSUANT TO 35 U.S.C. § 287(a) UNDER SEAL**

After considering Moving Defendants' Unopposed Motion for Leave to File their Motion for Partial Summary Judgment that AdjustaCam is Not Entitled to Pre-Suit Damages Pursuant to 35 U.S.C. § 287(a) Under Seal, the Court finds that this motion should be GRANTED. It is therefore

ORDERED, that Moving Defendants shall file their Motion for Partial Summary Judgment that AdjustaCam is Not Entitled to Pre-Suit Damages Pursuant to 35 U.S.C. § 287(a) under seal.

**So ORDERED and SIGNED this 10th day of August, 2011.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**