IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC | |
| v. | NO. 6:10-cv-329-LED |
| AMAZON.COM, INC. ET AL. | JURY |

## STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

The plaintiff, AdjustaCam LLC and defendant, RadioShack Corporation, pursuant to Fed.

R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all claims and counterclaims in

this action asserted between them without prejudice until October 4, 2011, at which time, unless

earlier withdrawn, the dismissal shall become WITH PREJUDICE, with each party to bear its

own costs, expenses and attorneys fees.

August 19, 2011                                     Respectfully submitted,


By: */s/ Michael C. Smith (with permission)*       By: */s/ John J. Edmonds*
Michael C. Smith                                   John J. Edmonds – LEAD COUNSEL
Siebman, Burg, Phillips & Smith, LLP               Texas Bar No. 789758
113 East Austin Street                             Michael J. Collins
P.O. Box 1556                                      Texas Bar No. 4614510
Marshall, Texas 75671-1556                         Henry M. Pogorzelski
(903) 938-8900 (office)                            Texas Bar No. 24007852
(972) 767-4620 (fax)                               COLLINS, EDMONDS & POGORZELSKI, PLLC
michaelsmith@siebman.com                           1616 S. Voss Rd., Suite 125
                                                   Houston, Texas 77057
113 East Austin Street                             Telephone: (281) 501-3425
P.O. Box 1556                                      Facsimile: (832) 415-2535
Marshall, Texas 75671-1556                         jedmonds@cepiplaw.com
(903) 938-8900 (office)                            mcollins@cepiplaw.com
(972) 767-4620 (fax)                               hpogorzelski@cepiplaw.com
michaelsmith@siebman.com
                                                   Andrew W. Spangler
OF COUNSEL:                                         Texas Bar No. 24041960
R. David Donoghue                                  Spangler Law P.C.
HOLLAND & KNIGHT LLP                               208 N. Green Street, Suite 300
131 South Dearborn Street, 30th floor              Longview, Texas 75601
                                                   (903) 753-9300

Chicago, IL 60603                              (903) 553-0403 (fax)
Tel: (312) 263-3600                            spangler@spanglerlawpc.com
Fax: (312)578-6666
david.donoghue@hklaw.com                       ATTORNEYS FOR PLAINTIFF
Peter Sanborn                                  ADJUSTACAM LLC
HOLLAND & KNIGHT LLP
10 St. James Ave.
Boston, MA 02116
Tel: (617) 523-2700
Fax: (617) 523-6850
peter.sanborn@hklaw.com

ATTORNEYS FOR RADIOSHACK
CORPORATION

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

August 19, 2011                               /s/ *John J. Edmonds*
                                              John J. Edmonds