IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

ADJUSTACAM LLC

    v.                                              NO. 6:10-cv-329-LED

AMAZON.COM, INC. ET AL.                         JURY

## ORDER

CAME ON THIS DAY for consideration the Stipulated Motion for Dismissal of all claims and counterclaims asserted between plaintiff, AdjustaCam LLC, and defendant, RadioShack Corporation, in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims and counterclaims asserted in this suit between plaintiff, Adjustacam LLC, and defendant, RadioShack Corporation, are hereby dismissed without prejudice until October 4, 2011, at which time, unless earlier withdrawn, the dismissal shall become WITH PREJUDICE

It is further ORDERED that all costs, expenses and attorney's fees are to be borne by the party that incurred them.

**So ORDERED and SIGNED this 22nd day of August, 2011.**

**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**