UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC, § § § § § § § § § § § | |
| PLAINTIFF | |
| | Civil Action No. 6:10-cv-00329-LED |
| v. | **JURY TRIAL DEMANDED** |
| AMAZON.COM, INC. *et al.*, | |
| DEFENDANTS. | |

**DEFENDANT DELL INC.'S ANSWER AND COUNTERCLAIMS TO ADJUSTACAM LLC'S THIRD AMENDED COMPLAINT FOR PATENT INFRINGEMENT**

Defendant Dell Inc. ("Dell"), by and through its undersigned counsel, hereby presents its Answer and Counterclaims to Plaintiff AdjustaCam LLC's ("AdjustaCam") Third Amended Complaint (the "Complaint").

**ANSWER**

1. Dell is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 1 of the Complaint.

2. Dell is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 2 of the Complaint.

3. Dell is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 3 of the Complaint.

4. Dell is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 4 of the Complaint.

5. Dell is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 5 of the Complaint.

6. Dell is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 6 of the Complaint.

7. Dell is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 7 of the Complaint.

8. Dell is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 8 of the Complaint.

9. Dell is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 9 of the Complaint.

10. Dell is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 10 of the Complaint.

11. Dell is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 11 of the Complaint.

12. Dell is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 12 of the Complaint.

13. Dell admits that its corporate name is "Dell Inc." Dell admits the remainder of the allegations of Paragraph 13 of the Complaint.

14. Dell is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 14 of the Complaint.

15. Dell is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 15 of the Complaint.

16. Dell is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 16 of the Complaint.

17. Dell is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 17 of the Complaint.

18. Dell is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 18 of the Complaint.

19. Dell is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 19 of the Complaint.

20. Dell is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 20 of the Complaint.

21. Dell is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 21 of the Complaint.

22. Dell is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 22 of the Complaint.

23. Dell is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 23 of the Complaint.

24. Dell is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 24 of the Complaint.

25. Dell is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 25 of the Complaint.

26. Dell is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 26 of the Complaint.

27. Dell is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 27 of the Complaint.

28. Dell is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 28 of the Complaint.

29. Dell is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 29 of the Complaint.

30. Dell is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 30 of the Complaint.

31. Dell is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 31 of the Complaint.

32. Dell is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 32 of the Complaint.

33. Dell is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 33 of the Complaint.

34. Dell is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 34 of the Complaint.

35. Dell is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 35 of the Complaint.

36. Dell is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 36 of the Complaint.

37. Dell is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 37 of the Complaint.

38. Dell is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 38 of the Complaint.

39. Dell admits that the Complaint purports to allege patent infringement, which arises under the patent laws of the United States, Title 35 of the United States Code. Dell admits that this Court has subject matter jurisdiction over such actions pursuant to 28 U.S.C. §§ 1331 and 1338(a). Dell admits that it is subject to the personal jurisdiction of this Court for this action. Dell denies the remainder of the allegations in Paragraph 39 of the Complaint as to Dell. Dell is without knowledge of information sufficient to form a belief as to the truth of the allegations in Paragraph 39 of the Complaint as to the other Defendants.

40. Dell admits that venue in this district is technically proper as to Dell pursuant to 28 U.S.C. §§ 1391(c) and 1400(b). Dell does not admit that this forum is the most convenient forum for this action. Dell denies the remainder of the allegations in Paragraph 40 of the Complaint as to Dell. Dell is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 40 of the Complaint as to the other Defendants.

41. Dell admits that the face of U.S. Patent No. 5,855,343 ("the '343 Patent") indicates that it was filed on March 7, 1997 and issued on January 5, 1999 under the title "Camera Clip." Dell denies the remaining allegations in Paragraph 41 of the Complaint.

42. Dell is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 42 of the Complaint.

43. Dell admits that the '343 Patent relates generally to a clip for supporting a portable camera. Dell denies the remaining allegations in Paragraph 43 of the Complaint.

44. Dell is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 44 of the Complaint.

45. Dell is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 45 of the Complaint.

46. Dell is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 46 of the Complaint.

47. Dell is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 47 of the Complaint.

48. Dell is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 48 of the Complaint.

49. Dell is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 49 of the Complaint.

50. Dell is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 50 of the Complaint.

51. Dell is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 51 of the Complaint.

52. Dell is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 52 of the Complaint.

53. Dell is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 53 of the Complaint.

54. Dell is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 54 of the Complaint.

55. Dell is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 55 of the Complaint.

56. Dell is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 56 of the Complaint.

57. Dell is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 57 of the Complaint.

58. Dell is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 58 of the Complaint.

59. Dell is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 59 of the Complaint.

60. Dell is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 60 of the Complaint.

61. Dell is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 61 of the Complaint.

62. Dell is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 62 of the Complaint.

63. Dell is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 63 of the Complaint.

64. Dell is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 64 of the Complaint.

65. Dell is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 65 of the Complaint.

66. Dell is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 66 of the Complaint.

67. Dell is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 67 of the Complaint.

68. Dell is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 68 of the Complaint.

69. Dell is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 69 of the Complaint.

70. Dell is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 70 of the Complaint.

71. Dell is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 71 of the Complaint.

72. Dell denies the allegations in Paragraph 72 of the Complaint.

73. Dell denies the allegations in Paragraph 73 of the Complaint.

74. Dell denies the allegations in Paragraph 74 of the Complaint.

75. Dell denies the allegations in Paragraph 75 of the Complaint.

76. Dell is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 76 of the Complaint.

77. Dell is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 77 of the Complaint.

78. Dell is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 78 of the Complaint.

79. Dell is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 79 of the Complaint.

80. Dell is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 80 of the Complaint.

81. Dell is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 81 of the Complaint.

82. Dell is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 82 of the Complaint.

83. Dell is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 83 of the Complaint.

84. Dell is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 84 of the Complaint.

85. Dell is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 85 of the Complaint.

86. Dell is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 86 of the Complaint.

87. Dell is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 87 of the Complaint.

88. Dell is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 88 of the Complaint.

89. Dell is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 89 of the Complaint.

90. Dell is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 90 of the Complaint.

91. Dell is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 91 of the Complaint.

92. Dell is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 92 of the Complaint.

93. Dell is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 93 of the Complaint.

94. Dell is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 94 of the Complaint.

95. Dell is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 95 of the Complaint.

96. Dell is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 96 of the Complaint.

97. Dell is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 97 of the Complaint.

98. Dell is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 98 of the Complaint.

99. Dell is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 99 of the Complaint.

100. Dell is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 100 of the Complaint.

101. Dell is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 101 of the Complaint.

102. Dell is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 102 of the Complaint.

103. Dell is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 103 of the Complaint.

104. Dell is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 104 of the Complaint.

105. Dell is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 105 of the Complaint.

106. Dell is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 106 of the Complaint.

107. Dell is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 107 of the Complaint.

108. Dell is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 108 of the Complaint.

109. Dell is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 109 of the Complaint.

110. Dell is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 110 of the Complaint.

111. Dell is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 111 of the Complaint.

112. Dell is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 112 of the Complaint.

113. Dell is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 113 of the Complaint.

114. Dell is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 114 of the Complaint.

115. Dell is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 115 of the Complaint.

116. Dell is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 116 of the Complaint.

117. Dell is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 117 of the Complaint.

118. Dell is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 118 of the Complaint.

119. Dell is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 119 of the Complaint.

120. Dell is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 120 of the Complaint.

121. Dell is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 121 of the Complaint.

122. Dell is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 122 of the Complaint.

123. Dell is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 123 of the Complaint.

124. Dell is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 124 of the Complaint.

125. Dell is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 125 of the Complaint.

126. Dell is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 126 of the Complaint.

127. Dell is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 127 of the Complaint.

128. Dell is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 128 of the Complaint.

129. Dell is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 129 of the Complaint.

130. Dell is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 130 of the Complaint.

131. Dell is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 131 of the Complaint.

132. Dell is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 132 of the Complaint.

133. Dell is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 133 of the Complaint.

134. Dell is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 134 of the Complaint.

135. Dell is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 135 of the Complaint.

136. Dell is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 136 of the Complaint.

137. Dell is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 137 of the Complaint.

138. Dell is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 138 of the Complaint.

139. Dell is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 139 of the Complaint.

140. Dell is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 140 of the Complaint.

141. Dell is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 141 of the Complaint.

142. Dell is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 142 of the Complaint.

143. Dell is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 143 of the Complaint.

144. Dell is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 144 of the Complaint.

145. Dell is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 145 of the Complaint.

146. Dell is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 146 of the Complaint.

147. Dell is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 147 of the Complaint.

148. Dell denies the allegations in Paragraph 148 of the Complaint as to Dell. Dell is without knowledge or information sufficient to form a belief as to the truth of the reminder of the allegations in Paragraph 148 of the Complaint.

149. Dell is unable to respond to any specific allegation, to the extent one exists, in Paragraph 149 of the Complaint because AdjustaCam has failed to include any statement of the factual basis of any such willfulness allegation against Dell. Dell denies that it has committed any acts of willful infringement. Dell is without knowledge or information sufficient to form a belief as to the truth of the reminder of the allegations in Paragraph 149 of the Complaint.

150. Dell denies that AdjustaCam is entitled to any type of relief.

151. All remaining allegations not specifically admitted herein are denied.

## DEFENSES AND AFFIRMATIVE DEFENSES

### First Defense

152. On information and belief, Dell does not infringe and has not infringed, directly or indirectly, any valid claim of the '343 Patent.

### Second Defense

153. On information and belief, the '343 Patent is invalid under one or more of the provisions in Title 35 of the United States Code, including §§ 102, 103, and 112.

### Third Defense

154. On information and belief, all or some of AdjustaCam's claims for relief against Dell for infringement of the '343 Patent are barred by the doctrine of laches.

### Fourth Defense

155. On information and belief, prosecution history estoppel and/or prosecution disclaimer precludes any finding of infringement.

### Fifth Defense

156. On information and belief, AdjustaCam lacks standing to bring the present cause of action to the extent it does not have a sufficient interest, or any interest, in the '343 Patent.

### Sixth Defense

157. On information and belief, AdjustaCam is not entitled to injunctive relief because, *inter alia*, any injury to AdjustaCam is not immediate or irreparable, and AdjustaCam has an adequate remedy at law.

### Seventh Defense

158. On information and belief, some or all of AdjustaCam's damages, if any, are limited under 35 U.S.C. § 287.

## COUNTERCLAIMS

1. Counter-Plaintiff Dell Inc. is a Delaware corporation, with its principal place of business in Round Rock, Texas.

2. On information and belief, Counter-Defendant AdjustaCam LLC is a Texas Limited Liability Company, with its principal place of business in Frisco, Texas.

3. These are counterclaims for a declaratory judgment of noninfringement and invalidity that arise under the Declaratory Judgment Act, specifically, 28 U.S.C. §§ 2201 and 2202, and the Patent Act, 35 U.S.C. § 100, et seq.  Jurisdiction in this Court is proper pursuant to 28 U.S.C. § 2201(a).

4. Counter-Defendant has chosen this venue to enforce its patents.  Venue is proper in this Court and judicial district for counterclaims pursuant to 28 U.S.C. §§ 1391 and 1400(b).

### FIRST COUNTERCLAIM

<u>NONINFRINGEMENT OF THE ASSERTED PATENT</u>

5. Dell realleges and incorporates herein by reference Paragraphs 1-4 of its Counterclaims, above.

6. AdjustaCam has made allegations that Dell infringes the '343 Patent through the manufacture, use, sale, offer for sale, or importation of certain products of Dell.

7. AdjustaCam's actions and allegations have created a case or controversy between Counter-Plaintiff and Counter-Defendant.

8. Products made, used, sold, offered for sale, or imported by Dell lack at least one requirement of the inventions claimed in the '343 Patent.

9. Dell is entitled to a declaratory judgment pursuant to 28 U.S.C. § 2201 that its accused products do not infringe the '343 Patent.

### SECOND COUNTERCLAIM

<u>INVALIDITY OF THE ASSERTED PATENT</u>

10. Dell realleges and incorporates herein by reference Paragraphs 1-9 of its Counterclaims, above.

11. Claims of the '343 Patent are invalid, *inter alia*, for at least one of the following reasons: they are anticipated under 35 U.S.C. § 102; they are obvious under 35 U.S.C. § 103; the specification does not comply with 35 U.S.C. § 112, first paragraph; and the claims do not comply with 35 U.S.C. § 112, second paragraph.

12. Dell is entitled to a declaratory judgment pursuant to 28 U.S.C. § 2201 that claims of the '343 Patent are invalid.

13. Dell demands a jury trial as to all elements so triable.

## **PRAYER FOR RELIEF**

Wherefore, Dell respectfully prays that:

a. The Complaint be dismissed with prejudice;

b. The Court deny all relief sought by AdjustaCam;

c. This Court adjudge, declare, and decree that all of the claims of the '343 Patent are invalid, and that all of the claims of the '343 Patent have not been infringed by Dell;

d. This Court issue a judgment declaring this case to be exceptional in favor of Dell under 35 U.S.C. § 285, and award to Dell its reasonable attorneys' fees and other expenses incurred in connection with this action;

e. This Court issue judgment awarding Dell its costs of suit incurred in this action; and

f. This Court grant Dell such other further relief to which it may be entitled.

August 29, 2011                                    Respectfully submitted,

/s/ *Roger Fulghum*
Roger Fulghum
Lead Attorney
Texas State Bar No. 00790724
BAKER BOTTS L.L.P.
One Shell Plaza
910 Louisiana Street
Houston, Texas 77002-4995
Telephone:  (713) 229-1707
Facsimile:  (713) 229-2707
E-mail:  roger.fulghum@bakerbotts.com

Paula D. Heyman
Texas State Bar No. 24027075
BAKER BOTTS L.L.P.
98 San Jacinto Boulevard
Suite 1500
Austin, Texas  78701-4078
Telephone:  (512) 322-2555
Facsimile:  (512) 322-3610
E-mail:  paula.heyman@bakerbotts.com

ATTORNEYS FOR DEFENDANT DELL INC.

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this motion was served via e-mail on all counsel who are deemed to have consented to electronic service on August 29, 2011.  Local Rule CV-5(a)(3)(A).

                                                  /s/ *Roger Fulghum*
                                                  Roger Fulghum