IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC,<br>        Plaintiff<br><br>        V.<br><br>AMAZON.COM, INC.; AUDITEK<br>CORPORATION; BALTIC LATVIAN<br>UNIVERSAL ELECTRONICS, LLC D/B/A<br>BLUE MICROPHONES, LLC D/B/A BLUE<br>MICROPHONE; BLUE MICROPHONES,<br>LLC; CDW CORPORATION F/K/A CDW<br>COMPUTER CENTERS, INC; CDW, INC.;<br>CDW, LLC; COMPUSA.COM, INC.;<br>COBRA DIGITAL, LLC; CREATIVE<br>TECHNOLOGY LTD.; CREATIVE LABS,<br>INC.; DELL, INC.; DIGITAL<br>INNOVATIONS, LLC; EASTMAN KODAK<br>COMPANY; EZONICS CORPORATION<br>D/B/A EZONICS CORPORATION USA<br>D/B/A EZONICS; FRY'S ELECTRONICS,<br>INC.; GEAR HEAD, LLC; GENERAL<br>ELECTRIC COMPANY; HEWLETT-<br>PACKARD COMPANY; INTCOMEX, INC.;<br>JASCO PRODUCTS COMPANY LLC D/B/A<br>JASCO PRODUCTS COMPANY D/B/A<br>JASCO; JWIN ELECTRONICS<br>CORPORATION; KLIP XTREME LLC;<br>KMART CORPORATION; LIFEWORKS<br>TECHNOLOGY GROUP, LLC; MACALLY<br>PERIPHERALS, INC. D/B/A MACALLY<br>U.S.A.; MACE GROUP, INC.; MICRO<br>ELECTRONICS, INC. DBA MICRO<br>CENTER; NEW COMPUSA<br>CORPORATION; NEWEGG, INC.;<br>NEWEGG.COM, INC.; OFFICE DEPOT,<br>INC.; OVERSTOCK.COM, INC.; PHOEBE<br>MICRO INC.; PROLYNKZ, LLC;<br>RADIOSHACK CORPORATION;<br>ROSEWILL INC.; SEARS BRANDS, LLC;<br>SEARS HOLDINGS CORPORATION D/B/A<br>SEARS; SEARS, ROEBUCK AND | CIVIL ACTION NO. 6:10 – CV –<br>00329 -- LED |

COMPANY; SAKAR INTERNATIONAL,
INC.; SAKAR, INC.; SDI TECHNOLOGIES,
INC.; SOFTWARE BROKERS OF
AMERICA INC. DBA INTCOMEX
CORPORATION D/B/A INTCOMEX;
SYSTEMAX, INC. D/B/A COMPUSA;
TARGET CORP.; TIGERDIRECT, INC.;
TRIPPE MANUFACTURING COMPANY
D/B/A TRIPP LITE; AND WAL-MART
STORES, INC.,
       Defendants

## ANSWER OF THE DEFENDANT, GEAR HEAD, LLC TO THIRD AMENDED COMPLAINT FOR PATENT INFRINGEMENT

The defendant, Gear Head, LLC ("Gear Head"), answers the third amended complaint of the plaintiff, AdjustaCam LLC ("AdjustaCam") as follows:

## PARTIES

1.      Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 1 of the Complaint.

2.      Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 2 of the Complaint.

3.      Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 3 of the Complaint.

4.      Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 4 of the Complaint.

5.      Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 5 of the Complaint.

6.      Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 6 of the Complaint.

7.      Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 7 of the Complaint.

8.      Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 8 of the Complaint.

9.      Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 9 of the Complaint.

10.      Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 10 of the Complaint.

11.      Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 11 of the Complaint.

12.      Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 12 of the Complaint.

13.      Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 13 of the Complaint.

14.      Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 14 of the Complaint.

15.      Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 15 of the Complaint.

16.      Gear Head admits the allegations contained in Paragraph 16 of the Complaint.

17.      Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 17 of the Complaint.

18.      Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 18 of the Complaint.

19.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 19 of the Complaint.

20.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 20 of the Complaint.

21.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 21 of the Complaint.

22.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 22 of the Complaint.

23.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 23 of the Complaint.

24.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 24 of the Complaint.

25.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 25 of the Complaint.

26.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 26 of the Complaint.

27.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 27 of the Complaint.

28.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 28 of the Complaint.

29.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 29 of the Complaint.

30.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 30 of the Complaint.

31.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 31 of the Complaint.

32.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 32 of the Complaint.

33.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 33 of the Complaint.

34.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 34 of the Complaint.

35.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 35 of the Complaint.

36.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 36 of the Complaint.

37.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 37 of the Complaint.

38.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 38 of the Complaint.

## **JURISDICTION AND VENUE**

39.     Paragraph 39 of the Complaint purports to describe the jurisdiction in this matter. Paragraph 50 makes legal conclusions to which Gear Head is not obligated to respond.

40.     Paragraph 40 of the Complaint purports to describe the venue in this matter. Paragraph 40 makes legal conclusions to which Gear Head is not obligated to respond.

## COUNT I
## INFRINGEMENT OF U.S. PATENT NO. 5,855,343

41.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 41 of the Complaint.

42.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 42 of the Complaint.

43.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 43 of the Complaint.

44.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 44 of the Complaint.

45.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 45 of the Complaint.

46.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 46 of the Complaint.

47.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 47 of the Complaint.

48.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 48 of the Complaint.

49.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 49 of the Complaint.

50.     Paragraph 50 of the Complaint purports to describe the jurisdiction in this matter. Paragraph 50 makes legal conclusions to which Gear Head is not obligated to respond.

51.     Paragraph 51 of the Complaint purports to describe the venue in this matter. Paragraph 51 makes legal conclusions to which Gear Head is not obligated to respond.

52.      Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 52 of the Complaint.

53.      Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 53 of the Complaint.

54.      Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 54 of the Complaint.

55.      Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 55 of the Complaint.

56.      Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 56 of the Complaint.

57.      Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 57 of the Complaint.

58.      Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 58 of the Complaint.

59.      Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 59 of the Complaint.

60.      Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 60 of the Complaint.

61.      Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 61 of the Complaint.

62.      Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 62 of the Complaint.

63.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 63 of the Complaint.

64.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 64 of the Complaint.

65.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 65 of the Complaint.

66.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 66 of the Complaint.

67.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 67 of the Complaint.

68.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 68 of the Complaint.

69.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 69 of the Complaint.

70.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 70 of the Complaint.

71.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 71 of the Complaint.

72.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 72 of the Complaint.

73.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 73 of the Complaint.

74.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 74 of the Complaint.

75.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 75 of the Complaint.

76.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 76 of the Complaint.

77.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 77 of the Complaint.

78.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 78 of the Complaint.

79.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 79 of the Complaint.

80.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 80 of the Complaint.

81.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 81 of the Complaint.

82.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 82 of the Complaint.

83.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 83 of the Complaint.

84.     Gear Head denies the allegations contained in Paragraph 84 of the Complaint.

85.     Gear Head denies the allegations contained in Paragraph 85 of the Complaint.

86.     Gear Head denies the allegations contained in Paragraph 86 of the Complaint.

87.    Gear Head denies the allegations contained in Paragraph 87 of the Complaint.

88.    Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 88 of the Complaint.

89.    Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 89 of the Complaint.

90.    Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 90 of the Complaint.

91.    Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 91 of the Complaint.

92.    Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 92 of the Complaint.

93.    Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 93 of the Complaint.

94.    Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 94 of the Complaint.

95.    Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 95 of the Complaint.

96.    Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 96 of the Complaint.

97.    Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 97 of the Complaint.

98.    Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 98 of the Complaint.

99.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 99 of the Complaint.

100.    Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 100 of the Complaint.

101.    Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 101 of the Complaint.

102.    Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 102 of the Complaint.

103.    Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 103 of the Complaint.

104.    Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 104 of the Complaint.

105.    Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 105 of the Complaint.

106.    Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 106 of the Complaint.

107.    Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 107 of the Complaint.

108.    Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 108 of the Complaint.

109.    Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 109 of the Complaint.

110.    Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 110 of the Complaint.

111.    Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 111 of the Complaint.

112.    Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 112 of the Complaint.

113.    Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 113 of the Complaint.

114.    Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 114 of the Complaint.

115.    Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 115 of the Complaint.

116.    Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 116 of the Complaint.

117.    Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 117 of the Complaint.

118.    Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 118 of the Complaint.

119.    Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 119 of the Complaint.

120.    Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 120 of the Complaint.

121.    Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 121 of the Complaint.

122.    Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 122 of the Complaint.

123.    Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 123 of the Complaint.

124.    Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 124 of the Complaint.

125.    Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 125 of the Complaint.

126.    Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 126 of the Complaint.

127.    Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 127 of the Complaint.

128.    Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 128 of the Complaint.

129.    Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 129 of the Complaint.

130.    Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 130 of the Complaint.

131.    Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 131 of the Complaint.

132.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 132 of the Complaint.

133.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 133 of the Complaint.

134.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 134 of the Complaint.

135.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 135 of the Complaint.

136.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 136 of the Complaint.

137.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 137 of the Complaint.

138.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 138 of the Complaint.

139.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 139 of the Complaint.

140.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 140 of the Complaint.

141.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 141 of the Complaint.

142.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 142 of the Complaint.

143.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 143 of the Complaint.

144.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 144 of the Complaint.

145.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 145 of the Complaint.

146.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 146 of the Complaint.

147.     Gear Head is without sufficient information to admit or deny the allegations contained in Paragraph 147 of the Complaint.

148.     Gear Head denies that Gear Head has damaged AdjustaCam or that Gear Head is liable to AdjustaCam for any amount.

149.     Gear Head states that AdjustaCam's right to discovery is governed by the rules of civil procedure.  Gear Head denies that it infringes the '343 Patent and denies that any infringement was or is willful and reckless.

WHEREFORE, Gear Head respectfully requests that this matter be dismissed against it and that it be awarded costs, including reasonable attorney's fees incurred in defending this matter.

## <u>AFFIRMATIVE DEFENSES</u>

### FIRST AFFIRMATIVE DEFENSE / FAILURE TO STATE A CLAIM

AdjustaCam fails to state a claim upon which relief may be granted.

## SECOND AFFIRMATIVE DEFENSE / INVALIDITY

Upon information and belief, the '343 patent and all claims contained within the patent are invalid for failure to satisfy the requirements of patentability under 35 U.S.C., including but not limited to §§101, 102, 103, and 112.

## THIRD AFFIRMATIVE DEFENSE / NON-INFRINGEMENT

Gear Head has not infringed and does not infringe, induce infringement or contributorily infringe any claim of the '343 patent either literally or under the doctrine of equivalents.

## FOURTH AFFIRMATIVE DEFENSE / PATENT MARKING

AdjustaCam is not entitled to any damages for alleged infringement because its failure to comply with the marking requirements of 35 U.S.C. § 287 and/or its failure to otherwise give notice that Gear Head allegedly infringed the '343 patent.

## FIFTH AFFIRMATIVE DEFENSE / EQUITABLE DEFENSES

AdjustaCam's claims are barred by the equitable doctrines of laches, unclean hands, estoppel and/or a waiver.

## SIXTH AFFIRMATIVE DEFENSE / UNAVAILABILITY OF INJUNCTIVE RELIEF

AdjustaCam is not entitled to injunctive relief because any injury is not immediate and irreparable; AdjustaCam has an adequate remedy at law; the balance of hardships favors no injunction; and the public interest is best served by no injunction.

## SEVENTH AFFIRMATIVE DEFENSE / RESERVATION OF RIGHTS

Gear Head reserves all affirmative defenses under Rule 8C of the Federal Rules of Civil

Procedure, the Patent Laws of the United States or any other defenses at law or in equity, that

may now exist or in the future be available based on discovery and further factual investigation

in this case.

**GEAR HEAD DEMANDS A TRIAL BY JURY ON ALL CLAIMS SO TRIABLE.**

Dated:  August 30, 2011                    Respectfully submitted by:


Patricia L. Davidson


Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608-1477
(508) 860-1540
(508) 983-6240 (Fax)


 /s/ Herbert J. Hammond
Herbert J. Hammond
Attorney-In-Charge
   State Bar No. 08858500
Vishal Patel
   State Bar No. 24065885

THOMPSON & KNIGHT LLP
One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, TX 75201
(214) 969-1700
(214) 969-1751 (Fax)

ATTORNEYS FOR DEFENDANT
GEAR HEAD, LLC

CERTIFICATE OF SERVICE

     The undersigned certifies that the foregoing document was filed electronically on the 30th day of August 2011 in compliance with Local Rule CV-5(a) and has been served on all counsel who have consented to electronic service and all other counsel by regular mail.

_____
Patricia L. Davidson