**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| ADJUSTACAM LLC, | |
|       Plaintiff, | Case No. 6:10-CV-329-LED |
| vs. | |
| AMAZON.COM, INC., ET AL., | JURY TRIAL DEMANDED |
|       Defendants. | |

**ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE DECLARATION OF DEFENDANTS NEWEGG INC. AND ROSEWILL INC. UNDER SEAL**

After considering the Newegg Defendants' Unopposed Motion for Leave to File Declaration of Defendants Newegg Inc. and Rosewill Inc. Under Seal, the Court finds that this motion should be GRANTED.

NOW, THEREFORE, IT IS HEREBY ORDERED that the Newegg Defendants shall file the Declaration of Defendants Newegg Inc. and Rosewill Inc. under seal.

**So ORDERED and SIGNED this 30th day of August, 2011.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**