IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM, LLC. § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | CASE NO. 6:10-CV-329 |
| § | PATENT CASE |
| § | |
| AMAZON.COM, INC., ET AL. § | |
| § | |
| Defendants. § | |

**ORDER**

Before the Court is Defendants Baltic Latvian Electronics, LLC D/B/A Blue Microphones, LLC D/B/A Blue Mircophone and Blue Microphones, LLC's Motion to Dismiss and Notice of Joinder (Doc. No. 276). In light of Defendants' dismissal from this suit (Doc. No. 492), the motion is **DENIED** as **MOOT**.

So ORDERED and SIGNED this 30th day of August, 2011.

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**