UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS – TYLER DIVISION

| | |
|---|---|
| AdjustaCam LLC,<br>      *Plaintiffs,*<br>vs.<br>Amazon.com, Inc., et al.,<br>      *Defendants.* | Civil Action No: 6:10-cv-00329 LED<br><br>Hon. Leonard Davis |

### REQUEST FOR TERMINATION OF ELECTRONIC NOTICES

Pursuant to Rule CV-11(f), M. Kala Sarvaiya and Michael D. Harris of SoCal IP Law Group, LLP, request that the Clerk of this Court remove their names from the list of persons authorized to receive electronic notices in this case.

September 1, 2011

/s/M. Kala Sarvaiya  
Michael D. Harris, Cal. Bar No. 59,470  
MHarris@socalip.com  
Steven C. Sereboff, Cal. Bar No. 156,731  
SSereboff@socalip.com  
M. Kala Sarvaiya, Cal. Bar No. 238,453  
KSarvaiya@socalip.com  
SOCAL IP LAW GROUP LLP  
310 N. Westlake Blvd., Suite 120  
Westlake Village, CA 91362-3788  
Phone: (805) 230-1350  -  Fax: (805) 230-1355

Attorneys for Defendants Baltic Latvian Universal  
    Electronics, LLC and Blue Microphones, LLC

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 1, 20111, I electronically filed the foregoing document "Defendants Baltic Latvian Universal Electronics, LLC d/b/a Blue Microphones, LLC d/b/a Blue Microphone and Blue Microphones, LLC's Request for Termination of Electronic Notices" using the Case Management/Electronic Case Filing (CM/ECF) system per Local Rule CV-5(a)(3), which will send a Notice of Electronic Filing of the document to the CM/ECF participants.

September 1, 20111                                      /s/ M. Kala Sarvaiya