# EXHIBIT 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| Adjustacam LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 6:10-cv-329 |
| ) | |
| Amazon.com, Inc. et al., ) | |
| ) | |
| Defendants. ) | **JURY TRIAL DEMANDED** |

### DECLARATION OF CDW LLC

I, Elizabeth Hiszczynski, provide this declaration on behalf of Defendant CDW LLC, and declare as follows on its behalf:

1. I am over the age of 18 and am competent to make this declaration. I have personal knowledge of the matters stated herein and would testify that they are true if called upon to do so.

2. I am employed by CDW LLC ("CDW") and my title is Senior Paralegal, Legal Department. I have been employed in the Legal Department at CDW since 2005.

3. If an inquiry or demand related to alleged patent infringement is received at CDW, it is routed to CDW's Legal Department. A record of such an inquiry or demand would be stored in the Legal Department's files.

4. On July 2, 2010, AdjustaCam LLC ("AdjustaCam") filed a Complaint accusing CDW of infringing U.S. Patent No. 5,855,343 ("the '343 Patent").

5. I have searched CDW's Legal Department records and did not locate any documents reflecting in any way that CDW received a communication from AdjustaCam or one of its predecessors-in-interest regarding the '343 Patent, including but not limited

to any allegation of infringement prior to the filing of the Complaint on July 2, 2010. The purpose of this review and search was to determine whether CDW had received any document or record reflecting any communication from AdjustaCam or one of its predecessors-in-interest regarding the '343 Patent prior to July 2, 2010, that could be construed as actual notice of alleged infringement of the '343 Patent.

6.  Having conducted a thorough search of our legal records, I can say with reasonable certainty that no communication that could be construed as actual notice of alleged infringement of the '343 Patent was received by CDW prior to July 2, 2010.

I declare the foregoing to be true and correct statement of CDW and do so under the penalty of perjury on this 7th day of September, 2011.

_Elizabeth Hiszczynski_
Elizabeth Hiszczynski