IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC<br>*Plaintiff*<br><br>v.<br><br>AMAZON.COM, INC., *et al.*<br>*Defendants* | Civil Action No. 6:10-cv-329-LED<br><br>**JURY TRIAL DEMANDED** |

**[PROPOSED] ORDER GRANTING MOTION FOR PARTIAL SUMMARY JUDGMENT THAT ADJUSTACAM IS NOT ENTITLED TO PRE-SUIT DAMAGES PURSUANT TO 35 U.S.C. § 287(a) AS TO DEFENDANT CDW LLC**

The Court, having noted CDW LLC's Notice of Joinder to the Motion for Partial Summary Judgment that AdjustaCam Is Not Entitled to Pre-Suit Damages Pursuant to 35 U.S.C. § 287(a) (Docket No. 473) filed on August 1, 2011, and having considered the motion, is of the opinion that the Motion for Partial Summary judgment should be GRANTED.

Accordingly, it is hereby ORDERED that Plaintiff AdjustaCam LLC is barred from recovering any damages for the alleged infringement of U.S. Patent No. 5,866,343 from CDW LLC, in addition to the other Defendants who moved for partial summary judgment, for the period prior to the filing of its Complaint.