IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC | |
| v. | NO. 6:10-cv-329-LED |
| AMAZON.COM, INC. ET AL. | JURY |

**STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE**

The plaintiff, AdjustaCam LLC and defendant Lifeworks Technology Group, LLC pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all claims and counterclaims in this action asserted between them WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys fees.

September 13, 2011                                                Respectfully submitted,

LIFEWORKS TECHNOLOGY GROUP, LLC         ADJUSTACAM LLC

By: */s/ Bryan Atkinson*                                        By: /s/ *John Edmonds*
Bryan Donivan Atkinson                                       John J. Edmonds – LEAD COUNSEL
Texas Bar No. 24036157                                       Texas Bar No. 789758
FARNEY DANIELS, LLP                                          Michael J. Collins
800 S. Austin Ave., Ste 200                                  Texas Bar No. 4614510
Georgetown, TX 78626                                         Henry M. Pogorzelski
512-582-2836                                                 Texas Bar No. 24007852
512-582-2829 (fax)                                           COLLINS, EDMONDS & POGORZELSKI,
batkinson@farneydaniels.com                                  PLLC
                                                             1616 S. Voss Rd., Suite 125
ATTORNEY FOR LIFEWORKS                                       Houston, Texas 77057
TECHNOLOGY GROUP, LLC                                        Telephone: (281) 501-3425
                                                             Facsimile: (832) 415-2535
                                                             jedmonds@cepiplaw.com
                                                             mcollins@cepiplaw.com
                                                             hpogorzelski@cepiplaw.com

Andrew W. Spangler
Texas Bar No. 24041960
Spangler Law P.C.
208 N. Green Street, Suite 300
Longview, Texas 75601
(903) 753-9300
(903) 553-0403 (fax)
spangler@spanglerlawpc.com

ATTORNEYS FOR PLAINTIFF
ADJUSTACAM LLC

## CERTIFICATE OF SERVICE

    I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

September 13, 2011                  /s/ *John J. Edmonds*
                                           John J. Edmonds