IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC | |
| v. | NO. 6:10-CV-329-LED |
| AMAZON.COM, INC.; ET AL. | JURY |

**PLAINTIFF'S ANSWER TO AUDITEK'S COUNTERCLAIMS**

Plaintiff AdjustaCam LLC ("AdjustaCam") answers the counterclaims (Dkt No. 501) of Defendant Auditek Corp. ("Auditek"), by corresponding paragraph number, as follows:

1. Admitted as to subject matter jurisdiction over counterclaims. Denied as to merits of counterclaims.

2. Admitted that AdjustaCam is the exclusive licensee of, and owner of all substantial rights (including the right to sue for infringement) to the '343 patent.

3. Admitted.

4-7. Denied as above, and further denied that Auditek's counterclaims have any merit, and denied that Auditek is entitled to any declaratory relief.

8. To the extent necessary, AdjustaCam denies that Auditek is entitled to the relief requested in its prayer for relief. In addition, to the extent necessary, AdjustaCam generally denies any allegation in the counterclaims not specifically admitted above, and AdjustaCam re-alleges infringement, validity and damages, and denies any allegations in the counterclaim adverse to same.

PRAYER FOR RELIEF

WHEREFORE, AdjustaCam respectfully requests that this Court enter judgment denying and dismissing Auditek's counterclaims, and that the Court enter judgment in favor of AdjustaCam as requested in AdjustaCam's complaint, as amended or supplemented.

| | |
|---|---|
| September 19, 2011 | Respectfully submitted, |
| | ADJUSTACAM LLC |
| | By: /s/ *John J. Edmonds* <br> John J. Edmonds – LEAD COUNSEL <br> Texas Bar No. 789758 <br> Andrew P. Tower <br> Texas Bar No. 786291 <br> Michael J. Collins <br> Texas Bar No. 4614510 <br> Henry M. Pogorzelski <br> Texas Bar No. 24007852 <br> COLLINS, EDMONDS & POGORZELSKI, PLLC <br> 1616 S. Voss Road, Suite 125 <br> Houston, Texas 77057 <br> Telephone: (281) 501-3425 <br> Facsimile: (832) 415-2535 <br> jedmonds@cepiplaw.com <br> atower@cepiplaw.com <br> mcollins@cepiplaw.com <br> hpogorzelski@cepiplaw.com |
| | ATTORNEYS FOR PLAINTIFF <br> ADJUSTACAM LLC |

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

| | |
|---|---|
| September 19, 2011 | /s/ *John J. Edmonds* <br> John J. Edmonds |