IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC | |
| v. | NO. 6:10-cv-329-LED |
| AMAZON.COM, INC.; ET AL. | JURY |

**PLAINTIFF'S ANSWER TO DIGITAL INNOVATIONS' COUNTERCLAIMS**

Plaintiff AdjustaCam LLC ("AdjustaCam") answers the counterclaims (Dkt No. 499) of Defendant Digital Innovations, LLC ("DI"), by corresponding paragraph number, as follows:

1-2.    Admitted.

3.    Admitted as to subject matter jurisdiction over counterclaims.  Denied as to merits of counterclaims.

4.    Admitted.

5.    Denied.

6.    Admitted as to subject matter jurisdiction over counterclaims.  Denied as to merits of counterclaims. Denied that DI is entitled to any declaratory relief.

7.    Admitted.

8.    Denied.

9.    Admitted as to subject matter jurisdiction over counterclaims.  Denied as to merits of counterclaims. Denied that DI is entitled to any declaratory relief.

10.    To the extent necessary, AdjustaCam denies that DI is entitled to the relief requested in its prayer for relief.  In addition, to the extent necessary, AdjustaCam generally denies any allegation in the counterclaims not specifically admitted above, and AdjustaCam re-alleges infringement, validity and damages, and denies any allegations in the counterclaim adverse to same.

PRAYER FOR RELIEF

WHEREFORE, AdjustaCam respectfully requests that this Court enter judgment denying and dismissing DI's counterclaims, and that the Court enter judgment in favor of AdjustaCam as requested in AdjustaCam's complaint, as amended or supplemented.

| | |
|---|---|
| September 19, 2011 | Respectfully submitted,<br><br>ADJUSTACAM LLC<br><br>By: /s/ *John J. Edmonds*<br>John J. Edmonds – LEAD COUNSEL<br>Texas Bar No. 789758<br>Michael J. Collins<br>Texas Bar No. 4614510<br>COLLINS, EDMONDS & POGORZELSKI, PLLC<br>1616 S. Voss Road, Suite 125<br>Houston, Texas 77057<br>Telephone: (281) 501-3425<br>Facsimile: (832) 415-2535<br>jedmonds@cepiplaw.com<br>mcollins@cepiplaw.com<br><br>Andrew W. Spangler<br>Texas Bar No. 24041960<br>Spangler Law P.C.<br>208 N. Green Street, Suite 300<br>Longview, Texas 75601<br>(903) 753-9300<br>(903) 553-0403 (fax)<br>spangler@spanglerlawpc.com<br><br>ATTORNEYS FOR PLAINTIFF<br>ADJUSTACAM LLC |

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

3

September 19, 2011                               /s/ *John J. Edmonds*  
                                                 John J. Edmonds