IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC | |
| v. | NO. 6:10-cv-329-LED |
| AMAZON.COM, INC.; ET AL. | JURY |

**PLAINTIFF'S ANSWER TO NEWEGGG AND NEWEGG.COM'S COUNTERCLAIMS**

Plaintiff AdjustaCam LLC ("AdjustaCam") answers the counterclaims (Dkt No. 495) of Defendants Newegg Inc. and Newegg.com Inc. (collectively "Newegg"), by corresponding paragraph number, as follows:

1. Admitted that Newegg Inc. is a Delaware corporation. AdjustaCam lacks knowledge or information sufficient to form a belief about the other allegations in this paragraph.

2. Admitted that AdjustaCam is a Texas LLC with a principal place of business in Frisco.

3. Admitted as to subject matter jurisdiction over counterclaims. Denied as to merits of counterclaims.

4. Admitted as to personal jurisdiction over AdjustaCam.

5. Admitted as to venue over counterclaims. Denied as to merits of counterclaims.

6. Admitted that AdjustaCam has sued Newegg for infringing the '343 patent. Admitted as to subject matter jurisdiction over counterclaims. Denied as to merits of counterclaims.

7. AdjustaCam's answers to paragraphs 1-6 are incorporated herein.

8-9. Denied.

10-11. Denied that Newegg is entitled to any such relief.

12. AdjustaCam's answers to paragraphs 1-11 are incorporated herein.

13. Denied.

14. Denied that Newegg is entitled to any such relief.

15.     Newegg's purported reservation of rights is not fairly subject to being admitted or denied.  Subject to the foregoing, denied that Newegg has any grounds for additional defenses or counterclaims.

16.     To the extent necessary, AdjustaCam denies that Newegg is entitled to the relief requested in its prayer for relief.  In addition, to the extent necessary, AdjustaCam generally denies any allegation in the counterclaims not specifically admitted above, and AdjustaCam re-alleges infringement, validity and damages, and denies any allegations in the counterclaim adverse to same.

## PRAYER FOR RELIEF

WHEREFORE, AdjustaCam respectfully requests that this Court enter judgment denying and dismissing Newegg's counterclaims, and that the Court enter judgment in favor of AdjustaCam as requested in AdjustaCam's complaint, as amended or supplemented.

September 19, 2011                          Respectfully submitted,

                                            ADJUSTACAM LLC

                                            By: /s/ *John J. Edmonds*
                                            John J. Edmonds – LEAD COUNSEL
                                            Texas Bar No. 789758
                                            Michael J. Collins
                                            Texas Bar No. 4614510
                                            COLLINS, EDMONDS & POGORZELSKI, PLLC
                                            1616 S. Voss Road, Suite 125
                                            Houston, Texas 77057
                                            Telephone: (281) 501-3425
                                            Facsimile: (832) 415-2535
                                            jedmonds@cepiplaw.com
                                            mcollins@cepiplaw.com

                                            Andrew W. Spangler
                                            Texas Bar No. 24041960
                                            Spangler Law P.C.
                                            208 N. Green Street, Suite 300
                                            Longview, Texas 75601
                                            (903) 753-9300

              (903) 553-0403 (fax)
              spangler@spanglerlawpc.com

              ATTORNEYS FOR PLAINTIFF
              ADJUSTACAM LLC

## CERTIFICATE OF SERVICE

  I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

September 19, 2011        /s/ *John J. Edmonds*
              John J. Edmonds