IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

ADJUSTACAM LLC

v.                                                      NO. 6:10-cv-329-LED

AMAZON.COM, INC.;  ET AL.                    JURY

## PLAINTIFF'S ANSWER TO SAKAR'S COUNTERCLAIMS

Plaintiff AdjustaCam LLC ("AdjustaCam") answers the counterclaims (Dkt No. 520) of Defendant Sakar International, Inc. ("Sakar"), by corresponding paragraph number, as follows:

1-3.    Admitted.

4.      Admitted as to subject matter jurisdiction over counterclaims.  Denied as to merits of counterclaims.

5.      Admitted as to venue over counterclaims.  Denied as to merits of counterclaims.

6.      Admitted.

7.      Admitted as to subject matter jurisdiction over counterclaims.  Denied as to merits of counterclaims.

8.      AdjustaCam's answers to paragraphs 1-7 are incorporated herein.

9-10.   Denied.

11.     AdjustaCam's answers to paragraphs 1-10 are incorporated herein.

12-13.  Denied.

14.     To the extent necessary, AdjustaCam denies that Sakar is entitled to the relief requested in its prayer for relief.  In addition, to the extent necessary, AdjustaCam generally denies any allegation in the counterclaims not specifically admitted above, and AdjustaCam re-alleges infringement, validity and damages, and denies any allegations in the counterclaim adverse to same.

PRAYER FOR RELIEF

WHEREFORE, AdjustaCam respectfully requests that this Court enter judgment denying and dismissing Sakar's counterclaims, and that the Court enter judgment in favor of AdjustaCam as requested in AdjustaCam's complaint, as amended or supplemented.

September 19, 2011

Respectfully submitted,

ADJUSTACAM LLC

By: /s/ *John J. Edmonds*
John J. Edmonds – LEAD COUNSEL
Texas Bar No. 789758
Michael J. Collins
Texas Bar No. 4614510
COLLINS, EDMONDS & POGORZELSKI, PLLC
1616 S. Voss Road, Suite 125
Houston, Texas 77057
Telephone: (281) 501-3425
Facsimile: (832) 415-2535
jedmonds@cepiplaw.com
mcollins@cepiplaw.com

Andrew W. Spangler
Texas Bar No. 24041960
Spangler Law P.C.
208 N. Green Street, Suite 300
Longview, Texas 75601
(903) 753-9300
(903) 553-0403 (fax)
spangler@spanglerlawpc.com

ATTORNEYS FOR PLAINTIFF
ADJUSTACAM LLC

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

September 19, 2011                              /s/ *John J. Edmonds*
                                               John J. Edmonds