IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC | |
| v. | NO. 6:10-cv-329-LED |
| AMAZON.COM, INC. ET AL. | JURY |

## **STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE**

The plaintiff, AdjustaCam LLC and defendant, Overstock.com, Inc., pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all claims and counterclaims in this action asserted between them WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys fees.

September 20, 2011

BRACEWELL & GIULIANI LLP

By: /s/ John Allen Yates
John H. Barr, Jr.
Attorney-in-Charge
State Bar No. 00783605
Christopher A. Shield
State Bar No. 24046833
John A. Yates
State Bar No. 24056569
Bracewell & Giuliani LLP
711 Louisiana, Suite 2300
Houston, Texas 77002
(713) 223-2300 - Telephone
(713) 221-1212 – Facsimile

ATTORNEYS FOR OVERSTOCK.COM, INC.

Respectfully submitted,

ADJUSTACAM LLC

By: /s/ *John Edmonds*
John J. Edmonds – LEAD COUNSEL
Texas Bar No. 789758
Michael J. Collins
Texas Bar No. 4614510
Henry M. Pogorzelski
Texas Bar No. 24007852
COLLINS, EDMONDS & POGORZELSKI, PLLC
1616 S. Voss Rd., Suite 125
Houston, Texas 77057
Telephone: (281) 501-3425
Facsimile: (832) 415-2535
jedmonds@cepiplaw.com
mcollins@cepiplaw.com
hpogorzelski@cepiplaw.com

        Andrew W. Spangler
        Texas Bar No. 24041960
        Spangler Law P.C.
        208 N. Green Street, Suite 300
        Longview, Texas 75601
        (903) 753-9300
        (903) 553-0403 (fax)
        spangler@spanglerlawpc.com

        ATTORNEYS FOR PLAINTIFF
        ADJUSTACAM LLC

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

September 20, 2011        /s/ *John J. Edmonds*
        John J. Edmonds