IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC | |
| v. | NO. 6:10-CV-329-LED |
| AMAZON.COM, INC.; ET AL. | JURY |

**PLAINTIFF'S UNOPPOSED MOTION TO WITHDRAW**
**ATTORNEY ERICK ROBINSON AS COUNSEL OF RECORD**

Plaintiff Adjustacam ("Adjustacam") requests that its counsel of record, Erick Robinson, formerly of Collins, Edmonds & Pogorzelski, PLLC, 1616 S. Voss Rd., Suite 125, Houston, Texas 77057, be allowed to withdraw as counsel for Adjustacam in the above-captioned case. Mr. Robinson is no longer a member of the firm. This withdrawal of counsel is not sought for the purposes of delay. AdjustaCam's other counsel of record remain on the case.

WHEREFORE, PREMISES CONSIDERED, Adjustacam respectfully requests that the Court grant this Unopposed Motion to Withdraw Attorney Erick Robinson and for such other and further relief to which Adjustacam may be justly entitled.

October 4, 2011

Respectfully submitted,

ADJUSTACAM LLC

By: /s/ *John J. Edmonds*
John J. Edmonds – LEAD COUNSEL
Texas Bar No. 789758
Andrew P. Tower
Texas Bar No. 786291
COLLINS, EDMONDS & POGORZELSKI, PLLC
1616 S. Voss Road, Suite 125
Houston, Texas 77057
Telephone: (281) 501-3425
Facsimile: (832) 415-2535
jedmonds@cepiplaw.com
atower@cepiplaw.com

1

>Andrew W. Spangler
>Texas Bar No. 24041960
>Spangler Law P.C.
>208 N. Green Street, Suite 300
>Longview, Texas 75601
>(903) 753-9300
>(903) 553-0403 (fax)
>spangler@spanglerlawpc.com
>
>ATTORNEYS FOR PLAINTIFF
>ADJUSTACAM LLC

## CERTIFICATE OF CONFERENCE

The undersigned certifies that AdjustaCam's counsel has conferred with Defense counsel, and none has voiced opposition to this motion.

October 4, 2011                             /s/ *John J. Edmonds*
                                            John J. Edmonds

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

October 4, 2011                             /s/ *John J. Edmonds*
                                            John J. Edmonds