IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC | |
| v. | NO. 6:10-CV-329-LED |
| AMAZON.COM, INC.; ET AL. | JURY |

## **ORDER**

The Court, having considered Plaintiff Adjustacam's request that the Court grant its Unopposed Motion to Withdraw Attorney Erick Robinson, is of the opinion that such Motion should be GRANTED. It is therefore;

ORDERED that Attorney Erick Robinson is withdrawn from being an attorney of record for Plaintiff in this matter.