IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ADJUSTACAM, LLC. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CASE NO. 6:10-CV-329 |
| | § | PATENT CASE |
| | § | |
| AMAZON.COM, INC., ET AL. | § | |
| | § | |
| Defendants. | § | |

**ORDER**

The Court has posted a standing order regarding letter briefs on the Court's website as well as a sample Docket Control Order incorporating letter brief deadlines. The Court hereby **ORDERS** the parties to meet and confer and resubmit an agreed Docket Control Order incorporating letter brief deadlines.

**So ORDERED and SIGNED this 4th day of October, 2011.**



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**