**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| ADJUSTACAM LLC | § | |
| | § | Civil Action No. 6:10-cv-00329-LED |
| v. | § | |
| | § | JURY |
| AMAZON.COM, INC.; et al | § | |

**DEFENDANT J&R ELECTRONICS INC.'S NOTICE OF COMPLIANCE
REGARDING PRIVILEGE LOG**

    Defendant J&R ELECTRONICS INC. hereby provides notice that it has complied with its privilege log obligations as required by the Court's May 27, 2011 Docket Control Order [#451], because it is not presently aware of any privileged documents or information relevant to the present action that were generated or circulated prior to the date suit was filed.  However, because discovery is ongoing, J&R Electronics Inc. reserves the right to serve a formal privilege log and to supplement such log if and when documents are withheld on the basis of privilege.

Dated: October 28, 2011          Respectfully submitted,

                                    */s/ Allen F. Gardner*

                                    Allen F. Gardner
                                    State Bar No. 24043679
                                    allengardner@potterminton.com
                                    Michael E. Jones
                                    State Bar No. 10929400
                                    mikejones@potterminton.com
                                    Daniel A. Noteware, Jr.
                                    State Bar No. 24051123
                                    dannynoteware@potterminton.com

                                    **POTTER MINTON**
                                    A Professional Corporation
                                    110 N. College Ave., Suite 500
                                    Tyler, Texas  75702
                                    Tel: (903) 597 8311

Fax: (903) 593 0846

**ATTORNEYS FOR DEFENDANT**
**J&R ELECTRONICS INC.**

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that all counsel of record who have consented to electronic service and are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on October 28, 2011.  Any other counsel of record will be served by First Class U.S. mail on this same date.

*/s/ Allen F. Gardner*
Allen F. Gardner