**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| ADJUSTACAM LLC,<br><br>   Plaintiff,<br><br>vs.<br><br>AMAZON.COM, INC., ET AL.,<br><br>   Defendants. | Case No. 6:10-CV-329-LED<br><br>JURY TRIAL DEMANDED |

## NOTICE OF CHANGE OF FIRM NAME

PLEASE TAKE NOTICE that effective November 1, 2011, Zarian Midgley & Johnson, PLLC has merged with Parsons Behle & Latimer. From November 1, 2011 forward, the firm will be known as Parsons Behle & Latimer. All future references to the firm in this matter should be to Parsons Behle & Latimer. The firm's and its lawyers' addresses, phone numbers, and fax numbers have not been affected by this change; and firm email addresses remain the same for now.

DATED THIS 1st day of November, 2011.

6              PARSONS BEHLE & LATIMER

               By */s/ Christopher J. Cuneo*
                 Christopher J. Cuneo (*Admitted E.D. Texas*)
                 John N. Zarian (*Admitted E.D. Texas*)
                 960 Broadway, Suite 250
                 Boise, Idaho 83706
                 Telephone:  (208) 562-4900
                 Facsimile:  (208) 562-4901
                 E-mail:  cuneo@zarianmidgley.com
                    zarian@zarianmidgley.com

2

        YARBROUGH WILCOX, PLLC
           Trey Yarbrough, State Bar No. 22133500
           Debby E. Gunter, State Bar No. 24012752
           100 E. Ferguson Street, Ste. 1015
           Tyler, Texas 75702
           Telephone:  (903) 595-3111
           Facsimile:  (903) 595-0191
           E-mail:  trey@yw-lawfirm.com
                  debby@yw-lawfirm.com

Attorneys For Defendants
Newegg, Inc., Newegg.com, Inc., and Rosewill, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that all counsel of record who are deemed to have consented to electronic service are being served this 1st day of November, 2011, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission, and/or first class mail on this same date.

*/s/ Christopher Cuneo*
Christopher Cuneo