UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC,<br><br>      Plaintiff,<br><br>vs.<br><br>AMAZON.COM, INC., et al.,<br><br>      Defendants. | Case No. 6:10-CV-00329-LED |

**DEFENDANT WAL-MART STORES, INC.'S NOTICE OF COMPLIANCE
REGARDING PRIVILEGE LOG**

Defendant WAL-MART STORES, INC. ("Walmart") hereby provides notice that it has complied with its privilege log obligations as required by the Court's May 27, 2011 Docket Control Order [#451], because it is not presently aware of any privileged documents or information relevant to the present action that were generated or circulated prior to the date suit was filed.  However, because discovery is ongoing, Walmart reserves the right to serve a formal privilege log and to supplement such log if and when documents are withheld on the basis of privilege.

Dated: November 1, 2011                               Respectfully submitted,


                                                              /s/ Victor de Gyarfas
                                                              Victor de Gyarfas (Tx Bar No. 24071250)
                                                              FOLEY & LARDNER LLP
                                                              555 South Flower Street, Suite 3500
                                                              Los Angeles, CA 90071-2411
                                                              213.972.4500
                                                              213.486.0065

                                                              Attorneys for Defendant
                                                              WAL-MART STORES, INC.

## **CERTIFICATE OF SERVICE**

The undersigned certified that the DEFENDANT WAL-MART STORES, INC.'S NOTICE OF COMPLIANCE REGARDING PRIVILEGE LOG was filed electronically in compliance with Local Rule CV-5(a) on November 1, 2011.  As such, this document was served on all counsel who have consented to electronic service.

        /s/     Victor de Gyarfas
              Victor de Gyarfas