IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC<br>　　　*Plaintiff*<br><br>v.<br><br>AMAZON.COM, INC., *et al.*,<br>　　　*Defendants* | Case No. 6:10-cv-329-LED<br><br>**JURY** |

### DEFENDANT CREATIVE LABS, INC.'S NOTICE OF COMPLIANCE REGARDING PRIVILEGE LOG

Defendant Creative Labs, Inc. ("Creative Labs") hereby provides notice that it has complied with its privilege log obligations as required by the Court's May 27, 2011 Docket Control Oder [#451], because it is not presently aware of any privileged documents or information relevant to the present action that were generated or circulated prior to the date suit was filed.  However, because discovery is ongoing, Creative Labs reserves the right to serve a formal privilege log and to supplement such log if and when documents are withheld on the basis of privilege.

DATED:  November 2, 2011 By: ____/s/ Steven R. Daniels_____
W. Bryan Farney
Lead Attorney
Texas State Bar No. 06826600
Steven R. Daniels
Texas State Bar No. 24025318
Bryan D. Atkinson
Texas State Bar No. 24036157
FARNEY DANIELS LLP
800 S. Austin Ave., Suite 200
Georgetown, TX 78626
Telephone:     (512) 582-2828
Facsimile:      (512) 582-2829
E-mails: bfarney@farneydaniels.com
sdaniels@farneydaniels.com
batkinson@farneydaniels.com

**ATTORNEYS  FOR DEFENDANT
CREATIVE LABS,  INC.**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this notice was served on all counsel of record who have consented to electronic service as this district requires.  Local Rule CV-5(a)(3)(A).

_____*/s/ Steven R. Daniels*_____