IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC<br>    *Plaintiff*<br><br>v.<br><br>AMAZON.COM, INC., *et al.*,<br>    *Defendants* | Case No. 6:10-cv-329-LED<br><br>**JURY** |

**DEFENDANT OFFICE DEPOT, INC.'S NOTICE OF COMPLIANCE
REGARDING PRIVILEGE LOG**

Defendant Office Depot, Inc. ("Office Depot") hereby provides notice that it has complied with its privilege log obligations as required by the Court's May 27, 2011 Docket Control Oder [#451], because it is not presently aware of any privileged documents or information relevant to the present action that were generated or circulated prior to the date suit was filed. However, because discovery is ongoing, Office Depot reserves the right to serve a formal privilege log and to supplement such log if and when documents are withheld on the basis of privilege.

| | |
|---|---|
| DATED:  November 2, 2011 | By:      _/s/ Steven R. Daniels_____<br>W. Bryan Farney<br>Lead Attorney<br>Texas State Bar No. 06826600<br>Steven R. Daniels<br>Texas State Bar No. 24025318<br>Bryan D. Atkinson<br>Texas State Bar No. 24036157<br>FARNEY DANIELS LLP<br>800 S. Austin Ave., Suite 200<br>Georgetown, TX 78626<br>Telephone:     (512) 582-2828<br>Facsimile:      (512) 582-2829<br>E-mails: bfarney@farneydaniels.com<br>sdaniels@farneydaniels.com<br>batkinson@farneydaniels.com<br><br>**ATTORNEYS  FOR DEFENDANT**<br>**OFFICE DEPOT, INC.** |

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this notice was served on all counsel of record who have consented to electronic service as this district requires.  Local Rule CV-5(a)(3)(A).

                 ____/s/ Steven R. Daniels_____