IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No: 6:10-CV-329-LED |
| | ) |
| AMAZON.COM, INC.; et al. | ) |
| | ) |
| Defendants. | ) |

**DEFENDANT AMAZON.COM, INC.'S NOTICE OF COMPLIANCE
REGARDING PRIVILEGE LOG**

Defendant Amazon.com, Inc. ("Amazon") hereby provides notice that it has complied with its privilege log obligations as required by the Court's May 27, 2011 Docket Control Order (Dkt. No. 451), because it is not presently aware of any privileged documents or information relevant to the present action that were generated or circulated prior to the date suit was filed. However, because discovery is ongoing, Amazon reserves the right to serve a formal privilege log and to supplement such log if and when documents are withheld on the basis of privilege.

Dated:  November 2, 2011

Respectfully submitted,

By: */s/ Brian Craft*
Brian Craft
State Bar No. 04972020
Eric H. Findlay
State Bar No. 00789886
FINDLAY CRAFT, LLP
6760 Old Jacksonville Highway, Suite 101
Tyler, TX 75703

Phone: (903) 534-1100  
Fax: (903) 534-1137  
Email: bcraft@findlaycraft.com  
Email: efindlay@findlaycraft.com  

*Attorneys for Defendant Amazon.com, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic service are being served with a copy of this **DEFENDANT AMAZON.COM, INC.'S NOTICE OF COMPLIANCE REGARDING PRIVILEGE LOG**, *via* the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 2nd day of November 2011.

*/s/ Brian Craft*  
Brian Craft