IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC,<br><br>      Plaintiff,<br><br>   v.<br><br>AMAZON.COM, INC.;<br>AUDITEK CORPORATION;<br>BALTIC LATVIAN UNIVERSAL<br>ELECTRONICS, LLC D/B/A BLUE<br>MICROPHONES, LLC D/B/A BLUE<br>MICROPHONE;<br>BLUE MICROPHONES, LLC;<br>CDW CORPORATION F/K/A CDW<br>COMPUTER CENTERS, INC.;<br>CDW, INC.;<br>COBRA DIGITAL, LLC;<br>COMPUSA.COM, INC.;<br>CREATIVE TECHNOLOGY LTD.;<br>CREATIVE LABS, INC.;<br>DELL, INC.;<br>DIGITAL INNOVATIONS, LLC;<br>EASTMAN KODAK COMPANY;<br>EZONICS CORPORATION D/B/A EZONICS<br>COPORATION USA D/B/A EZONICS;<br>FRY'S ELECTRONICS, INC.;<br>GEAR HEAD, LLC;<br>HEWLETT-PACKARD COMPANY;<br>INTCOMEX, INC.;<br>JASCO PRODUCTS COMPANY LLC D/B/A<br>JASCO PRODUCTS COMPANY D/B/A<br>JASCO;<br>JWIN ELECTRONICS CORPORATION;<br>KLIP XTREME LLC;<br>KMART CORPORATION;<br>LIFEWORKS TECHNOLOGY GROUP, LLC;<br>MACALLY PERIPHERALS, INC. D/B/A<br>MACALLY U.S.A;<br>MACE GROUP, INC.; | Case No:<br>6:10-CV-329-LED |

80077856.2

| | |
|---|---|
| MICRO ELECTRONICS, INC. DBA MICRO, CENTER;<br>NEW COMPUSA CORPORATION;<br>NEWEGG, INC.;<br>NEWEGG.COM, INC.;<br>OFFICE DEPOT, INC.;<br>OVERSTOCK.COM, INC.;<br>PHOEBE MICRO INC.;<br>PROLYNKZ, LLC;<br>RADIOSHACK CORPORATION;<br>ROSEWILL INC.;<br>SEARS BRANDS, LLC;<br>SEARS HOLDINGS CORPORATION D/B/A SEARS<br>SEARS, ROEBUCK AND COMPANY;<br>SAKAR INTERNATIONAL, INC.;<br>SAKAR, INC.;<br>SDI TECHNOLOGIES, INC.;<br>SOFTWARE BROKERS OF AMERICA INC. DBA INTCOMEX CORPORATION D/B/A INTCOMEX;<br>SYSTEMAX, INC. D/B/A COMPUSA;<br>TARGET CORP.;<br>TIGERDIRECT, INC.;<br>TRIPPE MANUFACTURING COMPANY D/B/A TRIPP LITE;<br>WAL-MART STORES, INC.,<br>BEST BUY CO., INC. D/B/A BEST BUY D/B/A ROCKETFISH;<br>BEST BUY STORES, LP;<br>BESTBUY.COM, LLC;<br>CONN'S, INC. D/B/A CONN'S;<br>J&R ELECTRONICS, INC. D/B/A J&R;<br>KOHL'S CORPORATION D/B/A KOHL'S;<br>KOHL'S ILLINOIS, INC.;<br>SOLID YEAR CO., LTD AND<br>WALGREEN CO. D/B/A WALGREENS<br><br>                                   Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) **JURY TRIAL**<br>) **DEMANDED**<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF COMPLIANCE REGARDING PRIVLIEGE LOG FOR DEFENDANTS COMPUSA.COM, INC., NEW COMPUSA CORP., SYSTEMAX INC., AND TIGERDIRECT, INC.

Defendants CompUSA.com, Inc., New CompUSA Corp., Systemax Inc., and TigerDirect, Inc. (collectively "the Systemax defendants") hereby provide notice that they have complied with their privilege log obligations as required by the Court's May 27, 2011 Docket Control Order [#451], because they are not presently aware of any privileged documents or information relevant to the present action that were generated or circulated prior to the date suit was filed. However, because discovery is ongoing, the Systemax defendants reserve the right to serve formal privilege logs and to supplement such logs if and when documents are withheld on the basis of privilege.

Respectfully submitted,

**DAVIDOFF MALITO & HUTCHER LLP**
*Attorneys for Defendants Systemax, Inc., CompUSA.com, Inc., New CompUSA Corporation, and TigerDirect, Inc.*

Dated: November 2, 2011

By: /s/David W. Denenberg
David W. Denenberg
DD9951 (admitted in E.D. Texas *pro hac vice*)
200 Garden City Plaza
Garden City, New York 11530
(516) 247-4440 (Telephone)
(516) 248-6422 (Facsimile)
dwd@dmlegal.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this notice was served on all counsel of record who have consented to electronic service as this district requires. Local Rule CV-5(a)(3)(A).

By: /s/David W. Denenberg