# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM, LLC § | |
| § | |
| Plaintiff § | |
| § | |
| vs. § | CIVIL NO. 6:10-CV-00329 |
| § | |
| AMAZON.COM, INC., *et al.* § | |
| § | |
| Defendants § | |
| § | |

## MEDIATOR'S REPORT OF PARTIAL SETTLEMENT

Pursuant to the Court's order mediation was conducted on November 9, 2011 between Plaintiff and the following defendants:  Auditek, Gear Head, Creative Labs, Digital Innovations, Hewlett Packard, Newegg, and Rosewill.  All appropriate parties appeared and participated.

Settlement has been reached between Plaintiff and Defendants, Creative Labs and Macally / Mace Group.  The parties are in the process of preparing final settlement and case disposition documents as to these two Defendants.

Mediation has been suspended, with mediator involved settlement discussions continuing among the Plaintiff and the remaining Defendants.  Additional reports will be filed as necessary to report the progress of these efforts.

## CERTIFICATE OF SERVICE

The mediator's report was served electronically in compliance with Local Rule CV-5(a) upon all known counsel of record via the Court's CM/ECF system, on the 10th day of November, 2011.

*/s/ James W. Knowles*
JAMES W. KNOWLES, MEDIATOR