IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC | |
| v. | NO. 6:10-CV-329-LED |
| AMAZON.COM, INC.; ET AL. | JURY |

**ORDER**

The Court, having considered Plaintiff's unopposed motion ("Motion") for an extension of time for Plaintiff and Defendants to Comply with P.R. 4-3 from November 11, 2011 to November 16, 2011, is of the opinion that such Motion should be GRANTED. It is therefore;

ORDERED that Plaintiff and Defendants deadline to Comply with P.R. 4-3 is extended from November 11, 2011 to November 16, 2011.