## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC,<br><br>       Plaintiff,<br><br>vs.<br><br>AMAZON.COM, INC., ET AL.,<br><br>       Defendants. | Case No. 6:10-CV-329-LED<br><br>JURY TRIAL DEMANDED |

### NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, Dana M. Herberholz, enters his appearance in this matter for Defendants Newegg Inc., Newegg.com Inc., and Rosewill, Inc. for purposes of receiving noticeds and orders from the Court.

DATED THIS 16th day of November, 2011.

                              PARSONS BEHLE & LATIMER


                              By  /s/ Dana M. Herberholz
                                  Dana M. Herberholz (*Admitted E.D. Texas*)
                                  960 Broadway Avenue, Suite 250
                                  Boise, Idaho 83706
                                  Telephone:  (208) 562-4900
                                  Facsimile:  (208) 562-4901
                                  E-mail:  Dherberholz@parsonsbehle.com

                              Attorneys For Defendants
                              Newegg, Inc., Newegg.com, Inc., and Rosewill, Inc.

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that all counsel of record who are deemed to have consented to electronic service are being served this 16th day of November, 2011, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by electronic mail, facsimile transmission, and/or first class mail on this same date.

                                        */s/ Dana M. Herberholz*
                                        Dana M. Herberholz