IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC | |
| v. | NO. 6:10-cv-329-LED |
| AMAZON.COM, INC.; ET AL. | JURY |

**PARTIES' COMPLIANCE WITH PATENT RULE 4-3**

NOW COME, Plaintiff, ADJUSTACAM, LLC and Defendants, AMAZON.COM, INC., AUDITEK CORPORATION, BEST BUY CO., INC., BEST BUY STORES, L.P., BESTBUY.COM, LLC, BLUE MICROPHONES, LLC, CDW CORPORATION, COMPUSA.COM, INC., CREATIVE LABS, INC., DELL INC., DIGITAL INNOVATIONS, LLC, FRY'S ELECTRONICS, INC., GEAR HEAD, LLC, HEWLETT-PACKARD COMPANY, J&R ELECTRONICS, INC., KOHLS CORPORATION D/B/A KOHL'S, KOHL'S ILLINOIS, INC., MACALLY PERIPHERALS, INC. D/B/A MACALLY U.S.A., MACE GROUP, INC., MICROCENTER ELECTRONICS, INC., NEW COMPUSA CORPORATION, NEWEGG INC., NEWEGG.COM INC., OFFICE DEPOT, INC., ROSEWILL INC., SAKAR INTERNATIONAL, INC., SYSTEMAX, INC. D/B/A COMPUSA, TARGET CORP., TIGERDIRECT, INC. AND WAL-MART STORES, INC., respectfully submit the following:

**I.**

The asserted claims of U.S. Patent No. 5,855,343 (the "'343 patent"): are: 1, 7 8 & 19.

**II.**

Pursuant to P.R. 4-3(a), the parties agree to the construction of the following claim terms, phrases, or clauses of the '343 patent: none.

**III.**

Pursuant to P.R. 4-3(b), the parties dispute the construction of the following claim terms, phrases, or clauses of the '343 patent: Hinge Member (Claims 1,8, and 19); Axis of Rotation (Claims 1 and 19); Support Frame (Claims 1, 8 and 19); Rotatably attached (Claims 1 and 19); Adapted to be rotatably attached (Claims 1 and 19) / Adapted to rotatably attach (Claim 8); Disposition (Claim 1); Maintained adjacent said edge (Claim 1); When said first surface and said second surface are inclined from a generally horizontal orientation (Claim 1); A display screen which can be inclined from a generally horizontal position (Claim 19); Body (Claim 8); Proximal…end (Claim 8); Distal end (Claim 8); Hingedly attaching (Claim 8); Pivot element (Claim 8); Rotation of said support frame being prevented along an axis substantially parallel to said second axis (Claim 19) and Engagingly support (Claim 19). Plaintiff's proposed constructions, and the intrinsic and extrinsic evidence supportive thereof, are at Exhibit A hereto. Defendants' proposed constructions, and the intrinsic and extrinsic evidence supportive thereof, are at Exhibit B hereto.

**IV.**

Pursuant to P.R. Rule 4-3(c), the parties anticipate that the length of time necessary for the Claim Construction Hearing is approximately 3 hours.

**V.**

Pursuant to P.R. 4-3(d), the parties will not have an expert testifying at the Claim Construction Hearing.

The parties do not believe that a prehearing conference is necessary before the Claim Construction Hearing.

November 16, 2011

Respectfully submitted,

By: /s/ John J. Edmonds
John J. Edmonds – LEAD COUNSEL
Texas Bar No. 789758
Michael J. Collins
Texas Bar No. 4614510
Henry M. Pogorzelski
Texas Bar No. 24007852
COLLINS, EDMONDS & POGORZELSKI, PLLC
1616 S. Voss Rd., Suite 125
Houston, Texas 77057
Telephone: (281) 501-3425
Facsimile: (832) 415-2535
jedmonds@cepiplaw.com
mcollins@cepiplaw.com
hpogorzelski@cepiplaw.com

Andrew W. Spangler
Texas Bar No. 24041960
Spangler Law P.C.
208 N. Green Street, Suite 300
Longview, Texas 75601
(903) 753-9300
(903) 553-0403 (fax)
spangler@spanglerlawpc.com

ATTORNEYS FOR PLAINTIFF ADJUSTACAM LLC

*By: /s/ Brian Craft*
Brian Craft
State Bar No. 04972020
Eric H. Findlay
State Bar No. 00789886
FINDLAY CRAFT, LLP
6760 Old Jacksonville Highway, Suite 101
Tyler, TX 75703
Phone: (903) 534-1100
Fax: (903) 534-1137
Email: efindlay@findlaycraft.com
Email: bcraft@findlaycraft.com
James E. Geringer (admitted *pro hac vice*)
james.geringer@klarquist.com
Salumeh R. Loesch , OR State Bar No. 090074
salumeh.loesch@klarquist.com
KLARQUIST SPARKMAN, LLP
121 S.W. Salmon Street, Suite 1600
Portland, Oregon 97204
Telephone: (503) 595-5300
Facsimile: (503) 595-5301

ATTORNEYS FOR DEFENDANT AMAZON.COM, INC.

By: *Jen-Feng Lee (with permission)*
Jen-Feng Lee, *Pro Hac Vice*
LT Pacific Law Group LLP
17800 Castleton Street, Suite 383
City of Industry, CA 91748
Tel: (626) 810-7200
Fax: (626) 810-7300

ATTORNEYS FOR DEFENDANT AUDITEK CORPORATION

By: */s/ Ezra Sutton (with permission)*
Ezra Sutton
Ezra Sutton & Associates PA
900 Route 9 North
Woodbridge, NJ 07095
732-634-3520
Fax: 732-634-3511
Email: esutton@ezrasutton.com

ATTORNEY FOR DEFENDANT SAKAR INTERNATIONAL, INC.

*By: /s/ Brian Craft*
Brian Craft
State Bar No. 04972020
Eric H. Findlay
State Bar No. 00789886
FINDLAY CRAFT, LLP
6760 Old Jacksonville Highway, Suite 101
Tyler, TX 75703

By: */s /David W. Denenberg (with permission)*
David W. Denenberg
DD9951 (admitted in E.D. Texas *pro hac vice*)
200 Garden City Plaza
Garden City, New York 11530

Phone: (903) 534-1100
Fax: (903) 534-1137
Email: efindlay@findlaycraft.com
Email: bcraft@findlaycraft.com

Thomas L. Duston
tduston@marshallip.com
Anthony S. Gabrielson
agabrielson@marshallip.com
Benjamin T. Horton
bhorton@marshallip.com
Marshall, Gerstein & Borun LLP
6300 Sears Tower
233 South Wacker Drive
Chicago, IL 60606-6357
(312) 474-6300

ATTORNEYS FOR DEFENDANT CDW CORPORATION

By: *<u>/s /David W. Denenberg (with permission)</u>*
David W. Denenberg
DD9951 (admitted in E.D. Texas *pro hac vice*)
200 Garden City Plaza
Garden City, New York 11530
(516) 247-4440 (Telephone)
(516) 248-6422 (Facsimile)
dwd@dmlegal.com

ATTORNEYS FOR DEFENDANT COMPUSA.COM, INC.

By: *<u>/s/ Roger Fulghum (with permission)</u>*
Scott F. Partridge
Lead Attorney
Texas State Bar No. 00786940
Roger Fulghum
Texas State Bar No. 00790724
BAKER BOTTS L.L.P.
One Shell Plaza
910 Louisiana Street
Houston, Texas 77002-4995
Telephone: (713) 229-1569
Facsimile: (713) 229-7769
(516) 247-4440 (Telephone)
(516) 248-6422 (Facsimile)
dwd@dmlegal.com

ATTORNEYS FOR DEFENDANT SYSTEMAX, INC. D/B/A COMPUSA

By: <u>/s/ *Michael C. Smith (with permission)*</u>
Michael C. Smith
Siebman, Burg, Phillips & Smith, LLP
113 East Austin Street
P.O. Box 1556
Marshall, Texas 75671-1556
(903) 938-8900 (office)
(972) 767-4620 (fax)
michaelsmith@siebman.com

OF COUNSEL:
R. David Donoghue
HOLLAND & KNIGHT LLP
131 South Dearborn Street, 30th floor
Chicago, IL 60603
Tel: (312) 263-3600
Fax: (312)578-6666
david.donoghue@hklaw.com
Peter Sanborn
HOLLAND & KNIGHT LLP
10 St. James Ave.
Boston, MA 02116
Tel: (617) 523-2700
Fax: (617) 523-6850
peter.sanborn@hklaw.com

ATTORNEYS FOR DEFENDANT TARGET CORP.

By: *<u>/s /David W. Denenberg (with permission)</u>*
David W. Denenberg
DD9951 (admitted in E.D. Texas *pro hac vice*)
200 Garden City Plaza
Garden City, New York 11530
(516) 247-4440 (Telephone)
(516) 248-6422 (Facsimile)
dwd@dmlegal.com

ATTORNEYS FOR DEFENDANT

E-mail: scott.partridge@bakerbotts.com
E-mail: roger.fulghum@bakerbotts.com

Paula D. Heyman
Texas State Bar No. 24027075
BAKER BOTTS L.L.P.
98 San Jacinto Boulevard
Suite 1500
Austin, Texas 78701-4078
Telephone: (512) 322-2555
Facsimile: (512) 322-3610
E-mail: paula.heyman@bakerbotts.com

ATTORNEYS FOR DEFENDANT DELL INC.

By: */s/ Gary Y. Leung (with permission)*
Gary Y. Leung (admitted in E.D. Tex. *pro hac vice*)
MCGUIREWOODS LLP
77 W. Wacker Dr. Ste. 4100
Chicago, IL 60601-1818
312.849.8100
312.849.3690 (fax)
gleung@mcguirewoods.com

ATTORNEYS FOR DEFENDANT DIGITAL INNOVATIONS, LLC

*By: /s/ Brian Craft*
Brian Craft
State Bar No. 04972020
Eric H. Findlay
State Bar No. 00789886
FINDLAY CRAFT, LLP
6760 Old Jacksonville Highway, Suite 101
Tyler, TX 75703
Phone: (903) 534-1100
Fax: (903) 534-1137
Email: efindlay@findlaycraft.com
Email: bcraft@findlaycraft.com
00000000000

By: */s/ Steven R. Daniels*

W. Bryan Farney

TIGERDIRECT, INC.

By: */s/ Victor de Gyarfas (with permission)*
Victor de Gyarfas
Attorney-in-Charge
(Texas Bar No. 24071250)
e-mail: vdegyarfas@foley.com
FOLEY & LARDNER LLP
555 South Flower Street, Suite 3500
Los Angeles, CA 90071-2411
213.972.4500
213.486.0065

ATTORNEY FOR DEFENDANT WAL-MART STORES, INC.

*By: /s/ Michael E. Jones (with permission)*
Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
Allen F. Gardner
State Bar No. 24043679
allengardner@potterminton.com
POTTER MINTON
A Professional Corporation
110 N. College Ave., Suite 500
Tyler, Texas 75702
Tel: (903) 597 8311
Fax: (903) 593 0846

ATTORNEYS FOR DEFENDANT J&R ELECTRONICS, INC.

By: */s/ Ezra Sutton (with permission)*
Ezra Sutton
Ezra Sutton & Associates PA
900 Route 9 North
Woodbridge, NJ 07095
732-634-3520
Fax: 732-634-3511
Email: esutton@ezrasutton.com

ATTORNEY FOR DEFENDANT

Lead Attorney
Texas State Bar No. 06826600
Steven R. Daniels
Texas State Bar No. 24025318
Bryan D. Atkinson
Texas State Bar No. 24036157
FARNEY DANIELS LLP
800 S. Austin Ave., Suite 200
Georgetown, Texas 78626
Telephone: (512) 582-2828
Facsimile: (512) 582-2829
E-mails: BFarney@farneydaniels.com
SDaniels@farneydaniels.com

BAtkinson@farneydaniels.com

**ATTORNEYS FOR DEFENDANTS CDW, INC., CDW CORPORATION, CDW LLC, CREATIVE LABS, INC., FRY'S ELECTRONICS INC., HEWLETT-PACKARD COMPANY, MICROCENTER ELECTRONICS, INC., OFFICE DEPOT, INC., TARGET CORPORATION, BEST BUY CO. INC., BEST BUY STORES, LP, AND BESTBUY.COM, LLC**

By: */s/ Herbert J. Hammond (with permission)*

Herbert J. Hammond
Attorney-In-Charge
State Bar No. 08858500
Vishal Patel
State Bar No. 24065885
THOMPSON & KNIGHT LLP
One Arts Plaza
1722 Routh St., Suite 1500
Dallas, Texas 75201
(214) 969-1700
(214) 969-1751 (Fax)

Patricia L. Davidson
MIRICK, O'CONNELL, DEMALLIE &LOUGEE,
LLP
100 Front Street
Worcester, Massachusetts 01608-1477
(508) 860-1540

KOHLS CORPORATION D/B/A KOHL'S AND KOHL'S ILLINOIS, INC.

By:*/s/ Peter M. Lukevich (with permission)*

Attorney at Law
APEX JURIS, PLLC
12733 Lake City Way NE
peter@apexjuris.com
Seattle, WA 98125
Telephone: (206) 664.0314
Facsimile: (206) 664.0329

ATTORNEY FOR DEFENDANT MACALLY PERIPHERALS, INC. D/B/A MACALLY U.S.A.

By:*/s/ Peter M. Lukevich (with permission)*

Attorney at Law
APEX JURIS, PLLC
12733 Lake City Way NE
peter@apexjuris.com
Seattle, WA 98125
Telephone: (206) 664.0314
Facsimile: (206) 664.0329

ATTORNEY FOR DEFENDANT MACE GROUP, INC.

By: */s /David W. Denenberg (with permission)*

David W. Denenberg
DD9951 (admitted in E.D. Texas *pro hac vice*)
200 Garden City Plaza
Garden City, New York 11530
(516) 247-4440 (Telephone)
(516) 248-6422 (Facsimile)
dwd@dmlegal.com

ATTORNEYS FOR DEFENDANT NEW COMPUSA CORPORATION

(508) 983-6240 (Fax)

ATTORNEYS FOR DEFENDANT
GEAR HEAD, LLC

PARSONS BEHLE & LATIMER
By *_/s/ Christopher J. Cuneo_*
Christopher J. Cuneo (*Admitted E.D. Texas*)John N. Zarian (*Admitted E.D. Texas*)960 Broadway, Suite 250Boise, Idaho 83706Telephone: (208) 562-4900 Facsimile: (208) 562-4901
E-mail: cuneo@zarianmidgley.com
zarian@zarianmidgley.com

YARBROUGH WILCOX, PLLC
Trey Yarbrough, State Bar No. 22133500
Debby E. Gunter, State Bar No. 24012752
100 E. Ferguson Street, Ste. 1015
Tyler, Texas 75702
Telephone: (903) 595-3111
Facsimile: (903) 595-0191
E-mail: trey@yw-lawfirm.com
debby@yw-lawfirm.com

ATTORNEYS FOR DEFENDANTS
NEWEGG INC.,NEWEGG.COM INC., and
ROSEWILL INC.

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

November 16, 2011

/s/ *John J. Edmonds*
John J. Edmonds