## EXHIBIT A

## PLAINTIFF'S PROPOSED CLAIM CONSTRUCTIONS

|  | **Term/Phrase** | **Preliminary Proposed Construction** | **Intrinsic and /or Extrinsic Evidence[1]** |
|---|---|---|---|
| 1. | Hinge Member (Claims 1, 8, and 19) | A structural element that joins to another for rotation in at least one axis of rotation. | See support for body, distal end, proximal end, pivot element and body, which is incorporated herein by reference.  In addition: Fig. 1; Fig. 2; Fig. 3; Fig. 4; Hinge member 16; Body 74; Proximal end 76; Distal end 78; Pivot element 80; Hinge element 82; 2:9-20; 3:36-43; 4:17-27; 4:46-48 5:37-49; Claims 1, 8, 9, 10, 17, 19, 20 & 21.<br><br>Hinge: point about which linked members can rotate. The New Penguin Dictionary of Civil Engineering (2005)<br>Member: a distinct part of a whole. American Heritage Dictionary of the English Language, Fourth Ed., at http://education.yahoo.com/reference/dictionary;<br>Member: a distinct part of a whole. The Free Dictionary by Farlex, at http://www.thefreedictionary.com/member;<br>Member: a distinct part of a whole. Answers.com at http://www.answers.com/topic/member |

---

[1] Plaintiff reserves the right to cite evidence cited by Defendant.

| | | | |
|---|---|---|---|
| 2. | Axis of Rotation (Claims 1 and 19) | Plain meaning. | See support for hinge element and rotatably attached, which are incorporated herein by reference. In addition: Fig. 1; Fig. 2; Fig. 3; Fig. 4; First axis 26; Second axis 32; 2:9-20; 2:50-54; 4:17-27; 4:46-48; 5:15-20; 5:37-44; 6:26-32; Claims 1, 8, 9, 10, 11, 12, 17, 18, 19, 20 & 21./ |
| 3. | Support Frame (Claims 1, 8 and 19) | A structural element that supports another structure. | See support for rotatably attached and engagedly support, which is incorporated herein by reference. In addition: Fig. 1; Fig. 2; Fig. 3; Fig. 4; Support frame 18; Front support element 40; Front support element 42; Rear support element 38; 2:9-34; 4:12-36; 5:33-37; 5:41-44; Claims 1, 3, 4, 5, 8, 10, 11, 13,14, 15,  16, 17, 19, 20 & 21. |
| 4. | Rotatably attached (Claims 1 and 19) | Connected such that the connected object is capable of being adjustably rotated. | See support for hinge element, pivot element, adapted to be rotatably attached, and axis of rotation, which is incorporated herein by reference.  In addition: Fig. 1; Fig. 2; Fig. 3; Fig. 4;  2:12-18; 3:36-43; 4:17-24; 5:37-44; Claims 1, 8, 10, 17, 19, 20 & 21. <br><br>Declaration of John Vronay Attach: to fasten on or affix to; connect or join. American Heritage Dictionary of the English Language (1981) <br>Attach: to fasten by sticking, tying, etc; to join. Webster's New World Dictionary (2003); <br>Attach: connect; to fasten; make fast or join; to fix or fasten itself. Webster's Third New International Dictionary (1961). |

| | | | |
|---|---|---|---|
| 5. | Adapted to be rotatably attached (Claims 1 and 19) / Adapted to rotatably attach (Claim 8) | Formed in a manner to be connected such that the connected object is capable of being adjustably rotated. | See support for hinge element, pivot element, rotatably attached, and axis of rotation, which is incorporated herein by reference. In addition: Fig. 1; Fig. 2; Fig. 3; Fig. 4; 2:12-18; 3:36-43; 4:17-24; 5:37-44; Claims 1, 8, 10, 17, 19, 20 & 21. <br><br> Declaration of John Vronay <br> Attach: to fasten on or affix to; connect or join. American Heritage Dictionary of the English Language (1981) <br> Attach: to fasten by sticking, tying, etc; to join. Webster's New World Dictionary (2003); <br> Attach: connect; to fasten; make fast or join; to fix or fasten itself. Webster's Third New International Dictionary (1961) |
| 6. | Disposition (Claim 1) | Configuration. | See support for "support frame" and "When said first surface and said second surface are inclined from a generally horizontal orientation," which is incorporated herein by reference. <br> See support for "support frame," which is incorporated herein by reference. In addition: Fig. 1; Fig. 2; Fig. 3; Fig. 4; Support frame 18; Front support element 40; Front support element 42; Rear support element 38; 2:9-34; 4:12-36; 5:33-37; 5:41-44; Claims 1, 3, 4, 5, 6, 8, 10, 11, 13,14, 15,  16, 17, 19, 20 & 21. |
| 7. | Maintained adjacent said edge (Claim 1) | Plain and ordinary meaning. Alternatively, | See support for "when said first surface and said second surface are inclined from a generally horizontal |

| | | positioned near said edge. | orientation," which is incorporated herein by reference. In addition: Fig. 4; 2:40-3:4; 5:1-33; Claims 2, 19 & 21. |
|---|---|---|---|
| 8. | When said first surface and said second surface are inclined from a generally horizontal orientation (Claim 1) | Plain and ordinary meaning. Alternatively, when the object is raised from a generally horizontal orientation. | See support for "maintained adjacent said edge" and "a display screen which can be inclined from a generally horizontal position," which is incorporated herein by reference. In addition: Fig. 4; First surface 36; Second surface 60; 2:39-49; 2:66 – 3; 5:1-12; 5:33-38; Claims 1, 7, 10, 19 & 21. |
| 9. | A display screen which can be inclined from a generally horizontal position (Claim 19) | Plain and ordinary meaning. Alternatively, a display screen which can be raised from a generally horizontal position. | See support for "when said first surface and said second surface are inclined from a generally horizontal orientation," which is incorporated herein by reference. In addition: Fig 4; First surface 36; Second surface 60; 2:39-49; 2:66 – 3; 5:1-12; 5:33-38; Claims 1, 7, 10, 19 & 21. |
| 10. | Body (Claim 8) | A structural element. | See support for hinge member, proximal end, distal end, and pivot element which is incorporated herein by reference. In addition: Fig. 1; Fig. 2; Fig. 3; Fig. 4; Hinge member 16; Body 74; Proximal end 76; Distal end 78; Pivot element 80; Hinge element 82; 3:36-43; 5:37-44; Claims 8 & 17. |
| 11. | Proximal…end (Claim 8) | Plain and ordinary meaning. | See support for hinge member, distal end, pivot element, and body, which is incorporated herein by reference. In addition: Fig. 1; Fig. 2; Fig. 3; Fig. 4; Hinge member 16; |

| | | | |
|---|---|---|---|
| | | | Body 74; Proximal end 76; Distal end 78; Pivot element 80; Hinge element 82; 3:36-43; 5:37-44; Claims 8 & 17. |
| 12. | Distal end (Claim 8) | Plain and ordinary meaning. | See support for hinge member, proximal end, pivot element, and body, which is incorporated herein by reference. In addition: Fig. 1; Fig. 2; Fig. 3; Fig. 4; Hinge member 16; Body 74; Proximal end 76; Distal end 78; Pivot element 80; Hinge element 82; 3:36-43;  5:37-44; Claims 8 & 17. |
| 13. | Hingedly attaching (Claim 8) | Connecting such that the connected object is capable of being adjustably rotated in one axis. | See support for hinge member, rotatably attached, and pivot element, which is incorporated herein by reference.  In addition: Fig. 1; Fig. 2; Fig. 3; Fig. 4; Hinge member 16; Body 74; Proximal end 76; Distal end 78; Pivot element 80; Hinge element 82; 2:9-18; 3:36-43; 4:9-27; 5:37-44; Claims 8, 17 and 19.<br><br>Hinge: point about which linked members can rotate. The New Penguin Dictionary of Civil Engineering (2005)<br>Declaration of John Vronay<br>Attach: to fasten on or affix to; connect or join. American Heritage Dictionary of the English Language (1981)<br>Attach: to fasten by sticking, tying, etc; to join. Webster's New World Dictionary (2003);<br>Attach: connect; to fasten; make fast or join; to fix or fasten itself. Webster's Third New International Dictionary (1961) |

| | | | |
|---|---|---|---|
| 14. | Pivot element (Claim 8) | An element about which something rotates. | See support for hinge member and proximal end, which is incorporated herein. In addition: Fig. 1; Fig. 2; Fig. 3; Fig. 4; Hinge member 16; Body 74; Proximal end 76; Distal end 78; Pivot element 80; Hinge element 82; 3:34-43; 4:44-48; 5:37-44; Claims 8, 9, 17 & 18. |
| 15. | Rotation of said support frame being prevented along an axis substantially parallel to said second axis (Claim 19) | Rotation of the support frame is prevented along an axis substantially parallel to the edge of an object. | See support for rotatably attached and axis of rotation, which is incorporated herein by reference. In addition: Fig. 1; Fig. 2; Fig. 3; Fig. 4; 2:29-34; 2:47-65; 4:48-63; 5:8-20; 5:28-33; Claims 5, 6, 10, 14, 15 & 19. |
| 16. | Engagingly support (Claim 19) | Maintained in a stable position while touching. | See support for support frame, which is incorporated herein by reference. In addition: Fig. 1; Fig. 2; Fig. 3; Fig. 4; 1:66 – 2:4; 2:14-22; 2:24-34; 2:47-49; 2:54-62; 3:29-36; 4:20-36; 4:37 – 67; 5:12 – 20; 5:25 – 28; 5:67 – 6:4; 6:32-39; Claims 2, 5, 6, 10, 12, 14, 15, 16 & 19. |