# EXHIBIT B

# DEFENDANTS' PROPOSED CLAIM CONSTRUCTIONS

|   | Term/Phrase | Preliminary Proposed Construction | Intrinsic and /or Extrinsic Evidence[1] |
|---|---|---|---|
| 1. | Hinge Member (Claims 1, 8, and 19) | Structural element that may be joined to another so as to form a hinge joint and is capable of rotating on that hinge joint | Intrinsic: See support for proximal end, distal end, body, pivot element; support frame, adapted to be rotatably attached, engagingly support, support frame, incorporated by reference herein. In addition: 2:12-22; 4:9-27; 5:27-31; Fig. 1; Fig. 2; Fig. 3; Fig. 4; claims 1, 2, 3, 8, 19.  Extrinsic: Hinge: a jointed device on which a swinging part (as a door, gate, or lid) turns.  The Merriam-Webster Dictionary (2004)  Member: a part of a whole.  The Merriam-Webster Dictionary (2004) |
| 2. | Axis of Rotation (Claims 1 and 19) | Plain meaning | See support for hinge member, support frame, disposition, rotatably attached, adapted to be rotatably attached, incorporated by reference herein. In addition: Fig. 1, Fig. 4, Fig. 3, Fig. 5; 1:63-2:22; 3:5-28; 4:12-25. |
| 3. | Support Frame (Claims 1, 8 and 19) | A physically distinct structural element attached to the hinge | See support for rotatably attached; disposition; hinge member; engagingly support; |

---

[1] Defendants reserve the right to cite evidence cited by Plaintiff.

1

| | | member so as to form a hinge joint, that can take different dispositions via rotation about said hinge joint | rotation of said support frame being prevented along an axis substantially parallel to said second axis, incorporated by reference herein.<br>In addition: 2:12-22; 2:39-44; 3:5-34; 4:27-36; 4:55-64; Fig. 1, Fig. 2, Fig. 3, Fig. 4, Fig. 5; claims 1, 2, 3, 4, 5, 8, 19. |
|---|---|---|---|
| 4. | Rotatably attached (Claims 1 and 19) | Connected such that the connected object is capable of being adjusted to different configurations via motion over one axis of rotation | Intrinsic:<br>See support for support frame; disposition; engagingly support; rotation of said support frame being prevented along an axis substantially parallel to said second axis, incorporated by reference herein.<br>In addition: Fig. 1, Fig. 2, Fig. 4; 1:66-2:8; 4:26-37; 4:45-49; claims 1, 2, 8, 19.<br><br>Extrinsic:<br>Attach: fasten, connect. The Merriam-Webster Dictionary (2004)<br><br>Rotate: to cause or turn about an axis or a center. The Merriam-Webster Dictionary (2004) |
| 5. | Adapted to be rotatably attached (Claims 1 and 19) / Adapted to rotatably attach (Claim 8) | Formed in a manner to allow an object connected thereto to be adjusted to different configurations via movement over one axis of rotation | Intrinsic:<br>See support for hinge member, pivot element, rotatably attached, axis of rotation, proximal end, incorporated by reference herein.<br>In addition: Fig. 1, Fig. 2, Fig. 3, Fig. 4; claims 1, 8, 19. Reexamination Response to Office Action dated Aug. 12, 2011 at 17. |

|   |   |   | Extrinsic:<br>Attach: fasten, connect. The Merriam-Webster Dictionary (2004)<br><br>Rotate: to cause or turn about an axis or a center. The Merriam-Webster Dictionary (2004) |
|---|---|---|---|
| 6. | Disposition (Claim 1) | Configuration of the support frame relative to the hinge member accomplished through rotation about the second axis, enabling support of the hinge member on a surface or edge | See support for support frame, rotatably attached, engagingly support, rotation of said support frame being prevented along an axis substantially parallel to said second axis, incorporated herein by reference.<br>In addition: Fig. 2, Fig. 4; 1:65-2:8; 2:24-3:4; 4:27-5:8; claims 1, 2, 8, 19. |
| 7. | Maintained adjacent said edge (Claim 1) | Positioned near said edge without engaging or contacting the edge | See support for "when said first surface and said second surface are inclined from a generally horizontal orientation," "a display screen which can be inclined from a generally horizontal position," engagingly support, disposition, incorporated by reference herein.<br>In addition: 2:44-54; 5:9-34; Fig. 2, Fig. 4; claims 1, 2, 8, 19. |
| 8. | When said first surface and said second surface are inclined from a generally horizontal orientation (Claim 1) | The object having a first and second surface is adjusted from a generally horizontal orientation to a non-horizontal position | See support for "maintained adjacent said edge" and "a display screen which can be inclined from a generally horizontal position," incorporated by reference herein.<br>In addition: Fig. 4; 2:39-49; 2:66 – 3; 5:1-12; 5:33-38; claims 1, 19. |
| 9. | A display screen which can be | A display screen that may be adjusted from | See support for "when said first surface and said second surface |

|   | | | |
|---|---|---|---|
|   | inclined from a generally horizontal position (Claim 19) | a generally horizontal position to a non-horizontal position | are inclined from a generally horizontal orientation," incorporated by reference herein. In addition: Fig 4; 2:39-49; 2:66–3:4; 5:1-12; 5:33-38; claims 1, 7, 10, 19, 21. |
| 10. | Body (Claim 8) | One unitary structural element | See support for hinge member, proximal end, distal end, and pivot element, incorporated by reference herein. In addition: Fig. 1; Fig. 2; Fig. 3; Fig. 4; 3:35-48; 5:37-44; claims 8, 17. |
| 11. | Proximal…end (Claim 8) | One end of the hinge member, distinct from the distal end | See support for hinge member, proximal end, distal end, and pivot element, incorporated by reference herein. In addition: Fig. 1; Fig. 2; Fig. 3; Fig. 4; 3:35-48; 5:37-44; claims 8, 17. |
| 12. | Distal end (Claim 8) | Other end of the hinge member distinct from the proximal end | See support for hinge member, proximal end, distal end, and pivot element, incorporated by reference herein. In addition: Fig. 1; Fig. 2; Fig. 3; Fig. 4; 3:35-48; 5:37-44; claims 8, 17. |
| 13. | Hingedly attaching (Claim 8) | Connected or joined via a hinge joint so as to allow swinging motion about said hinge joint | Intrinsic: See support for hinge member, rotatably attached, support frame, disposition, pivot element, proximal end, incorporated by reference herein. In addition: Fig. 1; Fig. 2; Fig. 3; Fig. 4; 2:9-18; 3:36-43; 4:9-27; 5:37-44; claims 8, 17, 19. Extrinsic: Hinge: to attach by or furnish |

| | | | with hinges. The Merriam-Webster Dictionary (2004)<br><br>Attach: fasten, connect. The Merriam-Webster Dictionary (2004) |
|---|---|---|---|
| 14. | Pivot element (Claim 8) | One unitary structural element around which an attached camera rotates | Intrinsic:<br>See support for hinge member, proximal end, incorporated by reference herein.<br>In addition: Fig. 1, Fig. 2, Fig. 3, Fig. 4; claims 8, 9.<br><br>Extrinsic:<br>Pivot: a fixed pin on which something turns. The Merriam-Webster Dictionary (2004) |
| 15. | Rotation of said support frame being prevented along an axis substantially parallel to said second axis (Claim 19) | The support frame, or portions thereof, is prevented from moving about the second axis, and thus remains in one particular disposition relative to said second axis | Intrinsic:<br>See support for rotatably attached, disposition, support frame, axis of rotation, engagingly support, incorporated by reference herein.<br>In addition: Fig. 1, Fig. 4; 2:29-34; 2:43-62; 4:54-57; 5:20-33; claims 1, 5, 6, 8, 10, 14, 15, 19<br><br>Extrinsic:<br>Rotate: to cause or turn about an axis or a center. The Merriam-Webster Dictionary (2004) |
| 16. | Engagingly support (Claim 19) | Maintained in a stable position relative to an object by the support frame via physical contact between the support frame and said object | Intrinsic:<br>See support for support frame, disposition, rotation of said support frame being prevented along an axis substantially parallel to said second axis, maintained adjacent said edge, rotatably attached, incorporated |

5

|  |  |  | by reference herein.<br>In addition: 2:17-22; Fig. 2, Fig. 4; claims 1, 2, 8, 19.<br><br>Extrinsic:<br>Engage: to connect or interlock with. The Merriam-Webster Dictionary (2004). |