IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC | |
| v. | NO. 6:10-cv-329-LED |
| AMAZON.COM, INC.; ET AL. | JURY |

**STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE**

The plaintiff, AdjustaCam LLC and defendant,. MACE GROUP, Inc and MACALLY PERIPHERALS, INC. d/b/a MACALLY U.S.A., pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all claims and counterclaims in this action asserted between them without prejudice until July 7, 2012, at which time, unless earlier withdrawn, the dismissal shall become WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys fees.

November 30, 2011

Respectfully submitted,

*By:/s/ Peter M. Lukevich (with permission)*
Attorney at Law
APEX JURIS, PLLC
12733 Lake City Way NE
peter@apexjuris.com
Seattle, WA 98125
Telephone: (206) 664.0314
Facsimile: (206) 664.0329

ATTORNEY FOR DEFENDANTS MACE GROUP, INC. AND MACALLY PERIPHERALS, INC. d/b/a MACALLY U.S.A.,

By: /s/ *John J. Edmonds*
John J. Edmonds – LEAD COUNSEL
Texas Bar No. 789758
Michael J. Collins
Texas Bar No. 4614510
Henry M. Pogorzelski
Texas Bar No. 24007852
COLLINS, EDMONDS & POGORZELSKI, PLLC
1616 S. Voss Rd., Suite 125
Houston, Texas 77057
Telephone: (281) 501-3425
Facsimile: (832) 415-2535
jedmonds@cepiplaw.com
mcollins@cepiplaw.com
hpogorzelski@cepiplaw.com

Andrew W. Spangler
Texas Bar No. 24041960
Spangler Law P.C.
208 N. Green Street, Suite 300
Longview, Texas 75601

1

(903) 753-9300
(903) 553-0403 (fax)
spangler@spanglerlawpc.com

ATTORNEYS FOR PLAINTIFF
ADJUSTACAM LLC

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

November 30, 2011                    /s/ *John J. Edmonds*
                                     John J. Edmonds