IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ADJUSTACAM LLC | | |
| v. | | NO. 6:10-cv-329-LED |
| AMAZON.COM, INC.;  ET AL. | | JURY |

### STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

The plaintiff, AdjustaCam LLC and defendant, Dell, Inc., pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all claims and counterclaims in this action asserted between them WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys fees.

December 1, 2011

By: */s/ Roger Fulghum (with permission)*
Scott F. Partridge
Lead Attorney
Texas State Bar No. 00786940
Roger Fulghum
Texas State Bar No. 00790724
BAKER BOTTS L.L.P.
One Shell Plaza
910 Louisiana Street
Houston, Texas 77002-4995
Telephone: (713) 229-1569
Facsimile: (713) 229-7769
E-mail: scott.partridge@bakerbotts.com
E-mail: roger.fulghum@bakerbotts.com

Paula D. Heyman
Texas State Bar No. 24027075
BAKER BOTTS L.L.P.
98 San Jacinto Boulevard
Suite 1500
Austin, Texas 78701-4078
Telephone: (512) 322-2555

Respectfully submitted,

By: /s/ *John J. Edmonds*
John J. Edmonds – LEAD COUNSEL
Texas Bar No. 789758
Michael J. Collins
Texas Bar No. 4614510
Henry M. Pogorzelski
Texas Bar No. 24007852
COLLINS, EDMONDS & POGORZELSKI, PLLC
1616 S. Voss Rd., Suite 125
Houston, Texas 77057
Telephone: (281) 501-3425
Facsimile: (832) 415-2535
jedmonds@cepiplaw.com
mcollins@cepiplaw.com
hpogorzelski@cepiplaw.com

Andrew W. Spangler
Texas Bar No. 24041960
Spangler Law P.C.
208 N. Green Street, Suite 300
Longview, Texas 75601
(903) 753-9300
(903) 553-0403 (fax)

1

Facsimile: (512) 322-3610                                       spangler@spanglerlawpc.com
E-mail: paula.heyman@bakerbotts.com

                                                                ATTORNEYS FOR PLAINTIFF
ATTORNEYS FOR DEFENDANT DELL                                    ADJUSTACAM LLC
INC.


                            **CERTIFICATE OF SERVICE**

        I hereby certify that all counsel of record who are deemed to have consented to electronic
service are being served with a copy of this document via the Court's CM/ECF system per Local
Rule CV-5(a)(3).

December 1, 2011                                   /s/ *John J. Edmonds*
                                                  John J. Edmonds