IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC | |
| v. | NO. 6:10-cv-329-LED |
| AMAZON.COM, INC.;  ET AL. | JURY |

## ORDER

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal With Prejudice of all claims and counterclaims asserted between plaintiff, AdjustaCam LLC, and defendant, MACE GROUP, Inc and MACALLY PERIPHERALS, INC. d/b/a MACALLY U.S.A., in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims and counterclaims asserted in this suit between plaintiff, Adjustacam LLC, and defendant, MACE GROUP, Inc and MACALLY PERIPHERALS, INC. d/b/a MACALLY U.S.A., are hereby dismissed without prejudice until July 7, 2012, at which time, unless earlier withdrawn, the dismissal shall become with prejudice.

It is further ORDERED that all costs, expenses and attorney's fees are to be borne by the party that incurred them.

**So ORDERED and SIGNED this 1st day of December, 2011.**



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**