IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC<br>    *Plaintiff*<br><br>v.<br><br>AMAZON.COM, INC., *et al.*<br>    *Defendants* | Case No. 6:10-cv-329-LED<br><br>**JURY** |

## NOTICE REGARDING TECHNICAL TUTORIAL

Pursuant to the Court's Docket Control Order (Dkt. No. 451), Defendants CDW Corporation, CDW, Inc., Fry's Electronics Inc., Hewlett-Packard Company, Office Depot, Inc., Target Corp., Best Buy Co. Inc., Best Buy Stores, LP, and BestBuy.com, LLC ("Notice Defendants") hereby provide notice that they do not intend to submit an optional technical tutorial because the patent-in-suit relates to a mechanical device amenable to visual inspection and which does not rely upon abstract concepts or hidden design details common in patents relating to fields such as software, circuits, chemicals, or pharmaceuticals.  As such, the Notice Defendants believe any technical tutorial would be duplicative of information to be presented at the Markman Hearing.  In the event Plaintiff or another party elects to submit a technical tutorial, Notice Defendants reserve the right to identify, clarify and/or explain any omissions, ambiguities or misrepresentations made in any such technical tutorial provided by Plaintiff or such other party.

2

| | |
|---|---|
| DATED:  December 14, 2011 | By: _____/s/ Bryan D. Atkinson_____<br>W. Bryan Farney<br>Lead Attorney<br>Texas State Bar No. 06826600<br>Steven R. Daniels<br>Texas State Bar No. 24025318<br>Bryan D. Atkinson<br>Texas State Bar No. 24036157<br>FARNEY DANIELS LLP<br>800 S. Austin Ave., Suite 200<br>Georgetown, Texas 78626<br>Telephone:     (512) 582-2828<br>Facsimile:      (512) 582-2829<br>E-mails:<br>    BFarney@farneydaniels.com<br>    SDaniels@farneydaniels.com<br>    BAtkinson@farneydaniels.com<br>**ATTORNEYS FOR DEFENDANTS CDW CORPORATION, CDW, INC., FRY'S ELECTRONICS INC., HEWLETT-PACKARD COMPANY, OFFICE DEPOT, INC., TARGET CORP., BEST BUY CO. INC., BEST BUY STORES, LP, AND BESTBUY.COM, LLC** |

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 14, 2011, I electronically filed the foregoing filing with the Clerk of Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of records.

>  /s/ Bryan D. Atkinson
>  Bryan D. Atkinson