UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC, | Case No. 6:10-CV-00329-LED |
| Plaintiff, | |
| vs. | |
| AMAZON.COM, INC., et al., | |
| Defendants. | |

**DEFENDANT WAL-MART STORES, INC.'S NOTICE RE TECHNOLOGY TUTORIAL**

Pursuant to the Court's Docket Control Order (Dkt. No. 451), Defendant Wal-Mart Stores, Inc. ("Defendant") hereby provides notice that it does not intend to submit an optional technical tutorial because the patent-in-suit relates to a simple mechanical device which does not rely upon abstract concepts or hidden design details common in patents involving more complicated technology.  As such, Defendant believes that any technical tutorial would be duplicative of information to be presented at the claim construction hearing. In the event Plaintiff or another party elects to submit a technical tutorial, Defendant reserves the right to identify, clarify and/or explain any omissions, ambiguities or misrepresentations made in any such technical tutorial provided by Plaintiff or such other party.

4832-1989-4798.1

Dated: December 14, 2011                           Respectfully submitted,


                                                   /s/ Victor de Gyarfas
                                                   Victor de Gyarfas (Tx Bar No. 24071250)
                                                   FOLEY & LARDNER LLP
                                                   555 South Flower Street, Suite 3500
                                                   Los Angeles, CA 90071-2411
                                                   213.972.4500
                                                   213.486.0065

                                                   Attorneys for Defendant
                                                   WAL-MART STORES, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2011, I electronically filed the foregoing filing with the Clerk of Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

/s/    *Victor de Gyarfas*

Victor de Gyarfas
