IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

|  |  |
|---|---|
| ADJUSTACAM LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No: 6:10-CV-329-LED |
| | ) |
| AMAZON.COM, INC.; et al. | ) |
| | ) |
| Defendants. | ) |

**DEFENDANT AMAZON.COM, INC.'S NOTICE OF JOINDER REGARDING TECHNICAL TUTORIAL**

Pursuant to the Court's Docket Control Order (Dkt. No. 451), Defendant Amazon.com, Inc. ("Amazon") hereby provides notice that it joins the notice filed by Defendants CDW Corporation, CDW, Inc., Fry's Electronics Inc., Hewlett-Packard Company, Office Depot, Inc., Target Corp., Best Buy Co. Inc., Best Buy Stores, LP, and BestBuy.com, LLC ("Notice Defendants") filed on December 14, 2011 (Dkt. No. 564).

Dated:  December 15, 2011        Respectfully submitted,

By: */s/ Brian Craft*
Brian Craft
State Bar No. 04972020
Eric H. Findlay
State Bar No. 00789886
FINDLAY CRAFT, LLP
6760 Old Jacksonville Highway, Suite 101
Tyler, TX 75703
Phone: (903) 534-1100
Fax: (903) 534-1137
Email: bcraft@findlaycraft.com
Email: efindlay@findlaycraft.com

*Attorneys for Defendant Amazon.com, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic service are being served with a copy of this **DEFENDANT AMAZON.COM, INC.'S NOTICE OF JOINDER TECHNICAL TUTORIAL**, *via* the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 15th day of December 2011.

*/s/ Brian Craft*
Brian Craft