IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC | ) |
|    Plaintiff, | ) ) ) |
| vs. | )   Case No. 6:10-cv-329-LED ) |
| AMAZON.COM, INC., et al. | ) ) |
|    Defendants. | ) |

**DEFENDANT DIGITAL INNOVATIONS LLC'S**
**NOTICE OF JOINDER REGARDING TECHNICAL TUTORIAL**

In accordance with the Court's Docket Control Order (Dkt. No. 451), Defendant Digital Innovations, LLC hereby provides notice that it joins the notice filed by Defendants CDW Corporation, CDW, Inc., Fry's Electronics Inc., Hewlett-Packard Company, Office Depot, Inc., Target Corp., Best Buy Co. Inc., Best Buy Stores, LP, and BestBuy.com, LLC ("Notice Defendants") filed on December 14, 2011 (Dkt. No. 564).

Dated:  December 15, 2011          Respectfully submitted,

                                          s/ Gary Y. Leung
                                          Gary Y. Leung
                                          gleung@mcguirewoods.com
                                          MCGUIREWOODS LLP
                                          77 W. Wacker Dr. Ste. 4100
                                          Chicago, IL 60601-1818
                                          312.849.8100
                                          312.849.3690 (fax)
                                          (*admitted pro hac vice*)

                                          ATTORNEYS FOR DIGITAL INNOVATIONS

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic service are being served with a copy of this **DEFENDANT AMAZON.COM, INC.'S NOTICE OF JOINDER TECHNICAL TUTORIAL**, *via* the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 15th day of December 2011.

      s/ Gary Y. Leung