IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC,<br><br>       Plaintiff,<br><br>    v.<br><br>AMAZON.COM, INC.;<br>AUDITEK CORPORATION;<br>BALTIC LATVIAN UNIVERSAL<br>ELECTRONICS, LLC D/B/A BLUE<br>MICROPHONES, LLC D/B/A BLUE<br>MICROPHONE;<br>BLUE MICROPHONES, LLC;<br>CDW CORPORATION F/K/A CDW<br>COMPUTER CENTERS, INC.;<br>CDW, INC.;<br>COBRA DIGITAL, LLC;<br>COMPUSA.COM, INC.;<br>CREATIVE TECHNOLOGY LTD.;<br>CREATIVE LABS, INC.;<br>DELL, INC.;<br>DIGITAL INNOVATIONS, LLC;<br>EASTMAN KODAK COMPANY;<br>EZONICS CORPORATION D/B/A EZONICS<br>COPORATION USA D/B/A EZONICS;<br>FRY'S ELECTRONICS, INC.;<br>GEAR HEAD, LLC;<br>HEWLETT-PACKARD COMPANY;<br>INTCOMEX, INC.;<br>JASCO PRODUCTS COMPANY LLC D/B/A<br>JASCO PRODUCTS COMPANY D/B/A<br>JASCO;<br>JWIN ELECTRONICS CORPORATION;<br>KLIP XTREME LLC;<br>KMART CORPORATION;<br>LIFEWORKS TECHNOLOGY GROUP, LLC;<br>MACALLY PERIPHERALS, INC. D/B/A<br>MACALLY U.S.A;<br>MACE GROUP, INC.; | Case No:<br>6:10-CV-329-LED |

80078871.3

| | |
|---|---|
| MICRO ELECTRONICS, INC. DBA MICRO, CENTER; | ) ) |
| NEW COMPUSA CORPORATION; | ) |
| NEWEGG, INC.; | ) |
| NEWEGG.COM, INC.; | ) |
| OFFICE DEPOT, INC.; | ) |
| OVERSTOCK.COM, INC.; | ) |
| PHOEBE MICRO INC.; | ) |
| PROLYNKZ, LLC; | ) |
| RADIOSHACK CORPORATION; | ) |
| ROSEWILL INC.; | ) |
| SEARS BRANDS, LLC; | ) |
| SEARS HOLDINGS CORPORATION D/B/A SEARS | ) ) |
| SEARS, ROEBUCK AND COMPANY; | ) |
| SAKAR INTERNATIONAL, INC.; | ) |
| SAKAR, INC.; | ) |
| SDI TECHNOLOGIES, INC.; | ) |
| SOFTWARE BROKERS OF AMERICA INC. DBA INTCOMEX CORPORATION D/B/A INTCOMEX; | ) ) ) |
| SYSTEMAX, INC. D/B/A COMPUSA; | ) |
| TARGET CORP.; | ) |
| TIGERDIRECT, INC.; | ) |
| TRIPPE MANUFACTURING COMPANY D/B/A TRIPP LITE; | ) ) |
| WAL-MART STORES, INC., | ) |
| BEST BUY CO., INC. D/B/A BEST BUY D/B/A ROCKETFISH; | ) ) |
| BEST BUY STORES, LP; | ) |
| BESTBUY.COM, LLC; | ) |
| CONN'S, INC. D/B/A CONN'S; | ) |
| J&R ELECTRONICS, INC. D/B/A J&R; | ) **JURY TRIAL** |
| KOHL'S CORPORATION D/B/A KOHL'S; | ) **DEMANDED** |
| KOHL'S ILLINOIS, INC.; | ) |
| SOLID YEAR CO., LTD AND WALGREEN CO. D/B/A WALGREENS | ) ) |
| | ) |
| Defendants. | ) ) |

**DEFENDANTS COMPUSA.COM, INC., NEW COMPUSA CORP., SYSTEMAX INC., AND TIGERDIRECT, INC.'S <u>NOTICE OF JOINDER REGARDING TECHNICAL TUTORIAL</u>**

80078871.3

Pursuant to the Court's May 27, 2011 Docket Control Order [# 451], Defendants CompUSA.com, Inc., New CompUSA Corp., Systemax Inc., and TigerDirect, Inc. hereby provide notice that it joins the notice filed by Defendants CDW Corporation, CDW, Inc., Fry's Electronics, Inc., Hewlett-Packard Company, Office Depot, Inc., Target Corp., Best Buy Co. Inc., Best Buy Stores, LP, and BestBuy.com, LLC filed on December 14, 2011 [# 564].

Respectfully submitted,

**DAVIDOFF MALITO & HUTCHER LLP**
*Attorneys for Defendants Systemax Inc.,
CompUSA.com, Inc., New CompUSA Corporation,
and TigerDirect, Inc.*

Dated:  December 15, 2011          By: /s/David W. Denenberg
                                   David W. Denenberg
                                   DD9951 (admitted in E.D. Texas *pro hac vice*)
                                   200 Garden City Plaza
                                   Garden City, New York 11530
                                   (516) 247-4440 (Telephone)
                                   (516) 248-6422 (Facsimile)
                                   dwd@dmlegal.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on December 15, 2011. As such, the within notice was served on all counsel of record who have consented to electronic service as this district requires. Local Rule CV-5(a)(3)(A). Any other counsel of record will be served by electronic mail, facsimile transmission on this date.

By: /s/ Michael A. Adler
Michael A. Adler
