# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC § | |
| § | Civil Action No. 6:10-cv-0329-LED |
| v. § | |
| § | JURY |
| AMAZON.COM, INC.; et al. § | |

## DEFENDANT J&R ELECTRONICS INC.'S NOTICE OF JOINDER REGARDING TECHNICAL TUTORIAL

Defendant J&R Electronics Inc. ("J&R") hereby provides notice that it joins in the Notice Regarding Technical Tutorial (Dkt. No. 564) filed by Defendants CDW Corporation, CDW, Inc., Fry's Electronics Inc., Hewlett-Packard Company, Office Depot, Inc., Target Corp., Best Buy Co. Inc., Best Buy Stores, LP, and BestBuy.com, LLC on December 14, 2011.

Dated: December 15, 2011

Respectfully submitted,

*/s/ Allen F. Gardner*

Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
Allen F. Gardner
State Bar No. 24043679
allengardner@potterminton.com
Daniel A. Noteware, Jr.
State Bar No. 24051123
dannynoteware@potterminton.com
**POTTER MINTON**
A Professional Corporation
110 N. College Ave., Suite 500
Tyler, Texas  75702
Tel: (903) 597 8311
Fax: (903) 593 0846

**ATTORNEYS FOR DEFENDANT
J&R ELECTRONICS INC.**

{A55/8627/0001/W0557495.1 }

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service and are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on December 15, 2011.  Any other counsel of record will be served by First Class U.S. mail on this same date.

/s/ Allen F. Gardner
Allen F. Gardner