IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No: 6:10-CV-329-LED |
| | ) |
| AMAZON.COM, INC.; | ) |
| AUDITEK CORPORATION; | ) |
| BALTIC LATVIAN UNIVERSAL | ) |
| ELECTRONICS, LLC D/B/A BLUE | ) |
| MICROPHONES, LLC D/B/A BLUE | ) |
| MICROPHONE; | ) |
| BLUE MICROPHONES, LLC; | ) |
| CDW CORPORATION F/K/A CDW | ) |
| COMPUTER CENTERS, INC.; | ) |
| CDW, INC.; | ) |
| COBRA DIGITAL, LLC; | ) |
| COMPUSA.COM, INC.; | ) |
| CREATIVE TECHNOLOGY LTD.; | ) |
| CREATIVE LABS, INC.; | ) |
| DELL, INC.; | ) |
| DIGITAL INNOVATIONS, LLC; | ) |
| EASTMAN KODAK COMPANY; | ) |
| EZONICS CORPORATION D/B/A EZONICS | ) |
| COPORATION USA D/B/A EZONICS; | ) |
| FRY'S ELECTRONICS, INC.; | ) |
| GEAR HEAD, LLC; | ) |
| HEWLETT-PACKARD COMPANY; | ) |
| INTCOMEX, INC.; | ) |
| JASCO PRODUCTS COMPANY LLC D/B/A | ) |
| JASCO PRODUCTS COMPANY D/B/A | ) |
| JASCO; | ) |
| JWIN ELECTRONICS CORPORATION; | ) |
| KLIP XTREME LLC; | ) |
| KMART CORPORATION; | ) |
| LIFEWORKS TECHNOLOGY GROUP, LLC; | ) |
| MACALLY PERIPHERALS, INC. D/B/A | ) |
| MACALLY U.S.A; | ) |
| MACE GROUP, INC.; | ) |
| MICRO ELECTRONICS, INC. DBA MICRO, | ) |
| CENTER; | ) |

80078874.3

| | |
|---|---|
| NEW COMPUSA CORPORATION; | ) |
| NEWEGG, INC.; | ) |
| NEWEGG.COM, INC.; | ) |
| OFFICE DEPOT, INC.; | ) |
| OVERSTOCK.COM, INC.; | ) |
| PHOEBE MICRO INC.; | ) |
| PROLYNKZ, LLC; | ) |
| RADIOSHACK CORPORATION; | ) |
| ROSEWILL INC.; | ) |
| SEARS BRANDS, LLC; | ) |
| SEARS HOLDINGS CORPORATION D/B/A | ) |
| SEARS | ) |
| SEARS, ROEBUCK AND COMPANY; | ) |
| SAKAR INTERNATIONAL, INC.; | ) |
| SAKAR, INC.; | ) |
| SDI TECHNOLOGIES, INC.; | ) |
| SOFTWARE BROKERS OF AMERICA INC. | ) |
| DBA INTCOMEX CORPORATION D/B/A | ) |
| INTCOMEX; | ) |
| SYSTEMAX, INC. D/B/A COMPUSA; | ) |
| TARGET CORP.; | ) |
| TIGERDIRECT, INC.; | ) |
| TRIPPE MANUFACTURING COMPANY | ) |
| D/B/A TRIPP LITE; | ) |
| WAL-MART STORES, INC., | ) |
| BEST BUY CO., INC. D/B/A BEST BUY | ) |
| D/B/A ROCKETFISH; | ) |
| BEST BUY STORES, LP; | ) |
| BESTBUY.COM, LLC; | ) |
| CONN'S, INC. D/B/A CONN'S; | ) |
| J&R ELECTRONICS, INC. D/B/A J&R; | ) |
| KOHL'S CORPORATION D/B/A KOHL'S; | ) |
| KOHL'S ILLINOIS, INC.; | ) |
| SOLID YEAR CO., LTD AND | ) |
| WALGREEN CO. D/B/A WALGREENS | ) |
| | ) |
| Defendants. | ) |
| | ) |

## DEFENDANTS COMPUSA.COM, INC.'S, NEW COMPUSA CORP.'S, SYSTEMAX INC.'S AND TIGERDIRECT, INC.'S NOTICE OF COMPLIANCE

Pursuant to the Court's May 27, 2011 Docket Control Order [# 451], defendants CompUSA.com, Inc., New CompUSA Corp., TigerDirect, Inc. and Systemax Inc. hereby provide notice to the Court that on December 15, 2011 they served their Notice of Joinder Regarding Technical Tutorial upon counsel of record by electronic mail.

Dated:  December 15, 2011                    Respectfully submitted,

**DAVIDOFF MALITO & HUTCHER LLP**
*Attorneys for Defendants Systemax, Inc., CompUSA.com, Inc., New CompUSA Corporation, and TigerDirect, Inc.*

By: /s/David W. Denenberg
    David W. Denenberg
    DD9951 (admitted in E.D. Texas *pro hac vice*)
    200 Garden City Plaza
    Garden City, New York 11530
    (516) 247-4440 (Telephone)
    (516) 248-6422 (Facsimile)
    dwd@dmlegal.com

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on December 15, 2011.  As such, the within notice was served on all counsel of record who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Any other counsel of record will be served by electronic mail, facsimile transmission on this date.

By: /s/ Michael A. Adler
Michael A. Adler
