# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC, | § |
| | § |
| Plaintiff, | § |
| | § |
| vs. | §   Civil Action No. 6:10-cv-00329 |
| | § |
| AMAZON.COM, INC., et al., | § |
| | § |
| Defendants. | § |

## DEFENDANTS NEWEGG INC., NEWEGG.COM INC., AND ROSEWILL INC.'S NOTICE OF JOINDER REGARDING TECHNICAL TUTORIAL

Defendants, Newegg Inc., Newegg.com Inc. and Rosewill Inc. hereby provide notice that they join in the Notice Regarding Technical Tutorial (Dkt. No. 564) filed by Defendants CDW Corporation, CDW, Inc., Fry's Electronics Inc., Hewlett-Packard Company, Office Depot, Inc., Target Corp., Best Buy Co. Inc., Best Buy Stores, LP, and BestBuy.com, LLC on December 14, 2011.

Dated:  December 15, 2011        Respectfully submitted,

  /s/ Trey Yarbrough
 Trey Yarbrough
 Bar No.  22133500
 Debby E. Gunter
 Bar No. 24012752
 YARBROUGH ♦ WILCOX, PLLC
 100 E. Ferguson St., Ste. 1015
 Tyler, TX 75702
 Phone:  (903) 595-3111
 Fax: (903) 595-0191
 trey@yw-lawfirm.com
 debby@yw-lawfirm.com

2

        Christopher J. Cuneo *(pro hac vice)*
        John N. Zarian *(pro hac vice)*
        Zarian Midgley & Johnson PLLC
        960 Broadway, Suite 250
        Boise, Idaho 83706
        Phone: (208) 562-4900
        Fax: (208) 562-4901
        cuneo@zarianmidgley.com
        zarian@zarianmidgley.com

        ATTORNEYS FOR DEFENDANTS
        NEWEGG INC., NEWEGG.COM, INC.
        AND ROSEWILL INC.

### Certificate of Service

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on December 15, 2011. All other counsel of record will be served via facsimile or first class mail.

        */s/ Trey Yarbrough*
        Trey Yarbrough