IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

ADJUSTACAM LLC

    v.                                   NO. 6:10-CV-329-LED

AMAZON.COM, INC.;  ET AL.              JURY

## UNOPPOSED MOTION FOR EXTENSION OF TIME

       Plaintiff AdjustaCam LLC ("Plaintiff") respectfully submits this unopposed motion for an extension of time to file its opening brief and any evidence supporting its claim construction from December 16, 2011, up to and including December 19, 2011.

       This Motion is unopposed.

December 16, 2011                    Respectfully submitted,

                                  ADJUSTACAM LLC

                                  By: /s/ *John J. Edmonds*
                                  John J. Edmonds – LEAD COUNSEL
                                  Texas Bar No. 789758
                                  Andrew P. Tower
                                  Texas Bar No. 786291
                                  Michael J. Collins
                                  Texas Bar No. 4614510
                                  Henry M. Pogorzelski
                                  Texas Bar No. 24007852
                                  COLLINS, EDMONDS & POGORZELSKI, PLLC
                                  1616 S. Voss Road, Suite 125
                                  Houston, Texas 77057
                                  Telephone: (281) 501-3425
                                  Facsimile: (832) 415-2535
                                  jedmonds@cepiplaw.com
                                  atower@cepiplaw.com
                                  mcollins@cepiplaw.com
                                  hpogorzelski@cepiplaw.com

                                  Andrew W. Spangler
                                  Texas Bar No. 24041960
                                  Spangler Law P.C.

208 N. Green Street, Suite 300
Longview, Texas 75601
(903) 753-9300
(903) 553-0403 (fax)
spangler@spanglerlawpc.com

ATTORNEYS FOR PLAINTIFF
ADJUSTACAM LLC

## CERTIFICATE OF CONFERENCE

The undersigned certifies that the parties have met and conferred in accordance with LR CV-7, and this Motion is Unopposed.

December 16, 2011                     /s/ *John J. Edmonds*
                                          John J. Edmonds

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

December 16, 2011                     /s/ *John J. Edmonds*
                                          John J. Edmonds