IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC | |
| v. | NO. 6:10-CV-329-LED |
| AMAZON.COM, INC.; ET AL. | JURY |

## ORDER

The Court, having considered Plaintiff's unopposed motion ("Motion") for an extension of time to file its opening brief and any evidence supporting its claim construction from December 16, 2011, up to and including December 19, 2011, is of the opinion that such Motion should be GRANTED. It is therefore;

ORDERED that Plaintiff's deadline to file its opening brief and any evidence supporting its claim construction is extended from December 16, 2011 to December 19, 2011.

**So ORDERED and SIGNED this 19th day of December, 2011.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**