# THE AMERICAN HERITAGE DICTIONARY OF THE ENGLISH LANGUAGE



Words that are believed to be registered trademarks have been checked with authoritative sources. No investigation has been made of common-law trademark rights in any word, because such investigation is impracticable. Words that are known to have current registrations are shown with an initial capital and are also identified as trademarks. The inclusion of any word in this Dictionary is not, however, an expression of the publishers' opinion as to whether or not it is subject to proprietary rights. Indeed, no definition in this Dictionary is to be regarded as affecting the validity of any trademark.

© 1969, 1970, 1971, 1973, 1975, 1976, 1978, 1979, 1980, 1981 by Houghton Mifflin Company

All correspondence and inquiries should be directed to
Dictionary Division, Houghton Mifflin Company
Two Park Street, Boston, Massachusetts 02107

All rights reserved under Bern and Pan-American Copyright Conventions

ISBN: 0-395-20360-0 (new college edition; thumb-indexed)
0-395-20359-7 (new college edition; plain edges)
0-395-24575-3 (high-school edition)
0-395-09066-0 (larger-format edition)

Library of Congress Catalog Card Number 76–86995

Manufactured in the United States of America

Computer-composed by Inforonics, Inc.
in Maynard, Massachusetts

atomic | attain 84

**a·tom·ic** (ə-tŏm′ĭk) *adj.* **1.** Of or relating to an atom or atoms. **2.** Of or employing atomic energy: *an atomic submarine.* **3.** Very small; infinitesimal. **—a·tom′i·cal·ly** *adv.*

**atomic age.** Also **Atomic Age.** The current era as characterized by the discovery, technological applications, and sociopolitical consequences of atomic energy.

**atomic bomb.** **1.** An explosive weapon of great destructive power derived from the rapid release of energy in the fission of heavy atomic nuclei, as of uranium 235. **2.** Any bomb deriving its destructive power from the release of nuclear energy. Also called "atom bomb," "A-bomb." See **hydrogen bomb.**

**atomic clock.** An extremely precise timekeeping device regulated in correspondence with a characteristic invariant frequency of an atomic or molecular system.

**atomic energy.** **1.** The energy released from an atomic nucleus in fission or fusion. **2.** This energy regarded as a source of practical power.

**Atomic Energy Commission.** *Abbr.* **AEC, A.E.C.** A five-member advisory board formed in the United States in 1946 for the domestic control of atomic energy.

**at·o·mic·i·ty** (ăt′ə-mĭs′ə-tē) *n.* **1.** The state of being composed of atoms. **2.** *Chemistry.* **a.** The number of atoms in a molecule. **b.** Valence.

**atomic mass.** The mass of an atomic system or constituent, usually expressed in atomic mass units.

**atomic mass unit.** *Abbr.* **amu** A unit of mass equal to 1/12 the mass of the carbon isotope with mass number 12, approximately $1.6604 \times 10^{-24}$ gram.

**atomic number.** *Symbol* **Z** The number of protons in an atomic nucleus.

**atomic pile.** A **nuclear reactor** *(see).*

**atomic reactor.** A **nuclear reactor** *(see).*

**atomic theory.** **1.** The physical theory of the structure, properties, and behavior of the atom. **2.** Atomism.

**atomic weight.** *Abbr.* **at wt** The average weight of an atom of an element, usually expressed relative to one atom of the carbon isotope taken to have a standard weight of 12.

**at·om·ism** (ăt′əm-ĭz′əm) *n.* **1.** The ancient theory of Democritus, Epicurus, and Lucretius, according to which simple, indivisible, and indestructible atoms are the basic components of the entire universe. **2.** *Sociology.* Any theory according to which social institutions and processes arise solely from the acts of individual men. **3.** *Political Science.* **a.** The division or tendency to divide into subclasses, groups, or units of a given society. **b.** The foregoing tendency accompanied by or arising from a strong subjective individualism. **—at′om·ist** *n.* **—at′om·is′tic** (-ĭs′tĭk), **at′om·is′ti·cal** *adj.* **—at′om·is′ti·cal·ly** *adv.*

**at·om·ize** (ăt′əm-īz′) *tr.v.* **-ized, -izing, -izes.** **1.** To reduce or separate into atoms. **2. a.** To reduce (a liquid) to a spray. **b.** To spray (a liquid) in this form. **3.** To subject to bombardment with atomic weapons. **—at′om·i·za′tion** *n.*

**atomizer**
French perfume atomizer

**at·om·iz·er** (ăt′əm-ī′zər) *n.* A device for producing a fine spray, especially of perfume or medicine.

**atom smasher.** An atomic particle **accelerator** *(see).*

**at·o·my**[1] (ăt′ə-mē) *n., pl.* **-mies.** *Archaic.* **1.** A tiny particle. **2.** A tiny being: *"Drawn with a team of little atomies"* (Shakespeare). [From Latin *atomī*, plural of *atomus*, ATOM.]

**at·o·my**[2] (ăt′ə-mē) *n., pl.* **-mies.** *Archaic.* A skeleton or a gaunt person. [From *an atomy*, improper spelling of ANATOMY.]

**a·to·nal** (ā-tō′nəl) *adj. Music.* Lacking a tonal center. **—a·to′nal·ly** *adv.*

**a·to·nal·ism** (ā-tō′nəl-ĭz′əm) *n. Music.* **1.** The lack of a tonal center or key, as a principle of musical composition. **2.** The theory of atonal composition.

**a·to·nal·i·ty** (ā′tō-năl′ə-tē) *n. Music.* A style of composition in which tonal center or key is disregarded.

**a·tone** (ə-tōn′) *v.* **atoned, atoning, atones.** *—intr.* **1.** To make amends, as for a sin or fault. Used with *for.* **2.** *Archaic.* To agree. *—tr. Archaic.* **1.** To expiate. **2.** To reconcile or harmonize. **3.** To conciliate; appease. [Middle English *atonen*, to be reconciled, from *at one*, of one mind, in accord : AT + ONE.] **—a·ton′a·ble, a·tone′a·ble** *adj.* **—a·ton′er** *n.*

**a·tone·ment** (ə-tōn′mənt) *n.* **1.** Amends or reparation made for an injury or wrong; expiation; recompense. **2.** In the Hebrew Scriptures, man's reconciliation with God after having transgressed the covenant. **3.** *Capital* **A.** *Theology.* **a.** The redemptive life and death of Christ. **b.** The reconciliation of God and man thus brought about by Christ. **4.** *Christian Science.* The radical obedience and purification, exemplified in the life of Jesus, by which humanity finds man's oneness with God. **5.** *Archaic.* Reconciliation; concord.

**atrium**
Inner court of an ancient Pompeian villa

**a·ton·ic** (ā-tŏn′ĭk) *adj.* **1.** Not accented: *atonic words and syllables.* **2.** *Pathology.* Pertaining to, caused, or characterized by atony. *—n.* A word, syllable, or sound that is unaccented. [French *atonique*, from Greek *atonos.* See **atony.**] **—at′o·nic′i·ty** (ăt′ə-nĭs′ə-tē) *n.*

**at·o·ny** (ăt′ə-nē) *n.* *Pathology.* **1.** Insufficient muscular tone. **2.** *Phonetics.* Lack of accent or stress. [Late Latin *atonia*, from Greek, from *atonos*, "not stretched" : *a-*, without + *tonos*, a stretching, TONE.]

**a·top** (ə-tŏp′) *adv. Archaic.* On or at the top. *—prep.* On top of. **—a·top′** *adj.*

**-ator.** Indicates one who or that which acts or does; for example, **aviator, radiator.** [Middle English *-atour*, from Old French, from Latin *-ātor* : *-ātus*, -ATE + -OR.]

**-atory.** Indicates pertinence to, characteristic of, result of, or effect of; for example, **perspiratory, amendatory.** [Middle English, from Latin *-ātōrius* : *-ātus*, -ATE + *-ōrius*, -ORY.]

**ATP** *Biochemistry.* adenosine triphosphate.

**at·ra·bil·ious** (ăt′rə-bĭl′yəs) *adj.* Also **at·ra·bil·i·ar** (-bĭl′ē-ər). **1.** Inclined to melancholy. **2.** Having a peevish disposition; surly. [From Latin *ātra bilis*, black bile (translation of Greek *melankholia*, MELANCHOLY) : *ātra*, feminine of *āter*, black (see **āter-** in Appendix*) + *bilis*, BILE.] **—at′ra·bil′ious·ness** *n.*

**A·trek** (ä-trĕk′). A river rising in northeastern Iran and forming part of the border between Iran and the Soviet Union on its 300-mile course to the Caspian Sea.

**A·treus** (ā′trōōs′, ā′trē-əs). *Greek Mythology.* A king of Mycenae, father of Agamemnon and Menelaus.

**a·tri·o·ven·tric·u·lar** (ā′trē-ō-vĕn-trĭk′yə-lər) *adj. Anatomy.* Pertaining to the atria and the ventricles of the heart.

**a·trip** (ə-trĭp′) *adj.* Just clear of the bottom. Said of an anchor. [A- (on) + TRIP (to raise an anchor).] **—a·trip′** *adv.*

**a·tri·um** (ā′trē-əm) *n., pl.* **atria** (ā′trē-ə) or **-ums.** **1.** An open central court, especially in an ancient Roman house. **2.** A bodily cavity or chamber, as in the heart. Also called "auricle." [Latin *ātrium.* See **āter-** in Appendix.*] **—a′tri·al** *adj.*

**a·tro·cious** (ə-trō′shəs) *adj.* **1.** Extremely evil or cruel; monstrous: *an atrocious crime.* **2.** Exceptionally bad; abominable: *atrocious decor; atrocious behavior.* [From Latin *atrōx* (stem *ātrōc-*), "dark-looking," horrible, cruel. See **āter-** in Appendix.*] **—a·tro′cious·ly** *adv.* **—a·tro′cious·ness** *n.*

**a·troc·i·ty** (ə-trŏs′ə-tē) *n., pl.* **-ties.** **1.** Atrocious condition, quality, or behavior; monstrousness; vileness. **2.** An atrocious action, situation, or object; outrage.

**at·ro·phy** (ăt′rə-fē) *n., pl.* **-phies.** **1.** *Pathology.* The emaciation or wasting of tissues, organs, or the entire body. **2.** Any wasting away or diminution: *moral atrophy.* *—v.* **atrophied, -phying, -phies.** *—tr.* To cause to wither; affect with atrophy. *—intr.* To waste away; wither. [Late Latin *atrophia*, from Greek, from *atrophos*, ill-nourished : *a-*, without + *trophē*, nourishment (see **threph-** in Appendix*).] **—a·troph′ic** (ā-trŏf′ĭk), **at′ro·phous** (-fəs) *adj.*

**at·ro·pine** (ăt′rə-pēn′, -pĭn) *n.* Also **at·ro·pin** (-pĭn). An extremely poisonous, bitter, crystalline alkaloid, $C_{17}H_{23}NO_3$, obtained from belladonna and related plants. It is used to dilate the pupil of the eye and as an anesthetic and antispasmodic. [German *Atropin*, from New Latin *Atropa*, genus of belladonna, deadly nightshade, from Greek *atropos*, unchangeable, inflexible. See **Atropos.**]

**At·ro·pos** (ăt′rə-pŏs′, -pəs). *Greek Mythology.* One of the three Fates. [Greek, from *atropos*, inexorable, inflexible : *a-*, not + *trop-*, stem of *trepein*, to turn (see **trep-**[2] in Appendix*).]

**A.T.S.** **1.** American Temperance Society. **2.** Army Transport Service.

**att.** **1.** attached. **2.** attention. **3.** attorney.

**at·tach** (ə-tăch′) *v.* **-tached, -taching, -taches.** *—tr.* **1.** To fasten on or affix to; connect or join. **2.** To connect as an adjunct or associated part. **3.** To affix or append; add, as a signature. **4.** To ascribe or assign: *I attach no significance to the threat.* **5.** To bind by personal ties, as of affection or loyalty: *He's very attached to his mother.* **6.** To appoint officially. **7.** *Military.* To assign (personnel) to a unit on a temporary basis. Compare **assign.** **8.** *Law.* To seize (persons or property) by legal writ. *—intr.* To adhere. [Middle English *attachen*, from Old French *attacher*, *estachier*, to fasten (with a stake), from *estache*, stake, from Frankish *stakka* (unattested). See **steg-**[2] in Appendix.*] **—at·tach′a·ble** *adj.* **—at·tach′er** *n.*

**at·ta·ché** (ăt′ə-shā′, ă-tă′shā′) *n.* A person officially assigned to the staff of a diplomatic mission to serve in some particular capacity: *a cultural attaché.* [French, "one attached (to a diplomatic mission)," past participle of *attacher*, ATTACH.]

**attaché case.** A briefcase resembling a small suitcase, with hinges and flat sides.

**at·tach·ment** (ə-tăch′mənt) *n.* **1.** The act of attaching or the condition of being attached. **2.** Something that serves to attach one thing to another; a tie, band, or fastening. **3.** Fond regard; affection. **4.** A supplementary part; an accessory. **5.** *Law.* **a.** The legal seizure of a person or property. **b.** The writ ordering such a seizure. —See Synonyms at **appendage.**

**at·tack** (ə-tăk′) *v.* **-tacked, -tacking, -tacks.** *—tr.* **1.** To set upon with violent force; begin hostilities against or conflict with. **2.** To bombard with hostile criticism. **3.** To start work on with purpose and vigor: *attack a problem.* **4.** To begin to affect harmfully. *—intr.* To make an attack; launch an assault. *—n.* **1.** The act of attacking; an assault. **2.** Occurrence of or seizure by a disease. **3.** The initial movement in any task or undertaking. **4.** *Music.* The manner in which a passage or phrase is begun. [French *attaquer*, from Old French, from Old Italian *attaccare*, variant of *estaccare* (unattested), to attach, join (battle), from *stacca* (unattested), stake, from Gothic *stakka* (unattested). See **steg-**[2] in Appendix.*] **—at·tack′er** *n.*

***Synonyms:*** *attack, bombard, assail, storm, assault, beset.* These verbs mean to set upon physically or, in some cases, figuratively. *Attack* applies to any offensive action, physical or verbal, and especially to the beginning of planned aggression. *Bombard* suggests showering with bombs or shells or, figuratively, with words: *bombarded with questions. Assail*, literally and figuratively, implies repeated and violent attacks. *Storm* refers to a sudden, sweeping attempt for quick, total victory. *Assault* almost always implies physical contact and sudden, intense violence. *Beset* suggests encirclement by an enemy force or by adversity and attack from all sides.

**at·tain** (ə-tān′) *v.* **-tained, -taining, -tains.** *—tr.* **1.** To gain, reach, or accomplish by mental or physical effort. **2.** To arrive at, as in time. *—intr.* To succeed in gaining or reaching; arrive at. Usually used with *to: He attained to the highest office in the land.* —See Synonyms at **reach.** [Middle English *atteignen*,

ă pat/ā pay/âr care/ä father/b bib/ch church/d deed/ĕ pet/ē be/f fife/g gag/h hat/hw which/ĭ pit/ī pie/îr pier/j judge/k kick/l lid, needle/m mum/n no, sudden/ng thing/ŏ pot/ō toe/ô paw, for/oi noise/ou out/ŏŏ took/ōō boot/p pop/r roar/s sauce/sh ship, dish/

# Webster's New World™ Dictionary

**Fourth Edition**

MICHAEL AGNES
Editor in Chief

POCKET BOOKS
New York London Toronto Sydney Singapore


POCKET BOOKS, a division of Simon & Schuster, Inc.
1230 Avenue of the Americas, New York, NY 10020

Webster's New World™ Dictionary, Pocket Books Paperback Edition

Copyright © 2003 by Wiley Publishing, Inc.

This edition is based on and includes material from *Webster's New World™ College Dictionary,* Fourth Edition, copyright © 2002 by Wiley Publishing, Inc., Cleveland, Ohio

Published by arrangement with Wiley Publishing, Inc.

All rights reserved, including the right to reproduce
this book or portions thereof in any form whatsoever.
For information address Wiley Publishing, Inc.,
10475 Crosspoint Boulevard, Indianapolis, IN 46256

ISBN: 0-7434-7070-2

First Pocket Books trade paperback printing of this revised edition July 2003

10 9 8 7 6 5 4 3 2 1

POCKET and colophon are registered trademarks of
Simon & Schuster, Inc.

Dictionary Editorial offices:
New World Dictionaries
850 Euclid Avenue
Cleveland, OH 44114

Manufactured in the United States of America

For information regarding special discounts for bulk purchases,
please contact Simon & Schuster Special Sales at 1-800-456-6798
or business@simonandschuster.com

This new Pocket I
the acclaimed *Web*
*Fourth Edition,* pul
work: the previous
1990 and revised in
has been edited fo
date, portable dictio
in the office.
The dictionary offe
sions, supplements
tive phrases, and p
and etymologies. I
enhance the reader'
and connotations. T
Webster's New Wor
combined 150 years
This latest edition
changes in the poli
during the past deca
rapidly changing vo
terms range from
include *anti-lock, ba*
*broadband, HTML, n*
*utility vehicle, up to*
and many others.
Every reader is enc
of the Dictionary, wh
explanation of how
stored within the dic

prep. 1 across 2
rise
tilted
or L] suffix the
lt of [alteration]
Fr or L] suffix of
to [informative]
apital of Georgia:

cean touching the
and Europe and

E New Jersey: an
00
. [< Gr] legend-
n the Atlantic
Myth. a giant
ens on his shoul-
naps
tomated) t(eller)
r terminal that
ner to deposit,
funds automati-

fir') n. [< Gr
, sphere] 1 the
rth 2 a pervad-
general tone or
essure equal to
q. m —at'mos-
adj. —at'mos-

yalam atolu] a
surrounding a

, not + temnein,
e; jot 2 Chem.,
lest particles of
ie with similar
its to form mol-
ar energy
B
l of an atom or
mic energy or
—a·tom'i·cal·ly

ely destructive
s from a chain
n
ENERGY
number indi-
rotons in the
element
the weight of
ased upon the
element's iso-

a device used
is of medicine

n. Music the
hout relation
'əl) adj. —a-

, a·ton'ing [<
nake amends

atoning 2
t Theol. the
the death of

it the top —

allergic reac-

tions, as a type of dermatitis, thought to be inherited

**a·to·ry** (ə tôr'ē) [< L] *suffix* -ORY

**ATP** (ā'tē'pē') *n.* [a(denosine) t(ri)p(hosphate)] an organic compound present in, and vital to, all living cells

**a·tri·um** (ā'trē əm) *n., pl.* **a'tri·a** (-ə) or **a'tri·ums** [L] 1 the central court or main room of an ancient Roman house 2 a court or entrance hall, usually of more than one story 3 either of the heart's upper chambers

**a·tro·cious** (ə trō'shəs) *adj.* [< L *atrox*, fierce] 1 very cruel, evil, etc. 2 very bad or unpleasant; offensive —**a·tro'cious·ly** *adv.* —**a·tro'cious·ness** *n.*

**a·troc·i·ty** (ə träs'ə tē) *n., pl.* **-ties** 1 atrocious behavior 2 an atrocious act 3 [Inf.] a very displeasing thing

**at·ro·phy** (a'trə fē) *n.* [< Gr *a-*, not + *trephein*, to feed] a wasting away or failure to grow, esp. of body tissue, an organ, etc. —*vi.* **-phied, -phy·ing** to undergo atrophy —*vt.* to cause atrophy in

**at·ro·pine** (at'rə pēn', -pin') *n.* [< Gr *Atropos*, one of the Fates + -INE[3]] an alkaloid obtained from belladonna, used to relieve spasms, etc.

**at·tach** (ə tach') *vt.* [< OFr *estache*, a post, stake] 1 to fasten by sticking, tying, etc. 2 to join: often used reflexively 3 to connect by ties of affection, etc. 4 to add (a signature, etc.) 5 to ascribe 6 *Law* to take (property) by writ —**at·tach'a·ble** *adj.*

**at·ta·ché** (at'ə shā'; *chiefly Brit* ə tash'ā) *n.* [Fr: see prec.] a member of an ambassador's diplomatic staff

**attaché case** a briefcase

**at·tach'ment** *n.* 1 an attaching or being attached 2 anything that attaches; fastening 3 devotion 4 anything attached 5 an accessory for an electrical appliance, etc. 6 *Law* a taking of property into custody

**at·tack** (ə tak') *vt.* [< It *attaccare*] 1 to use force against in order to harm 2 to speak or write against 3 to undertake vigorously 4 to begin acting upon harmfully —*vi.* to make an assault —*n.* 1 an attacking 2 any hostile action, esp. with troops 3 the onset of a disease 4 a beginning of a task, undertaking, etc. —**at·tack'er** *n.*

**at·tain** (ə tān') *vt.* [< L *ad-*, to + *tangere*, to touch] 1 to gain; accomplish; achieve 2 to reach; arrive at —**at·tain'a·bil'i·ty** *n.* —**at·tain'a·ble** *adj.*

**at·tain'der** (-dər) *n.* [see prec.] loss of civil rights and property of one sentenced to death or outlawed

**at·tar** (at'ər) *n.* [< Ar *'iṭr*, perfume] a perfume made from flower petals, esp. of roses (**attar of roses**)

**at·tempt** (ə tempt') *vt.* [< L *ad-*, to + *temptare*, to try] to try to do, get, etc. —*n.* 1 a try; endeavor 2 an attack, as on a person's life

**at·tend** (ə tend') *vt.* [< L *ad-*, to + *tendere*, to stretch] 1 [Now Rare] to take care of 2 to go with 3 to accompany as a result 4 to be present at —*vi.* 1 to pay attention 2 to wait (*on* or *upon*) 3 to apply oneself (*to*) 4 to give

the required care (*to*)

**at·tend'ance** *n.* 1 an attending 2 the number of persons attending

**at·tend'ant** *adj.* 1 attending or serving 2 being present 3 accompanying —*n.* one who attends or serves

**at·ten·tion** (ə ten'shən) *n.* [see ATTEND] 1 mental concentration or readiness 2 notice or observation 3 care or consideration 4 an act of courtesy or devotion: *usually used in pl.* 5 the erect posture of soldiers ready for a command

**attention-deficit hyperactivity disorder** a mental disorder marked by inability to concentrate, impulsiveness, etc.

**at·ten'tive** (-tiv) *adj.* 1 paying attention 2 courteous, devoted, etc. —**at·ten'tive·ly** *adv.* —**at·ten'tive·ness** *n.*

**at·ten·u·ate** (ə ten'yōō āt') *vt.* **-at'ed, -at'ing** [< L *ad-*, to + *tenuis*, thin] 1 to make thin 2 to dilute 3 to lessen or weaken —*vi.* to become thin, weak, etc. —**at·ten'u·a'tion** *n.* —**at·ten'u·a'tor** *n.*

**at·test** (ə test') *vt.* [< L *ad-*, to + *testari*, to bear witness] 1 to declare to be true or genuine 2 to certify, as by oath 3 to serve as proof of —*vi.* to bear witness (*to*) —**at·tes·ta·tion** (at'es tā'shən) *n.*

**at·tic** (at'ik) *n.* [< Gr *Attikos*, of Attica (ancient Gr state): with reference to architectural style] the room or space just below the roof; garret

**At·ti·la** (at'l ə, ə til'ə) A.D. 406?-453; king of the Huns: called *Attila the Hun*

**at·tire** (ə tīr') *vt.* **-tired', -tir'ing** [< OFr *a*, to + *tire*, order, row] to dress, esp. in fine garments; clothe —*n.* clothes, esp. fine or rich apparel

**at·ti·tude** (at'ə tōōd') *n.* [ult. < L *aptus*, apt] 1 a bodily posture showing mood, action, etc. 2 a manner showing one's feelings or thoughts 3 one's disposition, opinion, etc. 4 [Slang] a quarrelsome or haughty temperament or manner

**at·ti·tu·di·nize** (at'ə tōōd''n īz') *vi.* **-nized', -niz'ing** to pose for effect

**Attn** or **attn** *abbrev.* attention

**at·tor·ney** (ə tur'nē) *n., pl.* **-neys** [< OFr *a-*, to + *torner*, to turn] any person legally empowered to act for another; esp., a lawyer

**attorney at law** a lawyer

**attorney general** *pl.* **attorneys general** or **attorney generals** the chief law officer of a government

**at·tract** (ə trakt') *vt.* [< L *ad-*, to + *trahere*, to draw] 1 to draw to itself or oneself 2 to get the admiration, attention, etc. of; allure —*vi.* to be attractive —**at·tract'a·ble** *adj.*

**at·trac·tion** (ə trak'shən) *n.* 1 an attracting or being attracted 2 power to attract; esp., charm 3 anything that attracts 4 *Physics* the mutual tendency of bodies to draw together

**at·trac'tive** (-tiv) *adj.* that attracts; esp., pleasing, charming, pretty, etc. —**at·trac'tive·ly** *adv.* —**at·trac'tive·ness** *n.*

**at·trib·ute** (ə trib'yōōt; *for n.* a'trə byōōt') *vt.* **-ut·ed, -ut·ing** [< L *ad-*, to +

India Paper

# Webster's Third New International Dictionary

THE ENGLISH LANGUAGE

UNABRIDGED

A Merriam-Webster

REG. U.S. PAT. OFF.

*zing all the experience and resources of more than hundred years of Merriam-Webster dictionaries*

EDITOR IN CHIEF

PHILIP BABCOCK GOVE, Ph.D.

AND

THE MERRIAM-WEBSTER

EDITORIAL STAFF



COPYRIGHT © 1961 BY G. & C. MERRIAM CO.

PREVIOUS EDITIONS
COPYRIGHT © 1909, 1913, 1923, 1924, 1926, 1927, 1930, 1934, 1950, 1953, 1954, 1957, 1959
BY G. & C. MERRIAM CO.


PHILIPPINES COPYRIGHT 1961 BY G. & C. MERRIAM CO.
PREVIOUS EDITIONS PHILIPPINES COPYRIGHT 1950, 1953, 1954, 1957, 1959
BY G. & C. MERRIAM CO.
PREVIOUS EDITION COPYRIGHT 1925 IN PHILIPPINE ISLANDS
BY G. & C. MERRIAM CO.


ALL RIGHTS RESERVED
UNDER INTERNATIONAL AND PAN-AMERICAN COPYRIGHT CONVENTIONS
BY G. & C. MERRIAM CO.


*All rights reserved*


MADE IN THE U. S. A.

R. R. DONNELLEY & SONS COMPANY, THE LAKESIDE PRESS, CHICAGO, ILL., U. S. A.
COMPOSITORS
H. O. HOUGHTON AND COMPANY, THE RIVERSIDE PRESS, CAMBRIDGE, MASS., U. S. A.
PRINTERS AND BINDERS

Case 6:10-cv-00329-JRG Document 575-4 Filed 12/19/11 Page 9 of 9 PageID #: 4523

… ATROPINE
**atro·pia** \ə'trōpēə\ n -s [NL, fr. *Atropa* + *-ia*] : ATROPINE
**atrop·i·dae** \ə'träpə,dē\ n pl, cap [NL, fr. *Atropos*, type genus (fr. Gk *Atropos*) + *-idae*; fr. the belief that the ticking sound made by some species of book lice forebodes a death] : a widely distributed family of wingless insects (order Corrodentia) that include most book lice and that feed on organic debris and often damage processed foods, book bindings, herbarium specimens, and similar stored products
**at·ro·pine** \'a·trə,pēn, -pən\ n -s [G *atropin*, fr. NL *Atropa* (genus name of *Atropa belladonna*) + G *-in* -ine] : a poisonous white crystalline alkaloid $C_{17}H_{23}NO_3$ extracted from the belladonna and other plants of the family Solanaceae and used esp. in the form of its sulfate to relieve spasms, to diminish secretions, to relieve pain, and to dilate the pupil of the eye; racemic hyoscyamine
**at·ro·pin·ize** \-pə,nīz\ vt -ED/-ING/-S : to bring under the influence of atropine
**at·ro·pous** \'a·trəpəs\ adj [Gk *atropos* not to be turned, fr. *a-* ²a + *-tropos* -trope] bot : not inverted : ORTHOTROPOUS
**at·ro·scine** \-,sēn, -sən\ n -s [ISV *atro-* (fr. NL *Atropa*) + *hyoscine*] : racemic scopolamine
**atry** \ə'trī\ adj [¹a- + *try* ("to lie to")] : kept bow on to the sea by a balance of sails
**atry·pa** \ə'trīpə\ n, cap [NL, fr. ²a- + Gk *trypa* hole — more at TRYPA] : a genus of extinct Silurian and Devonian plicate-shelled or costate-shelled brachiopods having the plates of the brachidium produced into spirally rolled processes with the apices usu. directed toward the plane of symmetry of the valve
**¹atry·poid** \-,pȯid\ adj [NL *Atrypa* + E *-oid*] : belonging to or characteristic of the genus *Atrypa*
**²atrypoid** \"\ n -s : a brachiopod of the genus *Atrypa* — see BRACHIOPOD illustration
**ats** pl of ⁴AT
**ats** abbr at the suit of
**atsara** var of ACHARA
**at·si·na** \at'sēnə\ n, pl **atsina** or **atsinas** usu cap [Blackfoot, lit., good people] **1 a** : an Indian people in Montana and southern Saskatchewan that are part of the Arapaho **b** : a member of such people **2** : a dialect of Arapaho
**at·su·ge·wi** \,atsü'gäwē\ n, pl **atsugewi** or **atsugewis** usu cap [Atsugewi] **1 a** : an Indian people of the Pit river valley in northern California **b** : a member of such people **2** : a Shastan language of the Atsugewi people
**att** \'ät\ n -s [Siamese] **1** : an old subsidiary coin of Siam worth 1/64 of a tical issued before 1868 in pewter and after that up to 1906 in copper **2** : a unit of value corresponding to the att ‹2-att postage stamp› ‹½-att coin›
**att** abbr **1** attaché **2** attached **3** attention **4** *often cap* attorney
**¹at·ta** \'ä,tä\ n -s [Hindi *āṭā*] India : unsorted wheat flour or meal
**²at·ta** \'adə\ n, cap [NL] : a New World genus of typical leaf-cutting chiefly tropical ants often very destructive to crops
**at·ta·boy** \'adə,bȯi, 'atə-, ,==¦=\ interj [alter. of *that's the boy*] — used to express encouragement, approval, or admiration
**attacapa** usu cap, var of ATAKAPA
**at·tac·ca** \ə'täkə, -akə\ v imper [It, lit., attack, imper. sing. of *attaccare* to attack — more at ATTACK] : attack at once — used as a direction in music at the end of a movement to begin the next without pause
**at·tac·co** \ə'tä(,)kō, -ta-\ n -s [It, lit., attachment, connection, fr. *attaccare* to attach, attack] : a motive or short phrase in music presented in contrapuntal imitation and introduced in the course of a composition as development or as the feature of a fugue exposition
**at·tach** \ə'tach\ vb -ED/-ING/-ES [ME *attachen*, fr. MF *attacher*, fr. OF *atachier*, alter. (influenced by *a* to, fr. L *ad*) of *estachier*, fr. *estache* stake, of Gmc origin; akin to OE *staca* stake — more at AT, STAKE] vt **1** : to take by legal authority: **a** : to arrest by writ and bring before a court (as to answer for a debt or a contempt) — now applied chiefly to a taking of the person by a civil process **b** : to seize or take (property) by virtue of a writ or precept to hold the same to satisfy a judgment that may be rendered in the suit — compare ATTACHMENT 1 **2** *obs* **a** : INDICT, ACCUSE ‹~ a person of murder› **b** : to lay hold of : SEIZE ‹be ~ed by an illness› ‹~ the food hungrily› **3 a** : CONNECT : place so as to belong : APPOINT ‹consider to what branch of the law to ~ himself› **b** : to fasten (itself) — used reflexively ‹a figure of universal fame, of a kind that scarcely ~es itself to anyone in this age —Osbert Sitwell› **c** : to order (an individual or unit in the military) to serve more or less temporarily with another organization **d** : to place (an individual or unit in the military) under the control of another organization for specific purposes (as for rations, quarters, or training) — distinguished from *assign* **4** : to bind by personal ties (as of affection or sympathy) : win to affection or devotion — used with *to* ‹she undertakes to ~ him to her by strong ties: a child, or marriage —H.M. Parshley› **5** : make fast or join (as by string or glue) : BIND, FASTEN, TIE ‹~ price tags on each article› **6** : to connect by attribution : ASCRIBE — used with *to* ‹the fetish worshiper ~es magical potency to stones —M.R.Cohen› **7** : to associate as a property or adjunct ‹to this treasure a curse is ~ed —Bayard Taylor› ~ vi **1** : to fix or fasten itself : ADHERE ‹the suspicion that he is guilty ~es upon his strange actions› ‹all the advantages that ~ to the office› **2** : to come into legal operation : VEST ‹an ancient law ~ed in this case›
**syn** see FASTEN
**at·tach·a·ble** \-əbəl\ adj **1** : liable to arrest or legal seizure ‹goods that are ~ for debt› **2 a** : capable of being fastened or added to something ‹a handle ~ by two bolts› **b** : capable of being attributed as an adjunct ‹complete cooperativeness was not ~ to his actions›
**at·ta·ché** \,ad·ə¦shā, ¦atə¦shā, ,a,ta'shā *also* ə,ta'shā *sometimes* ad·,a'shā, *Brit usu & US sometimes* ə'ta(,)shā *or* a't-\ n -s [F, past part. of *attacher* to attach] : one attached to another person or to a group; *specif* : an expert (as in science or aviation) on duty with the diplomatic representative of his country at a foreign capital ‹a military ~› — see COMMERCIAL ATTACHÉ
**at·ta·ché case** \ə'tashē-, -aash-, -aish-, -(,)shā, *less often one of the other pronunciations at* ATTACHÉ, *sometimes* ə'tachə-\ n **1** : a traveling case like a suitcase but smaller **2** : BRIEFCASE

attaché case

**attached** adj **1** : permanently fixed when adult ‹an ~ barnacle› ‹an ~ oyster› **2** *archit* : ENGAGED
**at·tach·ment** \ə'tachmənt\ n -s [ME *attachement*, fr. MF, fr. OF *atachement*, fr. *atachier* to attach + *-ment* — more at ATTACH] **1 a** : a seizure or taking in custody (of persons or property) … virtue of a legal process **b** : the … precept commanding such seiz… compare GARNISHMENT **2 a** : t… attached (as by affection, sympathy, or self-inte… ‹~ to a friend› … affection) that binds a ‹~ to a cause› **b** : a feeling … person : REGARD ‹sense a growing ~ for a person› **3** : a device that is attached (as to a machine) esp. for doing special work ‹~s for a vacuum cleaner› **4** : the physical connection by which one thing is attached to another : FASTENING ‹cut the ~s of a muscle to a bone› **5** : an attaching by physical connection ‹the ~ of a recording device to a telephone›
**syn** AFFECTION, LOVE: ATTACHMENT implies strong liking, devotion, or loyalty ‹the *attachment* which they all so obviously felt for him —W.S.Maugham› ‹are not to lose their attach…

**attachment** … a plate consisting usu. of a screw-shell body and cap and connecting a flexible conductor to a lamp holder or receptacle
**¹at·tack** \ə'tak, *chiefly substand* -kt\ vb **attacked** \-kt, *chiefly substand* -ktəd\ **attacked; attacking; attacks** [MF *attaquer*, fr. OIt *attaccare* to attach, attack, alter. (influenced by *a* to, fr. L *ad*) of (assumed) OIt *estaccare* to attach, fr. (assumed) OIt *stacca* stake, of Gmc origin; akin to OE *staca* stake — more at AT, STAKE] vt **1 a** : to set upon or work against forcefully ‹~ a man without warning› ‹if we study any modern river we note how determinedly it ~s its banks —W.E.Swinton› : assail esp. with force and weapons ‹~ the enemy positions› : ASSAULT **b** : to set upon forcibly with sexual intent : subject to indecent assault : RAPE, RAVISH **2** : to threaten (a piece in chess) with immediate capture ‹the rook is ~*ing* the queen› **3** : to assail with unfriendly or bitter words : begin a controversy with : attempt to overthrow or bring into disrepute (as by criticism or satire) **4** : to begin to affect : seize upon ‹the kidneys are ~*ed* by an embryonic tumor —H.R.Litchfield & L.H.Dembo› ‹~*ed* by a fever› **5 a** : to begin to injure, damage, or eat ‹worms ~*ed* the cabbage plants› **b** : to act upon destructively : DECOMPOSE ‹the acid ~s the metal cup› **6** : to set to work upon (as a problem or an investigation) esp. vigorously : TACKLE ‹a plan which ~s the four basic problems —*Collier's Yr. Bk.*› ~ vi : to make an attack ‹waiting for the enemy to ~› ‹they ~*ed* furiously in an effort to score the tying goal›
**syn** ATTACK, ASSAIL, ASSAULT, BOMBARD, STORM mean to make a more or less violent onslaught upon, literally or figuratively. ATTACK means to move against with more or less violent intent, implying aggression in any sense and the initiative in the onset ‹the infantry and air force *attacked* the town in coordinated waves› ‹he and other union leaders were physically *attacked* —*Current Biog.*› ‹erosion *attacked* the range and began its relentless work of reducing the land to sea level once more —*Amer. Guide Series: N.Y.*› ASSAIL suggests repeated blows in an attack, as with or as if with shells or sword thrusts ‹the expedition . . . *assailed* by a fleet of fifty-four war canoes —Tom Marvel› ‹the rain *assailed* him and thorns tore him —H.G.Wells› ‹*assailed* by doubts› ASSAULT stresses attack at close quarters, the use of brute strength, suddenness, and violence ‹pilots hammered a rail marshaling yard, bombing twenty boxcars, while other aircraft *assaulted* supply buildings —*N.Y.Times*› ‹adult ears are not to be *assaulted* by the sudden screams of childish exuberance —Richard Joseph› BOMBARD means to assail with bombs, suggesting by extension an unremitting importuning or pestering with a series of similar things ‹naval artillery *bombarded* the shore fortifications› ‹magazine editors are *bombarded* with manuscripts —L.D.Rubin› ‹he and his office associates were *bombarded* with requests for box seats —*New Yorker*› STORM stresses a violence, rush, and effectiveness of assault that usu. and summarily clears all opposition out of the way ‹the waves of light tanks *stormed* the infantry positions —S.L.A.Marshall› ‹a group of soldiers in the International Brigade *stormed* the jail —*Current Biog.*›
**²attack** \"\ n -s **1** : the act of falling on with force or violence : ONSET, ASSAULT, OFFENSE ‹retreat before the infantry ~› — opposed to *defense* **2 a** : an offensive or antagonistic movement or action of any kind ‹television was used in many parts of the country as an instrument of ~, rather than of argument —Gilbert Seldes› ‹the team launched an ~ that carried deep into enemy territory› **b** : RAPE, INDECENT ASSAULT **3 a** : an assault with unfriendly or bitter words ‹her vocal ~s are less savage than they once were —*Newsweek*› **b** : the beginning of corrosive, decomposing, or destructive action by a chemical agent **4 a** : the setting to work upon some undertaking : beginning or method of procedure ‹the solution in each problem calls for a different ~› **b** : an often extraordinary Salvation-ist effort to make converts **5** : the act or manner of beginning a musical tone or phrase: as **a** : unanimity of entrance of several performers ‹a ragged ~› **b** : suddenness or gradualness of beginning a tone **c** : the initial precision of pitch and quality esp. in singing **6** : the initiation or onset of the articulation of a speech sound **7** : a series of aggressive moves in chess usu. for positional advantage; *also* : a threat to capture an opponent's man **8** : cricket bowling (esp. as contrasted with batting); *also* : the bowlers of a cricket team **9** : an effort to hit in fencing — used also as a word of command **10** : any of three lacrosse positions or players between out home and center — called respectively in their order from the opponents' goal *first attack, second attack, third attack* **11** : the setting in or the duration of a depressive or destructive process: as **a** : an access of disease : fit of sickness ‹an ~ of bronchitis› **b** : a period of being strongly affected by some particular desire or mood ‹an ~ of melancholy›
**³attack** \"\ adj [²*attack*] : designed, planned, or employed for initiating, supporting, or carrying out a military attack ‹an ~ formation› ‹an ~ bomber›
**at·tack·a·ble** \-əbəl\ adj : that can be attacked esp. with some prospect of success
**attack cargo ship** n : a naval ship with specially trained boat crews for landing material in an amphibious assault
**attack plane** n : a military airplane designed and armed for attacking the enemy's ground forces
**attack transport** n : a naval ship with specially trained boat crews for landing troops in an amphibious assault
**at·ta·cus** \'ad·əkəs\ n [LL, fr. Gk *attakos*] **1** -ES : an edible insect mentioned in Lev 11:22(DV) — called *bald locust* in the Authorized and Revised Standard versions **2** *cap* [NL, fr. LL] : a widely distributed genus of large chiefly tropical moths (family Saturniidae) that include the Asiatic Atlas moth
**at·tain** \ə'tān\ vb -ED/-ING/-S [ME *atteynen, ateignen*, fr. OF *ataign-*, stem of *ataindre*, fr. (assumed) VL *attangere*, alter. (influenced by L *tangere*) of L *attingere*, fr. *ad-* + *tangere* to touch, reach — more at TANGENT] vt **1** : REACH, GAIN, ACHIEVE, ACCOMPLISH ‹difficult to ~ a realistic effect› ‹~ repose› ‹~ his goal› **2** *obs* : to get at the knowledge of : ASCERTAIN ‹~ the meaning of a statement› **3** : to come into possession of : OBTAIN ‹~ a kingdom› ‹~ preferment› **4** *obs* : OVERTAKE : get at : CATCH **5** : to reach or come to by progression or motion : arrive at ‹~ the top of the hill› ‹~ a ripe old age› ~ vi : to come or arrive by motion, growth, or effort toward a place, object, or state : REACH ‹to his stature we . . . may in time ~ —C.W.Eliot› — usu. used with *to* or *unto* ‹this plant ~s to a height of 10 feet› ‹knowledge no man has ~*ed* unto› **syn** see REACH
**at·tain·a·bil·i·ty** \ə,tānə'bilədē, -ətē, -i\ n -ES : the quality or state of being attainable
**at·tain·a·ble** \ə'tānəbəl\ adj : capable of being attained
**at·tain·a·ble·ness** n -ES : ATTAINABILITY
**at·tain·der** \ə'tāndə(r)\ n -s [ME *attaynder*, fr. MF *ataindre* to accuse, convict, attain] **1** : the act of attainting or state of being attainted : extinction of the civil rights and capacities of a person consequent upon sentence of death or outlawry ‹an act of ~› ‹no ~ of treason shall work corruption of blood or forfeiture except during the life of the person attainted —*U.S. Constitution*› **2** *obs* **a** : dishonoring accusation : SENTENCE ‹a criminal pursued by the ~s of his victims› **b** : the stain of dishonor ‹to live his life free from all ~›
**at·tain·ment** \ə'tānmənt\ n -s **1** : the act of attaining : the condition of being attained ‹the ~ of her life ambition› ‹notions difficult of ~› **2** : something that is attained or attained to (as a mental acquirement or social accomplishment) ‹famous for his scientific ~s›
**¹at·taint** \ə'tānt, a'-\ vt **attainted; attainted** or *archaic* **attaint; attainting; attaints** [ME *attaynten*, fr. MF *ataint*, past part. of *ataindre*] **1** *obs* : to prove guilty **2** *obs* : to find guilty : CONVICT — used esp. of a jury on trial for giving a false …

**at·taint·ment** \-mənt\ n -s : ATTAINDER
**at·tain·ture** n -s **1** *obs* : ATTAINDER **2** *obs* : an impu… disgrace : STAIN
**at·ta·lea** \ə'tālēə\ n, cap [NL, after *Attalus* I †197 B.C. … Pergamum] : a genus of tropical American pinna… palms with ringed stems and immense leaves — see … NUT, PIASSAVA
**at·ta·lid** \'ad·ᵊləd, -,id\ n, pl **attalids** \-dz\ or **at**… \ə'talə,dē, a'-\ cap [*Attalus* I †197 B.C. king of P… victor in a decisive battle with the Gauls of Asia M… first of his line to bear the title of king + E *-id*] : a me… Hellenistic dynasty that ruled Pergamum from abo… 133 B.C.
**attap** var of ATAP
**at·ta·pul·gite** \,ad·ə'pəl,jīt\ n -s [*Attapulgus*, Ga. … : a fibrous clay mineral typically $(OH_2)_4Mg_5Si_8$C… $4H_2O$
**at·tar** *also* **at·ar** \'ad·ə(r), 'atə-, 'a,tär, 'a,tä(r *also* '… 'ä¦ *or* ¦tə-\ *or* **ath·ar** \'athə(r), -,thär, -,thä(r\ … *or* **ot·to** \'äd·(,)ō, '… \'äd·ə(r), 'ätə-, 'ä,tär, 'ä,tä(r\ [Per *'aṭir* perfumed, fr. *'iṭr* perfume, fr. Ar] : a p… tained from flowers; *specif* : ATTAR OF ROSES
**attar of roses** : a fragrant essential oil obtained by … from petals esp. of damask rose and with geraniol a… lol as its principal odorous constituents : ROSE OIL
**attas** pl of ATTA
**attask** vt -ED/-ING/-S [¹a- + *task*] *obs* : to take to t…
**at·tem·per** \ə'tempə(r), a'-\ vt -ED/-ING/-S [ME *at*… MF *atemprer*, fr. L *attemperare* to adjust, accom… *ad-* + *temperare* to temper — more at TEMPER] **1** … LATE, CONTROL, ORDER ‹as God the good governor … —Geoffrey Chaucer› **2** *archaic* **a** : SOFTEN … **b** : SOOTHE, APPEASE ‹~ an angry crowd› **3** *archa*… duce, modify, or moderate by mixture **b** : to … temperature of : make (as air) warmer or colder … **5** … : to make suitable : ACCOMMODATE, ADAPT … bring into harmony : ATTUNE **syn** see MODERATE
**at·tem·per·a·ment** \-p(ə)rəmənt\ n -s [fr. *attem*… *temper*: *temperament*] : a mixing in proper propo…
**at·tem·per·ate** \-pə,rāt, *usu* -ād·+V\ vt -ED/-IN… *temperatus*, past part. of *attemperare*] : ATTEMP…
**tem·per·a·tion** \=,==ˈrāshən\ n -s
**at·tem·per·a·tor** \-ād·ə(r), -ātə-\ n -s : one tha… *specif* : a coil of pipe through which hot or cold … run for regulating temperature
**¹at·tempt** \ə'tem(p)t *also* a'-\ vb -ED/-ING/-S [L *a*… *ad-* + *temptare* to touch, try — more at TEMPT] vt … an effort to do, accomplish, solve, or effect ‹~ to … problem› — often used in venturous or experimen… sometimes with implications of failure ‹I dou… whether I should ~ the creation of a being like m… W.Shelley› **2 a** *archaic* : to try to win over by … : TEMPT **b** : to try to seduce or ravish **3** *obs* **a** : t… win (as by tempting) ‹~ a woman's love› **b** : … suade : seek to influence (as by entreaty or rea… friend that he stay to dinner› **4** *archaic* : to t… overcome, or take by force : ATTACK, ASSAIL … make an attempt — used with *on* or *upon* **syn** se…
**²attempt** \"\ n -s **1** : the act of attempting : … ENDEAVOR, UNDERTAKING; *esp* : an unsucc… **2** *archaic* : an effort to achieve something by for… TACK ‹the enemy's ~ against our lines› **b** : a … upon a person's life or a woman's honor **3** *ob*… attempted : AIM
**at·tempt·a·ble** \-əbəl\ adj : capable of being at…
**at·tend** \ə'tend *also* a'-\ vb -ED/-ING/-S [ME *att*… *atendre*, fr. L *attendere* to stretch, apply the min… *tendere* to stretch — more at THIN] vt **1** *archaic* … attention to : fix the mind upon : give heed to … the warning of the soothsayer› ‹~ my words› … after : take charge of : watch over the workin… oners were ~*ed* by guards› **3** *archaic* **a** : to … person or the arrival of a person› ‹the committ… rival of the president› **b** : to be in store for ‹th… all men after this —John Locke› **4** : to go or … companion, nurse, or servant : visit professiona… cian : accompany in order to do service : ESC… ‹fawning ministers who ~ the king› **5** *obs* … : CONJOIN, ASSOCIATE **6** : to be present with … : be united or consequent to ‹the immense an… that has ~*ed* the creation of these lists —C.C… Traver› ‹what cares must then ~ the toiling … Dryden› **7** : to be present at ‹~ a meeting› ~ … one's energies : apply oneself ‹~ to your work … business› **2** : to apply the mind or pay attenti… to perceiving, understanding, or complying … : HEED, LISTEN — usu. followed by *to* ‹one is lu… or seven people who know how to ~; the re… ears —J.M.Barzun› ‹~ to the voice of m… —Ps 86: 6(AV)› **3** : to be present or near a… suance of duty ‹the good lord was dismissed, a… in the drawing room since —Mary W. Mont… for service : wait or be in waiting — often used … ‹ministers who ~ upon the king› **4** *obs* : WA… — often used with *for* **5** : to direct one's ca… with *to* ‹producers should ~ to the followin… pects of marketing —*Farmer's Weekly* (So. A*f*…
**at·tend·ance** \ə'tendən(t)s\ n -s [ME *atten*… *atendance*, fr. OF, fr. *atendre* to attend + *-an*… or fact of attending: as **a** : the act or state of … : service esp. at court or at a hospital ‹a p… **b** : a being present : PRESENCE ‹~ at a play› … attending: **a** *obs* : a body of attendants : RE… with his ~ of court officials› **b** : the perso… persons present (as at a public performance … school) ‹the broadcasting of plays . . . do… diminish the ~*s* at original performances —Jo…
**attendance area** n : the territory served by … school
**attendance officer** n : one employed by a p… tem to investigate the continued absences of … also *truant officer*
**attendancy** n -ES *obs* : ATTENDANCE
**¹at·tend·ant** \ə'tendənt\ adj [ME, fr. MF … part. of *atendre*] **1** : accompanying, waiting … ing in order to perform service ‹the defensiv… of the fleet's ~ aircraft —S.L.A.Marshall› — … *on* or *upon* ‹Cherub and Seraph . . . ~ on t… Milton› **2** *law* : owing duty or service : DE… with *on* or *to* ‹the widow ~ to the heir› **3** … connected with, or immediately following … : CONSEQUENT ‹the raising of silkworms and … tion, the culture of mulberry trees —Tom … used with *on* or *upon* ‹the disadvantages ~ … ous —F.R.Leavis›
**²attendant** \"\ n -s **1** *law* : one owing dut… depending on another **2** : one who attend… another in order to render a service (as a co… keeper, or agent) ‹the bride's ~*s* at the we… in a hospital›; *esp* : an employee who w… ‹a gasoline-station ~› **3** : something that … circumstance : ACCOMPANIMENT, CONCOMIT… luxury and its literary and artistic ~*s* —*E*… **4** : one who is present on a given occasion … ‹~*s* at the festival›
**attendant term** n : a mortgage or long leas… form to protect the title of the owner of …
**attended** past of ATTEND
**at·tend·ee** \ə,ten'dē, ,a,t-; ə'ten,dē\ n -s : A…