**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **ADJUSTACAM, LLC.** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **vs.** | § | **CASE NO. 6:10-CV-329** |
| | § | **PATENT CASE** |
| | § | |
| **AMAZON.COM, INC., ET AL.** | § | |
| | § | |
| **Defendants.** | § | |

**ORDER**

The parties are advised that on October 4, 2011, the Court ordered the parties to meet and confer and resubmit an agreed Docket Control Order incorporating letter brief deadlines. *See* Doc. No. 538. The Court also notes that by November 16, 2011, the parties were required to submit to the Court proposed technical advisors or a statement that they have failed to reach agreement as to any potential technical advisor. *See* Doc. No. 451. The parties have failed to comply with either order.

Accordingly, the Court **ORDERS** that by **January 2, 2012**, the parties are to meet and confer and submit: (1) an agreed Docket Control Order incorporating letter brief deadlines and (2) a proposed technical advisor or a statement that they have failed to reach agreement as to any potential technical advisor.

**So ORDERED and SIGNED this 22nd day of December, 2011.**



**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**