IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC,<br>Plaintiff<br><br>V.<br><br>AMAZON.COM, INC.; AUDITEK CORPORATION; BALTIC LATVIAN UNIVERSAL ELECTRONICS, LLC D/B/A BLUE MICROPHONES, LLC D/B/A BLUE MICROPHONE; BLUE MICROPHONES, LLC; CDW CORPORATION F/K/A CDW COMPUTER CENTERS, INC; CDW, INC.; CDW, LLC; COMPUSA.COM, INC.; COBRA DIGITAL, LLC; CREATIVE TECHNOLOGY LTD.; CREATIVE LABS, INC.; DELL, INC.; DIGITAL INNOVATIONS, LLC; EASTMAN KODAK COMPANY; EZONICS CORPORATION D/B/A EZONICS CORPORATION USA D/B/A EZONICS; FRY'S ELECTRONICS, INC.; GEAR HEAD, LLC; GENERAL ELECTRIC COMPANY; HEWLETT-PACKARD COMPANY; INTCOMEX, INC.; JASCO PRODUCTS COMPANY LLC D/B/A JASCO PRODUCTS COMPANY D/B/A JASCO; JWIN ELECTRONICS CORPORATION; KLIP XTREME LLC; KMART CORPORATION; LIFEWORKS TECHNOLOGY GROUP, LLC; MACALLY PERIPHERALS, INC. D/B/A MACALLY U.S.A.; MACE GROUP, INC.; MICRO ELECTRONICS, INC. DBA MICRO CENTER; NEW COMPUSA CORPORATION; NEWEGG, INC.; NEWEGG.COM, INC.; OFFICE DEPOT, INC.; OVERSTOCK.COM, INC.; PHOEBE MICRO INC.; PROLYNKZ, LLC; RADIOSHACK CORPORATION; ROSEWILL INC.; SEARS BRANDS, LLC; SEARS HOLDINGS CORPORATION D/B/A SEARS; SEARS, ROEBUCK AND | CIVIL ACTION NO. 6:10 – CV – 00329 -- LED |

{Practice Areas\Lit\20948\00003\A1922062.DOC}

COMPANY; SAKAR INTERNATIONAL, INC.; SAKAR, INC.; SDI TECHNOLOGIES, INC.; SOFTWARE BROKERS OF AMERICA INC. DBA INTCOMEX CORPORATION D/B/A INTCOMEX; SYSTEMAX, INC. D/B/A COMPUSA; TARGET CORP.; TIGERDIRECT, INC.; TRIPPE MANUFACTURING COMPANY D/B/A TRIPP LITE; AND WAL-MART STORES, INC.,
Defendants

## DEFENDANT GEAR HEAD, LLC'S
## NOTICE OF JOINDER REGARDING TECHNICAL TUTORIAL

Pursuant to the Court's May 27, 2011 Docket Control Order [#451], Defendants Gear Head, LLC hereby provides notice that it joins the notice filed by Defendants CDW Corporation, CDW, Inc., Fry's Electronics, Inc., Hewlett-Packard Company, Office Depot, Inc., Target Corp., Best Buy Co. Inc, Best Buy Stores, LP, BestBuy.com, LLC, and Systemax Inc., CompUSA.com, Inc., New CompUSA Corporation, and TigerDirect, Inc. filed on December 15, 2011 [#569].



Patricia L. Davidson
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608-1477
(508) 860-1540
(508) 983-6240 (Fax)

/s/ Herbert J. Hammond
Herbert J. Hammond
Attorney-In-Charge
   State Bar No. 08858500
Vishal Patel
   State Bar No. 24065885

THOMPSON & KNIGHT LLP
One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, TX 75201
(214) 969-1700
(214) 969-1751 (Fax)

ATTORNEYS FOR DEFENDANT
GEAR HEAD, LLC

Dated: December 27, 2011

## CERTIFICATE OF SERVICE

    I, Patricia L. Davidson, hereby certify that this document(s), filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on December 27, 2011.

Patricia L. Davidson, Esq.

Dated: December 27, 2011