IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC § | |
| § | Civil Action No. 6:10-cv-329-LED |
| v. § | |
| § | JURY |
| AMAZON.COM, INC.; et al. § | |

## JOINT MOTION FOR DISMISSAL WITH PREJUDICE

Plaintiff Adjustacam LLC and Defendant J&R Electronics Inc., by and through their attorneys of record, hereby move the Court to dismiss with prejudice, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, the claims and counterclaims between Adjustacam LLC and J&R Electronics Inc. in the above-captioned matter. Each party is to bear its own attorneys' fees and costs.

Dated: January 3, 2012                    Respectfully submitted,

/s/ Allen F. Gardner

Allen F. Gardner
State Bar No. 24043679
allengardner@potterminton.com
Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
Daniel A. Noteware, Jr.
State Bar No. 24051123
dannynoteware@potterminton.com
**POTTER MINTON**
A Professional Corporation
110 N. College Ave., Suite 500
Tyler, Texas  75702
Tel: (903) 597 8311
Fax: (903) 593 0846

**ATTORNEYS FOR DEFENDANT
J&R ELECTRONICS INC.**

By: /s/ *John J. Edmonds with permission by Allen F. Gardner*
John J. Edmonds – LEAD COUNSEL
Texas Bar No. 789758
Michael J. Collins
Texas Bar No. 4614510
Henry M. Pogorzelski
Texas Bar No. 24007852
COLLINS, EDMONDS & POGORZELSKI, PLLC
1616 S. Voss Rd., Suite 125
Houston, Texas 77057
Telephone: (281) 501-3425
Facsimile: (832) 415-2535
jedmonds@cepiplaw.com
mcollins@cepiplaw.com
hpogorzelski@cepiplaw.com

Andrew W. Spangler
Texas Bar No. 24041960
Spangler Law P.C.
208 N. Green Street, Suite 300
Longview, Texas 75601
(903) 753-9300
(903) 553-0403 (fax)
spangler@spanglerlawpc.com

**ATTORNEYS FOR PLAINTIFF ADJUSTACAM LLC**

# CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service and are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on January 3, 2012. Any other counsel of record will be served by First Class U.S. mail on this same date.

*/s/ Allen F. Gardner*
Allen F. Gardner