IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ADJUSTACAM LLC | § | |
| | § | Civil Action No. 6:10-cv-0329-LED |
| v. | § | |
| | § | JURY |
| AMAZON.COM, INC.; et al. | § | |

## ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE

Before the Court is the Joint Motion for Dismissal with Prejudice of Plaintiff Adjustacam LLC and Defendant J&R Electronics Inc.  After consideration of said motion, the Court is of the opinion that it should be GRANTED.

IT IS THEREFORE ORDERED that the claims and counterclaims between Adjustacam LLC and Defendant J&R Electronics Inc. in the above-captioned matter are hereby dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure and each party is to bear its own attorneys' fees and costs.