UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>AMAZON.COM, INC., ET AL.,<br><br>　　　　　　Defendants. | Case No. 6:10-CV-329-LED<br><br>JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE

　　Notice is hereby given that the undersigned attorney, John N. Zarian, enters his appearance in this matter for Defendants Newegg Inc., Newegg.com Inc., and Rosewill Inc. for purposes of receiving notices and orders from the Court.

　　DATED THIS 3rd day of January, 2012.

　　　　　　　　　　　　　　　　PARSONS BEHLE & LATIMER


　　　　　　　　　　　　　　　　By /s/ John N. Zarian
　　　　　　　　　　　　　　　　John N. Zarian (*Admitted E.D. Texas*)
　　　　　　　　　　　　　　　　960 Broadway Avenue, Suite 250
　　　　　　　　　　　　　　　　Boise, Idaho 83706
　　　　　　　　　　　　　　　　Telephone:  (208) 562-4900
　　　　　　　　　　　　　　　　Facsimile:  (208) 562-4901
　　　　　　　　　　　　　　　　E-mail:  jzarian@parsonsbehle.com

　　　　　　　　　　　　　　　　Attorneys For Defendants
　　　　　　　　　　　　　　　　Newegg Inc., Newegg.com Inc., and Rosewill Inc.

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that all counsel of record who are deemed to have consented to electronic service are being served this 3rd day of January, 2012, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by electronic mail, facsimile transmission, and/or first class mail on this same date.

                                                */s/ John N. Zarian*
                                                John N. Zarian

4818-0524-1102.1