# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC,<br><br>        Plaintiff,<br><br>vs.<br><br>AMAZON.COM, INC., ET AL.,<br><br>        Defendants. | Case No. 6:10-CV-329-LED<br><br>JURY TRIAL DEMANDED |

## DEFENDANT NEWEGG.COM INC.'S
## NOTICE OF COMPLIANCE REGARDING PRIVILEGE LOG

Defendant Newegg.com Inc. hereby provides notice that it has complied with its privilege log obligations as requested by the Court's May 27, 2011 Docket Control Order [#451], because it is not presently aware of any privileged documents or information relevant to the present action that were generated or circulated prior to the date suit was filed. However, because discovery is ongoing, Newegg.com Inc. reserves its right to serve a formal privilege log and to supplement such log if and when documents are withheld on the basis of privilege.

DATED THIS 3rd day of January, 2012.

                            PARSONS BEHLE & LATIMER

                            By */s/ Dana M. Herberholz*
                                Dana M. Herberholz *(Admitted E.D. Texas)*
                                Christopher J. Cuneo *(Admitted E.D. Texas)*
                                John N. Zarian *(Admitted E.D. Texas)*
                                960 Broadway, Suite 250
                                Boise, Idaho 83706
                                Telephone:  (208) 562-4900
                                Facsimile:  (208) 562-4901
                                E-mail:  dherberholz@parsonsbehle.com

ccuneo@parsonsbehle.com
jzarian@parsonsbehle.com

YARBROUGH WILCOX, PLLC
Trey Yarbrough, State Bar No. 22133500
Debby E. Gunter, State Bar No. 24012752
100 E. Ferguson Street, Ste. 1015
Tyler, Texas 75702
Telephone:  (903) 595-3111
Facsimile:  (903) 595-0191
E-mail:  trey@yw-lawfirm.com
debby@yw-lawfirm.com

Attorneys For Defendants
Newegg Inc., Newegg.com Inc., and Rosewill Inc.

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that all counsel of record who are deemed to have consented to electronic service are being served this 3rd day of January, 2012, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission, and/or first class mail on this same date.

                                  */s/ Dana M. Herberholz*
                                  Dana M. Herberholz

4810-8113-3838.1