IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

ADJUSTACAM LLC

    v.                                NO. 6:10-cv-329-LED

AMAZON.COM, INC.;  ET AL.             JURY

**JOINT MOTION FOR ENTRY OF PROPOSED AMENDED DOCKET CONTROL ORDER (INCORPORATING LETTER BRIEF DEADLINES)**

NOW COME, Plaintiff ADJUSTACAM LLC and Defendants, AMAZON.COM, INC., AUDITEK CORPORATION, BEST BUY CO., INC., BEST BUY STORES, L.P., BESTBUY.COM, LLC, CDW CORPORATION, DIGITAL INNOVATIONS, LLC, FRY'S ELECTRONICS, INC., GEAR HEAD, LLC, HEWLETT-PACKARD COMPANY, MICROCENTER ELECTRONICS, INC., NEWEGG INC., NEWEGG.COM INC., OFFICE DEPOT, INC., ROSEWILL INC., TARGET CORP., TIGERDIRECT, INC. AND WAL-MART STORES, INC.,[1] in the above captioned action and move the Court as follows:

I.

In accordance with the Court's order of December 22, 2011 regarding a letter briefing schedule, Plaintiff and Defendants jointly request the Court to enter the proposed Amended Docket Control Order submitted herewith.

WHEREFORE, Plaintiff and Defendants respectfully request the foregoing relief, and such other relief to which they may be justly entitled.

---

[1] Plaintiff was not able to obtain permission to sign for the Kohls, Sakar or Systemax Defendants in time to make the Court's deadline, but based upon earlier email exchanges we believe this Motion is a joint one.  If that understanding proves to be mistaken, Plaintiff will immediately inform the Court of such.

January 3, 2012

By: */s/ Brian Craft*
Brian Craft
State Bar No. 04972020
Eric H. Findlay
State Bar No. 00789886
FINDLAY CRAFT, LLP
6760 Old Jacksonville Highway, Suite 101
Tyler, TX 75703
Phone: (903) 534-1100
Fax: (903) 534-1137
Email: efindlay@findlaycraft.com
Email: bcraft@findlaycraft.com
James E. Geringer (admitted *pro hac vice*)

james.geringer@klarquist.com
Salumeh R. Loesch , OR Bar No. 090074
salumeh.loesch@klarquist.com
KLARQUIST SPARKMAN, LLP
121 S.W. Salmon Street, Suite 1600
Portland, Oregon 97204
Telephone: (503) 595-5300
Facsimile: (503) 595-5301

ATTORNEYS FOR DEFENDANT
AMAZON.COM, INC.

By: *Jen-Feng Lee (with permission)*
Jen-Feng Lee, *Pro Hac Vice*
LT Pacific Law Group LLP
17800 Castleton Street, Suite 383
City of Industry, CA 91748
Tel: (626) 810-7200
Fax: (626) 810-7300

ATTORNEYS FOR DEFENDANT
AUDITEK CORPORATION

By: */s/ Brian Craft*
Brian Craft
State Bar No. 04972020
Eric H. Findlay
State Bar No. 00789886
FINDLAY CRAFT, LLP
6760 Old Jacksonville Highway, Suite 101

Respectfully submitted,

By: */s/ John J. Edmonds*
John J. Edmonds – LEAD COUNSEL
Texas Bar No. 789758
Michael J. Collins
Texas Bar No. 4614510
Henry M. Pogorzelski
Texas Bar No. 24007852
COLLINS, EDMONDS & POGORZELSKI,
PLLC
1616 S. Voss Rd., Suite 125
Houston, Texas 77057
Telephone: (281) 501-3425
Facsimile: (832) 415-2535
jedmonds@cepiplaw.com
mcollins@cepiplaw.com
hpogorzelski@cepiplaw.com

Andrew W. Spangler
Texas Bar No. 24041960
Spangler Law P.C.
208 N. Green Street, Suite 300
Longview, Texas 75601
(903) 753-9300
(903) 553-0403 (fax)
spangler@spanglerlawpc.com

ATTORNEYS FOR PLAINTIFF
ADJUSTACAM LLC

By: */s/Christopher J. Cuneo (with permission)*
Christopher J. Cuneo (admitted *pro hac vice*)
Zarian Midgley & Johnson PLLC
960 Broadway, Suite 250
Boise, Idaho 83706
(208) 562-4900 Telephone
(208) 562-4901 Facsimile
E-mail: cuneo@zmjlaw.com

ATTORNEYS FOR DEFENDANT
ROSEWILL INC.

By: */s/ Michael C. Smith (with permission)*
Michael C. Smith
Siebman, Burg, Phillips & Smith, LLP
113 East Austin Street

2

Tyler, TX 75703
Phone: (903) 534-1100
Fax: (903) 534-1137
Email: efindlay@findlaycraft.com
Email: bcraft@findlaycraft.com

Thomas L. Duston
tduston@marshallip.com
Anthony S. Gabrielson
agabrielson@marshallip.com
Benjamin T. Horton
bhorton@marshallip.com
Marshall, Gerstein & Borun LLP
6300 Sears Tower
233 South Wacker Drive
Chicago, IL 60606-6357
(312) 474-6300

ATTORNEYS FOR DEFENDANT CDW
CORPORATION

By: */s/ Gary Y. Leung (with permission)*
Gary Y. Leung
gleung@mcguirewoods.com
MCGUIREWOODS LLP
77 W. Wacker Dr. Ste. 4100
Chicago, IL 60601-1818
312.849.8100
312.849.3690 (fax)
(admitted in E.D. Texas pro hac vice)

 ATTORNEYS FOR DEFENDANT
DIGITAL INNOVATIONS, LLC

*By: /s/ Brian Craft*
Brian Craft
State Bar No. 04972020
Eric H. Findlay
State Bar No. 00789886
Findlay Craft, LLP
6760 Old Jacksonville Highway, Suite 101
Tyler, TX 75703
Phone: (903) 534-1100
Fax: (903) 534-1137
Email: efindlay@findlaycraft.com
Email: bcraft@findlaycraft.com

P.O. Box 1556
Marshall, Texas 75671-1556
(903) 938-8900 (office)
(972) 767-4620 (fax)
michaelsmith@siebman.com

OF COUNSEL:
R. David Donoghue
HOLLAND & KNIGHT LLP
131 South Dearborn Street, 30th floor
Chicago, IL 60603
Tel: (312) 263-3600
Fax: (312)578-6666
david.donoghue@hklaw.com
Peter Sanborn
HOLLAND & KNIGHT LLP
10 St. James Ave.
Boston, MA 02116
Tel: (617) 523-2700
Fax: (617) 523-6850
peter.sanborn@hklaw.com

ATTORNEYS FOR DEFENDANT TARGET
CORP.

By: */s/ Victor de Gyarfas (with permission)*
Victor de Gyarfas
Attorney-in-Charge
(Texas Bar No. 24071250)
e-mail: vdegyarfas@foley.com
FOLEY & LARDNER LLP
555 South Flower Street, Suite 3500
Los Angeles, CA 90071-2411
213.972.4500
213.486.0065

ATTORNEY FOR DEFENDANT
WAL-MART STORES, INC.

By: */s/ Bryan Atkinson (with permission)*
Bryan Farney
Steve Daniels
Bryan Atkinson
Farney Daniels LLP
800 S. Austin Ave., Suite 200
Georgetown, TX  78626

Bryan Farney
Steve Daniels
Bryan Atkinson
Farney Daniels LLP
800 S. Austin Ave., Suite 200
Georgetown, TX 78626
Main number: 512-582-2828
BFarney@farneydaniels.com
SDaniels@farneydaniels.com
BAtkinson@farneydaniels.com

ATTORNEYS FOR DEFENDANTS
HEWLETT-PACKARD
COMPANY, FRY'S
ELECTRONICS, INC.,
MICROCENTER ELECTRONICS,
INC., AND OFFICE DEPOT, INC.

By: */s/ Herbert J. Hammond (with
permission)*
Herbert J. Hammond
Attorney-In-Charge
State Bar No. 08858500
Vishal Patel
State Bar No. 24065885
THOMPSON & KNIGHT LLP
One Arts Plaza
1722 Routh St., Suite 1500
Dallas, Texas 75201
(214) 969-1700
(214) 969-1751 (Fax)

Patricia L. Davidson
MIRICK, O'CONNELL, DEMALLIE
&LOUGEE, LLP
100 Front Street
Worcester, Massachusetts 01608-1477
(508) 860-1540
(508) 983-6240 (Fax)

ATTORNEYS FOR DEFENDANT
GEAR HEAD, LLC

Main number: 512-582-2828
BFarney@farneydaniels.com
SDaniels@farneydaniels.com
BAtkinson@farneydaniels.com

ATTORNEYS FOR DEFENDANTS
BEST BUY CO., INC., BEST BUY
STORES, L.P. AND BESTBUY.COM,
LLC

By: /s/Dana M. Herberholz (with permission)
Christopher J. Cuneo (admitted pro hac vice)
Dana M. Herberholz
Parsons Behle & Latimer
960 Broadway, Suite 250
Boise, Idaho 83706
(208) 562-4900 Telephone
(208) 562-4901 Facsimile
dherberholz@parsonsbehle.com
ccuneo@parsonsbehle.com

ATTORNEYS FOR DEFENDANTS
NEWEGG INC. AND NEWEGG.COM INC.

By: /s/Dana M. Herberholz (with permission)
Christopher J. Cuneo (admitted pro hac vice)
Dana M. Herberholz
Parsons Behle & Latimer
960 Broadway, Suite 250
Boise, Idaho 83706
(208) 562-4900 Telephone
(208) 562-4901 Facsimile
dherberholz@parsonsbehle.com
ccuneo@parsonsbehle.com

ATTORNEYS FOR DEFENDANT
ROSEWILL INC.

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

January 3, 2012                              /s/ *John J. Edmonds*
                                             John J. Edmond