IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC | |
| v. | NO. 6:10-cv-329-LED |
| AMAZON.COM, INC.; ET AL. | JURY |

## JOINT STATEMENT REGARDING TECHNICAL ADVISOR

The parties[1] have agreed that a technical advisor is not necessary to assist the Court with its claim construction ruling for this case. Should the Court choose to appoint a technical advisor, the parties would not oppose it.

January 3, 2012

By: /s/ Brian Craft
Brian Craft
State Bar No. 04972020
Eric H. Findlay
State Bar No. 00789886
FINDLAY CRAFT, LLP
6760 Old Jacksonville Highway, Suite 101
Tyler, TX 75703
Phone: (903) 534-1100
Fax: (903) 534-1137
Email: efindlay@findlaycraft.com
Email: bcraft@findlaycraft.com
James E. Geringer (admitted *pro hac vice*)

james.geringer@klarquist.com
Salumeh R. Loesch , OR Bar No. 090074
salumeh.loesch@klarquist.com
KLARQUIST SPARKMAN, LLP
121 S.W. Salmon Street, Suite 1600
Portland, Oregon 97204
Telephone: (503) 595-5300
Facsimile: (503) 595-5301

Respectfully submitted,

By: /s/ John J. Edmonds
John J. Edmonds – LEAD COUNSEL
Texas Bar No. 789758
Michael J. Collins
Texas Bar No. 4614510
Henry M. Pogorzelski
Texas Bar No. 24007852
COLLINS, EDMONDS & POGORZELSKI, PLLC
1616 S. Voss Rd., Suite 125
Houston, Texas 77057
Telephone: (281) 501-3425
Facsimile: (832) 415-2535
jedmonds@cepiplaw.com
mcollins@cepiplaw.com
hpogorzelski@cepiplaw.com

Andrew W. Spangler
Texas Bar No. 24041960
Spangler Law P.C.
208 N. Green Street, Suite 300
Longview, Texas 75601

---

[1] Plaintiff was not able to obtain permission to sign for the Kohls, Sakar or Systemax Defendants in time to make the Court's deadline, but based upon earlier email exchanges we believe this Statement is a joint one. If that understanding proves to be mistaken, Plaintiff will immediately inform the Court of such.

ATTORNEYS FOR DEFENDANT
AMAZON.COM, INC.

By: *Jen-Feng Lee (with permission)*
Jen-Feng Lee, *Pro Hac Vice*
LT Pacific Law Group LLP
17800 Castleton Street, Suite 383
City of Industry, CA 91748
Tel: (626) 810-7200
Fax: (626) 810-7300

ATTORNEYS FOR DEFENDANT
AUDITEK CORPORATION

By: */s/ Brian Craft*
Brian Craft
State Bar No. 04972020
Eric H. Findlay
State Bar No. 00789886
FINDLAY CRAFT, LLP
6760 Old Jacksonville Highway, Suite 101
Tyler, TX 75703
Phone: (903) 534-1100
Fax: (903) 534-1137
Email: efindlay@findlaycraft.com
Email: bcraft@findlaycraft.com

Thomas L. Duston
tduston@marshallip.com
Anthony S. Gabrielson
agabrielson@marshallip.com
Benjamin T. Horton
bhorton@marshallip.com
Marshall, Gerstein & Borun LLP
6300 Sears Tower
233 South Wacker Drive
Chicago, IL 60606-6357
(312) 474-6300

ATTORNEYS FOR DEFENDANT CDW
CORPORATION

By: */s/ Gary Y. Leung (with permission)*
Gary Y. Leung
gleung@mcguirewoods.com

(903) 753-9300
(903) 553-0403 (fax)
spangler@spanglerlawpc.com

ATTORNEYS FOR PLAINTIFF
ADJUSTACAM LLC

By: */s/Christopher J. Cuneo (with permission)*
Christopher J. Cuneo (admitted *pro hac vice*)
Zarian Midgley & Johnson PLLC
960 Broadway, Suite 250
Boise, Idaho 83706
(208) 562-4900 Telephone
(208) 562-4901 Facsimile
E-mail: cuneo@zmjlaw.com

ATTORNEYS FOR DEFENDANT
ROSEWILL INC.

By: /s/ *Michael C. Smith (with permission)*
Michael C. Smith
Siebman, Burg, Phillips & Smith, LLP
113 East Austin Street
P.O. Box 1556
Marshall, Texas 75671-1556
(903) 938-8900 (office)
(972) 767-4620 (fax)
michaelsmith@siebman.com

OF COUNSEL:
R. David Donoghue
HOLLAND & KNIGHT LLP
131 South Dearborn Street, 30th floor
Chicago, IL 60603
Tel: (312) 263-3600
Fax: (312)578-6666
david.donoghue@hklaw.com
Peter Sanborn
HOLLAND & KNIGHT LLP
10 St. James Ave.
Boston, MA 02116
Tel: (617) 523-2700
Fax: (617) 523-6850
peter.sanborn@hklaw.com

ATTORNEYS FOR DEFENDANT TARGET

2

MCGUIREWOODS LLP
77 W. Wacker Dr. Ste. 4100
Chicago, IL 60601-1818
312.849.8100
312.849.3690 (fax)
(admitted in E.D. Texas pro hac vice)

ATTORNEYS FOR DEFENDANT
DIGITAL INNOVATIONS, LLC

By: */s/ Brian Craft*
Brian Craft
State Bar No. 04972020
Eric H. Findlay
State Bar No. 00789886
FINDLAY CRAFT, LLP
6760 Old Jacksonville Highway, Suite 101
Tyler, TX 75703
Phone: (903) 534-1100
Fax: (903) 534-1137
Email: efindlay@findlaycraft.com
Email: bcraft@findlaycraft.com

Bryan Farney
Steve Daniels
Bryan Atkinson
Farney Daniels LLP
800 S. Austin Ave., Suite 200
Georgetown, TX 78626
Main number: 512-582-2828
BFarney@farneydaniels.com
SDaniels@farneydaniels.com
BAtkinson@farneydaniels.com

ATTORNEYS FOR DEFENDANTS
HEWLETT-PACKARD
COMPANY, FRY'S
ELECTRONICS, INC.,
MICROCENTER ELECTRONICS,
INC., AND OFFICE DEPOT, INC.

By: */s/ Herbert J. Hammond (with permission)*
Herbert J. Hammond
Attorney-In-Charge
State Bar No. 08858500

CORP.

By: */s/ Victor de Gyarfas (with permission)*
Victor de Gyarfas
Attorney-in-Charge
(Texas Bar No. 24071250)
e-mail: vdegyarfas@foley.com
FOLEY & LARDNER LLP
555 South Flower Street, Suite 3500
Los Angeles, CA 90071-2411
213.972.4500
213.486.0065

ATTORNEY FOR DEFENDANT
WAL-MART STORES, INC.

By: */s/ Bryan Atkinson (with permission)*
Bryan Farney
Steve Daniels
Bryan Atkinson
Farney Daniels LLP
800 S. Austin Ave., Suite 200
Georgetown, TX 78626
Main number: 512-582-2828
BFarney@farneydaniels.com
SDaniels@farneydaniels.com
BAtkinson@farneydaniels.com

ATTORNEYS FOR DEFENDANTS
BEST BUY CO., INC., BEST BUY
STORES, L.P. AND BESTBUY.COM,
LLC

By: /s/Dana M. Herberholz (with permission)
Christopher J. Cuneo (admitted pro hac vice)
Dana M. Herberholz
Parsons Behle & Latimer
960 Broadway, Suite 250
Boise, Idaho 83706
(208) 562-4900 Telephone
(208) 562-4901 Facsimile
dherberholz@parsonsbehle.com
ccuneo@parsonsbehle.com

ATTORNEYS FOR DEFENDANTS
NEWEGG INC. AND NEWEGG.COM INC.

| | |
|---|---|
| Vishal Patel | |
| State Bar No. 24065885 | By: /s/Dana M. Herberholz (with permission) |
| THOMPSON & KNIGHT LLP | Christopher J. Cuneo (admitted pro hac vice) |
| One Arts Plaza | Dana M. Herberholz |
| 1722 Routh St., Suite 1500 | Parsons Behle & Latimer |
| Dallas, Texas 75201 | 960 Broadway, Suite 250 |
| (214) 969-1700 | Boise, Idaho 83706 |
| (214) 969-1751 (Fax) | (208) 562-4900 Telephone |
| | (208) 562-4901 Facsimile |
| Patricia L. Davidson | dherberholz@parsonsbehle.com |
| MIRICK, O'CONNELL, DEMALLIE &LOUGEE, LLP | ccuneo@parsonsbehle.com |
| 100 Front Street | ATTORNEYS FOR DEFENDANT |
| Worcester, Massachusetts 01608-1477 | ROSEWILL INC. |
| (508) 860-1540 | |
| (508) 983-6240 (Fax) | |

ATTORNEYS FOR DEFENDANT
GEAR HEAD, LLC

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

| | |
|---|---|
| January 3, 2012 | /s/ *John J. Edmonds* |
| | John J. Edmonds |