IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 6:10-cv-329-LED |
| ) | |
| AMAZON.COM, INC., et al. ) | |
| ) | |
| Defendants. ) | |

**<u>DIGITAL INNOVATIONS' UNOPPOSED MOTION TO SUBSTITUTE COUNSEL</u>**

Defendant, DIGITAL INNOVATIONS, LLC ("Digital Innovations"), by and through its attorneys, respectfully submits this Motion to Substitute Counsel, and states as follows:

1. Digital Innovations requests that Tamara D. Stiner Toomer of the law firm of McGuireWoods LLP replace Bradley W. Hoover as counsel for Digital Innovations.  Mr. Hoover is no longer with the firm of McGuireWoods and will no longer be representing Digital Innovations in this case.

2. This substitution of counsel has been agreed to by Plaintiff, Adjustacam LLC, and is not sought for the purposes of delay.

For the reasons set forth herein, upon the request made in good faith, Digital Innovations respectfully requests that this Court grant the Unopposed Motion to Substitute Counsel and substitute Tamara D. Stiner Toomer of the law firm of McGuireWoods LLP as counsel for Digital Innovations.

Dated: January 5, 2012                     Respectfully submitted,


                                           s/ Gary Y. Leung
                                           Gary Y. Leung
                                           gleung@mcguirewoods.com
                                           MCGUIREWOODS LLP

      77 W. Wacker Dr. Ste. 4100
      Chicago, IL 60601-1818
      312.849.8100
      312.849.3690 (fax)
      (*admitted pro hac vice*)


      Tamara D. Stiner Toomer
      tstinertoomer@mcguirewoods.com
      State Bar No. 24043940
      MCGUIREWOODS LLP
      600 Travis St., Suite 7500
      Houston, Texas 77002
      713.571.9191
      713.571.9652 (fax)

      ATTORNEYS FOR DIGITAL INNOVATIONS

CERTIFICATE OF SERVICE

 I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

January 5, 2012                     s/ Gary Y. Leung
                                 Gary Y. Leung