IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 6:10-cv-329-LED |
| ) | |
| AMAZON.COM, INC., et al. ) | |
| ) | |
| Defendants. ) | |

**ORDER ON DIGITAL INNOVATIONS'**
**UNOPPOSED MOTION TO SUBSTITUTE COUNSEL**

After considering DIGITAL INNOVATIONS, LLC's ("Digital Innovations") Motion to Substitute Counsel and all pleadings on file,

IT IS ORDERED that Digital Innovations' Motion to Substitute Counsel is hereby GRANTED.

Dated at Tyler, Texas, this _____ day of _____, 2012.

_____
UNITED STATES DISTRICT JUDGE