# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 6:10-cv-329-LED |
| | ) |
| AMAZON.COM, INC., et al. | ) |
| | ) |
| Defendants. | ) |

## ORDER ON DIGITAL INNOVATIONS' UNOPPOSED MOTION TO SUBSTITUTE COUNSEL

After considering DIGITAL INNOVATIONS, LLC's ("Digital Innovations") Motion to Substitute Counsel and all pleadings on file,

IT IS ORDERED that Digital Innovations' Motion to Substitute Counsel is hereby GRANTED.