IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

ADJUSTACAM LLC
    *Plaintiff*

v.

AMAZON.COM, INC. *et al.*,
    *Defendants*

Case No. 6:10-cv-329-LED

**JURY TRIAL DEMANDED**

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Defendants Best Buy Co. Inc., Best Buy Stores, LP, Bestbuy.com, LLC, CDW LLC.[1], Fry's Electronics, Inc., Hewlett-Packard Company, Micro Electronics, Inc d/b/a Micro Center, Office Depot, Inc. and Target Corporation, and on behalf of all Defendants in this case, respectfully submit this unopposed motion for an extension of time to file their responsive brief and supporting evidence under P.R. 4-5(b) from January 13, 2012, up to and including January 17, 2012.

This Motion is unopposed.

---

[1] On December 31, 2009, "CDW Corporation" merged into CDWC LLC, an Illinois limited liability company, and the name of CDWC LLC was changed to "CDW LLC" as of that date.

**PAGE 1**

| | | |
|---|---|---|
| DATED:  January 5, 2012 | By: | _____/s/ Steven R. Daniels_____ |
| | | W. Bryan Farney |
| | | Lead Attorney |
| | | Texas State Bar No. 06826600 |
| | | Steven R. Daniels |
| | | Texas State Bar No. 24025318 |
| | | Bryan D. Atkinson |
| | | Texas State Bar No. 24036157 |
| | | FARNEY DANIELS, LLP |
| | | 800 S. Austin Ave., Suite 200 |
| | | Georgetown, Texas 78626 |
| | | Telephone:  (512) 582-2828 |
| | | Facsimile:  (512) 582-2829 |
| | | bfarney@farneydaniels.com |
| | | sdaniels@farneydaniels.com |
| | | batkinson@farneydaniels.com |
| | | ATTORNEYS  FOR DEFENDANTS |
| | | BEST BUY CO., INC. |
| | | BEST BUY STORES, LP |
| | | BESTBUY.COM, LLC |
| | | CDW LLC |
| | | FRY'S ELECTRONICS, INC. |
| | | HEWLETT-PACKARD COMPANY |
| | | MICRO ELECTRONICS, INC |
| | | OFFICE DEPOT, INC. |

### CERTIFICATE OF CONFERENCE

The undersigned certifies that the parties have met and conferred in accordance with LR CV-7, and this Motion is Unopposed.

_____/s/ Steven R. Daniels_____

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this notice was served on all counsel of record who have consented to electronic service as this district requires.  Local Rule CV-5(a)(3)(A).

_____/s/ Steven R. Daniels_____