IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC<br>    *Plaintiff*<br><br>v.<br><br>AMAZON.COM, INC. *et al.*,<br>    *Defendants* | Case No. 6:10-cv-329-LED<br><br>**JURY TRIAL DEMANDED** |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

The Court, having considered Defendants' unopposed motion ("Motion") for an extension of time to file their responsive brief and supporting evidence under P.R. 4-5(b) from January 13, 2012, up to and including December 19, 2011, is of the opinion that such Motion should be GRANTED.  It is therefore:

ORDERED that Defendants' deadline to file their responsive brief and supporting evidence under P.R. 4-5(b) is extended from January 13, 2012 to January 17, 2012.

**So ORDERED and SIGNED this 6th day of January, 2012.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**