IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC<br>　　　*Plaintiff*<br><br>v.<br><br>AMAZON.COM, INC. *et al.*,<br>　　　*Defendants* | Case No. 6:10-cv-329-LED<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE

Notice is hereby given to the court and all parties of record that the undersigned attorney, Bryan D. Atkinson, of the law firm Farney Daniels, LLP, 800 S. Austin Ave., Suite 200, Georgetown, TX 78626, Telephone (512) 582-2828 enters his appearance as an attorney of record on behalf of Defendants Best Buy Co. Inc., Best Buy Stores, LP, Bestbuy.com, LLC, CDW LLC.[1], Fry's Electronics, Inc., Hewlett-Packard Company, Micro Electronics, Inc d/b/a Micro Center, Office Depot, Inc. and Target Corporation in the above-referenced case.

Mr. Atkinson respectfully requests that he henceforth receive electronic notices of all subsequent filings at: BAtkinson@farneydaniels.com.

---

[1] On December 31, 2009, "CDW Corporation" merged into CDWC LLC, an Illinois limited liability company, and the name of CDWC LLC was changed to "CDW LLC" as of that date.

| | | |
|---|---|---|
| DATED:  January 9, 2012 | By: | _____*/s/ Bryan D. Atkinson*_____ |
| | | W. Bryan Farney |
| | | Lead Attorney |
| | | Texas State Bar No. 06826600 |
| | | Steven R. Daniels |
| | | Texas State Bar No. 24025318 |
| | | Bryan D. Atkinson |
| | | Texas State Bar No. 24036157 |
| | | Jia-Geng Lu |
| | | California Bar No. 271589 |
| | | FARNEY DANIELS, LLP |
| | | 800 S. Austin Ave., Suite 200 |
| | | Georgetown, Texas 78626 |
| | | Telephone:  (512) 582-2828 |
| | | Facsimile:  (512) 582-2829 |
| | | bfarney@farneydaniels.com |
| | | sdaniels@farneydaniels.com |
| | | batkinson@farneydaniels.com |
| | | jl@farneydaniels.com |
| | | ATTORNEYS  FOR DEFENDANTS |
| | | BEST BUY CO., INC. |
| | | BEST BUY STORES, LP |
| | | BESTBUY.COM, LLC |
| | | CDW LLC |
| | | FRY'S ELECTRONICS, INC. |
| | | HEWLETT-PACKARD COMPANY |
| | | MICRO ELECTRONICS, INC |
| | | OFFICE DEPOT, INC. |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this notice was served on all counsel of record who have consented to electronic service as this district requires.  Local Rule CV-5(a)(3)(A).

_____*/s/ Bryan D. Atkinson*_____