IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ADJUSTACAM, LLC | § | |
| | § | |
| vs. | § | C.A. NO. 6:10-CV-329-LED |
| | § | |
| AMAZON.COM, INC., ET AL | § | |

### REQUEST FOR TERMINATION OF ELECTRONIC NOTICES

Come now J. Thad Heartfield and M. Dru Montgomery of The Heartfield Law Firm and, pursuant to Local Rule CV-11(f), request that the Clerk of this Court remove their names from the list of persons authorized to receive electronic notices in this case.

Dated: January 17, 2012          Respectfully submitted,

By:   /s/ J. Thad Heartfield
    J. Thad Heartfield
    Texas Bar No. 09346800
    E-mail: thad@jth-law.com
    M. Dru Montgomery
    Texas Bar No. 24010800
    E-mail: dru@jth-law.com
THE HEARTFIELD LAW FIRM
2195 Dowlen Road
Beaumont, Texas 77706
Telephone:  (409) 866-3318
Fax:  (409) 866-5789

COUNSEL FOR DEFENDANT,
CONN'S INC. D/B/A CONN'S

## **CERTIFICATE OF SERVICE**

The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 17th day of January, 2012. Any other counsel of record will be served by first class mail.

    /s/ J. Thad Heartfield
J. Thad Heartfield