IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC<br>    *Plaintiff*<br><br>v.<br><br>AMAZON.COM, INC. *et al.*,<br>    *Defendants* | Case No. 6:10-cv-329-LED<br><br>**JURY TRIAL DEMANDED** |

### DECLARATION OF JIA-GENG LU TO ACCOMPANY DEFENDANTS' RESPONSIVE CLAIM CONSTRUCTION BRIEF

I, Jia-geng Lu, declare as follows:

1. I am over the age of eighteen, and I am competent to make this declaration. I provide this declaration based upon my personal knowledge. I would testify to the facts in this declaration under oath if called upon to do so.

2. I am attorney with the firm of Farney Daniels LLP, counsel for defendants CDW, Inc., CDW Corp., CDW LLC, Fry's Electronics Inc.., Hewlett-Packard Co., Microcenter Electronics INc., Office Depot, Inc., Target Corp., Best Buy Co Inc., Best Buy Stores, LP, and Bestbuy.com, LLC.

3. Attached hereto as Exhibits A-E are true and correct copies of the documents indicated in the following table:

| Exh. No. | Document |
|---|---|
| A | Plaintiff's P.R. 4-2 Disclosure |
| B | Defendants' P.R. 4-2 Disclosure |
| C | THE MERRIAM WEBSTER DICTIONARY (2004) ("hinge") |
| D | MCGRAW-HILL DICTIONARY OF SCIENTIFIC AND TECHNICAL TERMS (5th ed. 1994) ("hinge") |
| E | THE MERRIAM WEBSTER DICTIONARY (2004) ("pivot") |

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 17th day of January, 2012, in Georgetown, Texas.

_____
Jia-geng Lu