# EXHIBIT B

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC<br>*Plaintiff*<br><br>v.<br><br>AMAZON.COM, INC. *et al.*,<br>*Defendants* | Case No. 6:10-cv-329-LED<br><br>**JURY TRIAL DEMANDED** |

### DEFENDANTS' P.R. 4-2 DISCLOSURE

Pursuant to Rule 4-2 of the Patent Rules for Patent Cases before the Eastern District of Texas ("Patent Rules" or "P.R.") and the Court's May 26, 2011 Docket Control Order, defendants Amazon.com, Inc., Auditek Corporation, Best Buy Co. Inc., Best Buy Stores, LP, Bestbuy.Com, CDW LLC[1], CompUSA.com, Inc., Dell, Inc., Digital Innovations, LLC, Fry's Electronics, Inc., Gear Head, LLC, Hewlett-Packard Company, J&R Electronics, Inc., d/b/a J&R, Kohls Corporation, and Kohl's Illinois, Inc., Macally Peripherals, Inc., Mace Group, Inc., Micro Electronics, Inc. d/b/a Micro Center, New Compusa Corporation, Newegg, Inc., Newegg.Com, Inc., Office Depot, Inc., Rosewill Inc., Sakar International, Inc., Systemax, Inc., Target Corporation, Tigerdirect, Inc., and Wal-Mart Stores, Inc., LLC, (collectively, "Defendants"), propose that the following claim terms, phrases or clauses should be construed by the Court as follows:

---

[1] On December 31, 2009, "CDW Corporation" merged into CDWC LLC, an Illinois limited liability company, and the name of CDWC LLC was changed to "CDW LLC" as of that date.

**DEFENDANTS' P.R. 4-2 DISCLOSURE**
**CASE NO.  6:10-CV-329-LED**

| Claims | Claim Term/Phrase/Clause | Proposed Construction |
|---|---|---|
| 1, 8, 19 | Hinge member | Structural element that may be joined to another so as to form a hinge joint and is capable of rotating on that hinge joint |
| 1, 19 | Axis of rotation | Plain meaning |
| 1, 8, 19 | Support frame | A physically distinct structural element attached to the hinge member so as to form a hinge joint, that can take different dispositions via rotation about said hinge joint |
| 1, 19 | Rotatably attached | Connected such that the connected object is capable of being adjusted to different configurations via motion over one axis of rotation |
| 1, 19/8 | Adapted to be rotatably attached/ Adapted to rotatably attach | Formed in a manner to allow an object connected thereto to be adjusted to different configurations via movement over one axis of rotation |
| 1 | Disposition | Configuration of the support frame relative to the hinge member accomplished through rotation about the second axis, enabling support of the hinge member  on a surface or edge |
| 1 | Maintained adjacent said edge | Positioned near said edge without engaging or contacting the edge |
| 1 | When said first surface and said second surface are inclined from a generally horizontal orientation | When the object upon which the claimed apparatus rests is not generally horizontal but inclined from the horizontal |
| 19 | A display screen which can be inclined from a generally horizontal position | A display screen that may be adjusted from a generally horizontal position to a non-horizontal position |
| 8 | body | One unitary structural element |
| 8 | Proximal…end | One end of the hinge member, distinct from the distal end |
| 8 | Distal end | Other end of the hinge member distinct from the proximal end |
| 8 | Hingedly attaching | Connected or joined via a hinge joint so as to allow swinging motion about said hinge joint |
| 8 | Pivot element | One unitary structural element around which an attached camera rotates |
| 19 | Rotation of said support frame being prevented along an axis substantially parallel | The support frame, or portions thereof,  is prevented from moving about the second axis, and thus remains in one particular disposition relative to said second axis |
| 19 | Engagingly support | Maintained in a stable position relative to an object by the support frame via physical contact between the support frame and said object |

DEFENDANTS' P.R. 4-2 DISCLOSURE
CASE NO.  6:10-CV-329-LED

PAGE 2

DATED:  October 28, 2011

By: _____ /s/ Steven R. Daniels _____

W. Bryan Farney
Lead Attorney
Texas State Bar No. 06826600
Steven R. Daniels
Texas State Bar No. 24025318
Bryan D. Atkinson
Texas State Bar No. 24036157
FARNEY DANIELS LLP
800 S. Austin Ave., Suite 200
Georgetown, Texas 78626
Telephone:     (512) 582-2828
Facsimile:     (512) 582-2829
E-mails:
  BFarney@farneydaniels.com
  SDaniels@farneydaniels.com
  BAtkinson@farneydaniels.com
**ATTORNEYS FOR DEFENDANTS
CDW, INC., CDW CORPORATION,
CDW LLC, CREATIVE LABS, INC.,
FRY'S ELECTRONICS INC.,
HEWLETT-PACKARD COMPANY,
MICROCENTER ELECTRONICS,
INC., OFFICE DEPOT, INC., TARGET
CORPORATION, BEST BUY CO. INC.,
BEST BUY STORES, LP, AND
BESTBUY.COM, LLC**

By: _____ /s/ Eric H. Findlay _____

Eric H. Findlay
State Bar No. 00789886
Brian Craft
State Bar No. 04972020
Findlay Craft, LLP
6760 Old Jacksonville Hwy
Suite 101
Tyler, TX  75703
 (903) 534-1100
 (903) 534-1137 FAX
efindlay@findlaycraft.com
bcraft@findlaycraft.com

James E. Geringer (pro hac vice)
james.geringer@klarquist.com
Salumeh R. Loesch
salumeh.loesch@klarquist.com
KLARQUIST SPARKMAN, LLP
121 S.W. Salmon Street, Suite 1600
Portland, Oregon  97204
Telephone:  (503) 595-5300
Facsimile:  (503) 595-5301
**ATTORNEYS FOR DEFENDANT
AMAZON.COM, INC.**

By:      _/s/ Jen-Feng Lee_____

      Jen-Feng Lee (pro hac vice)
      LT Pacific Law Group LLP
      17800 Castleton Street, Suite 383
      City of Industry, CA 91748
      Tel: (626) 810-7200
      Fax: (626) 810-7300
      Email: jflee@ltpacificlaw.com

**ATTORNEYS FOR DEFENDANT
AUDITEK CORPORATION**


By:      _/s/ David W. Denenberg_____

      David W. Denenberg (pro hac vice)
      Davidorr Malito & Hutcher LLP
      200 Garden City Plaza
      Garden City, New York 1 1530
      (516) 247-4440 (Telephone)
      (516) 248-6422 (Facsimile)
      dwd@dmlegal.com

**ATTORNEYS FOR DEFENDANTS
SYSTEMAX, INC., COMPUSA.COM,
INC., NEW COMPUSA
CORPORATION, AND TIGERDIRECT,
INC.**

By:      _/s/ Roger Fulghum_____

      Scott F. Partridge
      Lead Attorney
      Texas State Bar No. 00786940
      Roger Fulghum
      Texas State Bar No. 00790724
      BAKER BOTTS L.L.P.
      One Shell Plaza
      910 Louisiana Street
      Houston, Texas 77002-4995
      Telephone:  (713) 229-1569
      Facsimile:  (713) 229-7769
      E-mail:
      scott.partridge@bakerbotts.com
      E-mail:
      roger.fulghum@bakerbotts.com

      Paula D. Heyman
      Texas State Bar No. 24027075
      BAKER BOTTS L.L.P.
      98 San Jacinto Boulevard
      Suite 1500
      Austin, Texas  78701-4078
      Telephone:  (512) 322-2555
      Facsimile:  (512) 322-3610
      E-mail:
      paula.heyman@bakerbotts.com

**ATTORNEYS FOR DEFENDANT
DELL INC.**

By:     _____ /s/ Phillip B. Philbin _____

    Phillip B. Philbin
    phillip.philbin@haynesboone.com
    Texas State Bar No. 15909020
    HAYNES AND BOONE, L.L.P.
    2323 Victory Avenue, Suite 700
    Dallas, Texas 75219
    Tel: 214-651-5000
    Fax: 214-651-5940

    *Of Counsel:*
    Kenneth K. Dort
    kdort@mcguirewoods.com
    Gary Y. Leung
    gleung@mcguirewoods.com
    MCGUIREWOODS LLP
    77 W. Wacker Dr. Ste. 4100
    Chicago, IL 60601-1818
    312.849.8100
    312.849.3690 (fax)

**ATTORNEYS FOR DEFENDANT
DIGITAL INNOVATIONS, LLC**

By:     _____ /s/ Herbert J. Hammond _____

    Herbert J. Hammond
    Attorney-In-Charge
      State Bar No. 08858500
    Vishal Patel
      State Bar No. 24065885
    THOMPSON & KNIGHT LLP
    One Arts Plaza
    1722 Routh St., Suite 1500
    Dallas, Texas 75201
    (214) 969-1700
    (214) 969-1751 (Fax)

    Patricia L. Davidson
    MIRICK, O'CONNELL,
    DEMALLIE & LOUGEE, LLP
    100 Front Street
    Worcester, Massachusetts  01608-1477
    (508) 860-1540
    (508) 983-6240 (Fax)

**ATTORNEYS FOR DEFENDANT
GEAR HEAD, LLC**

By:     _____ /s/ Peter M. Lukevich _____

    Attorney at Law
    APEX JURIS, PLLC
    12733 Lake City Way NE
    peter@apexjuris.com
    Seattle, WA  98125
    Telephone: (206) 664.0314
    Facsimile: (206) 664.0329

**ATTORNEYS FOR DEFENDANTS
MACALLY PERIPHERALS, INC.
D/B/A MACALLY U.S.A AND MACE
GROUP, INC.**

By:      /s/ Trey Yarbrough

Trey Yarbrough
State Bar No. 22133500
Debby E. Gunter
State Bar No. 24012752
Yarbrough Wilcox, PLLC
100 E. Ferguson St., Ste. 1015
Tyler, Texas 75702
(903) 595-3111 Telephone
(903) 595-0191 Facsimile
E-mail: trey@yw-lawfirm.com
   debby@yw-lawfirm.com

Of Counsel:
Christopher J. Cuneo
Zarian Midgley & Johnson PLLC
960 Broadway, Suite 250
Boise, Idaho 83706
(208) 562-4900 Telephone
(208) 562-4901 Facsimile
E-mail: Cuneo@zarianmidgley.com

**ATTORNEYS FOR DEFENDANTS
NEWEGG, INC., NEWEGG.COM,
INC., AND ROSEWILL INC.**

By:      /s/ Victor de Gyarfas

Victor de Gyarfas
Texas Bar No. 24071250
e-mail:  vdegyarfas@foley.com
FOLEY & LARDNER LLP
555 South Flower Street, Suite 3500
Los Angeles, CA 90071-2411
213.972.4500
213.486.0065
**ATTORNEYS FOR DEFENDANT
WAL-MART STORES, INC.**

/s/ Michael E. Jones

Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
Allen F. Gardner
State Bar No. 24043679
allengardner@potterminton.com
Daniel A. Noteware, Jr.
State Bar No. 24051123
dannynoteware@potterminton.com
**POTTER MINTON**
A Professional Corporation
110 N. College Ave., Suite 500
Tyler, Texas  75702
Tel: (903) 597-8311
Fax: (903) 593-0846

**ATTORNEYS FOR DEFENDANT J&R
ELECTRONICS INC.**

By:      /s/ Ezra Sutton

EZRA SUTTON, Esq. (pro hac vice)
EZRA SUTTON, P. A.
Plaza 9, 900 Route 9
Woodbridge, New Jersey 07095
Tel:  732-634-3520
Fax: 732-634-3511
Email: esutton@ezrasutton.com
**ATTORNEYS FOR DEFENDANTS
SAKAR INTERNATIONAL, INC.,
KOHL'S CORPORATION, and
KOHL'S ILLINOIS, INC.**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this notice was served on all counsel who have consented to electronic service, Local Rule CV-5(a)(3)(A), on this the 28th day of October, 2011.

*/s/ Steven R. Daniels*
Steven R. Daniels
