# EXHIBIT C



# The Merriam-Webster Dictionary



Merriam-Webster, Incorporated
Springfield, Massachusetts

DEFCC00000



## A GENUINE MERRIAM-WEBSTER

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

Copyright © 2004 by Merriam-Webster, Incorporated

ISBN-13: 978-0-87779-930-6
ISBN-10: 0-87779-930-X

*All rights reserved. No part of this work covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, recording, taping, or information storage and retrieval systems—without written permission of the publisher.*

MADE IN THE UNITED STATES OF AMERICA

080910 DFC:QP/B 1009080706

DEFCC000002

**high–ten·sion** \'hī-'ten-chən\ *adj* : having or using a high voltage
**high–test** \-'test\ *adj* : having a high octane number
**high–tick·et** \-'ti-kət\ *adj* : EXPENSIVE
**high–toned** \-'tōnd\ *adj* 1 : high in social, moral, or intellectual quality 2 : PRETENTIOUS, POMPOUS
**high·way** \'hī-ˌwā\ *n* : a main direct road
**high·way·man** \'hī-ˌwā-mən\ *n* : a thief who robs travelers on a road
**hi·jack** *also* **high·jack** \'hī-ˌjak\ *vb* : to steal esp. by stopping a vehicle on the highway; *also* : to commandeer a flying airplane — **hijack** *n* — **hi·jack·er** *n*
¹**hike** \'hīk\ *vb* **hiked; hik·ing** 1 : to move or raise with a sudden motion 2 : to take a long walk — **hik·er** *n*
²**hike** *n* 1 : a long walk 2 : RISE, INCREASE ⟨price ~⟩
**hi·lar·i·ous** \hi-'ler-ē-əs, hī-\ *adj* : marked by or providing boisterous merriment — **hi·lar·i·ous·ly** *adv* — **hi·lar·i·ty** \-ə-tē\ *n*
**hill** \'hil\ *n* 1 : a usu. rounded elevation of land 2 : a little heap or mound (as of earth) — **hilly** *adj*
**hill·bil·ly** \'hil-ˌbi-lē\ *n, pl* **-lies** : a person from a backwoods area
**hill·ock** \'hi-lək\ *n* : a small hill
**hill·side** \'hil-ˌsīd\ *n* : the part of a hill between the summit and the foot
**hill·top** \-ˌtäp\ *n* : the top of a hill
**hilt** \'hilt\ *n* : a handle esp. of a sword or dagger
**him** \'him\ *pron, objective case of* HE
**him·self** \him-'self\ *pron* : HE, HIM — used reflexively, for emphasis, or in absolute constructions
¹**hind** \'hīnd\ *n, pl* **hinds** *also* **hind** : a female of a common Eurasian deer
²**hind** *adj* : REAR ⟨the dog's ~ legs⟩
¹**hin·der** \'hin-dər\ *vb* 1 : to impede the progress of 2 : to hold back ♦ *Synonyms* OBSTRUCT, BLOCK, BAR, IMPEDE
²**hind·er** \'hīn-dər\ *adj* : HIND
**Hin·di** \'hin-dē\ *n* : a literary and official language of northern India
**hind·most** \'hīnd-ˌmōst\ *adj* : farthest to the rear
**hind·quar·ter** \-ˌkwȯr-tər\ *n* 1 : one side of the back half of the carcass of a quadruped 2 *pl* : the part of the body of a quadruped behind the junction of hind limbs and trunk
**hin·drance** \'hin-drəns\ *n* 1 : the state of being hindered 2 : IMPEDIMENT 1 3 : the action of hindering
**hind·sight** \'hīnd-ˌsīt\ *n* : understanding of an event after it has happened
**Hindu–Arabic** *adj* : relating to, being, or composed of Arabic numerals
**Hin·du·ism** \'hin-dü-ˌi-zəm\ *n* : a body of religious beliefs and practices native to India — **Hin·du** *n or adj*
**hind wing** *n* : either of the posterior wings of a 4-winged insect
¹**hinge** \'hinj\ *n* : a jointed device on which a swinging part (as a door, gate, or lid) turns
²**hinge** *vb* **hinged; hing·ing** 1 : to attach by or furnish with hinges 2 : to be contingent on a single consideration

**hint** \'hint\ *n* 1 : an indirect or summary suggestion 2 : CLUE 3 : a very small amount ♦ *Synonyms* DASH, SOUPÇON, SUSPICION, TINCTURE, TOUCH — **hint** *vb*
**hin·ter·land** \'hin-tər-ˌland\ *n* 1 : a region behind a coast 2 : a region remote from cities
¹**hip** \'hip\ *n* : the fruit of a rose
²**hip** *n* 1 : the part of the body on either side below the waist consisting of the side of the pelvis and the upper thigh 2 : HIP JOINT
³**hip** *adj* **hip·per; hip·pest** : keenly aware of or interested in the newest developments or styles — **hip·ness** *n*
⁴**hip** *vb* **hipped; hip·ping** : TELL, INFORM
**hip·bone** \'hip-'bōn, -ˌbōn\ *n* : the large flaring bone that makes a lateral half of the pelvis in mammals
**hip–hop** \'hip-ˌhäp\ *n* 1 : a subculture esp. of inner-city youths who are devotees of rap music 2 : the stylized rhythmic music that accompanies rap — **hip–hop** *adj*
**hip–hug·gers** \'hip-ˌhə-gərz\ *n pl* : low-slung close-fitting pants that rest on the hips
**hip joint** *n* : the articulation between the femur and the hipbone
**hipped** \'hipt\ *adj* : having hips esp. of a specified kind ⟨broad-*hipped*⟩
**hip·pie** *or* **hip·py** \'hi-pē\ *n, pl* **hippies** : a usu. young person who rejects established mores and advocates nonviolence; *also* : a long-haired unconventionally dressed young person
**hip·po** \'hi-pō\ *n, pl* **hippos** : HIPPOPOTAMUS
**hip·po·drome** \'hi-pə-ˌdrōm\ *n* : an arena for equestrian performances
**hip·po·pot·a·mus** \ˌhi-pə-'pä-tə-məs\ *n, pl* **-mus·es** *or* **-mi** \-ˌmī\ [L, fr. Gk *hippopotamos*, alter. of *hippos potamios*, lit., river horse] : a large thick-skinned aquatic mammal of sub-Saharan Africa that is related to the swine
¹**hire** \'hī(-ə)r\ *n* 1 : payment for labor or personal services : WAGES 2 : EMPLOYMENT 3 : one who is hired
²**hire** *vb* **hired; hir·ing** 1 : to employ for pay 2 : to engage the temporary use of for pay 3 : to take employment
**hire·ling** \'hī(-ə)r-liŋ\ *n* : a hired person; *esp* : one with mercenary motives
**hir·sute** \'hər-ˌsüt, 'hir-\ *adj* : HAIRY
¹**his** \'hiz\ *adj* : of or relating to him or himself
²**his** *pron* : one or the ones belonging to him
**His·pan·ic** \hi-'spa-nik\ *adj* : of, relating to, or being a person of Latin-American descent living in the U.S. — **Hispanic** *n*
**hiss** \'his\ *vb* : to make a sharp sibilant sound; *also* : to express disapproval of by hissing — **hiss** *n*
**hissy fit** \'hi-sē-\ *n* : TANTRUM
**hist** *abbr* historian; historical; history
**his·ta·mine** \'his-tə-ˌmēn, -mən\ *n* : a compound widespread in animal tissues that plays a major role in allergic reactions (as hay fever)

**his·to·gram** \'his-tˌ[...]\ tation of statistic whose widths rep and whose heights sponding frequenc[y]
**his·tol·o·gy** \his-'t[...] : a branch of anato structure 2 : tissu zation — **his·to·l**[ogi] kəl\ *or* **his·to·log·i**[cal] **tol·o·gist** \-'tä-lə-ji[st]
**his·to·ri·an** \hi-'stȯr[...] writer of history
**his·to·ric·i·ty** \ˌhis-[...] cal actuality
**his·to·ri·og·ra·phe**[r] *n* : HISTORIAN
**his·to·ry** \'his-tə-rē\ L *historia*, fr. Gk, *histōr, istōr* know[ing] chronological recor[d] often with an expla[nation] 2 : a branch of kn[owledge] and explains past e[vents] form the subject ma[tter] established record ⟨[vio]lence⟩ — **his·tor·i**[c] **his·tor·i·cal** \-i-kəl\ ly \-k(ə-)lē\ *adv*
**his·tri·on·ic** \ˌhis-[tre-'ä-nik] *histrionicus*, fr. L *hi*[strio] erately affected 2 actors, acting, or th[eater] **on·i·cal·ly** \-ni-k(ə-[lē]
**his·tri·on·ics** \-niks[\ *n pl*] performances 2 : emotion for effect
¹**hit** \'hit\ *vb* **hit; hit·ti**[ng] a blow : STRIKE; al[so] force like a blow ⟨t[he] make or bring into c[ontact] : to affect detrimen[tally] flu⟩ 4 : to make . come upon 6 : to a[ttain] : REACH, ATTAIN 8 to excess — **hit·ter** *n*
²**hit** *n* 1 : an act or i[nstance] being hit 2 : a gre[at success] HIT 4 : a dose of a [drug] committed by a gang of connecting to a p[erson] : a successful match [on the] Internet)
¹**hitch** \'hich\ *vb* 1 : : to catch or fasten knot 3 : HITCHHIKE
²**hitch** *n* 1 : JERK, J[ERK] halt 3 : a connection towed and its mover
**hitch·hike** \'hich-ˌhīk[\ *vb*] curing free rides fron[\] **hitch·hik·er** *n*
¹**hith·er** \'hi-thər\ *adv*
²**hither** *adj* : being on [this] side
**hith·er·to** \-ˌtü\ *adv* : [up to this time]
**HIV** \ˌāch-(ˌ)ī-'vē\ *n* [h[uman immunodefi]ciency virus] : any of [a group of retroviruses] that infect and des[troy] causing the great red[uction in num]bers that is diagnostic[ of AIDS]