# EXHIBIT D

# McGraw-Hill
# Dictionary of
# Scientific and
# Technical
# Terms

## Fifth Edition

**Sybil P. Parker**

Editor in Chief

College of the Canyons
Instructional Resource Center

**McGraw-Hill, Inc.**

New York    San Francisco    Washington, D.C.
Auckland    Bogotá    Caracas    Lisbon    London    Madrid    Mexico City    Milan
Montreal    New Delhi    San Juan    Singapore    Sydney    Tokyo    Toronto

On the cover: Photomicrograph of crystals of vitamin B$_1$.
(*Dennis Kunkel, University of Hawaii*)

Included in this Dictionary are definitions which have been published previously in the following works: P. B. Jordain, *Condensed Computer Encyclopedia*, Copyright © 1969 by McGraw-Hill, Inc. All rights reserved. J. Markus, *Electronics and Nucleonics Dictionary*, 4th ed., Copyright © 1960, 1966, 1978 by McGraw-Hill, Inc. All rights reserved. J. Quick, *Artists' and Illustrators' Encyclopedia*, Copyright © 1969 by McGraw-Hill, Inc. All rights reserved. *Blakiston's Gould Medical Dictionary*, 3d ed., Copyright © 1956, 1972 by McGraw-Hill, Inc. All rights reserved. T. Baumeister and L. S. Marks, eds., *Standard Handbook for Mechanical Engineers*, 7th ed., Copyright © 1958, 1967 by McGraw-Hill, Inc. All rights reserved.

In addition, material has been drawn from the following references: R. E. Huschke, *Glossary of Meteorology*, American Meteorological Society, 1959; *U.S. Air Force Glossary of Standardized Terms*, AF Manual 11-1, vol. 1, 1972; *Communications-Electronics Terminology*, AF Manual 11-1, vol. 3, 1970; W. H. Allen, ed., *Dictionary of Technical Terms for Aerospace Use*, 1st ed., National Aeronautics and Space Administration, 1965; J. M. Gilliland, *Solar-Terrestrial Physics: A Glossary of Terms and Abbreviations*, Royal Aircraft Establishment Technical Report 67158, 1967; *Glossary of Air Traffic Control Terms*, Federal Aviation Agency; *A Glossary of Range Terminology, White Sands Missile Range, New Mexico*, National Bureau of Standards, AD 467-424; *A DOD Glossary of Mapping, Charting and Geodetic Terms*, 1st ed., Department of Defense, 1967; P. W. Thrush, comp. and ed., *A Dictionary of Mining, Mineral, and Related Terms*, Bureau of Mines, 1968; *Nuclear Terms: A Glossary*, 2d ed., Atomic Energy Commission; F. Casey, ed., *Compilation of Terms in Information Sciences Technology*, Federal Council for Science and Technology, 1970; *Glossary of Stinfo Terminology*, Office of Aerospace Research, U.S. Air Force, 1963; *Naval Dictionary of Electronic, Technical, and Imperative Terms*, Bureau of Naval Personnel, 1962; *ADP Glossary*, Department of the Navy, NAVSO P-3097.

**McGRAW-HILL DICTIONARY OF SCIENTIFIC AND TECHNICAL TERMS,
Fifth Edition**

Copyright © 1994, 1989, 1984, 1978, 1976, 1974 by McGraw-Hill, Inc. All rights reserved. Printed in the United States of America. Except as permitted under the United States Copyright Act of 1976, no part of this publication may be reproduced or distributed in any form or by any means, or stored in a database or retrieval system, without the prior written permission of the publisher.

3 4 5 6 7 8 9 0    DOW/DOW    9 9 8 7 6 5

ISBN 0-07-042333-4

Library of Congress Cataloging-in-Publication Data

McGraw-Hill dictionary of scientific and technical terms /
    Sybil P. Parker, editor in chief..—5th ed.
        p.    cm.
    ISBN 0-07-042333-4
    1. Science—Dictionaries.    2. Technology—Dictionaries.
I. Parker, Sybil P.
Q123.M34    1993
503—dc20                                    93-34772
                                            CIP

**INTERNATIONAL EDITION**

Copyright © 1994. Exclusive rights by McGraw-Hill, Inc. for manufacture and export. This book cannot be re-exported from the country to which it is consigned by McGraw-Hill. The International Edition is not available in North America.

When ordering this title, use ISBN 0-07-113584-7.

signed to prevent breakdown in a circuit operating at high voltages. { 'hī ¦vōl·tij ‚in·sə'lā·shən }

**highwall** [MIN ENG] The unexcavated face of exposed overburden and coal or ore in an opencast mine or the face or bank of the uphill side of a contour strip-mine excavation. { 'hī‚wȯl }

**high water** See high tide. { 'hī ¦wȯd·ər }

**high-water full and change** [GEOPHYS] The average interval of time between the transit (upper or lower) of the full or new moon and the next high water at a place. Also known as common establishment; vulgar establishment. { 'hī ¦wȯd·ər ¦fu̇l·ən 'chänj }

**high-water inequality** [OCEANOGR] The difference between the heights of the two high tides during a tidal day. { 'hī ¦wȯd·ər ‚in·ə'kwäl·əd·ē }

**high-water line** [OCEANOGR] The intersection of the plane of mean high water with the shore. { 'hī ¦wȯd·ər ‚līn }

**high-water lunitidal interval** [GEOPHYS] The interval of time between the transit (upper or lower) of the moon and the next high water at a place. { 'hī ¦wȯd·ər ¦lün·ə¦tīd·əl 'in·tər·vəl }

**high-water mark** [COMPUT SCI] The maximum number of jobs that are in a queue awaiting execution by a large computer system during a specified period of observation. { 'hī ¦wȯd·ər ‚märk }

**high-water platform** See wave-cut bench. { 'hī ¦wȯd·ər 'plat‚fȯrm }

**high-water quadrature** [OCEANOGR] The average high-water interval when the moon is at quadrature. { 'hī ¦wȯd·ər 'kwäd·rə‚chər }

**high-water springs** See mean high-water springs. { 'hī ¦wȯd·ər 'spriŋz }

**high-water stand** [OCEANOGR] The condition at high tide when there is no change in the height of the water. { 'hī ¦wȯd·ər 'stand }

**highway** [CIV ENG] A public road where traffic has the right to pass and to which owners of adjacent property have access. { 'hī‚wā }

**highway engineering** [CIV ENG] A branch of civil engineering dealing with highway planning, location, design, and maintenance. { 'hī‚wā ‚en·jə'nir·iŋ }

**Hikojima serotype** [IMMUNOL] An immunologically distinct group of Vibrio somatic O antigens. { ‚hē·kō'jē·mə 'ser·ə‚tīp }

**hilac** See heavy-ion linear accelerator. { 'hī‚lak }

**Hilbert cube** [MATH] The topological space which is the cartesian product of a countable number of copies of I, the unit interval. { 'hil·bərt ‚kyüb }

**Hilbert parallelotope** [MATH] 1. A subset of an infinite-dimensional Hilbert space with coordinates $x_1, x_2, \ldots$, for which the absolute value of $x_n$ is equal to or less that $(1/2)^n$ for each $n$. 2. The subset of this space for which the absolute value of $x_n$ is equal to or less that $1/n$ for each $n$. { 'hil·bərt ‚par·ə'lel·ə‚tōp }

**Hilbert-Schmidt theory** [MATH] A body of theorems which investigates the kernel of an integral equation via its eigenfunctions, and then applies these functions to help determine solutions of the equation. { 'hil·bərt 'shmit ‚thē·ə·rē }

**Hilbert space** [MATH] A Banach space which also is an inner-product space with the inner product of a vector with itself being the same as the square of the norm of the vector. { 'hil·bərt ‚spās }

**Hilbert's theorem** [MATH] The proposition that the ring of polynomials with coefficients in a commutative Noetherian ring is itself a Noetherian ring. { 'hil‚bərts ‚thir·əm }

**Hilbert transform** [MATH] The transform of a function $f(x)$ realized by taking the integral of $f(x)[1 + \cot (y - x)/2]dx$. { 'hil‚bərt 'tranz‚fȯrm }

**Hilda group** [ASTRON] A group of asteroids whose periods of revolution about the sun are approximately two-thirds that of Jupiter, and whose motions are in resonance with Jupiter. { 'hil·də ‚grüp }

**Hildebrand function** [THERMO] The heat of vaporization of a compound as a function of the molal concentration of the vapor; it is nearly the same for many compounds. { 'hil·də‚brand ‚fəŋk·shən }

**hilgardite** [MINERAL] $Ca_8(B_6O_{11})_3Cl_4 \cdot H_2O$ Colorless mineral composed of hydrous borate and chloride of calcium; occurs in monoclinic domatic crystals. { 'hil‚gär‚dīt }

**Hilgard system** See AR system. { 'hil·gərd ‚sis·təm }

**hill** [GEOGR] A land surface feature characterized by strong relief; it is a prominence smaller than a mountain. { hil }

**hill-and-dale recording** See vertical recording. { ¦hil ən ¦dāl ri'kȯrd·iŋ }

**hill bandwidth** [ELECTR] The difference between the upper and lower frequencies at which the gain of an amplifier is 3 decibels less than its maximum value. { ¦hil 'band‚width }

**hill-climbing** [MATH] Any numerical procedure for finding the maximum or maxima of a function. [MECH ENG] Adjustment, either continuous or periodic, of a self-regulating system to achieve optimum performance. { ¦hil ‚klīm·iŋ }

**hill creep** [GEOL] Slow gravity movement of rock and soil waste down a steep hillside. Also known as hillside creep. { 'hil ‚krēp }

**hillebrandite** [MINERAL] $Ca_2SiO_3(OH)_2$ A white mineral composed of hydrous calcium silicate; occurs in masses. { 'hil·ə‚bran‚dīt }

**hillock** [GEOL] A small, low hill. { 'hil·ək }

**Hill plot** [BIOCHEM] A graphic representation of the Hill reaction. { 'hil ‚plät }

**Hill reaction** [BIOCHEM] The release of molecular oxygen by isolated chloroplasts in the presence of a suitable electron receptor, such as ferricyanide. [ORG CHEM] Production of substituted phenylacetic acids by the oxidation of the corresponding alkylbenzene by potassium permanganate in the presence of acetic acid. { 'hil rē‚ak·shən }

**hill shading** [MAP] Also known as hillwork; plastic shading; relief shading; shading. 1. A method of showing relief on a map by simulating shadows by assuming oblique sunlight from the northwest so that slopes facing south and east are shaded. 2. The pictorial effect created by this method. { 'hil ‚shād·iŋ }

**hillside creep** See hill creep. { 'hil‚sīd ‚krēp }

**hillside quarry** [MIN ENG] A quarry cut along a hillside. { 'hil‚sīd ‚kwä·rē }

**hillwork** See hill shading. { 'hil‚wərk }

**Hiltner-Hall effect** [ASTRON] The polarization of the light received from distant stars; this effect is thought to take place in interstellar space. { ¦hilt·nər 'hȯl i‚fekt }

**Hilt's law** [GEOL] The law that in a small area the deeper coals are of higher rank than those above them. { 'hilts ‚lȯ }

**hilum** [ANAT] See hilus. [BOT] Scar on a seed marking the point of detachment from the funiculus. { 'hī·ləm }

**hilus** [ANAT] An opening or recess in an organ, usually for passage of a vessel or duct. Also known as hilum. { 'hī·ləs }

**Himalia** [ASTRON] A small satellite of Jupiter with a diameter of about 35 miles (56 kilometers), orbiting at a mean distance of $7.12 \times 10^6$ miles ($11.46 \times 10^6$ kilometers). Also known as Jupiter VI. { hi'māl·ē·ə }

**Himantandraceae** [BOT] A family of dicotyledonous plants in the order Magnoliales characterized by several, uniovulate carpels and laminar stamens. { hə‚mant·an'drās·ē‚ē }

**himantioid** [MYCOL] Pertaining to a mycelium arranged in spreading fanlike cords. { hə'mant·ē‚ȯid }

**Himantopterinae** [INV ZOO] A subfamily of lepidopteran insects in the family Zygaenidae including small, brightly colored moths with narrow hindwings, ribbonlike tails, and long hairs covering the body and wings. { hə‚mant·ō'ter·ə‚nē }

**hindbrain** See rhombencephalon. { 'hīn‚brān }

**hindered contraction** [MET] Thermal contraction of a casting that is hindered locally due to the particular geometry. { 'hin·dərd kən'trak·shən }

**hindered settling** [MIN ENG] Settling of particles in a thick suspension in water through which their fall is hindered by rising water. { 'hin·dərd 'set·liŋ }

**hindered-settling ratio** [MIN ENG] The ratio of the specific gravity of a mineral to that of the suspension of ore raised to a power between one-half and unity. { 'hin·dərd 'set·liŋ 'rā·shō }

**hindgut** [EMBRYO] The caudal portion of the embryonic digestive tube in vertebrates. { 'hīn‚gət }

**H indicator** See H scope. { 'āch ‚in·də‚kād·ər }

**Hindley screw** [DES ENG] An endless screw or worm of hourglass shape that fits a part of the circumference of a worm wheel so as to increase the bearing area and thus diminish wear. Also known as hourglass screw; hourglass worm. { 'hind·lē ‚skrü }

**hindrance factor** See drag factor. { 'hin·drəns ‚fak·tər }

**Hind's Nebula** [ASTRON] A reflection nebula illuminated by the star T Tauri that undergoes marked changes in brightness. { 'hīnz 'neb·yə·lə }

**hinge** [DES ENG] A pair of metal leaves forming a jointed device on which a swinging part turns. { hinj }



**HILUM**

The structure of a mature kidney bean showing the hilum.

on

re-gen-)
ce-tent,
em-'sü-

hich
arge

sile
'rsal

ully
used
'hi

ield
inch
teel.

ōlt ]
lec-
'der

'hī

lain-
used
ilure

by a

1 χ
ical)

rea
ation
asels.

er in
ech-

rans-
ased
·zich

such
anuf-
'it }

telte
'd }
nera-
oul }
he
sher
[ed ]
:nas

:reed
oup }
the
jup-

he
ere
·sup
ee-
nol }
up }