# EXHIBIT E





Merriam-Webster, Incorporated
Springfield, Massachusetts

Case 6:10-cv-00329-JRG   Document 595-6   Filed 01/17/12   Page 3 of 4 PageID #: 4650



## A GENUINE MERRIAM-WEBSTER

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

Copyright © 2004 by Merriam-Webster, Incorporated

ISBN-13: 978-0-87779-930-6
ISBN-10: 0-87779-930-X

All rights reserved. No part of this work covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, recording, taping, or information storage and retrieval systems—without written permission of the publisher.

MADE IN THE UNITED STATES OF AMERICA

080910 DFC:QP/B 1009080706

[partial right column, cut off:]

T
sixt
whi
asp
nev
*Dic*
bee
infc
ples
whi
wor
mo:
sear
sam
Mer

T
mo:
dict
finc
mol
user
Phr
ofte
Eng
indi
bibl
Gec
Uni
figu

*Th*
pan
year
phe
and

t\ *n* : PITTER-PATTER
*r adj*
erful compact short-
ed for fighting
: a dark sticky sub-
. from distilling tar or
in from various coni-

ect and fix firmly in
2 : THROW, FLING   3
all to a batter   4 : to
d a mark   5 : to set at
~ the voice low>   6
7 : to have the front
lternately plunge and
lownward : SLOPE
tion or a manner of
ee of slope <~ of a
ve level of some qual-
~ of excitement>   4
ess of sound; *also* : a
y for tuning instru-
tation delivered to sell
ng   6 : the delivery of
er; *also* : the baseball

h-,blend\ *n* : a dark
chief source of urani-

: a container for liq-
lip and a handle
pitches esp. in a base-

any of various plants
d to resemble pitchers
trapped and digested
rk\ *n* : a long-handled
tching hay

begin to work   2 : to
mon effort
ən\ *n* : SALESMAN; *esp*
chandise on the streets
n
h-'pər-fikt\ *adj* : hav-
le or style <a ~ trans-

*adj* : arousing pity
us·ly *adv*
1 : TRAP, SNARE; *esp*
ed for capturing ani-
langer or difficulty
ose spongy tissue esp.
he stem of vascular
tial part : CORE
th·i·er; -est   1 : con-
with pith   2 : having
: CONCISE
l\ *adj* : PITIFUL
1 : arousing or de-
ight>   2 : lamentably
ER — **piti·ful·ly** *adv*
*adj* : devoid of pity
**pit·i·less·ly** *adv*
] : a spike, wedge, or
ven into a rock or ice

*n* : a small portion,
ce
marked with pits
tər-,pa-tər, 'pi-tē-\ *n*
on of light taps or

sounds — **pitter–patter** \,pi-tər-'pa-tər, ,pi-tē-\ *adv or adj* — **pitter–patter** \*same as adv*\ *vb*
**pi·tu·i·tary** \pə-'tü-ə-,ter-ē, -'tyü-\ *n, pl* **-itar·ies** : PITUITARY GLAND — **pituitary** *adj*
**pituitary gland** *n* : a small oval endocrine gland located at the base of the brain that produces various hormones that affect most basic bodily functions (as growth and reproduction)
**pit viper** *n* : any of various mostly New World venomous snakes with a sensory pit on each side of the head and hollow perforated fangs
¹**pity** \'pi-tē\ *n, pl* **pit·ies** [ME *pite*, fr. AF *pité*, fr. L *pietas* piety, pity, fr. *pius* pious]   1 : sympathetic sorrow : COMPASSION   2 : something to be regretted
²**pity** *vb* **pit·ied; pity·ing** : to feel pity for
¹**piv·ot** \'pi-vət\ *n* : a fixed pin on which something turns — **pivot** *adj*
²**pivot** *vb* : to turn on or as if on a pivot
**piv·ot·al** \'pi-və-t°l\ *adj*   1 : of or relating to a pivot   2 : vitally important : CRITICAL
**pix** *pl of* PIC
**pix·el** \'pik-səl, -,sel\ *n*   1 : any of the small elements that together make up an image (as on a television screen)   2 : any of the detecting elements of a charge-coupled device used as an optical sensor
**pix·ie** *also* **pixy** \'pik-sē\ *n, pl* **pix·ies** : FAIRY; *esp* : a mischievous sprite
**piz·za** \'pēt-sə\ *n* [It] : an open pie made of rolled bread dough spread with a spiced mixture (as of tomatoes, cheese, and ground meat) and baked
**piz·zazz** *or* **pi·zazz** \pə-'zaz\ *n*   1 : GLAMOUR   2 : VITALITY
**piz·ze·ria** \,pēt-sə-'rē-ə\ *n* : an establishment where pizzas are made and sold
**piz·zi·ca·to** \,pit-si-'kä-tō\ *adv or adj* [It] : by means of plucking instead of bowing — used as a direction in music
**pj's** \'pē-,jāz\ *n pl* : PAJAMAS
**pk** *abbr*   1 park   2 peak   3 peck   4 pike
**pkg** *abbr* package
**pkt** *abbr*   1 packet   2 pocket
**pkwy** *abbr* parkway
**pl** *abbr*   1 place   2 plate   3 plural
¹**plac·ard** \'pla-kərd, -,kärd\ *n* : a notice posted in a public place : POSTER
²**plac·ard** \-,kärd, -kərd\ *vb*   1 : to cover with or as if with placards   2 : to announce by or as if by posting
**pla·cate** \'plā-,kāt, 'pla-\ *vb* **pla·cat·ed; pla·cat·ing** : to soothe esp. by concessions : APPEASE — **pla·ca·ble** \'pla-kə-bəl, 'plā-\ *adj*
¹**place** \'plās\ *n* [ME, fr. AF, open space, fr. L *platea* broad street, fr. Gk *plateia* (*hodos*), fr. fem. of *platys* broad, flat]   1 : SPACE, ROOM   2 : an indefinite region : AREA   3 : a building or locality used for a special purpose   4 : a center of population   5 : a particular part of a surface : SPOT   6 : relative position in a scale or sequence; *also* : position at the end of a competition <last ~>   7 : ACCOMMODA-

TION; *esp* : SEAT   8 : the position of a figure within a numeral <12 is a two ~ number>   9 : JOB; *esp* : public office   10 : a public square   11 : 2d place at the finish (as of a horse race) — **in place of** : INSTEAD OF — **out of place** : not in the proper location : INAPPROPRIATE
²**place** *vb* **placed; plac·ing**   1 : to put in a particular place : SET   2 : to distribute in an orderly manner : ARRANGE   3 : IDENTIFY   4 : to give an order for <~ a bet>   5 : to earn a given spot in a competition; *esp* : to come in 2d
**pla·ce·bo** \plə-'sē-bō\ *n, pl* **-bos** [L, I shall please] : an inert medication used for its psychological effect or for purposes of comparison in an experiment
**place·hold·er** \'plās-,hōl-dər\ *n* : a symbol in a mathematical or logical expression that may be replaced by the name of any element of a set
**place-kick** \-,kik\ *n* : the kicking of a ball placed or held on the ground — **place-kick** *vb* — **place-kick·er** *n*
**place·ment** \'plās-mənt\ *n* : an act or instance of placing
**place–name** \-,nām\ *n* : the name of a geographical locality
**pla·cen·ta** \plə-'sen-tə\ *n, pl* **-tas** *or* **-tae** \-(,)tē\ [NL, fr. L, flat cake] : the organ in most mammals by which the fetus is joined to the maternal uterus and is nourished — **pla·cen·tal** \-'sen-t°l\ *adj or n*
**plac·er** \'pla-sər\ *n* : a deposit of sand or gravel containing particles of valuable mineral (as gold)
**plac·id** \'pla-səd\ *adj* : UNDISTURBED, PEACEFUL   ♦ *Synonyms*   TRANQUIL, SERENE, CALM — **pla·cid·i·ty** \pla-'si-də-tē\ *n* — **plac·id·ly** *adv*
**plack·et** \'pla-kət\ *n* : a slit in a garment
**pla·gia·rise** *Brit var of* PLAGIARIZE
**pla·gia·rize** \'plā-jə-,rīz\ *vb* **-rized; -riz·ing** : to present the ideas or words of another as one's own — **pla·gia·rism** \-,ri-zəm\ *n* — **pla·gia·rist** \-rist\ *n*
¹**plague** \'plāg\ *n*   1 : a disastrous evil or influx; *also* : NUISANCE   2 : PESTILENCE; *esp* : a destructive contagious bacterial disease (as bubonic plague)
²**plague** *vb* **plagued; plagu·ing**   1 : to afflict with or as if with disease or disaster   2 : TEASE, TORMENT, HARASS
**plaid** \'plad\ *n* [ScGael *plaide*]   1 : a rectangular length of tartan worn esp. over the left shoulder as part of the Scottish national costume   2 : a twilled woolen fabric with a tartan pattern   3 : a pattern of unevenly spaced repeated stripes crossing at right angles — **plaid** *adj*
¹**plain** \'plān\ *n* : an extensive area of level or rolling treeless country
²**plain** *adj*   1 : lacking ornament <a ~ dress>   2 : free of extraneous matter   3 : OPEN, UNOBSTRUCTED <~ view>   4 : EVIDENT, OBVIOUS   5 : easily understood : CLEAR   6 : CANDID, BLUNT   7 : SIMPLE, UNCOMPLICATED <~ cooking>   8 : lacking beauty or ugliness — **plain·ly** *adv* — **plain·ness** *n*
**plain·clothes·man** \'plān-'klōthz-mən, -'klōz-, -,man\ *n* : a police officer who