# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC § | |
| § | Civil Action No. 6:10-cv-0329-LED |
| v. § | |
| § | JURY |
| AMAZON.COM, INC.; et al. § | |

## REQUEST FOR TERMINATION OF ELECTRONIC NOTICES

NOW COME Allen F. Gardner and Michael E. Jones of Potter Minton, PC, and pursuant to Rule CV-11(f), request that the Clerk of this Court remove their name from the list of persons authorized to receive electronic notices in the above-styled and numbered civil action.

Date:   January 18, 2012

Respectfully submitted,

*/s/ Allen F. Gardner*
Allen F. Gardner
State Bar No. 24043679
allengardner@potterminton.com
Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
POTTER MINTON P.C.
110 N. College Ave., Ste. 500
Tyler, TX  75702
**T**   (903) 597-8311
**F**   (903) 593-0846

**ATTORNEYS FOR DEFENDANT
J&R ELECTRONICS AND BLUE MICROPHONE**

{A07/8627/0001/W0618646.1 }

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on January 18, 2012. Any other counsel of record will be served by First Class U.S. mail on this same date.

                                          */s/ Allen F. Gardner*
                                          Allen F. Gardner