IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC<br>    *Plaintiff*<br><br>v.<br><br>AMAZON.COM, INC. *et al.*,<br>    *Defendants* | Case No. 6:10-cv-329-LED<br><br>**JURY TRIAL DEMANDED** |

## NOTICE REGARDING TIME FOR MARKMAN HEARING

Pursuant to the Court's Amended Docket Control Order (Dkt. No. 584-1), Defendants Amazon.com, Inc., Auditek Corporation, Best Buy Co. Inc., Best Buy Stores, LP, Bestbuy.Com, CDW LLC, CompUSA.com, Inc., Digital Innovations, LLC, Fry's Electronics, Inc., Gear Head, LLC, Hewlett-Packard Company, Kohls Corporation, Kohl's Illinois, Inc., Micro Electronics, Inc. d/b/a Micro Center, New Compusa Corporation, Newegg, Inc., Newegg.Com, Inc., Office Depot, Inc., Rosewill Inc., Sakar International, Inc., Systemax, Inc., Target Corporation, Tigerdirect, Inc., and Wal-Mart Stores, Inc., (collectively, "Defendants") hereby provide notice that they request a total of three (3) hours, or 1.5 hours per side, for the *Markman* Hearing, consistent with the Parties' Compliance With Patent Rule 4-3 (Dkt. No. 557).

DATED: January 27, 2012

By: ____/s/ Jia-geng Lu____　　　　　　　　　　By: ____/s/ Eric H. Findlay____

    W. Bryan Farney　　　　　　　　　　　　　　　　Eric H. Findlay
    Lead Attorney　　　　　　　　　　　　　　　　　　State Bar No. 00789886
    Texas State Bar No. 06826600　　　　　　　　　Brian Craft
    Steven R. Daniels　　　　　　　　　　　　　　　State Bar No. 04972020
    Texas State Bar No. 24025318　　　　　　　　　Findlay Craft, LLP
    Bryan D. Atkinson　　　　　　　　　　　　　　　6760 Old Jacksonville Hwy
    Texas State Bar No. 24036157　　　　　　　　　Suite 101
    Jia-Geng Lu　　　　　　　　　　　　　　　　　　Tyler, TX  75703
    California Bar No. 271589　　　　　　　　　　　(903) 534-1100
    FARNEY DANIELS, LLP　　　　　　　　　　　　(903) 534-1137 FAX
    800 S. Austin Ave., Suite 200　　　　　　　　　efindlay@findlaycraft.com
    Georgetown, Texas 78626　　　　　　　　　　　bcraft@findlaycraft.com
    Telephone:  (512) 582-2828
    Facsimile:  (512) 582-2829　　　　　　　　　　James E. Geringer (pro hac vice)
    bfarney@farneydaniels.com　　　　　　　　　　james.geringer@klarquist.com
    sdaniels@farneydaniels.com　　　　　　　　　　Salumeh R. Loesch
    batkinson@farneydaniels.com　　　　　　　　　salumeh.loesch@klarquist.com
    jlu@farneydaniels.com　　　　　　　　　　　　　KLARQUIST SPARKMAN, LLP

**ATTORNEYS  FOR DEFENDANTS**　　　　　　121 S.W. Salmon Street, Suite 1600
**BEST BUY CO., INC.**　　　　　　　　　　　　　Portland, Oregon  97204
**BEST BUY STORES, LP**　　　　　　　　　　　Telephone:  (503) 595-5300
**BESTBUY.COM, LLC**　　　　　　　　　　　　Facsimile:  (503) 595-5301
**CDW LLC**　　　　　　　　　　　　　　　　　**ATTORNEYS FOR DEFENDANT**
**FRY'S ELECTRONICS, INC.**　　　　　　　　**AMAZON.COM, INC.**
**HEWLETT-PACKARD COMPANY**
**MICRO ELECTRONICS, INC**
**OFFICE DEPOT, INC.**

By: _/s/_____,_____

Trey Yarbrough
State Bar No. 22133500
Debby E. Gunter
State Bar No. 24012752
Yarbrough Wilcox, PLLC
100 E. Ferguson St., Ste. 1015
Tyler, Texas 75702
(903) 595-3111 Telephone
(903) 595-0191 Facsimile
E-mail: trey@yw-lawfirm.com
debby@yw-lawfirm.com

Of Counsel:

John N. Zarian
Christopher J. Cuneo (admitted *pro hac vice*)
Dana M. Herberholz
Parsons Behle & Latimer
960 Broadway, Suite 250
Boise, Idaho 83706
(208) 562-4900 Telephone
(208) 562-4901 Facsimile
JZarian@parsonsbehle.com
ccuneo@parsonsbehle.com
dherberholz@parsonsbehle.com

**ATTORNEYS FOR DEFENDANT ROSEWILL INC.**

By: _/s/_____,

Trey Yarbrough
State Bar No. 22133500
Debby E. Gunter
State Bar No. 24012752
Yarbrough Wilcox, PLLC
100 E. Ferguson St., Ste. 1015
Tyler, Texas 75702
(903) 595-3111 Telephone
(903) 595-0191 Facsimile
E-mail: trey@yw-lawfirm.com
debby@yw-lawfirm.com

Of Counsel:

John N. Zarian
Christopher J. Cuneo (admitted *pro hac vice*)
Dana M. Herberholz
Parsons Behle & Latimer
960 Broadway, Suite 250
Boise, Idaho 83706
(208) 562-4900 Telephone
(208) 562-4901 Facsimile
JZarian@parsonsbehle.com
ccuneo@parsonsbehle.com
dherberholz@parsonsbehle.com

**ATTORNEYS FOR DEFENDANTS NEWEGG INC. AND NEWEGG.COM INC.**

By: _____/s/ Jen-Feng Lee_____

Jen-Feng Lee (pro hac vice)
LT Pacific Law Group LLP
17800 Castleton Street, Suite 383
City of Industry, CA 91748
Tel: (626) 810-7200
Fax: (626) 810-7300
Email: jflee@ltpacificlaw.com

**ATTORNEYS FOR DEFENDANT AUDITEK CORPORATION**

By: _____/s/ David W. Denenberg_____

David W. Denenberg (pro hac vice)
Davidorr Malito & Hutcher LLP
200 Garden City Plaza
Garden City, New York 1 1530
(516) 247-4440 (Telephone)
(516) 248-6422 (Facsimile)
dwd@dmlegal.com

**ATTORNEYS FOR DEFENDANTS SYSTEMAX, INC., COMPUSA.COM, INC., NEW COMPUSA CORPORATION, AND TIGERDIRECT, INC.**

By: _____/s/Gary Y. Leung_____
Gary Y. Leung

gleung@mcguirewoods.com
MCGUIREWOODS LLP
77 W. Wacker Dr. Ste. 4100
Chicago, IL 60601-1818
312.849.8100
312.849.3690 (fax)
**ATTORNEYS FOR DEFENDANT**
**DIGITAL INNOVATIONS, LLC**


By: ____*/s/ Herbert J. Hammond*____

Herbert J. Hammond
Attorney-In-Charge
  State Bar No. 08858500
Vishal Patel
  State Bar No. 24065885
THOMPSON & KNIGHT LLP
One Arts Plaza
1722 Routh St., Suite 1500
Dallas, Texas 75201
(214) 969-1700
(214) 969-1751 (Fax)

Patricia L. Davidson
MIRICK, O'CONNELL,
DEMALLIE & LOUGEE, LLP
100 Front Street
Worcester, Massachusetts 01608-1477
(508) 860-1540
(508) 983-6240 (Fax)
**ATTORNEYS FOR DEFENDANT**
**GEAR HEAD, LLC**


By: ____*/s/ Victor de Gyarfas*____

Victor de Gyarfas
Texas Bar No. 24071250
e-mail: vdegyarfas@foley.com
FOLEY & LARDNER LLP
555 South Flower Street, Suite 3500
Los Angeles, CA 90071-2411
213.972.4500
213.486.0065
**ATTORNEYS FOR DEFENDANT**
**WAL-MART STORES, INC.**

By: ____*/s/ Ezra Sutton*____
EZRA SUTTON, Esq. (pro hac vice)
EZRA SUTTON, P. A.
Plaza 9, 900 Route 9
Woodbridge, New Jersey 07095
Tel: 732-634-3520
Fax: 732-634-3511
Email: esutton@ezrasutton.com
**ATTORNEYS FOR DEFENDANTS**
**SAKAR INTERNATIONAL, INC.,**
**KOHL'S CORPORATION, and**
**KOHL'S ILLINOIS, INC.**

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this notice was served on all counsel who have consented to electronic service, Local Rule CV-5(a)(3)(A), on this the 27th day of January, 2012.

                                                                                         */s/ Jia-geng Lu*
                                                                                         Jia-Geng Lu