IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC | |
| v. | NO. 6:10-CV-329-LED |
| AMAZON.COM, INC.;  ET AL. | JURY |

### PLAINTIFF'S NOTICE REGARDING TIME FOR MARKMAN HEARING

Pursuant to the Court's Amended Docket Control Order, Plaintiff AdjustaCam LLC requests a total of two (2) hours, or one (1) hour per side, for the Court's Markman hearing.

January 28, 2012

Respectfully submitted,

By: /s/ *John J. Edmonds*
John J. Edmonds – LEAD COUNSEL
Texas Bar No. 789758
Andrew P. Tower
Texas Bar No. 786291
Michael J. Collins
Texas Bar No. 4614510
COLLINS, EDMONDS & POGORZELSKI, PLLC
1616 S. Voss Road, Suite 125
Houston, Texas 77057
Telephone: (281) 501-3425
Facsimile: (832) 415-2535
jedmonds@cepiplaw.com
atower@cepiplaw.com
mcollins@cepiplaw.com

Andrew W. Spangler
Texas Bar No. 24041960
Spangler Law P.C.
208 N. Green Street, Suite 300
Longview, Texas 75601
(903) 753-9300
(903) 553-0403 (fax)
spangler@spanglerlawpc.com

ATTORNEYS FOR PLAINTIFF
ADJUSTACAM LLC

## CERTIFICATE OF SERVICE

      I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

January 28, 2012                                       /s/ *John J. Edmonds*
                                                                            John J. Edmonds