## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| ADJUSTACAM, LLC. | § | |
| Plaintiff, | § § § | |
| vs. | § § | CASE NO. 6:10-CV-329 |
| | § § | PATENT CASE |
| AMAZON.COM, INC., ET AL. | § § § | |
| Defendants. | § | |

## ORDER

The Court **REFERS** this case for claim construction only to United States Magistrate Judge John D. Love for disposition in accordance with 28 U.S.C. § 636.  The undersigned will continue to oversee all other matters.

**So ORDERED and SIGNED this 30th day of January, 2012.**



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**