IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC | |
| v. | NO. 6:10-cv-329-LED |
| AMAZON.COM, INC.; ET AL. | JURY |

**ORDER**

CAME BEFORE THE COURT the Joint Motion to Extend Mediation Deadline filed by Plaintiff and Defendants. The Joint Motion is GRANTED. It is ORDERED that the mediation deadline for this case is extended up to and including March 6, 2012.