IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC | |
| v. | NO. 6:10-cv-329-LED |
| AMAZON.COM, INC., ET AL. | JURY |

**DECLARATION OF JOHN EDMONDS**

John J. Edmonds declares as follows:

I am over the age of 18 and I am fully competent to make this declaration. I have personal knowledge of the matters stated herein from my review of the dictionaries.

1. The dictionary excerpts appended hereto are true and correct copies taken from each respective dictionary.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 31, 2012 in Houston, Texas.

John J. Edmonds

TTENTION: ORGANIZATIONS AND CORPORATIONS
ost Avon Books paperbacks are available at special quantity
counts for bulk purchases for sales promotions, premiums, or
d-raising. For information, please call or write:
ecial Markets Department, HarperCollins Publishers Inc.
East 53rd Street, New York, New York 10022-5299.
lephone: (212) 207-7528. Fax: (212) 207-7222.

# Oxford American Dictionary

EUGENE EHRLICH
STUART BERG FLEXNER · GORTON CARRUTH
JOYCE M. HAWKINS

AVON BOOKS
*An Imprint* of HarperCollins*Publishers*

AVON BOOKS
*An Imprint of* HarperCollins*Publishers*
10 East 53rd Street
New York, New York 10022-5299

Copyright © 1980 by Oxford University Press, Inc.
Based on THE OXFORD PAPERBACK DICTIONARY
Copyright © 1979 by Oxford University Press
Published by arrangement with Oxford University Press, Inc.
Library of Congress Catalog Card Number: 80-16510
ISBN: 0-380-60772-7
www.avonbooks.com

All rights reserved, which includes the right to reproduce this book or portions thereof in any form whatsoever except as provided by the U.S. Copyright Law. For information address Oxford University Press, Inc., 200 Madison Avenue, New York, New York 10016.

First Avon Books Trade Printing: October 1986
First Avon Books Printing: August 1982

Avon Trademark Reg. U.S. Pat. Off. and in Other Countries, Marca Registrada, Hecho en U.S.A.
HarperCollins® is a trademark of HarperCollins Publishers Inc.

Printed in the U.S.A.

OPM 50 49 48 47 46 45 44

If you purchased this book without a cover, you should be aware that this book is stolen property. It was reported as "unsold and destroyed" to the publisher, and neither the author nor the publisher has received any payment for this "stripped book."

# Preface

This new member of the Oxford family of di been prepared especially for those who need a to-date guide to American English. It contai phrases likely to be met in reading and everyday a number of slang, informal, and technical word Names of states of the United States are incl state capitals, terms used to designate the p ..., and names of the provinces of Canada. ... countries of the world, including those not yet are also given, as are names of the capital cities a used to designate the people of each country.

We take this opportunity to express our gratit ... of the Oxford Dictionary Department of the ...sity Press for assistance of various kinds, pa Dr. John B. Sykes, Editor of the *Concise Oxfor* ... Edition, and to Dr. Robert Burchfield, Ch the Oxford English dictionaries. We are gratef members of the staff of Oxford University Press in ... particularly to Marjorie Mueller, Janice L ... Carollo, for help in all stages of our wor

We wish also to express our gratitude to the ma The Hudson Group dictionary staff who wo *...ford American Dictionary*. In particular we wi ... staff members: Ernest S. Hildebrand, Jr. ...man, Felice Levy, Lawrence T. Lorimer, and ... associate staff members: Pamela Dupuis, M ...ard Ehrlich, Raymond V. Hand, Jr., Joan Li ... Scott, and Katherine G. Scott; and assistant sta ... Jayne Ackerman, Christopher Carruth, Hayde

(a person) and make him lose his bearings.

**dis·o·ri·en·tate** (dis-ohr-i-ĕn-tayt) *v.* **(dis·o·ri·en·tat·ed, dis·o·ri·en·tat·ing)** to disorient. **dis·o·ri·en·ta·tion** (dis-ohr-i-ĕn-tay-shŏn) *n.*

**dis·own** (dis-ohn) *v.* to refuse to acknowledge as one's own, to reject all connection with.

**dis·par·age** (di-spar-ij) *v.* **(dis·par·aged, dis·par·ag·ing)** to speak of in a slighting way, to belittle. **dis·par′ag·ing·ly** *adv.* **dis·par′age·ment** *n.*

**dis·pa·rate** (dis-pă-rit) *adj.* different in kind. **dis′pa·rate·ly** *adv.*

**dis·par·i·ty** (di-spar-i-tee) *n.* (*pl.* **-ties**) inequality, difference.

**dis·pas·sion** (dis-pash-ŏn) *n.* freedom from emotion.

**dis·pas·sion·ate** (dis-pash-ŏ-nit) *adj.* free from emotion, calm, impartial. **dis·pas′sion·ate·ly** *adv.*

**dis·patch** (di-spach) *v.* 1. to send off to a destination or for a purpose. 2. to give the deathblow to, to kill. 3. to complete or dispose of quickly. **dispatch** *n.* 1. dispatching, being dispatched. 2. promptness, speed, *she acted with dispatch.* 3. an official message or report sent with speed. 4. a news report sent to a newspaper or news agency etc. **dis·patch′er** *n.* ☐**dispatch case,** a container for carrying official documents.

**dis·pel** (di-spel) *v.* **(dis·pelled, dis·pel·ling)** to drive away, to scatter, *wind dispelled the fog; how can we dispel their fears?*

**dis·pen·sa·ble** (di-spen-să-bĕl) *adj.* 1. not essential. 2. able to be dispensed, *a dispensable drug.*

**dis·pen·sa·ry** (di-spen-să-ree) *n.* (*pl.* **-ries**) a place where medicines are dispensed, *the hospital dispensary.*

**dis·pen·sa·tion** (dis-pĕn-say-shŏn) *n.* 1. dispensing, distributing. 2. ordering or management, especially of the world by divine authority, *by the merciful dispensation of Providence.* 3. exemption from a penalty or duty, *was granted a dispensation.*

**dis·pense** (di-spens) *v.* **(dis·pensed, dis·pens·ing)** 1. to distribute, to deal out; *dispense justice,* to administer it. 2. to prepare and give out (medicines etc.) according to prescriptions. ☐**dispense with,** to do without; to make unnecessary.

**dis·pens·er** (di-spen-sĕr) *n.* 1. a person who dispenses medicines. 2. a device that deals out a quantity of something, *a soap dispenser.*

**dis·per·sant** (di-spur-sănt) *n.* a substance that disperses something.

**dis·perse** (di-spurs) *v.* **(dis·persed, dis·pers·ing)** to scatter, to go or drive or send in different directions. **dis·per′sal** *n.* **dis·per·sion** (di-spur-zhŏn) *n.* ▷Do not confuse *disperse* with *disburse.*

**dis·pir·it** (di-spir-it) *v.* to make despondent, to depress. **dis·pir′it·ed** *adj.*

**dis·place** (dis-plays) *v.* **(dis·placed, dis·plac·ing)** 1. to shift from its place. 2. to take the place of, to oust, *weeds tend to displace other plants.* **dis·place′ment** *n.* ☐**displaced person,** a refugee.

**dis·play** (di-splay) *v.* 1. to show, to arrange (a thing) so that it can be seen. 2. (of birds and animals) to make a display (see definition 3 below). **display** *n.* 1. displaying, being displayed. 2. something displayed conspicuously. 3. a special pattern of behavior used by birds and animals as a means of communication.

**dis·please** (dis-pleez) *v.* **(dis·pleased, dis·pleas·ing)** to offend, to arouse the disapproval or anger of.

**dis·pleas·ure** (dis-plezh-ŭr) *n.* a displeased feeling, dissatisfaction.

**dis·port** (di-spohrt) *v.* (*formal*) to play, to amuse oneself, *disporting themselves on the beach.*

**dis·pos·a·ble** (di-spoh-ză-bĕl) *adj.* 1. able to be disposed of. 2. at one's disposal; *disposable income,* the amount left after taxes have been deducted. 3. designed to be thrown away after being used once, *disposable diapers.*

**dis·pos·al** (di-spoh-zăl) *n.* disposing of something. ☐**at one's disposal,** available for one's use.

**dis·pose** (di-spohz) *v.* **(dis·posed, dis·pos·ing)** 1. to place suitably or in order, *disposed the troops in two lines.* 2. to determine the course of events, *man proposes, God disposes.* 3. to make willing or ready to do something, to incline, *their friendliness disposed us to accept the invitation; we felt disposed to accept.* **dis·pos′er** *n.* ☐**be well disposed toward,** to be friendly toward, to favor. **dispose of,** to get rid of; to deal with.

**dis·po·si·tion** (dis-pŏ-zish-ŏn) *n.* 1. setting in order, arrangement, *the disposition of troops.* 2. a person's natural qualities of mind and character, *has a cheerful disposition.* 3. a natural tendency or inclination, *they show a disposition to change jobs frequently.*

**dis·pos·sess** (dis-pŏ-zes) *v.* to deprive (a person) of the possession of something. **dis·pos·ses′sion** *n.*

**dis·pro·por·tion** (dis-prŏ-pohr-shŏn) *n.* lack of proper proportion, being out of proportion. **dis·pro·por′tion·ate** *adj.* **dis·pro·por′tion·ate·ly** *adv.*

**dis·prove** (dis-proov) *v.* **(dis·proved, dis·prov·ing)** to show to be false or wrong. **dis·proof** (dis-proof) *n.*

**dis·put·a·ble** (dis-pyoo-tă-bĕl) *adj.* able to be disputed, questionable. **dis·put′a·bly** *adv.*

**dis·pu·tant** (dis-pyoo-tănt) *n.* a person engaged in a dispute.

**dis·pu·ta·tion** (dis-pyŭ-tay-shŏn) *n.* argument, debate.

**dis·pu·ta·tious** (dis-pyŭ-tay-shŭs) *adj.* fond of, or given to, argument.

**dis·pute** (dis-pyoot) *v.* **(dis·put·ed, dis·put·ing)** 1. to argue, to debate. 2. to quarrel. 3. to question the truth or validity of, *dispute a claim; the disputed territory,* that which is the subject of a dispute. **dispute** *n.* 1. an argument or debate. 2. a quarrel. **dis·put′er** *n.* ☐**in dispute,** being argued about.

**dis·qual·i·fy** (dis-kwol-ĭ-fī) *v.* **(dis·qual·i·fied, dis·qual·i·fy·ing)** 1. to debar from a competition because of an infringement of the rules, *that team was disqualified from the race.* 2. to make unsuitable or ineligible, *weak eyesight disqualifies him for military service.* **dis·qual·i·fi·ca·tion** (dis-kwol-ĭ-fi-kay-shŏn) *n.*

**dis·qui·et** (dis-kwī-ĕt) *n.* uneasiness, anxiety. **disquiet** *v.* to make uneasy or anxious.

**dis·qui·et·ing** (dis-kwī-ĕ-ting) *adj.* causing disquiet.

**dis·qui·e·tude** (dis-kwī-ĕ-tood) *n.* a state of uneasiness, anxiety.

**dis·qui·si·tion** (dis-kwi-zish-ŏn) *n.* a long elaborate spoken or written account of something.

**dis·re·gard** (dis-ri-gahrd) *v.* to pay no attention to, to treat as of no importance. **disregard** *n.* lack of attention to something, treating it as of no importance, *complete disregard for his own safety.*

**dis·re·mem·ber** (dis-ri-mem-bĕr) *v.* (*informal*) to fail to remember. ▷Careful writers and speakers use this word humorously if at all.

**dis·re·pair** (dis-ri-pair) *n.* a bad condition caused by lack of repairs, *in a state of disrepair.*

**dis·rep·u·ta·ble** (dis-rep-yŭ-tă-bĕl) *adj.* having a bad reputation, not respectable in character or appearance. **dis·rep′u·ta·bly** *adv.*

**dis·re·pute** (dis-ri-pyoot) *n.* lack of good repute, discredit, *fell into disrepute.*

**dis·re·spect** (dis-ri-spekt) *n.* lack of respect, rudeness. **dis·re·spect′ful** *adj.*

**dis·robe** (dis-rohb) *v.* **(dis·robed, dis·**

rob·ing) to t
nial robes, to
dis·rupt (dis-ru
to throw into
flow or contin
rupted the coa
fic. dis·rup·t
dis·rup·tive (d
ruption.
dis·sat·is·fac
n. lack of satis
dis·sat·is·fy
is·fied, dis·
satisfy, to
sat′is·fied
dis·sect (di-sel
cially in order
ture, we disse
(a theory etc.)
n. dis·sec·ti
the spelling ar
dis·sem·ble (
bled, dis·se
true feelings
▷Do not con
semble.
dis·sem·i·nat
sem·i·nat·e
spread (ideas
na·tion (di-s
dis·sen·sion
ment that giv
dis·sent (di-se
different opini
in opinion.
dis·sent·er (di
dissents. 2.
church that h
Church of En
dis·sen·tient
ing. dissent
sents.
dis·ser·ta·tio
spoken or wri
tial treatise w
ments for a d
dis·serv·ice (
tion done by
help.
dis·sev·er (di
vide.
dis·si·dent (d
dissident n.
who opposes
dence n.
dis·sim·i·lar
dis·sim·i·is
dis·sim·u·late
sim·u·lat·e
dissemble. di
yŭ-lay-shŏn)
dis·si·pate (d
ed, dis·si·p

# Webster's New World™ Dictionary

**Fourth Edition**

MICHAEL AGNES
Editor in Chief

POCKET BOOKS
New York London Toronto Sydney Singapore

POCKET BOOKS, a division of Simon & Schuster, Inc.
1230 Avenue of the Americas, New York, NY 10020

Webster's New World™ Dictionary, Pocket Books Paperback Edition

Copyright © 2003 by Wiley Publishing, Inc.

This edition is based on and includes material from *Webster's New World™ College Dictionary,* Fourth Edition, copyright © 2002 by Wiley Publishing, Inc., Cleveland, Ohio

Published by arrangement with Wiley Publishing, Inc.

All rights reserved, including the right to reproduce this book or portions thereof in any form whatsoever.
For information address Wiley Publishing, Inc.,
10475 Crosspoint Boulevard, Indianapolis, IN 46256

ISBN: 0-7434-7070-2

First Pocket Books trade paperback printing of this revised edition July 2003

10 9 8 7 6 5 4 3 2 1

POCKET and colophon are registered trademarks of Simon & Schuster, Inc.

Dictionary Editorial offices:
New World Dictionaries
[illegible] Euclid Avenue
Cleveland, OH 44114

Manufactured in the United States of America

For information regarding special discounts for bulk purchases, please contact Simon & Schuster Special Sales at 1-800-456-6798 or business@simonandschuster.com

**FO**

This new Pocket Book the acclaimed *Webster's Fourth Edition*, publish work: the previous pap 1990 and revised in 199 has been edited for rea date, portable dictionar in the office.

The dictionary offers b sions, supplements defin tive phrases, and provi and etymologies. Even enhance the reader's un and connotations. This Webster's New World combined 150 years of e

This latest edition inc changes in the politica during the past decade rapidly changing vocab terms range from tech include *anti-lock, band broadband, HTML, micr utility vehicle, up to spe* and many others.

Every reader is encour of the Dictionary, which explanation of how to stored within the dictio

leave 2 to discharge from employment, etc. 3 to put aside mentally 4 *Law* to reject (a claim, etc.) —**dis·miss'al** *n.*

**dis·mis'sive** (-mis'iv) *adj.* condescending in dismissing from consideration

**dis·mount'** (-mount') *vi.* to get off, as from a horse —*vt.* 1 to remove (a thing) from its mounting 2 to take apart; dismantle

**dis·o·be·di·ence** (dis'ō bē'dē əns) *n.* refusal to obey; insubordination —**dis'o·be'di·ent** *adj.*

**dis'o·bey'** (-ō bā') *vt., vi.* to refuse to obey

**dis'o·blige'** (-ə blīj') *vt.* **-bliged', -blig'ing** 1 to refuse to oblige 2 to offend

**dis·or'der** (-ôr'dər) *n.* 1 a lack of order; confusion 2 a breach of public peace; riot 3 an ailment —*vt.* 1 to throw into disorder 2 to upset the normal functions of

**dis·or'der·ly** *adj.* 1 untidy 2 violating public peace, safety, etc. —**dis·or'der·li·ness** *n.*

**dis·or·gan·ize** (dis ôr'gə nīz') *vt.* **-ized', -iz'ing** to break up the order or system of; throw into confusion —**dis·or'gan·i·za'tion** *n.*

**dis·o'ri·ent'** (-ôr'ē ent') *vt.* ⟦see DIS- & ORIENT, *v.*⟧ 1 to cause to lose one's bearings 2 to confuse mentally —**dis·o'ri·en·ta'tion** *n.*

**dis·own'** (-ōn') *vt.* to refuse to acknowledge as one's own; repudiate

**dis·par·age** (di spar'ij) *vt.* **-aged, -ag·ing** ⟦< OFr *des-* (see DIS-) + *parage,* rank⟧ 1 to discredit 2 to belittle —**dis·par'age·ment** *n.*

**dis·pa·rate** (dis'pə rət) *adj.* ⟦< L *dis-,* not + *par,* equal⟧ distinct or different in kind; unequal —**dis·par·i·ty** (di spar'ə tē), *pl.* **-ties,** *n.*

**dis·pas·sion·ate** (dis pash'ə nət) *adj.* free from passion or bias; impartial —**dis·pas'sion·ate·ly** *adv.*

**dis·patch** (di spach'; *for n., also* dis' pach') *vt.* ⟦< L *dis-,* away + *pes,* foot⟧ 1 to send promptly, as on an errand 2 to kill 3 to finish quickly —*n.* 1 a sending off 2 a killing 3 speed; promptness 4 a message 5 a news story sent by a reporter —**dis·patch'er** *n.*

**dis·pel** (di spel') *vt.* **-pelled', -pel'ling** ⟦< L *dis-,* apart + *pellere,* to drive⟧ to scatter and drive away

**dis·pen·sa·ble** (di spen'sə bəl) *adj.* 1 that can be dealt out 2 that can be dispensed with; not important

**dis·pen'sa·ry** (-sə rē) *n., pl.* **-ries** a room or place where medicines and first-aid treatment are available

**dis·pen·sa·tion** (dis'pən sā'shən) *n.* 1 a dispensing 2 something dispensed 3 an administrative system 4 a release from an obligation 5 *Theol.* the ordering of events under divine authority

**dis·pense** (di spens') *vt.* **-pensed', -pens'ing** ⟦< L *dis-,* out + *pendere,* weigh⟧ 1 to give out; distribute 2 to prepare and give out (medicines) 3 to administer (the law or justice) —**dispense with** 1 to get rid of 2 to do without —**dis·pens'er** *n.*

**dis·perse'** (-spurs') *vt.* **-persed', -pers'ing** ⟦< L *dis-,* out + *spargere,* scatter⟧ 1 to break up and scatter 2 to dispel (mist, etc.) —*vi.* to scatter —**dis·per'sal** *n.* —**dis·per'sion** *n.*

**dis·pir·it** (di spir'it) *vt.* to depress; discourage —**dis·pir'it·ed** *adj.*

**dis·place** (dis plās') *vt.* **-placed', -plac'ing** 1 to move from its usual place 2 to remove from office; discharge 3 to replace

**displaced person** one forced from one's country, esp. as a result of war

**dis·place'ment** *n.* 1 a displacing or being displaced 2 the weight or volume of air, water, or other fluid displaced by a floating object

**dis·play** (di splā') *vt.* ⟦< L *dis-,* apart + *plicare,* to fold⟧ 1 [Obs.] to spread out; unfold 2 to exhibit —*n.* 1 an exhibition 2 anything displayed

**dis·please** (dis plēz') *vt., vi.* **-pleased', -pleas'ing** to fail to please; offend

**dis·pleas'ure** (-plezh'ər) *n.* a being displeased

**dis·port** (di spôrt') *vi.* ⟦< OFr *des-* (see DIS-) + *porter,* carry⟧ to play; frolic —*vt.* to amuse (oneself)

**dis·pos·al** (di spō'zəl) *n.* 1 a disposing 2 a device in the drain of a kitchen sink to grind up garbage

**dis·pose'** (-spōz') *vt.* **-posed', -pos'ing** ⟦see DIS- & POSITION⟧ 1 to arrange 2 to settle (affairs) 3 to make willing; incline —**dispose of** 1 to settle 2 to give away or sell 3 to get rid of —**dis·pos'a·ble** *adj.*

**dis·po·si·tion** (dis'pə zish'ən) *n.* 1 arrangement 2 management of affairs 3 a selling or giving away 4 the authority to settle, etc.; control 5 a tendency 6 one's temperament

**dis'pos·sess'** (-pə zes') *vt.* to deprive of the possession of land, a house, etc.; oust

**dis·praise'** (-prāz') *vt.* **-praised', -prais'ing** ⟦< OFr *despreisier*⟧ to blame; censure —*n.* blame

**dis'pro·por'tion** (-prə pôr'shən) *n.* a lack of proportion —**dis'pro·por'tion·al** or **dis'pro·por'tion·ate** *adj.*

**dis·prove'** (-pro͞ov') *vt.* **-proved', -proved'** or **-prov'en, -prov'ing** to prove to be false

**dis·pu·ta·tion** (dis'pyo͞o tā'shən) *n.* 1 a disputing 2 debate

**dis'pu·ta'tious** (-pyo͞o tā'shəs) *adj.* inclined to dispute; contentious —**dis'pu·ta'tious·ly** *adv.*

**dis·pute** (di spyo͞ot') *vi.* **-put'ed, -put'ing** ⟦< L *dis-,* apart + *putare,* to think⟧ 1 to argue; debate 2 to quarrel —*vt.* 1 to argue (a question) 2 to doubt 3 to oppose in any way —*n.* 1 a disputing; debate 2 a quarrel —**in dispute** not settled —**dis·put'a·ble** *adj.* —**dis·pu'tant** *adj., n.*

**dis·qual·i·fy** (dis kwôl'ə fī') *vt.* **-fied', -fy'ing** to make or declare unqualified, unfit, or ineligible —**dis·qual'i·fi·ca'tion** *n.*

**dis·qui·et** (dis kwī'ət) *vt.* to make uneasy; disturb —*n.* restlessness: also

**dis·qui'e·tude'** (-ə to͞od')

**dis·qui·si·tion** (dis'kwi ...
*dis-,* apart + *quaerere,* t...
discussion; treatise

**dis·re·gard** (dis'ri gärd') ...
tle or no attention to 2 ...
due respect —*n.* 1 lack ...
lack of due regard or re...

**dis're·pair'** (-ri per') *n.* ...
needing repairs; state o...

**dis·rep'u·ta·ble** (-rep'y...
not reputable 2 not fit ...

**dis're·pute'** (-ri pyo͞ot') ...
repute; bad reputation; ...

**dis're·spect'** (-ri spe...
respect; discourtesy —...
*adj.*

**dis·robe** (dis rōb') *v*...
**-rob'ing** to undress

**dis·rupt** (dis rupt') *vt.* ...
apart + *rumpere,* to br...
apart 2 to disturb or ...
**rup'tion** *n.* —**dis·rup'ti**...

**dis·sat'is·fy'** (-sat'is fī') ...
to fail to satisfy; displ...
**fac'tion** *n.*

**dis·sect** (di sekt') *vt.* ⟦...
*secare,* to cut⟧ 1 to cu...
piece, as a body for pur...
to examine or analy...
**sec'tion** *n.* —**dis·sec'to**...

**dis·sem·ble** (di sem'b...
**-bling** ⟦< OFr *dessem*...
(the truth, one's feelin...
under a false app...
**sem'blance** *n.* —**dis·se**...

**dis·sem·i·nate** (di ...
**-nat'ed, -nat'ing** ⟦< ...
*seminare,* to sow⟧ t...
spread widely —**dis·se**...

**dis·sen·sion** (di sen'sh...
ing; disagreement or q...

**dis·sent** (di sent') *vi.* ⟦...
*sentire,* feel⟧ 1 to dis...
doctrines of an establi...
a dissenting —**dis·sen**...

**dis·ser·ta·tion** (dis'ər ...
*dis-,* apart + *serere,* jo...
course or treatise, es...
fulfill the requiremen...
from a university

**dis·serv·ice** (dis sur'vi...

**dis·sev·er** (di sev'ər) ...
separate 2 to divide i...
separate; disunite

**dis·si·dence** (dis'ə də...
apart + *sidere,* sit⟧ d...
sent —**dis'si·dent** (-də...

**dis·sim·i·lar** (dis sim'ə...
lar; different —**dis'si**...
tē), *pl.* **-ties,** *n.*

**dis·si·mil·i·tude** (dis'...
difference

**dis·sim·u·late** (di sim...
**-lat'ed, -lat'ing** ⟦see DI...
dissemble —**dis·sim'u**...
**sim'u·la'tor** *n.*

**dis·si·pate** (dis'ə p...
**-pat'ing** ⟦< L *dis-,* a...
throw⟧ 1 to scatte...
make disappear 3 to...
—*vi.* 1 to vanish 2 t...
ure to the point of h...
**dis'si·pa'tion** *n.*

# THE AMERICAN HERITAGE DICTIONARY OF THE ENGLISH LANGUAGE

Words that are believed to be registered trademarks have been checked with authoritative sources. No investigation has been made of common-law trademark rights in any word, because such investigation is impracticable. Words that are known to have current registrations are shown with an initial capital and are also identified as trademarks. The inclusion of any word in this Dictionary is not, however, an expression of the publishers' opinion as to whether or not it is subject to proprietary rights. Indeed, no definition in this Dictionary is to be regarded as affecting the validity of any trademark.

© 1969, 1970, 1971, 1973, 1975, 1976, 1978, 1979, 1980, 1981 by Houghton Mifflin Company

All correspondence and inquiries should be directed to
Dictionary Division, Houghton Mifflin Company
Two Park Street, Boston, Massachusetts 02107

All rights reserved under Bern and Pan-American Copyright Conventions

ISBN: 0-395-20360-0 (new college edition; thumb-indexed)
0-395-20359-7 (new college edition; plain edges)
0-395-24575-3 (high-school edition)
0-395-09066-0 (larger-format edition)

Library of Congress Catalog Card Number 76–86995

Manufactured in the United States of America

Computer-composed by Inforonics, Inc.
in Maynard, Massachusetts

dispenser | disquiet

**dispenser**
Paper-cup dispenser

sink flange
stopper
detergent shield
shredder

**disposal**
Electric garbage disposal for a sink drain

minister (laws, for example). **4.** To exempt or release, as from a duty or religious obligation. —*intr.* To grant dispensation or exemption. —**dispense with. 1.** To manage without; forgo. **2.** To dispose of. —See Synonyms at **distribute.** [Middle English *dispensen,* from Medieval Latin *dispensāre,* to grant dispensation to, exempt, condone, from Latin, to pay out, distribute, frequentative of *dispendere,* to weigh out : *dis-,* away + *pendere,* to weigh (see **spen-** in Appendix*).]

**dis·pens·er** (dĭs-pĕn′sər) *n.* One that dispenses or gives out: *a paper-cup dispenser.*

**dis·per·sal** (dĭs-pûr′səl) *n.* The act or process of dispersing or the condition of being dispersed; distribution.

**dis·perse** (dĭs-pûrs′) *v.* **-persed, -persing, -perses.** —*tr.* **1.** To scatter in various directions; distribute widely. **2.** To cause to vanish or disappear; dispel. **3.** To disseminate (knowledge, for example). **4.** To separate (light) into spectral rays. —*intr.* To move or scatter in different directions. —See Synonyms at **scatter.** [Middle English *dispersen,* from Old French *disperser,* from Latin *dispergere* (past participle *dispersus*), to scatter on all sides : *dis-,* in different directions + *spargere,* to strew, scatter (see **sphereg-** in Appendix*).] —**dis·pers′ed·ly** (-pûr′sĭd-lē) *adv.* —**dis·pers′er** *n.* —**dis·pers′i·ble** *adj.*

**disperse system.** Any continuous medium containing dispersed entities of any size or state.

**dis·per·sion** (dĭs-pûr′zhən, -shən) *n.* **1. a.** The act or process of dispersing. **b.** The state of being dispersed. **2.** *Statistics.* The degree of scatter of data, usually about some mean or median value. **3.** *Physics.* **a.** The separation of a complex wave into component parts according to some characteristic, such as frequency or wavelength. **b.** The separation of visible light into its color components by refraction or diffraction. **4.** *Chemistry.* A suspension, such as smog or homogenized milk, of solid, liquid, or gaseous particles, of colloidal size or larger, in a liquid, solid, or gaseous medium.

**dis·per·sive** (dĭs-pûr′sĭv, -zĭv) *adj.* **1.** Tending to become dispersed. **2.** Tending to produce dispersion.

**dis·pir·it** (dĭs-pĭr′ĭt) *tr.v.* **-ited, -iting, -its.** To lower in spirit; dishearten. [DI(S)- (negative) + SPIRIT.]

**dis·pir·it·ed** (dĭs-pĭr′ĭt-ĭd) *adj.* Characterized by low spirits; dejected. —**dis·pir′it·ed·ly** *adv.*

**dis·place** (dĭs-plās′) *tr.v.* **-placed, -placing, -places. 1.** To change the place or position of. **2.** To take the place of; supplant. **3.** To discharge from an office or position. **4.** To cause a displacement of (a body, for example). —See Synonyms at **replace.** —**dis·place′a·ble** *adj.* —**dis·plac′er** *n.*

**displaced person.** *Abbr.* **DP, D.P.** A person living in a foreign country who has been driven from his homeland by war.

**dis·place·ment** (dĭs-plās′mənt) *n.* **1. a.** The act of displacing. **b.** The condition of being displaced. **2.** *Chemistry.* A reaction in which one kind of atom, molecule, or radical is removed from combination and replaced by another. **3.** *Physics.* **a.** The weight or volume of a fluid displaced by a floating body, used especially as a measurement of the weight or bulk of ships. **b.** A vector, or the magnitude of a vector, from the initial position to a subsequent position assumed by a body. **4.** *Psychoanalysis.* The shifting of an emotional affect, as of anger, from an appropriate to an inappropriate object.

**displacement ton.** *Nautical.* A unit for measuring the displacement of a ship afloat, equivalent to one long ton or about 35 cubic feet of salt water.

**dis·play** (dĭs-plā′) *tr.v.* **-played, -playing, -plays. 1.** To hold up to view; make visible; expose; exhibit. **2.** To make manifest or noticeable; show evidence of. **3.** To exhibit ostentatiously or prominently; show off; parade; flaunt. **4.** To spread out; unfurl. **5.** *Printing.* To give prominence to (printed letters or words, for example), as by using large type. —See Synonyms at **show.** —*n.* **1.** The act of displaying; exhibition. **2.** Anything that is exhibited or displayed. **3.** A vulgar ostentation: *She made quite a display of herself.* **4.** *Printing.* **a.** An arrangement or style of type designed to give prominence to printed matter. **b.** Printed matter that is set off prominently. **5.** Designating an advertisement designed to catch the eye, as distinguished from a classified advertisement. [Middle English *displayen,* to unfold, unfurl, exhibit, from Norman French *despleier,* from Medieval Latin *displicāre,* from Latin, to scatter : *dis-* (reversal) + *plicāre,* to fold (see **plek-** in Appendix*).]

**dis·please** (dĭs-plēz′) *v.* **-pleased, -pleasing, -pleases.** —*tr.* To cause annoyance or vexation to; offend. —*intr.* To cause annoyance or displeasure. [Middle English *displesen,* from Old French *desplaisir,* from Vulgar Latin *displacēre* (unattested), variant of Latin *displicēre* : *dis-* (reversal) + *placēre,* PLEASE.] —**dis·pleas′ing·ly** *adv.*

**dis·pleas·ure** (dĭs-plĕzh′ər) *n.* **1.** The condition or fact of being displeased or dissatisfied; annoyance; anger. **2.** *Archaic.* Discomfort; uneasiness. **3.** *Archaic.* An annoying or injurious offense. —*tr.v.* **displeasured, -uring, -ures.** *Archaic.* To displease.

**dis·plode** (dĭs-plōd′) *v.* **-ploded, -ploding, -plodes.** *Archaic.* —*tr.* To explode (something). —*intr.* To explode. [Latin *displōdere,* to spread out, burst asunder : *dis-,* apart + *plaudere,* to beat, strike (see **explode**).]

**dis·port** (dĭs-pôrt′, -pōrt′) *v.* **-ported, -porting, -ports.** —*intr.* To play; to sport. —*tr.* To occupy (oneself) with diversion or amusement. —*n.* Diversion; play; sport. [Middle English *disporten,* from Old French *desporter,* "to carry away," divert : *des-,* from Latin *dis-,* apart + *porter,* to carry, PORT.]

**dis·pos·a·ble** (dĭs-pō′zə-bəl) *adj.* **1.** Designed to be disposed of after use. **2.** Subject to use; available. —**dis·pos′a·bil′i·ty** *n.*

**dis·pos·al** (dĭs-pō′zəl) *n.* **1.** A particular order, distribution, or placement: *a pleasing disposal of window trimming.* **2.** A particular method of attending to or settling matters. **3.** The transference of something by gift or sale. **4.** A throwing out or away. **5.** An apparatus or device for disposing of something, as garbage. **6.** The liberty or power to dispose of or use someone or something: *funds at our disposal.*

**dis·pose** (dĭs-pōz′) *v.* **-posed, -posing, -poses.** —*tr.* **1.** To place or set in a particular order; arrange. **2.** To put (business affairs, for example) into correct, definitive, or conclusive form. **3.** To make willing or receptive for; to incline: *"I'm a cheerful sort of man and very disposed to laughter."* (P.L. Travers). —*intr.* To settle or decide a matter. —**dispose of. 1.** To attend to; arrange; settle. **2.** To transfer or part with, as by giving or selling. **3.** To get rid of; throw out or away. **4.** To eat or drink (food). —*n. Obsolete.* **1.** Disposal. **2.** Disposition; demeanor. [Middle English *disposen,* from Old French *disposer,* reshaped (after *poser,* to POSE), from Latin *dispōnere,* to place here and there, arrange : *dis-,* in different directions + *pōnere,* to put (see **apo-** in Appendix*).] —**dis·pos′er** *n.*

**dis·po·si·tion** (dĭs′pə-zĭsh′ən) *n.* **1.** One's customary manner of emotional response; temperament: *"She had a lively, playful disposition, which delighted in anything ridiculous."* (Jane Austen). **2.** A tendency or inclination, especially when habitual: *"A disposition to the drink and aversion to humdrum toil was no novelty in early Kenya."* (Robert Ruark). **3. a.** The act or manner of disposing. **b.** The condition or fact of being disposed. **4.** The power or liberty to control, direct, or dispose: *"some bishops interpreted canon law as giving them disposition of the parish tithes"* (Marshall W. Baldwin).

*Synonyms: disposition, temperament, character, personality, nature.* These nouns refer to the sum of traits that identify a person. *Disposition* is approximately equivalent to habitual frame of mind. *Temperament* applies broadly to the sum of one's emotional characteristics. *Character* emphasizes moral and ethical qualities. *Personality* is the sum of distinctive traits or characteristics of a person that give him individuality, especially in his relationships with other persons. *Nature* suggests those inherent qualities that determine characteristic behavior or emotional response in people.

**dis·pos·sess** (dĭs′pə-zĕs′) *tr.v.* **-sessed, -sessing, -sesses.** To deprive (someone) of the possession of something, such as real property. —**dis′pos·ses′sion** *n.* —**dis′pos·ses′sor** (-zĕs′ər) *n.* —**dis′pos·ses′so·ry** (-zĕs′ə-rē) *adj.*

**dis·po·sure** (dĭs-pō′zhər) *n. Rare.* Disposal.

**dis·praise** (dĭs-prāz′) *tr.v.* **-praised, -praising, -praises.** To express disapproval of; disparage; censure. —*n.* Reproach; censure. [Middle English *dispreisen,* from Old French *despreiser,* from Vulgar Latin *dispretiāre* (unattested), variant of Latin *dēpretiāre,* DEPRECIATE.] —**dis·prais′er** *n.* —**dis·prais′ing·ly** *adv.*

**dis·prize** (dĭs-prīz′) *tr.v.* **-prized, -prizing, -prizes.** *Archaic.* To hold or regard in low esteem; to disdain. [Middle English *disprisen, dispreisen,* DISPRAISE.]

**dis·proof** (dĭs-proōf′) *n.* **1.** The act of disproving or refuting. **2.** Evidence that disproves or refutes.

**dis·pro·por·tion** (dĭs′prə-pôr′shən, -pōr′shən) *n.* **1.** The absence of due proportion; disparity. **2.** An instance of a disproportionate relation, as in size. —*tr.v.* **disproportioned, -tioning, -tions.** To make disproportionate.

**dis·pro·por·tion·al** (dĭs′prə-pôr′shən-əl, -pōr′shən-əl) *adj.* Disproportionate. —**dis′pro·por′tion·al·ly** *adv.*

**dis·pro·por·tion·ate** (dĭs′prə-pôr′shən-ĭt, -pōr′shən-ĭt) *adj.* Not proportionate; out of proportion, as in relative size, shape, or amount. —**dis′pro·por′tion·ate·ly** *adv.* —**dis′pro·por′tion·ate·ness** *n.*

**dis·prove** (dĭs-proōv′) *tr.v.* **-proved, -proving, -proves.** To prove to be false, invalid, or in error; refute. [Middle English *disproven, disproven,* from Old French *desprover* : *des-,* from Latin *dis-* (reversal) + *prover,* PROVE.] —**dis·prov′a·ble** *adj.* —**dis·prov′al** *n.*

**dis·put·a·ble** (dĭs-pyoō′tə-bəl, dĭs′pyoō-) *adj.* Capable of being disputed; debatable. —**dis·put′a·bil′i·ty** *n.* —**dis·put′a·bly** *adv.*

**dis·pu·tant** (dĭs-pyoō′tənt, dĭs′pyoō-tənt) *adj.* Engaged in argument or dispute. —*n.* A person who disputes; debater.

**dis·pu·ta·tion** (dĭs′pyoō-tā′shən) *n.* **1.** The act of disputing; a debate. **2.** An academic exercise consisting of a formal debate or an oral defense of a thesis.

**dis·pu·ta·tious** (dĭs′pyoō-tā′shəs) *adj.* Inclined to dispute; contentious. —**dis′pu·ta′tious·ly** *adv.* —**dis′pu·ta′tious·ness** *n.*

**dis·pute** (dĭs-pyoōt′) *v.* **-puted, -puting, -putes.** —*tr.* **1.** To argue about; to debate. **2.** To question the truth or validity of; to doubt. **3.** To strive to win (a prize, for example); contest for. **4.** To strive against; oppose; resist. —*intr.* **1.** To argue; discuss; to debate. **2.** To quarrel vehemently. —See Synonyms at **discuss.** —*n.* **1.** A verbal controversy; an argument; a debate. **2.** A quarrel. —See Synonyms at **argument.** [Middle English *disputen,* from Old French *desputer,* from Late Latin *disputāre,* from Latin, to reckon, discuss : *dis-,* separately + *putāre,* to clean, prune, settle an account, hence to reckon, think (see **peue-**[2] in Appendix*).] —**dis·put′er** *n.*

**dis·qual·i·fi·ca·tion** (dĭs-kwŏl′ə-fĭ-kā′shən) *n.* **1.** The act of disqualifying, or the condition of being disqualified. **2.** Something that disqualifies.

**dis·qual·i·fy** (dĭs-kwŏl′ə-fī′) *tr.v.* **-fied, -fying, -fies. 1.** To render unfit or unqualified; disable. **2.** To declare ineligible or unqualified. **3.** To deprive of legal rights, powers, or privileges.

**dis·qui·et** (dĭs-kwī′ĭt) *tr.v.* **-eted, -eting, -ets.** To deprive of peace or rest; to trouble. —*n.* The absence of mental peace or rest; restlessness; anxiety. —*adj. Rare.* Uneasy; restless. —**dis·qui′et·ing·ly** *adv.* —**dis·qui′et·ly** *adv.* —**dis·qui′et·ness** *n.*

ă pat/ā pay/âr care/ä father/b bib/ch church/d deed/ĕ pet/ē be/f fife/g gag/h hat/hw which/ĭ pit/ī pie/îr pier/j judge/k kick/l lid, needle/m mum/n no, sudden/ng thing/ŏ pot/ō toe/ô paw, for/oi noise/ou out/oŏ took/oō boot/p pop/r roar/s sauce/sh ship, dish



# WEBSTER'S New Collegiate Dictionary

Copyright © 1979 by G. & C. Merriam Co.

Philippines Copyright 1979 by G. & C. Merriam Co.

Library of Congress Cataloging in Publication Data
Main entry under title:

Webster's new collegiate dictionary.

Editions for 1898–1948 have title: Webster's collegiate dictionary.
Includes index.
1. English language–Dictionaries.

PE1628.W4M4 1979 423 78-11140
ISBN 0-87779-358-1
ISBN 0-87779-359-X (indexed)
ISBN 0-87779-360-3 (deluxe)

Webster's New Collegiate Dictionary principal copyright 1973

COLLEGIATE trademark Reg. U.S. Pat. Off.

*All rights reserved. No part of this work covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, recording, taping, or information and retrieval systems—without written permission of the publisher.*

Made in the United States of America

3334RMcN79

Th

Dict

326

prehensible **b** : UNRULY **2**
tioning in a normal orderly
lis-or-dered-ness *n*
in a disorderly manner
isorder ⟨a ~ pile of clothes
public order ⟨charged with
ss *n*
chiefly against public order
able misdemeanor
*désorganiser*, fr. *dés-* dis- —
nterrupt the orderly struc-
tion \(ˌ)dis-ˌȯrg-(ə-)nə-ˈzā-
system, or central guiding
*désorienter*, fr. *dés-* dis- —
] **1 a** : to cause to lose
on or relationship **b** : to
identity **2** : CONFUSE
DISORIENT — **dis-ori-en-ta-**
-\ *n*
acknowledge as one's own
identification with **b** : to
**wn-ment** \-mənt\ *n*
ng [ME *disparagen* to de-
parage, fr. MF *desparagier*
*des-* dis- + *parage* extrac-
in rank or reputation : DE-
ans (as invidious compari-
: DECRY **ant** applaud —
**ar-ag-er** *n* — **dis-par-ag-**
*ly*
*i* [L *disparatus*, pp. of *dis-*
epare — more at PARE] **1**
acter **2** : containing or
d often incongruous ele-
able, analogous — **dis-pa-**
MF *desparité*, fr. LL *dis-*
*itat-*, *paritas* parity] : the
*tire*, fr. L, fr. *dis-* + *partire*
RATE, DIVIDE
of passion : COOLNESS
uenced by strong feeling
tional involvement ⟨a ~
see FAIR — **dis-pas-sion-**
or It *dispacciare*, fr. Prov
to set free, fr. OF, fr. *des-*
— more at IMPEACH] *vt* **1**
or speed esp. on official
ency ⟨~ an injured dog⟩
ask⟩ rapidly or efficiently
*yn* see KILL — **dis-patch-**
as **a** *obs* : DISMISSAL **b**
tlement (as of an item of
ending off : SHIPMENT **2**
nportant official message
ficer ⟨sent a ~ to the war
it him three mentions in
nt in by a correspondent
ciency in performance or
rs
g [L *dispellere*, fr. *dis-* —
drive away by scattering
pable of being dispensed
-ˌpen(t)-sə-ˈbil-ət-ē\ *n*
ies **1** : a place where
store where liquor is sold
*n* **-1 a** : a general state
revealed commands and
particular arrangement
: **2 a** : an exemption
, or oath **b** : a formal
ing **b** : something dis-
l \-shnəl, -shən-ᵊl\ *adj*
-\ *n*, *pl* **-ries** **1** : a me-
eeping medical supplies
**dis-pens-ing** [ME *dis-*
at dispensation, fr. L, to
to weigh out, fr. *dis-* —
**a** : to deal out in por-
to give dispensation to
edication) **~** *vi*, *archaic*
E — **dispense with** **1**
at has *dispensed with* its
*nse with* his assistants⟩
nses: as **a** : a container
enient units **b** : a usu.
ult of dispersing; *specif*
of organisms from one
ng agent; *esp* : a sub-
tabilization of a disper-
ant *odj*

327

disperse ● disrelish

**dis-perse** \dis-ˈpərs\ *vb* **dis-persed; dis-pers-ing** [ME *dysparsen*, fr. MF *disperser*, fr. L *dispersus*, pp. of *dispergere* to scatter, fr. *dis-* + *spargere* to scatter — more at SPARK] *vt* **1 a** : to cause to break up ⟨the meeting was *dispersed*⟩ **b** : to cause to become spread widely **c** : to cause to evaporate or vanish ⟨sunlight *dispersing* the vapor⟩ **2** : to spread or distribute from a fixed or constant source: as **a** *archaic* : DISSEMINATE **b** : to subject (as light) to dispersion **c** : to distribute (as fine particles) more or less evenly throughout a medium **~** *vi* **1** : to break up in random fashion ⟨the crowd *dispersed* at the policeman's request⟩ **2 a** : to become dispersed **b** : DISSIPATE, VANISH ⟨the fog *dispersed* toward morning⟩ **syn** see SCATTER — **dis-persed-ly** \-ˈpər-səd-lē, -ˈpərst-lē\ *adv* — **dis-pers-er** *n* — **dis-pers-ible** \-ˈpər-sə-bəl\ *adj*

**disperse system** *n* : DISPERSION 5b

**dis-per-sion** \dis-ˈpər-zhən, -shən\ *n* **1** *cap* : DIASPORA 1a **2** : the act or process of dispersing : the state of being dispersed **3** : the scattering of the values of a frequency distribution from an average **4** : the separation of light into colors by refraction or diffraction with formation of a spectrum; *also* : the separation of nonhomogeneous radiation into components in accordance with some characteristic (as energy) **5 a** : a dispersed substance **b** : a system consisting of a dispersed substance and the medium in which it is dispersed : COLLOID 1b

**dis-per-sive** \-ˈpər-siv, -ziv\ *adj* **1** : of or relating to dispersion ⟨a ~ medium⟩ ⟨the ~ power of a lens⟩ **2** : tending to disperse — **dis-per-sive-ly** *adv* — **dis-per-sive-ness** *n*

**dis-per-soid** \-ˈpər-ˌsȯid\ *n* : finely divided particles of one substance dispersed in another

**dispir-it** \(ˈ)dis-ˈpir-ət\ *vt* [*dis-* + *spirit*] : to deprive of morale or enthusiasm — **dispir-it-ed** *adj* — **dispir-it-ed-ly** *adv* — **dispir-it-ed-ness** *n*

**dis-pit-eous** \dis-ˈpit-ē-əs\ *adj* [alter. of *despiteous*] *archaic* : CRUEL

**dis-place** \(ˈ)dis-ˈplās\ *vt* [prob. fr. MF *desplacer*, fr. *des-* dis- + *place*] **1 a** : to remove from the usual or proper place; *specif* : to expel or force to flee from home or homeland **b** : to remove from an office **c** *obs* : to drive out : BANISH **2 a** : to remove physically out of position ⟨water *displaced* by a floating object⟩ **b** : to take the place of (as in a chemical reaction) : SUPPLANT **syn** see REPLACE — **dis-place-able** \-ˈplā-sə-bəl\ *adj*

**dis-place-ment** \dis-ˈplā-smənt\ *n* **1** : the act or process of displacing : the state of being displaced **2 a** : the volume or weight of a fluid (as water) displaced by a floating body (as a ship) of equal weight **b** : the difference between the initial position of a body and any later position **c** : the volume displaced by a piston (as in a pump or an engine) in a single stroke; *also* : the total volume so displaced by all the pistons in an internal-combustion engine (as in an automobile) **3** : the substitution of another form of behavior for what is normal or expected esp. when the normal response is nonadaptive

**dis-plant** \dis-ˈplant\ *vt* [MF *desplanter*, fr. *des-* + *planter* to plant, fr. LL *plantare*] **1** : DISPLACE, REMOVE **2** : SUPPLANT

**¹dis-play** \dis-ˈplā\ *vb* [ME *displayen*, fr. AF *despleier*, fr. L *displicare* to scatter, fr. *dis-* + *plicare* to fold — more at PLY] *vt* **1 a** : to put or spread before the view in display ⟨~ the flag⟩ **b** : to make evident ⟨~*ed* great skill⟩ **c** : to exhibit ostentatiously ⟨liked to ~ his erudition⟩ **2** *obs* : DESCRY **~** *vi* **1** *obs* : to show off **2** : to make a breeding display ⟨penguins ~*ed* and copulated⟩

**²display** *n*, *often attrib* **1 a** (1) : a setting or presentation of something in open view ⟨a fireworks ~⟩ (2) : a clear sign or evidence : EXHIBITION ⟨a ~ of courage⟩ **b** : ostentatious show **c** : type composition designed to catch the eye; *also* : printed matter so composed **d** : an eye-catching arrangement by which something is exhibited **e** : a device (as a cathode-ray tube) that gives information in visual form in communications ⟨a computer ~⟩ ⟨a radar ~⟩ **2** : a pattern of behavior exhibited esp. by male birds in the breeding season

**dis-please** \(ˈ)dis-ˈplēz\ *vb* [ME *displesen*, fr. MF *desplaisir*, fr. (assumed) VL *displacēre*, fr. L *dis-* + *placēre* to please] *vt* **1** : to incur the disapproval of esp. as accompanied by annoyance or dislike ⟨fired any employee who *displeased* him⟩ **2** : to be offensive to ⟨abstract art ~*s* him⟩ **~** *vi* : to give displeasure ⟨signs of inattention calculated to ~⟩

**dis-plea-sure** \(ˈ)dis-ˈplezh-ər, -ˈplāzh-\ *n* **1** : the feeling of one that is displeased : DISFAVOR **2** : DISCOMFORT, UNHAPPINESS **3** *archaic* : OFFENSE, INJURY

**dis-plode** \dis-ˈplōd\ *vb* **dis-plod-ed; dis-plod-ing** [L *displodere*, fr. *dis-* + *plaudere* to clap, applaud] *archaic* : EXPLODE — **dis-plo-sion** \-ˈplō-zhən\ *n*

**¹dis-port** \dis-ˈpō(ə)rt, -ˈpȯ(ə)rt\ *n*, *archaic* : SPORT, PASTIME

**²disport** *vb* [ME *disporten*, fr. MF *desporter*, fr. *des-* + *porter* to carry] *vt* **1** : DIVERT, AMUSE **2** : DISPLAY **~** *vi* : to amuse oneself in light or lively fashion : FROLIC — **dis-port-ment** \-mənt\ *n*

**¹dis-pos-able** \dis-ˈpō-zə-bəl\ *adj* **1** : subject to or available for disposal; *specif* : remaining to an individual after deduction of taxes ⟨~ income⟩ **2** : designed to be used once and then thrown away ⟨~ towels⟩ — **dis-pos-abil-i-ty** \-ˌpō-zə-ˈbil-ət-ē\ *n*

**²disposable** *n* : something (as a paper blanket) that is disposable

**dis-pos-al** \dis-ˈpō-zəl\ *n* **1** : the act or process of disposing: as **a** : orderly placement or distribution **b** : REGULATION, ADMINISTRATION **c** : BESTOWAL **d** : systematic destruction; *esp* : destruction or transformation of garbage **2** : the power or authority to dispose of ⟨the car was at my ~⟩ **3** [*garbage disposal unit*] : a device used to reduce waste matter (as by grinding)

**¹dis-pose** \dis-ˈpōz\ *vb* **dis-posed; dis-pos-ing** [ME *disposen*, fr. MF *disposer*, fr. L *disponere* to arrange (perf. indic. *disposui*), fr. *dis-* + *ponere* to put — more at POSITION] *vt* **1** : to give a tendency to : INCLINE ⟨faulty diet ~*s* one to sickness⟩ **2 a** : to put in place : set in readiness : ARRANGE ⟨*disposing* troops for withdrawal⟩ **b** : REGULATE **c** : BESTOW **~** *vi* **1** : to settle a matter finally **2** *obs* : to come to terms **syn** see INCLINE — **dis-pos-er** *n* — **dispose of** **1** : to place, distribute, or arrange esp. in an orderly way **2 a** : to transfer to the control of another ⟨*disposing of* his personal property⟩ **b** (1) : to get rid of ⟨waste that is hard to *dispose of*⟩ (2) : to deal with conclusively ⟨*disposed of* the matter efficiently⟩

**²dispose** *n* **1** *obs* : DISPOSAL **2** *obs* **a** : DISPOSITION **b** : DEMEANOR

**dis-po-si-tion** \ˌdis-pə-ˈzish-ən\ *n* [ME, fr. MF, fr. L *disposition-*, *dispositio*, fr. *dispositus*, pp. of *disponere*] **1** : the act or the power of disposing or the state of being disposed: as **a** : ADMINISTRATION, CONTROL **b** : final arrangement : SETTLEMENT ⟨the ~ of the case⟩ **c** (1) : transfer to the care or possession of another (2) : the power of such transferal **d** : orderly arrangement **2 a** : prevailing tendency, mood, or inclination **b** : temperamental makeup **c** : the tendency of something to act in a certain manner under given circumstances

**syn** DISPOSITION, TEMPERAMENT, TEMPER, CHARACTER, PERSONALITY *shared meaning element* : the dominant quality or qualities distinguishing a person or group

**dis-pos-i-tive** \dis-ˈpäz-ət-iv\ *adj* : directed towards or effecting disposition (as of a case) ⟨~ evidence⟩

**dis-pos-sess** \ˌdis-pə-ˈzes *also* -ˈses\ *vt* [MF *despossesser*, fr. *des-* dis- + *possesser* to possess] : to put out of possession or occupancy — **dis-pos-ses-sion** \-ˈzesh-ən *also* -ˈsesh-\ *n* — **dis-pos-ses-sor** \-ˈzes-ər *also* -ˈses-\ *n*

**dis-pos-sessed** *adj* : deprived of homes, possessions, and security

**dis-po-sure** \dis-ˈpō-zhər\ *n*, *archaic* : DISPOSAL, DISPOSITION

**¹dis-praise** \(ˈ)dis-ˈprāz\ *vt* [ME *dispraisen*, fr. OF *despreisier*, fr. *des-* dis- + *preisier* to praise] : to comment on with disapproval or censure — **dis-prais-er** *n* — **dis-prais-ing-ly** \-ˈprā-ziŋ-lē\ *adv*

**²dispraise** *n* : an expression of disapproval : DISPARAGEMENT

**dispread** \dis-ˈpred\ *vt* : to spread abroad or out

**dis-prize** \(ˈ)dis-ˈprīz\ *vt* [MF *despriser*, fr. OF *despreisier* to dispraise] *archaic* : UNDERVALUE, SCORN

**dis-proof** \(ˈ)dis-ˈprüf\ *n* **1** : the action of disproving **2** : evidence that disproves

**¹dis-pro-por-tion** \ˌdis-prə-ˈpōr-shən, -ˈpȯr-\ *n* : lack of proportion, symmetry, or proper relation : DISPARITY; *also* : an instance of such disparity — **dis-pro-por-tion-al** \-shnəl, -shən-ᵊl\ *adj*

**²disproportion** *vt* : to make out of proportion : MISMATCH

**dis-pro-por-tion-ate** \-sh(ə-)nət\ *adj* : being out of proportion — **dis-pro-por-tion-ate-ly** *adv*

**dis-pro-por-tion-ation** \-ˌpōr-shə-ˈnā-shən, -ˌpȯr-\ *n* : the transformation of a substance into two or more dissimilar substances usu. by simultaneous oxidation and reduction — **dis-pro-por-tion-ate** \-ˈpōr-shə-ˌnāt, -ˈpȯr-\ *vi*

**dis-prove** \(ˈ)dis-ˈprüv\ *vt* [ME *disproven*, fr. MF *desprover*, fr. *des-* + *prover* to prove] : to prove to be false : REFUTE — **dis-prov-able** \-ˈprü-və-bəl\ *adj*

**syn** DISPROVE, REFUTE, CONFUTE, REBUT, CONTROVERT *shared meaning element* : to show or try to show by presenting evidence that something (as a claim, statement, or charge) is not true **ant** prove, demonstrate

**dis-pu-tant** \dis-ˈpyüt-ᵊnt, ˈdis-pyət-ənt\ *n* : one that is engaged in a dispute

**dis-pu-ta-tion** \ˌdis-pyə-ˈtā-shən\ *n* **1** : the act of disputing : DEBATE **2** : an academic exercise in oral defense of a thesis by formal logic

**dis-pu-ta-tious** \-shəs\ *adj* **1** : inclined to dispute **2** : provoking debate : CONTROVERSIAL — **dis-pu-ta-tious-ly** *adv* — **dis-pu-ta-tious-ness** *n*

**¹dis-pute** \dis-ˈpyüt\ *vb* **dis-put-ed; dis-put-ing** [ME *disputen*, fr. OF *desputer*, fr. L *disputare* to discuss, fr. *dis-* + *putare* to think] *vi* : to engage in argument : DEBATE; *esp* : to argue irritably or with irritating persistence **~** *vt* **1 a** : to make the subject of disputation **b** : to call into question ⟨the honesty of his intent was never *disputed*⟩ **2 a** : to struggle against ⟨*disputed* the advance of the invaders⟩ **b** : to struggle over : CONTEST ⟨the defending troops *disputed* every inch of ground⟩ **syn** see DISCUSS — **dis-pu-ta-ble** \dis-ˈpyüt-ə-bəl, ˈdis-pyət-\ *adj* — **dis-pu-ta-bly** \-blē\ *adv* — **dis-put-er** *n*

**²dis-pute** \dis-ˈpyüt, ˈdis-ˌ\ *n* **1 a** : verbal controversy : DEBATE **b** : QUARREL **2** *obs* : physical combat

**dis-qual-i-fi-ca-tion** \(ˌ)dis-ˌkwäl-ə-fə-ˈkā-shən\ *n* **1** : the act of disqualifying : the state of being disqualified ⟨~ from office⟩ **2** : something that disqualifies or incapacitates

**dis-qual-i-fy** \(ˈ)dis-ˈkwäl-ə-ˌfī\ *vt* **1** : to deprive of the required qualities, properties, or conditions : make unfit **2** : to deprive of a power, right, or privilege **3** : to make ineligible for a prize or for further competition because of violations of the rules

**dis-quan-ti-ty** \(ˈ)dis-ˈkwän(t)-ət-ē\ *vt*, *obs* : DIMINISH, LESSEN

**¹dis-qui-et** \(ˈ)dis-ˈkwī-ət\ *vt* : to take away the peace or tranquillity of : DISTURB, ALARM **syn** see DISCOMPOSE **ant** tranquilize, soothe — **dis-qui-et-ing** *adj* — **dis-qui-et-ing-ly** \-iŋ-lē\ *adv*

**²disquiet** *n* : lack of peace or tranquillity : ANXIETY

**³disquiet** *adj*, *archaic* : UNEASY, DISQUIETED — **dis-qui-et-ly** *adv*

**dis-qui-etude** \(ˈ)dis-ˈkwī-ə-ˌt(y)üd\ *n* : AGITATION, ANXIETY

**dis-qui-si-tion** \ˌdis-kwə-ˈzish-ən\ *n* [L *disquisition-*, *disquisitio*, fr. *disquisitus*, pp. of *disquirere* to inquire diligently, fr. *dis-* + *quaerere* to seek — more at QUEST] : a formal inquiry into or discussion of a subject : DISCOURSE

**dis-rate** \(ˈ)dis-ˈrāt\ *vt* : to reduce in rank : DEMOTE **syn** see DEGRADE

**¹dis-re-gard** \ˌdis-ri-ˈgärd\ *vt* : to pay no attention to : treat as unworthy of regard or notice **syn** see NEGLECT

**²disregard** *n* : the act of disregarding : the state of being disregarded : NEGLECT — **dis-re-gard-ful** \-fəl\ *adj*

**dis-re-lat-ed** \ˌdis-ri-ˈlāt-əd\ *adj* : not related

**dis-re-la-tion** \-ˈlā-shən\ *n* : lack of a fitting or proportionate connection or relationship

**¹dis-rel-ish** \(ˈ)dis-ˈrel-ish\ *vt* : to find unpalatable or distasteful

ə abut ᵊ kitten ər further a back ā bake ä cot, cart
aù out ch chin e less ē easy g gift i trip ī life
j joke ŋ sing ō flow ȯ flaw ȯi coin th thin t͟h this
ü loot ů foot y yet yü few yů furious zh vision

# The Merriam-Webster Dictionary



MERRIAM-WEBSTER, INCORPORATED
Springfield, Massachusetts, U.S.A.

A GENUINE MERRIAM-WEBSTER

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

Copyright © 1997 by Merriam-Webster, Incorporated

Philippines Copyright 1997 by Merriam-Webster, Incorporated

ISBN 0-87779-911-3

The Merriam-Webster Dictionary principal copyright 1994

All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.

MADE IN THE UNITED STATES OF AMERICA

43QPB03

# Prefa

This new edition of THE MERRIAM-WEBSTER DICTIONARY is the fifth in a of Merriam-Webster paperback dictionaries which began in 1947. based on and preserves the best aspects of preceding editions, but it offers much that is new, drawing specifically on *Merriam-Webster's legiate Dictionary, Tenth Edition*, which was published after the ap ance of the last paperback edition. Every entry and every section has reexamined and revised in light of the most current information avail Every definition has been based on examples of actual use found i Merriam-Webster citation file, which now includes more than 14,50 examples of English words used in context.

The 60,000 entries in *The Merriam-Webster Dictionary* give covera the most frequently used words in the language. The heart of the dic ary is the A-Z vocabulary section, where readers will find inform about meaning, spelling, pronunciation, etymology, and synonymy. section is followed by several others that users have long found use list of foreign words and phrases that often occur in English texts; a l nations of the world; a list of places in the United States having 18,0 more inhabitants; a similar list of places in Canada; and a section de to widely used signs and symbols. The A-Z vocabulary is preceded set of Explanatory Notes that should be read carefully by every user dictionary. An understanding of the information contained in these will make the dictionary both easier and more rewarding to use.

*The Merriam-Webster Dictionary* has been created by a company has been publishing dictionaries for 150 years. It has been edited by a perienced staff of lexicographers, who believe it will serve well those want a concise and handy guide to the English language of today.

## Editorial St

**Editor in Chief**
Frederick C. Mish

**Executive Editor**
John M. Morse

**Director of Defining**
E. Ward Gilman

**Senior Editors**
Robert D. Copeland • James G. Lowe
Victoria E. Neufeldt • Madeline L. Novak
Roger W. Pease • Stephen J. Perrault

**Associate Editors**
Michael G. Belanger • Paul F. Cappellano
Joanne M. Despres • Kathleen M. Doherty
Daniel J. Hopkins • James L. Rader
Thomas M. Sietsema

**Assistant Editors**
Susan L. Brady • Jennifer N. Cislo
Jennifer S. Goss • Eileen M. Haraty
Peter D. Haraty • Amy K. Harris
Donna L. Narmontas • Brett P. Palmer
Stephen L. Rickerby • Michael D. Roundy
Maria A. Sansalone
Katherine C. Sietsema • Jennifer B. Tufts
Linda Picard Wood

**Editorial Assistants**
Rebecca R. Bryer • Jill J. Coon
Karen L. Wilkinson • Amy We

**Librarian**
Francine A. Roberts

**Departmental Secretary**
Georgette B. Boucher

**Head of Typing Room**
Gloria J. Afflitto

**Senior Clerk**
Ruth W. Gaines

**Clerks and Typists**
Ann S. Derby • Mary M. Dunn
Florence A. Fowler
Patricia M. Jensen • Ella L. Jo
Veronica P. McLymont
Joan E. Matteson

**MERRIAM-WEBSTER, INCORPORATED**
Joseph J. Esposito, President
Thomas E. Stanley, Publisher



alarm or — dis·may-
vb 1 : to
os or parts
nto pieces
send away
side or out
dicial con-
s) — dis-
1 : to get
a horse or
SASSEMBLE
dē-əns\ n
ey — dis-
ail to obey
1 : to go
INCONVEN-
: to disturb
the regular
~ed diges-
CONFUSION
ublic order
al state of
ffensive to
disorder (a
ss n
īz\ vb : to
system of
dis·or·ga·ni-
shən\ n
b : to cause
- dis·ori·en-
ən\ n
DIATE, RE-
-aged; -ag-
arriage be-
ge. fr. MF
elow one's
extraction.
to lower in
DE 2 : BELIT-
— dis·par-
ˈpar-ət\ adj
haracter —
n
shə-nət\ adj
ong feeling
dis·pas·sion
n·ate·ly adv
to send off
s or speed
2 : to put to
idly or effi-
patch·er n
-pach\ n 1
sent in by a
paper 3 : the
SHIPMENT 4
to death 5
ncy in per-

**dis·pel** \di-ˈspel\ vb **dis·pelled; dis·pel·ling** : to drive away by scattering : DISSIPATE

**dis·pens·able** \di-ˈspen-sə-bəl\ adj : capable of being dispensed with

**dis·pen·sa·ry** \di-ˈspen-sə-rē\ n, pl -ries : a place where medicine or medical or dental aid is dispensed

**dis·pen·sa·tion** \ˌdis-pən-ˈsā-shən\ n 1 : a system of rules for ordering affairs 2 : a particular arrangement or provision esp. of nature 3 : an exemption from a rule or from a vow or oath 4 : the act of dispensing 5 : something dispensed or distributed

**dis·pense** \di-ˈspens\ vb **dis·pensed; dis·pens·ing** 1 : to portion out 2 : ADMINISTER ⟨~ justice⟩ 3 : EXEMPT 4 : to make up and give out (remedies) — **dis·pens·er** n — **dispense with** 1 : SUSPEND 2 : to do without

**dis·perse** \di-ˈspərs\ vb **dis·persed; dis·pers·ing** : to break up and scatter about : SPREAD — **dis·per·sal** \-ˈspər-səl\ n — **dis·per·sion** \-ˈspər-zhən\ n

**dis·pir·it** \dis-ˈpir-ət\ vb : DEPRESS, DISCOURAGE, DISHEARTEN

**dis·place** \dis-ˈplās\ vb 1 : to remove from the usual or proper place; esp : to expel or force to flee from home or native land ⟨*displaced* persons⟩ 2 : to move out of position ⟨water displaced by a floating object⟩ 3 : to take the place of : REPLACE

**dis·place·ment** \-mənt\ n 1 : the act of displacing : the state of being displaced 2 : the volume or weight of a fluid (as water) displaced by a floating body (as a ship) 3 : the difference between the initial position of an object and a later position

[1]**dis·play** \di-ˈsplā\ vb : to present to view : make evident

[2]**display** n 1 : a displaying of something 2 : an electronic device (as a cathode-ray tube) that gives information in visual form; *also* : the visual information

**dis·please** \(ˌ)dis-ˈplēz\ vb 1 : to arouse the disapproval and dislike of 2 : to be offensive to : give displeasure

**dis·plea·sure** \-ˈple-zhər\ n : a feeling of dislike and irritation

**dis·port** \di-ˈspōrt\ vb 1 : DIVERT, AMUSE 2 : FROLIC 3 : DISPLAY

**dis·pos·able** \di-ˈspō-zə-bəl\ adj 1 : remaining after deduction of taxes ⟨~ income⟩ 2 : designed to be used once and then thrown away ⟨~ diapers⟩ — **disposable** n

**dis·pos·al** \di-ˈspō-zəl\ n 1 : CONTROL, COMMAND 2 : an orderly arrangement 3 : a getting rid of 4 : MANAGEMENT, ADMINISTRATION 5 : presenting or bestowing something ⟨~ of favors⟩ 6 : a device used to reduce waste matter (as by grinding)

**dis·pose** \di-ˈspōz\ vb **dis·posed; dis·pos·ing** 1 : to give a tendency to : INCLINE ⟨*disposed* to accept⟩ 2 : to put in place : ARRANGE ⟨troops *disposed* for

withdrawal⟩ 3 : SETTLE — **dis·pos·er** n — **dispose of** 1 : to transfer to the control of another 2 : to get rid of 3 : to deal with conclusively

**dis·po·si·tion** \ˌdis-pə-ˈzi-shən\ n 1 : the act or power of disposing : DISPOSAL 2 : RELINQUISHMENT 3 : ARRANGEMENT 4 : TENDENCY, INCLINATION 5 : natural attitude toward things ⟨a cheerful ~⟩

**dis·pos·sess** \ˌdis-pə-ˈzes\ vb : to put out of possession or occupancy — **dis·pos·ses·sion** \-ˈze-shən\ n

**dis·praise** \(ˌ)dis-ˈprāz\ vb : DISPARAGE — **dispraise** n — **dis·prais·er** n

**dis·pro·por·tion** \ˌdis-prə-ˈpōr-shən\ n : lack of proportion, symmetry, or proper relation — **dis·pro·por·tion·ate** \-shə-nət\ adj

**dis·prove** \(ˌ)dis-ˈprüv\ vb : to prove to be false — **dis·proof** \-ˈprüf\ n

**dis·pu·tant** \di-ˈspyüt-ᵊnt, ˈdis-pyə-tənt\ n : one that is engaged in a dispute

**dis·pu·ta·tion** \ˌdis-pyu̇-ˈtā-shən\ n 1 : DEBATE 2 : an oral defense of an academic thesis

**dis·pu·ta·tious** \-shəs\ adj : inclined to dispute : ARGUMENTATIVE

[1]**dis·pute** \di-ˈspyüt\ vb **dis·put·ed; dis·put·ing** 1 : ARGUE, DEBATE 2 : WRANGLE 3 : to deny the truth or rightness of 4 : to struggle against or over : OPPOSE — **dis·put·able** \di-ˈspyü-tə-bəl, ˈdis-pyə-tə-bəl\ adj — **dis·put·er** n

[2]**dispute** n 1 : DEBATE 2 : QUARREL

**dis·qual·i·fy** \(ˌ)dis-ˈkwä-lə-ˌfī\ vb : to make or declare unfit or not qualified — **dis·qual·i·fi·ca·tion** \-ˌkwä-lə-fə-ˈkā-shən\ n

[1]**dis·qui·et** \(ˌ)dis-ˈkwī-ət\ vb : to make uneasy or restless : DISTURB

[2]**disquiet** n : lack of peace or tranquillity : ANXIETY

**dis·qui·etude** \(ˌ)dis-ˈkwī-ə-ˌtüd, -ˌtyüd\ n : AGITATION, ANXIETY

**dis·qui·si·tion** \ˌdis-kwə-ˈzi-shən\ n : a formal inquiry or discussion

[1]**dis·re·gard** \ˌdis-ri-ˈgärd\ vb : to pay no attention to : treat as unworthy of notice or regard

[2]**disregard** n : the act of disregarding : the state of being disregarded : NEGLECT — **dis·re·gard·ful** adj

**dis·re·pair** \ˌdis-ri-ˈpar\ n : the state of being in need of repair

**dis·rep·u·ta·ble** \dis-ˈre-pyu̇-tə-bəl\ adj : having a bad reputation

**dis·re·pute** \ˌdis-ri-ˈpyüt\ n : lack or decline of reputation : low esteem

**dis·re·spect** \ˌdis-ri-ˈspekt\ n : DISCOURTESY — **dis·re·spect·ful** adj

**dis·robe** \dis-ˈrōb\ vb : UNDRESS

**dis·rupt** \dis-ˈrəpt\ vb 1 : to break apart 2 : to throw into disorder 3 : INTERRUPT — **dis·rup·tion** \-ˈrəp-shən\ n — **dis·rup·tive** \-ˈrəp-tiv\ adj

**dis·sat·is·fac·tion** \di-ˌsa-təs-ˈfak-shən\ n : DISCONTENT

**dis·sat·is·fy** \di-ˈsa-təs-ˌfī\ vb : to fail to satisfy : DISPLEASE

**dis·sect** \di-ˈsekt\ vb 1 : to divide into parts esp. for examination and study 2 : ANALYZE — **dis·sec·tion** \-ˈsek-shən\ n — **dis·sec·tor** \-ˈsek-tər\ n

**dis·sect·ed** adj : cut deeply into narrow lobes ⟨a ~ leaf⟩

**dis·sem·ble** \di-ˈsem-bəl\ vb **-bled; -bling** 1 : to hide under or put on a false appearance : conceal facts, intentions, or feelings under some pretense 2 : SIMULATE — **dis·sem·bler** n

**dis·sem·i·nate** \di-ˈse-mə-ˌnāt\ vb **-nat·ed; -nat·ing** : to spread abroad as if sowing seed ⟨~ ideas⟩ — **dis·sem·i·na·tion** \-ˌse-mə-ˈnā-shən\ n

**dis·sen·sion** \di-ˈsen-chən\ n : disagreement in opinion : DISCORD

[1]**dis·sent** \di-ˈsent\ vb 1 : to withhold assent 2 : to differ in opinion

[2]**dissent** n 1 : difference of opinion; *esp* : religious nonconformity 2 : a written statement in which a justice disagrees with the opinion of the majority

**dis·sent·er** \di-ˈsen-tər\ n 1 : one that dissents 2 *cap* : an English Nonconformist

**dis·ser·ta·tion** \ˌdi-sər-ˈtā-shən\ n : an extended usu. written treatment of a subject; *esp* : one submitted for a doctorate

**dis·ser·vice** \di-ˈsər-vəs\ n : INJURY, HARM, MISCHIEF

**dis·sev·er** \di-ˈse-vər\ vb : SEPARATE, DISUNITE

**dis·si·dent** \ˈdi-sə-dənt\ adj [L *dissidens*, prp. of *dissidēre* to sit apart, disagree, fr. *dis-* apart + *sedēre* to sit] : disagreeing esp. with an established religious or political system, organization, or belief — **dis·si·dence** \-dəns\ n — **dissident** n

**dis·sim·i·lar** \di-ˈsi-mə-lər\ adj : UNLIKE — **dis·sim·i·lar·i·ty** \di-ˌsi-mə-ˈlar-ə-tē\ n

**dis·sim·u·late** \di-ˈsi-myə-ˌlāt\ vb : to hide under a false appearance : DISSEMBLE — **dis·sim·u·la·tion** \di-ˌsi-myə-ˈlā-shən\ n

**dis·si·pate** \ˈdi-sə-ˌpāt\ vb **-pat·ed; -pat·ing** 1 : to break up and drive off : DISPERSE, SCATTER ⟨the breeze *dissipated* the fog⟩ 2 : SQUANDER 3 : to break up and vanish 4 : to be dissolute; *esp* : to drink alcoholic beverages to excess — **dis·si·pat·ed** adj — **dis·si·pa·tion** \di-sə-ˈpā-shən\ n

**dis·so·ci·ate** \di-ˈsō-shē-ˌāt\ vb **-at·ed; -at·ing** : DISCONNECT, DISUNITE — **dis·so·ci·a·tion** \di-ˌsō-shē-ˈā-shən\ n

**dis·so·lute** \ˈdi-sə-ˌlüt\ adj : loose in morals or conduct — **dis·so·lute·ly** adv — **dis·so·lute·ness** n

**dis·so·lu·tion** \ˌdi-sə-ˈlü-shən\ n 1 : the action or process of dissolving 2 : separation of a thing into its parts 3 : DECAY; *also* : DEATH 4 : the termination or breaking up of (as an assembly)

**dis·solve** \di-ˈzälv\ vb 1 : to separate into component parts 2 : to pass or cause to pass into solution ⟨sugar ~s in water⟩ 3 : TERMINATE, DISPERSE ⟨~