IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ADJUSTACAM LLC, | § § | |
| Plaintiff, | § § | |
| v. | § § | C.A. NO. 6:10-cv-00329-LED |
| AMAZON.COM, INC., et al., | § § § | |
| Defendants. | § § | |

## NOTICE OF REQUEST FOR TERMINATION OF ELECTRONIC NOTICES

Pursuant to Rule CV-11(f), John H. Barr, Jr., Christopher Schenck, Christopher A. Shield, John A. Yates and Robert D. Ayers, Jr. of Bracewell & Giuliani, LLP, request that the Clerk of this Court remove their names from the list of persons authorized to receive electronic notices in this case.

Dated: February 2, 2012

        Respectfully submitted,

        BRACEWELL & GIULIANI LLP


        By: */s/ John H. Barr, Jr.*
           John H. Barr, Jr.
           Attorney-in-Charge
           State Bar No. 00783605
        711 Louisiana, Suite 2300
        Houston, Texas 77002
        (713) 223-2300 - Telephone
        (713) 221-1212 – Facsimile

        ATTORNEY FOR DEFENDANTS
        OVERSTOCK.COM, INC., KMART
        CORPORATION, SEARS BRANDS, LLC,
        SEARS HOLDING CORPORATION D/B/A

-2-

                                                    SEARS, and SEARS, ROEBUCK AND COMPANY

Of counsel:

Christopher A. Shield
State Bar No. 24046833
John A. Yates
State Bar No. 24056569
Bracewell & Giuliani LLP
711 Louisiana, Suite 2300
Houston, Texas 77002
(713) 223-2300 - Telephone
(713) 221-1212 – Facsimile

-3-

## **CERTIFICATE OF SERVICE**

  I hereby certify that a true and correct copy of the foregoing document has been forwarded to all counsel of record pursuant to the Federal Rules of Civil Procedure on the 2nd day of February, 2012.

                 */s/ John H. Barr, Jr.*
                 John H. Barr, Jr.