IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC | |
| v. | NO. 6:10-cv-329-LED |
| AMAZON.COM, INC.; ET AL. | JURY |

## JOINT SUBMISSION OF P.R. 4-5(D) CHART

Plaintiff ADJUSTACAM LLC and Defendants, BEST BUY CO., INC., BEST BUY STORES, LP, BESTBUY.COM, LLC, CDW LLC, FRY'S ELECTRONICS, INC., HEWLETT-PACKARD COMPANY, MICRO ELECTRONICS, INC., OFFICE DEPOT, INC., AMAZON.COM, INC., ROSEWILL INC., NEWEGG INC. AND NEWEGG.COM INC., AUDITEK CORPORATION, SYSTEMAX, INC., COMPUSA.COM, INC., NEW COMPUSA CORPORATION, AND TIGERDIRECT, INC., DIGITAL INNOVATIONS, LLC, GEAR HEAD, LLC, WAL-MART STORES, INC. respectfully submit the P.R. 4-5(d) chart filed herewith.  A WordPerfect version will be delivered to chambers.

January 31, 2012

Respectfully submitted,

/s/ W. Bryan Farney (by permission JJE)
W. Bryan Farney
Lead Attorney
Texas State Bar No. 06826600
Steven R. Daniels
Texas State Bar No. 24025318
Bryan D. Atkinson
Texas State Bar No. 24036157
Jia-Geng Lu
California Bar No. 271589
FARNEY DANIELS, LLP
800 S. Austin Ave., Suite 200
Georgetown, Texas 78626
Telephone: (512) 582-2828
Facsimile: (512) 582-2829
bfarney@farneydaniels.com
sdaniels@farneydaniels.com
batkinson@farneydaniels.com
jlu@farneydaniels.com

/s/ John J. Edmonds
John J. Edmonds – LEAD COUNSEL
Texas Bar No. 789758
Andrew P. Tower
Texas Bar No. 786291
Michael J. Collins
Texas Bar No. 4614510
COLLINS, EDMONDS & POGORZELSKI, PLLC
1616 S. Voss Road, Suite 125
Houston, Texas 77057
Telephone: (281) 501-3425
Facsimile: (832) 415-2535
jedmonds@cepiplaw.com
atower@cepiplaw.com
mcollins@cepiplaw.com

Andrew W. Spangler
Texas Bar No. 24041960

| | |
|---|---|
| ATTORNEYS FOR DEFENDANTS<br>BEST BUY CO., INC., BEST BUY STORES, LP<br>BESTBUY.COM, LLC, CDW LLC<br>FRY'S ELECTRONICS, INC.<br>HEWLETT-PACKARD COMPANY<br>MICRO ELECTRONICS, INC<br>OFFICE DEPOT, INC. | Spangler Law P.C.<br>208 N. Green Street, Suite 300<br>Longview, Texas 75601<br>(903) 753-9300<br>(903) 553-0403 (fax)<br>spangler@spanglerlawpc.com |

/s/ Eric H. Findlay  (by permission JJE)
Eric H. Findlay
State Bar No. 00789886
Brian Craft
State Bar No. 04972020
Findlay Craft, LLP
6760 Old Jacksonville Hwy
Suite 101
Tyler, TX 75703
(903) 534-1100
(903) 534-1137 FAX
efindlay@findlaycraft.com
bcraft@findlaycraft.com

James E. Geringer (pro hac vice)
james.geringer@klarquist.com
Salumeh R. Loesch
salumeh.loesch@klarquist.com
KLARQUIST SPARKMAN, LLP
121 S.W. Salmon Street, Suite 1600
Portland, Oregon 97204
Telephone: (503) 595-5300
Facsimile: (503) 595-5301 ATTORNEYS FOR DEFENDANT AMAZON.COM, INC.


/s/ Trey Yarbrough  (by permission JJE)
Trey Yarbrough
State Bar No. 22133500
Debby E. Gunter
State Bar No. 24012752
Yarbrough Wilcox, PLLC
100 E. Ferguson St., Ste. 1015
Tyler, Texas 75702
(903) 595-3111 Telephone
(903) 595-0191 Facsimile
E-mail: trey@yw-lawfirm.com
debby@yw-lawfirm.com

Of Counsel:
John N. Zarian
Christopher J. Cuneo (admitted pro hac vice)

ATTORNEYS FOR PLAINTIFF
ADJUSTACAM LLC

/s/ David W. Denenberg (by permission JJE)
David W. Denenberg (pro hac vice)
Davidorr Malito & Hutcher LLP
200 Garden City Plaza
Garden City, New York 1 1530
(516) 247-4440 (Telephone)
(516) 248-6422 (Facsimile)
dwd@dmlegal.com

ATTORNEYS FOR DEFENDANTS
SYSTEMAX, INC., COMPUSA.COM, INC.,
NEW COMPUSA CORPORATION, AND
TIGERDIRECT, INC.

/s/ Gary Y. Leung (by permission JJE)
Gary Y. Leung
gleung@mcguirewoods.com
MCGUIREWOODS LLP
77 W. Wacker Dr. Ste. 4100
Chicago, IL 60601-1818
312.849.8100
312.849.3690 (fax)

ATTORNEYS FOR DEFENDANT DIGITAL
INNOVATIONS, LLC

/s/ Herbert J. Hammond  (by permission JJE)
Herbert J. Hammond
Attorney-In-Charge
State Bar No. 08858500
Vishal Patel
State Bar No. 24065885 THOMPSON &
KNIGHT LLP
One Arts Plaza
1722 Routh St., Suite 1500
Dallas, Texas 75201
(214) 969-1700
(214) 969-1751 (Fax)
Patricia L. Davidson
MIRICK, O'CONNELL, DEMALLIE &
LOUGEE, LLP

Dana M. Herberholz
Parsons Behle & Latimer
960 Broadway, Suite 250
Boise, Idaho 83706
(208) 562-4900 Telephone
(208) 562-4901 Facsimile
JZarian@parsonsbehle.com
ccuneo@parsonsbehle.com
dherberholz@parsonsbehle.com
ATTORNEYS FOR DEFENDANT
ROSEWILL INC.

/s/ Trey Yarbrough  (by permission JJE)
Trey Yarbrough
State Bar No. 22133500
Debby E. Gunter
State Bar No. 24012752
Yarbrough Wilcox, PLLC
100 E. Ferguson St., Ste. 1015
Tyler, Texas 75702
(903) 595-3111 Telephone
(903) 595-0191 Facsimile
E-mail: trey@yw-lawfirm.com
debby@yw-lawfirm.com

Of Counsel:
John N. Zarian
Christopher J. Cuneo (admitted pro hac vice)
Dana M. Herberholz
Parsons Behle & Latimer
960 Broadway, Suite 250
Boise, Idaho 83706
(208) 562-4900 Telephone
(208) 562-4901 Facsimile
JZarian@parsonsbehle.com
ccuneo@parsonsbehle.com
dherberholz@parsonsbehle.com

ATTORNEYS FOR DEFENDANTS
NEWEGG INC. AND NEWEGG.COM INC.

100 Front Street
Worcester, Massachusetts 01608-1477
(508) 860-1540
(508) 983-6240 (Fax)

ATTORNEYS FOR DEFENDANT GEAR
HEAD, LLC

/s/ Victor de Gyarfas  (by permission JJE)
Victor de Gyarfas
Texas Bar No. 24071250
e-mail: vdegyarfas@foley.com
FOLEY & LARDNER LLP
555 South Flower Street, Suite 3500
Los Angeles, CA 90071-2411
213.972.4500
213.486.0065

ATTORNEYS FOR DEFENDANT WAL-MART
STORES, INC.

/s/ Jen-Feng Lee (by permission JJE)
Jen-Feng Lee (pro hac vice)
LT Pacific Law Group LLP
17800 Castleton Street, Suite 383
City of Industry, CA 91748
Tel: (626) 810-7200
Fax: (626) 810-7300
Email: jflee@ltpacificlaw.com

ATTORNEYS FOR DEFENDANT AUDITEK
CORPORATION

## CERTIFICATE OF SERVICE

      I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

February 2, 2012                                    /s/ John J. Edmonds
                                                                       John J. Edmonds