*ADJUSTACAM, LLC V. AMAZON.COM, INC. ET AL.*

**NO. 6:10-cv-329-LED**

**SUMMARY CHART OF PROPOSED CONSTRUCTIONS OF DISPUTED TERMS WITHOUT CLAIM LANGUAGE**

| Claims | Plaintiff's Construction | Defendants' Construction | Court's Construction |
|---|---|---|---|
| 1. Apparatus for supporting a camera, having a lens, on any generally horizontal, substantially planar surface and on an object having a first surface and a second surface and an edge intersecting the first surface and the second surface, comprising: | | | |
| a. a **hinge member adapted to be rotatably attached** to the camera, said camera, when the **hinge member** is so attached, rotating, about a first **axis of rotation**, relative to said **hinge member**; and | Axis of rotation: Plain meaning. **[AGREED]**<br><br>Hinge Member: A structural element that joins to another for rotation.<br><br>Rotatably attached/adapted to be rotatably attached/adapted to rotatably attach: Connected such that the connected object is capable of being rotated. | Axis of rotation: Plain meaning. **[AGREED]**<br><br>Hinge Member: A structural element that may be joined to another so as to form a hinge joint and is capable of rotating on that hinge joint.<br><br>Rotatably attached/adapted to be rotatably attached/adapted to rotatably attach: Connected such that the connected object is capable of being adjusted to different configurations via motion over one axis of rotation. | Axis of rotation: Plain meaning. |

| | | | |
|---|---|---|---|
| b. a **support frame rotatably attached** to said **hinge member** and configured to support said **hinge member** on the surface and the object, said **hinge member** rotating about a second **axis of rotation** relative to said **support frame**, said first **axis of rotation** being generally perpendicular to said second **axis of rotation**, said second **axis of rotation** being substantially parallel to the first surface when said **hinge member** is supported on the object, said **support frame** having a first **disposition** positioned on said generally horizontal, substantially planar surface, and said **support frame** having a second **disposition** attached to the object **When said first surface and said second surface are inclined from a generally horizontal orientation**, the camera being **maintained adjacent said edge** in said second **disposition** of said **support frame**. | Axis of rotation: Plain meaning. **[AGREED]**<br><br>Disposition: Plain and ordinary meaning; alternatively, configuration or arrangement.<br><br>Hinge Member: A structural element that joins to another for rotation.<br><br>Maintained adjacent said edge: Plain meaning. **[AGREED]**<br><br>Rotatably attached/adapted to be rotatably attached/adapted to rotatably attach: Connected such that the connected object is capable of being rotated.<br><br>Support frame: A structural element that supports a hinge member.<br><br>When said first surface and said second surface are inclined from a generally horizontal orientation: Plain meaning. **[AGREED]** | Axis of rotation: Plain meaning. **[AGREED]**<br><br>Disposition: Configuration of the support frame enabling support of the hinge member, accomplished through rotation about the second axis.<br><br>Hinge Member: A structural element that may be joined to another so as to form a hinge joint and is capable of rotating on that hinge joint.<br><br>Maintained adjacent said edge: Plain meaning. **[AGREED]**<br><br>Rotatably attached/adapted to be rotatably attached/adapted to rotatably attach: Connected such that the connected object is capable of being adjusted to different configurations via motion over one axis of rotation.<br><br>Support frame: A physically distinct structural element whose different dispositions enable support of said hinge member. | Axis of rotation: Plain meaning.<br><br><br><br><br><br><br><br><br><br><br><br>Maintained adjacent said edge: Plain meaning. **[AGREED]** |

| | | When said first surface and said second surface are inclined from a generally horizontal orientation: Plain meaning. **[AGREED]** | When said first surface and said second surface are inclined from a generally horizontal orientation: Plain meaning. |
|---|---|---|---|
| 7. Apparatus according to claim 1 wherein the object is a display screen for a laptop computer, and the second surface is the front of the display screen and the first surface is the back of the display screen. | | | |
| 8. Apparatus according to claim 1 wherein the **hinge member** includes a **body** having a **proximal** and a **distal end**, a **pivot element** at said **proximal** end of said **body adapted to rotatably attach** the camera to the **body** so that the camera rotates about the first axis relative to the **body**, and a hinge element at said **distal end** of said **body hingedly attaching** said **body** to the **support frame** so that said **body** rotates, about the second axis, relative to the **support frame**. | Body: A structural element.<br><br>Distal end: Plain meaning **[AGREED]**<br><br>Hinge Member: A structural element that joins to another for rotation.<br><br>Hingedly attached / hingedly attaching: Connected or joined via a hinge joint.<br><br>Pivot element: An element about which something rotates.<br><br>Proximal…end: Plain meaning **[AGREED]** | Body: Plain meaning<br><br>Distal end: Plain meaning **[AGREED]**<br><br>Hinge Member: A structural element that may be joined to another so as to form a hinge joint and is capable of rotating on that hinge joint.<br><br>Hingedly attached / hingedly attaching: Connected or joined via a hinge joint **[AGREED]**<br><br>Pivot element: plain meaning<br><br>Proximal…end: Plain meaning **[AGREED]** | Distal end: Plain meaning<br><br><br><br><br><br><br><br><br><br><br>Proximal end: Plain |

3

| | | | |
|---|---|---|---|
| | Rotatably attached/adapted to be rotatably attached/adapted to rotatably attach: Connected such that the connected object is capable of being rotated.<br><br>Support frame: A structural element that supports a hinge member. | Rotatably attached/adapted to be rotatably attached/adapted to rotatably attach: Connected such that the connected object is capable of being adjusted to different configurations via motion over one axis of rotation.<br><br>Support frame: A physically distinct structural element whose different dispositions enable support of said hinge member. | meaning |
| 19. A camera clip for supporting a camera on a laptop computer, the laptop computer having a **display screen which can be inclined from a generally horizontal position**, an uppermost portion of the display screen defining an edge, comprising: | Display screen which can be inclined from a generally horizontal position: Plain meaning **[AGREED]** | Display screen which can be inclined from a generally horizontal position: Plain meaning **[AGREED]** | Display screen which can be inclined from a generally horizontal position: Plain meaning |
| a. a **hinge member adapted to be rotatably attached** to the camera, said camera rotating about a first **axis of rotation** relative to said **hinge member**; and | Axis of rotation: Plain meaning. **[AGREED]**<br><br>Hinge Member: A structural element that joins to another for rotation.<br><br>Rotatably attached/adapted to be rotatably attached/adapted to rotatably attach: | Axis of rotation: Plain meaning. **[AGREED]**<br><br>Hinge Member: A structural element that may be joined to another so as to form a hinge joint and is capable of rotating on that hinge joint.<br><br>Rotatably attached/adapted to | Axis of rotation: Plain meaning. |

4

| | | | |
|---|---|---|---|
| | Connected such that the connected object is capable of being rotated. | be rotatably attached/adapted to rotatably attach: Connected such that the connected object is capable of being adjusted to different configurations via motion over one axis of rotation. | |
| b. a **support frame hingedly attached** to said **hinge member** to **engagingly support** said **hinge member** on the display screen, said **hinge member** rotating over a second **axis of rotation** relative to said **support frame**, the camera being maintained adjacent the edge, **rotation of said support frame being prevented along an axis substantially parallel to said second axis** where said second axis is substantially parallel to said edge. | Axis of rotation: Plain meaning. **[AGREED]**<br><br>Engagingly support: Maintained in a stable position by physical contact.<br><br>Hinge Member: A structural element that joins to another for rotation.<br><br>Hingedly attached / hingedly attaching: Connected or joined via a hinge joint.<br><br>Rotation of said support frame being prevented along an axis substantially parallel to said second axis: Plain meaning. **[AGREED]**<br><br>Support frame: A structural element that supports a hinge member. | Axis of rotation: Plain meaning. **[AGREED]**<br><br>Engagingly support: plain meaning<br><br>Hinge Member: A structural element that may be joined to another so as to form a hinge joint and is capable of rotating on that hinge joint.<br><br>Hingedly attached / hingedly attaching: Connected or joined via a hinge joint **[AGREED]**<br><br>Rotation of said support frame being prevented along an axis substantially parallel to said second axis: Plain meaning. **[AGREED]**<br><br>Support frame: A physically distinct structural element | Axis of rotation: Plain meaning.<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>Rotation of said support frame being prevented along an axis substantially parallel to said second axis: Plain meaning. |

5

| | | whose different dispositions enable support of said hinge member. | |
|---|---|---|---|