IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 6:10-cv-329-LED |
| ) | |
| AMAZON.COM, INC., et al. ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT DIGITAL INNOVATIONS LLC'S**
**NOTICE OF JOINDER REGARDING CLAIM CONSTRUCTION HEARING**

Defendant Digital Innovations, LLC hereby provides notice that it will be unable to attend the *Markman* hearing set in the above-captioned matter for February 9, 2012 at 9:00 a.m. before Magistrate Judge John D. Love (Dkt. Nos. 588 and 599), and that Defendant Digital Innovations, LLC will join in the arguments presented by counsel for its co-Defendants at the scheduled hearing.

Dated:  February 8, 2012          Respectfully submitted,

                                   s/ Gary Y. Leung
                                   Gary Y. Leung
                                   gleung@mcguirewoods.com
                                   MCGUIREWOODS LLP
                                   77 W. Wacker Dr. Ste. 4100
                                   Chicago, IL 60601-1818
                                   312.849.8100
                                   312.849.3690 (fax)
                                   (*admitted pro hac vice*)

                                   ATTORNEYS FOR DIGITAL INNOVATIONS

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic service are being served with a copy of this **DEFENDANT DIGITAL INNOVATIONS LLC'S NOTICE OF JOINDER REGARDING CLAIM CONSTRUCTION HEARING**, *via* the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 8th day of February, 2012.

                                              s/ Gary Y. Leung