IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC<br>*Plaintiff*<br><br>v.<br><br>AMAZON.COM, INC., *et al.*<br>*Defendants* | Case No. 6:10-cv-329-LED |

### NOTICE OF JOINDER REGARDING CLAIM CONSTRCUTION HEARING BY DEFENDANTS SAKAR INTERNATIONAL, INC., KOHL'S ILLINOIS, INC. AND KOHL'S CORPORATION

Defendants Sakar International, Inc., Kohl's Illinois, Inc. and Kohl's Corporation hereby provide notice that they will be unable to attend the Markman hearing set in the above captioned matter for February 9, 2012 at 9:00 a.m. before Magistrate Judge John D. Love (Dkt. Nos. 588 and 599), and that these Defendants will join in the arguments presented by counsel for its co-Defendants at the scheduled hearing.

Dated: February 8, 2012

Respectfully submitted,

/s/ Ezra Sutton
Ezra Sutton
Ezra Sutton & Associates, P.A.
900 Route 9 North, Suite 201
Woodbridge, New Jersey 07095
Tel: 732-634-3520
Fax: 732-634-3511
(admitted pro hac vice)

*Attorneys for Sakar International, Inc., Kohl's Illinois, Inc. and Kohl's Corporation*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic services are being served with a copy of this **NOTICE OF JOINDER REGARDING CLAIM CONSTRCUTION HEARING BY DEFENDANTS SAKARINTERNATIONAL, INC., KOHL'S ILLINOIS, INC. AND KOHL'S CORPORATION**, via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 8th day of February, 2012.

_____
Ezra Sutton