# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC,<br><br>      Plaintiff,<br><br>V.<br><br>AMAZON.COM, INC.;<br>AUDITEK CORPORATION; el al.<br><br>      Defendants, | CASE NO. 6:10-CV-00329-LED |

## DEFENDANT AUDITEK CORPORATION'S

## NOTICE OF JOINDER RE CLAIM CONSTRUCTION

  Defendant Auditek Corporation hereby notifies the Court that it will not attend the claim construction hearing set for February 9, 2012, at 9 am, before Hon. John D. Love (Dkt. Nos. 588 and 599), and that it will join in the arguments presented by counsel for co-Defendants at the scheduled hearing.

Date:  February 8, 2012

                Respectfully Submitted,

                /jflee/
                Jen-Feng Lee
                LT Pacific Law Group LLP
                17800 Castleton Street, Suite 383
                City of Industry, CA 91748
                Tel:  (626) 810-7200
                Fax:  (626) 810-7300

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 8, 2012 the foregoing document has been electronically filed with the Clerk in accordance with the CM/ECF system procedures and Local Rule CV-5(a), which will cause email notification of such filing to be served upon all counsel who have consented to electronic service.

                                      /s/Jen-Feng Lee
                                      Jen-Feng Lee