IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC | |
| v. | NO. 6:10-cv-329-LED |
| AMAZON.COM, INC., ET AL. | JURY |

## PLAINTIFF'S OPPOSED MOTION FOR EXTENSION OF TIME

Plaintiff AdjustaCam LLC respectfully submits this opposed Motion for Extension of Time, as follows:

Plaintiff requests an extension of time for its *Markman* Reply from Friday, January 27, 2012 to Tuesday, January 31, 2012.  The good cause for this extension is that Plaintiff agreed to a four day extension of time for Defendants to file their *Markman* Response (which the Court granted – Dkt No. 590), and the undersigned's legal assistant mistakenly calendared a corresponding additional four days for Plaintiff to file its Reply.  In good faith, Plaintiff filed its Reply on the date that had been calendared for same.

Although Defendants oppose this request, Plaintiff submits that they have suffered no prejudice.  A spokesperson for the Defendants agreed not to oppose Plaintiff's extension, but only if Plaintiff would agree that the "Retailer Defendants" could attend the upcoming Court-ordered mediation by telephone. Exhibit 1.  Since Plaintiff would not agree for these Defendants to attend the mediation by telephone in exchange for what should be a courtesy extension (especially in view of the same four day extension which had been agreed for Defendants' Response), this motion is unfortunately opposed.

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully requests that the foregoing extension be granted.

February 8, 2012                                        Respectfully submitted,

                                                        By: /s/ *John J. Edmonds*
                                                        John J. Edmonds – LEAD COUNSEL
                                                        Texas State Bar No. 789758
                                                        Michael J. Collins
                                                        Texas Bar No. 4614510
                                                        Stephen F. Schlather
                                                        Texas Bar No. 24007993
                                                        COLLINS, EDMONDS &
                                                        POGORZELSKI, PLLC
                                                        1616 S. Voss Rd., Suite 125
                                                        Houston, Texas 77057
                                                        Telephone: (713) 501-3425
                                                        Facsimile: (832) 415-2535
                                                        jedmonds@cepiplaw.com
                                                        mcollins@cepiplaw.com
                                                        sschlather@cepiplaw.com

                                                        Andrew W. Spangler
                                                        Texas Bar No. 24041960
                                                        Spangler Law P.C.
                                                        208 N. Green Street, Suite 300
                                                        Longview, Texas 75601
                                                        (903) 753-9300
                                                        (903) 553-0403 (fax)
                                                        spangler@spanglerlawpc.com

                                                        ATTORNEYS FOR PLAINTIFF
                                                        ADJUSTACAM LLC

**CERTIFICATE OF SERVICE**

I certify that I attempted to meet and confer by phone with counsel for Defendants, specifically the attorney who has served as the Defense spokesman on this issue. However, as evidenced by Exhibit 1, counsel preferred to communicate by email instead of by phone. As also evidenced by Exhibit 1, Defendants were not amenable to the relief requested unless the Plaintiff would agree that the "Retailer Defendants" could participate in the upcoming Court-ordered mediation by phone. Since Plaintiff is not agreeable to conducting our mediation over the phone, this motion is regrettably opposed.

February 8, 2012                                        /s/ *John J. Edmonds*
                                                        John J. Edmonds

## CERTIFICATE OF SERVICE

      I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with this filing via the Court's CM/ECF system and/or email per Local Rule CV-5(a)(3).

February 8, 2012                                     /s/ *John J. Edmonds*
                                                                    John J. Edmonds