IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

ADJUSTACAM LLC

   v.

AMAZON.COM, INC., ET AL.

NO. 6:10-cv-329-LED

JURY

## **ORDER**

CAME BEFORE THE COURT the Plaintiff's Motion for Extension of Time. In consideration of the issues, the Court hereby grants the Motion. It is ORDERED that Plaintiff the time for Plaintiff to file its *Markman* Reply is extended to Tuesday, January 31, 2012.