# CASE NO. 6:10-CV-329

## ADJUSTACAM, LLC
## V
## AMAZON.COM, INC., ET AL

## 2/9/12 - MARKMAN HEARING

## PLEASE PRINT CLEARLY

| ATTORNEY NAME | REPRESENTING |
|---|---|
| Brian Craft | Amazon.com |
| Steve Daniels | Best Buy ; CDW ; Fry's Electronics |
| Jacqueline Lu | Hewlett Packard, Micro Electronics ; Office Depot |
| TREY YARBROUGH | NEWEGG & ROSEWILL |
| JOHN ZARIAN | " " " " |
| John Edmonds | AdjustaCam |
| Johnathan Yazdani | " " |
| Andrew Spangler | " " |
| Michael Smith | Walmart |
| HERBERT HAMMOND | GEAR HEAD |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |