IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC<br>　　　*Plaintiff*<br><br>v.<br><br>AMAZON.COM, INC. *et al.*,<br>　　　*Defendants* | Case No. 6:10-cv-329-LED<br><br>**JURY TRIAL DEMANDED** |

**DEFENDANTS' RESPONSE AND STATEMENT OF NON-OPPOSITION TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME RELATING TO PLAINTIFF'S <u>LATE-FILED MARKMAN REPLY</u>**

Pending before the Court is Plaintiff AdjustaCam LLC's Motion for Extension of Time relating to Plaintiff's late-filed Markman reply ("Plaintiff's motion") (Dkt. No. 608).  By this Response, Defendants Amazon.com, Inc., Auditek Corporation, Best Buy Co. Inc., Best Buy Stores, LP, Bestbuy.Com, CDW LLC, CompUSA.com, Inc., Digital Innovations, LLC, Fry's Electronics, Inc., Gear Head, LLC, Hewlett-Packard Company, Kohls Corporation, Kohl's Illinois, Inc., Micro Electronics, Inc. d/b/a Micro Center, New Compusa Corporation, Newegg, Inc., Newegg.Com, Inc., Office Depot, Inc., Rosewill Inc., Sakar International, Inc., Systemax, Inc., Target Corporation, Tigerdirect, Inc., and Wal-Mart Stores, Inc., (collectively, "Defendants") hereby state that they do not oppose the relief sought in Plaintiff's motion, and state as follows:

Plaintiff's opening Markman brief was due Friday, December 16.  On Thursday, December 15, Plaintiff requested an extension to the next business day, Monday, December 19, for Plaintiff's opening Markman brief.  Defendants agreed, provided that Defendants be given a one-day extension for Defendants' responsive Markman brief.  The next business day for Defendants' response was therefore Tuesday, January 17.  Plaintiff never requested an extension

for Plaintiff's reply, which was due 10 days later, on January 27, 2012.  Plaintiff filed its reply late, shortly before midnight on Tuesday, January 31.  Defendants promptly notified Plaintiff that Plaintiff's Markman reply was untimely on Thursday, February 2, 2012.  Defendants received no substantive response from Plaintiff other than a statement that Plaintiff would "investigate," until 6 days later, on the day before the scheduled Markman Hearing, when Plaintiff demanded that Defendants either agree to an extension or to immediately make themselves available to meet-and-confer.  In view of the Markman Hearing the next day, Defendants informed Plaintiff that if Plaintiff insisted on filing a motion that day, Plaintiff must file the motion opposed.  Plaintiff subsequently filed Plaintiff's motion.  Having had sufficient time both to consult with Defendants' respective clients and to properly consider Plaintiff's motion, Defendants are of the opinion that ruling on an opposed motion would not be an efficient use of the Court's judicial resources and therefore do not oppose the relief sought in Plaintiff's motion.

DATED: February 15, 2012

By:     */s/ Bryan D. Atkinson*                 By:     */s/ Eric H. Findlay*

    W. Bryan Farney                                         Eric H. Findlay
    Lead Attorney                                              State Bar No. 00789886
    Texas State Bar No. 06826600                Brian Craft
    Steven R. Daniels                                    State Bar No. 04972020
    Texas State Bar No. 24025318                Findlay Craft, LLP
    Bryan D. Atkinson                                 6760 Old Jacksonville Hwy
    Texas State Bar No. 24036157                Suite 101
    Jia-Geng Lu                                                Tyler, TX  75703
    California Bar No. 271589                    (903) 534-1100
    FARNEY DANIELS, LLP                     (903) 534-1137 FAX
    800 S. Austin Ave., Suite 200                efindlay@findlaycraft.com
    Georgetown, Texas 78626                    bcraft@findlaycraft.com
    Telephone:  (512) 582-2828
    Facsimile:  (512) 582-2829                  James E. Geringer (pro hac vice)
    bfarney@farneydaniels.com                james.geringer@klarquist.com
    sdaniels@farneydaniels.com               Salumeh R. Loesch
    batkinson@farneydaniels.com              salumeh.loesch@klarquist.com
    jlu@farneydaniels.com                          KLARQUIST SPARKMAN, LLP

**ATTORNEYS FOR DEFENDANTS**       121 S.W. Salmon Street, Suite 1600
**BEST BUY CO., INC.**                               Portland, Oregon  97204
**BEST BUY STORES, LP**                       Telephone:  (503) 595-5300
**BESTBUY.COM, LLC**                           Facsimile:  (503) 595-5301
**CDW LLC**                                            **ATTORNEYS FOR DEFENDANT**
**FRY'S ELECTRONICS, INC.**                 **AMAZON.COM, INC.**
**HEWLETT-PACKARD COMPANY**
**MICRO ELECTRONICS, INC**
**OFFICE DEPOT, INC.**

By: */s/ Trey Yarbrough*

Trey Yarbrough
State Bar No. 22133500
Debby E. Gunter
State Bar No. 24012752
Yarbrough Wilcox, PLLC
100 E. Ferguson St., Ste. 1015
Tyler, Texas 75702
(903) 595-3111 Telephone
(903) 595-0191 Facsimile
E-mail: trey@yw-lawfirm.com
debby@yw-lawfirm.com

Of Counsel:

John N. Zarian
Christopher J. Cuneo (admitted *pro hac vice*)
Dana M. Herberholz
Parsons Behle & Latimer
960 Broadway, Suite 250
Boise, Idaho 83706
(208) 562-4900 Telephone
(208) 562-4901 Facsimile
JZarian@parsonsbehle.com
ccuneo@parsonsbehle.com
dherberholz@parsonsbehle.com

**ATTORNEYS FOR DEFENDANT ROSEWILL INC.**

By: */s/ Trey Yarbrough*

Trey Yarbrough
State Bar No. 22133500
Debby E. Gunter
State Bar No. 24012752
Yarbrough Wilcox, PLLC
100 E. Ferguson St., Ste. 1015
Tyler, Texas 75702
(903) 595-3111 Telephone
(903) 595-0191 Facsimile
E-mail: trey@yw-lawfirm.com
debby@yw-lawfirm.com

Of Counsel:

John N. Zarian
Christopher J. Cuneo (admitted *pro hac vice*)
Dana M. Herberholz
Parsons Behle & Latimer
960 Broadway, Suite 250
Boise, Idaho 83706
(208) 562-4900 Telephone
(208) 562-4901 Facsimile
JZarian@parsonsbehle.com
ccuneo@parsonsbehle.com
dherberholz@parsonsbehle.com

**ATTORNEYS FOR DEFENDANTS NEWEGG INC. AND NEWEGG.COM INC.**

By: */s/ Jen-Feng Lee*

Jen-Feng Lee (pro hac vice)
LT Pacific Law Group LLP
17800 Castleton Street, Suite 383
City of Industry, CA 91748
Tel: (626) 810-7200
Fax: (626) 810-7300
Email: jflee@ltpacificlaw.com

**ATTORNEYS FOR DEFENDANT AUDITEK CORPORATION**

By: */s/ David W. Denenberg*

David W. Denenberg (pro hac vice)
Davidorr Malito & Hutcher LLP
200 Garden City Plaza
Garden City, New York 1 1530
(516) 247-4440 (Telephone)
(516) 248-6422 (Facsimile)
dwd@dmlegal.com

**ATTORNEYS FOR DEFENDANTS SYSTEMAX, INC., COMPUSA.COM, INC., NEW COMPUSA CORPORATION, AND TIGERDIRECT, INC.**

By: ___/s/Gary Y. Leung_____

    Gary Y. Leung
    gleung@mcguirewoods.com
    MCGUIREWOODS LLP
    77 W. Wacker Dr. Ste. 4100
    Chicago, IL 60601-1818
    312.849.8100
    312.849.3690 (fax)

**ATTORNEYS FOR DEFENDANT**
**DIGITAL INNOVATIONS, LLC**


By: ___/s/ Herbert J. Hammond_____

    Herbert J. Hammond
    Attorney-In-Charge
      State Bar No. 08858500
    Vishal Patel
      State Bar No. 24065885
    THOMPSON & KNIGHT LLP
    One Arts Plaza
    1722 Routh St., Suite 1500
    Dallas, Texas 75201
    (214) 969-1700
    (214) 969-1751 (Fax)

    Patricia L. Davidson
    MIRICK, O'CONNELL,
    DEMALLIE & LOUGEE, LLP
    100 Front Street
    Worcester, Massachusetts  01608-1477
    (508) 860-1540
    (508) 983-6240 (Fax)

**ATTORNEYS FOR DEFENDANT**
**GEAR HEAD, LLC**


By: ___/s/ Victor de Gyarfas_____

    Victor de Gyarfas
    Texas Bar No. 24071250
    e-mail:  vdegyarfas@foley.com
    FOLEY & LARDNER LLP
    555 South Flower Street, Suite 3500
    Los Angeles, CA 90071-2411
    213.972.4500
    213.486.0065

**ATTORNEYS FOR DEFENDANT**
**WAL-MART STORES, INC.**


By: ___/s/ Ezra Sutton_____

    EZRA SUTTON, Esq. (pro hac vice)
    EZRA SUTTON, P. A.
    Plaza 9, 900 Route 9
    Woodbridge, New Jersey 07095
    Tel:  732-634-3520
    Fax: 732-634-3511
    Email: esutton@ezrasutton.com

**ATTORNEYS FOR DEFENDANTS**
**SAKAR INTERNATIONAL, INC.,**
**KOHL'S CORPORATION, and**
**KOHL'S ILLINOIS, INC.**

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this notice was served on all counsel who have consented to electronic service, Local Rule CV-5(a)(3)(A), on this the 15th day of February, 2012.

                                                    ___*/s/ Bryan D. Atkinson*_____
                                                        Bryan D. Atkinson