IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

ADJUSTACAM, LLC

v.                                                    Civil Action No. 6:10-cv-00329-LED

AMAZON.COM, INC., ET AL.

## NOTICE OF APPEARANCE OF L. CHARLES VAN CLEEF

L. Charles van Cleef of Van Cleef hereby respectfully enters his appearance as additional

counsel for Plaintiff, ADJUSTACAM, LLC.

Respectfully submitted,


/S

_____
L. Charles van Cleef
State Bar No. 00786305

Van Cleef Law Office
431 N. Center Street
PO Box 2432
Longview, Texas 75606-2432
(903) 248-8244
(903) 248-8249 Facsimile
charles@vancleef.net

ATTORNEY FOR PLAINTIFF
INTERNET MACHINES LLC

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this Tuesday, February 28, 2012.


/S

_____
L. Charles van Cleef