# UNITED STATE DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| ADJUSTACAM LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No.  6:10-cv-329 |
| | § | |
| A4TECH CO., LTD.; ET AL, | § | |
| | § | |
| Defendant. | § | |

## NOTICE OF CHANGE OF FIRM NAME

Notice is hereby given that as of March 1, 2012, the firm name of Spangler Law P.C. has changed to Spangler & Fussell P.C.  The firm address, telephone, and facsimile numbers remain the same.  The new e-mail address for Andrew W. Spangler is spangler@sfipfirm.com.

Dated:  March 1, 2012                     Respectfully submitted,

                                          By: /s/ Andrew W. Spangler
                                              Andrew W. Spangler
                                              State Bar No. 24041960
                                              Spangler & Fussell P.C.
                                              208 N. Green St., Suite 300
                                              Longview, TX 75601
                                              Telephone:  (903) 753-9300
                                              Facsimile:  (903) 553-0403
                                              Email:spangler@sfipfirm.com

                                              ATTORNEY FOR
                                              ADJUSTACAM LLC

## CERTIFICATE OF SERVICE

      I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 01 day of March, 2012, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

                                      /s/ Andrew W. Spangler  
                                      Andrew W. Spangler