IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC<br>    *Plaintiff* | |
| v. | Case No. 6:10-cv-329-LED |
| AMAZON.COM, INC., *et al.*<br>    *Defendants* | **JURY** |

**JOINT MOTION FOR DISMISSAL**

The plaintiff, AdjustaCam, LLC and defendant Target Corporation, pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all claims and counterclaims in this action asserted between them WITHOUT PREJUDICE, with each party to bear its own costs, expenses and attorneys fees.

1

DATED:  March 2, 2012

| | |
|---|---|
| By: _/s/ Steven R. Daniels_<br>W. Bryan Farney<br>Lead Attorney<br>Texas State Bar No. 06826600<br>Steven R. Daniels<br>Texas State Bar No. 24025318<br>Bryan D. Atkinson<br>Texas State Bar No. 24036157<br>FARNEY DANIELS LLP<br>800 S. Austin Ave., Suite 200<br>Georgetown, Texas 78626<br>Telephone:   (512) 582-2828<br>Facsimile:    (512) 582-2829<br>E-mails:<br>   BFarney@farneydaniels.com<br>   SDaniels@farneydaniels.com<br>   BAtkinson@farneydaniels.com<br>**ATTORNEYS FOR DEFENDANT**<br>**TARGET CORPORATION** | By: _/s/ John J. Edmonds_<br>John J. Edmonds<br>Texas Bar No. 789758<br>Michael J. Collins<br>Texas Bar No. 4614510<br>Henry M. Pogorzelski<br>Texas Bar No. 24007852<br>COLLINS, EDMONDS & POGORZELSKI, PLLC<br>1616 S. Voss Rd., Suite 125<br>Houston, Texas 77057<br>Telephone: (281) 501-3425<br>Facsimile: (832) 415-2535<br>   jedmonds@cepiplaw.com<br>   mcollins@cepiplaw.com<br>   hpogorzelski@cepiplaw.com<br><br>Andrew W. Spangler<br>Texas Bar No. 24041960<br>Spangler Law P.C.<br>208 N. Green Street, Suite 300<br>Longview, Texas 75601<br>(903) 753-9300<br>(903) 553-0403 (fax)<br>   Spangler@spanglerlawpc.com<br>**ATTORNEYS FOR PLAINTIFF**<br>**ADJUSTACAM LLC** |

## **CERTIFICATE OF SERVICE**

The undersigned certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

_/s/ Steven R. Daniels_