IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC<br>    *Plaintiff* | |
| v. | Case No. 6:10-cv-329-LED |
| AMAZON.COM, INC., *et al.*<br>    *Defendants* | JURY |

### ORDER

CAME BEFORE THE COURT the Joint Motion for Dismissal by plaintiff AdjustaCam, LLC and defendant Target Corporation for dismissal without prejudice of all claims and counterclaims in this action asserted between plaintiff AdjustaCam, LLC and defendant Target Corporation. The Court, being of the opinion that said motion should be GRANTED, hereby:

ORDERS that all claims and counterclaims asserted in this suit between plaintiff, AdjustaCam LLC, and defendant Target Corporation are hereby dismissed WITHOUT PREJUDICE.

ORDERS that all costs, expenses and attorney's fees are to be borne by the party that incurred them.

**So ORDERED and SIGNED this 5th day of March, 2012.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**