IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC<br><br>    PLAINTIFF,<br><br>  v.<br><br>AMAZON.COM, INC.; ET AL.<br><br>    DEFENDANTS. | CIVIL ACTION NO. 6:10-CV-329-LED<br><br>JURY TRIAL DEMANDED |

## **NOTICE OF APPEARANCE OF ATTORNEY JOHNATHAN K. YAZDANI**

Please take notice that the following attorney hereby enters his appearance in this matter as additional counsel of record for Plaintiff, Adjustacam LLC, and consents to electronic service of all papers in this action.

>Johnathan K. Yazdani
>Texas Bar No. 24079616
>COLLINS, EDMONDS & POGORZELSKI, PLLC
>1616 S. Voss Rd., Ste. 125
>Houston, Texas 77057
>Telephone: (281) 501-3425
>Facsimile: (832) 415-2535
>jyazdani@cepiplaw.com

| | |
|---|---|
| March 6, 2012 | Respectfully submitted, |
| | By: /s/ Johnathan K. Yazdani |
| | Johnathan K. Yazdani |
| | Texas State Bar No. 24079616 |
| | John J. Edmonds |
| | Texas State Bar No. 00789758 |
| | Andrew P. Tower |
| | Texas State Bar No. 00786291 |
| | COLLINS, EDMONDS & POGORZELSKI, PLLC |
| | 1616 S. Voss Rd., Ste. 125 |
| | Houston, Texas 77057 |
| | Telephone: (281) 501-3425 |
| | Facsimile: (832) 415-2535 |
| | atower@cepiplaw.com |
| | |
| | Andrew W. Spangler |
| | State Bar No. 24041960 |
| | Spangler Law P.C. |
| | 208 N. Green Street, Suite 300 |
| | Longview, Texas 75601 |
| | (903) 753-9300 |
| | (903) 553-0403 (fax) |
| | spangler@spanglerlawpc.com |
| | |
| | ATTORNEYS FOR PLAINTIFF ADJUSTACAM, LLC |

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

March 6, 2012                           /s/ Johnathan K. Yazdani
                                              Johnathan K. Yazdani