IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM, LLC § | |
| § | |
| Plaintiff § | |
| § | |
| vs. § | CIVIL NO. 6:10-CV-00329 |
| § | |
| AMAZON.COM, INC., *et al.* § | |
| § | |
| Defendants § | |
| § | |

## MEDIATOR'S REPORT OF PARTIAL SETTLEMENT

Pursuant to the Court's order a mediation conference was conducted on March 6, 2012 between Plaintiff and the following defendants: Wal-Mart Stores; Sakar International; Kohl's; Best Buy; Office Depot; MicroElectronic; Fry's; and CDW. All appropriate parties appeared and participated.

Settlement has been reached between Plaintiff and Defendants, Amazon.com and Systemax d/b/a CompUSA. The parties are in the process of preparing final settlement and case disposition documents as to these two Defendants.

The mediation conference has been suspended, with mediator involved settlement discussions continuing among the Plaintiff and the remaining Defendants. Additional reports will be filed as necessary to report the progress of these efforts.

## CERTIFICATE OF SERVICE

The mediator's report was served electronically in compliance with Local Rule CV-5(a) upon all known counsel of record via the Court's CM/ECF system, on the 8th day of March, 2012.

*/s/ James W. Knowles*
JAMES W. KNOWLES, MEDIATOR