UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC, | Case No. 6:10-CV-00329-LED |
| Plaintiff, | |
| vs. | |
| AMAZON.COM, INC., et al., | |
| Defendants. | |

**NOTICE OF APPEARANCE OF COUNSEL**

Defendant, Wal-Mart Stores, Inc., ("Walmart"), files this Notice of Appearance, and hereby notifies the Court that Laura L. Chapman, of the law firm Foley & Lardner LLP, 555 California Street, Suite 1700, San Francisco, CA 94104-1520, Telephone (415) 434-4484, Fax (415) 434-4507, e-mail: lchapman@foley.com has entered this action as counsel for Walmart.  In connection with this notice, Ms. Chapman requests that all future pleadings and other papers filed under Fed. R. Civ. P. 5 be served on her at the above address and contact information.

Dated:	March 22, 2012		Respectfully submitted,

  /s/ Laura L. Chapman
Laura L. Chapman
(California Bar No. 167249)
FOLEY & LARDNER LLP
555 California Street, Suite 1700
San Francisco, CA 94104-1520
Tel:   415.434.4484
Fax:   415.434.4507
Email: lchapman@foley.com

Attorneys for Defendant
WAL-MART STORES, INC.

4813-6913-8191.1

## **CERTIFICATE OF SERVICE**

The undersigned certified that the NOTICE OF APPEARANCE OF COUNSEL was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who have consented to electronic service.

    /s/   Laura L. Chapman
        Laura L. Chapman