IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| ADJUSTACAM LLC *Plaintiff* v. AMAZON.COM, INC. *et al.*, *Defendants* | Case No. 6:10-cv-329-LED |
|---|---|

## JOINT MOTION TO AMEND DOCKET CONTROL ORDER AND FOR EXTENSION OF CERTAIN DEADLINES

Plaintiff AdjustaCam LLC and defendants Auditek Corporation, Best Buy Co. Inc., Best Buy Stores, LP, Bestbuy.Com, CDW LLC, Digital Innovations, LLC, Fry's Electronics, Inc., Gear Head, LLC, Hewlett-Packard Company, Kohl's Corporation, Kohl's Illinois, Inc., Micro Electronics, Inc. d/b/a Micro Center, Newegg Inc., Newegg.com Inc., Office Depot, Inc., Rosewill Inc., Sakar International, Inc., and Wal-Mart Stores, Inc., (collectively, "Defendants") jointly move the Court to amend the Docket Control Order entered on May 26, 2011 (Dkt. 451).

Movants are working diligently to meet the current deadlines, but need additional time to complete the pre-trial tasks set forth below. The extension will not affect the pre-trial conference or trial date.

| Action | Current Deadline Per DCO (Dkt. 451) | Proposed Deadline |
|---|---|---|
| Parties with burden of proof designate expert witnesses (non-construction issues). Expert witness reports due. | April 23, 2012 | May 25, 2012 |
| Parties designate rebuttal expert witnesses (non-construction issues), Rebuttal expert witness reports due. | May 23, 2012 | June 25, 2012 |
| **Discovery Deadline.** | June 25, 2012 | July 16, 2012 |

4827-7803-1375.3

Movants respectfully submit that the requested extensions are necessary to provide the parties' experts with sufficient time to incorporate the Court's forthcoming claim construction order into their reports.[1] Extending the above-referenced deadlines as proposed will promote efficiency, reduce uncertainty, and minimize costs and expenses for all parties.

DATED: March 23, 2012

By: ___/s/ John H. Edmonds___
    John J. Edmonds – LEAD COUNSEL
    Texas Bar No. 789758
    Michael J. Collins
    Texas Bar No. 4614510
    Henry M. Pogorzelski
    Texas Bar No. 24007852
    Erick Robinson
    Texas Bar No. 24039142
    COLLINS, EDMONDS & POGORZELSKI, PLLC
    709 Sabine Street
    Houston, Texas 77007
    Telephone: (281) 501-3425
    Facsimile: (832) 415-2535
    jedmonds@cepiplaw.com
    mcollins@cepiplaw.com
    hpogorzelski@cepiplaw.com
    erobinson@cepiplaw.com

    Andrew W. Spangler
    Texas Bar No. 24041960
    Spangler Law P.C.
    208 N. Green Street, Suite 300
    Longview, Texas 75601
    (903) 753-9300
    (903) 553-0403 (fax)
    spangler@spanglerlawpc.com

**ATTORNEYS FOR PLAINTIFF ADJUSTACAM LLC**

By: ___/s/ Trey Yarbrough___
    Trey Yarbrough
    State Bar No. 22133500
    Debby E. Gunter
    State Bar No. 24012752
    Yarbrough Wilcox, PLLC
    100 E. Ferguson St., Ste. 1015
    Tyler, Texas 75702
    (903) 595-3111 Telephone
    (903) 595-0191 Facsimile
    E-mail: trey@yw-lawfirm.com
    debby@yw-lawfirm.com

    John N. Zarian
    Christopher J. Cuneo
    Dana M. Herberholz
    Parsons Behle & Latimer
    960 Broadway, Suite 250
    Boise, Idaho 83706
    (208) 562-4900 Telephone
    (208) 562-4901 Facsimile
    jzarian@parsonsbehle.com
    ccuneo@parsonsbehle.com
    dherberholz@parsonsbehle.com

**ATTORNEYS FOR DEFENDANTS NEWEGG INC., NEWEGG.COM INC. AND ROSEWILL INC.**

---

[1] The Court held a *Markman* hearing on February 9, 2012

4827-7803-1375.3

By: */s/ Bryan D. Atkinson*
W. Bryan Farney
Lead Attorney
Texas State Bar No. 06826600
Steven R. Daniels
Texas State Bar No. 24025318
Bryan D. Atkinson
Texas State Bar No. 24036157
FARNEY DANIELS LLP
800 S. Austin Ave., Suite 200
Georgetown, Texas 78626
Telephone:     (512) 582-2828
Facsimile:      (512) 582-2829
E-mails:
BFarney@farneydaniels.com
SDaniels@farneydaniels.com
BAtkinson@farneydaniels.com

**ATTORNEYS FOR DEFENDANTS CDW, INC., CDW CORPORATION, CDW LLC, FRY'S ELECTRONICS INC., HEWLETT-PACKARD COMPANY, MICROCENTER ELECTRONICS, INC., OFFICE DEPOT, INC., TARGET CORPORATION, BEST BUY CO. INC., BEST BUY STORES, LP, AND BESTBUY.COM, LLC**

By: */s/ Gary Y. Leung*
Phillip B. Philbin
phillip.philbin@haynesboone.com
Texas State Bar No. 15909020
HAYNES AND BOONE, L.L.P.
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Tel: 214-651-5000
Fax: 214-651-5940

*Of Counsel:*
Kenneth K. Dort
kdort@mcguirewoods.com
Gary Y. Leung
gleung@mcguirewoods.com
MCGUIREWOODS LLP
77 W. Wacker Dr. Ste. 4100
Chicago, IL 60601-1818
312.849.8100
312.849.3690 (fax)

**ATTORNEYS FOR DEFENDANT DIGITAL INNOVATIONS, LLC**

By: */s/ Jen-Feng Lee*
Jen-Feng Lee (pro hac vice)
LT Pacific Law Group LLP
17800 Castleton Street, Suite 383
City of Industry, CA 91748
Tel: (626) 810-7200
Fax: (626) 810-7300
Email: jflee@ltpacificlaw.com

**ATTORNEYS FOR DEFENDANT AUDITEK CORPORATION**

By: */s/ Ezra Sutton*
EZRA SUTTON, Esq. (pro hac vice)
EZRA SUTTON, P. A.
Plaza 9, 900 Route 9
Woodbridge, New Jersey 07095
Tel:  732-634-3520
Fax: 732-634-3511
Email: esutton@ezrasutton.com

**ATTORNEYS FOR DEFENDANTS SAKAR INTERNATIONAL, INC., KOHL'S CORPORATION, and KOHL'S ILLINOIS, INC.**

By: */s/ Victor de Gyarfas*
    Victor de Gyarfas
    Texas Bar No. 24071250
    e-mail:  vdegyarfas@foley.com
    FOLEY & LARDNER LLP
    555 South Flower Street, Suite 3500
    Los Angeles, CA 90071-2411
    213.972.4500
    213.486.0065

**ATTORNEYS FOR DEFENDANT WAL-MART STORES, INC.**

By: */s/ Patricia L. Davidson*
    Patricia L. Davidson
    MIRICK, O'CONNELL, DEMALLIE & LOUGEE, LLP
    100 Front Street
    Worcester, Massachusetts  01608-1477
    (508) 860-1540
    (508) 983-6240 (Fax)

    Herbert J. Hammond
    Attorney-In-Charge
    State Bar No. 08858500
    Vishal Patel
    State Bar No. 24065885 THOMPSON & KNIGHT LLP
    One Arts Plaza
    1722 Routh St., Suite 1500
    Dallas, Texas 75201
    (214) 969-1700
    (214) 969-1751 (Fax)

**ATTORNEYS FOR DEFENDANT GEAR HEAD, LLC**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this notice was served on all counsel who have consented to electronic service, Local Rule CV-5(a)(3)(A), on this the 23rd day of March, 2012.

                                         ___/s/ Trey Yarbrough_____
                                              Trey Yarbrough

## CERTIFICATE OF CONFERENCE

Counsel for the parties have conferred regarding this motion and complied with the meet and confer requirement of Local Rule CV-7(h). The parties are in agreement with the subject matter of the motion and are filing it as a joint motion.

                                         ___/s/ Trey Yarbrough_____
                                              Trey Yarbrough

4827-7803-1375.3