**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| ADJUSTACAM LLC<br>   *Plaintiff*<br><br>v.<br><br>AMAZON.COM, INC. *et al.*,<br>   *Defendants* | Case No. 6:10-cv-329-LED |

**ORDER ON JOINT MOTION TO AMEND DOCKET CONTROL ORDER
AND FOR EXTENSION OF CERTAIN DEADLINES**

Having considered the joint motion of plaintiff AdjustaCam LLC and defendants Auditek Corporation, Best Buy Co. Inc., Best Buy Stores, LP, Bestbuy.Com, CDW LLC, Digital Innovations, LLC, Fry's Electronics, Inc., Gear Head, LLC, Hewlett-Packard Company, Kohl's Corporation, Kohl's Illinois, Inc., Micro Electronics, Inc. d/b/a Micro Center, Newegg Inc., Newegg.com Inc., Office Depot, Inc., Rosewill Inc., Sakar International, Inc., and Wal-Mart Stores, Inc. to Amend the Docket Control Order, filed on March 23, 2012, the Court finds that the motion should be granted.

It is, therefore, **ORDERED** that the Docket Control Order shall be amended as follows and the parties are governed by the following deadlines:

| | |
|---|---|
| July 16, 2012 | **Discovery Deadline.** |
| June 25, 2012 | Parties designate rebuttal expert witnesses (non-construction issues), Rebuttal expert witness reports due. Refer to Local Rules for required information. |
| May 25, 2012 | Parties with burden of proof designate expert witnesses (non-construction issues). Expert witness reports due. Refer to Local Rules for required information. |

4847-8015-6431.1

It is further **ORDERED** that the deadlines not referenced in this Order are not altered.