# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM, LLC § | |
| § | |
| Plaintiff § | |
| § | |
| vs. § | CIVIL NO. 6:10-CV-00329 |
| § | |
| AMAZON.COM, INC., *et al.* § | |
| § | |
| Defendants § | |
| § | |

## MEDIATOR'S REPORT OF PARTIAL SETTLEMENT

As follow-up to the mediation conferences that were conducted on November 9, 2011 and March 6, 2012, a settlement has been reached between Plaintiff and Defendant, Auditek.  The parties are in the process of preparing final settlement and case disposition documents, which should be filed shortly.  Mediator involved settlement discussions are continuing among the Plaintiff and the remaining Defendants.  Additional reports will be filed as necessary to report the progress of these efforts.

## CERTIFICATE OF SERVICE

The mediator's report was served electronically in compliance with Local Rule CV-5(a) upon all known counsel of record via the Court's CM/ECF system, on the 26th day of March, 2012.

*/s/ James W. Knowles*
JAMES W. KNOWLES, MEDIATOR