**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| ADJUSTACAM LLC<br>    *Plaintiff* | |
| v. | Case No. 6:10-cv-329-LED |
| AMAZON.COM, INC., *et al.*<br>    *Defendants* | **JURY** |

### UNOPPOSD MOTION FOR ENTRY OF AGREED PROTECTIVE ORDER

The parties to the above-captioned action have all agreed to the attached form of Agreed Protective Order and respectfully request that the Court enter the Agreed Protective Order attached hereto.

DATED:  March 30, 2012

Respectfully submitted,

By:       /s/ *Bryan D. Atkinson*
W. Bryan Farney
Lead Attorney
Texas State Bar No. 06826600
Steven R. Daniels
Texas State Bar No. 24025318
Bryan D. Atkinson
Texas State Bar No. 24036157
Jia-Geng Lu
California Bar No. 271589
FARNEY DANIELS, LLP
800 S. Austin Ave., Suite 200
Georgetown, Texas 78626
Telephone:  (512) 582-2828
Facsimile:  (512) 582-2829
bfarney@farneydaniels.com
sdaniels@farneydaniels.com
batkinson@farneydaniels.com
jlu@farneydaniels.com
**ATTORNEYS FOR DEFENDANTS CDW CORPORATION, CDW, INC., FRY'S ELECTRONICS INC., HEWLETT-PACKARD COMPANY, OFFICE DEPOT, INC., BEST BUY CO. INC., BEST BUY STORES, LP, AND BESTBUY.COM, LLC**

## CERTIFICATE OF CONFERENCE

Counsel for the parties have conferred regarding this motion and complied with the meet and confer requirement of Local Rule CV-7(b).  The parties are in agreement with the subject matter of the motion and are filing it as an agreed motion.

    __/s/  Bryan D. Atkinson__
    Bryan D. Atkinson

## CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2012, I electronically filed the foregoing filing with the Clerk of Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of records.

    __/s/  Bryan D. Atkinson__
    Bryan D. Atkinson