IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC<br><br>     PLAINTIFF,<br><br>  v.<br><br>AMAZON.COM, INC., ET AL.<br><br>     DEFENDANTS. | CIVIL ACTION NO. 6:10-cv-00329-LED<br><br>**JURY** |

## NOTICE OF APPEARANCE OF ATTORNEY JOSHUA B. LONG

Please take notice that the following attorney hereby enters his appearance in this matter as additional counsel of record for Plaintiff, Adjustacam LLC, and consents to electronic service of all papers in this action.

>Joshua B. Long
>Texas Bar No. 24078876
>COLLINS, EDMONDS & POGORZELSKI, PLLC
>1616 S. Voss Rd., Ste. 125
>Houston, Texas 77057
>Telephone: (281) 501-3425
>Facsimile: (832) 415-2535
>jlong@cepiplaw.com

April 4, 2012						Respectfully submitted,

							By: /s/ *Joshua B. Long*
							John J. Edmonds – Lead Counsel
							Texas Bar No. 00789758
							Andrew P. Tower
							Texas Bar No. 00786291
							Joshua B. Long
							Texas Bar No. 24078876
							COLLINS, EDMONDS & POGORZELSKI, PLLC
							1616 S. Voss Road, Suite 125
							Houston, Texas 77057
							Telephone: (281) 501-3425
							Facsimile: (832) 415-2535
							jlong@cepiplaw.com
							jedmonds@cepiplaw.com
							atower@cepiplaw.com


							Andrew W. Spangler
							Texas Bar No. 24041960
							SPANGLER LAW P.C.
							208 N. Green Street, Suite 300
							Longview, Texas 75601
							(903) 753-9300
							spangler@spanglerlawpc.com

							ATTORNEYS FOR PLAINTIFF


### **CERTIFICATE OF SERVICE**

    I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

April 4, 2012					/s/ *Joshua B. Long*
						Joshua B. Long