IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC., <br><br> Plaintiff, <br><br> v. <br><br> AMAZON.COM, INC., *et al.*, <br><br> Defendants. | Civil Action No. 6:10-cv-00329-LED |

### DEFENDANT OFFICE DEPOT, INC.'S UNOPPOSED MOTION TO SUBSTITUTE COUNSEL

Defendant Office Depot, Inc. ("Office Depot") respectfully requests that the Court substitute the law firms of Mirick, O'Connell, Demallie & Lougee, LLP, lead counsel, and Thompson & Knight LLP as attorneys of record in this matter for Office Depot in place of Farney Daniels, LLP.  Farney Daniels agrees with the substitution.  Office Depot requests that all future correspondence and notices be directed to Mirick, O'Connell and Thompson & Knight.

Attorneys at Thompson & Knight have conferred with counsel for Adjustacam, LLC, who indicated that Adjustacam is not opposed to this motion.  The substitution of attorneys is not sought for the purposes of delay, and given Mirick, O'Connell and Thompson & Knight's involvement in this matter to date, will not lead to delay of the proceedings.

Therefore, Office Depot respectfully requests that the Court substitute the law firms of Mirick, O'Connell, Demallie & Lougee, LLP and Thompson & Knight LLP as attorneys of record for Office Depot in this matter.

Dated: April 27, 2012                                   Respectfully submitted by:


   /s/ Vishal Patel
Patricia L. Davidson
  BBO #556647

MIRICK, O'CONNELL, DEMALLIE & LOUGEE, LLP
100 Front Street
Worcester, Massachusetts  01608-1477
(508) 860-1540
(508) 983-6240 (Fax)

Herbert J. Hammond
  State Bar No. 08858500
Vishal Patel
  State Bar No. 24065885

THOMPSON & KNIGHT LLP
One Arts Plaza
1722 Routh St., Suite 1500
Dallas, Texas 75201
(214) 969-1700
(214) 969-1751 (Fax)

ATTORNEYS FOR DEFENDANT
OFFICE DEPOT, INC.

## CERTIFICATE OF CONFERENCE

Attorneys at Thompson & Knight conferred with counsel for Adjustacam, LLC on April 24, 2012 via electronic mail, and counsel for Adjustacam has indicated that it is not opposed to this motion.

/s/ Vishal Patel
Vishal Patel

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically on the 19th day of April, 2012 in compliance with Local Rule CV-5(a) and has been served on all counsel who have consented to electronic service and all other counsel by regular mail.

/s/ Vishal Patel
Vishal Patel

DALLAS 2860563.1