IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC., <br><br> Plaintiff, <br><br> v. <br><br> AMAZON.COM, INC., *et al.*, <br><br> Defendants. | Civil Action No. 6:10-cv-00329-LED |

**ORDER**

The Court has considered Office Depot, Inc.'s Unopposed Motion to Substitute Counsel and is of the opinion that it should be GRANTED.

It is therefore ORDERED that Mirick, O'Connell, Demallie & Lougee, LLP and Thompson & Knight LLP be substituted as attorneys of record for Office Depot in this matter.