IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC<br>*Plaintiff*<br><br>v.<br><br>AMAZON.COM, INC. *et al.*,<br>*Defendants* | Case No. 6:10-cv-329-LED<br><br>**JURY TRIAL DEMANDED** |

**DECLARATION OF BRYAN D. ATKINSON AND EXHIBITS ACCOMPANYING DEFENDANTS' OBJECTIONS TO MAGISTRATE JUDGE LOVE'S CLAIM CONSTRUCTION ORDER**

My name is Bryan D. Atkinson, and I declare:

1. I am over the age of eighteen, and I am competent to make this declaration. I provide this declaration based upon my personal knowledge. I would testify to the facts in this declaration under oath if called upon to do so.

2. I am an attorney with the law firm Farney Daniels LLP, counsel of record for Defendants Best Buy Co. Inc., Best Buy Stores, LP, Bestbuy.Com, CDW LLC, Fry's Electronics, Inc., Hewlett-Packard Company, Micro Electronics, Inc. d/b/a Micro Center, and Office Depot, Inc. I submit this declaration in conjunction with the above referenced *Defendants' Objections to Magistrate Judge Love's Claim Construction Order*.

3. Attached hereto as Exhibit A is a true and correct copy of United States Patent No. 5,855,343.

4. Attached hereto as Exhibit B is a true and correct copy of excerpted pages of the transcript of the February 9, 2012 Claim Construction hearing in this case held before the Honorable Judge John D. Love, United States Magistrate Judge.

5. Attached hereto as Exhibit C is a true and correct copy of photographs of a model webcam having a "support frame" comprising clay in an exemplary first "disposition" and in an exemplary second "disposition" under Magistrate Judge Love's proposed claim construction.

I declare under penalty of perjury under the laws of the United States of America and the laws of the state of Texas that the foregoing is true and correct to the best of my knowledge.

Signed April 27, 2012 in Georgetown, Texas

_____
Bryan D. Atkinson