IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| ADJUSTACAM LLC | |
|---|---|
| *Plaintiff* | |
| v. | Case No. 6:10-cv-329-LED |
| AMAZON.COM, INC. *et al.*, | **JURY TRIAL DEMANDED** |
| *Defendants* | |

## ORDER GRANTING DEFENDANTS' OBJECTIONS TO MAGISTRATE JUDGE LOVE'S CLAIM CONSTRUCTION ORDER

Came before the Court *Defendants' Objections to Magistrate Judge Love's Claim Construction Order*. Upon review of Defendants' Objections, the Court finds that Defendants' Objections are meritorious and should be GRANTED. As such, the claim construction of the term "disposition" is overruled and modified as follows:

| Claim Term | Court's Construction |
|---|---|
| Disposition | a configuration or arrangement of the support frame accomplished through rotation about the second axis |

It is so ORDERED.