# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC., <br><br> Plaintiff, <br><br> v. <br><br> AMAZON.COM, INC., *et al.*, <br><br> Defendants. | Civil Action No. 6:10-cv-00329-LED |

## ORDER

The Court has considered Office Depot, Inc.'s Unopposed Motion to Substitute Counsel and is of the opinion that it should be GRANTED.

It is therefore ORDERED that Mirick, O'Connell, Demallie & Lougee, LLP and Thompson & Knight LLP be substituted as attorneys of record for Office Depot in this matter.

**So ORDERED and SIGNED this 30th day of April, 2012.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**