**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| ADJUSTACAM LLC<br>*Plaintiff*<br><br>v.<br><br>AMAZON.COM, INC. *et al.*,<br>*Defendants* | Case No. 6:10-cv-329-LED |

## JOINT MOTION TO AMEND DOCKET CONTROL ORDER AND FOR EXTENSION OF CERTAIN DEADLINES

Plaintiff AdjustaCam LLC and defendants Best Buy Co. Inc., Best Buy Stores, LP, Bestbuy.Com, CDW LLC, Digital Innovations, LLC, Fry's Electronics, Inc., Gear Head, LLC, Hewlett-Packard Company, Kohl's Corporation, Kohl's Illinois, Inc., Micro Electronics, Inc. d/b/a Micro Center, Newegg Inc., Newegg.com Inc., Office Depot, Inc., Rosewill Inc., Sakar International, Inc., and Wal-Mart Stores, Inc., (collectively, "Defendants") jointly move the Court to amend the Docket Control Order entered on March 26, 2012 (Dkt. 623).

Movants are working diligently to meet the current deadlines, but need additional time to complete the pre-trial tasks set forth below.  In addition, the movants need additional time to try and settle this matter.  The extension will not affect the pre-trial conference or trial date.

| Action | Current Deadline Per DCO (Dkt. 623) | Proposed Deadline |
|---|---|---|
| Parties with burden of proof designate expert witnesses (non-construction issues). Expert witness reports due. | May 25, 2012 | June 25, 2012 |
| Parties designate rebuttal expert witnesses (non-construction issues), Rebuttal expert witness reports due. | June 25, 2012 | July 25, 2012 |
| **Discovery Deadline.** | July 16, 2012 | August 6, 2012 |

Movants respectfully submit that the requested extensions are necessary to complete depositions and to provide the parties' experts with sufficient time to incorporate the information from said depositions into their reports.  Extending the above-referenced deadlines as proposed will also provide additional time for the movants to settle this matter and promote efficiency, reduce uncertainty, and minimize costs and expenses for all parties.

DATED:  May 7, 2012

By:   _/s/ John J. Edmonds_____
    John J. Edmonds – LEAD COUNSEL
    Texas Bar No. 789758
    Michael J. Collins
    Texas Bar No. 4614510
    Stephen F. Schlather
    Texas Bar No. 24007993
    COLLINS EDMONDS POGORZELSKI
    SCHLATHER & TOWER, PLLC
    1616 S. Voss Rd., Suite 125
    Houston, Texas 77057
    Telephone: (281) 501-3425
    Facsimile: (832) 415-2535
    jedmonds@cepiplaw.com
    mcollins@cepiplaw.com
    sschlather@cepiplaw.com

    Andrew W. Spangler
    Texas Bar No. 24041960
    Spangler Law P.C.
    208 N. Green Street, Suite 300
    Longview, Texas 75601
    (903) 753-9300
    (903) 553-0403 (fax)
    spangler@sfipfirm.com

**ATTORNEYS FOR PLAINTIFF
ADJUSTACAM LLC**

By:   ___/s/ Trey Yarbrough_____
    Trey Yarbrough
    State Bar No. 22133500
    Debby E. Gunter
    State Bar No. 24012752
    Yarbrough Wilcox, PLLC
    100 E. Ferguson St., Ste. 1015
    Tyler, Texas 75702
    (903) 595-3111 Telephone
    (903) 595-0191 Facsimile
    trey@yw-lawfirm.com
    debby@yw-lawfirm.com

    John N. Zarian
    Christopher J. Cuneo
    Dana M. Herberholz
    Parsons Behle & Latimer
    960 Broadway, Suite 250
    Boise, Idaho 83706
    (208) 562-4900 Telephone
    (208) 562-4901 Facsimile
    jzarian@parsonsbehle.com
    ccuneo@parsonsbehle.com
    dherberholz@parsonsbehle.com

**ATTORNEYS FOR DEFENDANTS
NEWEGG INC., NEWEGG.COM INC.
AND ROSEWILL INC.**

By: ____/s/ W. Bryam Farney_____

    W. Bryan Farney
    Lead Attorney
    Texas State Bar No. 06826600
    Steven R. Daniels
    Texas State Bar No. 24025318
    Bryan D. Atkinson
    Texas State Bar No. 24036157
    FARNEY DANIELS LLP
    800 S. Austin Ave., Suite 200
    Georgetown, Texas 78626
    Telephone:   (512) 582-2828
    Facsimile:   (512) 582-2829
    E-mails:
    BFarney@farneydaniels.com
    SDaniels@farneydaniels.com
    BAtkinson@farneydaniels.com

**ATTORNEYS FOR DEFENDANTS CDW, INC., CDW CORPORATION, CDW LLC, FRY'S ELECTRONICS INC., HEWLETT-PACKARD COMPANY, MICROCENTER ELECTRONICS, INC., OFFICE DEPOT, INC., TARGET CORPORATION, BEST BUY CO. INC., BEST BUY STORES, LP, AND BESTBUY.COM, LLC**

By: ____/s/ Gary Y. Leung_____

    Gary Y. Leung
    gleung@mcguirewoods.com
    MCGUIREWOODS LLP
    77 W. Wacker Dr. Ste. 4100
    Chicago, IL 60601-1818
    312.849.8100
    312.849.3690 (fax)
    (admitted pro hac vice)

**ATTORNEYS FOR DEFENDANT DIGITAL INNOVATIONS, LLC**

By: ____/s/ Victor de Gyarfas_____

    Victor de Gyarfas
    Texas Bar No. 24071250
    e-mail: vdegyarfas@foley.com
    FOLEY & LARDNER LLP
    555 South Flower Street, Suite 3500
    Los Angeles, CA 90071-2411
    213.972.4500
    213.486.0065

**ATTORNEYS FOR DEFENDANT WAL-MART STORES, INC.**

By: ____/s/ Ezra Sutton_____

    EZRA SUTTON, Esq. (pro hac vice)
    EZRA SUTTON, P. A.
    Plaza 9, 900 Route 9
    Woodbridge, New Jersey 07095
    Tel:  732-634-3520
    Fax: 732-634-3511
    Email: esutton@ezrasutton.com

**ATTORNEYS FOR DEFENDANTS SAKAR INTERNATIONAL, INC., KOHL'S CORPORATION, and KOHL'S ILLINOIS, INC.**

By:   _/s/ Herbert J. Hammond_____ _____

      Herbert J. Hammond
      Attorney-In-Charge
      State Bar No. 08858500
      Vishal Patel
      State Bar No. 24065885 THOMPSON
      & KNIGHT LLP
      One Arts Plaza
      1722 Routh St., Suite 1500
      Dallas, Texas 75201
      (214) 969-1700
      (214) 969-1751 (Fax)

      Patricia L. Davidson
      MIRICK, O'CONNELL, DEMALLIE
      & LOUGEE, LLP
      100 Front Street
      Worcester, Massachusetts  01608-1477
      (508) 860-1540
      (508) 983-6240 (Fax)

**ATTORNEYS FOR DEFENDANT GEAR HEAD, LLC**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this notice was served on all counsel who have consented to electronic service, Local Rule CV-5(a)(3)(A), on this the 7th day of May, 2012.

_/s/ Trey Yarbrough_____
Trey Yarbrough

## CERTIFICATE OF CONFERENCE

Counsel for the parties have conferred and complied with the meet and confer requirement of Local Rule CV-7(h).  The parties are in agreement with the subject matter of the motion and are filing it as a joint motion.

DATED:  May 7, 2012

_/s/ Trey Yarbrough_____
Trey Yarbrough

4827-7803-1375.3