**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| ADJUSTACAM LLC<br>    *Plaintiff*<br><br>v.<br><br>AMAZON.COM, INC. *et al.*,<br>    *Defendants* | Case No. 6:10-cv-329-LED<br><br>**JURY TRIAL DEMANDED** |

**ORDER OVERRULING PLAINTIFF'S OBJECTIONS TO MAGISTRATE'S
MEMORANDUM OPINION AND ORDER REGARDING CLAIM CONSTRUCTION**

Came before the Court Plaintiff's Objections to Magistrate's Memorandum Opinion and Order Regarding Claim Construction (Dkt. No. 629). Upon consideration of Plaintiff's Objections and Defendants' Opposition thereto, Plaintiff's Objections are hereby OVERRULED.

It is so ORDERED.