IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC | |
| v. | NO. 6:10-cv-329-LED |
| AMAZON.COM, INC., ET AL. | JURY |

**ORDER**

    CAME BEFORE THE COURT the Defendants' objections to the Magistrate Judges Claim Construction Order.  Upon consideration of the objections, the Claim Construction Order, the Response and the other papers on file, the objections are hereby OVERRULED.