IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC<br>    *Plaintiff*<br><br>v.<br><br>AMAZON.COM, INC. *et al.*,<br>    *Defendants* | Case No. 6:10-cv-329-LED<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE

Notice is hereby given to the court and all parties of record that the undersigned attorney, George W. Webb III, of the law firm Farney Daniels, LLP, 800 S. Austin Ave., Suite 200, Georgetown, TX  78626, Telephone (512) 582-2828 enters his appearance as an attorney of record on behalf of Defendants Best Buy Co. Inc., Best Buy Stores, LP, Bestbuy.com, LLC, Hewlett-Packard Company, and Micro Electronics, Inc d/b/a Micro Center in the above-referenced case.

Mr. Webb respectfully requests that he henceforth receive electronic notices of all subsequent filings at: GWebb@farneydaniels.com.

| | | |
|---|---|---|
| DATED:  May 8, 2012 | By: | _____*/s/ George W. Webb III*_____ |
| | | W. Bryan Farney |
| | | Lead Attorney |
| | | Texas State Bar No. 06826600 |
| | | Steven R. Daniels |
| | | Texas State Bar No. 24025318 |
| | | Bryan D. Atkinson |
| | | Texas State Bar No. 24036157 |
| | | George W. Webb III |
| | | Texas State Bar No. 24003146 |
| | | Jia-Geng Lu |
| | | California Bar No. 271589 |
| | | FARNEY DANIELS, LLP |
| | | 800 S. Austin Ave., Suite 200 |
| | | Georgetown, Texas 78626 |
| | | Telephone:  (512) 582-2828 |
| | | Facsimile:  (512) 582-2829 |
| | | bfarney@farneydaniels.com |
| | | sdaniels@farneydaniels.com |
| | | batkinson@farneydaniels.com |
| | | gwebb@farneydaniels.com |
| | | jlu@farneydaniels.com |
| | | ATTORNEYS  FOR DEFENDANTS |
| | | BEST BUY CO., INC. |
| | | BEST BUY STORES, LP |
| | | BESTBUY.COM, LLC |
| | | HEWLETT-PACKARD COMPANY |
| | | MICRO ELECTRONICS, INC |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this notice was served on all counsel of record who have consented to electronic service as this district requires.  Local Rule CV-5(a)(3)(A).

_____*/s/ George W. Webb III*_____