IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC<br>    *Plaintiff*<br><br>v.<br><br>AMAZON.COM, INC. *et al.*,<br>    *Defendants* | Case No. 6:10-cv-329-LED<br><br>**JURY TRIAL DEMANDED** |

### DEFENDANT FRY'S ELECTRONICS, INC.'S UNOPPOSED MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL

Defendant Fry's Electronics, Inc. ("Fry's") hereby requests that attorneys W. Bryan Farney, Steven R. Daniels, Bryan D. Atkinson, and Jia-Geng Lu, of the firm Farney Daniels LLP, 800 S. Austin Ave., Suite 200, Georgetown, TX 78626-5845 be allowed to withdraw as counsel of record for Fry's in the above captioned matter and that Ezra Sutton of the firm Ezra Sutton & Associates, PA, 900 Route 9 North, Woodbridge, NJ 07095 be substituted as lead counsel for Fry's.  Mr. Sutton has previously been granted an application appearing Pro Hac Vice for Fry's in this case.  This withdrawal and substitution of counsel has been agreed to by Plaintiff Adjustacam LLC, and is not sought for purposes of delay.

DATED: May 8, 2012			By:		*/s/ Steven R. Daniels*
							W. Bryan Farney
							Lead Attorney
							Texas State Bar No. 06826600
							Steven R. Daniels
							Texas State Bar No. 24025318
							Bryan D. Atkinson
							Texas State Bar No. 24036157
							Jia-Geng Lu
							California Bar No. 271589
							FARNEY DANIELS, LLP
							800 S. Austin Ave., Suite 200
							Georgetown, Texas 78626
							Telephone:  (512) 582-2828
							Facsimile:  (512) 582-2829
							bfarney@farneydaniels.com
							sdaniels@farneydaniels.com
							batkinson@farneydaniels.com
							gwebb@farneydaniels.com
							jlu@farneydaniels.com

								*/s/ Ezra Sutton*
							Ezra Sutton
							Ezra Sutton & Associates, PA
							900 Route 9 North
							Woodbridge, NJ 07095

							ATTORNEYS FOR DEFENDANT
							FRY'S ELECTRONICS, INC.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this notice was served on all counsel of record who have consented to electronic service as this district requires.  Local Rule CV-5(a)(3)(A).

                                                                                              */s/ Steven R. Daniels*

## CERTIFICATE OF CONFERENCE

The undersigned certifies that he conferred with counsel for AdjustaCam LLC via e-mail and was informed that AdjustaCam did not oppose to the Motion to Withdraw and Substitute Counsel.

                                                                                              */s/ Steven R. Daniels*