**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| ADJUSTACAM LLC<br>    *Plaintiff*<br><br>v.<br><br>AMAZON.COM, INC. *et al.*,<br>    *Defendants* | Case No. 6:10-cv-329-LED<br><br>**JURY TRIAL DEMANDED** |

## ORDER GRANTING DEFENDANT FRY'S ELECTRONICS, INC.'S UNOPPOSED MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL

Came before the Court Defendant Fry's Electronics, Inc.'s Unopposed Motion to Withdraw and Substitute Counsel. The Court, having considered the Motion and finding it meritorious, is of the opinion that the motion should be GRANTED. The Court hereby

ORDERS that W. Bryan Farney, Steven R. Daniels, Bryan D. Atkinson, and Jia-Geng Lu of the firm Farney Daniels LLP be allowed to withdraw and are hereby withdrawn as counsel of record for Defendant Fry's Electronics, Inc. in the above captioned matter; and

FURTHER ORDERS that Ezra Sutton of the firm Ezra Sutton & Associates, PA be substituted as lead counsel for Defendant Fry's Electronics, Inc. in the above captioned matter.

It is so ORDERED.