Case 6:10-cv-00329-JRG   Document 641   Filed 05/16/12   Page 1 of 2 PageID #:  5331

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC,<br><br>    Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC., *et al.*,<br><br>    Defendants. | CIVIL ACTION NO. 6:10–CV–00329 LED |

### NOTICE OF APPEARANCE OF
### PATRICIA L. DAVIDSON AND HERBERT J. HAMMOND

Notice is hereby given that Patricia L. Davidson and Herbert J. Hammond, enter their appearance in this matter as counsel for Defendant Micro Electronics, Inc. for purposes of receiving notices and orders from the Court.

Dated:  May 16, 2012

Respectfully submitted,

/s/ Herbert J. Hammond
Patricia L. Davidson, Esq.
BBO #556647
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608-1477
Phone: (508) 791-8500
Fax:    (508) 791-8502
Email:  pdavidson@mirickoconnell.com

Herbert J. Hammond
  State Bar No. 08858500
Thompson & Knight LLP
1722 Routh Street, Suite 1500
Dallas, Texas 75201
(214) 969-1700
(214) 969-1751 (Fax)

ATTORNEYS FOR DEFENDANT
MICRO ELECTRONICS, INC.

1

2

CERTIFICATE OF SERVICE

      The undersigned certifies that the foregoing document was filed electronically on the 16th day of May, 2012 in compliance with Local Rule CV-5(a) and has been served on all counsel who have consented to electronic service and all other counsel by regular mail.

                                        /s/ Herbert J. Hammond
                                        Herbert J. Hammond

DALLAS 2870093.1