IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC<br>   *Plaintiff*<br><br>v.<br><br>AMAZON.COM, INC. *et al.*,<br>   *Defendants* | Case No. 6:10-cv-329-LED<br><br>**JURY TRIAL DEMANDED** |

## DEFENDANTS' REPLY TO PLAINTIFF'S RESPONSE (DKT. 636) TO DEFENDANTS' OBJECTIONS TO CLAIM CONSTRUCTION (DKT. 632)

  Defendants Best Buy Co. Inc., Best Buy Stores, LP, Bestbuy.Com, LLC, CDW LLC, Digital Innovations, LLC, Fry's Electronics, Inc., Gear Head, LLC, Hewlett-Packard Company, Kohls Corporation, Kohl's Illinois, Inc., Micro Electronics, Inc. d/b/a Micro Center, Newegg, Inc., Newegg.Com, Inc., Office Depot, Inc., Rosewill Inc., Sakar International, Inc., and Wal-Mart Stores, Inc., (collectively, "Defendants") hereby submit the following Reply to Plaintiff AdjustaCam, LLC's ("Plaintiff") Response (Dkt. No. 636, "Response") to Defendants' Objections to Magistrate Judge Love's Claim Construction Order (Dkt. No. 632, "Objections").

  Defendants note that Plaintiff's Response is largely a rote repetition of arguments presented in its Opening Claim Construction Brief, and as such, Defendants have already addressed the bulk of Plaintiff's errors both in Defendant's Responsive Claim Construction Brief and in the Objections.  Nonetheless, Plaintiff's Response introduces new legal and factual errors which render this short reply necessary.  Specifically, Plaintiff errs in asserting that the clarifying construction proposed by Defendants is "untimely" or "waived."  Pl. Response at 12.  As explained below, Plaintiff's assertions are plainly wrong and should be disregarded.

First, the doctrine of waiver is simply irrelevant here as a matter of law.  Plaintiff cites to the Federal Circuit's opinion in *Interactive Gift Express, Inc. v. Compuserve, Inc.*, 256 F.3d 1323, 1347 (Fed. Cir. 2001), as purportedly supporting its assertion that Defendants' proposed clarifying construction for "disposition" is "untimely" and "waived."  Pl. Response at 12.  However, *Interactive Gift* merely addressed whether a party may appropriately change its claim construction *position* on *appeal to the Federal Circuit* without ever having raised such arguments before the District Court.  256 F.3d at 1346 (analyzing whether appellant waived its new claim construction position in light of "the basis requirement, embodied in the doctrine of waiver, that the parties develop their positions at trial").  Plaintiff fails to explain how "waiver" under *Interactive Gift* can apply where, as here, the case is ongoing and no trial on the merits, much less final judgment, has occurred.

Moreover, Plaintiff's suggestion that all modifications to claim constructions are now barred as "untimely" is contrary to long-standing judicial practice.  Indeed, it is well-established that claim constructions may be modified at any time prior to final judgment.  *See, e.g., Pressure Prods. Med Supplies, Inc. g. Greatbatch Ltd.*, 599 F.3d 1308, 1315-16 (Fed. Cir. 2010) (rejecting appellant's argument that modification of claim construction made during trial was improper); *Wright Asphalt Prods., Co., LLC v. Pelican Ref. Co., LLC*, 2011 U.S. Dist. LEXIS 22309, 79-80 (S. D. Tex. Mar. 7, 2011) (collecting cases).  As such, Plaintiff's assertions of "untimeliness" have no basis in law or practice.

Finally, Plaintiff grossly mischaracterizes the content of Defendants' Objections to the extent Plaintiff implies, by attempting to invoke the doctrine of waiver, that Defendants have changed their claim construction position.  *See* Pl. Response at 12.  To the contrary, as the

**DEFENDANTS' REPLY TO PLAINTIFF'S RESPONSE TO**
**DEFENDANTS' OBJECTIONS TO CLAIM CONSTRUCTION ORDER**

**CASE NO.  6:10-CV-329-LED**

Objections make clear, Defendants' proposed alternative construction of "disposition" merely responds to a concern raised by Magistrate Judge Love and *clarifies* the issue addressed by Defendants' original proposed construction – namely, that divorcing rotation from what the term "disposition" means in the context of the asserted patent would produce a ludicrous result. Objections at 11-13.  Indeed, the *Interactive Gift* opinion on which Plaintiff relies explicitly states that waiver would only apply where a party is introducing a new claim construction *position*, but that opinion itself observes that it does not "prevent a party from **clarifying** or defending the original scope of its claim construction."  256 F.3d at 1346, 1347-48 ("Thus, only arguments that *change the scope* of [appellant's] claim construction positions… will be deemed to be waived") (emphasis added).  Plaintiff's suggestion that Defendants' alternative construction is improper merely because the wording differs from the original proposed construction simply misses the mark.  The alternative construction clarifies, but does not change the scope, of the construction Defendants originally proposed.

In sum, for the foregoing reasons and for the reasons set out in Defendants' Objections, Defendants respectfully request that the Court disregard Plaintiff's baseless arguments and overrule the construction of the term "disposition."

**DEFENDANTS' REPLY TO PLAINTIFF'S RESPONSE TO**
**DEFENDANTS' OBJECTIONS TO CLAIM CONSTRUCTION ORDER**

**CASE NO.  6:10-CV-329-LED**

DATED:  May 18, 2012

| By: */s/ Steven R. Daniels* | By: */s/ Trey Yarbrough* |
|---|---|
| W. Bryan Farney | Trey Yarbrough |
| Lead Attorney | State Bar No. 22133500 |
| Texas State Bar No. 06826600 | Debby E. Gunter |
| Steven R. Daniels | State Bar No. 24012752 |
| Texas State Bar No. 24025318 | Yarbrough Wilcox, PLLC |
| Bryan D. Atkinson | 100 E. Ferguson St., Ste. 1015 |
| Texas State Bar No. 24036157 | Tyler, Texas 75702 |
| Jia-Geng Lu | (903) 595-3111 Telephone |
| California Bar No. 271589 | (903) 595-0191 Facsimile |
| FARNEY DANIELS, LLP | E-mail: trey@yw-lawfirm.com |
| 800 S. Austin Ave., Suite 200 | debby@yw-lawfirm.com |
| Georgetown, Texas 78626 | |
| Telephone:  (512) 582-2828 | Of Counsel: |
| Facsimile:  (512) 582-2829 | John N. Zarian |
| bfarney@farneydaniels.com | Christopher J. Cuneo (admitted *pro hac vice*) |
| sdaniels@farneydaniels.com | Dana M. Herberholz |
| batkinson@farneydaniels.com | Parsons Behle & Latimer |
| jlu@farneydaniels.com | 960 Broadway, Suite 250 |
| **ATTORNEYS  FOR DEFENDANTS** | Boise, Idaho 83706 |
| **BEST BUY CO., INC.** | (208) 562-4900 Telephone |
| **BEST BUY STORES, LP** | (208) 562-4901 Facsimile |
| **BESTBUY.COM, LLC** | JZarian@parsonsbehle.com |
| **CDW LLC** | ccuneo@parsonsbehle.com |
| **HEWLETT-PACKARD COMPANY** | dherberholz@parsonsbehle.com |
| **MICRO ELECTRONICS, INC.** | **ATTORNEYS FOR DEFENDANT ROSEWILL INC.** |

**DEFENDANTS' REPLY TO PLAINTIFF'S RESPONSE TO
DEFENDANTS' OBJECTIONS TO CLAIM CONSTRUCTION ORDER**

**CASE NO.  6:10-CV-329-LED**

By:    /s/Trey Yarbrough
Trey Yarbrough
State Bar No. 22133500
Debby E. Gunter
State Bar No. 24012752
Yarbrough Wilcox, PLLC
100 E. Ferguson St., Ste. 1015
Tyler, Texas 75702
(903) 595-3111 Telephone
(903) 595-0191 Facsimile
E-mail: trey@yw-lawfirm.com
debby@yw-lawfirm.com

Of Counsel:
John N. Zarian
Christopher J. Cuneo (admitted *pro hac vice*)
Dana M. Herberholz
Parsons Behle & Latimer
960 Broadway, Suite 250
Boise, Idaho 83706
(208) 562-4900 Telephone
(208) 562-4901 Facsimile
JZarian@parsonsbehle.com
ccuneo@parsonsbehle.com
dherberholz@parsonsbehle.com

**ATTORNEYS FOR DEFENDANTS NEWEGG INC. AND NEWEGG.COM INC.**

By:    /s/Gary Y. Leung
Gary Y. Leung
gleung@mcguirewoods.com
MCGUIREWOODS LLP
77 W. Wacker Dr. Ste. 4100
Chicago, IL 60601-1818
312.849.8100
312.849.3690 (fax)
**ATTORNEYS FOR DEFENDANT DIGITAL INNOVATIONS, LLC**

By:    /s/ Herbert J. Hammond
Herbert J. Hammond
Attorney-In-Charge
State Bar No. 08858500
Vishal Patel
State Bar No. 24065885
THOMPSON & KNIGHT LLP
One Arts Plaza
1722 Routh St., Suite 1500
Dallas, Texas 75201
(214) 969-1700
(214) 969-1751 (Fax)

Patricia L. Davidson
MIRICK, O'CONNELL,
DEMALLIE & LOUGEE, LLP
100 Front Street
Worcester, Massachusetts 01608-1477
(508) 860-1540
(508) 983-6240 (Fax)
**ATTORNEYS FOR DEFENDANT GEAR HEAD, LLC AND OFFICE DEPOT, INC.**

By:    /s/ Victor de Gyarfas
Victor de Gyarfas
Texas Bar No. 24071250
e-mail: vdegyarfas@foley.com
FOLEY & LARDNER LLP
555 South Flower Street, Suite 3500
Los Angeles, CA 90071-2411
213.972.4500
213.486.0065
**ATTORNEYS FOR DEFENDANT WAL-MART STORES, INC.**

**DEFENDANTS' REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANTS' OBJECTIONS TO CLAIM CONSTRUCTION ORDER**

**CASE NO. 6:10-CV-329-LED**

By:     _____*/s/ Ezra Sutton*_____
        EZRA SUTTON, Esq. (pro hac vice)
        EZRA SUTTON, P. A.
        Plaza 9, 900 Route 9
        Woodbridge, New Jersey 07095
        Tel:  732-634-3520
        Fax: 732-634-3511
        Email: esutton@ezrasutton.com

**ATTORNEYS FOR DEFENDANTS
SAKAR INTERNATIONAL, INC.,
FRY'S ELECTRONICS, INC.,
KOHL'S CORPORATION, and
KOHL'S ILLINOIS, INC.**

**DEFENDANTS' REPLY TO PLAINTIFF'S RESPONSE TO
DEFENDANTS' OBJECTIONS TO CLAIM CONSTRUCTION ORDER**

**CASE NO.  6:10-CV-329-LED**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this notice was served on all counsel who have consented to electronic service, Local Rule CV-5(a)(3)(A), on this the 18th day of May, 2012.

                                                                           */s/ Steven R. Daniels*
                                                                             Steven R. Daniels