# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC<br>　　　*Plaintiff*<br><br>v.<br><br>AMAZON.COM, INC. *et al.*,<br>　　　*Defendants* | Case No. 6:10-cv-329-LED |

## JOINT MOTION TO AMEND DOCKET CONTROL ORDER AND FOR EXTENSION OF CERTAIN DEADLINES

Plaintiff AdjustaCam LLC and defendants Best Buy Co. Inc., Best Buy Stores, LP, Bestbuy.Com, CDW LLC, Fry's Electronics, Inc., Gear Head, LLC, Hewlett-Packard Company, Kohl's Corporation, Kohl's Illinois, Inc., Micro Electronics, Inc. d/b/a Micro Center, Newegg Inc., Newegg.com Inc., Office Depot, Inc., Rosewill Inc., Sakar International, Inc., and Wal-Mart Stores, Inc., (collectively, "Defendants") jointly move the Court to amend the Docket Control Order entered on January 5, 2012 (Dkt. 588), and as amended on May 8, 2012 (Dkt. 639).

Movants are working diligently to meet the current deadlines, but need additional time to complete the pre-trial tasks set forth below:

| ACTION | CURRENT DEADLINE PER DCO (Dkt. 588) | PROPOSED DEADLINE |
|---|---|---|
| Deadline to submit opening letter briefs | 6/11/12 | 8/13/12 |
| Deadline to submit answering letter briefs | 6/25/12 | 8/27/12 |
| Deadline to submit reply letter briefs | 7/2/12 | 9/3/12 |
| Parties to Identify Trial Witnesses; Amend Pleadings (After *Markman* Hearing) | 7/25/12 | 8/13/12 |

| ACTION | CURRENT DEADLINE PER DCO (Dkt. 588) | PROPOSED DEADLINE |
|---|---|---|
| Parties to Identify Rebuttal Trial Witnesses | 8/8/12 | 8/27/12 |
| Dispositive Motion due from all parties and any other motions that may require a hearing (including *Daubert* motions) due | 8/8/12 | 10/12/12 |
| Response to Dispositive Motions (including *Daubert* motions) due | 9/10/12 | 11/02/12 |

The extension will not affect the trial date or any other dates not specifically referenced above.

Movants respectfully submit that the requested extensions are necessary to provide the parties with sufficient time to evaluate expert opinions and to determine the grounds (if any) for filing letter briefs and dispositive motions. Furthermore, the requested extensions are necessary to provide the parities with sufficient time between the close of fact discovery (August 6, 2012) to identify trial witnesses and rebuttal witnesses. Extending the above-referenced deadlines as proposed will also provide additional time for the movants to settle this matter and promote efficiency, reduce uncertainty, and minimize costs and expenses for all parties.

DATED: June 7th, 2012

By: */s/ John J. Edmonds*
    John J. Edmonds – LEAD COUNSEL
    Texas Bar No. 789758
    Michael J. Collins
    Texas Bar No. 4614510
    Henry M. Pogorzelski
    Texas Bar No. 24007852
    Erick Robinson
    Texas Bar No. 24039142
    COLLINS, EDMONDS & POGORZELSKI, PLLC
    709 Sabine Street

By: */s/ Trey Yarbrough*
    Trey Yarbrough
    Bar No. 22133500
    Debby E. Gunter
    Bar No. 24012752
    Yarbrough ♦ Wilcox, PLLC
    100 E. Ferguson St., Ste. 1015
    Tyler, Texas 75702
    (903) 595-3111 Telephone
    (903) 595-0191 Facsimile
    E-mail: trey@yw-lawfirm.com
    debby@yw-lawfirm.com

4845-6530-6639.1

Houston, Texas 77007
Telephone: (281) 501-3425
Facsimile: (832) 415-2535
jedmonds@cepiplaw.com
mcollins@cepiplaw.com
hpogorzelski@cepiplaw.com
erobinson@cepiplaw.com

Andrew W. Spangler
Texas Bar No. 24041960
Spangler Law P.C.
208 N. Green Street, Suite 300
Longview, Texas 75601
(903) 753-9300
(903) 553-0403 (fax)
spangler@spanglerlawpc.com

**ATTORNEYS FOR PLAINTIFF ADJUSTACAM LLC**

By:   */s/ W. Bryan Farney*
    W. Bryan Farney
    Lead Attorney
    Texas State Bar No. 06826600
    Steven R. Daniels
    Texas State Bar No. 24025318
    Bryan D. Atkinson
    Texas State Bar No. 24036157
    FARNEY DANIELS LLP
    800 S. Austin Ave., Suite 200
    Georgetown, Texas 78626
    Telephone:  (512) 582-2828
    Facsimile:  (512) 582-2829
    E-mails:
    BFarney@farneydaniels.com
    SDaniels@farneydaniels.com
    BAtkinson@farneydaniels.com

**ATTORNEYS FOR DEFENDANTS
BEST BUY CO., INC.
BEST BUY STORES, LP
BESTBUY.COM, LLC
CDW LLC
HEWELETT-PACKARD COMPANY
MICRO ELECTRONICS, INC.**

John N. Zarian
Christopher J. Cuneo
Dana M. Herberholz
Parsons Behle & Latimer
960 Broadway, Suite 250
Boise, Idaho 83706
(208) 562-4900 Telephone
(208) 562-4901 Facsimile
jzarian@parsonsbehle.com
ccuneo@parsonsbehle.com
dherberholz@parsonsbehle.com

**ATTORNEYS FOR DEFENDANTS
NEWEGG INC., NEWEGG.COM INC.
ROSEWILL INC.**

By:   */s/ Herbert J. Hammond*
    Herbert J. Hammond
    Attorney-In-Charge
    State Bar No. 08858500
    Vishal Patel
    State Bar No. 24065885
    THOMPSON & KNIGHT LLP
    One Arts Plaza
    1722 Routh St., Suite 1500
    Dallas, Texas 75201
    (214) 969-1700
    (214) 969-1751 (Fax)

    Patricia L. Davidson
    MIRICK, O'CONNELL, DEMALLIE
    & LOUGEE, LLP
    100 Front Street
    Worcester, Massachusetts  01608-1477
    (508) 860-1540
    (508) 983-6240 (Fax)

**ATTORNEYS FOR DEFENDANTS
GEAR HEAD, LLC
OFFICE DEPOT, INC.**

4845-6530-6639.1

| | |
|---|---|
| By:   */s/ Victor de Gyarfas*<br>Victor de Gyarfas<br>Texas Bar No. 24071250<br>e-mail: vdegyarfas@foley.com<br>FOLEY & LARDNER LLP<br>555 South Flower Street, Suite 3500<br>Los Angeles, CA 90071-2411<br>213.972.4500<br>213.486.0065<br><br>**ATTORNEYS FOR DEFENDANT**<br>**WAL-MART STORES, INC.** | By:   */s/ Ezra Sutton*<br>EZRA SUTTON, Esq. (pro hac vice)<br>EZRA SUTTON, P. A.<br>Plaza 9, 900 Route 9<br>Woodbridge, New Jersey 07095<br>Tel: 732-634-3520<br>Fax: 732-634-3511<br>Email: esutton@ezrasutton.com<br><br>**ATTORNEYS FOR DEFENDANTS**<br>**FRY'S ELECTRONICS, INC.**<br>**KOHL'S CORPORATION**<br>**KOHL'S ILLINOIS, INC.**<br>**SAKAR INTERNATIONAL, INC.,** |

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this notice was served on all counsel who have consented to electronic service, Local Rule CV-5(a)(3)(A), on this the 7th day of June, 2012.

                                                      */s/ Trey Yarbrough*
                                                      Trey Yarbrough

### CERTIFICATE OF CONFERENCE

Counsel for the parties have conferred and complied with the meet and confer requirement of Local Rule CV-7(h). The parties are in agreement with the subject matter of the motion and are filing it as a joint motion.

DATED: June 7th, 2012

                                                      */s/ Trey Yarbrough*
                                                     Trey Yarbrough