**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| ADJUSTACAM LLC<br>            *Plaintiff*<br><br>v.<br><br>AMAZON.COM, INC. *et al.*,<br>            *Defendants* | Case No. 6:10-cv-329-LED |

## ORDER ON JOINT MOTION TO AMEND DOCKET CONTROL ORDER AND FOR EXTENSION OF CERTAIN DEADLINES

Having considered the joint motion of plaintiff AdjustaCam LLC and defendants Best Buy Co. Inc., Best Buy Stores, LP, Bestbuy.Com, CDW LLC, Fry's Electronics, Inc., Gear Head, LLC, Hewlett-Packard Company, Kohl's Corporation, Kohl's Illinois, Inc., Micro Electronics, Inc. d/b/a Micro Center, Newegg Inc., Newegg.com Inc., Office Depot, Inc., Rosewill Inc., Sakar International, Inc., and Wal-Mart Stores, Inc. to Amend the Docket Control Order, entered on January 5, 2012, the Court finds that the motion should be granted.

It is, therefore, **ORDERED** that the Docket Control Order shall be amended as follows, and the parties are governed by the following deadlines:

| November 2, 2012 | **Response to Dispositive Motions (including *Daubert* motions) due.** Responses to dispositive motions filed prior to the dispositive motion deadline, including *Daubert* motions, shall be due in accordance with Local Rule CV-56 and Local Rule CV-7.  <u>Motions to extend page limits will only be granted in exceptional circumstances</u>. |
|---|---|
| October 12, 2012 | **Dispositive Motions due from all parties and any other motions that may require a hearing (including *Daubert* motions) due**. Motions shall comply with Local Rule CV-56 and Local Rule CV-7.  <u>Motions to extend page limits will only be granted in exceptional circumstances</u>. |
| September 3, 2012 | Deadline to submit reply letter briefs |

| August 27, 2012 | Deadline to submit answering letter briefs |
|---|---|
| August 27, 2012 | Parties to Identify Rebuttal Trial Witnesses |
| August 13, 2012 | Parties to Identify Trial Witnesses; Amend Pleadings (After *Markman* Hearing). It is not necessary to file a Motion for Leave to Amend before the deadline to amend pleadings.  It is necessary to file a Motion for Leave to Amend after the deadline.  However, except as provided in Patent Rule 3-6, if the amendment would affect infringement contentions or invalidity contentions, a motion must be made pursuant to Patent Rule 3-6 irrespective of whether the amendment is made prior this deadline. |
| August 13, 2012 | Deadline to submit opening letter briefs |

It is further **ORDERED** that the deadlines not referenced in this Order are not altered.

**So ORDERED and SIGNED this 11th day of June, 2012.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**

4841-4626-9455.1