# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC | § |
| | § |
| Plaintiff, | § |
| v. | §  CIVIL ACTION NO. 6:10-CV-0329-LED |
| | § |
| AMAZON.COM, INC., *et al.* | § |
| | § |
| Defendants, | § |

## REQUEST FOR TERMINATION OF ELECTRONIC NOTICES

NOW COMES Zachary W. Hilton and Vincent J. Allen of Carstens & Cahoon, LLP, and pursuant to Local Rule CV-11(f), respectfully request that the Clerk of this Court remove their names from the list of persons authorized to receive electronic notices in the above-styled and numbered civil action.

Dated: June 18, 2012

/s/Zachary W. Hilton
**Vincent J. Allen**
Texas Bar No. 24012209
**Zachary W. Hilton**
Texas Bar No. 24036780
CARSTENS & CAHOON, LLP
13760 Noel Road, Suite 900
Dallas, Texas 75240
(972) 367-2001 (phone)
(972) 367-2002 (fax)
allen@cclaw.com (email)
hilton@cclaw.com (email)
**ATTORNEYS FOR AUDITEK CORPORATION**

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via electronic mail on June 18, 2012.

/s/Zachary W. Hilton
Zachary W. Hilton