# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| Adjustacam LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 6:10-cv-329-LED |
| | ) | |
| Amazon.com, Inc. et al., | ) | |
| | ) | |
| Defendants. | ) | **JURY TRIAL DEMANDED** |

### JOINT MOTION TO DISMISS CDW WITH PREJUDICE

Plaintiff AdjustaCam LLC ("AdjustaCam") and Defendant, CDW Corporation f/k/a CDW Computer Centers, Inc. and CDW, Inc. ("CDW")[1], by and through their undersigned counsel, hereby move the Court to dismiss WITH PREJUDICE all causes of action asserted in this suit against CDW by AdjustaCam in the above-identified action and all counterclaims asserted in this litigation against AdjustaCam by CDW pursuant to Federal Rule of Civil Procedure 41.

The Parties further stipulate that each party shall be responsible for its own attorneys' fees and costs.

---

[1] On December 31, 2009, "CDW Corporation" merged into CDWC LLC, and Illinois limited liability company, and the name of CDWC LLC was changed to "CDW LLC" as of that date.

Dated:  July 13, 2012

/s/ John J. Edmonds_____          /s/ Benjamin T. Horton_____
John J. Edmonds – Lead Counsel       Thomas L. Duston
Texas Bar No. 789758                 tduston@marshallip.com
Michael J. Collins                   Benjamin T. Horton
Texas Bar No. 4614510                bhorton@marshallip.com
COLLINS EDMONDS POGORZELSKI,         MARSHALL, GERSTEIN & BORUN LLP
SCHLATHER & TOWER, PLLC              6300 Willis Tower
1616 S. S. Voss Road, Suite 125      233 South Wacker Drive
Houston, TX  77057                   Chicago, IL 60606-6357
T:  281.501.3425                     (312) 474-6300
F:  832.415.2535
jedmonds@cepiplaw.com                *ATTORNEYS FOR DEFENDANT*
mcollins@cepiplaw.com                *CDW*

Andrew W. Spangler
State Bar No. 24041960
SPANGLER & FUSSELL P.C.
208 N. Green Street, Suite 300
Longview, TX  75601
T:  903.753.9300
F:  903.553.0403
spangler@sfipfirm.com

*ATTORNEYS FOR PLANITIFF*
*ADJUSTACAM LLC*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who have consented to electronic services on July 13, 2012.  Local Rule CV-5(a))3)(A).


/s/ John J. Edmonds
John J. Edmonds