IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC | |
| v. | NO. 6:10-CV-329-LED |
| AMAZON.COM, INC.; ET AL. | JURY |

## ORDER

The Court, having considered Plaintiff's unopposed motion ("Motion") for a one day extension of time for Plaintiff and Defendants to submit their Rebuttal Expert Witness Report from July 25, 2012 to July 26, 2012, is of the opinion that such Motion should be GRANTED. It is therefore;

ORDERED that Plaintiff and Defendants' deadline to submit their Rebuttal Expert Witness Report is extended from July 25, 2012, up to and including July 26, 2012.