UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| Adjustacam LLC,<br><br>        Plaintiff,<br><br>vs.<br><br>Amazon.com, Inc. et al.,<br><br>        Defendants. | )<br>)<br>)<br>)<br>) Civil Action No. 6:10-cv-329-LED<br>)<br>)<br>) **JURY TRIAL DEMANDED** |

## ORDER

CAME ON THIS DAY for consideration of the Joint Motion to Dismiss CDW Corporation f/k/a CDW Computer Centers, Inc. and CDW, Inc. ("CDW") with Prejudice of all claims and counterclaims asserted between plaintiff, AdjustaCam LLC, and defendant, CDW, in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims and counterclaims asserted in this suit between plaintiff, Adjustacam LLC, and defendant, CDW, are hereby dismissed with prejudice. It is further ORDERED that all costs, expenses and attorney's fees are to be borne by the party that incurred them.

**So ORDERED and SIGNED this 27th day of July, 2012.**



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**