# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| ADJUSTACAM LLC | |
| --- | --- |
| *Plaintiff* | |
| v. | Case No. 6:10-cv-329-LED |
| AMAZON.COM, INC. *et al.*, | |
| *Defendants* | |

## JOINT MOTION TO AMEND DOCKET CONTROL ORDER AND FOR EXTENSION OF CERTAIN DEADLINES

Plaintiff AdjustaCam LLC and defendants Best Buy Co. Inc., Best Buy Stores, LP, Bestbuy.Com, Fry's Electronics, Inc., Gear Head, LLC, Hewlett-Packard Company, Kohl's Corporation, Kohl's Illinois, Inc., Micro Electronics, Inc. d/b/a Micro Center, Newegg Inc., Newegg.com Inc., Office Depot, Inc., Rosewill Inc., Sakar International, Inc., and Wal-Mart Stores, Inc., (collectively, "Defendants") jointly move the Court to amend the Docket Control Order entered on January 5, 2012 (Dkt. 588) and as most recently amended on June 11, 2012 (Dkt. 653).

Movants are working diligently to meet the current deadlines, but need additional time to complete the pre-trial tasks set forth below:

| ACTION | CURRENT DEADLINE | PROPOSED DEADLINE |
| --- | --- | --- |
| Response to Dispositive Motions (including *Daubert* motions) due | 11/02/12 | 11/16/12 |
| Dispositive Motions (including *Daubert* motions) due | 10/12/12 | 11/2/12 |
| Deadline to submit reply letter briefs | 9/03/12 | 9/21/12 |
| Parties to Identify Rebuttal Trial Witnesses | 8/27/12 | 9/14/12 |

| ACTION | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Deadline to submit answering letter briefs | 8/27/12 | 9/14/12 |
| Parties to Identify Trial Witnesses; Amend Pleadings (After *Markman* Hearing) | 8/13/12 | 9/07/12 |
| Deadline to submit opening letter briefs | 8/13/12 | 8/31/12 |
| Discovery Deadline | 8/06/12 | 8/31/12 |

The extension will not affect the trial date or any other dates not specifically referenced above.

Movants respectfully submit that the requested extensions are necessary to provide the parties with sufficient time to evaluate expert opinions, complete expert discovery, and to determine the grounds (if any) for filing letter briefs and dispositive motions. Extending the above-referenced deadlines as proposed will also provide additional time for the movants to promote efficiency, reduce uncertainty, and minimize costs and expenses for all parties.

DATED: August 2, 2012

By: */s/ John J. Edmonds*
    John J. Edmonds – LEAD COUNSEL
    Texas Bar No. 789758
    Michael J. Collins
    Texas Bar No. 4614510
    Henry M. Pogorzelski
    Texas Bar No. 24007852
    Erick Robinson
    Texas Bar No. 24039142
    COLLINS, EDMONDS & POGORZELSKI, PLLC
    709 Sabine Street
    Houston, Texas 77007
    Telephone: (281) 501-3425
    Facsimile: (832) 415-2535
    jedmonds@cepiplaw.com
    mcollins@cepiplaw.com

By: */s/ Trey Yarbrough*
    Trey Yarbrough
    State Bar No. 22133500
    Debby E. Gunter
    State Bar No. 24012752
    Yarbrough Wilcox, PLLC
    100 E. Ferguson St., Ste. 1015
    Tyler, Texas 75702
    (903) 595-3111 Telephone
    (903) 595-0191 Facsimile
    E-mail: trey@yw-lawfirm.com
    debby@yw-lawfirm.com

    John N. Zarian
    Christopher J. Cuneo
    Dana M. Herberholz
    Parsons Behle & Latimer

| | |
|---|---|
| hpogorzelski@cepiplaw.com<br>erobinson@cepiplaw.com<br><br>Andrew W. Spangler<br>Texas Bar No. 24041960<br>Spangler Law P.C.<br>208 N. Green Street, Suite 300<br>Longview, Texas 75601<br>(903) 753-9300<br>(903) 553-0403 (fax)<br>spangler@spanglerlawpc.com<br><br>**ATTORNEYS FOR PLAINTIFF**<br>**ADJUSTACAM LLC** | 960 Broadway, Suite 250<br>Boise, Idaho 83706<br>(208) 562-4900 Telephone<br>(208) 562-4901 Facsimile<br>jzarian@parsonsbehle.com<br>ccuneo@parsonsbehle.com<br>dherberholz@parsonsbehle.com<br><br>**ATTORNEYS FOR DEFENDANTS**<br>**NEWEGG INC.,**<br>**NEWEGG.COM INC.**<br>**ROSEWILL INC.** |
| By:    */s/ W. Bryan Farney*<br>    W. Bryan Farney<br>    Lead Attorney<br>    Texas State Bar No. 06826600<br>    Steven R. Daniels<br>    Texas State Bar No. 24025318<br>    Bryan D. Atkinson<br>    Texas State Bar No. 24036157<br>    FARNEY DANIELS LLP<br>    800 S. Austin Ave., Suite 200<br>    Georgetown, Texas 78626<br>    Telephone:   (512) 582-2828<br>    Facsimile:   (512) 582-2829<br>    E-mails:<br>    BFarney@farneydaniels.com<br>    SDaniels@farneydaniels.com<br>    BAtkinson@farneydaniels.com<br><br>**ATTORNEYS FOR DEFENDANTS**<br>**BEST BUY CO., INC.**<br>**BEST BUY STORES, LP**<br>**BESTBUY.COM, LLC**<br>**HEWLETT-PACKARD COMPANY**<br>**MICRO ELECTRONICS, INC.** | By:    */s/ Herbert J. Hammond*<br>    Herbert J. Hammond<br>    Attorney-In-Charge<br>    State Bar No. 08858500<br>    Vishal Patel<br>    State Bar No. 24065885<br>    THOMPSON & KNIGHT LLP<br>    One Arts Plaza<br>    1722 Routh St., Suite 1500<br>    Dallas, Texas 75201<br>    (214) 969-1700<br>    (214) 969-1751 (Fax)<br><br>    Patricia L. Davidson<br>    MIRICK, O'CONNELL, DEMALLIE<br>    & LOUGEE, LLP<br>    100 Front Street<br>    Worcester, Massachusetts  01608-1477<br>    (508) 860-1540<br>    (508) 983-6240 (Fax)<br><br>**ATTORNEYS FOR DEFENDANTS**<br>**GEAR HEAD, LLC**<br>**OFFICE DEPOT, INC.** |
| By:    */s/ Victor de Gyarfas*<br>    Victor de Gyarfas<br>    Texas Bar No. 24071250 | By:    */s/ Ezra Sutton*<br>    EZRA SUTTON, Esq. (pro hac vice)<br>    EZRA SUTTON, P. A. |

|  |  |
|---|---|
| e-mail:  vdegyarfas@foley.com<br>FOLEY & LARDNER LLP<br>555 South Flower Street, Suite 3500<br>Los Angeles, CA 90071-2411<br>213.972.4500<br>213.486.0065<br><br>**ATTORNEYS FOR DEFENDANT**<br>**WAL-MART STORES, INC.** | Plaza 9, 900 Route 9<br>Woodbridge, New Jersey 07095<br>Tel:  732-634-3520<br>Fax: 732-634-3511<br>Email: esutton@ezrasutton.com<br><br>**ATTORNEYS FOR DEFENDANTS**<br>**FRY'S ELECTRONICS, INC.**<br>**KOHL'S CORPORATION**<br>**KOHL'S ILLINOIS, INC.**<br>**SAKAR INTERNATIONAL, INC.,** |

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who have consented to electronic service, Local Rule CV-5(a)(3)(A), on this the 2nd day of August, 2012.

                                                                                            __*/s/ Trey Yarbrough*____
                                                                                               Trey Yarbrough

## CERTIFICATE OF CONFERENCE

Counsel for the parties have conferred and complied with the meet and confer requirement of Local Rule CV-7(h).  The parties are in agreement with the subject matter of the motion and are filing it as a joint motion.

DATED:  August 2, 2012

                                                                                            __*/s/ Trey Yarbrough*____
                                                                                               Trey Yarbrough