## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| Adjustacam LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 6:10-cv-329 |
| ) | |
| Amazon.com, Inc. et al., ) | |
| ) | |
| Defendants. ) | **JURY TRIAL DEMANDED** |

## REQUEST FOR TERMINATION OF ELECTRONIC NOTICES

NOW COMES Benjamin T. Horton, Thomas L. Duston and Anthony S. Gabrielson of Marshall, Gerstein & Borun LLP, and pursuant to Local Rule CV-11(f), respectfully request that the Clerk of this Court remove their names from the list of persons authorized to receive electronic notices in the above-styled and numbered civil action.

Dated:  August 6, 2012

/s/ Benjamin T. Horton
Thomas L. Duston
tduston@marshallip.com
Benjamin T. Horton
bhorton@marshallip.com
MARSHALL, GERSTEIN & BORUN LLP
6300 Willis Tower
233 South Wacker Drive
Chicago, IL 60606-6357
(312) 474-6300

*ATTORNEYS FOR DEFENDANT CDW*

## CERTIFICATE OF SERVICE

    The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who have consented to electronic services on August 6, 2012.  Local Rule CV-5(a))3)(A).

                                                      */s/ Benjamin T. Horton*
                                                      Benjamin T. Horton