# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **ADJUSTACAM, LLC** § | |
| § | |
| Plaintiff § | |
| § | |
| vs. § | CIVIL NO. 6:10-CV-00329 |
| § | |
| **AMAZON.COM, INC.**, *et al.* § | |
| § | |
| Defendants § | |
| § | |

## MEDIATOR'S FOLLOW-UP REPORT OF PARTIAL SETTLEMENT

Following the mediation conference of March 6, 2012, follow-up efforts of the parties have resulted in settlements being reached between Plaintiff and Defendants, Hewlett Packard and Gear Head LLC. The parties are in the process of preparing final settlement and case disposition documents, which should be filed shortly. Additional reports will be filed as necessary to report the progress of these continuing efforts.

## CERTIFICATE OF SERVICE

The mediator's report was served electronically in compliance with Local Rule CV-5(a) upon all known counsel of record via the Court's CM/ECF system, on the 15th day of August, 2012.

*/s/ James W. Knowles*
JAMES W. KNOWLES, MEDIATOR