IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC | |
| v. | NO. 6:10-cv-329-LED |
| AMAZON.COM, INC.;  ET AL. | JURY |

**STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE**

The plaintiff, AdjustaCam LLC and defendant, PC Gear Head, LLC f/k/a Gear Head, LLC, pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all claims and counterclaims in this action asserted between them WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys fees.

| | |
|---|---|
| August 15, 2012 | Respectfully submitted, |
| /s/ Patricia L. Davidson | /s/ *John J. Edmonds* |
| Patricia L. Davidson | John J. Edmonds – LEAD COUNSEL |
| Mirick, O'Connell, DeMallie & Lougee, LLP | Texas Bar No. 789758 |
| 100 Front Street | Michael J. Collins |
| Worcester, MA 01608-1477 | Texas Bar No. 4614510 |
| (508) 860-1540 | COLLINS, EDMONDS POGORZELSKI |
| (508) 983-6240 (Fax) | SCHLATHER & TOWER, PLLC |
| | 1616 S. Voss Rd., Suite 125 |
| /s/ Herbert J. Hammond | Houston, Texas 77057 |
| Herbert J. Hammond | Telephone: (281) 501-3425 |
| Attorney-In-Charge | Facsimile: (832) 415-2535 |
|    State Bar No. 08858500 | jedmonds@cepiplaw.com |
| | mcollins@cepiplaw.com |
| THOMPSON & KNIGHT LLP | |
| One Arts Plaza | ATTORNEYS FOR PLAINTIFF |
| 1722 Routh Street, Suite 1500 | ADJUSTACAM LLC |
| Dallas, TX 75201 | |
| (214) 969-1700 | |
| (214) 969-1751 (Fax) | |
| | |
| ATTORNEYS FOR DEFENDANT | |
| GEAR HEAD, LLC | |

## CERTIFICATE OF SERVICE

   I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

August 15, 2012                   /s/ *John J. Edmonds*
                                   John J. Edmonds