IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC | |
| v. | NO. 6:10-cv-329-LED |
| AMAZON.COM, INC.;  ET AL. | JURY |

## STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

The plaintiff, AdjustaCam LLC and defendant, Micro Electronics, Inc., d/b/a Micro Center pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all claims and counterclaims in this action asserted between them WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys fees.

August 20, 2012                                                          Respectfully submitted,

/s/ *John J. Edmonds*
John J. Edmonds – LEAD COUNSEL
/s/ Steven Robert Daniels                                        Texas Bar No. 789758
Farney Daniels, LLP                                                Michael J. Collins
800 S. Austin Ave., Ste. 200                                 Texas Bar No. 4614510
Georgetown, TX 78626                                         COLLINS, EDMONDS POGORZELSKI
512-582-2820                                                           SCHLATHER & TOWER, PLLC
512-582-2829 (fax)                                                 1616 S. Voss Rd., Suite 125
SDaniels@farneydaniels.com                             Houston, Texas 77057
                                                                                    Telephone: (281) 501-3425
                                                                                    Facsimile: (832) 415-2535
ATTORNEY FOR DEFENDANTS MICRO      jedmonds@cepiplaw.com
ELECTRONICS                                                          mcollins@cepiplaw.com

ATTORNEYS FOR PLAINTIFF
ADJUSTACAM LLC

**CERTIFICATE OF SERVICE**

      I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

August 20, 2012                                                           /s/ *John J. Edmonds*
                                                                           John J. Edmonds