IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC<br><br>    v.<br><br>AMAZON.COM, INC.;  ET AL. | NO. 6:10-cv-329-LED<br><br>JURY |

**STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE**

The plaintiff, AdjustaCam LLC and defendant, Office Depot, Inc., pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all claims and counterclaims in this action asserted between them WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys fees.

August 20, 2012                                              Respectfully submitted,

 /s/ *Patricia L. Davidson*                              /s/ *John J. Edmonds*
Patricia L. Davidson                                        John J. Edmonds – LEAD COUNSEL
Mirick, O'Connell, DeMallie & Lougee, LLP    Texas Bar No. 789758
100 Front Street                                              Michael J. Collins
Worcester, MA 01608-1477                            Texas Bar No. 4614510
(508) 860-1540                                                COLLINS, EDMONDS POGORZELSKI
(508) 983-6240 (Fax)                                      SCHLATHER & TOWER, PLLC
                                                                       1616 S. Voss Rd., Suite 125
 /s/ Herbert J. Hammond                              Houston, Texas 77057
Herbert J. Hammond                                     Telephone: (281) 501-3425
Attorney-In-Charge                                       Facsimile: (832) 415-2535
   State Bar No. 08858500                             jedmonds@cepiplaw.com
                                                                       mcollins@cepiplaw.com
THOMPSON & KNIGHT LLP
One Arts Plaza                                               ATTORNEYS FOR PLAINTIFF
1722 Routh Street, Suite 1500                       ADJUSTACAM LLC
Dallas, TX 75201
(214) 969-1700
(214) 969-1751 (Fax)

ATTORNEYS FOR DEFENDANT
OFFICE DEPOT , INC.

**CERTIFICATE OF SERVICE**

  I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

August 20, 2012                  /s/ *John J. Edmonds*
                             John J. Edmonds