IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC | |
| v. | NO. 6:10-cv-329-LED |
| AMAZON.COM, INC.; ET AL. | JURY |

## STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

The plaintiff, AdjustaCam LLC and defendant Best Buy Co., Inc., Best Buy Stores, L.P., and BestBuy.com, LLC., pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all claims and counterclaims in this action asserted between them WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys fees.

August 20, 2012

/s/ Steven Robert Daniels
Farney Daniels, LLP
800 S. Austin Ave., Ste. 200
Georgetown, TX 78626
512-582-2820
512-582-2829 (fax)
SDaniels@farneydaniels.com

ATTORNEY FOR DEFENDANT
BEST BUY CO., INC., BEST BUY STORES,
L.P., and BESTBUY.COM, LLC.

Respectfully submitted,

/s/ *John J. Edmonds*
John J. Edmonds – LEAD COUNSEL
Texas Bar No. 789758
Michael J. Collins
Texas Bar No. 4614510
COLLINS, EDMONDS POGORZELSKI
SCHLATHER & TOWER, PLLC
1616 S. Voss Rd., Suite 125
Houston, Texas 77057
Telephone: (281) 501-3425
Facsimile: (832) 415-2535
jedmonds@cepiplaw.com
mcollins@cepiplaw.com

ATTORNEYS FOR PLAINTIFF
ADJUSTACAM LLC

## **CERTIFICATE OF SERVICE**

      I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

August 20, 2012                                                           /s/ *John J. Edmonds*
                                                                                   John J. Edmonds