IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

ADJUSTACAM LLC

    v.                                      NO. 6:10-cv-329-LED

AMAZON.COM, INC.;  ET AL.                        JURY

## **ORDER**

     CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal With Prejudice of all claims and counterclaims asserted between plaintiff, AdjustaCam LLC, and defendant, Best Buy Co., Inc., Best Buy Stores, L.P., and BestBuy.com, LLC., in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

     ORDERED, ADJUDGED AND DECREED that all claims and counterclaims asserted in this suit between plaintiff, Adjustacam LLC, and defendant, Best Buy Co., Inc., Best Buy Stores, L.P., and BestBuy.com, LLC., are hereby dismissed with prejudice.

     It is further ORDERED that all costs, expenses and attorney's fees are to be borne by the party that incurred them.

     IT IS SO ORDERED.