IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC<br><br>   v.<br><br>AMAZON.COM, INC.;  ET AL. | NO. 6:10-cv-329-LED<br><br>JURY |

## STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

The plaintiff, AdjustaCam LLC and defendant, Fry's Electronics, Inc., pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all claims and counterclaims in this action asserted between them WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys fees.

August 21, 2012                                                      Respectfully submitted,

/s/ *Ezra Sutton*                                                         /s/ *John J. Edmonds*
Ezra Sutton, Esq.                                                      John J. Edmonds – LEAD COUNSEL
Ezra Sutton, P.A.                                                       Texas Bar No. 789758
Plaza 9, 900 Route 9                                                Michael J. Collins
Woodbridge, New Jersey 07095                             Texas Bar No. 4614510
Tel: 732-634-3520                                                    COLLINS, EDMONDS POGORZELSKI
Fax: 732-634-3511                                                    SCHLATHER & TOWER, PLLC
                                                                                    1616 S. Voss Rd., Suite 125
                                                                                    Houston, Texas 77057
                                                                                    Telephone: (281) 501-3425
                                                                                    Facsimile: (832) 415-2535
                                                                                    jedmonds@cepiplaw.com
ATTORNEY FOR DEFENDANT                                 mcollins@cepiplaw.com
FRY'S ELECTRONICS, INC.

                                                                                    ATTORNEYS FOR PLAINTIFF
                                                                                    ADJUSTACAM LLC

## **CERTIFICATE OF SERVICE**

      I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

August 21, 2012                                                                  /s/ *John J. Edmonds*
                                                                                   John J. Edmonds