IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

ADJUSTACAM LLC

   v.                                                     NO. 6:10-cv-329-LED

AMAZON.COM, INC.; ET AL.                      JURY

## STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

The plaintiff, AdjustaCam LLC and defendant, Hewlett-Packard Company, pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all claims and counterclaims in this action asserted between them WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys fees.

August 24, 2012

/s/ *Steven R. Daniels* (by permission JJE)
W. Bryan Farney
Lead Attorney
Texas State Bar No. 06826600
Steven R. Daniels
Texas State Bar No. 24025318
Bryan D. Atkinson
Texas State Bar No. 24036157
Jia-Geng Lu
California Bar No. 271589
FARNEY DANIELS, LLP
800 S. Austin Ave., Suite 200
Georgetown, Texas 78626
Telephone: (512) 582-2828
Facsimile: (512) 582-2829
bfarney@farneydaniels.com
sdaniels@farneydaniels.com
batkinson@farneydaniels.com
jlu@farneydaniels.com

ATTORNEYS FOR DEFENDANT
HEWLETT-PACKARD COMPANY

Respectfully submitted,

/s/ *John J. Edmonds*
John J. Edmonds – LEAD COUNSEL
Texas Bar No. 789758
Michael J. Collins
Texas Bar No. 4614510
COLLINS, EDMONDS POGORZELSKI
SCHLATHER & TOWER, PLLC
1616 S. Voss Rd., Suite 125
Houston, Texas 77057
Telephone: (281) 501-3425
Facsimile: (832) 415-2535
jedmonds@cepiplaw.com
mcollins@cepiplaw.com

ATTORNEYS FOR PLAINTIFF
ADJUSTACAM LLC

1

## CERTIFICATE OF SERVICE

      I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

August 24, 2012                                              /s/ *John J. Edmonds*
                                                                      John J. Edmonds