IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ADJUSTACAM LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action No. 6:10-cv-00329 |
| | § | |
| AMAZON.COM, INC., et al., | § | |
| | § | |
| Defendants. | § | |

**DEFENDANTS' NOTICE OF COMPLIANCE
WITH COURT'S MOTION PRACTICE ORDER**

In compliance with the Court's Standing Order Regarding Letter Briefs and Order on Joint Motion to Amend Docket Control Order (Doc. 660), Defendants, Newegg Inc., Newegg.com Inc., Rosewill Inc., Sakar International, Inc., Kohl's Illinois, Inc., and Kohl's Corporation, Inc., file this Notice of their letter to the Court requesting permission to file a motion to strike the August 24, 2012 expert report of John C. Muskivitch and exclude any testimony based on matters contained in that report. A copy of the letter is attached as Exhibit 1.

Dated: August 31, 2012

Respectfully submitted,

*/s/ John N. Zarian by Trey Yarbrough w/permission*
John N. Zarian
Christopher J. Cuneo
Dana M. Herberholz
Parsons Behle & Latimer
960 Broadway, Suite 250
Boise, Idaho 83706
(208) 562-4900 Telephone
(208) 562-4901 Facsimile
jzarian@parsonsbehle.com
ccuneo@parsonsbehle.com
dherberholz@parsonsbehle.com

Trey Yarbrough
Bar No. 22133500
Debby E. Gunter
Bar No. 24012752
YARBROUGH WILCOX
GUNTER, PLLC
100 E. Ferguson, Ste. 1015
Tyler, TX 75702
Telephone:  903-595-3111
Facsimile:   903-595-0191
trey@yw-lawfirm.com
debby@yw-lawfirm.com

Counsel for Defendants, Newegg Inc., Newegg.com Inc. and Rosewill Inc.

*/s/ Ezra Sutton by Trey Yarbrough w/permission*
Ezra Sutton, Esq.
Ezra Sutton & Associates, P.A.
900 Route 9 North
Plaza 9, Suite 201
Woodbridge, NJ 07095
Telephone: (732) 634-3520
Facsimile: (732) 634-3511
Email: esutton@ezrasutton.com

Attorney for Sakar International, Inc., Kohl's Illinois, Inc., & Kohl's Corporation, Inc.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system pursuant to Local Rule CV-5(a)(3) on this 31st day of August, 2012.  All other counsel not deemed to have consented to service in such manner will be served via facsimile transmission and/or first class mail.

*/s/ Trey Yarbrough*
Trey Yarbrough