IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC | |
| v. | NO. 6:10-cv-329-LED |
| AMAZON.COM, INC.;  ET AL. | JURY |

**NOTICE OF COMPLIANCE WITH COURT'S MOTION PRACTICE ORDER**

In compliance with the Court's Motion Practice Order, Plaintiff AdjustaCam LLC files this Notice of its letter to the Court requesting permission to file *Daubert* Motion relative to Defendants' invalidity expert Dr. Klopp. A copy of the letter is attached as Exhibit A.

August 27, 2012

Respectfully submitted,

By: /s/ *John J. Edmonds*
John J. Edmonds – LEAD COUNSEL
Texas State Bar No. 789758
Michael J. Collins
Texas Bar No. 4614510
Stephen F. Schlather
Texas Bar No. 24007993
COLLINS, EDMONDS, POGORZELSKI, SCHLATHER & TOWER, PLLC
1616 S. Voss Rd., Suite 125
Houston, Texas 77057
Telephone: (713) 501-3425
Facsimile: (832) 415-2535
jedmonds@cepiplaw.com
mcollins@cepiplaw.com
sschlather@cepiplaw.com

Andrew W. Spangler
Texas Bar No. 24041960
Spangler & Fussell P.C.
208 N. Green Street, Suite 300
Longview, Texas 75601
(903) 753-9300
(903) 553-0403 (fax)
spangler@spanglerlawpc.com

CONFIDENTIAL

                ATTORNEYS FOR PLAINTIFF
                ADJUSTACAM LLC

### CERTIFICATE OF CONFERENCE

The parties met and conferred in accordance with Local Rule CV-7 by telephone on August 31, 2012. Lead and local counsel participated for Plaintiff. The parties reached an impasse and this motion is opposed by Defendants.

August 27, 2012                                /s/ *John J. Edmonds*
                                                       John J. Edmonds

### CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

August 27, 2012                                /s/ *John J. Edmonds*
                                                       John J. Edmonds