US00D383475S

# United States Patent [19]

## Yamauchi et al.

[11] Patent Number: Des. 383,475

[45] Date of Patent: ∗∗Sep. 9, 1997

[54] **VIDEO CAMERA**

[75] Inventors: **Toshiyuki Yamauchi; Yoshiki Miyamoto**, both of Tokyo, Japan

[73] Assignee: **Sony Corporation**, Tokyo, Japan

[∗∗] Term: **14 Years**

[21] Appl. No.: **47,488**

[22] Filed: **Dec. 5, 1995**

[51] LOC (6) Cl. ...................................................... **16-01**
[52] U.S. Cl. .................................................... **D16/202**
[58] **Field of Search** ................... D16/200–206; 348/11–20, 373–376; 354/64, 82, 288; 358/906; 379/53

[56] **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D. 296,551 | 7/1988 | Mizogui | D16/202 |
| D. 357,929 | 5/1995 | Pierce | D16/202 |
| D. 367,488 | 2/1996 | Takano et al. | D16/202 |
| 2,996,967 | 8/1961 | Edgerton | 354/64 |
| 5,374,952 | 12/1994 | Flohr | 348/12 |

*Primary Examiner*—Ted Shooman
*Assistant Examiner*—Adir Aronovich
*Attorney, Agent, or Firm*—Foley & Lardner

[57] **CLAIM**

The ornamental design for a video camera, as shown and described.

**DESCRIPTION**

FIG. 1 is a perspective view of a first embodiment of the video camera showing my new design;

FIG. 2 is a perspective view thereof, the camera being an alternate position with a fragmentary cable attached. The cable shown in broken lines is for illustrative purpose only and forms no part of the claimed design.

FIG. 3 is a top plan view thereof;

FIG. 4 is a left side elevational view thereof;

FIG. 5 is a front elevational view thereof;

FIG. 6 is a bottom plan view thereof;

FIG. 7 is a right side elevational view thereof;

FIG. 8 is a rear elevational view thereof;

FIG. 9 is a perspective view of a second embodiment of the video camera showing my new design;

FIG. 10 is a top plan view of the second embodiment of FIG. 9;

FIG. 11 is a left side elevational view of the second embodiment of FIG. 9;

FIG. 12 is a front elevational view of the second embodiment of FIG. 9;

FIG. 13 is a bottom plan view of the second embodiment of FIG. 9;

FIG. 14 is a right side elevational view of the second embodiment of FIG. 9;

FIG. 15 is a rear elevational view of the second embodiment of FIG. 9; and,

FIG. 16 is a fragmentary perspective view of the video camera placed on a fragmentary portion of a monitor shown in broken lines for illustrative purposes only and forms no part of the claimed design.

**1 Claim, 6 Drawing Sheets**




**U.S. Patent**  Sep. 9, 1997  Sheet 1 of 6  **Des. 383,475**



**FIG. 1**



**FIG. 2**



FIG. 3



FIG. 4



FIG. 5



FIG. 6

**U.S. Patent**     Sep. 9, 1997     Sheet 3 of 6     **Des. 383,475**



**FIG. 7**



**FIG. 8**

**U.S. Patent**  Sep. 9, 1997  Sheet 4 of 6  **Des. 383,475**



FIG. 9



FIG. 16



FIG. 10



FIG. 11



FIG. 12



FIG. 13



FIG. 14



FIG. 15