IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ADJUSTACAM LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action No. 6:10-cv-00329 |
| | § | |
| AMAZON.COM, INC., et al., | § | |
| | § | |
| Defendants. | § | |

**DEFENDANTS' NOTICE OF COMPLIANCE
WITH COURT'S MOTION PRACTICE ORDER**

In compliance with the Court's Standing Order Regarding Letter Briefs and Order on Joint Motion to Amend Docket Control Order (Doc. 660), Defendants, Newegg Inc., Newegg.com Inc. and Rosewill Inc., file this Notice of their letter to the Court requesting permission to file a motion for summary judgment that no asserted claim of U.S. Patent No. 5,855,343 is infringed by the defendants' accused products.   A copy of the letter is attached as Exhibit 1.

Dated:  August 31, 2012                    Respectfully submitted,


                                            */s/ Dana M. Herberholz*
                                            John N. Zarian
                                            Christopher J. Cuneo
                                            Dana M. Herberholz
                                            Parsons Behle & Latimer
                                            960 Broadway, Suite 250
                                            Boise, Idaho 83706
                                            (208) 562-4900 Telephone
                                            (208) 562-4901 Facsimile
                                            jzarian@parsonsbehle.com
                                            ccuneo@parsonsbehle.com
                                            dherberholz@parsonsbehle.com

Trey Yarbrough
Bar No. 22133500
Debby E. Gunter
Bar No. 24012752
YARBROUGH WILCOX
GUNTER, PLLC
100 E. Ferguson, Ste. 1015
Tyler, TX 75702
Telephone:  903-595-3111
Facsimile:   903-595-0191
trey@yw-lawfirm.com
debby@yw-lawfirm.com

Counsel for Defendants, Newegg Inc.,
Newegg.com Inc. and Rosewill Inc.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system pursuant to Local Rule CV-5(a)(3) on this 31st day of August, 2012.  All other counsel not deemed to have consented to service in such manner will be served via facsimile transmission and/or first class mail.

*/s/ Dana M. Herberholz*
Dana M. Herberholz