IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC,<br><br>       Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC., *et al.*,<br><br>       Defendants. | CIVIL ACTION NO. 6:10–CV–00329 LED |

### NOTICE OF REQUEST FOR TERMINATION OF ELECTRONIC NOTICES

Herbert J. Hammond and Vishal Patel of the law firm of Thompson & Knight LLP hereby request under Local Rule CV-11(f) that the Clerk of this Court remove their names from the list of persons authorized to receive electronic notices in this case.

Dated: September 6, 2012

Respectfully submitted,

/s/ Herbert J. Hammond
Herbert J. Hammond
   State Bar No. 08858500
   Herbert.Hammond@tklaw.com
Vishal Patel
   State Bar No. 24065885
   Vishal.Patel@tkalw.com

THOMPSON & KNIGHT LLP
One Arts Plaza
1722 Routh St., Suite 1500
Dallas, Texas 75201
214.969.1700
214.969.1751 (Fax)

ATTORNEYS FOR DEFENDANT
PC GEAR HEAD, LLC
F/K/A GEAR HEAD LLC
.

– 1 –

– 2 –

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically on the 6th day of September, 2012, in compliance with Local Rule CV–5(a) and has been served on all counsel who have consented to electronic service and all other counsel by facsimile and regular mail.

                                              /s/ Herbert J. Hammond
                                              Herbert J. Hammond

5263801.1