IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 6:10-cv-329-LED |
| AMAZON.COM, INC., et al. | ) ) ) ) |
| Defendants. | ) |

**NOTICE OF REQUEST FOR TERMINATION OF ELECTRONIC NOTICES**

Pursuant to Local Rule CV-11(f) Tamara D. Stiner Toomer of the law firm McGuireWoods LLP hereby requests that the Clerk of this Court remove her name from the list of persons authorized to receive electronic notices in this case.

Dated: September 6, 2012                Respectfully submitted,

s/ Tamara D. Stiner Toomer
Tamara D. Stiner Toomer
tstinertoomer@mcguirewoods.com
State Bar No. 24043940
MCGUIREWOODS LLP
600 Travis St., Suite 7500
Houston, Texas 77002
713.571.9191
713.571.9652 (fax)

ATTORNEY FOR DIGITAL INNOVATIONS

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of September, 2012, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

s/ Tamara D. Stiner Toomer
Tamara D. Stiner Toomer