**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| ADJUSTACAM LLC,<br><br>     Plaintiff,<br><br>vs.<br><br>AMAZON.COM, INC., ET AL.,<br><br>     Defendants. | Case No. 6:10-CV-329-LED<br><br>JURY TRIAL DEMANDED |

**NEWEGG INC., NEWEGG.COM INC. AND
ROSEWILL INC.'S TRIAL WITNESS LIST**

At this time, Newegg Inc., Newegg.com, Inc. and Rosewill Inc. identify the following witnesses for trial:

| WITNESS | WILL CALL | MAY CALL |
|---|---|---|
| Dennis Auyang | X | |
| David K. Tai | X | |
| Lawrence M. Nawrocki | X | |
| David E. Krekelberg | X | |
| Michael D. Harris | X | |
| Lee Cheng | X | |
| Richard Klopp, Ph.D., P.E. | X | |
| Ryan Sullivan, Ph.D. | X | |
| John Hamilton, MSME, P.E. | X | |
| Representative of TransPerfect Solutions or other qualified translator | X | |

| Kelley Le | X | |
| Tony Lee | X | |

In addition, to the persons who are identified above, Newegg Inc., Newegg.com Inc. and Rosewill Inc. reserve the right to call:  (i) any person identified by Plaintiff in its Trial Witness List; (ii) any person identified by Plaintiff in its Disclosure statement(s) (iii) any person identified by any other Defendant in their Trial Witness List; (iv) any person identified by any other Defendant in their Disclosure statements; (v)  the persons identified in depositions; (vi) any person identified in any answer to an interrogatory, and (vii) any experts identified by the parties.

DATED THIS 7th day of September, 2012.

PARSONS BEHLE & LATIMER

By  /s/ John N. Zarian
John N. Zarian (*Admitted E.D. Texas*)
Dana M. Herberholz (*Admitted E.D. Texas*)
960 Broadway, Suite 250
Boise, Idaho 83706
Telephone:  (208) 562-4900
Facsimile:  (208) 562-4901
E-mail:  jzarian@parsonsbehle.com
         dherberholz@parsonsbehle.com

YARBROUGH WILCOX, PLLC
Trey Yarbrough, State Bar No. 22133500
Debby E. Gunter, State Bar No. 24012752
100 E. Ferguson Street, Ste. 1015
Tyler, Texas 75702
Telephone:  (903) 595-3111
Facsimile:  (903) 595-0191
E-mail:  trey@yw-lawfirm.com
         debby@yw-lawfirm.com

Attorneys For Defendants
Newegg Inc., Newegg.com Inc., and Rosewill, Inc.

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that all counsel of record who are deemed to have consented to electronic service are being served this 7th day of September, 2012, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by electronic mail, facsimile transmission, and/or first class mail on this same date.

                                                           */s/ John N. Zarian*
                                                           John N. Zarian

4824-6928-2065.2