IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| ADJUSTACAM LLC | |
|---|---|
| v. | NO. 6:10-cv-329-LED |
| AMAZON.COM, INC.;  ET AL. | JURY |

## PLAINTIFF'S TRIAL WITNESS LIST

Pursuant to the Court's schedule and procedures, Plaintiff AdjustaCam LLC designates the following witness, live and/or by deposition:

| | Witness | Employer | Topic(s) | WC[1] | MC | PWNC |
|---|---|---|---|---|---|---|
| 1. | Barthelemy, Joel | GlobalMedia | GlobalMedia; Kritter Cam; '343 patent; Rights to '343 patent | | X | |
| 2. | Bratic, Walter | Overmont | Damages; Royalties; See report and depo | X | | |
| 3. | Haynes, Clayton | Acacia Research Corp. and AdjustaCam LLC | AdjustaCam; Rights to '343 patent; See depo | X | | |
| 4. | Hermann, David | Kohl's | Infringement and damages | | | X |
| 5. | Krekelberg, David | Illunis | Inventorship; Kritter Cam | | X | |
| 6. | Le, Kelly | NewEgg | Infringement and damages | | | X |
| 7. | Muskivitch, John | Independent consultant | Infringement; Validity; See Muskivitch reports and depo; See Bratic report and depo | X | | |
| 8. | Sanderson, Dean | HP | Damages | | | X |
| 9. | Sandhosh, George | Sakar | Infringement and damages | | | X |
| 10. | Tai, David | Rosewill | Infringement and damages | | | X |
| 11. | Wong, Steve | Acacia Research Group LLC | GlobalMedia; AdjustaCam; Rights | | X | |

---

[1] "WC" means will call.  "MC" means may call.  "PWNC" means probably will not call.

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  |  | to '343 patent; Royalties; See Bratic report and depo; See Haynes depo |  |  |  |
| 12. | Any Defendant employees/representatives/witnesses who attend the trial | Various | Infringement and damages |  | X |  |
| 13. | Anyone Designated by Defendants to testify. | Various | Infringement, validity and damages |  | X |  |

Plaintiff reserves the right to supplement, amend, or withdraw witnesses from this submission in accordance with the Court's schedule and procedures.

September 7, 2012

Respectfully submitted,

/s/ *John J. Edmonds*
John J. Edmonds – LEAD COUNSEL
Texas Bar No. 789758
Michael J. Collins
Texas Bar No. 4614510
COLLINS, EDMONDS POGORZELSKI
SCHLATHER & TOWER, PLLC
1616 S. Voss Rd., Suite 125
Houston, Texas 77057
Telephone: (281) 501-3425
Facsimile: (832) 415-2535
jedmonds@cepiplaw.com
mcollins@cepiplaw.com

Andrew W. Spangler
State Bar No. 24041960
Spangler & Fussell P.C.
208 N. Green Street, Suite 300
Longview, Texas 75601
(903) 753-9300
(903) 553-0403 (fax)
spangler@sfipfirm.com

ATTORNEYS FOR PLAINTIFF
ADJUSTACAM LLC

## CERTIFICATE OF SERVICE

      I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

September 7, 2012                                                  /s/ *John J. Edmonds*
                                                                              John J. Edmonds