SAKAR 6.0-018

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM, L.L.C.<br><br>Plaintiff,<br><br>vs.<br><br>SAKAR INTERNATIONAL, INC., et al<br><br>Defendants. | Civil Action No. 6:10-cv-00329 |

**REVISED DESIGNATION OF TRIAL WITNESSES OF
SAKAR INTERNATIONAL, INC., KOHL'S ILLINOIS, INC., AND
KOHL'S CORPORATION**

Ezra Sutton, Esq.
900 Route 9 North, Suite 201
Woodbridge, NJ 07095
Tel: 732-634-3520
Attorney for Sakar International, Inc.,
Kohl's Illinois, Inc., and Kohl's Corp.

1

### REVISED DESIGNATION OF TRIAL WITNESSES OF SAKAR INTERNATIONAL, INC., KOHL'S ILLINOIS, INC., AND KOHL'S CORPORATION

The parties hereby designate the following Trial Witnesses:

| **Name** | **Testimony** |
| --- | --- |
| 1) Ralph Sasson, Vice President of Sakar International, Inc., 195 Carter Drive, Edison, NJ | Sakar's purchase and sales of accused Kodak webcams, where purchased, the prices, who developed the webcams, the customers, gross profits, net profits, cost of the web cam clip and cost of camera, how the web cams operate, no notice prior to lawsuit, and related matters. |
| 2) Santhosh George, Vice President of Sakar International, Inc., 195 Carter Drive, Edison, NJ | Sakar's purchase and sales of accused Kodak webcams, where purchased, the prices, who developed the webcams, the customers, gross profits, net profits, cost of the web cam clip and cost of camera, how the web cams operate, no notice prior to lawsuit, and related matters. |

| **Experts** | **Testimony** |
| --- | --- |
| 3) John Hamilton 3031 Tisch Way, Suite 1010, San Jose, CA | Topics sets forth in his Expert Report, including non-infringement, claim charts, rebutting the Report of Plaintiff's Expert on infringement and related matters. |
| 4) Richard Klopp 525 West Monroe Street, Suite 1050 Chicago, IL | Topics set forth in his Expert Report, including Invalidity, rebutting the Report of Plaintiff's Expert on validity, and related topics, the prosecution history in the U.S. Patent Office, the prior art, claim charts, the re-examination proceeding of the `343 patent in suit, the final rejection, and related topics. |

5) Ryan Sullivan
   12730 High Bluff Drive,
   Suite 300, San Diego, CA

Topics set forth in his report, including royalties, rebutting the Report of Plaintiff's Expert, and related topics.

6) Rebuttal Witnesses to be Identified later

Dated: September 7, 2012

Respectfully submitted,

By: /s/ Ezra Sutton
EZRA SUTTON

## CERTIFICATE OF SERVICE

The undersigned certifies that on September 11th, 2012, he caused the foregoing Revised Designation of Trial Witnesses to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

/s/ Ezra Sutton
EZRA SUTTON