IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| ADJUSTACAM LLC | |
|---|---|
| v. | NO. 6:10-cv-329-LED |
| AMAZON.COM, INC.; ET AL. | JURY |

**PLAINTIFF'S REBUTTAL WITNESS LIST**

Pursuant to the Court's schedule and procedures, Plaintiff AdjustaCam LLC designates the following rebuttal witnesses, live and/or by deposition:

| | Witness | Employer | Topic(s) | WC[1] | MC | PWNC |
|---|---|---|---|---|---|---|
| 1. | Barthelemy, Joel | GlobalMedia | GlobalMedia; Kritter Cam; '343 patent; Rights to '343 patent | | X | |
| 2. | Bratic, Walter | Overmont | Damages; Royalties; See report and depo | X | | |
| 3. | Haynes, Clayton | Acacia Research Corp. and AdjustaCam LLC | AdjustaCam; Rights to '343 patent; See depo | X | | |
| 4. | Hermann, David | Kohl's | Infringement and damages | | | X |
| 5. | Krekelberg, David | Illunis | Inventorship; Kritter Cam | | X | |
| 6. | Le, Kelly | NewEgg | Infringement and damages | | | X |
| 7. | Muskivitch, John | Independent consultant | Infringement; Validity; See Muskivitch reports and depo; See Bratic report and depo | X | | |
| 8. | NewEgg/Rosewill's listed witnesses[2] | NewEgg/Rosewill | | | X | |
| 9. | Sanderson, Dean | HP | Damages | | | X |

---

[1] "WC" means will call.  "MC" means may call.  "PWNC" means probably will not call.
[2] NewEgg/Rosewill listed witnesses Dennis Auyang, Lee Cheung, Michael Harris and Tony, and Lawrence Nawrocki without providing applicable topics in violation of the Court's Order.  AdjustaCam reserves all rights relative to same, including having NewEgg/Rosewill's witnesses stricken and/or precluded from testifying.  Subject to the foregoing, to the extent the NewEgg/Rosewill's witnesses are permitted to testify at trial, AdjustaCam reserves the right to call them during its case in chief and/or in rebuttal.

| | | | | | | |
|---|---|---|---|---|---|---|
| 10. | Sandhosh, George | Sakar | Infringement and damages | | | X |
| 11. | Sasson, Ralph | Sakar | Infringement and damages | | X | |
| 12. | Tai, David | Rosewill | Infringement and damages | | | X |
| 13. | Wong, Steve | Acacia Research Group LLC | GlobalMedia; AdjustaCam; Rights to '343 patent; Royalties; See Bratic report and depo; See Haynes depo | | X | |
| 14. | Any Defendant employees/representatives/witnesses who attend the trial | Various | Infringement and damages | | X | |
| 15. | Anyone Designated by Defendants to testify. | Various | Infringement, validity and damages | | X | |

Plaintiff reserves the right to supplement, amend, or withdraw witnesses from this submission in accordance with the Court's schedule and procedures.

September 14, 2012

Respectfully submitted,

/s/ *Stephen F. Schlather*
John J. Edmonds – LEAD COUNSEL
Texas Bar No. 789758
Stephen F. Schlather
Texas Bar No. 24007993
Michael J. Collins
Texas Bar No. 4614510
COLLINS, EDMONDS POGORZELSKI SCHLATHER & TOWER, PLLC
1616 S. Voss Rd., Suite 125
Houston, Texas 77057
Telephone: (281) 501-3425
Facsimile: (832) 415-2535
jedmonds@cepiplaw.com
sschlather@cepiplaw.com
mcollins@cepiplaw.com

2

                                         Andrew W. Spangler
                                         State Bar No. 24041960
                                         Spangler & Fussell P.C.
                                         208 N. Green Street, Suite 300
                                         Longview, Texas 75601
                                         (903) 753-9300
                                         (903) 553-0403 (fax)
                                         spangler@sfipfirm.com

                                         ATTORNEYS FOR PLAINTIFF
                                         ADJUSTACAM LLC


## CERTIFICATE OF SERVICE

     I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

September 14, 2012                                  /s/ *Stephen F. Schlather*
                                                            Stephen F. Schlather