IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC | |
| v. | NO. 6:10-cv-329-LED |
| AMAZON.COM, INC.;  ET AL. | JURY |

**NOTICE OF COMPLIANCE WITH COURT'S MOTION PRACTICE ORDER**

In compliance with the Court's Amended Docket Control Order (Dkt. No. 588) (as amended (Dkt. No. 660)) and the Court's Standing Order Regarding Letter Briefs, Plaintiff AdjustaCam LLC files this Notice of its letter to the Court opposing Defendants' Letter Brief Requesting Permission to File a *Daubert* Motion Regarding Damages Expert Mr. Bratic. (Dkt. No. 681).  A copy of the letter is attached as Exhibit 1.

August 27, 2012

Respectfully submitted,

By: /s/ *John J. Edmonds*
John J. Edmonds – LEAD COUNSEL
Texas State Bar No. 789758
Michael J. Collins
Texas Bar No. 4614510
Stephen F. Schlather
Texas Bar No. 24007993
COLLINS, EDMONDS, POGORZELSKI, SCHLATHER & TOWER, PLLC
1616 S. Voss Rd., Suite 125
Houston, Texas 77057
Telephone: (713) 501-3425
Facsimile: (832) 415-2535
jedmonds@cepiplaw.com
mcollins@cepiplaw.com
sschlather@cepiplaw.com

Andrew W. Spangler
Texas Bar No. 24041960
Spangler & Fussell P.C.
208 N. Green Street, Suite 300

CONFIDENTIAL

                          Longview, Texas 75601
                          (903) 753-9300
                          (903) 553-0403 (fax)
                          spangler@spanglerlawpc.com

                          ATTORNEYS FOR PLAINTIFF
                          ADJUSTACAM LLC

## CERTIFICATE OF SERVICE

      I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

August 27, 2012                                /s/ *John J. Edmonds*
                                                    John J. Edmonds