IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC | |
| v. | NO. 6:10-cv-329-LED |
| AMAZON.COM, INC. ET AL. | JURY |

**ORDER**

CAME ON THIS DAY for consideration of the Motion to Dismiss AdjustaCam LLC's Claims for Infringement of U.S. Patent 5,855,343 and Newegg, Inc., Newegg.com, Inc, and Rosewill Inc.'s First and Second Counterclaims, in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims asserted by plaintiff, Adjustacam LLC, against defendants, Newegg, Inc., Newegg.com, Inc, and Rosewill Inc. are hereby dismissed with prejudice. Further, all counterclaims asserted by defendants, Newegg, Inc., Newegg.com, Inc, and Rosewill Inc. against plaintiff, Adjustacam LCC, relating to invalidity and infringement of U.S. Patent No. 5,855,343 are hereby dismissed without prejudice.

IT IS SO ORDERED.