UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC, | Case No. 6:10-CV-00329-LED |
| Plaintiff, | |
| vs. | |
| AMAZON.COM, INC., et al., | |
| Defendants. | |

## <u>NOTICE OF REQUEST FOR TERMINATION OF ELECTRONIC NOTICES</u>

Laura L. Chapman and Victor de Gyarfas of the law firm of Foley & Lardner LLP, hereby request under Local Rule CV-11(f) that the Clerk of this Court remove their names from the list of persons authorized to receive electronic notices in this case.

Dated: September 18, 2012                    Respectfully submitted,


                                             /S/        *Laura L. Chapman*
                                             Laura L. Chapman (California State Bar No.
                                             167249)
                                             FOLEY & LARDNER LLP
                                             555 California Street, Suite 1700
                                             San Francisco, CA 94104-1520
                                             Tel:    415.434.4484
                                             Fax:    415.434.4507
                                             Email: lchapman@foley.com


                                             /s/ Victor de Gyarfas
                                             Victor de Gyarfas (Tx Bar No. 24071250)
                                             FOLEY & LARDNER LLP
                                             555 South Flower Street, Suite 3500
                                             Los Angeles, CA 90071-2411
                                             213.972.4500
                                             213.486.0065
                                             Email: vdegyarfas@foley.com

                                             Attorneys for Defendant
                                             WAL-MART STORES, INC.

4848-0983-3488.1

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certified that the Notice of Request for Termination of Electronic Notices was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who have consented to electronic service.

_____/s/____Laura L. Chapman_____