IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC<br>　　　　*Plaintiff*<br><br>v.<br><br>AMAZON.COM, INC. *et al.*,<br>　　　　*Defendants* | Case No. 6:10-cv-329-LED |

### PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLIES

Plaintiff AdjustaCam LLC ("AdjustaCam") respectfully submits this unopposed motion for an extension of time to file its Replies to the Letter Brief Responses of Defendants Newegg Inc., Newegg.com Inc., and Rosewill Inc. (collectively "Newegg") at Docket Nos. 705 and 706, from Friday, September 21, 2012 until and including Monday, September 24, 2012.  The good cause for this extension is that the foregoing Responses were filed under seal on Friday, September 14, 2012, but Plaintiff lacked access to the sealed filings until Monday, September 17, 2012, when it was belatedly served with copies by email.  The extension thus gives Plaintiff a week from receipt of the Responses to file its Replies.

Counsel for AdjustaCam LLC ("AdjustaCam") has conferred with counsel for NewEgg and they do not oppose this motion.

September 19, 2012　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　By: /s/ *John J. Edmonds*
　　　　　　　　　　　　　　　　　　　　John J. Edmonds – LEAD COUNSEL
　　　　　　　　　　　　　　　　　　　　Texas State Bar No. 789758
　　　　　　　　　　　　　　　　　　　　Michael J. Collins
　　　　　　　　　　　　　　　　　　　　Texas Bar No. 04614510
　　　　　　　　　　　　　　　　　　　　Stephen F. Schlather
　　　　　　　　　　　　　　　　　　　　Texas Bar No. 24007993

        COLLINS, EDMONDS, POGORZELSKI,
SCHLATHER & TOWER, PLLC
1616 S. Voss Rd., Suite 125
Houston, Texas 77057
Telephone: (281) 501-3425
Facsimile: (832) 415-2535
jedmonds@cepiplaw.com
mcollins@cepiplaw.com
sschlather@cepiplaw.com

Andrew W. Spangler
State Bar No. 24041960
Spangler & Fussell P.C.
208 N. Green Street, Suite 300
Longview, Texas 75601
(903) 753-9300
(903) 553-0403 (fax)
spangler@spanglerlawpc.com

ATTORNEYS FOR PLAINTIFF
ADJUSTACAM LLC

CERTIFICATE OF CONFERENCE

     The undersigned certifies that Plaintiff and NewEgg have met and conferred in accordance with LR CV-7(a)(3), and this Motion is Unopposed.

September 19, 2012                /s/ *John J. Edmonds*
                                          John J. Edmonds

CERTIFICATE OF SERVICE

     I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

September 19, 2012                /s/ *John J. Edmonds*
                                          John J. Edmonds