IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC<br>   *Plaintiff*<br><br>v.<br><br>AMAZON.COM, INC. *et al.*,<br>   *Defendants* | Case No. 6:10-cv-329-LED |

## ORDER

  CAME BEFORE THE COURT the Unopposed Motion of Plaintiff for an extension of time to file its Replies to the Letter Brief Responses of Defendants Newegg Inc., Newegg.com Inc., and Rosewill Inc. at Docket Nos. 705 and 706, from Friday, September 21, 2012 until and including Monday, September 24, 2012.

  The Unopposed Motion is GRANTED.

  **So ORDERED and SIGNED this 20th day of September, 2012.**

_____
  **LEONARD DAVIS**
  **UNITED STATES DISTRICT JUDGE**