# EXHIBIT B

**Plaintiff AdjustaCam Expert's Designation of an Alleged "Hinge Member" (noted with a green arrow) on Sakar's Accused Kodak Webcams**



**Labeled Structural Element A on Sakar's Accused Kodak Webcams**



Structural Element A