# EXHIBIT C



Fig. 1