# EXHIBIT D

**Plaintiff AdjustaCam Expert's Designation of an Alleged "Support Frame" (noted with a red arrow) on Sakar's Accused Kodak Webcams**



**Labeled Structural Element B on Sakar's Accused Kodak Webcams**

