# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC,<br><br>                Plaintiff,<br><br>vs.<br><br>AMAZON.COM, INC., ET AL.,<br><br>                Defendants. | Case No. 6:10-CV-329-LED<br><br>JURY TRIAL DEMANDED |

## NOTICE OF COMPLIANCE
## WITH COURT'S MOTION PRACTICE ORDER

      In compliance with the Court's Standing Order Regarding Letter Briefs and Order on Joint Motion to Amend Docket Control Order (Dkt. No. 660), Defendants Newegg Inc., Newegg.com Inc., and Rosewill Inc. ("Newegg"), file this Notice of their Reply Letter Brief in support of their August 31, 2012 Letter Brief requesting permission to file a motion for summary judgment of non-infringement of all asserted claims U.S. Pat. No. 5,855,343 (the "'343 patent"). (Dkt. No. 685.1). A copy of the letter is attached as Exhibit 1.

      DATED THIS 21st day of September, 2012.

                                                     PARSONS BEHLE & LATIMER

                                                     By */s/ John N. Zarian*
                                                          John N. Zarian
                                                          Dana M. Herberholz
                                                          Christopher J. Cuneo
                                                          Robert A. Matson
                                                          960 Broadway, Suite 250
                                                          Boise, Idaho 83706
                                                          Telephone:  (208) 562-4900
                                                         Facsimile:  (208) 562-4901

E-mail:  dherberholz@parsonsbehle.com
ccuneo@parsonsbehle.com
jzarian@parsonsbehle.com

YARBROUGH WILCOX, PLLC
  Trey Yarbrough, State Bar No. 22133500
  Debby E. Gunter, State Bar No. 24012752
  100 E. Ferguson Street, Ste. 1015
  Tyler, Texas 75702
  Telephone:  (903) 595-3111
  Facsimile:  (903) 595-0191
  E-mail:  trey@yw-lawfirm.com
         debby@yw-lawfirm.com

Attorneys For Defendants
Newegg Inc., Newegg.com Inc., and Rosewill Inc.

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that all counsel of record who are deemed to have consented to electronic service are being served this 21st day of September, 2012, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission, and/or first class mail on this same date.

                                          */s/ John N. Zarian*
                                          John N. Zarian

4836-6768-0785.2