**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| ADJUSTACAM LLC,<br><br>     Plaintiff,<br><br>vs.<br><br>AMAZON.COM, INC., ET AL.,<br><br>     Defendants. | Case No. 6:10-CV-329-LED<br><br>JURY TRIAL DEMANDED |

**DEFENDANTS' NOTICE OF COMPLIANCE
WITH COURT'S MOTION PRACTICE ORDER**

   In compliance with the Court's Standing Order Regarding Letter Briefs and Order on Joint Motion to Amend Docket Control Order (Dkt. No. 660), Defendants Newegg Inc., Newegg.com Inc., and Rosewill Inc. ("Newegg"), joined by defendants Sakar International, Inc., Kohl's Illinois, Inc., and Kohl's Corporation, Inc., (collectively, "Defendants"), file this Notice of their Reply Letter Brief in support of their August 31, 2012 Letter Brief requesting permission to file a motion for summary judgment of invalidity of all asserted claims U.S. Pat. No. 5,855,343 (Dkt. No. 682). A copy of Defendants' letter is attached as Exhibit 1.

   DATED THIS 21st day of September, 2012.

                     PARSONS BEHLE & LATIMER


                     By  */s/ John N. Zarian*
                         John N. Zarian
                         Dana M. Herberholz
                         Christopher J. Cuneo
                         Robert A. Matson
                         960 Broadway, Suite 250
                         Boise, Idaho 83706

        Telephone:  (208) 562-4900
        Facsimile:  (208) 562-4901
        E-mail:  dherberholz@parsonsbehle.com
              ccuneo@parsonsbehle.com
              jzarian@parsonsbehle.com

YARBROUGH WILCOX, PLLC
    Trey Yarbrough, State Bar No. 22133500
    Debby E. Gunter, State Bar No. 24012752
    100 E. Ferguson Street, Ste. 1015
    Tyler, Texas 75702
    Telephone:  (903) 595-3111
    Facsimile:  (903) 595-0191
    E-mail:  trey@yw-lawfirm.com
           debby@yw-lawfirm.com

Attorneys For Defendants
Newegg Inc., Newegg.com Inc., and Rosewill Inc.

3

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that all counsel of record who are deemed to have consented to electronic service are being served this 21st day of September, 2012, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission, and/or first class mail on this same date.

      */s/ John N. Zarian*
      John N. Zarian

4831-4784-9233.2