IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC | |
| v. | NO. 6:10-cv-329-LED |
| AMAZON.COM, INC.; ET AL. | JURY |

**<u>ORDER</u>**

CAME BEFORE THE COURT the Unopposed Motion (the "Motion") of Plaintiff AdjustaCam LLC to dismiss the claims and counterclaims involving Defendants/Counter-claimants Newegg Inc., Newegg.com Inc., and Rosewill, Inc. (collectively "NewEgg/Rosewill"), and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED that Plaintiff's claims against NewEgg/Rosewill are DISMISSED WITH PREJUDICE.  It is further ORDERED that NewEgg/Rosewill's counterclaims are DISMISSED WITHOUT PREJUDICE.