IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

ADJUSTACAM LLC

  v.     NO. 6:10-cv-329-LED

AMAZON.COM, INC.; ET AL.    JURY

**<u>ORDER</u>**

CAME BEFORE THE COURT the Unopposed Motion (the "Motion") of Plaintiff AdjustaCam LLC to dismiss the claims and counterclaims involving Defendants/Counter-claimants Newegg Inc., Newegg.com Inc., and Rosewill, Inc. (collectively "NewEgg/Rosewill"), and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED that Plaintiff's claims against NewEgg/Rosewill are DISMISSED WITH PREJUDICE. It is further ORDERED that NewEgg/Rosewill's counterclaims are DISMISSED WITHOUT PREJUDICE.

**So ORDERED and SIGNED this 27th day of September, 2012.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**