IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC | |
| v. | NO. 6:10-cv-329-LED |
| AMAZON.COM, INC.; ET AL. | JURY |

## **ORDER**

CAME BEFORE THE COURT the Plaintiff's Motion to Dismiss Its Claims Against Sakar and Kohl's and The Counterclaims Against Plaintiff and Request for Expedited Briefing Schedule and Oral Hearing (the "Motion").

Plaintiff's request for an expedited briefing schedule and oral hearing is GRANTED. Defendants response to the Motion shall be due on _____, Plaintiff's Reply, if any, shall be due on _____, and Defendants' Sur-Reply, if any, shall be due on _____.

Further, the Motion is hereby set for oral hearing before _____ at _____ a.m./p.m. on the _____ day of _____, 2012.

IT is so ORDERED.