# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **ADJUSTACAM, LLC.** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | **CASE NO. 6:10-CV-329** |
| | § | **PATENT CASE** |
| | § | |
| **AMAZON.COM, INC., ET AL.** | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is AdjustaCam, LLC's ("AdjustaCam") Motion to Dismiss and its Request for Expedited Briefing Schedule and Oral Hearing ("AdjustaCam's Motion") (Docket No. 721). Upon review of AdjustaCam's submission, the Court **GRANTS** AdjustaCam's Request for Expedited Briefing. The Court hereby **ORDERS** Defendants Sakar International, Inc., Kohl's Illinois, Inc., and Kohl's Corporation, Inc. to file a response to AdjustaCam's Motion by October 8, 2012. AdjustaCam's Reply, if any, **SHALL** be due on October 12, 2012, and Defendants' Sur-Reply, if any, **SHALL** be due on October 16, 2012.

**So ORDERED and SIGNED this 1st day of October, 2012.**



**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**