IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| ADJUSTACAM LLC | |
|---|---|
| v. | NO. 6:10-cv-329-LED |
| AMAZON.COM, INC.; ET AL. | JURY |

## PLAINTIFF'S TRIAL WITNESS LIST[1]

Pursuant to the Court's schedule and procedures, Plaintiff AdjustaCam LLC designates the following witnesses, live and/or by deposition:

|  | Witness | Employer | Topic(s) | WC[2] | MC | PWNC |
|---|---|---|---|---|---|---|
| 1. | Barthelemy, Joel | GlobalMedia | GlobalMedia; Kritter Cam; '343 patent; Rights to '343 patent | | X | |
| 2. | Bratic, Walter | Overmont | Damages; Royalties; See report and depo | | X | |
| 3. | Haynes, Clayton | Acacia Research Corp. and AdjustaCam LLC | AdjustaCam; Rights to '343 patent; See depo | X | | |
| 4. | Hermann, David | Kohl's | Infringement and damages | | | X |
| 5. | Krekelberg, David | Illunis | Inventorship; Kritter Cam | | X | |
| 6. | Muskivitch, John | Independent consultant | Infringement; Validity; See Muskivitch reports and depo; See Bratic report and depo | X | | |
| 7. | Sandhosh, George | Sakar | Infringement and damages | | | X |
| 8. | Sasson, Ralph | Sakar | Infringement and damages | | | X |

---

[1] Pending before the Court is AdjustaCam's motion to dismiss the remaining defendants, Sakar and Kohl's, with prejudice, which is based upon the cancelation of the Asserted Claims in reexamination proceedings and a covnenant not to sue granted to Sakar/Kohl's. Sakar/Kohl's opposition to this case being dismissed at this point is ill-informed and mystifying. Thus, subject to its pending motion to dismiss, in an abundance of caution AdjustaCam respectfully submits this Witness List, despite the fact that the issues in this litigation are moot or near moot at this point, and will clearly be moot come time of trial.

[2] "WC" means will call. "MC" means may call. "PWNC" means probably will not call.

| | | | | | | |
|---|---|---|---|---|---|---|
| 9. | Wong, Steve | Acacia Research Group LLC | GlobalMedia; AdjustaCam; Rights to '343 patent; Royalties; See Bratic report and depo; See Haynes depo | | X | |
| 10. | Any Defendant employees/representatives/witnesses who attend the trial | Various | Infringement and damages | | X | |
| 11. | Anyone Designated by Defendants to testify. | Various | Infringement, validity and damages | | X | |

Plaintiff reserves the right to supplement, amend, or withdraw witnesses from this submission in accordance with the Court's schedule and procedures.

October 2, 2012

Respectfully submitted,

/s/ *John J. Edmonds*
John J. Edmonds – LEAD COUNSEL
Texas Bar No. 789758
Stephen F. Schlather
Texas Bar No. 24007993
Michael J. Collins
Texas Bar No. 4614510
COLLINS, EDMONDS POGORZELSKI SCHLATHER & TOWER, PLLC
1616 S. Voss Rd., Suite 125
Houston, Texas 77057
Telephone: (281) 501-3425
Facsimile: (832) 415-2535
jedmonds@cepiplaw.com
sschlather@cepiplaw.com
mcollins@cepiplaw.com

Andrew W. Spangler
State Bar No. 24041960
Spangler & Fussell P.C.
208 N. Green Street, Suite 300
Longview, Texas 75601
(903) 753-9300

(903) 553-0403 (fax)
spangler@sfipfirm.com

ATTORNEYS FOR PLAINTIFF
ADJUSTACAM LLC

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

October 2, 2012                                          /s/ *John J. Edmonds*
                                                          John J. Edmonds