IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

ADJUSTACAM LLC

v.                                                    NO. 6:10-cv-329-LED

AMAZON.COM, INC.;  ET AL.                              JURY

**PLAINTIFF'S TRIAL EXHIBIT LIST[1]**

| PLT EXH. NO. | DESCRIPTION | EXPECT TO USE | MAY USE | MARKED | OFFERED | ADMITTED |
|---|---|---|---|---|---|---|
| 1. | U.S. Patent No. 5,855,343 | X | | | | |
| 2. | Assignment history for the '343 patent | X | | | | |
| 3. | Exclusive license to the '343 patent | X | | | | |
| 4. | Assignment of exclusive license to the '343 patent | X | | | | |
| 5. | Kodak S101/W100 webcam | X | | | | |
| 6. | Kodak T130 webcam | X | | | | |
| 7. | ADJCAM000133-147 | | X | | | |
| 8. | AdjustaCam and PAR's license agreements, including at ADJCAM-SETTLE000001-270 | | X | | | |

---

[1] Pending before the Court is AdjustaCam's motion to dismiss the remaining defendants, Sakar and Kohl's, with prejudice, which is based upon the cancelation of the Asserted Claims in reexamination proceedings and a covnenant not to sue granted to Sakar/Kohl's.  Sakar/Kohl's opposition to this case being dismissed at this point is ill-informed and mystifying.  Thus, subject to its pending motion to dismiss, in an abundance of caution AdjustaCam respectfully submits this Exhibit List, despite the fact that the issues in this litigation are moot or near moot at this point, and will clearly be moot come time of trial.

| | | | | | |
|---|---|---|---|---|---|
| 9. | Bratic CV | X | | | |
| 10. | Documents, namely HP and WalMart documents and prior license agreements, cited in the Bratic Report | X | | | |
| 11. | GLOBALMEDIA 2701-2714 | X | | | |
| 12. | GLOBALMEDIA 2715-2720 | X | | | |
| 13. | GLOBALMEDIA 2721-2760 | X | | | |
| 14. | GLOBALMEDIA 2761-66 | X | | | |
| 15. | GLOBALMEDIA0000013 – 34 | X | | | |
| 16. | HP000023 - 415; | X | | | |
| 17. | HP000201 – 214 | X | | | |
| 18. | HP000215 – 229 | X | | | |
| 19. | HP00023 – 57 | X | | | |
| 20. | HP000244 – 295 | X | | | |
| 21. | HP000296 – 370 | X | | | |
| 22. | HP000371 – 406 | X | | | |
| 23. | HP00230 - 243 | X | | | |

| | | | | | |
|---|---|---|---|---|---|
| 24. Invoices from Dr. Klopp | | X | | | |
| 25. Invoices from Dr. Sullivan | | X | | | |
| 26. Muskivitch CV | | X | | | |
| 27. Exhibit 4 to Muskivitch Deposition – Muskivitch Report (redacted to relate to Sakar/Kohl's only) | | X | | | |
| 28. Sales numbers produced by Kohl's | | X | | | |
| 29. Sales numbers produced by Sakar | | X | | | |
| 30. WMT-ACAM0001100 – 1200; | | X | | | |
| 31. WMT-ACAM0001128 – 1131 | | X | | | |
| 32. Updated sales numbers produced by Kohl's | | X | | | |
| 33. Updated sales numbers produced by Sakar | | X | | | |
| 34. AdjustaCam reserves the right to introduce one or more of the Exhibits listed on Defendants' Trial Exhibit List, to the extent it may be admissible | | X | | | |

Plaintiff reserves the right to supplement, amend, or withdraw exhibits from this submission in accordance with the Court's schedule and procedures.

October 2, 2012                                    Respectfully submitted,

                                                   /s/ John J. Edmonds
                                                   John J. Edmonds – LEAD COUNSEL
                                                   Texas Bar No. 789758

Stephen F. Schlather
Texas Bar No. 24007993
Michael J. Collins
Texas Bar No. 4614510
COLLINS, EDMONDS POGORZELSKI
SCHLATHER & TOWER, PLLC
1616 S. Voss Rd., Suite 125
Houston, Texas 77057
Telephone: (281) 501-3425
Facsimile: (832) 415-2535
jedmonds@cepiplaw.com
sschlather@cepiplaw.com
mcollins@cepiplaw.com

Andrew W. Spangler
State Bar No. 24041960
Spangler & Fussell P.C.
208 N. Green Street, Suite 300
Longview, Texas 75601
(903) 753-9300
(903) 553-0403 (fax)
spangler@sfipfirm.com

ATTORNEYS FOR PLAINTIFF
ADJUSTACAM LLC

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

October 2, 2012                           /s/ *John J. Edmonds*_____
                                          John J. Edmonds