IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM, L.L.C. | : : : Civil Action No. 6:10-cv-00329 (LED) |
| Plaintiff, | : |
| vs. | : : Jury Trial Demanded : |
| AMAZON.COM, INC., et al | : : |
| Defendants. | : : |

### EXHIBIT 4

### SAKAR/KOHL'S EXHIBIT LIST

| Exhibit No. | Description |
|---|---|
| 1. | Expert Report of Ryan Sullivan, Ph. D., 7-26-12 (#2 – Sullivan) |
| 2. | Invoice 202893 (Highly Confidential) (#2 – Klopp) |
| 3. | Expert Report of Dr. Richard Klopp, P.E. (#3 – Klopp) |
| 4. | Expert Report of John Hamilton |
| 5. | Document entitled, "Expert Report of John C. Muskivitch Regarding Infringement of J.S. Patent No. 5,855,343," dated 6-25-12, 173 pages (Highly Confidential, Attorneys' Eyes Only (#4 – Muskivitch) |
| 6. | Document entitled "Unexamined Utility Model Application Publication H2-19997," "Japanese Unexamined Utility Model Publication," Bates numbers ADJDEFPA000093.1 through ADJDEFPA000093.40 (#13 – Muskivitch) |
| 7. | United States Patent No. 5,880,783 by Ma, dated 3-9-99, Bates numbers ADJDEF000001 through ADJDEFPA000005 (#14 – |

|     | Muskivitch) |
| --- | --- |
| 8.  | United States Patent Number Des. 383,475 by Yamauchi et al., dated 9-9-97, Bates numbers ADJDEFPA000006 through ADJDEFPA000012 (#15 – Muskivitch) |
| 9.  | United States Patent Number 4,526,308 by Dovey, dated 7-2-85, Bates numbers ADJDEFPA000013 through ADJDEFPA000018 (#16 – Muskivitch) |
| 10. | 06-25-12 "Expert Report of Walt Bratic" (#3 – Bratic) |
| 11. | 06-28-12 "Supplement Expert Report of Walt Bratic" (#4 – Bratic) |
| 12. | "Settlement and License Agreement" between PAR Technologies, Inc. and Philips Electronics North America Corporation, HIGHLY CONFIDENTIAL/ATTORNEY'S EYES ONLY, Bates ADJCAM-SETTLE000001 through 000015 (#5 – Bratic) |
| 13. | "Settlement and Patent License Agreement" between Adjustacam LLC and Jasco Products Company, LLC, HIGHLY CONFIDENTIAL/ATTORNEY'S EYES ONLY, Bates ADJCAM-SETTLE000016 through 000026 (#6 – Bratic) |
| 14. | "Settlement and Patent License Agreement" between Adjustacam LLC and jWIN Electronics Corp., HIGHLY CONFIDENTIAL/ATTORNEY'S EYES ONLY, Bates ADJCAM-SETTLE000027 through 000037 (#7 – Bratic) |
| 15. | "Settlement and Patent License Agreement" between Adjustacam LLC and Tripp Manufacturing Company, LLC, HIGHLY CONFIDENTIAL/ATTORNEY'S EYES ONLY, Bates ADJCAM-SETTLE000060 through 000069 (#8 – Bratic) |
| 16. | "Settlement and Patent License Agreement" between Adjustacam LLC and Creative Technology, Ltd., HIGHLY CONFIDENTIAL, Bates ADJCAM-SETTLE000142 through 000152 (#9 – Bratic) |
| 17. | "Subject to FRE 408 and NDA Settlement and Patent License Agreement" between Adjustacam LLC and Intcomex, Inc., et al, HIGHLY CONFIDENTIAL/ATTORNEY'S EYES ONLY, Bates ADJCAM-SETTLE000038 through 000048 (#10 – Bratic) |
| 18. | "Settlement and Patent License Agreement" between Adjustacam LLC and Phoebe Micro, Inc., HIGHLY |

|     | |
| --- | --- |
|     | CONFIDENTIAL/ATTORNEY'S EYES ONLY, Bates ADJCAM-SETTLE000049 through 000059 (#11 – Bratic) |
| 19. | "Settlement and Patent License Agreement" between Adjustacam LLC and Dell, Inc., HIGHLY CONFIDENTIAL, Bates ADJCAM-SETTLE000153 through 000163 (#12 – Bratic) |
| 20. | "Settlement and Patent License Agreement" between Adjustacam LLC and J&R Electronics Inc., HIGHLY CONFIDENTIAL, Bates ADJCAM-SETTLE000164 through 000175 (#13 – Bratic) |
| 21. | "Settlement and Patent License Agreement" between Adjustacam LLC and Mace Group, Inc. and Macally Peripherals, Inc., HIGHLY CONFIDENTIAL, Bates ADJCAM-SETTLE000176 through 000190 (#14 – Bratic) |
| 22. | "Settlement and Patent License Agreement" between Adjustacam LLC and Overstock.com, HIGHLY CONFIDENTIAL, Bates ADJCAM-SETTLE000191 through 000201 (#15 – Bratic) |
| 23. | "Settlement and Patent License Agreement" between Adjustacam LLC and, et al., HIGHLY CONFIDENTIAL, Bates ADJCAM-SETTLE000202 through 000212 (#16 – Bratic) |
| 24. | "Settlement and Patent License Agreement" between Adjustacam LLC and Amazon.com, Inc., HIGHLY CONFIDENTIAL, Bates ADJCAM-SETTLE000213 through 000222 (#17 – Bratic) |
| 25. | "Settlement and Patent License Agreement" between Adjustacam LLC and Auditek Corporation, HIGHLY CONFIDENTIAL, Bates ADJCAM-SETTLE000235 through 000243 (#18 – Bratic) |
| 26. | "Settlement and Patent License Agreement" between Adjustacam LLC and Digital Innovations, LLC, HIGHLY CONFIDENTIAL, Bates ADJCAM-SETTLE000223 through 000234 (#19 – Bratic) |
| 27. | "Settlement and Patent License Agreement" between Adjustacam LLC and KYE International Corporation, et al, HIGHLY CONFIDENTIAL, Bates ADJCAM-SETTLE000244 through 000254 (#20 – Bratic) |
| 28. | "Settlement and Patent License Agreement" between Adjustacam LLC and Trust International B.V., HIGHLY CONFIDENTIAL-FOR COUNSEL ONLY, Bates ADJCAM000106 through 000116 (#21 – Bratic) |

29. "Settlement and Patent License Agreement" between Adjustacam LLC and Baltic Latvian Universal Electronics, LLC, HIGHLY CONFIDENTIAL-FOR COUNSEL ONLY, Bates ADJCAM 000127 through 000135 (#22 – Bratic)

30. "Settlement Agreement" between Adjustacam LLC and Chicony Global, Inc., HIGHLY CONFIDENTIAL-FOR COUNSEL ONLY, Bates ADJCAM000097 through 000105 (#23 – Bratic)

31. "Settlement and Patent License Agreement" between Adjustacam LLC and RadioShack Corporation, HIGHLY CONFIDENTIAL-FOR COUNSEL ONLY, Bates ADJCAM 000117 through 000126 (#24 – Bratic)

32. "Settlement and Patent License Agreement" between Adjustacam LLC and PC Gear Head, LLC, HIGHLY     CONFIDENTIAL-ATTORNEY'S EYES ONLY, Bates ADJCAM 000255 through 000262 (#25 – Bratic)

33. "Settlement and Patent License Agreement" between Adjustacam LLC and Hewlett-Packard Company, HIGHLY CONFIDENTIAL-ATTORNEY'S EYES ONLY, Bates ADJCAM-SETTLE 000263 through 000271 (#26 – Bratic)

34. Sakar's legal fees, costs, and expenses incurred in the litigations with Adjustacam.