**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| **ADJUSTACAM LLC** | |
| v. | **NO. 6:10-cv-329-LED** |
| **AMAZON.COM, INC.; ET AL.** | **JURY** |

# J<small>URY</small> V<small>ERDICT</small> F<small>ORM</small>

### Question No. 1[1]

Do you find that Adjustacam conducted an adequate pre-filing investigation before filing this lawsuit against the various defendants?

Yes _____

No _____

### Question No. 2

Do you find that Adjustacam conducted this lawsuit in bad faith?

Yes _____

No _____

### Question No. 3

Do you find that this is an exceptional case justifying the award of attorneys fees to Sakar and Kohl's?

Yes _____

No _____

### Question No. 4

Do you find that defendants Sakar and Kohl's are entitled to attorneys fees in this case?

Yes _____

No _____

### Question No. 5

If the answer to question no. 7 is yes, state the amount of attorneys fees that should be awarded to Sakar.

---

[1] Questions 1 - 5 are requested by Defendants. Plaintiff objects to Questions 1 - 5 for, inter alia, lack of evidence and lack of relevance, and because they are not proper questions for a jury to answer. Plaintiff has no jury questions to submit because come time of trial the Asserted Claims will have been officially canceled by the USPTO, and on account of Plainitff's covenant not to sue Defendants on the '343 patent. *See* Plaintiff's pending Motion to Dismiss.

The foreperson is requested to initial and date this document in the spaces provided below as the unanimous verdict of the jury.

_____                              _____
DATE                                                FOREPERSON INITIAL