# EXHIBIT B

# CEPIP

COLLINS EDMONDS POGORZELSKI
SCHLATHER & TOWER, PLLC

John J. Edmonds
713.364.5291
jedmonds@cepiplaw.com

September 26, 2012

Via email

Ezra Sutton
EZRA SUTTON, P. A.
Plaza 9, 900 Route 9
Woodbridge, New Jersey 07095

Re: *AdjustaCam LLC v. Amazon.com, Inc., et al.*, No. 6:10-CV-329-LED
U.S. Patent No. 5,855,343

Dear Ezra:

Further to our meet and confer, and in furtherance of AdjustaCam's interest in avoiding the waste of party and judicial resources on litigation involving now canceled claims, AdjustaCam is going to file a motion to dismiss with prejudice its claims against Sakar International, Inc. and Kohl's Department Stores, Inc. (collectively "Sakar/Kohl's") regarding infringement of U.S. Patent No. 5,855,343 (the "'343 Patent") from the above-identified litigation. The motion to dismiss will also seek dismissal without prejudice of Sakar/Kohl's counterclaims, which relate to noninfringement and invalidity of the asserted and now-canceled claims of '343 Patent.

In conjunction with the foregoing motion to dismiss, AdjustaCam will also be filing a covenant not to sue Sakar/Kohl's and the distribution chain for Sakar/Kohl's products under the '343 patent. In view of *Super Sack Corp. v. Chase Packaging Corp.*, 57 F.3d 1054 (Fed. Cir. 1995), the Court will no longer have subject matter jurisdiction over those counterclaims, making the motion to dismiss appropriate. For your information, AdjustaCam's covenant not to sue will state as follows:

> AdjustaCam LLC hereby unconditionally covenants not to sue Sakar International, Inc. and Kohl's Department Stores, Inc. (collectively "Sakar/Kohl's") for infringement of any claim of U.S. Patent No. 5,855,343 (the "'343 patent"). Further, AdjustaCam LLC hereby unconditionally covenants not to sue manufacturers, suppliers, wholesalers, sellers, offerors for sale, importers, and/or users for infringing the '343 patent relative to Sakar/Kohl's currently existing products. The foregoing unconditional covenant not to sue extends all the way up and down the distribution chain for Sakar/Kohl's currently existing products, from manufacture through distribution and end use.

Although AdjustaCam and Sakar/Kohl's have already met and conferred and Sakar/Kohl's has expressed its opposition to dismissal, we are willing to meet and confer tomorrow if you think it might resolve this such that the dismissal can be filed on a joint or at least unopposed basis. Please let us know your availability tomorrow for this meet and confer. In view of upcoming deadlines, if we cannot promptly close out this additional meet and confer process, then

1616 S. Voss Road, Suite 125
Houston, TX 77057

1851 E. First St., Ste. 900
Santa Ana, CA 92705

# CEPIP

AdjustaCam will just proceed with filing its opposed motion to dismiss.

Sincerely,

**CEPIP**

John J. Edmonds