IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM, L.L.C.<br><br>    Plaintiff,<br><br>vs.<br><br>AMAZON.COM, INC., et al<br><br>    Defendants. | : <br> : <br> : Civil Action No. 6:10-cv-00329 (LED)<br> : <br> : Jury Trial Demanded<br> : <br> : <br> : <br> : <br> : |

## ORDER

CAME BEFORE THE COURT Plaintiff AdjustaCam LLC's ("AdjustaCam" or "Plaintiff") Motion to Dismiss Plaintiff's Claims against Defendants Sakar International, Inc., Kohl's Illinois, Inc., and Kohl's Corporation, Inc. (collectively "Sakar/Kohl's") and Sakar/Kohl's Counterclaims against Plaintiff (the "Motion"), and the Court being of the opinion that said motion should be GRANTED IN PART, it is hereby ORDERED that:

(1)  Plaintiff's claims against Sakar/Kohl's are hereby DISMISSED WITH PREJUDICE;

(2)  Sakar/Kohl's counterclaims are hereby DISMISSED WITHOUT PREJUDICE subject to Plaintiff providing Sakar/Kohl with a covenant not to sue that is sufficient in scope, as set forth in paragraph (3) below; and

(3)  Plaintiff shall provide Sakar/Kohl with an amended covenant not to sue that is sufficient in scope as follows (with Sakar's proposed amendments shown in emboldened type):

> AdjustaCam LLC hereby unconditionally covenants not to sue Sakar International, Inc., Kohl's Illinois, Inc., Kohl's Corporation, Inc. and Kohl's Department Stores, Inc., and

any successors-in-interest (collectively "Sakar/Kohl's") for infringement as to any claim of U.S. Patent No. 5,855,343 (the "'343 patent"), **including any new claims that issue as a result of reexamination**. Further, AdjustaCam LLC hereby unconditionally covenants not to sue manufacturers, suppliers, wholesalers, sellers, offerors for sale, importers, and/or users for infringing the `343 patent relative to Sakar/Kohl's past or current **or future inventory of Sakar/Kohl's accused Kodak webcam** products as they exist today or have existed in the past. The foregoing unconditional covenant not to sue extends all the way up and down the distribution chain for Sakar/Kohl's currently existing and products, from manufacture through distribution and end use. This covenant shall be binding upon any purchaser, assignee, or successor-in-interest of the `343 patent **and to any purchaser, assignee, or successor-in-interest of Sakar/Kohl's.**