AO 133  (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT

for the

Eastern District of Texas

| ADJUSTACAM LLC | ) |
|---|---|
| v. | ) Case No.: 6:10-CV-329-LED |
| AMAZON.COM, INC., ET AL. | ) |

Order granting Motion to Dismiss
Newegg, Newegg.com & Rosewill[Dkt 720]

## BILL OF COSTS

~~Judgment~~ having been entered in the above entitled action on __09/24/2012__ against _____,
                                                                                    *Date*

the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 200.00 |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | 8,292.66 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Fees for witnesses *(itemize on page two)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | |
| Other costs *(please itemize)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| TOTAL | $ 8,492.66 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☑ Electronic service          ☐ First class mail, postage prepaid

☐ Other: _____

s/ Attorney: _____

Name of Attorney: Dana M. Herberholz

For: Defendants Newegg Inc., Newegg.com Inc., and Rosewill, Inc.        Date: 10/11/2012
*Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

By: _____

*Clerk of Court*                *Deputy Clerk*                *Date*

AO 133 (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT

| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | **TOTAL** | $0.00 |

**Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees)**

**NOTICE**

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
    Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

    When a party may or must act within a specified time after service and service is made under Rule 5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

    Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

Fees of the Clerk

| Date | Firm/party | Category | Description | Amount |
|---|---|---|---|---|
| 1/26/11 | Parsons Behle & Latimer | Filing Fee | Pro Hac Vice Application (Chris Cuneo) | $100 |
| 8/3/12 | Tyler Yarbrough | Filing Fee | Pro Hac Vice Application (Robert Matson) | $100 |
| | | | Total | $200.00 |

Fees re printed/electronically recorded transcripts

| Date | Firm/party | | Description | Amount |
|---|---|---|---|---|
| 8/13/2012 | Parsons Behle & Latimer | Deposition Transcription | Deposition of Ryan Sullivan | $1064.55 |
| 8/13/2012 | Parsons Behle & Latimer | Deposition Transcription | Deposition of David Krekelberg | $254.00 |
| 8/17/2012 | Parsons Behle & Latimer | Deposition Transcription | Deposition of John Hamilton | $455.81 |
| 8/22/2012 | Parsons Behle & Latimer | Deposition Transcription | Deposition of Richard Klopp | $961.50 |
| 8/24/2012 | Parsons Behle & Latimer | Deposition Transcription | Deposition of John Muskivitch | $2,204.95 |
| 8/28/2012 | Parsons Behle & Latimer | Deposition Transcription | Deposition of Walter Bratic | $2,101.15 |
| 8/30/2012 | Parsons Behle & Latimer | Deposition Transcription | Deposition of Clayton Haynes | $1,250.70 |
| | | | **Total** | $8,292.66 |



Esquire Solutions -  Houston
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Toll Free (800) 211-DEPO
Fax (856) 437-5009



**Remit to:**
Esquire Deposition Solutions, LLC
P. O. Box  846099
Dallas, TX 75284-6099
www.esquiresolutions.com

## Invoice # EQ401791

| | |
|---|---|
| **Invoice Date** | 08/22/2012 |
| **Terms** | NET 30 |
| **Payment Due** | 09/21/2012 |
| **Date of Loss** | |
| **Name of Insured** | |
| **Adjustor** | |
| **Claim Number** | |

DANA HERBERHOLZ ,ESQ.
PARSONS BEHLE & LATIMER - BOISE
SUITE 250
960 BROADWAY AVENUE
BOISE, ID 83706

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 08/13/2012 | ADJUSTACAM vs. AMAZON | 362240 | 08/21/2012 | FED EX |

| Description | Amount |
|---|---|
| Services Provided on 08/13/2012, RYAN SULLIVAN (SAN DIEGO, CA) | |
| MEDICAL TECHNICAL COPY OF TRANSCRIPT PACKAGE | $ 765.55 |
| EXHIBITS | $ 101.00 |
| DIGITAL TRANSCRIPT/EXHIBITS | $ 35.00 |
| SUMMARY | $ 105.00 |
| COPY HANDLING FEE | $ 25.00 |
| | $ 1,031.55 |
| DELIVERY- FED EX/2 DAY | $ 33.00 |
| | $ 33.00 |

| | | |
|---|---|---|
| | Tax: | $ 0.00 |
| | Paid: | $ 1,064.55 |
| **Amount Due On/Before 10/06/2012** | | **$ 0.00** |
| Amount Due After 10/06/2012 | | $ 0.00 |

Tax Number:     45-3463120

---

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**

VISA  MasterCard  DISCOVER  AMERICAN EXPRESS

| | |
|---|---|
| Invoice #: | EQ401791 |
| Payment Due: | 09/21/2012 |
| **Amount Due On/Before 10/06/2012** | **$ 0.00** |
| Amount Due After 10/06/2012 | $ 0.00 |

DANA HERBERHOLZ ,ESQ.
PARSONS BEHLE & LATIMER - BOISE
SUITE 250
960 BROADWAY AVENUE
BOISE, ID 83706

**Remit to:**
Esquire Deposition Solutions, LLC
P. O. Box  846099
Dallas, TX 75284-6099
www.esquiresolutions.com

**Thank you for your business!**

044   0000401791   08222012  0  000000000  0  09212012  10062012  9  000000000  00

## Terms and Conditions

**GENERAL**
1. Parties. "Seller" means Esquire Deposition Solutions, ("Esquire") and "Buyer" means Esquire's client, attorney and law firm as well as the client that the attorney or law firm is representing, jointly and severely.
2. These terms and conditions (the "Terms and Conditions") supersede all prior representations or arrangements and contain the entire agreement between the parties in connection with Esquire Deposition Solutions products and services. Seller's acceptance of Buyer's order and sale of the products and services to Buyer are expressly conditioned upon Buyer's assent to these Terms and Conditions of Sale and any and all other terms and conditions, claimed to be expressed or implied, are excluded. Esquire Deposition Solutions hereby expressly objects to and rejects any and all additional or different terms contained in any other documents submitted by Buyer in connection with the sale of the products. Any conduct by Buyer which recognizes the existence of a contract between Seller and Buyer, including, without limitation, acceptance of delivery of or payment for the Products and Services shall be conclusive evidence of Buyer's assent to these Terms and Conditions.
3. No subsequent document, purchase order, or conduct, including acts or verbal statements of any buyer shall purport to modify these Terms and Conditions.
4. For further information regarding our pricing policy go to:  www.esquiresolutions.com/services

**CREDIT AND PAYMENT TERMS**
1. Credit terms, if any, both as to time and amount, may be limited or revoked by Seller at any time without prior notice and thereafter the price of all or any part of Products delivered or to be delivered shall be payable in accordance with such limited credit terms, or, at Seller's option, in cash before shipment or on or after acceptance of delivery ("COD"). In circumstances described in Section 6(a), all unpaid balances owing to Seller from Buyer shall become immediately due and payable.
2. The Buyer agrees to pay for all services and products according to the terms established by the creditor in response to his order. No terms and conditions of any invoice or purchase order which differ from the terms so established by the creditor will govern the relationship between the parties.
3. The client agrees that all amounts payable on or before the due date as shown on each invoice will be paid, and if not paid on or before said date, are then delinquent. Client further agrees that any amount which is not paid when due shall be subject to an interest charge of 1.5% per month or the highest rate allowed by applicable law, until paid in full.
4. The customer agrees to be responsible for all collections costs and attorney's fees in the event Esquire is forced to place the account for collection with an outside agency. If the collection is handled in-house by Esquire, customer agrees to be responsible for the in-house time and costs incurred which will be billed at the rate of $50.00 per hour.
5. A $35 handling fee will be assessed to checks returned for insufficient funds.

**SOLVENCY**
1. The client represents that, as of the date of its order or scheduled deposition, it is solvent, able to pay its debt as they come due and has not filed, nor is it subject of any petition of bankruptcy or for reorganization under any federal or state bankruptcy law. Should the foregoing representation become false at any time during the course of a business relationship between the client and the creditor or while the client owes any amount to the creditor, client agrees to immediately notify Esquire of all facts surrounding such occurrences.
2. The client authorizes Esquire to obtain a written or oral credit report from any credit reporting agency. In addition, the client authorizes any bank or commercial business with whom the client is doing or has done any type business to give any and all necessary information to Esquire which will assist the creditor in the investigation. The client further authorizes the creditor to reinvestigate the client's credit status from time to time as the creditor deems necessary.

**GOVERNING LAW**
1. The Contract, including, without limitation, these Terms and Conditions, shall be governed by and construed in accordance with law of the State of New Jersey.
2. The Buyer agrees that the jurisdiction and venue for all disputes under this invoice will be New Jersey.

**MISCELLANEOUS**
1. Buyer may not assign its rights under the contract without Seller's prior written consent.
2. Failure by seller at any time or times to require strict performance of any provision hereof shall not be considered to be a waiver of Seller's rights with respect to such breach or any succeeding breach of such provision or any other provision of these Terms and Conditions.
3. If any provision of these Terms and Conditions or the application thereof to any person or circumstance shall to any extent be held invalid or unenforceable, the remainder of such Terms and Conditions or the application of such provision to person or circumstances other than those to which it was held to be invalid or unenforceable shall not be affected thereby and shall be valid and be enforceable to the fullest extent permitted by law.
4. Except where it is specified that a price stated is "firm", all prices are subject to change and orders will be invoiced at Seller's prices prevailing at the time the deposition is taken.  All accounts are payable in U.S. funds, free of exchange, collection or other charges, in cases where price for Products include shipping costs, any increase in such shipping  costs shall be for Buyer's account and Buyer agrees to pay Seller such increases.
5. All applicable sales and use taxes, or any other taxes or charges imposed now or in the future by any federal, state, foreign or local authority upon the production, sale, or transportation of the Products shall be for the account Buyer.

## Disclaimer

Attorney is responsible for payment of all charges incurred.  Payment due by "Payment Due" date shown on invoice.  Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, deposition summary, shipping, video charges and may include other service charges based on job or region.  Some services and rates may vary by job or region.  Please contact your local office for specific detail and questions.

## W9

DO YOU NEED A W9? VISIT http://www.esquiresolutions.com/W9

Save (More) Time with EsquireConnect

New!  Pay Your Invoices Online
Save time — and paper — by viewing and paying your invoices online.  Simply login to EsquireConnect.net or call your local sales representative to learn more.

# I N V O I C E



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 79023*** | 8/30/2012 | 65935 |
| **Job Date** | **Case No.** | |
| 8/13/2012 | 6:10-CV-329 | |

| Case Name |
|---|
| AdjustaCam v. Amazon.com |

| Payment Terms |
|---|
| *COD - Prepayment Required* |

Robert A. Matson
Parsons, Behle & Latimer
201 South Main Street
Suite 1800
Salt Lake City UT  84111

---

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | |
|---|---|---|
| David Krekelberg | | 254.00 |
| Attendance | 2.00 Hour(s) | |
| Read & Sign | | |
| Word Index (paper) | | |
| Electronic transcript (PDF) - Full & Condensed | | |
| Exhibit - Scanned (.pdf) | 12.00 Page(s) | |
| | **TOTAL DUE  >>>** | **$254.00** |

Due to increases in nonpayment of ordered/delivered transcripts, we have regrettably had to institute a policy of pre-prepayment.  Please contact our office manager, Val Travers,  to arrange payment & delivery.
     Email: valtravers@paradigmreporting.com
     Phone: 612-339-0545   Fax: 612-337-5575

Paradigm Reporting & Captioning: Your connection to innovative professionals delivering superior court reporting and captioning services.
Visit our website at  www.paradigmreporting.com

---

**Tax ID:** 27-2387122                                                                                                             Phone: 801-532-1234    Fax:

*Please detach bottom portion and return with payment.*

Robert A. Matson
Parsons, Behle & Latimer
201 South Main Street
Suite 1800
Salt Lake City UT  84111

| | | | |
|---|---|---|---|
| Job No. | : 65935 | BU ID | : 11-OOT |
| Case No. | : 6:10-CV-329 | | |
| Case Name | : AdjustaCam v. Amazon.com | | |
| Invoice No. | : 79023*** | Invoice Date | : 8/30/2012 |
| **Total Due** | **: $254.00** | | |

Remit To:   **Paradigm Reporting & Captioning**
            **1400 Rand Tower**
            **527 Marquette Avenue South**
            **Minneapolis MN  55402**

---

**PAYMENT WITH CREDIT CARD**           AMEX  MasterCard  VISA

Cardholder's Name:   Peter M. Midgley
Card Number:         ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Exp. Date: ▮▮▮▮▮▮       Phone#: 801-532-1234
Billing Address:  201 S. Main St., #1800, Salt Lake City, UT
Zip:  84111       Card Security Code: ▮▮▮▮
Amount to Charge:    254.00
Cardholder's Signature:



Esquire Solutions -  Houston
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Toll Free (800) 211-DEPO
Fax (856) 437-5009



**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box  846099
Dallas, TX 75284-6099
www.esquiresolutions.com

## Invoice # EQ404355

| Invoice Date | 08/30/2012 |
|---|---|
| Terms | NET 30 |
| Payment Due | 09/29/2012 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

DANA HERBERHOLZ ,ESQ.
PARSONS, BEHLE & LATIMER, PLC
1800 ONE UTAH CENTER
201 SOUTH MAIN STREET
SALT LAKE CITY, UT 84111

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 08/17/2012 | ADJUSTACAM vs. AMAZON | 363408 | 08/22/2012 | FED EX |

| Description | Amount |
|---|---|
| Services Provided on 08/17/2012, JOHN HAMILTON (FORT SMITH, AR) | |
| ONE COPY OF TRANSCRIPT PACKAGE | $ 236.00 |
| EXHIBITS | $ 107.25 |
| DIGITAL TRANSCRIPT/EXHIBITS | $ 35.00 |
| TRANSCRIPT ARCHIVAL | $ 45.00 |
| | $ 423.25 |
| DELIVERY-OTHER | $ 32.56 |
| | $ 32.56 |

Tax: $ 0.00
Paid: $ 455.81

**Amount Due On/Before 10/14/2012**  **$ 0.00**

Amount Due After 10/14/2012  $ 0.00

Tax Number:  45-3463120

---

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**





Invoice #:  EQ404355
Payment Due:  09/29/2012

**Amount Due On/Before 10/14/2012**  **$ 0.00**

Amount Due After 10/14/2012  $ 0.00

DANA HERBERHOLZ ,ESQ.
PARSONS, BEHLE & LATIMER, PLC
1800 ONE UTAH CENTER
201 SOUTH MAIN STREET
SALT LAKE CITY, UT 84111

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box  846099
Dallas, TX 75284-6099
www.esquiresolutions.com

**Thank you for your business!**

044  0000404355  08302012  7  000000000  0  09292012  10142012  4  000000000 03

## Terms and Conditions

**GENERAL**
1. Parties. "Seller" means Esquire Deposition Solutions, ("Esquire") and "Buyer" means Esquire's client, attorney and law firm as well as the client that the attorney or law firm is representing, jointly and severely.
2. These terms and conditions (the "Terms and Conditions") supersede all prior representations or arrangements and contain the entire agreement between the parties in connection with Esquire Deposition Solutions products and services. Seller's acceptance of Buyer's order and sale of the products and services to Buyer are expressly conditioned upon Buyer's assent to these Terms and Conditions of Sale and any and all other terms and conditions, claimed to be expressed or implied, are excluded. Esquire Deposition Solutions hereby expressly objects to and rejects any and all additional or different terms contained in any other documents submitted by Buyer in connection with the sale of the products. Any conduct by Buyer which recognizes the existence of a contract between Seller and Buyer, including, without limitation, acceptance of delivery of or payment for the Products and Services shall be conclusive evidence of Buyer's assent to these Terms and Conditions.
3. No subsequent document, purchase order, or conduct, including acts or verbal statements of any buyer shall purport to modify these Terms and Conditions.
4. For further information regarding our pricing policy go to: www.esquiresolutions.com/services

**CREDIT AND PAYMENT TERMS**
1. Credit terms, if any, both as to time and amount, may be limited or revoked by Seller at any time without prior notice and thereafter the price of all or any part of Products delivered or to be delivered shall be payable in accordance with such limited credit terms, or, at Seller's option, in cash before shipment or on or after acceptance of delivery ("COD"). In circumstances described in Section 6(a), all unpaid balances owing to Seller from Buyer shall become immediately due and payable.
2. The Buyer agrees to pay for all services and products according to the terms established by the creditor in response to his order. No terms and conditions of any invoice or purchase order which differ from the terms so established by the creditor will govern the relationship between the parties.
3. The client agrees that all amounts payable on or before the due date as shown on each invoice will be paid, and if not paid on or before said date, are then delinquent. Client further agrees that any amount which is not paid when due shall be subject to an interest charge of 1.5% per month or the highest rate allowed by applicable law, until paid in full.
4. The customer agrees to be responsible for all collections costs and attorney's fees in the event Esquire is forced to place the account for collection with an outside agency. If the collection is handled in-house by Esquire, customer agrees to be responsible for the in-house time and costs incurred which will be billed at the rate of $50.00 per hour.
5. A $35 handling fee will be assessed to checks returned for insufficient funds.

**SOLVENCY**
1. The client represents that, as of the date of its order or scheduled deposition, it is solvent, able to pay its debt as they come due and has not filed, nor is it subject of any petition of bankruptcy or for reorganization under any federal or state bankruptcy law. Should the foregoing representation become false at any time during the course of a business relationship between the client and the creditor or while the client owes any amount to the creditor, client agrees to immediately notify Esquire of all facts surrounding such occurrences.
2. The client authorizes Esquire to obtain a written or oral credit report from any credit reporting agency. In addition, the client authorizes any bank or commercial business with whom the client is doing or has done any type business to give any and all necessary information to Esquire which will assist the creditor in the investigation. The client further authorizes the creditor to reinvestigate the client's credit status from time to time as the creditor deems necessary.

**GOVERNING LAW**
1. The Contract, including, without limitation, these Terms and Conditions, shall be governed by and construed in accordance with law of the State of New Jersey.
2. The Buyer agrees that the jurisdiction and venue for all disputes under this invoice will be New Jersey.

**MISCELLANEOUS**
1. Buyer may not assign its rights under the contract without Seller's prior written consent.
2. Failure by seller at any time or times to require strict performance of any provision hereof shall not be considered to be a waiver of Seller's rights with respect to such breach or any succeeding breach of such provision or any other provision of these Terms and Conditions.
3. If any provision of these Terms and Conditions or the application thereof to any person or circumstance shall to any extent be held invalid or unenforceable, the remainder of such Terms and Conditions or the application of such provision to person or circumstances other than those to which it was held to be invalid or unenforceable shall not be affected thereby and shall be valid and be enforceable to the fullest extent permitted by law.
4. Except where it is specified that a price stated is "firm", all prices are subject to change and orders will be invoiced at Seller's prices prevailing at the time the deposition is taken. All accounts are payable in U.S. funds, free of exchange, collection or other charges, in cases where price for Products include shipping costs, any increase in such shipping costs shall be for Buyer's account and Buyer agrees to pay Seller such increases.
5. All applicable sales and use taxes, or any other taxes or charges imposed now or in the future by any federal, state, foreign or local authority upon the production, sale, or transportation of the Products shall be for the account Buyer.

## Disclaimer

Attorney is responsible for payment of all charges incurred. Payment due by "Payment Due" date shown on invoice. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, deposition summary, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions.

## W9

DO YOU NEED A W9? VISIT http://www.esquiresolutions.com/W9

Save (More) Time with EsquireConnect

New! Pay Your Invoices Online
Save time — and paper — by viewing and paying your invoices online. Simply login to EsquireConnect.net or call your local sales representative to learn more.



Esquire Solutions - Houston
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

Toll Free (800) 211-DEPO
Fax (856) 437-5009



**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box  846099
Dallas, TX 75284-6099
www.esquiresolutions.com

## Invoice # EQ409866

| Invoice Date | 09/19/2012 |
|---|---|
| Terms | NET 30 |
| Payment Due | 10/19/2012 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

DANA HERBERHOLZ ,ESQ.
PARSONS BEHLE & LATIMER - BOISE
SUITE 250
960 BROADWAY AVENUE
BOISE, ID 83706

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 08/22/2012 | ADJUSTACAM vs. AMAZON | 364358 | 09/12/2012 | FED EX |

| Description | Amount |
|---|---|
| Services Provided on 08/22/2012, RICHARD KLOPP (MILBRAE, CA) | |
|    MEDICAL TECHNICAL COPY OF TRANSCRIPT PACKAGE | $ 677.50 |
|    EXHIBITS | $ 81.00 |
|    DIGITAL TRANSCRIPT/EXHIBITS | $ 35.00 |
|    SUMMARY | $ 105.00 |
|    COPY HANDLING FEE | $ 30.00 |
| | $ 928.50 |
|    DELIVERY-OTHER | $ 33.00 |
| | $ 33.00 |

.

|  | Tax: | $ 0.00 |
|---|---|---|
|  | Paid: | $ 961.50 |
| **Amount Due On/Before 11/03/2012** | | **$ 0.00** |
| Amount Due After 11/03/2012 | | $ 0.00 |

Tax Number:   45-3463120

---

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.net**

VISA  MasterCard  DISCOVER  AMERICAN EXPRESS

| | Invoice #: | EQ409866 |
|---|---|---|
| | Payment Due: | 10/19/2012 |
| **Amount Due On/Before 11/03/2012** | | **$ 0.00** |
| Amount Due After 11/03/2012 | | $ 0.00 |



DANA HERBERHOLZ ,ESQ.
PARSONS BEHLE & LATIMER - BOISE
SUITE 250
960 BROADWAY AVENUE
BOISE, ID 83706

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box  846099
Dallas, TX 75284-6099
www.esquiresolutions.com

**Thank you for your business!**

044  0000409866  09192012  5  000000000  0  10192012  11032012  9  000000000  08

## Terms and Conditions

**GENERAL**
1. Parties. "Seller" means Esquire Deposition Solutions, ("Esquire") and "Buyer" means Esquire's client, attorney and law firm as well as the client that the attorney or law firm is representing, jointly and severely.
2. These terms and conditions (the "Terms and Conditions") supersede all prior representations or arrangements and contain the entire agreement between the parties in connection with Esquire Deposition Solutions products and services. Seller's acceptance of Buyer's order and sale of the products and services to Buyer are expressly conditioned upon Buyer's assent to these Terms and Conditions of Sale and any and all other terms and conditions, claimed to be expressed or implied, are excluded.  Esquire Deposition Solutions hereby expressly objects to and rejects any and all additional or different terms contained in any other documents submitted by Buyer in connection with the sale of the products. Any conduct by Buyer which recognizes the existence of a contract between Seller and Buyer, including, without limitation, acceptance of delivery of or payment for the Products and Services shall be conclusive evidence of Buyer's assent to these Terms and Conditions.
3. No subsequent document, purchase order, or conduct, including acts or verbal statements of any buyer shall purport to modify these Terms and Conditions.
4. For further information regarding our pricing policy go to:  www.esquiresolutions.com/services

**CREDIT AND PAYMENT TERMS**
1. Credit terms, if any, both as to time and amount, may be limited or revoked by Seller at any time without prior notice and thereafter the price of all or any part of Products delivered or to be delivered shall be payable in accordance with such limited credit terms, or, at Seller's option, in cash before shipment or on or after acceptance of delivery ("COD"). In circumstances described in Section 6(a), all unpaid balances owing to Seller from Buyer shall become immediately due and payable.
2. The Buyer agrees to pay for all services and products according to the terms established by the creditor in response to his order. No terms and conditions of any invoice or purchase order which differ from the terms so established by the creditor will govern the relationship between the parties.
3. The client agrees that all amounts payable on or before the due date as shown on each invoice will be paid, and if not paid on or before said date, are then delinquent. Client further agrees that any amount which is not paid when due shall be subject to an interest charge of 1.5% per month or the highest rate allowed by applicable law, until paid in full.
4. The customer agrees to be responsible for all collections costs and attorney's fees in the event Esquire is forced to place the account for collection with an outside agency. If the collection is handled in-house by Esquire, customer agrees to be responsible for the in-house time and costs incurred which will be billed at the rate of $50.00 per hour.
5. A $35 handling fee will be assessed to checks returned for insufficient funds.

**SOLVENCY**
1. The client represents that, as of the date of its order or scheduled deposition, it is solvent, able to pay its debt as they come due and has not filed, nor is it subject of any petition of bankruptcy or for reorganization under any federal or state bankruptcy law. Should the foregoing representation become false at any time during the course of a business relationship between the client and the creditor or while the client owes any amount to the creditor, client agrees to immediately notify Esquire of all facts surrounding such occurrences.
2. The client authorizes Esquire to obtain a written or oral credit report from any credit reporting agency. In addition, the client authorizes any bank or commercial business with whom the client is doing or has done any type business to give any and all necessary information to Esquire which will assist the creditor in the investigation. The client further authorizes the creditor to reinvestigate the client's credit status from time to time as the creditor deems necessary.

**GOVERNING LAW**
1. The Contract, including, without limitation, these Terms and Conditions, shall be governed by and construed in accordance with law of the State of New Jersey.
2. The Buyer agrees that the jurisdiction and venue for all disputes under this invoice will be New Jersey.

**MISCELLANEOUS**
1. Buyer may not assign its rights under the contract without Seller's prior written consent.
2. Failure by seller at any time or times to require strict performance of any provision hereof shall not be considered to be a waiver of Seller's rights with respect to such breach or any succeeding breach of such provision or any other provision of these Terms and Conditions.
3. If any provision of these Terms and Conditions or the application thereof to any person or circumstance shall to any extent be held invalid or unenforceable, the remainder of such Terms and Conditions or the application of such provision to person or circumstances other than those to which it was held to be invalid or unenforceable shall not be affected thereby and shall be valid and be enforceable to the fullest extent permitted by law.
4. Except where it is specified that a price stated is "firm", all prices are subject to change and orders will be invoiced at Seller's prices prevailing at the time the deposition is taken.  All accounts are payable in U.S. funds, free of exchange, collection or other charges, in cases where price for Products include shipping costs, any increase in such shipping  costs shall be for Buyer's account and Buyer agrees to pay Seller such increases.
5. All applicable sales and use taxes, or any other taxes or charges imposed now or in the future by any federal, state, foreign or local authority upon the production, sale, or transportation of the Products shall be for the account Buyer.

## Disclaimer

Attorney is responsible for payment of all charges incurred.  Payment due by "Payment Due" date shown on invoice.  Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, deposition summary, shipping, video charges and may include other service charges based on job or region.  Some services and rates may vary by job or region. Please contact your local office for specific detail and questions.

## W9

DO YOU NEED A W9? VISIT http://www.esquiresolutions.com/W9

Save (More) Time with EsquireConnect

New!  Pay Your Invoices Online
Save time — and paper — by viewing and paying your invoices online.  Simply login to EsquireConnect.net or call your local sales representative to learn more.

# I N V O I C E

TALTY COURT REPORTERS, INC.
2131 The Alameda, Suite D
San Jose, CA  95126
Phone:408-244-1900   Fax:408-244-1374

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 161619 | 9/6/2012 | 87959 |
| Job Date | Case No. | |
| 8/24/2012 | 6:10-CV-329-LED | |

| Case Name |
|---|
| Adjustacam LLC vs. Amazon.com, Inc., et al. |

| Payment Terms |
|---|
| Due upon receipt |

Dana M. Herberholz
Parsons Behle & Latimer
960 Broadway, Suite 250
Boise, ID  83706

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | |
|---|---|---|---|
| John Conrad Muskivitch, Ph.D. | | | 1,648.00 |
|   Exhibit | 577.00 | Pages | 201.95 |
|   Hourly | 8.00 | Hours | 280.00 |
|   After 5 PM Hourly | 1.50 | | 75.00 |

**TOTAL DUE  >>>**                     $2,204.95

Thank you; we appreciate your business!

(-) Payments/Credits:                    2,204.95
(+) Finance Charges/Debits:              0.00
(=) New Balance:                         0.00

**Tax ID:** 94-2232944

*Please detach bottom portion and return with payment.*

Dana M. Herberholz
Parsons Behle & Latimer
960 Broadway, Suite 250
Boise, ID  83706

Job No.      : 87959          BU ID    : 1-TALTY
Case No.     : 6:10-CV-329-LED
Case Name    : Adjustacam LLC vs. Amazon.com, Inc., et al.

Invoice No.  : 161619         Invoice Date  : 9/6/2012
**Total Due**    : **$0.00**

Remit To:   **TALTY COURT REPORTERS, INC.**
            **2131 The Alameda, Suite D**
            **San Jose, CA  95126**

**PAYMENT WITH CREDIT CARD**      AMEX  MasterCard  VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____  Phone#: _____
Billing Address: _____
Zip: _____  Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

# I N V O I C E

Worldwide Court Reporters, Inc.
3000 Weslayan, Suite 235
Houston TX  77027
Phone:(713)572-2000   Fax:(713)572-2009

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 110398 | 9/5/2012 | 41044 |
| Job Date | Case No. | |
| 8/28/2012 | 6:10-CV-329-LED | |
| Case Name | | |
| Adjustacam L.L.C. Vs. Amazon.com, Inc., et al | | |
| Payment Terms | | |
| Due upon receipt | | |

Dana M. Herberholz
PARSONS BEHLE & LATIMER
960 Broadway Ave., Suite 250
Boise ID  83706

ORIGINAL & 1 COPY OF THE TECHNICAL DEPOSITION OF:
   Walter Bratic                                                                                         2,101.15

TOTAL DUE  >>>                              $2,101.15
(-) Payments/Credits:                          2,101.15
(+) Finance Charges/Debits:                    0.00
(=) New Balance:                               $0.00

Tax ID: 74-2175895                                                                 Phone: 208-562-4900   Fax:208-562-4901

*Please detach bottom portion and return with payment.*

Dana M. Herberholz
PARSONS BEHLE & LATIMER
960 Broadway Ave., Suite 250
Boise ID  83706

Invoice No.   :   110398
Invoice Date  :   9/5/2012
**Total Due**    :   **$0.00**

Remit To:   **Worldwide Court Reporters, Inc.**
            **3000 Weslayan, Suite 235**
            **Houston TX  77027**

Job No.    :  41044
BU ID      :  1-HOU
Case No.   :  6:10-CV-329-LED
Case Name  :  Adjustacam L.L.C. Vs. Amazon.com, Inc., et al

**United American Reporting…**
1201 Elm Street, Suite 5220
Dallas, TX 75270

Phone: **(214) 855-5300**   Fax: **(214) 855-1478**

Job #: **120830DBJ**
Job Date: **08/30/2012**
Order Date: **08/30/2012**
DB Ref.#:
Date of Loss: **/ /**
Your File #: **19893.003**
Your Client:

# Invoice

Invoice #: 104546
Inv.Date: 09/11/2012
Balance: $0.00

Bill To:
Ms. Dana M. Herberholz
Parsons Behle & Latimer
960 Broadway Avenue, Suite 250
Boise, ID 83706

Action: **AdjustaCam**
VS
**Amazon.com**
Action #: **6:10-cv-000329-L**
Rep: **DBJ**
Cert: **672**

| Item | Proceeding/Witness | Description | Amount |
|---|---|---|---|
| 1 | Clayton Haynes | Deposition of | $1,250.70 |

Comments:

Sub Total: $1,250.70
Shipping: $0.00
Tax: **N/A**
**Total Invoice**: $1,250.70
Payment: $1,250.70

Federal Tax I.D.: **75-2094916**   Terms: **Net 30 Days**

**Balance Due**: $0.00

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

Bill To:
Ms. Dana M. Herberholz
Parsons Behle & Latimer
960 Broadway Avenue, Suite 250
Boise, ID 83706

Deliver To:
Ms. Dana M. Herberholz
Parsons Behle & Latimer
960 Broadway Avenue, Suite 250
Boise, ID 83706

**Invoice**

Phone: **(214) 855-5300**
Fax: **(214) 855-1478**

**United American Reporting Services, Inc.**
**1201 Elm Street, Suite 5220**
**Dallas, TX 75270**

Invoice #: 104546
Inv.Date: 09/11/2012
Balance: $0.00
Job #: 120830DBJ
Job Date: 08/30/2012
DB Ref.#:
Date of Loss: / /
Your File #: 19893.003
Your Client: