IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC | |
| v. | NO. 6:10-cv-329-LED |
| AMAZON.COM, INC.; ET AL. | JURY |

**DECLARATION OF JOHN J. EDMONDS**

I, **John J. Edmonds**, declare under penalty of perjury as follows:

1. My name is John J. Edmonds, I am over the age of twenty-one (21) years, am competent to testify on the matters stated herein, have personal knowledge of the facts and statement in this declaration and declare that each of the facts is true and correct.

2. I am a shareholder at the law firm of Collins, Edmonds, Pogorzelski, Schlather & Tower, PLLC and am counsel of record for AdjustaCam, LLC in the above-referenced matter. I have personal knowledge of the facts set forth herein, and I could and would testify competently thereto if called as a witness.

3. I am the lead counsel for the Plaintiff AdjustaCam LLC in the above reference matter.

4. AdjustaCam LLC hereby unconditionally covenants not to sue Sakar International, Inc., Kohl's Illinois, Inc., Kohl's Corporation, Inc. and Kohl's Department Stores, Inc., and any successors-in-interest (collectively "Sakar/Kohl's") for infringement as to any claim of U.S. Patent No. 5,855,343 (the "'343 patent"). Further, AdjustaCam LLC hereby unconditionally covenants not to sue manufacturers, suppliers, wholesalers, sellers, offerors for sale, importers, and/or users for infringing the '343 patent relative to Sakar/Kohl's past or current products as they exist today or have existed in the past. The foregoing unconditional covenant not to sue extends all the way up and down the distribution chain for Sakar/Kohl's currently existing and

products, from manufacture through distribution and end use. This covenant shall be binding upon any purchaser, assignee, or successor-in-interest of the '343 patent.

5. I am fully authorized to make the covenant herein on behalf of my client AdjustaCam LLC.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Houston, TX on October 12, 2012.

John J. Edmonds