# UNITED STATE DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No.  6:10-cv-329 |
| § | |
| AMAZON.COM, INC..; ET AL, § | |
| § | |
| Defendant. § | |

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, James A. Fussell, III, enters his appearance in this matter for Plaintiff AdjustaCam LLC for purposes of receiving notices and orders from the Court.

Dated: October 18, 2012                             Respectfully submitted,

By:  /s/ James A. Fussell, III
      James A. Fussell, III
      AR State Bar No. 2003193
      Spangler & Fussell P.C.
      211 N. Union Street, Suite 100
      Alexandria, VA 22314
      Telephone:  (903) 753-9300
      Facsimile:  (903) 553-0403
      Email: fussell@sfipfirm.com

      ATTORNEY FOR
      ADJUSTACAM LLC

**CERTIFICATE OF SERVICE**

      I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 18th day of October, 2012, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

                                           /s/ James A. Fussell, III
                                           James A. Fussell, III