# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC<br>　　　*Plaintiff*<br><br>v.<br><br>AMAZON.COM, INC. *et al.*,<br>　　　*Defendants* | Case No. 6:10-cv-329-LED |

## PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME

Plaintiff AdjustaCam LLC ("AdjustaCam") respectfully submits this unopposed motion for an extension of time to file Plaintiff's response to Defendants Newegg Inc., Newegg.com Inc., and Rosewill Inc. ("Newegg") Sealed Motion For Declaration of Exceptional Case and Award of Fees and Nontaxable Expenses (Dkt. 727) from October 29, 2012 to November 5, 2012.  This motion for an extension is not being sought for purposes of delay.

Counsel for AdjustaCam has conferred with counsel for Newegg and NewEgg does not oppose this motion.

October 29, 2012

Respectfully submitted,

By: /s/ *John J. Edmonds*
John J. Edmonds – LEAD COUNSEL
Texas State Bar No. 789758
Michael J. Collins
Texas Bar No. 04614510
Stephen F. Schlather
Texas Bar No. 24007993
COLLINS, EDMONDS, POGORZELSKI,
SCHLATHER & TOWER, PLLC
1616 S. Voss Rd., Suite 125
Houston, Texas 77057
Telephone: (281) 501-3425
Facsimile: (832) 415-2535

        jedmonds@cepiplaw.com
        mcollins@cepiplaw.com
        sschlather@cepiplaw.com

        Andrew W. Spangler
        State Bar No. 24041960
        Spangler & Fussell P.C.
        208 N. Green Street, Suite 300
        Longview, Texas 75601
        (903) 753-9300
        (903) 553-0403 (fax)
        spangler@spanglerlawpc.com

        ATTORNEYS FOR PLAINTIFF
        ADJUSTACAM LLC

## CERTIFICATE OF CONFERENCE

The undersigned certifies that the parties have met and conferred in accordance with LR CV-7(a)(3), and this Motion is Unopposed.

October 29, 2012         /s/ *John J. Edmonds*
        John J. Edmonds

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

October 29, 2012         /s/ *John J. Edmonds*
        John J. Edmonds