IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ADJUSTACAM LLC | | |
| v. | | NO. 6:10-cv-329-LED |
| AMAZON.COM, INC.; ET AL. | | JURY |

## **ORDER**

Having considered the joint motion of plaintiff AdjustaCam LLC and defendants Kohl's Corporation, Kohl's Illinois, Inc., and Sakar International, Inc., to Amend the Docket Control Order, filed on March 22, 2012, the Court finds that the motion should be granted.

It is, therefore, **ORDERED** that the Docket Control Order shall be amended as follows:

| ACTION | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Pretrial Disclosures due. | October 30, 2012 | 7 days after the Court rules on Plaintiff's Motion to Dismiss (if the Motion is denied) |
| Dispositive Motions (including *Daubert* motions) due. | November 2, 2012 | 7 days after the Court rules on Plaintiff's Motion to Dismiss (if the Motion is denied) |
| Response to Dispositive Motions (including *Daubert* motions) due. | November 16, 2012 | 14 days after the Court rules on Plaintiff's Motion to Dismiss (if the Motion is denied) |
| Pretrial Objections Due. | December 7, 2012 | 14 days after the Court rules on Plaintiff's Motion to Dismiss (if the Motion is denied) |
| Motions in Limine due. | December 7, 2012 | 7 days after the Court rules on Plaintiff's Motion to Dismiss (if the Motion is denied) |
| Responses to Motions in Limine due. | December 10, 2012 | 14 days after the Court rules on Plaintiff's Motion to Dismiss (if the Motion is denied) |