IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC<br>    *Plaintiff*<br><br>v.<br><br>AMAZON.COM, INC. *et al.*,<br>    *Defendants* | Case No. 6:10-cv-329-LED |

## ORDER

The Court, having considered Plaintiff's unopposed motion for an extension of time to file Plaintiff's response to Defendants Newegg Inc., Newegg.com Inc., and Rosewill Inc. ("Newegg") Sealed Motion For Declaration of Exceptional Case and Award of Fees and Nontaxable Expenses (Dkt. 727) from October 29, 2012 to November 5, 2012, is of the opinion that such Motion should be GRANTED. It is therefore;

ORDERED that Plaintiff's deadline to file its Response to Defendants Newegg Inc., Newegg.com Inc., and Rosewill Inc. ("Newegg") Sealed Motion For Declaration of Exceptional Case and Award of Fees and Nontaxable Expenses (Dkt. 727) is extended from October 29, 2012 to November 5, 2012.

So ORDERED and SIGNED this 29th day of October, 2012.

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**