IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC<br>     *Plaintiff*<br><br>v.<br><br>AMAZON.COM, INC. *et al.*,<br>     *Defendants* | Case No. 6:10-cv-329-LED |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME**

Plaintiff AdjustaCam LLC ("AdjustaCam") respectfully submits this unopposed motion for an extension of time to file Plaintiff's response to Defendants Newegg Inc., Newegg.com Inc., and Rosewill Inc. ("Newegg") Sealed Motion For Declaration of Exceptional Case and Award of Fees and Nontaxable Expenses (Dkt. 727) from November 5, 2012 to November 7, 2012, and for an extension for NewEgg to file its Reply up to and including November 26, 2012. This motion for an extension is not being sought for purposes of delay.

Counsel for AdjustaCam has conferred with counsel for NewEgg and it does not oppose this motion.

November 5, 2012

Respectfully submitted,

By: /s/ *John J. Edmonds*
John J. Edmonds – LEAD COUNSEL
Texas State Bar No. 789758
Michael J. Collins
Texas Bar No. 04614510
Stephen F. Schlather
Texas Bar No. 24007993
COLLINS, EDMONDS, POGORZELSKI,
SCHLATHER & TOWER, PLLC
1616 S. Voss Rd., Suite 125
Houston, Texas 77057

Telephone: (281) 501-3425
Facsimile: (832) 415-2535
jedmonds@cepiplaw.com
mcollins@cepiplaw.com
sschlather@cepiplaw.com

Andrew W. Spangler
State Bar No. 24041960
Spangler & Fussell P.C.
208 N. Green Street, Suite 300
Longview, Texas 75601
(903) 753-9300
(903) 553-0403 (fax)
spangler@spanglerlawpc.com

ATTORNEYS FOR PLAINTIFF
ADJUSTACAM LLC

## CERTIFICATE OF CONFERENCE

The undersigned certifies that the parties have met and conferred in accordance with LR CV-7(a)(3), and this Motion is Unopposed.

November 5, 2012    /s/ *John J. Edmonds*
                    John J. Edmonds

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

November 5, 2012    /s/ *John J. Edmonds*
                    John J. Edmonds