IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC<br>　　　　*Plaintiff*<br><br>v.<br><br>AMAZON.COM, INC. *et al.*,<br>　　　　*Defendants* | Case No. 6:10-cv-329-LED |

**ORDER**

The Court, having considered Plaintiffs unopposed motion for an extension of time to file Plaintiff's response to Defendants Newegg Inc., Newegg.com Inc., and Rosewill Inc. ("Newegg") Sealed Motion For Declaration of Exceptional Case and Award of Fees and Nontaxable Expenses (Dkt. 727) from November 5, 2012 to November 7, 2012 and  Defendants reply should be extended up to and including November 26, 2012,  is of the opinion that such Motion should be GRANTED. It is therefore;

ORDERED that Plaintiff's deadline to file its Response to Defendants Newegg Inc., Newegg.com Inc., and Rosewill Inc. ("Newegg") Sealed Motion For Declaration of Exceptional Case and Award of Fees and Nontaxable Expenses (Dkt. 727) is extended from November 5, 2012 to November 7, 2012, and the due date for Defendants reply shall be extended up to and including November 21, 2012.  No further extensions will be granted absent a showing of good cause.

　　　　So ORDERED and SIGNED this 8th day of November, 2012.

　　　　　　　　_____
　　　　　　　　**LEONARD DAVIS
　　　　　　　　UNITED STATES DISTRICT JUDGE**