IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC | |
| v. | NO. 6:10-cv-329-LED |
| AMAZON.COM, INC.; ET AL. | JURY |

## ORDER

CAME BEFORE THE COURT the Plaintiff's Motion to Dismiss Its Claims Against Sakar and Kohl's and The Counterclaims Against Plaintiff and Request for Expedited Briefing Schedule and Oral Hearing (the "Motion").

Upon review of the Parties' submissions, the Court GRANTS AdjustaCam's Requests for Oral Hearing. The Court hereby sets the Motion for Oral Hearing at 2:00 p.m. on the 5th day of December, 2012.

So ORDERED and SIGNED this 13th day of November, 2012.

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**