IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC<br>*Plaintiff*<br><br>v.<br><br>AMAZON.COM, INC. *et al.*,<br>*Defendants* | Case No. 6:10-cv-329-LED |

## ORDER

The Court, having considered defendants Newegg Inc., Newegg.com Inc. and Rosewill Inc.'s ("Newegg Defendants") unopposed motion to correct a clerical error in the Court's Order dated November 8, 2012 (Dkt. 737) regarding the deadline by which the Newegg Defendants must file a reply in support of their motion for declaration of an exceptional case, is of the opinion that such motion should be GRANTED. It is therefore,

ORDERED that the Newegg Defendants' deadline to file their reply in support of their Sealed Motion For Declaration of Exceptional Case and Award of Fees and Nontaxable Expenses (Dkt. 727) is correctly identified as November 26, 2012.

4835-0585-8065.1