# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| ADJUSTACAM, LLC. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CASE NO. 6:10-CV-329 |
| | § | PATENT CASE |
| | § | |
| AMAZON.COM, INC., et al. | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is Plaintiff's Motion to Dismiss its Claims against Newegg and Rosewill and their Counterclaims Against Plaintiff (Docket No. 678). The parties have since agreed to dismiss Plaintiff's claims against Newegg and Rosewill with prejudice and to dismiss Newegg and Rosewill's counterclaims without prejudice (Docket No. 720). Accordingly, Plaintiff's Motion is **DENIED AS MOOT.**

So ORDERED and SIGNED this 13th day of November, 2012.



_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**