IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC | |
| v. | NO. 6:10-cv-329-LED |
| AMAZON.COM, INC.; ET AL. | JURY |

**ORDER**

CAME BEFORE THE COURT the Unopposed Motion (the "Motion") of Plaintiff AdjustaCam LLC to dismiss the claims and counterclaims involving Defendants/Counter-claimants Sakar International, Inc., Kohl's Illinois, Inc., Kohl's Corporation, Inc. and Kohl's Department Stores, Inc. (collectively "Sakar/Kohl's"), and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED that Plaintiff's claims against Sakar/Kohl's are DISMISSED WITH PREJUDICE. It is further ORDERED that Sakar/Kohl's counterclaims are DISMISSED WITHOUT PREJUDICE.

**So ORDERED and SIGNED this 17th day of December, 2012.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**