IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC<br>*Plaintiff*<br><br>v.<br><br>AMAZON.COM, INC. *et al.*,<br>*Defendants* | Case No. 6:10-cv-329-LED |

## DEFENDANT SAKAR INTERNATIONAL, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME

Defendant/Counterclaimant Sakar International, Inc., respectfully submits this unopposed motion for an extension of time to file Defendant Sakar International, Inc's Motion For Declaration of Exceptional Case and Award of Attorneys Fees and Nontaxable Expenses from December 31, 2012 to January 16, 2013. This motion for an extension is not being sought for purposes of delay.

Counsel for Sakar has conferred with counsel for Plaintiff AdjustaCam LLC and it does not oppose this motion.

December 21, 2012

Respectfully submitted,

By: */s/ Ezra Sutton*
EZRA SUTTON, Esq. (pro hac vice)
EZRA SUTTON, P. A.
Plaza 9, 900 Route 9
Woodbridge, New Jersey 07095
Tel: 732-634-3520
Fax: 732-634-3511
Email: esutton@ezrasutton.com

Attorneys for Defendants Sakar International, Inc.,

## CERTIFICATE OF CONFERENCE

The undersigned certifies that the parties have met and conferred in accordance with LRCV-7(a)(3), and this Motion is Unopposed.

December 21, 2012

/s/ Ezra Sutton
Ezra Sutton

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

December 21, 2012

/s/ Ezra Sutton
Ezra Sutton

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC<br>*Plaintiff*<br><br>v.<br><br>AMAZON.COM, INC. *et al.*,<br>*Defendants* | Case No. 6:10-cv-329-LED |

### **ORDER**

The Court, having considered Defendant's unopposed motion for an extension of time to file Defendant Sakar International, Inc's Motion For Declaration of Exceptional Case and Award of Fees and Nontaxable Expenses from December 31, 2012 to January 16, 2013, is of the opinion that such Motion should be GRANTED. It is therefore;

ORDERED that Defendant's deadline to file its Motion For Declaration of Exceptional Case and Award of Fees and Nontaxable Expenses is extended from December 31, 2012 to January 16, 2013.