IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC<br>*Plaintiff*<br><br>v.<br><br>AMAZON.COM, INC. *et al.*,<br>*Defendants* | Case No. 6:10-cv-329-LED |

### ORDER

The Court, having considered Defendant's unopposed motion for an extension of time to file Defendant Sakar International, Inc's Motion For Declaration of Exceptional Case and Award of Fees and Nontaxable Expenses from December 31, 2012 to January 16, 2013, is of the opinion that such Motion should be GRANTED. It is therefore;

ORDERED that Defendant's deadline to file its Motion For Declaration of Exceptional Case and Award of Fees and Nontaxable Expenses is extended from December 31, 2012 to January 16, 2013.

**So ORDERED and SIGNED this 21st day of December, 2012.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**