UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC,<br>    Plaintiff,<br>vs.<br><br>AMAZON.COM, INC., ET AL.,<br>    Defendants. | Case No. 6:10-CV-329-LED<br>JURY TRIAL DEMANDED |

## [PROPOSED] ORDER GRANTING DEFENDANT SAKAR INTERNATIONAL, INC.'S OPPOSED MOTION FOR DECLARATION OF EXCEPTIONAL CASE AND AWARD OF FEES AND NONTAXABLE EXPENSES

The Court having noted Sakar International, Inc.'s Motion for Declaration of Exceptional Case and Award of Fees and Nontaxable Expenses filed on January 16, 2013 and having considered the motion, is of the opinion that the Motion for Declaration of Exceptional Case and Award of Fees and Nontaxable Expenses should be GRANTED.