IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ADJUSTACAM, LLC. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CASE NO. 6:10-CV-329 |
| | § | PATENT CASE |
| | § | |
| AMAZON.COM, INC., ET AL. | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is Plaintiff's Opposed Motion to Dismiss Sakar and Kohl's (Docket No. 721). Sakar and Kohl's have since been dismissed from the case. *See* Docket No. 745. Accordingly, Plaintiff's Motion is **DENIED AS MOOT.**

So ORDERED and SIGNED this 4th day of March, 2013.

_____
LEONARD DAVIS
UNITED STATES DISTRICT JUDGE