# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM, LLC. § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | CASE NO. 6:10-CV-329 |
| § | PATENT CASE |
| § | |
| AMAZON.COM, INC., et al. § | |
| § | |
| Defendants. § | |

## ORDER

The Court hereby **SETS** the following motions **for hearing on May 22, 2013 at 1:30 p.m.**:

- Defendants Newegg, Inc., Newegg.com, and Rosewill Inc.'s Motion for Declaration of Exceptional Case and Award of Fees and Nontaxable Expenses (Docket No. 727); and

- Defendant Sakar International, Inc.'s Motion for Declaration of Exceptional Case and Award of Fees and Nontaxable Expenses (Docket No. 748).

The Court further **ORDERS** the parties to meet and confer in good faith to resolve these issues prior to the hearing. The parties are **ORDERED** to file a status report regarding which motions are still pending by **noon on May 17, 2013.**

So ORDERED and SIGNED this 18th day of April, 2013.

_____
LEONARD DAVIS
UNITED STATES DISTRICT JUDGE