IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC | |
| v. | NO. 6:10-cv-329-LED |
| AMAZON.COM, INC.;  ET AL. | JURY |

## UNOPPOSED MOTION BY PLAINTIFF FOR RESCHEDULING OF HEARING

Plaintiff AdjustaCam, LLC ("AdjustaCam") respectfully submits this unopposed motion for extension, as follows:

Pending before the Court are the motions by Defendants Newegg and Sakar for an exceptional case finding and award of fees (Dkt Nos. 728 & 757).  The Court has set those motions for hearing on May 22, 2013 (Dkt. No. 753).  AdjustaCam appreciates the Court setting these matters for hearing, but unfortunately the date is problematic.  AdjustaCam's lead counsel Mr. Edmonds has a trial setting in Houston for the week of May 20th, and AdjustaCam's local counsel Mr. Spanger has a preplanned family vacation during that week.

Accordingly, AdjustaCam respectfully requests that the Court set these motions for hearing as soon as the Court's schedule permits after May 27, 2013.  This request for reschedule is not for purposes of delay, but rather to resolve conflicting scheduling obligations.

Defendants do not oppose this motion.

April 27, 2013                                        Respectfully submitted,

                                                                    ADJUSTACAM LLC

                                                                    By: /s/ *John J. Edmonds*
                                                                    John J. Edmonds – LEAD COUNSEL
                                                                    Texas Bar No. 789758
                                                                    Michael J. Collins
                                                                    Texas Bar No. 4614510
                                                                    Erick Robinson
                                                                    Texas Bar No. 24039142
                                                                    COLLINS, EDMONDS & POGORZELSKI, PLLC

1616 S. Voss Road, Suite 125
Houston, Texas 77057
Telephone: (281) 501-3425
Facsimile: (832) 415-2535
jedmonds@cepiplaw.com
mcollins@cepiplaw.com
erobinson@cepiplaw.com

Andrew W. Spangler
Texas Bar No. 24041960
Spangler Law P.C.
208 N. Green Street, Suite 300
Longview, Texas 75601
(903) 753-9300
(903) 553-0403 (fax)
spangler@spanglerlawpc.com

ATTORNEYS FOR PLAINTIFF
ADJUSTACAM LLC

**CERTIFICATE OF CONFERENCE**

I hereby certify that Counsel for Plaintiff and Counsel for Newegg and Sakar have conferred in accordance with Local Rule CV-7, and that this Motion is unopposed.

April 27, 2013                                    /s/ John J. Edmonds
                                                  John J. Edmonds

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

April 27, 2013                                    /s/ John J. Edmonds
                                                  John J. Edmonds