IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC | |
| v. | NO. 6:10-cv-329-LED |
| AMAZON.COM, INC.; ET AL. | JURY |

## ORDER

CAME BEFORE THE COURT the Unopposed Motion of Plaintiff AdjustaCam, LLC to reschedule the hearing concerning Defendant Newegg and Sakar's Motions at Dkt Nos. 728 and 757. This Unopposed Motion is hereby GRANTED. Said hearing is hereby rescheduled for _____ a.m./p.m. on _____, 2013.