IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ADJUSTACAM, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CASE NO. 6:10-CV-329 |
| | § | PATENT CASE |
| | § | |
| AMAZON.COM, INC., et al. | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is AdjustCam, LLC's Unopposed Motion to Reschedule a Hearing (Docket No. 754). The Motion is **GRANTED**. The hearing is rescheduled for **June 26, 2013 at 1:30 p.m.**

So ORDERED and SIGNED this 30th day of April, 2013.

_____
LEONARD DAVIS
UNITED STATES DISTRICT JUDGE