IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC | |
| v. | NO. 6:10-cv-329-LED |
| AMAZON.COM, INC.; ET AL. | JURY |

**JOINT STATUS REPORT REGARDING MOTIONS AT DOC NOS. 727 AND 748**

Pursuant to the Court's Order of April 18, 2013 (Doc No. 753), Plaintiff AdjustaCam LLC and Defendants Newegg, Inc., Newegg.com, Inc., Rosewill Inc., and Sakar International, Inc. respectfully submit this status report as follows:

Pending before the Court are the following Motions:

(1) Defendants Newegg, Inc., Newegg.com, and Rosewill Inc.'s Motion for Declaration of Exceptional Case and Award of Fees and Nontaxable Expenses (Doc No. 727); and

(2) Defendant Sakar International, Inc.'s Motion for Declaration of Exceptional Case and Award of Fees and Nontaxable Expenses (Doc No. 748).

Both Motions are set for hearing at 1:30 pm on June 26, 2013.

The parties have met and conferred in good faith, but have not resolved the issues in the Motions. Accordingly, both Motions remain pending, and the parties will be prepared to argue them on the 26th of June.

May 17, 2013                                                      Respectfully submitted,

/s/ *Dana M. Herberholz (w/ permission JJE)*          /s/ *John J. Edmonds*
John N. Zarian (Admitted E.D. Texas)                    John J. Edmonds – LEAD COUNSEL
Dana M. Herberholz (Admitted E.D. Texas)            Texas Bar No. 789758
960 Broadway, Suite 250                                      Michael J. Collins
Boise, Idaho 83706                                              Texas Bar No. 4614510
Telephone: (208) 562-4900                                  Erick Robinson
Facsimile: (208) 562-4901                                   Texas Bar No. 24039142
jzarian@parsonsbehle.com                                  COLLINS, EDMONDS & POGORZELSKI, PLLC
dherberholz@parsonsbehle.com                         1616 S. Voss Road, Suite 125
                                                                            Houston, Texas 77057
                                                                            Telephone: (281) 501-3425

| | |
|---|---|
| YARBROUGH WILCOX GUNTER PLLC | Facsimile: (832) 415-2535 |
| | jedmonds@cepiplaw.com |
| Trey Yarbrough, State Bar No. 22133500 | mcollins@cepiplaw.com |
| Debby E. Gunter, State Bar No. 24012752 | erobinson@cepiplaw.com |
| 100 E. Ferguson Street, Ste. 1015 Tyler, | |
| Texas 75702 Telephone: (903) 595-3111 | Andrew W. Spangler |
| Facsimile: (903) 595-0191 | Texas Bar No. 24041960 |
| trey@yw-lawfirm.com | Spangler Law P.C. |
| debby@yw-lawfirm.com | 208 N. Green Street, Suite 300 |
| | Longview, Texas 75601 |
| ATTORNEYS FOR DEFENDANTS | (903) 753-9300 |
| NEWEGG INC., NEWEGG.COM INC., | (903) 553-0403 (fax) |
| AND ROSEWILL, INC. | spangler@spanglerlawpc.com |
| | |
| /s/ Ezra Sutton (with permission JJE) | ATTORNEYS FOR PLAINTIFF |
| Ezra Sutton | ADJUSTACAM LLC |
| Ezra Sutton & Associates PA | |
| 900 Route 9 North | |
| Woodbridge, NJ 07095 | |
| 732-634-3520 | |
| Fax: 732-634-3511 | |
| Email: esutton@ezrasutton.com | |
| | |
| ATTORNEY FOR SAKAR | |
| INTERNATIONAL, INC. | |

## CERTIFICATE OF CONFERENCE

I hereby certify that Counsel for Plaintiff and Counsel for Defendants have met and conferred in accordance with the Court's Order and that the issues pending in the above referenced Motions remain disputed.

| | |
|---|---|
| May 17, 2013 | /s/ John J. Edmonds |
| | John J. Edmonds |

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

| | |
|---|---|
| May 17, 2013 | /s/ John J. Edmonds |
| | John J. Edmonds |