IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC<br><br>   v.<br><br> AMAZON.COM, INC.;  ET AL. | NO. 6:10-CV-329-LED |

## UNOPPOSED MOTION TO WITHDRAW AS COUNSEL

Plaintiff files this Unopposed Motion to Withdraw as Counsel and respectfully request that Joshua B. Long be permitted to withdraw as counsel of record for Plaintiff Adjustacam LLC. Plaintiff will continue to be represented by Collins, Edmonds, Pogorzelski, Schlather & Tower, PLLC. Defendants do not oppose the withdrawal as counsel. Please remove Joshua B. Long from all service lists.

June 6, 2013

Respectfully submitted,

*/s/ Joshua B. Long*
John J. Edmonds – LEAD COUNSEL
Texas Bar No. 789758
Stephen F. Schlather
Texas Bar No. 24007993
Joshua B. Long
Texas Bar No. 24078876
COLLINS, EDMONDS, POGORZELSKI,
SCHLATHER & TOWER, PLLC
1616 S. Voss Road, Suite 125
Houston, Texas 77057
Telephone: (281) 501-3425
Facsimile: (832) 415-2535
jedmonds@cepiplaw.com
sschlather@cepiplaw.com
jlong@cepiplaw.com

ATTORNEYS FOR PLAINTIFF
ADJUSTACAM LLC

1

## CERTIFICATE OF CONFERENCE

The undersigned counsel of record contacted all opposing counsel requesting that any party indicate opposition to the relief requested herein. No party objected. Accordingly, no defendant opposes the relief requested herein and this motion is unopposed.

| | |
|---|---|
| June 6, 2013 | */s/ Joshua B. Long* |
| | Joshua B. Long |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all known counsel of record for Defendants (as reflected on the Court's CM/ECF system and/or the defense distribution list) are being served with a copy of this document on this date via email.

| | |
|---|---|
| June 6, 2013 | */s/ Joshua B. Long* |
| | Joshua B. Long |