IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

ADJUSTACAM LLC

v.                                                      NO. 6:10-CV-329-LED

AMAZON.COM, INC.;  ET AL.

## ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW AS COUNSEL

On this day, came on to be considered the Unopposed Motion to Withdraw as Counsel of

Plaintiff Adjustacam LLC. After considering said motion, the Court is of the opinion that said

motion should be GRANTED.

IT, THEREFORE, ORDERED that Joshua B. Long be allowed to withdraw and is

withdrawn as an attorney of record for Plaintiff Adjustacam LLC in the above referenced matter.

Electronic notices are hereby terminated.

**So ORDERED and SIGNED this 11th day of June, 2013.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**