### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

June 26, 2013

**LEONARD DAVIS, Judge Presiding**

Law Clerk(s):  Gabrielle LaHatte                      Court Reporter:  Shea Sloan
Chief Staff Attorney:  Nicole Mitchell                Judicial Assistant:  Carrie King

| ADJUSTACAM, LLC V. AMAZON.COM, INC., ET AL | CIVIL ACTION NO: 6:10-CV-329 MOTION HEARING |
|---|---|
| ATTORNEYS FOR PLAINTIFF See Sign-In Sheet | ATTORNEYS FOR DEFENDANTS See Sign-In Sheet |

On this day, came the parties by their attorneys and the following proceedings were had:

| OPEN:   1:45 PM | ADJOURN:  3:15 PM |
|---|---|

| TIME: | MINUTES: |
|---|---|
| 1:45 PM | Case called.  PARTIES ANNOUNCED READY.  (SEE SIGN-IN SHEETS) |
|  | Court addressed the parties regarding order of proceedings and motions to be heard. |
|  | John Zarian made arguments for Defendants Newegg and Rosewill on **Docket No. 727** *Motion for Declaration of Exceptional Case and Award of Fees and Nontaxable Expenses.* |
|  | Ezra Sutton made arguments for Defendant Sakar on **Docket No. 748** *Motion for Declaration of Exceptional Case and Award of Fees and Nontaxable Expenses.* |
|  | John Edmonds responded for Plaintiff. |
|  | Mr. Zarian replied for Defendants Newegg and Rosewill. |
|  | Mr. Sutton replied for Defendant Sakar. |
|  | Nothing further from the parties. |
| 3:15 PM | There being nothing further, Court adjourned. |