# 6:10-CV-329

# AJUSTACAM, LLC

# V.

# AMAZON.COM, INC., ET AL.

## June 26, 2013 – Motion Hearing

**PLEASE PRINT CLEARLY**

| ATTORNEY NAME | REPRESENTING |
|---|---|
| JOHN ZARIAN | NEWEGG, ROSEWILL |
| TREY YARBROUGH | NEWEGG, ROSEWILL |
| Andrew Spangler | AdjustaCam |
| John Edmonds | " " |
| Shea Padivan | " " |
| EZRA SUTTON E. SUTTON | SAKAR INT. |
| | |
| | |
| | |
| | |
| | |

**IF YOU HAVE YOUR CLIENTS PRESENT, PLEASE PROVIDE NAME & COMPANY**

| CLIENT NAME | COMPANY |
|---|---|
| | |
| | |
| | |
| | |