**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| ADJUSTACAM, LLC. § <br> § <br> Plaintiff, § <br> § <br> vs. § <br> § <br> § <br> AMAZON.COM, INC., ET AL. § <br> § <br> Defendants. § | **CASE NO. 6:10-CV-329** <br> **PATENT CASE** |

**ORDER**

Before the Court is the Joint Motion to Amend Docket Control Order and for Extension of Certain Deadlines (Docket No. 732). Sakar and Kohl's have since been dismissed from the case. *See* Docket No. 745. Accordingly, Plaintiff's Motion is **DENIED AS MOOT.**

**So ORDERED and SIGNED this 15th day of August, 2013.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**