**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

ADJUSTACAM LLC,

        Plaintiff,

vs.

AMAZON.COM, INC., ET AL.,

        Defendants.

Case No. 6:10-CV-329-LED

JURY TRIAL DEMANDED

**ORDER GRANTING NEWEGG INC., NEWEGG.COM INC., AND
ROSEWILL INC.'S OPPOSED MOTION TO CORRECT OR,
IN THE ALTERNATIVE, TO AMEND JUDGMENT**

Having considered the motion of defendants Newegg Inc., Newegg.com Inc. and Rosewill Inc. (the "Newegg Defendants") to correct or, in the alternative to amend judgment (Dkt. No. 763) (the "Motion"), the Court finds that the Motion should be granted.

It is, therefore, ORDERED that the Final Judgment (Dkt. 762), entered on August 20, 2013, shall be corrected to include an award of taxable costs to the Newegg Defendants in the amount of $8,492.66 and judgment entered accordingly.