# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC,<br><br>        Plaintiff,<br><br>vs.<br><br>AMAZON.COM, INC., ET AL.,<br><br>        Defendants. | Case No. 6:10-CV-329-LED |

## NOTICE OF APPEAL

Notice is hereby given that defendants Newegg Inc., Newegg.com Inc., and Rosewill, Inc. appeal to the United States Court of Appeals for the Federal Circuit from the following orders and judgments:

i. Final Judgment, entered in this action on August 20, 2013 (Dkt. # 762); and

ii. Order denying Newegg Inc., Newegg.com Inc., and Rosewill Inc.'s Sealed Motion for Declaration of Exceptional Case and Award of Fees and Nontaxable Expenses, entered in this action on August 19, 2013 (Dkt. # 761).

DATED THIS 17th day of September, 2013.

        Respectfully submitted,

By  */s/ Dana M. Herberholz*
    John N. Zarian (*Admitted E.D. Texas*)
    Dana M. Herberholz (*Admitted E.D. Texas*)
    960 Broadway, Suite 250
    Boise, Idaho 83706
    Telephone:  (208) 562-4900
    Facsimile:  (208) 562-4901
    E-mail:  jzarian@parsonsbehle.com

         dherberholz@parsonsbehle.com

       YARBROUGH WILCOX GUNTER, PLLC
        Trey Yarbrough, State Bar No. 22133500
        Debby E. Gunter, State Bar No. 24012752
        100 E. Ferguson Street, Ste. 1015
        Tyler, Texas 75702
        Telephone:  (903) 595-3111
        Facsimile:  (903) 595-0191
        E-mail: trey@yw-lawfirm.com
           debby@yw-lawfirm.com

Attorneys For Defendants
Newegg Inc., Newegg.com Inc., and Rosewill, Inc.

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that all counsel of record who are deemed to have consented to electronic service are being served this 17th day of September, 2013, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by electronic mail, facsimile transmission, and/or first class mail on this same date.


                                                                  */s/ Dana M. Herberholz*
                                                                  Dana M. Herberholz

4812-4039-8101.2