IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC<br><br>    v.<br><br>AMAZON.COM, INC., ET AL. | NO. 6:10-cv-329-LED |

### PLAINTIFF'S NOTICE OF APPEAL

Notice is hereby given that Plaintiff AdjustaCam LLC in the above named case hereby appeals to the United States Court of Appeals for the Federal Circuit from the following:

1. Memorandum Opinion and Order filed April 10, 2012 (Doc. No. 627) regarding claim construction, including construction relative to the following terms: rotatably attached / adapted to be rotatably attached / adapted to rotatably attach.

2. Order filed June 7, 2012 (Doc. No. 650) overruling Plaintiff's objections to claim construction ruling and adopting the foregoing Memorandum Opinion and Order; and

3. Final Judgment, entered in this action on August 20, 2013 (Doc. No. 762).

Plaintiff also appeals to the United States Court of Appeals for the Federal Circuit all other opinions, orders, findings, or rulings prior to, during, or after the trial of the above-named case that were adverse to Plaintiff.

| | |
|---|---|
| September 17, 2013 | Respectfully submitted,<br><br>/s/ *John J. Edmonds*<br>John J. Edmonds – LEAD COUNSEL<br>Texas Bar No. 789758<br>Stephen F. Schlather<br>Texas Bar No. 24007993 |

Johnathan K. Yazdani
Texas Bar No. 24079616
COLLINS, EDMONDS, POGORZELSKI,
SCHLATHER & TOWER, PLLC
1616 South Voss Road, Suite 125
Houston, Texas 77057
Telephone: (713) 501-3425
Facsimile: (832) 415-2535
jedmonds@cepiplaw.com
sschlather@cepiplaw.com
jyazdani@cepiplaw.com

ATTORNEYS FOR PLAINTIFF
ADJUSTACAM LLC

### CERTIFICATE OF SERVICE

      I hereby certify that all counsel of record are being served with a copy of this document pursuant to Fed R. App. P. 3(d) and that all who are deemed to have consented to electronic service are being served with a copy of this document via the District Court's CM/ECF system per Local Rule CV-5(a)(3).

September 17, 2013　　　　　　　　　　　　　　　　/s/ *John J. Edmonds*
　　　　　　　　　　　　　　　　　　　　　　　　　　　John J. Edmonds