RE: EDTX 9-17-13 Newegg 6-10cv329

appeal
to:
Debbie
09/18/2013 10:01 AM
Hide Details
From: appeal

To: Debbie

This is an automated message acknowledging receipt of your email.
No response to this acknowledgement is required.

Sincerely,

Office of the Clerk
United States Court of Appeals for the Federal Circuit
Washington, DC