# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC, <br><br> Plaintiff, <br><br> vs. <br><br> AMAZON.COM, INC., ET AL., <br><br> Defendants. | Case No. 6:10-CV-329-LED |

## NOTICE OF APPEAL

Notice is hereby given that defendant Sakar International, Inc. appeals to the United States Court of Appeals for the Federal Circuit from the following orders and judgments:

    i.    Final Judgment, entered in this action on August 20, 2013 (Dkt. No. 762); and

    ii.    Order denying's Sakar International, Inc.'s Sealed Motion for Declaration of Exceptional Case and Award of Fee and Nontaxable Expenses, entered in this action on August 19, 2013 (Dkt. No. 761).

DATED THIS 18th day of September, 2013.

                        Respectfully submitted,

                        By */s/ Ezra Sutton*
                        EZRA SUTTON, Esq.
                        EZRA SUTTON, P. A.
                        Plaza 9, 900 Route 9
                        Woodbridge, New Jersey 07095
                        Tel:  732-634-3520/3511
                        Fax:  732-634-3511
                        Email:  esutton@ezrasutton.com

                        *Attorneys for Defendant Sakar International, Inc.*

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that all counsel of record who are deemed to have consented to electronic service are being served this 18th day of September, 2013, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission, and/or first class mail on this same date.

*/s/ Ezra Sutton*
Ezra Sutton