IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC | |
| v. | NO. 6:10-cv-329-LED |
| AMAZON.COM, INC.;  ET AL. | JURY |

**ORDER**

The Court, having considered the briefs and the arguments of counsel, finds that Defendants' Motion to Correct or, in the Alternative, to Amend Judgment should be **DENIED**.

It is so **ORDERED**.