# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

**NOTICE TO THE LOWER COURT OR AGENCY**

13-1665, -1666, -1667

Adjustacam, LLC v. Newegg, Inc.

_____

09/17/2013

_____

Notice of Appeal Date

Appeal from: United States District Court for the Eastern District of Texas Case No. 10-CV-0329

The parties in the above-captioned appeal have advised this court that a motion subject to Fed. R. App. P. 4(a)(4) has been filed. Please transmit a certified copy of the docket entries showing the disposition of the pending motion in the case.

FOR THE COURT

October 02, 2013

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk

cc: John J. Edmonds
Dana M. Herberholz
Shea Neal Palavan
Edward R. Reines
Stephen F. Schlather
Ezra Sutton