

RE: EDTX 9-17-13 Newegg 6-10cv329
appeal
to:
Debbie
10/02/2013 04:32 PM
Hide Details
From: appeal

To: Debbie

This is an automated message acknowledging receipt of your email.
No response to this acknowledgement is required.

Sincerely,

Office of the Clerk
United States Court of Appeals for the Federal Circuit
Washington, DC