UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC,<br><br>        Plaintiff,<br><br>vs.<br><br>AMAZON.COM, INC., ET AL.,<br><br>        Defendants. | Case No. 6:10-CV-329-LED<br><br>JURY TRIAL DEMANDED |

**ORDER GRANTING MOTION TO WITHDRAW**

    The Unopposed Motion to Withdraw Motion to Correct or, in the Alternative, to Amend Judgment ("Motion"), having been filed by Defendants Newegg Inc., Newegg.com Inc., and Rosewill Inc., and the Court, having reviewed the Motion and good and sufficient cause appearing therefor,

    IT IS HEREBY ORDERED that Defendants' Motion is granted and Defendants' Opposed Motion to Correct or, in the Alternative, to Amend Judgment (Dkt. 763) is hereby withdrawn.

    IT IS FURTHER ORDERED that the Clerk shall transmit to the United States Court of Appeals for the Federal Circuit a certified copy of the docket entries showing that the Defendants' Opposed Motion to Correct or, in the Alternative, to Amend Judgment has been resolved in order that this matter may proceed to appeal.

**So ORDERED and SIGNED this 31st day of March, 2014.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**