IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC, § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | Civil Action No. 6:10-cv-00329 |
| § | |
| AMAZON.COM, INC., et al., § | |
| § | |
| Defendants. § | |

**UNOPPOSED MOTION FOR WITHDRAWAL
OF COUNSEL FOR DEFENDANTS NEWEGG, INC.,
NEWEGG.COM, INC., AND ROSEWILL INC.**

Defendants, Newegg, Inc., Newegg.com, Inc., and Rosewill Inc., respectfully move that Debby E. Gunter, formerly with the law firm of Yarbrough Wilcox Gunter, PLLC, be authorized to withdraw as counsel for the defendants in the above-captioned civil action. Movants are represented by other counsel in this matter and the granting of this motion will not result in prejudice to any party nor cause any delay in these proceedings. Defendants further request an order authorizing the clerk to terminate any further ECF notifications to the foregoing attorney.

DATED:  June 13, 2014                   Respectfully submitted,


                                        */s/ Trey Yarbrough*
                                        Trey Yarbrough
                                        Bar No. 22133500
                                        YARBROUGH WILCOX, PLLC
                                        100 E. Ferguson St., Ste. 1015
                                        Tyler, TX 75702
                                        (903) 595-3111
                                        Fax: (903) 595-0191
                                        trey@yw-lawfirm.com

                                        Attorney for Newegg, Inc., Newegg.com, Inc., and
                                        Rosewill Inc.

**Certificate of Service**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 13th day of June, 2014.  All other counsel not deemed to have consented to service in such manner will be served via facsimile transmission and/or first class mail.

                                                */s/ Trey Yarbrough*
                                                Trey Yarbrough