IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ADJUSTACAM LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action No. 6:10-cv-00329 |
| | § | |
| AMAZON.COM, INC., et al., | § | |
| | § | |
| Defendants. | § | |

**ORDER GRANTING UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL FOR DEFENDANTS NEWEGG, INC., NEWEGG.COM, INC., AND ROSEWILL INC.**

The Court, having considered the Unopposed Motion for Withdrawal of Counsel filed by Defendants, Newegg, Inc., Newegg.com, Inc., and Rosewill Inc., hereby grants the motion.

It is, therefore, Ordered that Debby E. Gunter is hereby terminated as counsel for Defendants, Newegg, Inc., Newegg.com, Inc., and Rosewill Inc., in the above-captioned civil action.

It is further Ordered that the Clerk of the Court terminate any further ECF notices to Debby E. Gunter in this action.

**So ORDERED and SIGNED this 16th day of June, 2014.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**