Case 6:10-cv-00329-JRG   Document 786   Filed 09/17/15   Page 1 of 1 PageID #:  9658

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

FILED: **9/17/15**

NOTICE OF ENTRY OF  
JUDGMENT ACCOMPANIED BY OPINION

U.S. DISTRICT COURT  
EASTERN DISTRICT COURT  
DAVID A. O'TOOLE, CLERK

OPINION FILED AND JUDGMENT ENTERED: 09/17/2015

The attached opinion announcing the judgment of the court in your case was filed and judgment was entered on the date indicated above. The mandate will be issued in due course.

Information is also provided about petitions for rehearing and suggestions for rehearing en banc. The questions and answers are those frequently asked and answered by the Clerk's Office.

No costs were taxed in this appeal.

Regarding exhibits and visual aids: Your attention is directed Fed. R. App. P. 34(g) which states that the clerk may destroy or dispose of the exhibits if counsel does not reclaim them within a reasonable time after the clerk gives notice to remove them. (The clerk deems a reasonable time to be 15 days from the date the final mandate is issued.)

FOR THE COURT

/s/ Daniel E. O'Toole  
Daniel E. O'Toole  
Clerk of Court

cc: Kent E. Baldauf Jr.  
Daniel H. Brean  
Anthony W. Brooks  
Yar Roman Chaikovsky  
John J. Edmonds  
Richard Gregory Frenkel  
Dana M. Herberholz  
Mark A. Lemley  
Laura Miller  
Steven Moore  
Shea Neal Palavan  
Edward R. Reines  
Stephen F. Schlather  
Ezra Sutton

13-1665 - Adjustacam, LLC v. Newegg, Inc.  
United States District Court for the Eastern District of Texas, Case No. 10-CV-0329