# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **ADJUSTACAM LLC,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CASE NO. 6:10-cv-00329-JRG |
| | § | |
| **AMAZON.COM, INC., et al.,** | § | |
| *Defendants.* | § | |
| | § | |

## ORDER

In light of the Federal Circuit's recent opinion vacating the district court's denial of an exceptional case declaration under 35 U.S.C. § 285 and remanding that issue to this Court for reconsideration, the Court hereby sets oral argument on the same for **January 26, 2016, at 1:30 p.m. in Marshall, Texas**.

Additionally, the parties are **ORDERED** to submit briefing on the issue of whether this case is "exceptional" under the now existing standard set forth in *Octane Fitness* and in accordance with the following schedule:

- Defendants' motion for a declaration of an "exceptional case" shall be due on or before **December 18, 2015**.

- Plaintiff's response shall be due on or before **January 4, 2016**.

- Defendants' reply shall be due on or before **January 11, 2016**.

- Plaintiff's sur-reply shall be due on or before **January 19, 2016**.

1

**So ORDERED and SIGNED this 3rd day of December, 2015.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE