# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| ADJUSTACAM, LLC, | ) | Civil Action |
| | ) | |
| Plaintiff, | ) | No. 6:10-cv-00329-JRG |
| | ) | |
| v. | ) | Judge Rodney Gilstrap |
| | ) | |
| AMAZON.COM, INC., *et al.*, | ) | |
| | ) | *Electronically Filed* |
| Defendants. | ) | |

## NOTICE OF APPEARANCE

TO:   CLERK OF COURT

Kindly enter my appearance on behalf of Defendants, NEWEGG INC., NEWEGG.COM, INC. and ROSEWILL, INC., in the above-captioned matter.

Respectfully submitted,

**THE WEBB LAW FIRM**

s/ *Daniel H. Brean*
Daniel H. Brean
One Gateway Center
420 Ft. Duquesne Blvd., Suite 1200
Pittsburgh, PA 15222
412.471.8815
412.471.4094 (fax)
dbrean@webblaw.com

*Attorney for Defendants, Newegg Inc., Newegg.com, Inc. and Rosewill, Inc.*

No. 6:10-cv-00329-JRG

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of December, 2015, I electronically filed the foregoing **NOTICE OF APPEARANCE** with the Clerk of the Court and the same has been served on all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

THE WEBB LAW FIRM

s/ *Daniel H. Brean*
Daniel H. Brean