IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM, LLC, | ) |
|                Plaintiff, | ) Civil Action |
| | ) No. 6:10-cv-00329-JRG |
| v. | ) |
| | ) Judge Rodney Gilstrap |
| AMAZON.COM, INC., et al., | ) |
| | ) *Electronically Filed* |
|                Defendants. | ) |

## NOTICE OF APPEARANCE

TO:    CLERK OF COURT

Kindly enter my appearance on behalf of Defendants, NEWEGG INC., NEWEGG.COM, INC. and ROSEWILL, INC., in the above-captioned matter.

Dated:  December 7, 2015

Respectfully submitted,

LATHAM & WATKINS LLP

/s/ *Richard G. Frenkel*
Richard G. Frenkel
140 Scott Drive
Menlo Park, CA  94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600
rick.frenkel@lw.com

*Attorney for Defendants, Newegg Inc., Newegg.com, Inc. and Rosewill, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of December, 2015, I electronically filed the foregoing **NOTICE OF APPEARANCE** with the Clerk of the Court and the same has been served on all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                       **LATHAM & WATKINS LLP**

                                       s/ *Richard G. Frenkel*
                                       Richard G. Frenkel