IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM, LLC § | |
| § | |
| PLAINTIFF, § | |
| § | Civil Action No. 6:10-cv-00329-JRG |
| V. § | |
| § | |
| AMAZON.COM, INC., et al., § | |
| § | |
| DEFENDANTS. § | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME FOR BRIEFING DEADLINES RELATED TO RENEWED MOTION FOR DECLARATION OF EXCEPTIONAL CASE AND AWARD OF FEES AND NONTAXABLE EXPENSES**

AdjustaCam, LLC ("AdjustaCam") respectfully submits this unopposed motion for a brief extension of time for the following briefing deadlines related to Defendants Newegg Inc., Newegg.com, Inc., Rosewill, Inc., and Sakar International, Inc.'s ("Defendants") Renewed Motion for Declaration for Exceptional Case and Award of Fees and Non-taxable Expenses:

| | **Current Deadline** | **Proposed New Deadline** |
|---|---|---|
| Plaintiff's Response | 1/4/2016 | 1/7/2016 |
| Defendants' Reply | 1/11/2016 | 1/14/2016 |
| Plaintiff's Sur-Reply | 1/19/2016 | 1/21/2016 |

The good cause for this brief extension is that the time for responding to Defendants' motions spans the Christmas and New Year holiday weeks, and Plaintiff has been dealing with the unavailability and schedule conflicts resulting therefrom. This extension is not being sought for purpose of delay. Rather, it is sought to accommodate schedule conflicts, and so that justice may be done.

Counsel for AdjustaCam has conferred with Defendants' counsel and this Motion is unopposed.

| | |
|---|---|
| December 29, 2015 | Respectfully submitted, |
| | /s/ *John J. Edmonds* |
| | John J. Edmonds – Lead Counsel |
| | Texas Bar No. 789758 |
| | Stephen F. Schlather, Esq. |
| | Texas Bar No. 24007993 |
| | Shea Palavan, Esq. |
| | Texas Bar No. 24083616 |
| | **COLLINS EDMONDS SCHLATHER & TOWER PLLC** |
| | 1616 S. Voss Road, Suite 125 |
| | Houston, Texas 77057 |
| | Telephone: (281) 501-3425 |
| | Facsimile: (832) 415-2535 |
| | Email: jedmonds@ip-lit.com |
| | sschlather@ip-lit.com |
| | spalavan@ip-lit.com |
| | |
| | *Attorneys for Plaintiff* |
| | *AdjustaCam, LLC* |

### CERTIFICATE OF CONFERENCE

The undersigned certified that the parties have meet and conferred in accordance with Local Rule CV-7, and this motion is unopposed

  December 29, 2015              */s/ John J. Edmonds*
                                 John J. Edmonds

### CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

  December 29, 2015              */s/ John J. Edmonds*
                                 John J. Edmonds