IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM, LLC § <br> § <br> PLAINTIFF, § <br> § <br> V. § <br> § <br> AMAZON.COM, INC., et al., § <br> § <br> DEFENDANTS. § | Civil Action No. 6:10-cv-00329-JRG <br><br> **JURY TRIAL DEMANDED** |

## ORDER GRANTING MOTION FOR EXTENSION OF TIME FOR BRIEFING DEADLINES RELATED TO RENEWED MOTION FOR DECLARATION OF EXCEPTIONAL CASE AND AWARD OF FEES AND NONTAXABLE EXPENSES

The Court, having considered Plaintiff AdjustaCam, LLC's ("AdjustaCam") Unopposed Motion for Extension of Time for Briefing Deadlines Related to Defendants Newegg Inc., Newegg.com, Inc., Rosewill, Inc., and Sakar International, Inc.'s ("Defendants") Renewed Motion for Declaration for Exceptional Case and Award of Fees and Non-taxable Expenses, finds that the Motion (Dkt. No. 794) should be **GRANTED**. It is therefore;

**ORDERED** that the following deadlines for briefing related to Defendants Newegg Inc., Newegg.com, Inc., Rosewill, Inc., and Sakar International, Inc.'s ("Defendants") Renewed Motion for Declaration for Exceptional Case and Award of Fees and Non-taxable Expenses be modified as follows:

| | **Current Deadline** | **New Deadline** |
|---|:---:|:---:|
| Plaintiff's Response | 1/4/2016 | 1/7/2016 |
| Defendants' Reply | 1/11/2016 | 1/14/2016 |
| Plaintiff's Sur-Reply | 1/19/2016 | 1/21/2016 |

**So ORDERED and SIGNED this 30th day of December, 2015.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE