UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ADJUSTACAM, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMAZON.COM, et al., <br><br> Defendants. | Case Nos. 6:10-cv-329-JRG |

## UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR ADJUSTACAM, INC.

Plaintiff Adjustacam, Inc. ("Adjustacam") files this Unopposed Motion to Withdraw as Counsel and respectfully request that James A. Fussell, III be permitted to withdraw as counsel of record for Adjustacam.  Adjustacam will continue to be represented by Collins, Edmonds, Schlather & Tower, PLLC and Spangler Law P.C.  Defendants do not oppose the withdrawal as counsel.  Please remove James A. Fussell, III from all service lists.

| | |
|---|---|
| January 11, 2016 | Respectfully submitted,<br>*/s/ James A. Fussell, III*<br>James A. Fussell, III<br>AR State Bar No. 2003193<br>Weisbrod Matteis & Copley<br>1900 M Street NW, Suite 850<br>Washington, DC 20036<br>(202) 499-7900 Telephone<br>jfussell@wmclaw.com<br><br>COUNSEL FOR ADJUSTACAM |

### CERTIFICATE OF CONFERENCE

The undersigned counsel of record contacted all opposing counsel requesting that any party indicate opposition to the relief requested herein.  No party objected.  Accordingly, no defendant opposes the relief requested herein and this motion is unopposed.

/s/James A. Fussell, III
James A. Fussell, III

### CERTIFICATE OF SERVICE

I hereby certify that all counsel of record are being served on this 11th day of January 2016, with a true and correct copy of this document via electronic filing.

/s/James A. Fussell, III
James A. Fussell, III