UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ADJUSTACAM, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMAZON.COM, et al., <br><br> Defendants. | Case Nos. 6:10-cv-329-JRG |

## ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW AS COUNSEL

On this day, came on to be considered the Unopposed Motion to Withdraw as Counsel of Plaintiff Adjustacam, Inc. After considering said motion, the Court is of the opinion that said motion should be GRANTED.

IT IS, THEREFORE, ORDERED that James A. Fussell, III be allowed to withdraw and is withdrawn as an attorney of records for Adjustacam, Inc. in the above referenced matter. Electronic notices are hereby terminated.