IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ADJUSTACAM, LLC | § § § | |
| PLAINTIFF, | § § | Civil Action No. 6:10-cv-00329-JRG |
| V. | § § | |
| AMAZON.COM, INC., et al., | § § § | |
| DEFENDANTS. | § | |

### UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGES LIMITS

Plaintiff, AdjustaCam, LLC ("AdjustaCam"), respectfully submits this Unopposed Motion as follows:

Pending before the Court are the Renewed Motions for Declaration for Exceptional Case filed by Defendants, Newegg Inc., Newegg.com, Inc., Rosewill, Inc.'s ("Newegg"), and by Defendants Sakar International, Inc. ("Sakar") [Doc Nos. 792 and 793] and AdjustaCam's Response [Doc Nos. 796 and 797] to these motions. The parties differ on whether the briefing on these motions should be subject to L.R. CV-7(a)(1) or (2). The former is Plaintiff's position and the latter is Defendants' position. As an agreed resolution of this issue and in part to avoid burdening the court with motion practice, Plaintiff is willing to assume that the applicable page limits are those set forth in L.R. CV-7(a)(2), and thus:

1. Plaintiff respectfully moves for leave to exceed page limits for its Responses to Newegg's and Sakar's Renewed Motions for Exceptional Case at Doc Nos. 796 and 797, and that they be accepted for filing at their current length;

2. Plaintiff also respectfully moves for leave for the parties to be granted leave to file up to and including ten (10) page replies and sur-replies on these Renewed Motions.

3. Counsel for AdjustaCam has conferred with Newegg's and Sakar's counsel and this Motion for Leave is unopposed.

To the extent necessary or appropriate, Plaintiff respectfully states that the good cause for this motion is to resolve a dispute, and that the non-infringement, invalidity and damages issues raised by the Renewed Motions which require sufficient page limits for the Court to make an informed decision.

January 11, 2016                                          Respectfully submitted,

/s/ John J. Edmonds
John J. Edmonds – LEAD COUNSEL
jedmonds@ip-lit.com
Texas State Bar No. 789758
Stephen F. Schlather
sschlather@ip-lit.com
Texas Bar No. 24007993
COLLINS, EDMONDS,
SCHLATHER & TOWER, PLLC
1616 S. Voss Rd., Suite 125
Houston, Texas 77057
Telephone: (713) 501-3425
Facsimile: (832) 415-2535

Andrew W. Spangler
spangler@spanglerlawpc.com
Texas Bar No. 24041960
Spangler Law P.C.
208 N. Green Street, Suite 300
Longview, Texas 75601
(903) 753-9300
(903) 553-0403 (fax)

ATTORNEYS FOR PLAINTIFF
ADJUSTACAM LLC

## CERTIFICATE OF CONFERENCE

The undersigned certified that the parties have meet and conferred in accordance with Local Rule CV-7, and this motion is unopposed

| | |
|---|---|
| January 11, 2016 | */s/ John J. Edmonds* <br> John J. Edmonds |

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

| | |
|---|---|
| January 11, 2016 | */s/ John J. Edmonds* <br> John J. Edmonds |