## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| ADJUSTACAM, LLC | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | Civil Action No. 6:10-cv-00329-JRG |
| V. | § | |
| | § | |
| AMAZON.COM, INC., et al., | § | **JURY TRIAL DEMANDED** |
| | § | |
| DEFENDANTS. | § | |

## <u>ORDER</u>

The Court, having considered Plaintiff AdjustaCam's Unopposed Motion for Leave to Exceed Page Limits for briefing on the Renewed Motions for Declaration for Exceptional Case filed by Newegg and Sakar, finds that the Motion should be **GRANTED**. It is therefore:

**ORDERED** that Plaintiff's Responses to Newegg and Sakar's Motions are accepted for filing at their current length;

**ORDERED** that the parties shall have up to and including ten (10) pages for their Replies and sur-replies on these Renewed Motions.