**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| ADJUSTACAM LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>AMAZON.COM, INC, et al.,<br><br>    Defendants. | Civil Action No. 6:10-CV-329-JRG |

## NOTICE OF APPEARANCE OF COUNSEL

Defendant Sakar International, Inc. ("Sakar"), files this Notice of Appearance, and hereby notifies the Court that Brian Craft, of the law firm Findlay Craft, P.C., 102 North College Ave., Suite 900, Tyler, TX 75702, Telephone (903) 534-1100, Fax (903) 534-1137, E-mail: bcraft@findlaycraft.com has entered this action as counsel for Sakar. In connection with this notice, Mr. Craft requests that all future pleadings and other papers filed under Fed. R. Civ. P. 5 be served on him at the above address and contact information.

Dated: January 25, 2016

Respectfully submitted,

By: /s/ *Brian Craft*
Brian Craft
State Bar No. 04972020
Findlay Craft, P.C.
102 North College Ave.
Suite 900
Tyler, TX  75702
(903) 534-1100
(903) 534-1137 FAX
bcraft@findlaycraft.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 25, 2016, I electronically filed the foregoing **NOTICE OF APPEARANCE OF COUNSEL** with the Clerk of the Court using the CM/ECF system which will send notification of such filing *via* electronic mail to all counsel of record.

                                                 /s/ *Brian Craft*
                                                 Brian Craft