**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| ADJUSTACAM LLC | § § | |
| v. | § § | Case No. 6:10-CV-329-JRG |
| AMAZON.COM, INC., ET AL | § § | |

**MINUTES FOR MOTION HEARING**
**HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP**
**January 26, 2016**

**OPEN: 1:43 p.m.**                                                                **ADJOURN:  3:03 p.m.**

ATTORNEYS FOR PLAINTIFF:           (See attached.)

ATTORNEYS FOR DEFENDANTS:       (See attached.)

LAW CLERK:                                       James Wang
                                                         Emily Chen

COURT REPORTER:                           Shelly Holmes, CSR-TCRR

| Time | Minutes |
|---|---|
| 1:43 p.m. | Court opened.  Counsel announced ready for hearing |
| 1:57 p.m. | The Court heard argument on the parties' positions with respect to the Federal Circuit's recent opinion vacating the district court's denial of an exceptional case declaration under 35 U.S.C. § 285.  Messrs. Frenkel, Craft and Edmonds argued on behalf of the parties. |
| 3:03 p.m. | Court adjourned. |