01/26/2016, 01:30 PM
6:10-cv-00329-JRG
**Adjustacam LLC v. Amazon.com, Inc. et al**
Evidentiary Hearing

PLEASE PRINT CLEARLY

| ATTORNEY NAME | REPRESENTING |
|---|---|
| Andrew Spangler | Adjustacam |
| Charles Van Cleef | Adjustacam |
| Richard Frenkel | Newegg / Rosewill |
| Brian Craft | Sakar |
| John Edmonds | Adjustacam |
| Steve Schlather | Adjustacam |
| Eric Carr | Adjustacam |
| John C. Muskwitch | Adjustacam |

**IF YOU HAVE YOUR CLIENTS PRESENT, PLEASE PROVIDE NAME & COMPANY**

| CLIENT NAME | COMPANY |
|---|---|
| Lee Cheng | Newegg |