IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 6:10-cv-329 |
| | ) |
| AMAZON.COM, INC. *ET AL*., | ) |
| | ) |
| Defendant. | ) |
| | ) |

## **UNOPPOSED MOTION FOR WITHDRAWAL OF REPRESENTATION AND TERMINATION OF ELECTRONIC NOTICES**

Movant, Andrew W. Spangler, attorney of record for AdjustaCam LLC ("AdjustaCam") moves this Court for an order granting Andrew W. Spangler be withdrawn from representation of AdjustaCam in the above cause.

AdjustaCam will be represented in this matter by Collins, Edmonds, Schlather & Tower, PLLC.  No prejudice will result to any party as a result of this withdrawal.  Therefore, Andrew W. Spangler moves the Court for an order discharging Andrew W. Spangler as attorney of record for AdjustaCam in this suit, and granting such other relief as the Court may deem proper.

Movant further requests that he be terminated from receiving electronic notices in this matter.

Dated:  March 23, 2016                                         Respectfully submitted,

By: */s/ Andrew W. Spangler*
Andrew W. Spangler
State Bar No. 24041960
Spangler Law P.C.
208 N. Green St., Suite 300
Longview, TX 75601
Telephone:  (903) 753-9300
Facsimile:  (903) 553-0403
Email:spangler@spanglerlawpc.com

***ATTORNEY FOR***
***ADJUSTACAM LLC***

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 23rd day of March, 2016, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

*/s/ Andrew W. Spangler*
Andrew W. Spangler