IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ADJUSTACAM LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 6:10-cv-329 |
| | ) |
| AMAZON.COM, INC. *ET AL.*, | ) |
| | ) |
| Defendant. | ) |

## ORDER GRANTING UNOPPOSED MOTION FOR WITHDRAWAL OF REPRESENTATION AND TERMINATION OF ELECTRONIC NOTICES

Before the Court is the Unopposed Motion for Withdrawal of Representation of Andrew W. Spangler as attorney of record for AdjustaCam LLC ("AdjustaCam"). (Dkt. No. 812)

After careful consideration and with good cause shown, the Court hereby GRANTS the motion and Andrew W. Spangler is withdrawn as counsel for AdjustaCam.

The Clerk shall remove Andrew W. Spangler from receiving electronic Court notices in this matter.

**So ORDERED and SIGNED this 24th day of March, 2016.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE