# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| ADJUSTACAM, LLC, | ) | Civil Action |
| | ) | |
| Plaintiff, | ) | No. 6:10-cv-00329-JRG |
| | ) | |
| v. | ) | Judge Rodney Gilstrap |
| | ) | |
| AMAZON.COM, INC., *et al.*, | ) | |
| | ) | ***Electronically Filed*** |
| Defendants. | ) | |

## NOTICE OF APPEAL

Notice is hereby given that Defendants Newegg Inc., Newegg.com, Inc., and Rosewill, Inc. (collectively, "Newegg") appeal to the United States Court of Appeals for the Federal Circuit from the Court's March 28, 2016 Order (Dkt. No. 814) denying Newegg's Renewed Motion for Declaration of Exceptional Case and Award of Fees and Nontaxable Expenses, as well as all underlying orders and rulings pertaining thereto, including, but not limited to, the Court's August 19, 2013 Order (Dkt. 761), which denied Newegg's original fee motion and which was relied on by the Court in denying Newegg's renewed fee motion.

Respectfully submitted,

**THE WEBB LAW FIRM**

Dated: April 15, 2016

s/ *Daniel H. Brean*
Kent E. Baldauf, Jr.
Daniel H. Brean
One Gateway Center, Suite 1200
420 Ft. Duquesne Blvd.
Pittsburgh, PA 15222
412.471.8815/412.471.4094 (fax)
kbaldaufjr@webblaw.com
dbrean@webblaw.com

*and*

No. 6:10-cv-00329-JRG

Richard G. Frenkel
**LATHAM &WATKINS LLP**
140 Scott Drive
Menlo Park, CA 94025
650.463.3080/650.463.2600 (fax)
rick.frenkel@lw.com

      *and*

Herbert A. Yarbrough, III
Texas Bar No. 22133500
**YARBROUGH WILCOX, PLLC**
100 E. Ferguson Street, Suite 1015
Tyler, TX 75702
903.595.3111
903.595.0191 (fax)
trey@yw-lawfirm.com

*Attorneys for Defendants Newegg Inc., Newegg.com, Inc., and Rosewill, Inc.*

No. 6:10-cv-00329-JRG

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 15, 2016, I electronically filed the foregoing **NOTICE OF APPEAL** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                        **THE WEB LAW FIRM**

                                        s/ *Daniel H. Brean*
                                        Daniel H. Brean