# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

16-1882

**ADJUSTACAM, LLC,**

*Plaintiff - Appellee*

v.

**NEWEGG, INC., NEWEGG.COM, INC., ROSEWILL, INC.,**

*Defendants - Appellants*

**SAKAR INTERNATIONAL, INC.,**

*Defendant*

Appeal from the United States District Court for the Eastern District of Texas in case no. 6:10-cv-00329-JRG Judge J. Rodney Gilstrap

## MANDATE

In accordance with the judgment of this Court, entered July 05, 2017, and pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

Costs in the amount of $1209.01 were determined and taxed against the appellee.

FOR THE COURT

/s/ Peter R. Marksteiner

Peter R. Marksteiner
Clerk of Court