IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **ADJUSTACAM LLC,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CASE NO. 6:10-cv-00329-JRG |
| | § | |
| **AMAZON.COM, INC., et al.,** | § | |
| | § | |
| *Defendants.* | § | |

## ORDER

The Court issues this Order *sua sponte*. In light of the recent decision in this case from the United States Court of Appeals for the Federal Circuit and in light of that Court's mandate which now issued, the Court hereby **ORDERS** the parties to submit briefing on the issue of the proper amount of attorneys' fees, a proper loadstar, the correct methodology used to arrive at such result, and all matters related to a proper amount of attorneys' fees and expenses in this case. The parties shall submit their briefing in accordance with the following schedule:

- Defendant's brief in support of a fee award shall be due on or before November 3, 2017.
- Plaintiff's response thereto shall be due on or before November 13, 2017.
- Defendant's reply shall be due on or before November 20, 2017.
- Plaintiff's sur-reply shall be due on or before November 27, 2017.

**So ORDERED and SIGNED this 19th day of October, 2017.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE