# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| ADJUSTACAM, LLC, | § | |
|---|---|---|
| | § | |
| PLAINTIFF, | § | Civil Action No. 6:10-cv-00329-JRG |
| | § | **LEAD CASE** |
| V. | § | |
| | § | |
| AMAZON.COM, INC. ET AL. | § | **JURY TRIAL DEMANDED** |
| | § | |
| DEFENDANTS. | § | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME FOR BRIEFING DEADLINES RELATED TO NEWEGG'S MOTION FOR FEES AND EXPENSES

AdjustaCam, LLC ("AdjustaCam") respectfully submits this unopposed motion for an extension of time for the following briefing deadlines related to Defendants Newegg Inc., Newegg.com, Inc. & Rosewill, Inc.'s ("Newegg") Motion for Fees and Expenses (ECF No. 822):

| | **Current Deadline** | **Proposed New Deadline** |
|---|---|---|
| AdjustaCam's Response | 11/13/2017 | 11/14/2017 |
| Newegg's Reply | 11/20/2017 | 11/21/2017 |

This motion for extension is not being sought for purpose of delay. Rather, it is sought to accommodate schedule conflicts, and so that justice may be done.

Counsel for AdjustaCam has conferred with Newegg's counsel and this Motion is unopposed.

November 13, 2017					Respectfully submitted,

					/s/ *John J. Edmonds*
					John J. Edmonds – Lead Counsel
					    jedmonds@ip-lit.com
					    Texas Bar No. 789758
					**COLLINS, EDMONDS, POGORZELSKI,**
					**SCHLATHER & TOWER, PLLC**
					1616 S. Voss Road, Suite 125
					Houston, Texas 77057
					Telephone: (281) 501-3425
					Facsimile: (832) 415-2535

					*Attorneys for Plaintiff*
					*AdjustaCam, LLC*

## CERTIFICATE OF CONFERENCE

The undersigned certified that the parties have meet and conferred in accordance with Local Rule CV-7, and this motion is unopposed

November 13, 2017				*/s/ John J. Edmonds*
						John J. Edmonds

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

November 13, 2017				*/s/ John J. Edmonds*
						John J. Edmonds