# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| ADJUSTACAM, LLC, | § § § | |
| PLAINTIFF, | § § | Civil Action No. 6:10-cv-00329-JRG |
| V. | § § | **LEAD CASE** |
| AMAZON.COM, INC. ET AL. | § § § | **JURY TRIAL DEMANDED** |
| DEFENDANTS. | § | |

## ORDER GRANTING MOTION FOR EXTENSION OF TIME FOR BRIEFING DEADLINES RELATED TO NEWEGG'S MOTION FOR FEES AND EXPENSES

The Court, having considered Plaintiff AdjustaCam, LLC ("AdjustaCam") Unopposed Motion for Extension of Time for Briefing Deadlines Related to Defendants Newegg Inc., Newegg.com, Inc. & Rosewill, Inc.'s ("Newegg") Motion for Fees and Expenses (ECF No. 822), finds that the Motion should be **GRANTED**. It is therefore;

**ORDERED** that the following deadlines for briefing related to Defendants Newegg Inc., Newegg.com, Inc. & Rosewill, Inc.'s ("Newegg") Motion for Fees and Expenses (ECF No. 822) be modified as follows:

| | **Current Deadline** | **Proposed New Deadline** |
|---|---|---|
| AdjustaCam's Response | 11/13/2017 | 11/14/2017 |
| Newegg's Reply | 11/20/2017 | 11/21/2017 |