IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ADJUSTACAM LLC, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CASE NO. 6:10-cv-00329-JRG |
| | § | |
| AMAZON.COM, INC., et al., | § | |
| | § | |
| *Defendants.* | § | |

## ORDER

Before the Court is Plaintiff AdjustaCam, LLC ("AdjustaCam") Unopposed Motion for Extension of Time (Dkt. No. 824) for Briefing Deadlines Related to Defendants Newegg Inc., Newegg.com, Inc. & Rosewill, Inc.'s ("Newegg") Motion for Fees and Expenses. Having considered the Motion, the Court is of the opinion that the Motion should be and hereby is **GRANTED**. It is therefore **ORDERED** that the following deadlines for briefing related to Defendants Newegg Inc., Newegg.com, Inc. & Rosewill, Inc.'s ("Newegg") Motion for Fees and Expenses (Dkt. No. 822) be modified as follows: (1) AdjustaCam's Response shall be due on or before November 14, 2017; and (2) Newegg's Reply shall be due on or before November 21, 2017. Any further extensions must be supported by good cause shown, which is not met by a mere showing of agreement between the parties.

**So ORDERED and SIGNED this 14th day of November, 2017.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE